ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

04-1757C

Plaintiff(s) or Petitioner(s)

Park Properties Associates, L.P., Suite 108, 84 Business Park Drive, Armonk, NY 10504 (please see attached page)

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Harry J. Kelly

Firm Name: Nixon Peabody LLP

Post Office Box:

Street Address: 401 Ninth Street, NW, Suite 900

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: (202) 585-8000 / (202) 585-8080

E-mail address: hkelly@nixonpeabody.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: H U D

**See attached Sheet for three digit code.**

Amount Claimed: $ 2,750,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003

**PLAINTIFFS**

**PARK PROPERTIES ASSOCIATES, L.P.,**
**Suite 108**
**84 Business Park Drive**
**Armonk, NY 10504**

**VALENTINE PROPERTIES ASSOCIATES L.P.,**
**Suite 108**
**84 Business Park Drive**
**Armonk, NY 10504**

**ST. JOHN'S I ASSOCIATES, L.P.**
**c/o Kinpit Management**
**875 6th Avenue, Suite 1605**
**New York, NY 10001-3507**