ORIGINAL

FILED
DEC 10 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **PARK PROPERTIES ASSOCIATES, L.P.,**<br>**Suite 108**<br>**84 Business Park Drive**<br>**Armonk, NY 10504**<br><br>**VALENTINE PROPERTIES ASSOCIATES L.P.,**<br>**Suite 108**<br>**84 Business Park Drive**<br>**Armonk, NY 10504**<br><br>**ST. JOHN'S ASSOCIATES, L.P.**<br>**c/o Kinpit Management**<br>**875 6th Avenue, Suite 1605**<br>**New York, NY 10001-3507**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **COURT OF FEDERAL CLAIMS NO.** ______________<br><br>**Notice of Related Case(s)**<br><br>04-1757C |

**NOTICE OF DIRECTLY-RELATED CASE(S)**

In compliance with RCFC 40.2 Plaintiffs hereby give notice that Cuyahoga Metropolitan Housing Authority v. United States, 01-46C, 01-251C, 01-416C ("Cuyahoga"), is a directly-related case. Cases are deemed directly related when an earlier-filed case and the action being filed involve the same contract, property or patent. RCFC 40.2(a)(1)(B) (2004). Plaintiffs' case is directly related to Cuyahoga on the grounds that this case involves Housing Assistance Payments Contracts with the United States Department of Housing and Urban Development that are substantially identical to those at issue in Cuyahoga. Although the plaintiffs in this case are different from those in Cuyahoga, the claims they assert here are substantially similar to those

asserted in Cuyahoga. See RCFC 40.2(a)(1)(A) (2004). Assignment to Judge Francis Allegra will, thus, likely conserve judicial resources and promote "consistency of outcome" and an efficient determination of the action at hand. RCFC 40.2, Rules Committee Note (2002).

Respectfully Submitted,

Dated: December 10, 2004

Harry J. Kelly, Esq.
NIXON PEABODY LLP
401 9th Street, NW
Suite 900
Washington, DC 20004
(202) 585-8000

Attorney for Plaintiffs