# In The United States Court of Federal Claims

No. 04-1757 C

(Filed: April 21, 2005)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A joint preliminary status conference was held in this matter by teleconference on April 21, 2005. Participating for plaintiff was Harry J. Kelly, III; participating for defendant was John Edgar Kosloske. In accordance with the discussions held in the conference, the court hereby adopts the following schedule in this matter:

1. On or before May 16, 2005, the parties shall exchange their initial disclosures pursuant to RCFC 26(a)(1).

2. On or before June 30, 2005, the parties shall complete discovery with respect to liability issues.

3. On or before July 29, 2005, the parties shall file any dispositive motions under RCFC 12(b)(1) or RCFC 56.

4. On or before August 31, 2005, the parties shall file oppositions to the dispositive motions.

5. On or before September 23, 2005, the parties shall file replies to the oppositions to the dispositive motions.

6. Oral argument on the parties' dispositive motions will be scheduled at a later date.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge