*Project Name:* ______*St. John's Place Phase I*______________________

*Section 8 Contract Number:* ______**NY36-H110-050**____________________

*FHA Project Number:* ___________**012-57113**______________________

**EXHIBIT B1**

Any notice of, any debarment, suspension or other administrative proceeding or investigation initiated by HUD, or any other federal or state government agency, with respect to such party or the Project:

1.
2.

Any material adverse actions or omissions with regard to the Project:

1.
2.

Violations of section 8 uniform physical condition standards and/or local housing codes:

1.
2.

**SIGNATURES**

**Contract administrator (HUD or PHA)**

Name of Contract Administrator (Print)
**New York State Housing Trust Fund Corporation**

**38-40 State Street, Hampton Plaza, Albany, New York 12207**

By: Ruth O'Sullivan
Signature of authorized representative
**Ruth O'Sullivan, Acting NYQ Managing Director**
Name and official title (Print)

Date 8/1/02

**Owner**

Name of Owner (Print)
**St. John's Phase I Associates**

**875 6th Avenue, Suite1603, New York, New York 10001**

By [signature]
Signature of authorized representative
TROY D. STEVENS, JR. PRESIDENT
Name and title (Print)

Date 07/26/2002

# CERTIFICATION FOR CONTRACTS, GRANTS, LOANS AND COOPERATIVE AGREEMENTS

The undersigned certifies, to the best of his or her knowledge and belief that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer of employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contract under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less that $10,000 and not more than $100,000 for each such failure.

Executed this 21 date of July 2002

By: [signature]
(signature)

TROY D. STEVENS, JR
(typed or printed name)

PRESIDENT
(title, if any)

Covered Action: **Section 8 HAP Contract Renewal**

Project Name and Number: St. John's Place Phase I & NY36-H110-050

NY36H110 050
012 57113

Mark-to-Market

Fy 2002

Attachment 14
Interim Mark-To-Market Renewal Contract

## U.S. Department of Housing and Urban Development

## Office of Multifamily Housing Assistance Restructuring

# Project-based Section 8

# HOUSING ASSISTANCE PAYMENTS

# INTERIM (FULL) MARK-TO-MARKET

# RENEWAL CONTRACT

## PREPARATION OF CONTRACT

Reference numbers in this form refer to notes at the end of the contract text. These endnotes are instructions for preparation of the Mark-To-Market, Interim Renewal Contract. The instructions are not part of the Renewal Contract

EXHIBIT
86
ALL-STATE LEGAL®

## TABLE OF SECTIONS


| | |
|---|---|
| 1 CONTRACT INFORMATION | 1 |
| PROJECT | 1 |
| TYPE OF RENEWAL | 1 |
| 2 TERM OF RENEWAL CONTRACT | 2 |
| 3 DEFINITIONS. | 3 |
| 4 RENEWAL CONTRACT | 4 |
| a Parties | 4 |
| b Statutory authority | 4 |
| c Expiring Contract | 4 |
| d Purpose of Renewal Contract | 4 |
| e Contract units | 5 |
| 5 EXPIRING CONTRACT – PROVISIONS RENEWED | 5 |
| 6 CONTRACT RENT | 6 |
| a Initial contract rents | 6 |
| b Contract rent adjustments | 6 |
| 7 OWNER WARRANTIES, REPRESENTATIONS AND AGREEMENTS | 6 |
| 8 OWNER TERMINATION NOTICE | 8 |
| 9 HUD REQUIREMENTS | 8 |
| 10 STATUTORY CHANGES DURING TERM | 8 |

11 PHA DEFAULT 8

12 EXCLUSION OF THIRD-PARTY RIGHTS 9

13 WRITTEN NOTICES 9

SIGNATURES 11

U.S. Department of Housing and Urban Development
Office of Housing

Project-based Section 8

# HOUSING ASSISTANCE PAYMENTS

# INTERIM MARK-TO-MARKET RENEWAL CONTRACT[1]

## 1 CONTRACT INFORMATION [2]

**PROJECT**

Section 8 Project Number NY36-H110-050

Section 8 Project Number of Expiring Contract

NY36-H110-050

FHA Project Number (if applicable) 012-57113

Project Name St. John's Place Phase I

Project Description [3]

1280, 1284, 1288 & 1292 St. John's Place and 1535, 1539, 1550 & 1566 Sterling Place, Brooklyn, New York

**TYPE OF RENEWAL**

☐ Check this box for a project renewed under Section 514(c) of MAHRA.

(STAGE 2)

**PARTIES TO RENEWAL CONTRACT**

**Name of Contract Administrator** [4]

**New York State Housing Trust Fund Corporation**

**Address of Contract Administrator**

**38-40 State Street**

**Hampton Plaza**

**Albany, New York 12207**

**Name of Owner** [5]

**St. John's I Associates**

**Address of Owner**

**875 6th Avenue**

**Suite 1603**

**New York, New York 10001**

**2 TERM OF RENEWAL CONTRACT**

a The term of the Renewal Contract begins on **September 22, 2002**. [6]

b Subject to the availability of sufficient appropriations to make housing assistance payments for any year in accordance with the Renewal Contract, as determined by HUD, the Renewal Contract shall begin on the first day of the term and shall terminate upon the date that is the earliest of: (i) twelve (12) months from the date specified in section 2a; (ii) the last day of the month of closing under the Restructuring Commitment; (iii) upon a final decision that results in the discontinuance of the Restructuring process; or (iv) upon determination that the Owner is in default under the Renewal Contract and that such event of default is continuing beyond any notice and cure periods under HUD requirements, if any. Section 8 housing assistance payments to the Owner during the Renewal Contract term shall only be made from budget authority appropriated by the Congress, and available for this purpose.

3 **DEFINITIONS.**

**ACC.** Annual contributions contract

**Contract units.** The units in the Project which are identified in Exhibit A by size and applicable contract rents.

**Contract rent.** The total monthly rent to owner for a contract unit, including the tenant rent (the portion of rent to owner paid by the assisted family).

**HAP contract.** A housing assistance payments contract between the Contract Administrator and the Owner.

**HUD.** The United States Department of Housing and Urban Development.

**HUD requirements.** HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract.

**MAHRA.** The Multifamily Assisted Housing Reform and Affordability Act of 1997 (Title V of Public Law No.105-65, October 27, 1997, 111 Stat. 1384ff), as amended by section 531 of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 2000 (Public Law No. 106-74, October 20, 1999,113 Stat. 1109ff).

**PHA.** Public housing agency (as defined and qualified in accordance with the United States Housing Act of 1937. 42 U.S.C. 1437 et seq.).

