NEW YORK QUADEL

SEP 29 2004

RECEIVED
OCT - 1 2004
By________________

St. John's I Associates
875 6th Avenue
Suite 1603
New York, NY 10001
Attn: Troy Stevens

RE: Notification of Short Term HAP Contract Renewal
Property: St. John's Place Phase I
Section 8 Contract #: NY36-H110-050

Dear Mr. Stevens:

Enclosed for your files is a copy of the renewed Housing Assistance Payments Contract. This contract is effective **August 1, 2004** through **January 31, 2005.**

The rents effective **August 1, 2004** are as follows:

| Unit Size | # Units | Contract Rent | Utility Allow. | Gross Rent |
|---|---|---|---|---|
| 0 BR | 14 | $664 | $32 | $696 |
| 1 BR | 82 | $743 | $38 | $781 |
| 2 BR | 78 | $892 | $44 | $936 |
| 3 BR | 17 | $1185 | $50 | $1235 |

There is a Utility Allowance increase pending the return of rent schedules. An effective date for the increase needs to be indicated on the rent schedules prior to their return.

Should you have any questions, please contact me at (315) 428-1800 x 251 or via e-mail at kozminkowski@nyquadel.com. Thank you for your assistance.

Sincerely,

Katherine Ozminkowski
Contract Renewal / Rent Specialist

CC: HUD

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

ALL-STATE LEGAL® EXHIBIT 89

PP0615

# NOTIFICATION OF SECTION 8 CONTRACT RENTS AND FUNDING

FOR (Check one): ☐ Initial Renewal ☒ Subsequent Renewal ☐ Amend Rent/BA Only

Section 8 Contract No. NY36-H110-050 Expires on: July 31, 2004

Owner Name: St. John's I Associates

Project Name: St. John's Place Phase I

Project Location: 1566 Sterling Place, Brooklyn, NY 11213

FHA Project No.: Non-insured

## IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

Rent Effective Date 8/1/2004

| No. of Units | No. of Bedrooms | Contract Rent ($) | Utility | Gross Rent |
|---|---|---|---|---|
| 14 | 0 bedroom | $664 | $32 | $696 |
| 82 | 1 bedroom | $743 | $38 | $781 |
| 78 | 2 bedroom | $892 | $44 | $936 |
| 17 | 3 bedroom | $1185 | $50 | $1235 |

## FUNDING

BUDGET AUTHORITY INCREASE: $1,454,274

Contract/Renewal Effective Date: 8/1/2004 Expiration Date: 1/31/2005

For HUD Use Only:

Notice to Owner executed by: Barbara Locke – Regional Operations Director, NYQ CONTRACT ADMINISTRATOR

By: [signature] (Signature)

John A. Staso (Printed Name)

NYQ Managing Director (Official Title)

9/29/2004 (Date)

earchino/Profiles/Templates/Notificatn of Sec 8 Contract Rents & Fundg.doc

PP0616

Attachment 11
Revised 2-20-01

RECEIVED
SEP 28 2004
NEW YORK QUADEL

U.S. Department of Housing and Urban Development

Office of Housing

## Project-based Section 8

## HOUSING ASSISTANCE PAYMENTS

# BASIC RENEWAL CONTRACT

**PREPARATION OF CONTRACT**

Reference numbers in this form refer to notes at the end of the contract text. These endnotes are instructions for preparation of the Basic Renewal Contract. The instructions are not part of the Renewal Contract

Attachment 11
Revised 2-20-01

## TABLE OF SECTIONS


| | |
|---|---|
| 1 CONTRACT INFORMATION | 1 |
| PROJECT | 1 |
| TYPE OF RENEWAL | 1 |
| 2 TERM OF RENEWAL CONTRACT | 2 |
| 3 DEFINITIONS. | 2 |
| 4 RENEWAL CONTRACT | 4 |
| a Parties | 4 |
| b Statutory authority | 4 |
| c Expiring Contract | 4 |
| d Purpose of Renewal Contract | 5 |
| e Contract units | 5 |
| 5 EXPIRING CONTRACT – PROVISIONS RENEWED | 5 |
| 6 CONTRACT RENT | 6 |
| a Initial contract rents | 6 |
| b Contract rent adjustments | 6 |
| (1) OCAF or Budget-Based Rent Adjustments | 6 |
| (2) Comparability adjustments | 7 |
| (a) Applicability | 7 |
| (b) Fifth year adjustment (comparability adjustment at expiration of each 5-year period, *if applicable*) | 7 |

(c) Mid-term adjustment (discretionary comparability adjustment within 5-year term) 8

(d) Adjusting contract rent 8

(3) Procedure for rent adjustments during renewal term 8

(4) No other adjustments 9

7 OWNER WARRANTIES 9

8 OWNER TERMINATION NOTICE 9

9 HUD REQUIREMENTS 9

10 STATUTORY CHANGES DURING TERM 10

11 PHA DEFAULT 10

12 EXCLUSION OF THIRD-PARTY RIGHTS 10

13 WRITTEN NOTICES 11

SIGNATURES 12

Attachment 11
Revised 2-20-01

U.S. Department of Housing and Urban Development
Office of Housing

Project-based Section 8

RECEIVED
SEP 2 8 2004
NEW YORK QUADEL

# HOUSING ASSISTANCE PAYMENTS

# BASIC RENEWAL CONTRACT[1]

## 1 CONTRACT INFORMATION[2]

**PROJECT**

**Section 8 Project Number** NY36-H110-050

**Section 8 Project Number of Expiring Contract**

NY36-H110-050

**FHA Project Number** (if applicable) non-insured

**Project Name** St. John's Place Phase I

**Project Description**[3]

1566 Sterling Place, Brooklyn, NY 11213

**TYPE OF RENEWAL**

☐ Check this box for a project renewed under Section 524(a) of MAHRA (not including a Mark-Up-To-Market renewal).[1]

☒ Check this box for a project renewed at exception rents under Section 524(b)(1) of MAHRA.

[1] This form of Renewal Contract shall not be used for a Mark-Up-to-Market renewal.

Attachment 11
Revised 2-20-01

## PARTIES TO RENEWAL CONTRACT

**Name of Contract Administrator**[4]

New York State Housing Trust Fund

**Address of Contract Administrator**

38-40 State Street

Hampton Plaza,

Albany, NY 12207

**Name of Owner**[5]

St. John's I Associates

**Address of Owner**

875 6th Avenue

Suite 1603

New York, NY 10001

## 2 TERM OF RENEWAL CONTRACT

a The term of the Renewal Contract begins on

August 1, 2004[6].

b Subject to the availability of sufficient appropriations to make housing assistance payments for any year in accordance with the Renewal Contract, as determined by HUD, the Renewal Contract shall run for a period of six (6) months, beginning on the first day of the term.[7] Section 8 housing assistance payments to the Owner during the Renewal Contract term shall only be made from budget authority appropriated by the Congress, and available for this purpose.

## 3 DEFINITIONS.

**ACC.** Annual contributions contract

**Anniversary.** The annual recurrence of the date of the first day of the term of the Renewal Contract.

**Contract units.** The units in the Project which are identified in Exhibit A by size and applicable contract rents.

**Contract rent.** The total monthly rent to owner for a contract unit, including the tenant rent (the portion of rent to owner paid by the assisted family).

**Fifth year anniversary.** The Renewal Contract annual anniversary that falls at expiration of each 5-year period of the Renewal Contract term.

**Fifth year comparability adjustment.** An adjustment of contract rents by the contract administrator at the Fifth Year Anniversary. The contract rent for each unit size is set at comparable rent as shown by comparability analysis.