**Project.** The housing designated in section 1 of the Renewal Contract.

**Section 8.** Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f)

**Renewal Contract.** This contract, including applicable provisions of the Expiring Contract (as determined in accordance with section 5 of the Renewal Contract).

## 4 RENEWAL CONTRACT

### a Parties

(1) The Renewal Contract is a housing assistance payments contract ("HAP Contract") between the Contract Administrator and the Owner of the Project (see section 1).

(2) If HUD is the Contract Administrator, HUD may assign the Renewal Contract to a public housing agency ("PHA") for the purpose of PHA administration of the Renewal Contract, as Contract Administrator, in accordance with the Renewal Contract (during the term of the annual contributions contract ("ACC") between HUD and the PHA). Notwithstanding such assignment, HUD shall remain a party to the provisions of the Renewal Contract that specify HUD's role pursuant to the Renewal Contract, including such provisions of section 9 (HUD requirements), section 10 (statutory changes during term) and section 11 (PHA default), of the Renewal Contract.

### b Statutory authority

The Renewal Contract is entered pursuant to section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f), and section 514(c) of the MAHRA.

### c Expiring Contract

Previously, the Contract Administrator and the Owner had entered into a HAP Contract ("expiring contract") to make Section 8 housing assistance payments to the Owner for eligible families living in the Project. The term of the expiring contract will expire or terminate prior to the beginning of the term of the Renewal Contract.

### d Purpose of Renewal Contract

(1) The purpose of the Renewal Contract is to renew the expiring contract for an additional term sufficient to facilitate the implementation of a mortgage restructuring and rental assistance sufficiency plan, as determined by HUD. The Renewal Contract constitutes a binding commitment for purposes of section 579(b) of MAHRA. During the term of the Renewal Contract, the Contract Administrator shall make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract.

(2) Housing assistance payments shall only be paid to the Owner for contract units occupied by eligible families leasing decent, safe and sanitary units from the Owner in accordance with statutory requirements, and with all HUD regulations and other requirements. If the Contract Administrator determines that the Owner has failed to maintain one or more contract units in decent, safe and sanitary condition, and has abated housing assistance payments to the owner for such units, the Contract Administrator may use amounts otherwise payable to the Owner pursuant to the Renewal Contract for the purpose of relocating or rehousing assisted residents in other housing.

e **Contract units**

The Renewal Contract applies to the Contract units.

5 **EXPIRING CONTRACT – PROVISIONS RENEWED**

a Except as specifically modified by the Renewal Contract, all provisions of the Expiring Contract are renewed (to the extent such provisions are consistent with statutory requirements in effect at the beginning of the Renewal Contract term).

b Any and all provisions of the Expiring Contract concerning any of the following subjects are not renewed, and shall not be applicable during the renewal term:

(1) Identification of contract units by size and applicable contract rents;

(2) The amount of the monthly contract rents;

(3) Contract rent adjustments; and

(4) Project account (sometimes called "HAP reserve" or "project reserve") as previously established and maintained by HUD pursuant to former Section 8(c)(6) of the United States Housing Act of 1937 (currently Section 8(c)(5) of the Act, 42 U.S.C. 1437f(c)(5)). Section 8(c)(5) does not apply to the Renewal Contract, or to payment of housing assistance payments during the Renewal Contract term.

c The Renewal Contract includes those provisions of the Expiring Contract that are renewed in accordance with this section 5.

6 CONTRACT RENT

a **Initial contract rents**

At the beginning of the Renewal Contract term, the contract rent for each bedroom size (number of bedrooms) shall be the initial contract rent amount listed in Exhibit A, which is attached to and, by this reference, is hereby made a part of the Renewal Contract.

b **Contract rent adjustments**

There shall be no contract rent adjustments during the term of the Renewal Contract.

7 OWNER WARRANTIES, REPRESENTATIONS AND AGREEMENTS

a The Owner warrants that it has the legal right to execute the Renewal Contract and to lease dwelling units covered by the contract.

b The Owner warrants that the rental units to be leased by the Owner under the Renewal Contract are in decent, safe and sanitary condition (as defined and determined in accordance with HUD regulations and procedures), and shall be maintained in such condition during the term of the Renewal Contract.

c The Owner, in full compliance with the requirements of Section 514(b) of MAHRA and Section 401.500 of the Final Rule for the Multifamily Housing Mortgage and Housing Assistance Restructuring Program (the "Mark-to-Market Program") issued on March 22, 2000 (65 FR 15452), warrants that it has provided, or will cause to be provided, the requisite written notice of the Owner's intention to participate in the Mark-to-Market Program to: (i) the tenants residing in the Project; (ii) the chief official of the affected unit of local government having jurisdiction over the Project; and (iii) the current mortgagee on the Project's Loan(s).

d The Owner agrees to undertake all reasonable efforts to obtain any and all consents of third parties (e.g., the current mortgagee on the Project's Loan(s), the Owner's and, if applicable, the Purchaser's partners/investors that may be required in order to enable the Owner and, if applicable, the purchaser to execute a Restructuring Commitment and perform the related obligations in accordance with the Mark-to-Market Program's requirements.

e Except as identified on Exhibit B, which is attached to and made a part of this Renewal Contract, the Owner warrants that neither it nor any of its principals or affiliates is subject to, or received any notice of, any debarment, suspension or other administrative proceeding or investigation initiated by HUD, or any other federal or state government agency, with respect to such party or the Project.

f Except as identified on Exhibit B, the Owner warrants that neither it nor any of its principals or affiliates has engaged in any material adverse actions or omissions with regard to the Project, or with regard to any other project(s) subject to a HUD-held or HUD-insured loan and/or receiving HUD assistance, which causes, or may cause, the Owner, and/or such principals or affiliates to be in default (monetary or technical) under, or in violation of, any HUD regulatory agreement, Section 8 Housing Assistance Payments Contract or other applicable HUD requirements.

g Except as identified on Exhibit B, the Owner warrants that it has not received any notice from HUD or any other governmental authority that any unit(s) within the Project fail to comply with HUD's Section 8 Uniform Physical Condition Standards and/or local housing codes.

h The Owner agrees to proceed in good faith and in a diligent manner to enter into a Restructuring Commitment with HUD and to consummate closing under the Restructuring Commitment *on or before the expiration date of the Renewal Contract.* In connection with such obligation, the Owner agrees to, among other things: (A) promptly submit to the relevant participating administrative entity and its contractors and agents (hereinafter, collectively, the "PAE") all documents and information that may be requested by or on behalf of HUD relating to the Owner and/or the Project and to the extent any such documents or information are not in the Owner's possession or control, the Owner hereby agrees that the Owner will undertake all reasonable efforts to obtain such documents and deliver them to the PAE within ten (10) calendar days of request by HUD; (B) promptly provide the PAE (and its contractors and agents) with access to the Project; (C) attend such meetings as the PAE (and its contractors and agents) may deem reasonably necessary in connection with the Owner's participation in the Mark-to-Market Program; and (D) undertake all reasonable efforts to obtain third-party financing if refinancing of the first mortgage is found necessary under Section CFR 401.460(e).

i Upon the request of HUD, the Owner agrees that it shall provide HUD with evidence satisfactory to HUD relating to each of the foregoing certifications..

j The Owner agrees to provide written notice to the Contract Administrator immediately upon a change in circumstances making any of the above-stated representations or warranties untrue or incomplete.