**HAP contract.** A housing assistance payments contract between the Contract Administrator and the Owner.

**HUD.** The United States Department of Housing and Urban Development.

**HUD requirements.** HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract.

**MAHRA.** The Multifamily Assisted Housing Reform and Affordability Act of 1997 (Title V of Public Law No.105-65, October 27, 1997, 111 Stat. 1384ff), as amended by section 531 of the Departments of Veterans Affairs and Housing and Urban Development, Independent Agencies Appropriations Act, 2000 (Public Law No. 106-74, October 20, 1999,113 Stat. 1109ff).

**Mid-term comparability adjustment.** An adjustment of contract rents by the contract administrator within each 5-year period of the Renewal Contract term (in addition to the comparability analysis and adjustment at the Fifth Year Anniversary). The contract rent for each unit size is set at comparable rent as shown by comparability analysis.

**OCAF.** An operating cost adjustment factor established by HUD.

**PHA.** Public housing agency (as defined and qualified in accordance with the United States Housing Act of 1937. 42 U.S.C. 1437 et seq.).

**Project.** The housing designated in section 1 of the Renewal Contract.

**Section 8.** Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f)

**Renewal Contract.** This contract, including applicable provisions of the Expiring Contract (as determined in accordance with section 5 of the Renewal Contract).

## 4 RENEWAL CONTRACT

### a Parties

(1) The Renewal Contract is a housing assistance payments contract ("HAP Contract") between the Contract Administrator and the Owner of the Project (see section 1).

(2) If HUD is the Contract Administrator, HUD may assign the Renewal Contract to a public housing agency ("PHA") for the purpose of PHA administration of the Renewal Contract, as Contract Administrator, in accordance with the Renewal Contract (during the term of the annual contributions contract ("ACC") between HUD and the PHA). Notwithstanding such assignment, HUD shall remain a party to the provisions of the Renewal Contract that specify HUD's role pursuant to the Renewal Contract, including such provisions of section 9 (HUD requirements), section 10 (statutory changes during term) and section 11 (PHA default), of the Renewal Contract.

### b Statutory authority

The Renewal Contract is entered pursuant to section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f), and section 524 of the MAHRA.

### c Expiring Contract

Previously, the Contract Administrator and the Owner had entered into a HAP Contract ("expiring contract") to make Section 8 housing assistance payments to the Owner for eligible families living in the Project. The term of the expiring contract will expire prior to the beginning of the term of the Renewal Contract.

d **Purpose of Renewal Contract**

(1) The purpose of the Renewal Contract is to renew the expiring contract for an additional term. During the term of the Renewal Contract, the Contract Administrator shall make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract.

(2) Housing assistance payments shall only be paid to the Owner for contract units occupied by eligible families leasing decent, safe and sanitary units from the Owner in accordance with statutory requirements, and with all HUD regulations and other requirements. If the Contract Administrator determines that the Owner has failed to maintain one or more contract units in decent, safe and sanitary condition, and has abated housing assistance payments to the owner for such units, the Contract Administrator may use amounts otherwise payable to the Owner pursuant to the Renewal Contract for the purposed of relocating or rehousing assisted residents in other housing.

e **Contract units**

The Renewal Contract applies to the Contract units.

5 **EXPIRING CONTRACT – PROVISIONS RENEWED**

a Except as specifically modified by the Renewal Contract, all provisions of the Expiring Contract are renewed (to the extent such provisions are consistent with statutory requirements in effect at the beginning of the Renewal Contract term).

b Any and all provisions of the Expiring Contract concerning any of the following subjects are not renewed, and shall not be applicable during the renewal term:

(1) Identification of contract units by size and applicable contract rents;

(2) The amount of the monthly contract rents;

(3) Contract rent adjustments; and

(4) Project account (sometimes called "HAP reserve" or "project reserve") as previously established and maintained by HUD pursuant to former Section 8(c)(6) of the United States

Housing Act of 1937 (currently Section 8(c)(5) of the Act, 42 U.S.C. 1437f(c)(5)). Section 8(c)(5) does not apply to the Renewal Contract, or to payment of housing assistance payments during the Renewal Contract term.

c The Renewal Contract includes those provisions of the Expiring Contract that are renewed in accordance with this section 5.

## 6 CONTRACT RENT

### a Initial contract rents

At the beginning of the Renewal Contract term, and until contract rents for units in the Project are adjusted in accordance with section 6b, the contract rent for each bedroom size (number of bedrooms) shall be the initial contract rent amount listed in Exhibit A of the Renewal Contract.

### b Contract rent adjustments

#### (1) OCAF or Budget-Based Rent Adjustments

(a) Except as provided in section 6b(2) below (concerning adjustments at each Fifth Year Anniversary and discretionary comparability adjustments within each five-year term), during the term of the Renewal Contract the Contract Administrator shall annually, on the anniversary of the Renewal Contract, adjust the amounts of the monthly contract rents in accordance with HUD requirements by either of the following methods (as determined by the Contract Administrator in accordance with HUD requirements):

(i) Using an OCAF; or

(ii) At the request of the owner, based on the budget for the Project, as approved by the Contract Administrator in accordance with HUD requirements.

(b) Adjustments by use of the OCAF shall not result in a negative adjustment (decrease) of the contract rents. The OCAF shall not be used for adjustment of rent at each Fifth Year Anniversary (as defined in Section 6b(2)(b)(ii) below).

(2) **Comparability adjustments**

(a) **Applicability.** This section 6(b)(2) is applicable only if the contract has been renewed pursuant to section 524(a) or pursuant to subsection (e)(2) of MAHRA. This section 6b(2) does not apply to a project renewed at exception rents under Section 524(b)(1) of MAHRA (See section 1 of the Renewal Contract).

(b) **Fifth year adjustment (comparability adjustment at expiration of each 5-year period, *if applicable*).**

(i) This section 6b(2)(b) is only applicable if the term of the Renewal Contract is longer than five (5) years (from the first day of the term specified in section 2a) and if the Renewal Contract has been renewed pursuant to section 524(a) or pursuant to subsection (e)(2) of MAHRA.

(ii) At the expiration of each 5-year period of the Renewal Contract term ("Fifth Year Anniversary"), the Contract Administrator shall conduct a comparability analysis of existing contract rents. At such Fifth Year Anniversary of the Renewal Contract, the Contract Administrator shall make any adjustments in the monthly contract rents, as reasonably determined by the Contract Administrator in accordance with HUD requirements necessary to set the contract rent for each unit size at comparable market rent. Such adjustment may result in a negative adjustment (decrease) or positive adjustment (increase) of the contract rents for one or more unit sizes.

(iii) To assist in the redetermination of contract rents at each Fifth Year Anniversary, the Contract Administrator may require that the Owner submit to the Contract Administrator a rent comparability study prepared (at the Owner's expense) in accordance with HUD requirements.

(c) **Mid-term adjustment (discretionary comparability adjustment within 5-year term)**

(i) This section 6b(2)(c) is only applicable for a project renewed under Section 524(a) of MAHRA (not including a Mark-Up-To-Market renewal). This section 6b(2)(c) does not apply to a project renewed at exception rents under Section 524(b)(1) of MAHRA. (See section 1 of the Renewal Contract.)

(ii) In addition to the comparability analysis and adjustment of contract rents at the Fifth Year Anniversary, HUD may, at HUD's discretion, require or permit the contract administrator to conduct a comparability analysis and adjustment of contract rents ("mid-term adjustment"), one more time within each 5-year period of the Renewal Contract term

(d) **Adjusting contract rent**

At the time of a fifth year or mid-term comparability adjustment, the Contract Administrator shall make any adjustments in the monthly contract rents, as reasonably determined by the Contract Administrator in accordance with HUD requirements, necessary to set the contract rent for each unit size at comparable rent. Such adjustment may result in a negative adjustment (decrease) or positive adjustment (increase) of the contract rents for one or more unit sizes.

(3) **Procedure for rent adjustments during renewal term**

(a) To adjust contract rents during the term of the Renewal Contract (including an OCAF or budget-based adjustment in accordance with section 6b(1), or a fifth year or midterm adjustment in accordance with section 6b(2)), the Contract Administrator shall give the Owner notice with a revised Exhibit A that specifies the adjusted contract rent amounts.