## 8 OWNER TERMINATION NOTICE

a Before termination of the Renewal Contract, the Owner shall provide written notice to the Contract Administrator and each assisted family in accordance with HUD requirements.

b If the Owner fails to provide such notice in accordance with the law and HUD requirements, the Owner may not increase the tenant rent payment for any assisted family until such time as the Owner has provided such notice for the required period.

## 9 HUD REQUIREMENTS

The Renewal Contract shall be construed and administered in accordance with all statutory requirements, and with all HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract. However, any changes in HUD requirements that are inconsistent with the provisions of the Renewal Contract, including the provisions of section 6 (contract rent), shall not be applicable.

## 10 STATUTORY CHANGES DURING TERM

If any statutory change during the term of the Renewal Contract is inconsistent with section 6, and if HUD determines, and so notifies the Contract Administrator and the Owner, that the Contract Administrator is unable to carry out the provisions of section 6 because of such statutory change, then the Contract Administrator or the Owner may terminate the Renewal Contract upon notice to the other party.

## 11 PHA DEFAULT

a This section 11 of the Renewal Contract applies if the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD. This includes a case where HUD has assigned the Renewal Contract to a PHA Contract Administrator, for the purpose of PHA administration of the Renewal Contract.

b If HUD determines that the PHA has committed a material and substantial breach of the PHA's obligation, as Contract Administrator, to make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract, and that the Owner is not in default of its obligations under the Renewal

Contract, HUD shall take any action HUD determines necessary for the continuation of housing assistance payments to the Owner in accordance with the Renewal Contract.

12 EXCLUSION OF THIRD-PARTY RIGHTS

a The Contract Administrator does not assume any responsibility for injury to, or any liability to, any person injured as a result of the Owner's action or failure to act in connection with the Contract Administrator's implementation of the Renewal Contract, or as a result of any other action or failure to act by the Owner.

b The Owner is not the agent of the Contract Administrator or HUD, and the Renewal Contract does not create or affect any relationship between the Contract Administrator or HUD and any lender to the Owner or any suppliers, employees, contractors or subcontractors used by the Owner in connection with implementation of the Renewal Contract.

c If the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD, the Contract Administrator is not the agent of HUD, and the Renewal Contract does not create any relationship between HUD and any suppliers, employees, contractors or subcontractors used by the Contract Administrator to carry out functions or responsibilities in connection with contract administration under the ACC.

13 WRITTEN NOTICES

a Any notice by the Contract Administrator or the Owner to the other party pursuant to the Renewal Contract shall be given in writing.

b A party shall give notice at the other party's address specified in section 1 of the Renewal Contract, or at such other address as the other party has designated by a contract notice. A party gives a notice to the other party by taking steps reasonably required to deliver the notice in ordinary course of business. A party receives notice when the notice is duly delivered at the party's designated address.

Project Name: St. John Place Phase I
Section 8 Contract Number: NY36-H110-050
FHA Insurance Number : 012-57113

# Exhibit A

*Identification of Units ("Contracts Units")*
*by Size and Applicable Contract Rents*

| Bedroom Size | Number of Units | Contract Rents |
|---|---|---|
| 0-BR | 14 | $831 |
| 1-BR | 82 | $973 |
| 2-BR | 78 | $1,108 |
| 3-BR | 17 | $1,287 |

**Special Conditions:**

NOTE: This Exhibit will be amended by Contract Administrator notice to the Owner to specify adjusted contract rent amounts as determined by the Contract Administrator in accordance with section 6b of the Renewal Contract.

3. Contract is extended 12 months for units on stage one (1) of the original HAP at current rents to accommodate:

   a) **the processing of your Mark-to-Market request.**

*Project Name:* ______*St. John's Place Phase I*______________________

*Section 8 Contract Number:* ______NY36-H110-050____________________

*FHA Project Number:* ___________012-57113___________________________

**EXHIBIT B₁**

Any notice of, any debarment, suspension or other administrative proceeding or investigation initiated by HUD, or any other federal or state government agency, with respect to such party or the Project:

1.
2.

Any material adverse actions or omissions with regard to the Project:

1.
2.

Violations of section 8 uniform physical condition standards and/or local housing codes:

1.
2.

**SIGNATURES**

**Contract administrator (HUD or PHA)**

Name of Contract Administrator (Print)
**New York State Housing Trust Fund Corporation**

**38-40 State Street, Hampton Plaza, Albany, New York 12207**

By: Ruth O'Sullivan
Signature of authorized representative
**Ruth O'Sullivan, Acting NYQ Managing Director**
Name and official title (Print)

Date 8/1/02

**Owner**

Name of Owner (Print)
**St. John's Phase I Associates**

**875 6th Avenue, Suite1603, New York, New York 10001**

By
Signature of authorized representative
TROY D. STEVENS, JR. PRESIDENT
Name and title (Print)

Date 07/26/2002

**CERTIFICATION FOR CONTRACTS, GRANTS, LOANS AND COOPERATIVE AGREEMENTS**

The undersigned certifies, to the best of his or her knowledge and belief that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer of employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contract under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less that $10,000 and not more than $100,000 for each such failure.