(b) The revised Exhibit A shall specify the adjusted contract rent amount for each bedroom size as determined by the Contract Administrator in

accordance with this section. The adjustment notice by the Contract Administrator to the Owner shall specify when the adjustment of contract rent is effective.

(c) Notice of rent adjustment by the Contract Administrator to the Owner shall automatically constitute an amendment of the Renewal Contract.

(4) **No other adjustments**

Except for contract rent adjustments in accordance with this section, there shall not be any other adjustments of the contract rents during the term of the Renewal Contract. Special adjustments shall not be granted.

7 **OWNER WARRANTIES**

a The Owner warrants that it has the legal right to execute the Renewal Contract and to lease dwelling units covered by the contract.

b The Owner warrants that the rental units to be leased by the Owner under the Renewal Contract are in decent, safe and sanitary condition (as defined and determined in accordance with HUD regulations and procedures), and shall be maintained in such condition during the term of the Renewal Contract.

8 **OWNER TERMINATION NOTICE**

a Before termination of the Renewal Contract, the Owner shall provide written notice to the Contract Administrator and each assisted family in accordance with HUD requirements.

b If the Owner fails to provide such notice in accordance with the law and HUD requirements, the Owner may not increase the tenant rent payment for any assisted family until such time as the Owner has provided such notice for the required period.

9 **HUD REQUIREMENTS**

The Renewal Contract shall be construed and administered in accordance with all statutory requirements, and with all HUD regulations and other requirements, including changes in HUD regulations and other requirements during the term of the Renewal Contract. However, any changes in HUD requirements that are inconsistent with the provisions of

the Renewal Contract, including the provisions of section 6 (contract rent), shall not be applicable.

## 10 STATUTORY CHANGES DURING TERM

If any statutory change during the term of the Renewal Contract is inconsistent with section 6 of the Renewal Contract, and if HUD determines, and so notifies the Contract Administrator and the Owner, that the Contract Administrator is unable to carry out the provisions of section 6 because of such statutory change, then the Contract Administrator or the Owner may terminate the Renewal Contract upon notice to the other party.

## 11 PHA DEFAULT

a This section 11 of the Renewal Contract applies if the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD. This includes a case where HUD has assigned the Renewal Contract to a PHA Contract Administrator, for the purpose of PHA administration of the Renewal Contract.

b If HUD determines that the PHA has committed a material and substantial breach of the PHA's obligation, as Contract Administrator, to make housing assistance payments to the Owner in accordance with the provisions of the Renewal Contract, and that the Owner is not in default of its obligations under the Renewal Contract, HUD shall take any action HUD determines necessary for the continuation of housing assistance payments to the Owner in accordance with the Renewal Contract.

## 12 EXCLUSION OF THIRD-PARTY RIGHTS

a The Contract Administrator does not assume any responsibility for injury to, or any liability to, any person injured as a result of the Owner's action or failure to act in connection with the Contract Administrator's implementation of the Renewal Contract, or as a result of any other action or failure to act by the Owner.

b The Owner is not the agent of the Contract Administrator or HUD, and the Renewal Contract does not create or affect any relationship between the Contract Administrator or HUD and any lender to the Owner or any suppliers, employees, contractors or subcontractors used by the Owner in connection with implementation of the Renewal Contract.

c If the Contract Administrator is a PHA acting as Contract Administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD, the Contract Administrator is not the agent of HUD, and the Renewal Contract does not create any relationship between HUD and any suppliers, employees, contractors or subcontractors used by the Contract Administrator to carry out functions or responsibilities in connection with contract administration under the ACC.

## 13 WRITTEN NOTICES

a Any notice by the Contract Administrator or the Owner to the other party pursuant to the Renewal Contract shall be given in writing.

b A party shall give notice at the other party's address specified in section 1 of the Renewal Contract, or at such other address as the other party has designated by a contract notice. A party gives a notice to the other party by taking steps reasonably required to deliver the notice in ordinary course of business. A party receives notice when the notice is duly delivered at the party's designated address.

Attachment 11
Revised 2-20-01

**SIGNATURES**

RECEIVED
SEP 28 2004
NEW YORK QUADEL

**Contract administrator (HUD or PHA)**

Name of Contract Administrator (Print)

New York State Housing Trust Fund

By: ____________________
Signature of authorized representative

John A. Staso, Managing Director
Name and official title (Print)

Date 9/29/2004

**Owner**

Name of Owner (Print)

ST JOHNS I ASSOCIATES

By ____________________
Signature of authorized representative

TROY D. STEVENS JR., PRESIDENT
Name and title (Print)

Date SEPTEMBER 20, 2004

RECEIVED
SEP 2 8 2004
NEW YORK QUADEL

# EXHIBIT A

## IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

| Number of Contract Units | Number of Bedrooms | Contract Rent |
|---|---|---|
| 14 | 0 | $664 |
| 82 | 1 | $743 |
| 78 | 2 | $892 |
| 17 | 3 | $1185 |

NOTE: This Exhibit will be amended by Contract Administrator notice to the Owner to specify adjusted contract rent amounts as determined by the Contract Administrator in accordance with section 6b of the Renewal Contract.

---

[6] The Renewal Contract must be entered before expiration of the Expiring Contract. Enter the date of the first day after expiration of the term of the Expiring Contract.

[7] Enter the term of the renewal contract. The term shall be determined in accordance with HUD requirements. Insert the number of whole years.

U.S. Department of Housing and Urban Development
Office of Housing

RECEIVED
JAN 26 2005
NEW YORK QUADEL

PROJECT-BASED SECTION 8

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT FOR MARK-UP-TO-MARKET PROJECT

## PREPARATION OF CONTRACT

Reference numbers in this form refer to notes at the end of the contract text. These endnotes are instructions for preparation of the Renewal Contract. The instructions are not part of the Renewal Contract.

# RENEWAL HAP CONTRACT FOR SECTION 8 MARK-UP-TO-MARKET PROJECT

## 1 CONTRACT INFORMATION 2

**PROJECT**

Section 8 Project Number NY36-H110-050

Section 8 Project Number of Expiring Contract
NY36-H110-050

FHA Project Number (if applicable) Non-Insured

Project Name St. John's Place Phase I

Project Description
1566 Sterling Pl., Brooklyn, NY 11213-3268

☐ Check this box if the project is a Section 236 project or a Section 221(d)(3) below market interest rate (BMIR) project at the beginning of the Renewal Contract term.

EXHIBIT
90
ALL-STATE LEGAL®

PARTIES TO RENEWAL CONTRACT

**Name of Contract Administrator** [4]

New York State Housing Trust Fund

**Name of Owner**

St. John's I Associates

2 TERM OF RENEWAL CONTRACT

a The term of the Renewal Contract begins on August 6, 2004. [5]

b Subject to the availability of sufficient appropriations to make housing assistance payments for any year in accordance with the Renewal Contract, as determined by HUD, the Renewal Contract

shall run for a period of 5 year(s), beginning on the first day of the term.[6] Section 8 housing assistance payments to the owner during the Renewal Contract term shall only be made from budget authority appropriated by the Congress, and available for this purpose.

3 RENEWAL CONTRACT

a **Parties**

(1) This contract ("Renewal Contract") is a housing assistance payments contract ("HAP contract") between the contract administrator and the owner of the housing.