Executed this 26 date of July, 2002

By: [signature]
(signature)

TROY D. STEVENS JR.
(typed or printed name)

PRESIDENT
(title, if any)

Covered Action: **Section 8 HAP Contract Renewal**

Project Name and Number: St. John's Place Phase I & NY36-H110-050

NY36 H110 050 FY2003
01257113

Mark-to-Market

JUL 31 2003

Attachment 14
Interim Mark-To-Market Renewal Contract

U.S. Department of Housing and Urban Development

Office of Multifamily Housing Assistance Restructuring

# Project-based Section 8

# HOUSING ASSISTANCE PAYMENTS

# INTERIM (FULL) MARK-TO-MARKET

# RENEWAL CONTRACT

## PREPARATION OF CONTRACT

Reference numbers in this form refer to notes at the end of the contract text. These endnotes are instructions for preparation of the Mark-To-Market, Interim Renewal Contract. The instructions are not part of the Renewal Contract

EXHIBIT
87
ALL-STATE LEGAL®

## TABLE OF SECTIONS


| | |
|---|---|
| 1 CONTRACT INFORMATION | 1 |
| PROJECT | 1 |
| TYPE OF RENEWAL | 1 |
| 2 TERM OF RENEWAL CONTRACT | 2 |
| 3 DEFINITIONS. | 3 |
| 4 RENEWAL CONTRACT | 4 |
| a Parties | 4 |
| b Statutory authority | 4 |
| c Expiring Contract | 4 |
| d Purpose of Renewal Contract | 4 |
| e Contract units | 5 |
| 5 EXPIRING CONTRACT – PROVISIONS RENEWED | 5 |
| 6 CONTRACT RENT | 6 |
| a Initial contract rents | 6 |
| b Contract rent adjustments | 6 |
| 7 OWNER WARRANTIES, REPRESENTATIONS AND AGREEMENTS | 6 |
| 8 OWNER TERMINATION NOTICE | 8 |
| 9 HUD REQUIREMENTS | 8 |
| 10 STATUTORY CHANGES DURING TERM | 8 |

11 PHA DEFAULT 8

12 EXCLUSION OF THIRD-PARTY RIGHTS 9

13 WRITTEN NOTICES 9

SIGNATURES 11

U.S. Department of Housing and Urban Development
Office of Housing

## Project-based Section 8

# HOUSING ASSISTANCE PAYMENTS

# INTERIM MARK-TO-MARKET RENEWAL CONTRACT[1]

## 1 CONTRACT INFORMATION [2]

PROJECT

Section 8 Project Number NY36-H110-050

Section 8 Project Number of Expiring Contract

NY36-H110-050

FHA Project Number (if applicable) 012-57113

Project Name St. John's Place Phase I

Project Description [3]

1280, 1284, 1288 & 1292 St. John's Place and 1535, 1539, 1550 & 1566 Sterling Place, Brooklyn, New York

TYPE OF RENEWAL

☐ Check this box for a project renewed under Section 514(c) of MAHRA.

**PARTIES TO RENEWAL CONTRACT**

**Name of Contract Administrator** [4]

**New York State Housing Trust Fund Corporation**

**Address of Contract Administrator**

**38-40 State Street**

**Hampton Plaza**

**Albany, New York 12207**

**Name of Owner** [5]

**St. John's I Associates**

**Address of Owner**

**875 6th Avenue**

**Suite 1603**

**New York, New York 10001**

2 **TERM OF RENEWAL CONTRACT**

a The term of the Renewal Contract begins on **December 15, 2002**. [6]

b Subject to the availability of sufficient appropriations to make housing assistance payments for any year in accordance with the Renewal Contract, as determined by HUD, the Renewal Contract shall begin on the first day of the term and shall terminate upon the date that is the earliest of: (i) twelve (12) months from the date specified in section 2a; (ii) the last day of the month of closing under the Restructuring Commitment; (iii) upon a final decision that results in the discontinuance of the Restructuring process; or (iv) upon determination that the Owner is in default under the Renewal Contract and that such event of default is continuing beyond any notice and cure periods under HUD requirements, if any. Section 8 housing assistance payments to the Owner during the Renewal Contract term shall only be made from budget authority appropriated by the Congress, and available for this purpose.

3 **DEFINITIONS.**

**ACC.** Annual contributions contract

**Contract units.** The units in the Project which are identified in Exhibit A by size and applicable contract rents.

**Contract rent.** The total monthly rent to owner for a contract unit, including the tenant rent (the portion of rent to owner paid by the assisted family).

**HAP contract.** A housing assistance payments contract between the Contract Administrator and the Owner.

**HUD.** The United States Department of Housing and Urban Development.

**HUD requirements.** HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract.

**MAHRA.** The Multifamily Assisted Housing Reform and Affordability Act of 1997 (Title V of Public Law No.105-65, October 27, 1997, 111 Stat. 1384ff), as amended by section 531 of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 2000 (Public Law No. 106-74, October 20, 1999,113 Stat. 1109ff).

**PHA.** Public housing agency (as defined and qualified in accordance with the United States Housing Act of 1937. 42 U.S.C. 1437 et seq.).

**Project.** The housing designated in section 1 of the Renewal Contract.

**Section 8.** Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f)

**Renewal Contract.** This contract, including applicable provisions of the Expiring Contract (as determined in accordance with section 5 of the Renewal Contract).

## 4 RENEWAL CONTRACT

### a Parties

(1) The Renewal Contract is a housing assistance payments contract ("HAP Contract") between the Contract Administrator and the Owner of the Project (see section 1).

(2) If HUD is the Contract Administrator, HUD may assign the Renewal Contract to a public housing agency ("PHA") for the purpose of PHA administration of the Renewal Contract, as Contract Administrator, in accordance with the Renewal Contract (during the term of the annual contributions contract ("ACC") between HUD and the PHA). Notwithstanding such assignment, HUD shall remain a party to the provisions of the Renewal Contract that specify HUD's role pursuant to the Renewal Contract, including such provisions of section 9 (HUD requirements), section 10 (statutory changes during term) and section 11 (PHA default), of the Renewal Contract.

### b Statutory authority

The Renewal Contract is entered pursuant to section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f), and section 514(c) of the MAHRA.

### c Expiring Contract

Previously, the Contract Administrator and the Owner had entered into a HAP Contract ("expiring contract") to make Section 8 housing assistance payments to the Owner for eligible families living in the Project. The term of the expiring contract will expire or terminate prior to the beginning of the term of the Renewal Contract.

### d Purpose of Renewal Contract

(1) The purpose of the Renewal Contract is to renew the expiring contract for an additional term sufficient to facilitate the implementation of a mortgage restructuring and rental assistance sufficiency plan, as determined by HUD. The Renewal Contract constitutes a binding commitment for purposes of section 579(b) of MAHRA. During the term of the Renewal Contract, the Contract Administrator shall make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract.

(2) Housing assistance payments shall only be paid to the Owner for contract units occupied by eligible families leasing decent, safe and sanitary units from the Owner in accordance with statutory requirements, and with all HUD regulations and other requirements. If the Contract Administrator determines that the Owner has failed to maintain one or more contract units in decent, safe and sanitary condition, and has abated housing assistance payments to the owner for such units, the Contract Administrator may use amounts otherwise payable to the Owner pursuant to the Renewal Contract for the purpose of relocating or rehousing assisted residents in other housing.

e **Contract units**

The Renewal Contract applies to the Contract units.