(2) If HUD is the contract administrator, HUD may assign the Renewal Contract to a public housing agency ("PHA") for the purpose of PHA administration of the Renewal Contract, as contract administrator, in accordance with the Renewal Contract (during the term of the annual contributions contract ("ACC") between HUD and the PHA). Notwithstanding such assignment, HUD shall remain a party to the provisions of the Renewal Contract that specify HUD's role pursuant to the Renewal Contract, including such

provisions of section 8 (applicable requirements), section 9 (statutory changes during term), section 10 (distributions) and section 11 (PHA default) of the Renewal Contract.

b **Statutory authority**

The Renewal Contract is entered pursuant to section 8 of the United States Housing Act of 1937 ("Section 8") (42 U.S.C. 1437f), and section 524(a) and (c) of the Multifamily Assisted Housing Reform and Affordability Act of 1997 (MAHRA) ** (Title V of Public Law No.105-65, October 27, 1997, 111 Stat. 1384ff), as amended by section 531 of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 2000 (Pub. L. No. 106-74, October 20, 1999,113 Stat. 1109ff).

c **Expiring Contract**

Previously, the owner entered into a Housing Assistance Payments Contract ("Expiring Contract") with HUD or a PHA to make Section

8 housing assistance payments to the owner for eligible families living in the project. The term of the Expiring Contract has or will expire prior to the beginning of the term of the Renewal Contract.

d **Purpose of Renewal Contract**

The purpose of the Renewal Contract is to renew the Expiring Contract for an additional term. During the term of the Renewal Contract, the contract administrator will make housing assistance payments to the owner in accordance with the provisions of the Renewal Contract. Such payments shall only be made for contract units occupied by eligible families ("families") leasing decent, safe and sanitary units from the owner in accordance with HUD regulations and other requirements.

e **Contract units**

The Renewal Contract applies to the project contract units identified in Exhibit A by size and applicable contract rents.

4 **EXPIRING CONTRACT – PROVISIONS RENEWED**

a Except as specifically modified by the Renewal Contract, all provisions of the Expiring Contract are renewed (to the extent such

provisions are consistent with statutory requirements in effect at the beginning of the Renewal Contract term).

b Any provisions of the Expiring Contract concerning any of the following subjects are not renewed, and shall not be applicable during the renewal term:

(1) The amount of the monthly contract rents;

(2) Contract rent adjustments;

(3) Project account (sometimes called "HAP reserve" or "project reserve") as previously established and maintained by HUD pursuant to former Section 8(c)(6) of the United States Housing Act of 1937 (currently Section 8(c)(5) of the Act, 42 U.S.C. 1437f(c)(5)). Section 8(c)(5) does not apply to the Renewal Contract, or to payment of housing assistance payments during the Renewal Contract term.

c The Renewal Contract includes those provisions of the Expiring Contract that are renewed in accordance with this section.

## 5 CONTRACT RENT

### a Initial contract rents

At the beginning of the Renewal Contract term, and until contract rents for units in the project are adjusted in accordance with section 5b, the contract rent for each bedroom size (number of bedrooms) shall be the initial contract rent amount listed in Exhibit A, which is attached to and made a part of the Renewal Contract. The initial contract rent amounts listed in Exhibit A have been increased to market levels under the HUD Mark-Up-to-Market Option.

### b Contract rent adjustments

#### (1) OCAF adjustment

Except for adjustment of the contract rents to comparable market rents at the expiration of each 5-year period (as provided in paragraph 5b(2) of this section) ("fifth year adjustment"), during the term of the Renewal Contract the contract administrator shall annually, on the anniversary of the Renewal Contract, adjust the amounts of the monthly

contract rents in accordance with HUD requirements, using an operating cost adjustment factor (OCAF) established by HUD. Such adjustments by use of the OCAF shall not result in a negative adjustment (decrease) of the contract rents. The OCAF shall not be used for a fifth year adjustment.

(2) **Fifth year adjustment (comparability adjustment at expiration of each 5-year period, *if applicable*)**

(a) This section 5(b)(2) is only applicable if the term of the Renewal Contract is longer than five (5) years (from the first day of the term specified in section 2a).

(b) At the expiration of each 5-year period of the Renewal Contract term, the contract administrator shall compare existing contract rents with comparable market rents for the market area. At such anniversary of the Renewal Contract, the contract administrator shall make any adjustments in the monthly contract rents, as reasonably determined by the contract administrator in accordance with HUD requirements, necessary to set the contract rents for all unit sizes at comparable market rents. Such adjustments may result in a negative adjustment (decrease) or positive adjustment (increase) of the contract rents for one or more unit sizes.

(c) To assist in the redetermination of contract rents, the contract administrator may require that the owner submit to the contract administrator a rent comparability study prepared (at the owner's expense) in accordance with HUD requirements.

(3) **Procedure for rent adjustments during renewal term**

To adjust contract rents during the term of the Renewal Contract (in accordance with paragraph 5b(1) or paragraph 5b(2)), the contract administrator shall give the owner notice of the revised Exhibit A. The revised Exhibit A shall specify the adjusted contract rent amount for each bedroom size as determined by the contract administrator in accordance with paragraph 5b(1) or paragraph 5b(2). The notice shall specify when the adjustment of contract rent is effective. The notice by the contract administrator of the revised Exhibit A constitutes an amendment of the Renewal Contract.

(4) **No other adjustments**

Except for contract rent adjustments in accordance with paragraph 5b, there shall not be any other adjustments of the contract rents during the term of the Renewal Contract. Special adjustments shall not be granted.

**6 OWNER WARRANTIES**

a The owner warrants that it has the legal right to execute the Renewal Contract and to lease dwelling units covered by the contract.

b The owner warrants that the rental units to be leased by the owner under the Renewal Contract are in decent, safe and sanitary condition, as defined by HUD, and shall be maintained in such condition during the term of the Renewal Contract.

**7 OWNER NOTICE**

a Before termination of the Renewal Contract, the owner shall provide written notice to the contract administrator and each assisted family in accordance with the law and HUD requirements.

b If the owner fails to provide such notice in accordance with the law and HUD requirements, the owner may not increase the tenant rent payment for any assisted family until such time as the owner has provided such notice for the required period.

**8 APPLICABLE REQUIREMENTS**

The Renewal Contract shall be construed and administered in accordance with all statutory requirements, and with all HUD regulations and other requirements, including amendments or changes in HUD regulations and other requirements during the term of the Renewal Contract. However, any changes in HUD regulations and requirements which are inconsistent with the provisions of the Renewal Contract, including the provisions of section 5 (contract rent) and section 10 (distributions), shall not be applicable.

**9 STATUTORY CHANGES DURING TERM**

If any statutory change during the term of the Renewal Contract is

inconsistent with section 5 or section 10 of the Renewal Contract, and if HUD determines, and so notifies the contract administrator and the owner, that the contract administrator is unable to carry out the provisions of section 5 or section 10 because of such statutory change, then the contract administrator or the owner may terminate the Renewal Contract upon notice to the other party.

## 10 DISTRIBUTIONS

During the term of the Renewal Contract, neither HUD nor the PHA may impose any additional limitations on distributions of project funds other than any distribution limitations specified in Exhibit B, which is attached to and made a part of this Renewal Contract.

## 11 PHA DEFAULT

a This section of the Renewal Contract applies if the contract administrator is a PHA acting as contract administrator pursuant to an annual contributions contract ("ACC") between the PHA and

HUD. This includes a case where HUD has assigned the Renewal Contract to a PHA contract administrator, for the purpose of PHA administration of the Renewal Contract.

b If HUD determines that the PHA has committed a material and substantial breach of the PHA's obligation, as contract administrator, to make housing assistance payments to the owner in accordance with the provisions of the Renewal Contract, and that the owner is not in default of its obligations under the Renewal Contract, HUD will take actions HUD determines necessary for the continuation of housing assistance payments to the owner in accordance with the Renewal Contract.

## 12 SECTIONS 236 AND 221(D)(3) BMIR PROJECTS -- PREPAYMENT

a This section of the Renewal Contract shall be applicable if the project is a Section 236 project or a 221(d)(3) BMIR project (See the check-box at section 1 of the Renewal Contract).

b During the term of the Renewal Contract, the owner shall not prepay any FHA-insured mortgage on the project, except where HUD, in its sole discretion, approves the prepayment as a component of a transaction whereby the project is preserved as affordable housing.