## 5 EXPIRING CONTRACT – PROVISIONS RENEWED

a Except as specifically modified by the Renewal Contract, all provisions of the Expiring Contract are renewed (to the extent such provisions are consistent with statutory requirements in effect at the beginning of the Renewal Contract term).

b Any and all provisions of the Expiring Contract concerning any of the following subjects are not renewed, and shall not be applicable during the renewal term:

(1) Identification of contract units by size and applicable contract rents;

(2) The amount of the monthly contract rents;

(3) Contract rent adjustments; and

(4) Project account (sometimes called "HAP reserve" or "project reserve") as previously established and maintained by HUD pursuant to former Section 8(c)(6) of the United States Housing Act of 1937 (currently Section 8(c)(5) of the Act, 42 U.S.C. 1437f(c)(5)). Section 8(c)(5) does not apply to the Renewal Contract, or to payment of housing assistance payments during the Renewal Contract term.

c The Renewal Contract includes those provisions of the Expiring Contract that are renewed in accordance with this section 5.

6 CONTRACT RENT

a Initial contract rents

At the beginning of the Renewal Contract term, the contract rent for each bedroom size (number of bedrooms) shall be the initial contract rent amount listed in Exhibit A, which is attached to and, by this reference, is hereby made a part of the Renewal Contract.

b Contract rent adjustments

There shall be no contract rent adjustments during the term of the Renewal Contract.

7 OWNER WARRANTIES, REPRESENTATIONS AND AGREEMENTS

a The Owner warrants that it has the legal right to execute the Renewal Contract and to lease dwelling units covered by the contract.

b The Owner warrants that the rental units to be leased by the Owner under the Renewal Contract are in decent, safe and sanitary condition (as defined and determined in accordance with HUD regulations and procedures), and shall be maintained in such condition during the term of the Renewal Contract.

c The Owner, in full compliance with the requirements of Section 514(b) of MAHRA and Section 401.500 of the Final Rule for the Multifamily Housing Mortgage and Housing Assistance Restructuring Program (the "Mark-to-Market Program") issued on March 22, 2000 (65 FR 15452), warrants that it has provided, or will cause to be provided, the requisite written notice of the Owner's intention to participate in the Mark-to-Market Program to: (i) the tenants residing in the Project; (ii) the chief official of the affected unit of local government having jurisdiction over the Project; and (iii) the current mortgagee on the Project's Loan(s).

d The Owner agrees to undertake all reasonable efforts to obtain any and all consents of third parties (e.g., the current mortgagee on the Project's Loan(s), the Owner's and, if applicable, the Purchaser's partners/investors that may be required in order to enable the Owner and, if applicable, the purchaser to execute a Restructuring Commitment and perform the related obligations in accordance with the Mark-to-Market Program's requirements.

e Except as identified on Exhibit B, which is attached to and made a part of this Renewal Contract, the Owner warrants that neither it nor any of its principals or affiliates is subject to, or received any notice of, any debarment, suspension or other administrative proceeding or investigation initiated by HUD, or any other federal or state government agency, with respect to such party or the Project.

f Except as identified on Exhibit B, the Owner warrants that neither it nor any of its principals or affiliates has engaged in any material adverse actions or omissions with regard to the Project, or with regard to any other project(s) subject to a HUD-held or HUD-insured loan and/or receiving HUD assistance, which causes, or may cause, the Owner, and/or such principals or affiliates to be in default (monetary or technical) under, or in violation of, any HUD regulatory agreement, Section 8 Housing Assistance Payments Contract or other applicable HUD requirements.

g Except as identified on Exhibit B, the Owner warrants that it has not received any notice from HUD or any other governmental authority that any unit(s) within the Project fail to comply with HUD's Section 8 Uniform Physical Condition Standards and/or local housing codes.

h The Owner agrees to proceed in good faith and in a diligent manner to enter into a Restructuring Commitment with HUD and to consummate closing under the Restructuring Commitment *on or before the expiration date of the Renewal Contract.* In connection with such obligation, the Owner agrees to, among other things: (A) promptly submit to the relevant participating administrative entity and its contractors and agents (hereinafter, collectively, the "PAE") all documents and information that may be requested by or on behalf of HUD relating to the Owner and/or the Project and to the extent any such documents or information are not in the Owner's possession or control, the Owner hereby agrees that the Owner will undertake all reasonable efforts to obtain such documents and deliver them to the PAE within ten (10) calendar days of request by HUD; (B) promptly provide the PAE (and its contractors and agents) with access to the Project; (C) attend such meetings as the PAE (and its contractors and agents) may deem reasonably necessary in connection with the Owner's participation in the Mark-to-Market Program; and (D) undertake all reasonable efforts to obtain third-party financing if refinancing of the first mortgage is found necessary under Section CFR 401.460(e).

i Upon the request of HUD, the Owner agrees that it shall provide HUD with evidence satisfactory to HUD relating to each of the foregoing certifications.

j The Owner agrees to provide written notice to the Contract Administrator immediately upon a change in circumstances making any of the above-stated representations or warranties untrue or incomplete.

8 **OWNER TERMINATION NOTICE**

a Before termination of the Renewal Contract, the Owner shall provide written notice to the Contract Administrator and each assisted family in accordance with HUD requirements.

b If the Owner fails to provide such notice in accordance with the law and HUD requirements, the Owner may not increase the tenant rent payment for any assisted family until such time as the Owner has provided such notice for the required period.

9 **HUD REQUIREMENTS**

The Renewal Contract shall be construed and administered in accordance with all statutory requirements, and with all HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract. However, any changes in HUD requirements that are inconsistent with the provisions of the Renewal Contract, including the provisions of section 6 (contract rent), shall not be applicable.

10 **STATUTORY CHANGES DURING TERM**

If any statutory change during the term of the Renewal Contract is inconsistent with section 6, and if HUD determines, and so notifies the Contract Administrator and the Owner, that the Contract Administrator is unable to carry out the provisions of section 6 because of such statutory change, then the Contract Administrator or the Owner may terminate the Renewal Contract upon notice to the other party.

11 **PHA DEFAULT**

a This section 11 of the Renewal Contract applies if the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD. This includes a case where HUD has assigned the Renewal Contract to a PHA Contract Administrator, for the purpose of PHA administration of the Renewal Contract.

b If HUD determines that the PHA has committed a material and substantial breach of the PHA's obligation, as Contract Administrator, to make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract, and that the Owner is not in default of its obligations under the Renewal

Contract, HUD shall take any action HUD determines necessary for the continuation of housing assistance payments to the Owner in accordance with the Renewal Contract.