## 13 EXCLUSION OF THIRD-PARTY RIGHTS

a The contract administrator does not assume any responsibility for injury to, or any liability to, any person injured as a result of the owner's action or failure to act in connection with the contract administrator's implementation of the Renewal Contract, or as a result of any other action or failure to act by the owner.

b The owner is not the agent of the contract administrator or HUD, and the Renewal Contract does not create or affect any relationship between the contract administrator or HUD and any lender to the owner or any suppliers, employees, contractors or subcontractors used by the owner in connection with implementation of the Renewal Contract.

c If the contract administrator is a PHA acting as contract administrator pursuant to an annual contributions contract ("ACC") between the PHA and HUD, the contract administrator is not the agent of HUD, and the Renewal Contract does not create any relationship between HUD and any suppliers, employees, contractors or subcontractors used by the contract administrator to carry out functions or responsibilities in connection with contract administration under the ACC.

## 14 WRITTEN NOTICES

Any notice by the contract administrator or the owner to the other party pursuant to the Renewal Contract must be in writing.

RECEIVED

JAN 26 2005

NEW YORK QUADEL

SIGNATURES

**Contract administrator (HUD or PHA)**

Name of Contract Administrator (Print)

**New York State Housing Trust Fund**

**38-40 State Street, Hampton Plaza / Albany, NY 12207**

By: ____________________
Signature of authorized representative

**John A. Staso, Managing Director NYQ**
Name and official title (Print)

Date FEB 01 2005

**Owner**

Name of Owner (Print)

Troy D. STEVENS Sr.

By: ____________________
Signature of authorized representative

Name and title (Print)

Date January 21/05

RECEIVED

JAN 2 6 2005

NEW YORK QUADEL

Project Name: St. John's Place Phase 1
Section 8 Contract Number: NY36-H110-050
FHA Project Number: Non-Insured

# Exhibit A

*Identification of Units ("Contracts Units")*
*by Size and Applicable Contract Rents*

| Bedroom Size | Number of Units | Contract Rents |
|---|---|---|
| 0 BR | 14 | $700 |
| 1 BR | 82 | $900 |
| 2 BR | 78 | $1,150 |
| 3 BR | 17 | $1,300 |

NOTE: This Exhibit will be amended by Contract Administrator notice to the Owner to specify adjusted contract rent amounts as determined by the Contract Administrator in accordance with section 5B of the Renewal Contract.

**Special Conditions:**

Rents Reflect a Mark Up to Market increase effective August 6, 2004. This increase does not apply to non-Section 8 Units.

The execution of this HAP Contract will terminate the previously executed contract through 1/31/05 early, as of 8/5/04.

EXHIBIT B

## DISTRIBUTION LIMITATIONS

**FOR PROJECT NOT SUBJECT TO DISTRIBUTION LIMITATIONS:**

If the project is not subject to any limitations on distribution of project funds, either pursuant to an FHA Regulatory Agreement or pursuant to the Expiring Contract, neither HUD nor the PHA may impose any additional limitations on distribution of project funds during the term of the Renewal Contract.

**FOR PROJECT SUBJECT TO DISTRIBUTION LIMITATIONS:**

If the project is subject to any limitations on distribution of project funds pursuant to an FHA Regulatory Agreement or pursuant to the Expiring Contract, such limitations on distribution shall continue to be applicable during the term of the Renewal Contract, provided that the owner may take an increased distribution as calculated and approved by HUD in accordance with Chapter Three of the Section 8 Renewal Policy Guidance for Renewal of Project-Based Section 8 Contracts, issued January, 2001 (the "Guidebook").

The owner shall comply with the distribution limitations. The maximum distribution to the owner shall be equal to the total of:

1 The limited distribution permitted pursuant to the FHA Regulatory agreement or the Expiring Contract, **plus**

2 Any increased distribution as approved by HUD in accordance with the Guidebook.

RECEIVED
JAN 26 2005
NEW YORK QUADEL

## CERTIFICATION FOR CONTRACTS, GRANTS, LOANS AND COOPERATIVE AGREEMENTS

The undersigned certifies, to the best of his or her knowledge and belief that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer of employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contract under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less that $10,000 and not more than $100,000 for each such failure.

Executed this 21 date of January, 2005.

RECEIVED
JAN 26 2005
...ORK QUADEL

By: [signature]
(signature)

TROY D. STEVENS Jr.
(typed or printed name)

Managing General Partner
(title, if any)

Covered Action: **Section 8 HAP Contract Renewal**

Project Name and Number: St. John's Place Phase 1 NY36-H110-050

RECEIVED
JAN 26 2005
NEW YORK QUADEL

## INSTRUCTIONS FOR PREPARATION OF RENEWAL CONTRACT

The following instructions are not part of the Renewal Contract.

Endnote numbers are keyed to references in the text of the Renewal Contract.

---

1 This form of Renewal Contract may only be used to renew an expiring Section 8 project-based HAP contract for a Section 8 project whose rents are increased to market under the HUD Mark-Up-to-Market Option. The Renewal Contract shall be entered in accordance with Section 524 of the MAHRA and HUD requirements. Section 2 of the Renewal Contract specifies the contract term.

2 To prepare the Renewal Contract for execution by the parties, fill out all contract information in section 1 and section 2.

3 Enter a description of the housing that will be covered by the Renewal Contract. The description must clearly identify the housing by providing the address or other description of project location, and any other information necessary to clearly designate the covered housing.

If necessary, attach an exhibit with a site plan or other descriptive information. Enter a reference to the attached exhibit.

4 Enter the name of the contract administrator that executes the Renewal Contract. If HUD is the contract administrator, enter "United States of America – Department of Housing and Urban Development (HUD)". If the contract administrator is a public housing agency (PHA), enter the full name of the PHA.

5 Enter the date of the first day after expiration of the term of the Expiring Contract.

6 Enter the term of the renewal contract (number of whole years).

UNITED STATES
Department of Housing and Urban Development

# ANNUAL CONTRIBUTIONS CONTRACT

## Project-based Section 8 Contract Administration

## 1 DEFINITIONS

*For definitions of terms related to determination of PHA administrative fees, see also § 4.1 of Exhibit A of the ACC.*

**ACC.** Annual Contributions Contract. This contract between HUD and the PHA.

**ACCEPTABLE QUALITY LEVEL (AQL).** The required performance level for each IBPS task. The AQL for each IBPS task is specified in the performance requirements summary (PRS).

**ADMINISTRATIVE FEE.** The monthly fee HUD pays the PHA for each covered unit under HAP contract on the first day of the month. The administrative fee (per unit per month) is the total of the basic fee plus the incentive fee.

**BASIC FEE.** The sum of the earned IBPS fees for a covered unit. HUD pays the basic fee (per unit per month) to the PHA for a covered unit under HAP contract on the first day of the month during the ACC term.

Exhibit E of the ACC specifies the amount of the maximum basic fee per unit per month for each FMR area in the PHA service area. HUD has allocated each task to be performed (IBPS task) a certain percentage of the maximum basic fee amount (IBPS percentage). The performance requirements summary (PRS) (see § 4.7 of Exhibit A of the ACC) states the IBPS percentage for each IBPS task.

HUD may reduce the basic fee earned if HUD determines that PHA performance of IBPS tasks is below the minimum acceptable quality level (AQL). The basic fee earned is reduced by subtracting the disincentive deduction for an IBPS task from the IBPS fee.

**BUDGET AUTHORITY.** The maximum amount of funds available for payment to the PHA for each HAP contract. Budget authority is authorized and appropriated by the Congress. The amount of budget authority for each HAP contract is listed on Exhibit C.