## 12 EXCLUSION OF THIRD-PARTY RIGHTS

a The Contract Administrator does not assume any responsibility for injury to, or any liability to, any person injured as a result of the Owner's action or failure to act in connection with the Contract Administrator's implementation of the Renewal Contract, or as a result of any other action or failure to act by the Owner.

b The Owner is not the agent of the Contract Administrator or HUD, and the Renewal Contract does not create or affect any relationship between the Contract Administrator or HUD and any lender to the Owner or any suppliers, employees, contractors or subcontractors used by the Owner in connection with implementation of the Renewal Contract.

c If the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD, the Contract Administrator is not the agent of HUD, and the Renewal Contract does not create any relationship between HUD and any suppliers, employees, contractors or subcontractors used by the Contract Administrator to carry out functions or responsibilities in connection with contract administration under the ACC.

## 13 WRITTEN NOTICES

a Any notice by the Contract Administrator or the Owner to the other party pursuant to the Renewal Contract shall be given in writing.

b A party shall give notice at the other party's address specified in section 1 of the Renewal Contract, or at such other address as the other party has designated by a contract notice. A party gives a notice to the other party by taking steps reasonably required to deliver the notice in ordinary course of business. A party receives notice when the notice is duly delivered at the party's designated address.

**Project Name:** St. John Place Phase I

**Section 8 Contract Number:** NY36-H110-050

**FHA Insurance Number :** 012-57113

# Exhibit A

*Identification of Units ("Contracts Units")*
*by Size and Applicable Contract Rents*

| Bedroom Size | Number of Units | Contract Rents |
|---|---|---|
| 0-BR | 14 | $831 |
| 1-BR | 82 | $973 |
| 2-BR | 78 | $1,108 |
| 3-BR | 17 | $1,287 |

**Special Conditions:**

NOTE: This Exhibit will be amended by Contract Administrator notice to the Owner to specify adjusted contract rent amounts as determined by the Contract Administrator in accordance with section 6b of the Renewal Contract.

3. Contract is extended 12 months for units on stage (1) of the original HAP at current rents to accommodate:
   a) **the processing of your Mark-to-Market request.**

(STAGE 3)

*Project Name:* ______*St. John's Place Phase I*________________________

*Section 8 Contract Number:* ______NY36-H110-050____________________

*FHA Project Number:* ___________012-57113__________________________

**EXHIBIT B₁**

Any notice of, any debarment, suspension or other administrative proceeding or investigation initiated by HUD, or any other federal or state government agency, with respect to such party or the Project:

1.
2.

Any material adverse actions or omissions with regard to the Project:

1.
2.

Violations of section 8 uniform physical condition standards and/or local housing codes:

1.
2.

**SIGNATURES**

**Contract administrator (HUD or PHA)**

Name of Contract Administrator (Print)
**New York State Housing Trust Fund Corporation**

**38-40 State Street, Hampton Plaza, Albany, New York 12207**

By: [signature]
Signature of authorized representative
**Ruth O'Sullivan, Acting NYO Managing Director**
Name and official title (Print)

Date 8/1/02

**Owner**

Name of Owner (Print)
**St. John's Phase I Associates**

**875 6th Avenue, Suite 1603, New York, New York 10001**

By [signature]
Signature of authorized representative
TROY D. STEVENS, JR. PRESIDENT
Name and title (Print)

Date 07/26/2002

## CERTIFICATION FOR CONTRACTS, GRANTS, LOANS AND COOPERATIVE AGREEMENTS

The undersigned certifies, to the best of his or her knowledge and belief that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer of employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contract under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less that $10,000 and not more than $100,000 for each such failure.

Executed this 26 date of July, 2002.

By: [signature]
(signature)

TROY D. STEVENS, JR.
(typed or printed name)

PRESIDENT
(title, if any)

Covered Action: **Section 8 HAP Contract Renewal**

Project Name and Number: St. John's Place Phase I & NY36-H110-050

RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

**U.S. Department of Housing and Urban Development**

**Office of Multifamily Housing Assistance Restructuring**

# Project-based Section 8

# HOUSING ASSISTANCE PAYMENTS

# WATCH LIST RENEWAL CONTRACT

## PREPARATION OF CONTRACT

Reference numbers in this form refer to notes at the end of the contract text. These endnotes are instructions for preparation of the Watch List Renewal Contract. The instructions are not part of the Renewal Contract

ALL-STATE LEGAL®
EXHIBIT
88

## TABLE OF SECTIONS

RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

| | |
|---|---|
| 1 CONTRACT INFORMATION | 1 |
| PROJECT | 1 |
| TYPE OF RENEWAL | 1 |
| 2 TERM OF RENEWAL CONTRACT | 2 |
| 3 DEFINITIONS | 3 |
| 4 RENEWAL CONTRACT | 4 |
| a Parties | 4 |
| b Statutory authority | 4 |
| c Expiring Contract | 4 |
| d Purpose of Renewal Contract | 4 |
| e Contract units | 6 |
| 5 EXPIRING CONTRACT – PROVISIONS RENEWED | 6 |
| 6 CONTRACT RENT | 7 |
| a Initial contract rents | 7 |
| b Contract rent adjustments | 7 |
| 7 OWNER WARRANTIES | 7 |
| 8 OWNER TERMINATION NOTICE | 7 |
| 9 HUD REQUIREMENTS | 8 |
| 10 STATUTORY CHANGES DURING TERM | 8 |
| 11 PHA DEFAULT | 8 |

| | |
|---|---|
| 12 EXCLUSION OF THIRD-PARTY RIGHTS | 8 |
| 13 WRITTEN NOTICES | 9 |
| SIGNATURES | 10 |


RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

U.S. Department of Housing and Urban Development
Office of Housing

RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

Project-based Section 8

# HOUSING ASSISTANCE PAYMENTS

# WATCH LIST RENEWAL CONTRACT[1]

## 1 CONTRACT INFORMATION[2]

**PROJECT**

**Section 8 Project Number** NY36H110050

**Section 8 Project Number of Expiring Contract**

______________________________

**FHA Project Number** (if applicable) 012-57113

**Project Name** St. John's Place Phase I

**Project Description**[3]

1566 Sterling Place, Brooklyn, Kings County, New York 11213-3268

**TYPE OF RENEWAL**

☒ Check this box for a Watch List project renewed under Section 524(a) of MAHRA (while retaining eligibility under the Mark-To-Market Program).