**COVERED UNITS.** Section 8 assisted units under HAP contracts assigned to the PHA for contract administration under the ACC during the ACC term. Covered units are listed on Exhibit B. (Covered units are added by HUD notice to the PHA.)

**DISINCENTIVE DEDUCTION.** A deduction from the per unit per month IBPS fee. For each IBPS task, the disincentive deduction equals the maximum IBPS fee times the disincentive deduction percentage. HUD deducts this amount for PHA performance of an IBPS task that fails to meet the acceptable quality level. Exhibit A of the ACC specifies the performance standard for assessing a disincentive deduction for performance of an IBPS task. (During the term of the ACC, HUD may amend the performance standard or the disincentive deduction percentage by HUD notice to the PHA.)

**DISINCENTIVE DEDUCTION PERCENTAGE.** A percentage used to calculate the amount of a disincentive deduction from the IBPS fee. The disincentive deduction percentage for each IBPS task is specified in the performance requirements summary (PRS).

**EARNED BASIC FEE.** The amount of the basic fee earned by the PHA per unit per month (in an FMR area). The earned basic fee equals the sum of the earned IBPS fees for the IBPS tasks.

**EARNED IBPS FEE.** The amount of the IBPS fee earned by the PHA per unit per month. The earned IBPS fee equals the maximum IBPS fee minus any disincentive deduction.

**EARNED INCENTIVE FEE.** The amount of an incentive fee earned by the PHA.

**FISCAL YEAR.** The PHA fiscal year. Exhibit C states the last month and day of the PHA fiscal year.

**FMR.** Fair Market Rent. HUD establishes an FMR by publication in the Federal Register in accordance with Section 8.

**FMR AREA.** The area for which HUD has established an FMR.

**FUNDING INCREMENT.** Each commitment of funding (budget authority) by HUD to the PHA for a HAP contract under the ACC. The funding increments are listed on Exhibit C.

**HAP CONTRACT.** A Section 8 Housing Assistance Payments Contract.

**HUD.** The United States Department of Housing and Urban Development.

**IBPS.** Incentive-based Performance Standards.

**IBPS FEE.** The maximum fee per unit per month for performance of an IBPS task listed in the PRS. The IBPS fee for an IBPS task equals the maximum basic fee times the IBPS percentage.

**IBPS PERCENTAGE.** The percentage of the maximum basic fee for PHA performance of each of the IBPS tasks. The IBPS percentage times the maximum basic fee is the maximum IBPS fee per unit per month for each IBPS task. The earned IBPS fee may be reduced by disincentive deductions for PHA performance of an IBPS task that falls below the acceptable quality level.

**IBPS TASK.** Any of the contract administration core tasks listed in the performance requirements summary (PRS). HUD measures the PHA's performance of each IBPS task to determine the amount of the PHA's earned basic fee or earned incentive fee for each covered unit.

**INCENTIVE BASED PERFORMANCE STANDARDS (IBPS):** A description of specific elements of each core task. HUD will measure the PHA's performance of each such element as the performance standard to determine the amount of PHA's earned administrative fees (including earned basic fees and earned incentive fees).

**INCENTIVE FEE.** A per unit per month administrative fee in addition to the basic fee. The incentive fee is paid for PHA performance of an IBPS task that exceeds the acceptable quality level for the IBPS task. HUD determines the amount of the incentive fees earned. The total of incentive fees earned in each quarter is paid quarterly (at the end of the quarter). The total of incentive fees earned for each month of the ACC term may not exceed the amount of the incentive fee pool for the month.

**INCENTIVE FEE PERCENTAGE.** The percentage of the incentive fee pool for PHA performance of an IBPS task that exceeds the acceptable quality level. Column E of the performance requirements summary (PRS) (see Exhibit A) specifies the incentive fee percentage, and the performance standard for awarding the incentive fee for performance of the task.

**INCENTIVE FEE POOL.** The maximum amount of incentive fees that may be earned by the PHA for each month of the ACC term. (See fee calculation procedure at § 4.8 of Exhibit A.)

**MAXIMUM BASIC FEE.** The amount of the maximum basic fee per unit per month for each FMR area in the PHA service area. The amount of the maximum basic fee for each FMR area in the service area (and for each year of the ACC term) is specified in Exhibit E of the ACC.

**MAXIMUM IBPS FEE.** The maximum basic fee times the IBPS percentage (before any disincentive deduction).

**PERFORMANCE REQUIREMENTS SUMMARY (PRS).** § 4.7 of Exhibit A of the ACC. (HUD may amend the PRS during the term of the ACC by HUD notice to the PHA.)

**PHA.** Public Housing Agency.

**PORTFOLIO REENGINEERING.** FHA-insured multifamily housing mortgage and housing assistance restructuring of an eligible multifamily project.

**PROGRAM EXPENDITURES.** Amounts which may be charged against program receipts in accordance with the ACC and HUD requirements (including housing assistance payments and administrative fees).

**PROGRAM PROPERTY.** Program receipts, including funds held by a depository institution, and PHA rights or interests under a HAP contract for covered units.

**PROGRAM RECEIPTS.** Amounts paid by HUD to the PHA under the ACC, and any other amounts received by the PHA in connection with administration of the Section 8 program under the ACC.

**PROJECT RESERVE.** An unfunded account established by HUD for a HAP contract from amounts by which the amount of budget authority available for payment under the HAP contract during the owner's fiscal year as determined by HUD exceeds the amount actually approved and paid by HUD. HUD may use this account as the source for additional payments under the program.

**PUBLIC HOUSING AGENCY (PHA).** The agency that has entered the ACC with HUD. Such agency is a "public housing agency" as defined in Section 3 of the United States Housing Act of 1937 (42 U.S.C. 1437a(b)(6)).

**SECTION 8.** Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f).

**SERVICE AREA.** The area where the PHA provides contract administration services under the ACC. The PHA service area is described in Exhibit D of the ACC.

**STATEMENT OF WORK (SOW).** The description of core contract administration tasks to be performed by the PHA under the ACC (Section 3 of Exhibit A).

## 2 ACC

### a Purpose

(1) This ACC is a contract between the PHA and HUD. The ACC was awarded by HUD pursuant to a proposal submitted in response to HUD's published Request for Proposals for PHAs to provide contract administration services for units receiving project-based Section 8 housing assistance (64 Federal Register 27360 (5/19/99), amendment no. 1 (8/2/99) and amendment no. 2 (11/15/99)) .

(2) Under Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f), HUD is authorized to enter into an annual contributions contract with a PHA that enters a HAP contract with an owner to pay housing assistance payments for housing units occupied by eligible families, including a HAP contract assigned to the PHA by HUD for contract administration under the ACC. Under this ACC, the PHA will provide contract administration services for dwelling units in

the service area receiving project-based assistance under Section 8.

b **Exhibits**

This ACC includes the following exhibits:

Exhibit A: PHA Contract Administration Responsibilities

Exhibit B: Covered Units

Exhibit C: Funding

Exhibit D: Service Area

Exhibit E: PHA Administrative Fees

c **HUD revision of ACC exhibits**

(1) HUD may amend Exhibit B:

- To add covered units.
- To withdraw covered units for which the HAP contract has expired or been terminated.
- To withdraw covered units in connection with portfolio reengineering.

(2) HUD may amend Exhibit C:

- To add a funding increment, or
- To remove a funding increment for which the HAP contract has expired or been terminated
- To remove a funding increment in connection with portfolio reengineering.

(3) HUD may amend Exhibit B or Exhibit C of the ACC by giving the PHA written notice of the revised exhibit. The HUD notice constitutes an amendment of the ACC.

d ACC term

(1) The PHA shall provide contract administration services for the covered units during the ACC term.

(2) The initial term of the ACC shall be thirty-six calendar months commencing on the first day of the month of HUD's first assignment to the PHA of existing HAP contracts for covered units for contract administration pursuant to the ACC. (The same ACC term shall apply for all covered units, whether such covered units are included in the first HUD assignment of covered units, or are added subsequently.)