RECEIVED
SEP 22 2003
NEW YORK QUADEL

**PARTIES TO RENEWAL CONTRACT**

**Name of Contract Administrator**[4]

New York State Housing Trust Fund Corporation

**Address of Contract Administrator**

38-40 State Street

Albany, NY 12207

**Name of Owner**[5]

St. John's I Associates

**Address of Owner**

875 6th Avenue

Suite 1603

New York, NY 10001-3507

**2 TERM OF RENEWAL CONTRACT**

a The term of the Renewal Contract begins on

August 1, 2003.[6]

b Subject to the availability of sufficient appropriations to make housing assistance payments for any year in accordance with the Renewal Contract, as determined by HUD, the Renewal Contract shall run for a period of **twelve (12) months** beginning on the first day of the term.[7] Section 8 housing assistance payments to the Owner during the Renewal Contract term shall only be made from budget authority appropriated by the Congress, and available for this purpose.

RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

## 3 DEFINITIONS.

**ACC.** Annual contributions contract

**Anniversary.** The annual recurrence of the date of the first day of the term of the Renewal Contract.

**Contract units.** The units in the Project which are identified in Exhibit A by size and applicable contract rents.

**Contract rent.** The total monthly rent to owner for a contract unit, including the tenant rent (the portion of rent to owner paid by the assisted family).

**HAP contract.** A housing assistance payments contract between the Contract Administrator and the Owner.

**HUD.** The United States Department of Housing and Urban Development.

**HUD requirements.** HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract.

**MAHRA.** The Multifamily Assisted Housing Reform and Affordability Act of 1997 (Title V of Public Law No.105-65, October 27, 1997, 111 Stat. 1384ff), as amended by section 531 of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 2000 (Pub. L. No. 106-74, October 20, 1999,113 Stat. 1109ff).

**OCAF.** An operating cost adjustment factor established by HUD.

**PHA.** Public housing agency (as defined and qualified in accordance with the United States Housing Act of 1937. 42 U.S.C. 1437 et seq.).

**Project.** The housing designated in section 1 of the Renewal Contract.

**Section 8.** Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f)

**Renewal Contract.** This contract, including applicable provisions of the Expiring Contract (as determined in accordance with section 5 of the Renewal Contract).

RECEIVED
SEP 22 2003
NEW YORK QUADEL

## 4 RENEWAL CONTRACT

### a Parties

(1) The Renewal Contract is a housing assistance payments contract ("HAP Contract") between the Contract Administrator and the Owner of the Project (see section 1).

(2) If HUD is the Contract Administrator, HUD may assign the Renewal Contract to a public housing agency ("PHA") for the purpose of PHA administration of the Renewal Contract, as Contract Administrator, in accordance with the Renewal Contract (during the term of the annual contributions contract ("ACC") between HUD and the PHA). Notwithstanding such assignment, HUD shall remain a party to the provisions of the Renewal Contract that specify HUD's role pursuant to the Renewal Contract, including such provisions of section 9 (applicable requirements), section 10 (statutory changes during term) and section 12 (PHA default), of the Renewal Contract.

### b Statutory authority

The Renewal Contract is entered pursuant to section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f), and section 524 of the MAHRA.

### c Expiring Contract

Previously, the Contract Administrator and the Owner had entered into a HAP Contract ("expiring contract") to make Section 8 housing assistance payments to the Owner for eligible families living in the Project. The term of the expiring contract will expire or terminate prior to the beginning of the term of the Renewal Contract.

### d Purpose of Renewal Contract

(1) The purpose of the Renewal Contract is to renew the expiring contract for an additional term. During the term of the Renewal Contract, the Contract Administrator shall make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract.

(2) The Renewal Contract also constitutes a binding commitment for purposes of section 579 of MAHRA. In

RECEIVED
SEP 22 2003
NEW YORK QUADEL

accordance with section 514 of MAHRA, the project will remain eligible for full debt restructuring if and only if prior to the expiration of this renewal contract, or any renewal thereof, but no later than thirty (30) days prior to the date set forth in MAHRA section 579(b), as may be amended from time to time, or in any other related legislation which extends the repeal of OMHAR's authority to restructure the project's debt ("sunset date"), the owner and HUD cancel this contract and enter into a new HAP contract, at current rents, pursuant to section 514(c) of MAHRA. In addition, if prior to the expiration of this renewal contract, the owner **requests re-entry into the Mark-to-Market Program**, it must submit a Contract Renewal Request Form for Reelection (see Attachment 3a(2) of HUD's section 8 Renewal Guide) thirty (30) days prior to such sunset date. **HUD reserves the right to reassess the Project's eligibility for debt restructuring at the time such Request Form for Reelection is submitted.** If a reelection to full debt restructuring has occurred, HUD will offer the Owner an interim restructuring contract (the "Interim Full Renewal/Re-Entry Contract") at current rents (i.e., the market rents determined in this Renewal Contract), subject to the availability of appropriations in any year. Any such Interim Full Renewal/Re-Entry Contract will be entered into pursuant to section 514(c) of MAHRA and will contain language that the Interim Renewal Contract shall be considered a "binding commitment", as that phrase is used in section 579, during the entire term of that Interim Renewal Contract.

(3) If HUD determines that the project is eligible for full debt restructuring, the Owner and HUD will amend this contract in its entirety by entering into a new HAP contract, at current rents (i.e., the market rents determined in this Watch List Renewal Contract). HUD will offer the Owner an interim **full** contract (the **"Interim Full Renewal/Re-Entry Contract") for up to twelve months** at current rents subject to the availability of appropriations in any year. Any such Interim Renewal/Re-Entry Contract will be entered into pursuant to section 514(c) of MAHRA and will contain language that the Interim Renewal/Re-Entry Contract shall be considered a "binding commitment", as that used in section 579, during the entire term of that Interim Renewal/Re-Entry Contract.

(4) **If HUD determines that the property is no longer eligible for a full debt restructuring, HUD may decide, among other things, to: (a) offer the owner a Basic Renewal Contract; (b) continue the property on the Watch List; (c) refer the project to HUD's enforcement division; or (d) take other action as appropriate.**

RECEIVED
SEP 22 2003
NEW YORK QUADEL

(5) Housing assistance payments shall only be paid to the Owner for contract units occupied by eligible families leasing decent, safe and sanitary units from the Owner in accordance with statutory requirements, and with all HUD regulations and other requirements. If the Contract Administrator determines that the Owner has failed to maintain one or more contract units in decent, safe and sanitary condition, and has abated housing assistance payments to the owner for such units, the Contract Administrator may use amounts otherwise payable to the Owner pursuant to the Renewal Contract for the purpose of relocating or rehousing assisted residents in other housing.

e **Contract units**

The Renewal Contract applies to the Contract units.