(3) HUD may unilaterally elect to renew the ACC for up to two additional twelve month renewal terms after the initial term. Each such renewal shall be at HUD's sole discretion, and shall be exercised by written notice to the PHA of HUD's election to renew. HUD shall give such renewal notice at least three calendar months before the end of the expiring term (the initial term and the first twelve month renewal term).

(4) The PHA may unilaterally elect to terminate the ACC term at the end of the last month of the initial ACC term, or at the end of any month of the first or second twelve month renewal term, if the PHA gives HUD written notice of the PHA's election to terminate the ACC term at least twelve calendar months before termination.

3 PHA CONTRACT ADMINISTRATION SERVICES

a Coverage

(1) The PHA shall enter into or assume HAP contracts with owners of covered units to make housing assistance payments to the owners of such units during the HAP contract term.

(2) During the ACC term, the PHA shall provide contract administration services for covered units in the service area.

(3) HUD will assign to the PHA existing HAP contracts for covered units. The PHA agrees to accept all such assignments by HUD for the purpose of administering such HAP contracts in accordance with the ACC during the ACC term. Upon assignment by HUD, the PHA immediately and automatically assumes, during the ACC term, the contractual rights and responsibilities of HUD pursuant to such HAP contracts for covered units in accordance with the ACC and HUD requirements.

b **PHA services**

(1) The PHA shall perform all PHA responsibilities under the ACC, in accordance with applicable provisions of:

- The United States Housing Act of 1937 (42 U.S.C. 1437 et seq.) and other Federal laws. Including any amendments or changes in the law.
- HUD regulations and other requirements, including any amendments or changes in HUD requirements.
- The ACC.
- The HUD-approved proposal submitted in response to the HUD Request for Proposals, and any HUD-approved modifications of the proposal. (However, if any provision of the proposal conflicts with the law, the ACC or any HUD regulation or other requirement, the law, ACC or HUD requirement will govern.)

(2) The PHA shall perform all the following core tasks as described in the Statement of Work.

- Conduct management and occupancy reviews.
- Adjust contract rents.
- Process HAP contract terminations or expirations.
- Pay monthly vouchers from Section 8 owners.
- Respond to health and safety issues.

- Submit Section 8 budgets, requisitions, revisions and year-end statements.
- Submit audits of the PHA's financial condition.
- Renew HAP contracts.
- Report on PHA operating plans and progress.
- Follow up on results of physical inspections of projects with covered units.

(3) The PHA shall perform all core tasks in accordance with the SOW core task descriptions.

(4) The PHA shall require owners to comply with HUD requirements for occupancy of covered units, including requirements governing eligibility for assistance, resident contribution to rent, and examinations and reexaminations of family income.

(5) The PHA shall determine the amount of housing assistance payments to owners in accordance with the terms of the HAP contracts and HUD requirements. The PHA shall pay owners the amount of housing assistance payments due to owners under such HAP contracts from the amount paid to the PHA by HUD for this purpose.

(6) The PHA shall take prompt and vigorous action, to HUD's satisfaction, and as required or directed by HUD, to enforce owner compliance with the terms of HAP contracts for covered units. Such actions include requiring actions by the owner to cure a default, termination, or abatement or other reduction of housing assistance payments, termination of the HAP contract, or recovery of overpayments. However, the PHA may not terminate a HAP contract without HUD's prior written consent.

## 4 FEES AND PAYMENTS

### a HUD payments

(1) HUD will make payments to the PHA for covered units in accordance with HUD requirements.

(2) For each PHA fiscal year, HUD will pay the PHA the amount approved by HUD to cover:

- Housing assistance payments by the PHA to owners of covered units.

- PHA fees for contract administration of covered units.

(3) The amount approved and paid by HUD for housing assistance payments shall be sufficient for timely payment by the PHA to owners of the amount of housing assistance payments due to the owners under HAP contracts for covered units. If the PHA is unable to make timely payment to owners because of HUD delay in paying the PHA the amount sufficient for such payment by the PHA to the owners (and such HUD delay is not caused by the PHA's action or failure to act), the PHA's failure to make timely payment to owners shall not be a default by the PHA under the ACC.

(4) The amount of the HUD payment may be reduced, as determined by HUD, by the amount of program receipts (such as interest income) other than the HUD payment.

b **Fees**

(1) The PHA earns an administrative fee for each covered unit under HAP contract on the first day of the month. The monthly administrative fee is composed of the basic fee and the incentive fee.

(2) The amount of earned administrative fees is determined in accordance with Exhibit A and Exhibit E.

(3) Basic fees earned by the PHA shall be paid monthly. Incentive fees earned by the PHA shall be paid quarterly. Payment of administrative fees is subject to availability of appropriated funds.

(4) If HUD determines that the PHA has performed below the minimum acceptable quality level in any month, HUD may reduce the amount of the basic fee per unit per month by subtracting the amount of the disincentive deductions determined by HUD in accordance with Exhibit A.

(5) If HUD determines that the PHA has performed above the minimum acceptable quality level, HUD may award an incentive fee per unit per month, in addition to the basic fee, in the amount determined by HUD in accordance with Exhibit A. The total of earned incentive fees for each month, as determined by HUD, shall not exceed the amount of the incentive fee pool for such month.

(6) HUD will not pay an administrative fee for any covered units for which the HAP contract has expired or been terminated.

(7) If HUD determines that the PHA has failed to comply with any obligations under the ACC, HUD may reduce the amount of any administrative fee as otherwise determined by HUD in accordance with Exhibit A if HUD has given the PHA reasonable notice of such failure, and reasonable opportunity to cure such failure prior to such reduction. In determining the length of such HUD notice and the extent or nature of such opportunity to cure, HUD shall have discretion to consider the circumstances of the case, including such factors as prior failure or pattern of failure by the PHA to comply with PHA contract administration obligations under the ACC, and the seriousness of such failures.

## 5 LIMIT ON PAYMENTS FOR FUNDING INCREMENT

The total amount of HUD payments to the PHA for any funding increment over the increment term shall not exceed the amount of budget authority for the funding increment.

## 6 REDUCTION OF AMOUNT PAYABLE BY HUD

a If HUD determines that the PHA has committed any default under the ACC, HUD may reduce to an amount determined by HUD:

(1) The amount of the HUD payment to the PHA for any funding increment.

(2) The budget authority for any funding increment.

b HUD shall give the PHA written notice of the reduction.

c If HUD reduces the amount of the HUD payment below the amount necessary to cover housing assistance payments to owners of covered units, the PHA has no obligation to pay housing assistance payments to owners that exceed the amount paid to the PHA by HUD for this purpose.

d The HUD notice may include a revision of the funding exhibit (Exhibit C) that reduces the amount of budget authority for a funding increment. The notice of a revised funding exhibit, or of revisions to the funding exhibit constitutes an amendment of the ACC.

## 7 PROJECT RESERVE

HUD may establish and maintain a project reserve account for a HAP contract administered by the PHA under the ACC. The amount in the project reserve is determined by HUD. The project reserve may be used by HUD to pay any portion of the payment approved by HUD for a fiscal year.

## 8 BUDGET AND REQUISITION FOR PAYMENT

a For each fiscal year, the PHA shall submit to HUD an estimate of the HUD payments for the program and any supporting data required by HUD. The budget estimate and supporting data shall be submitted at such time and in such form as HUD may require, and are subject to HUD approval and revision.

b The PHA shall requisition periodic payments on account of each annual HUD payment to the PHA. Each requisition shall be in the form prescribed by HUD. Each requisition shall include certification that housing assistance payments have only been paid to owners in accordance with HAP contracts for covered units, and in accordance with HUD requirements.

c If HUD determines that payments by HUD to the PHA for a fiscal year exceed the amount of the annual payment approved by HUD in the budget for the fiscal year, the excess shall be applied as determined by HUD. Such applications determined by HUD may include, but are not limited to, application of the excess payment against the amount of the annual payment for a subsequent fiscal year. The PHA shall take any actions required by HUD respecting the excess payment, and shall, upon demand by HUD, promptly remit the excess payment to HUD.