5 EXPIRING CONTRACT – PROVISIONS RENEWED

a Except as specifically modified by the Renewal Contract, all provisions of the Expiring Contract are renewed (to the extent such provisions are consistent with statutory requirements in effect at the beginning of the Renewal Contract term).

b Any and all provisions of the Expiring Contract concerning any of the following subjects are not renewed, and shall not be applicable during the renewal term:

(1) Identification of contract units by size and applicable contract rents;

(2) The amount of the monthly contract rents;

(3) Contract rent adjustments; and

(4) Project account (sometimes called "HAP reserve" or "project reserve") as previously established and maintained by HUD pursuant to former Section 8(c)(6) of the United States Housing Act of 1937 (currently Section 8(c)(5) of the

RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

Act, 42 U.S.C. 1437f(c)(5)). Section 8(c)(5) does not apply to the Renewal Contract, or to payment of housing assistance payments during the Renewal Contract term.

c The Renewal Contract includes those provisions of the Expiring Contract that are renewed in accordance with this section 5.

6 CONTRACT RENT

a **Initial contract rents**

At the beginning of the Renewal Contract term, and until contract rents for units in the Project are adjusted in accordance with section 6b, the contract rent for each bedroom size (number of bedrooms) shall be the initial contract rent amount listed in Exhibit A, which is attached to and, by this reference, is hereby made a part of the Renewal Contract.

b **Contract rent adjustments**

There shall be no contract rent adjustments during the term of the Renewal Contract.

7 OWNER WARRANTIES

a The Owner warrants that it has the legal right to execute the Renewal Contract and to lease dwelling units covered by the contract.

b The Owner warrants that the rental units to be leased by the Owner under the Renewal Contract are in decent, safe and sanitary condition (as defined and determined in accordance with HUD regulations and procedures), and shall be maintained in such condition during the term of the Renewal Contract.

8 OWNER TERMINATION NOTICE

a Before termination of the Renewal Contract, the Owner shall provide written notice to the Contract Administrator and each assisted family in accordance with HUD requirements.

b If the Owner fails to provide such notice in accordance with the law and HUD requirements, the Owner may not increase the tenant rent payment for any assisted family until such time as the Owner has provided such notice for the required period.

RECEIVED SEP 22 2003 NEW YORK QUADEL

## 9 HUD REQUIREMENTS

The Renewal Contract shall be construed and administered in accordance with all statutory requirements, and with all HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract. However, any changes in HUD requirements that are inconsistent with the provisions of the Renewal Contract, including the provisions of section 6 (contract rent), shall not be applicable. The Owner will submit, for the term of this contract, monthly accounting reports, as prescribed in HUD Handbook 4470.1, Chapter 3, to the Multifamily HUB/Program Center Project Manager evidencing the financial condition of the project covered under this contract.

## 10 STATUTORY CHANGES DURING TERM

If any statutory change during the term of the Renewal Contract is inconsistent with section 6 of the Renewal Contract, and if HUD determines, and so notifies the Contract Administrator and the Owner, that the Contract Administrator is unable to carry out the provisions of section 6 because of such statutory change, then the Contract Administrator or the Owner may terminate the Renewal Contract upon notice to the other party.

## 11 PHA DEFAULT

a This section 11 of the Renewal Contract applies if the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD. This includes a case where HUD has assigned the Renewal Contract to a PHA Contract Administrator, for the purpose of PHA administration of the Renewal Contract.

b If HUD determines that the PHA has committed a material and substantial breach of the PHA's obligation, as Contract Administrator, to make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract, and that the Owner is not in default of its obligations under the Renewal Contract, HUD shall take any action HUD determines necessary for the continuation of housing assistance payments to the Owner in accordance with the Renewal Contract.

## 12 EXCLUSION OF THIRD-PARTY RIGHTS

a The Contract Administrator does not assume any responsibility for injury to, or any liability to, any person injured as a result of the

Owner's action or failure to act in connection with the Contract Administrator's implementation of the Renewal Contract, or as a result of any other action or failure to act by the Owner.

RECEIVED SEP 22 2003 NEW YORK QUADEL

b The Owner is not the agent of the Contract Administrator or HUD, and the Renewal Contract does not create or affect any relationship between the Contract Administrator or HUD and any lender to the Owner or any suppliers, employees, contractors or subcontractors used by the Owner in connection with implementation of the Renewal Contract.

c If the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD, the Contract Administrator is not the agent of HUD, and the Renewal Contract does not create any relationship between HUD and any suppliers, employees, contractors or subcontractors used by the Contract Administrator to carry out functions or responsibilities in connection with contract administration under the ACC.

**13 WRITTEN NOTICES**

a Any notice by the Contract Administrator or the Owner to the other party pursuant to the Renewal Contract shall be given in writing.

b A party shall give notice at the other party's address specified in section 1 of the Renewal Contract, or at such other address as the other party has designated by a contract notice. A party gives a notice to the other party by taking steps reasonably required to deliver the notice in ordinary course of business. A party receives notice when the notice is duly delivered at the party's designated address.

**SIGNATURES**

RECEIVED
SEP 2 2 2003
NEW YORK QUADEL

**Contract administrator (HUD or PHA)**

Name of Contract Administrator (Print)

New York State Housing Trust Fund Corporation

By: Barbara G. Locke for
Signature of authorized representative

John Staso, Managing Director
Name and official title (Print)

Date 1/14/04

**Owner**

Name of Owner (Print)

St. John's I Associates

By
Signature of authorized representative

TROY D. STEVENS, JR. PRESIDENT
Name and title (Print)

Date SEPTEMBER 3, 2003

## EXHIBIT A

### IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

| Number of Contract Units | Number of Bedrooms | Contract Rent |
|---|---|---|
| 14 | 0 | $664.00 |
| 82 | 1 | $743.00 |
| 78 | 2 | $892.00 |
| 17 | 3 | $1,185.00 |

NOTE: This Exhibit will be amended by Contract Administrator notice to the Owner to specify adjusted contract rent amounts as determined by the Contract Administrator in accordance with section 6b of the Renewal Contract.

Appendix 5-3

**CERTIFICATION OF REDUCTION OF RENTS IN ACCORDANCE WITH MORTGAGE RESTRUCTURING**

In accordance with the provisions of the Mortgage Restructuring and/or Rent Reduction for St. John's Place Phase I (Property Name), which became effective on August 1, 2003, I, St. John's I Associates (Owner) certify that gross rent changes have been completed for all residents receiving Section 8 Housing Assistance Payments under contract number NY36H110050 from the Department of Housing and Urban Development. The Voucher for Rental Assistance Payments reflects the new rental amounts.

By: ______________________

Name of Owner (Print)

______________________

BY ______________________

Signature of Authorized Representative

TROY D. STEVENS, JR. PRESIDENT

Name and Official Title (Print)

SEPTEMBER 3, 2003

Date

RECEIVED
SEP 22 2003
NEW YORK QUADEL