9 FINANCIAL MANAGEMENT

a **Use of program receipts**

(1) The PHA shall use program receipts in compliance with the U.S. Housing Act of 1937 and all HUD regulations and other requirements.

(2) The PHA may only use program receipts to pay program expenditures, including administrative fees payable to the PHA, and housing assistance payments payable to owners for covered units.

(3) Administrative fees earned by and paid to the PHA as program expenditures in accordance with this ACC are no longer subject to HUD requirements governing use of program receipts. The PHA may use or distribute any such earned administrative fee income, including basic fees and incentive fees, for any purpose.

(4) If required by HUD, program receipts in excess of current needs shall be promptly remitted to HUD or shall be invested in accordance with HUD requirements.

(5) Interest on the investment of program receipts constitutes program receipts.

b. **Depository**

(1) Unless otherwise required or permitted by HUD, all program receipts shall be promptly deposited with a federally insured financial institution selected as depository institution by the PHA in accordance with HUD requirements.

(2) The PHA shall enter an agreement with the depository institution in the form required by HUD.

(3) The PHA may only withdraw deposited program receipts for use in connection with the program in accordance with HUD requirements, including payment of housing assistance payments to owners and payment of administrative fees to the PHA.

(4) If HUD determines that the PHA has committed any default under the ACC, and has given the PHA notice of such

determination, HUD may freeze deposited program receipts held by the depository institution, and may withdraw deposited funds. The PHA agreement with the depository institution shall provide that if required under a written freeze notice from HUD to the depository:

- The depository institution shall not permit any withdrawal of deposited funds by the PHA unless withdrawals by the PHA are expressly authorized by written notice from HUD to the depository institution.

- The depository institution shall permit withdrawals of deposited funds by HUD.

(5) Unless approved by HUD, the PHA may not deposit under the depository agreement monies received or held by the PHA in connection with any contract between the PHA and HUD.

## 10 FIDELITY BOND COVERAGE

The PHA shall carry adequate fidelity bond coverage, as required by HUD, to compensate the PHA and HUD for any theft, fraud or other loss of program property resulting from action or non-action by PHA officers or employees or other individuals with administrative functions or responsibility for contract administration under the ACC.

## 11 MANAGEMENT REQUIREMENTS

a The PHA shall (without any compensation or reimbursement in addition to administrative fees in accordance with § 4.b of the ACC) perform all PHA obligations under the ACC, and provide all services, materials, equipment, supplies, facilities and professional and technical personnel, needed to carry out all PHA obligations under the ACC, in accordance with sound management practices, Federal statutes, HUD regulations and requirements and the ACC.

b The PHA shall:

(1) Maintain telephone service during normal and customary business hours.

(2) Design and implement procedures and systems sufficient to fulfill all PHA obligations under the ACC.

(3) Take necessary actions to maintain good relations with owners, residents and their representatives, neighborhood groups, and local government agencies.

(4) Respond fully and promptly to inquiries from assisted residents, and refer inquiries from Congress or other governmental entities to HUD.

## 12 PROGRAM RECORDS

a The PHA shall maintain complete and accurate accounts and other records related to operations under the ACC. The records shall be maintained in the form and manner required by HUD, including requirements governing computerized or electronic forms of record-keeping. The accounts and records shall be maintained in a form and manner that permits a speedy and effective audit.

b The PHA shall maintain complete and accurate accounts and records for each HAP contract.

c The PHA shall furnish HUD such accounts, records, reports, documents and information at such times, in such form and manner, and accompanied by such supporting data, as required by HUD, including electronic transmission of data as required by HUD.

d The PHA shall furnish HUD with such reports and information as may be required by HUD to support HUD data systems.

e HUD and the Comptroller General of the United States, or their duly authorized representatives, shall have full and free access to all PHA offices and facilities, and to all accounts and other records of the PHA that are relevant to PHA operations under the ACC, including the right to examine or audit the records and to make copies. The PHA shall provide any information or assistance needed to access the records.

f The PHA shall keep accounts and other records for the period required by HUD.

g HUD may review and audit PHA performance of its responsibilities under the ACC. The PHA shall comply with Federal audit requirements. The PHA shall engage an independent public accountant to conduct audits that are required by HUD. The PHA

shall cooperate with HUD to promptly resolve all audit findings, including audit findings by the HUD Inspector General or the General Accounting Office.

## 13 DEFAULT BY PHA

### a Definition of default

Occurrence of any of the following events is a default by the PHA in performance of its obligations under the ACC:

(1) The PHA has failed:

- To comply with PHA obligations under the ACC, or
- To comply with PHA obligations under a HAP contract with an owner, or
- To take appropriate action, to HUD's satisfaction or as required or directed by HUD, for enforcement of the PHA's rights under a HAP contract.

(2) The PHA has made any misrepresentation to HUD of any material fact.

### b Termination of ACC because of PHA default

(1) HUD may terminate the ACC at any time in whole or in part if:

- HUD determines that the PHA has committed any default or pattern of default under the ACC, and
- HUD has given the PHA reasonable notice of the default to the PHA, and reasonable opportunity to cure the default prior to termination. However, the PHA shall comply with HUD instructions on remedial actions necessary to cure the default.

(2) In determining the length of such HUD notice and the extent or nature of such opportunity to cure, HUD shall have discretion to consider the circumstances of the case, including such factors as prior failure or pattern of failure by the PHA to comply with PHA contract administration obligations under the ACC, and the seriousness of such failures. If HUD determines that urgent or other exigent circumstances require immediate termination of the ACC, HUD may terminate the ACC at any time, without allowing any opportunity to cure. Such circumstances include diversion or misuse of program receipts, PHA misrepresentation to HUD of any material facts, or failures of program administration that affect or may affect the welfare of assisted families.

(3) If HUD elects to terminate the ACC, HUD shall terminate the ACC by written notice to the PHA, which shall state:

- The reason for termination.
- The date of termination.

c **Other remedies**

(1) HUD may take title or possession to any or all program property:

- Upon occurrence of a default by the PHA, or
- Upon termination of the ACC in whole or in part, or
- Upon expiration of the ACC term.

(2) HUD's exercise or non-exercise of any right or remedy for PHA default under the ACC is not a waiver of HUD's right to exercise that or any other right or remedy at any time.

## 14 CONFLICT OF INTEREST

a Neither the PHA, nor any PHA contractor, subcontractor or agent for operations under the ACC, nor any other entity or individual with administrative functions or responsibility concerning contract administration under the ACC, may enter into any contract, subcontract, or other arrangement in connection with contract administration under the ACC in which any covered individual or entity has any direct or indirect interest (including the interest of any immediate family member), while such person is a covered individual or entity or during one year thereafter.

b "Immediate family member" means the spouse, parent, child, grandparent, grandchild, sister, or brother of any covered individual.

c "Covered individual or entity" means an individual or entity that is a member of any of the following classes:

(1) A member, officer or director of the PHA, or other PHA official with administrative functions or responsibility concerning contract administration under the ACC.

(2) If the PHA is an instrumentality of a governmental body:

- A member, officer or director of such governmental body.
- A member, officer or director of any entity that holds a direct or indirect interest in the instrumentality entity.

(3) An employee of the PHA.

(4) A PHA contractor, subcontractor or agent with administrative functions or responsibility concerning contract administration under the ACC, or any principal or other interested party of such contractor, subcontractor or agent.

(5) An individual who has administrative functions or responsibility concerning contract administration under the ACC, including an employee of a PHA contractor, subcontractor or agent.