(6) A public official, member of a governing body, or State or local legislator, who exercises functions or responsibilities concerning contract administration under the ACC.

d The PHA shall require any covered individual or entity to disclose his, her or its interest or prospective interest in any contract, subcontract or other arrangement in connection with contract administration under the ACC to the PHA and HUD.

e During the term of the ACC, the PHA shall not own or otherwise possess any direct or indirect interest in any covered unit (including a unit owned or possessed, in whole or in part, by an entity substantially controlled by the PHA), and shall not claim or receive any administrative fee for contract administration of a unit in which the PHA has any such interest.

f Notwithstanding paragraph e, if the PHA is a State, or an agency or instrumentality of a State (not including a municipality, county or other agency of local government), and provides or has provided financing for development, repair or improvement of covered units, and holds a mortgage of the real property to secure such financing:

(1) The existence of such mortgage or interest shall not be considered a conflict of interest under paragraph e, (provided that the PHA has not obtained any other ownership interest in the property, by exercise of its remedies as mortgagee or otherwise), and in such case, paragraph e shall not bar the PHA from claiming or receiving an administrative fee for contract administration of such covered units.

(2) The PHA shall fully disclose such mortgage or interest to HUD, including any defaults by the mortgagee or borrower under such mortgage, and any actions considered or taken by the PHA to enforce the mortgage or the terms of such financing against the owner or the real property. HUD may require the PHA to take measures or actions necessary to assure that the PHA's interest as lender or mortgagee does not prejudice the PHA's full and vigorous performance of contract administration services for the covered units in accordance with the ACC, or may amend Exhibit B and C of the ACC to withdraw such covered units, and the funding for such units, from the scope of the ACC.

g HUD may waive the conflict of interest requirements for good cause. Any covered individual or entity for whom a waiver is granted may not execute any contract administration functions or responsibility concerning a HAP contract under which such individual is or may be assisted, or with respect to a HAP contract in which such individual or entity is a party or has any interest.

h No member of or delegate to the Congress of the United States of America or resident commissioner shall be admitted to any share or part of the ACC or to any benefits which may arise from it.

## 15 EQUAL OPPORTUNITY

a The PHA shall comply with all equal opportunity requirements imposed by Federal law, including applicable requirements under:

(1) The Fair Housing Act, 42 U.S.C. 3601-3619 (implementing regulations at 24 CFR parts 100 et seq.).

(2) Title VI of the Civil rights Act of 1964, 42 U.S.C. 2000d (implementing regulations at 24 CFR part 1).

(3) The Age Discrimination Act of 1975, 42 U.S.C. 6101-6107 (implementing regulations at 24 CFR part 146).

(4) Executive Order 11063, Equal Opportunity in Housing (1962), as amended, Executive Order 12259, 46 FR 1253 (1980), as amended, Executive Order 12892, 59 FR 2939 (1994) (implementing regulations at 24 CFR part 107).

(5) Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. 794 (implementing regulations at 24 CFR part 8).

(6) Title II of the Americans with Disabilities Act, 42 U.S.C. 12101 et seq.

b The PHA shall submit a signed certification to HUD that the PHA shall carry out its responsibilities under the ACC in accordance with the Fair Housing Act, Title VI of the Civil Rights Act of 1964, the Age Discrimination Act of 1975, Executive Order 11063, Section 504 of the Rehabilitation Act of 1973, and Title II of the Americans with Disabilities Act.

c The PHA shall cooperate with HUD in the conducting of compliance reviews and complaint investigations pursuant to applicable civil rights statutes, Executive Orders, and related rules and regulations.

## 16 COMMUNICATION WITH HUD

The CA shall communicate with HUD through the official or officials designated by HUD.

## 17 EXCLUSION OF THIRD PARTY RIGHTS

a A family that is eligible for housing assistance under the ACC is not a party to or a third party beneficiary of the ACC.

b Nothing in the ACC shall be construed as creating any right of any third party to enforce any provision of the ACC, or to assert any claim against HUD or the PHA.

**PUBLIC HOUSING AGENCY**

New York State Housing Trust Fund Corporation
Name of PHA (print)

Signature of authorized representative

Otis M. Jones, President, Office of Housing Management
Name and official title (print)

August 30, 2000
Date

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)**

Reba G. Cook
Signature of authorized representative

Associate DAS for Multifamily
Name and official title (print)

9/28/00
Date

# EXHIBIT A

# PUBLIC HOUSING AGENCY RESPONSIBILITIES

## CONTENTS OF EXHIBIT A


1. INTRODUCTION ____ 3
2. PUBLIC HOUSING AGENCY ____ 4
   2.1. Overview of Public Housing Agency responsibilities ____ 4
   2.2. Qualification as Public Housing Agency ____ 4
   2.3. Instrumentality Entity eligibility ____ 5
3. STATEMENT OF WORK ____ 6
   3.1. Overview ____ 6
      3.1.1. Performance-based Service Contracting ____ 6
      3.1.2. Elements of core task descriptions ____ 6
      3.1.3. HUD regulations and requirements ____ 7
      3.1.4. Core tasks ____ 7
   3.2. Management and occupancy reviews ____ 8
   3.3. Rental adjustments ____ 10
   3.4. Opt-out and HAP contract termination ____ 13
   3.5. Monthly vouchers ____ 15
   3.6. Health and safety issues and community/resident concerns ____ 18
   3.7. Section 8 budgets, requisitions, revisions and year-end statements 19
   3.8. Public Housing Agency audit ____ 20
   3.9. Renewals of expiring Section 8 HAP contracts ____ 22

3.10. General reporting requirements ____ 23

3.11. Physical inspection ____ 25

4. PHA ADMINISTRATIVE FEE ____ 27

4.1. Definitions ____ 27

4.2. Evaluation of PHA performance ____ 30

4.3. Incentive fee ____ 30

4.4. Fee payment ____ 31

4.4.1. Payment of basic fee ____ 31

4.4.2. Payment of incentive fee ____ 32

4.5. Availability of funds ____ 32

4.6. Use of fee income ____ 32

4.7. Performance Requirements Summary (PRS) ____ 32

4.8. How to calculate earned administrative fees ____ 45

5. ACC TERM ____ 56

6. EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE ____ 56

7. DATA SYSTEMS ____ 57

7.1. Federal Requirements ____ 57

7.2. Communication with owners ____ 57

7.3. Communication with HUD ____ 57

7.4. Fund transfer and payment ____ 58

8. MANAGEMENT CAPACITY AND QUALITY CONTROL PLAN ____ 58

## 1. INTRODUCTION

The Public Housing Agency (PHA) has entered this Annual Contributions Contract (ACC) with HUD. Under the ACC, the PHA will provide contract administration services for project-based Housing Assistance Payments Contracts (HAP contracts) entered under Section 8 of the United States Housing Act of 1937 (42 U.S.C. 1437f) (Section 8).

The ACC does not apply to contract administration of Section 8 projects assisted under the Section 8 moderate rehabilitation program (24 CFR part 882) (including the Section 8 moderate rehabilitation single room occupancy program), or to contract administration of projects assisted under the Section 8 project-based voucher program or project-based certificate program (24 CFR part 983).

During the ACC term, the PHA will oversee HAP contracts for Section 8 projects in accordance with HUD regulations and requirements. The PHA's responsibilities are governed by the ACC between HUD and the PHA. HUD will assign HAP contracts for Section 8 projects to the PHA for contract administration during the term of the ACC. Upon HUD assignment of HAP contracts with the owners of Section 8 projects, the PHA immediately and automatically assumes, during the ACC term, the obligations of HUD under the HAP contracts. The PHA will monitor and enforce the compliance of each Section 8 owner with the terms of the HAP contract and HUD regulations and requirements.

HUD seeks to achieve three programmatic and three administrative objectives.

**Programmatic objectives:**

- Calculate and pay Section 8 rental subsidies correctly.
- Administer project-based Section 8 HAP contracts consistently.
- Enforce owner obligations to provide decent housing for eligible families.

**Administrative objectives:**

- Execute an ACC only with a PHA that has the qualifications and expertise to oversee and manage affordable housing, and that has the capacity to perform the required contract administration services, including necessary personnel and other resources.
- Get the best value for dollars spent for PHA services.
- Encourage the development of joint ventures and or partnerships for contract administration services to obtain the benefit of the best practices of both public and private sectors.

## 2. PUBLIC HOUSING AGENCY

### 2.1. Overview of Public Housing Agency responsibilities

The PHA must administer Section 8 HAP contracts in accordance with the ACC, Federal law, and HUD regulations and requirements, both current and as amended in the future. The ACC with the PHA specifies the area where the PHA is required to provide contract administration services (service area).

The ACC specifies the Section 8 assisted units under HAP contracts that HUD assigns to the PHA for contract administration under the ACC during the ACC term (covered units). From time to time during the ACC term, HUD may add or delete covered units for contract administration under the ACC. Each fiscal year, the PHA will request funds from HUD to cover PHA administrative fees and housing assistance payments to owners of covered units.

The Statement of Work (SOW) (Section 3 below) details core functions (tasks) that the PHA must perform.

The major tasks of the PHA include, but are not limited to the following:

- ☐ Monitor compliance of Section 8 project owners with their obligation to provide decent, safe, and sanitary housing to assisted residents.
- ☐ Pay Section 8 project owners accurately and timely.
- ☐ Submit required documents accurately and timely to HUD (or as required by HUD).
- ☐ Comply with HUD regulations and requirements, both current and as amended in the future, governing administration of Section 8 HAP contracts.

### 2.2. Qualification as Public Housing Agency

By law, HUD may only enter into an ACC with a legal entity that qualifies as a "public housing agency" (PHA) as defined in the United States Housing Act of 1937 (42 U.S.C. 1437 et seq.). However, that requirement does not preclude joint ventures or other partnerships between a PHA and other public or private entities to carry out the PHA's contract administration responsibilities under the ACC between the PHA and HUD.

Under the law, a public housing agency is defined as a:

"...State, county, municipality, or other governmental entity or public body (or agency or instrumentality thereof) which is authorized to engage in or

assist in the development or operation of low-income housing." (42 U.S.C. 1437a(b)(6)).

To qualify as a PHA that may enter into a Section 8 ACC with HUD, the legal entity must be one of the following:

- ☐ A general or special purpose governmental entity: Such governmental entities include a State, municipality, housing authority, or governmental public benefit corporation.
- ☐ A multi-state, interstate or regional governmental entity.
- ☐ An instrumentality entity: Such instrumentality entity must act as an instrumentality of a parent governmental entity, or multiple parent governmental entities. The instrumentality entity may be a for-profit or not-for-profit entity.

The entity that has entered the ACC with HUD affirms and certifies that it is a Public Housing Agency (PHA) as required by Federal law, and that it has jurisdiction and authority to carry out Section 8 contract administration services in the agreed service area in accordance with the ACC.

## 2.3. Instrumentality Entity eligibility

If the PHA has qualified as an "instrumentality entity", the relationship between an instrumentality entity and a governmental entity ("parent entity") must include all of the following characteristics:

- ☐ The parent entity must have the right to approve the corporate charter or other organic documents of the instrumentality entity, including the right to approve any amendments.
- ☐ The parent entity must have the right to control, direct and authorize the execution of the ACC between HUD and the instrumentality entity.
- ☐ The parent entity must have the right to directly or indirectly control operation of the instrumentality entity.
- ☐ The parent entity must have the right that upon dissolution or termination of the instrumentality entity, title to all real or personal property held by the instrumentality entity must be transferred to the parent entity or an entity designated by the parent entity.

The charter or other organic documents of the instrumentality entity (e.g., certificate of incorporation, partnership agreement or certificate) must provide that the instrumentality entity is authorized to "engage in or assist in the development or operation of low-income housing."

Governmental parent entities may partner with private for-profit or non-profit entities that hold an interest, directly or indirectly, in an instrumentality entity so long as such instrumentality entity is otherwise in compliance with the above stated requirements for eligibility of an instrumentality entity. Private entities may contract directly with an instrumentality entity.

## 3. STATEMENT OF WORK

### 3.1. Overview

#### 3.1.1. Performance-based Service Contracting

For work performed under the ACC, HUD has used Performance-based Service Contracting (PBSC). PBSC is based on the development of a performance work statement, which defines the work in measurable, mission-related terms with established performance standards and review methods to assure quality performance of the work. PBSC assigns incentives to reward performance that exceeds the minimally acceptable and assesses disincentives for unsatisfactory performance.

The PHA must complete all tasks described in Exhibit A of the ACC, including both requirements specifically designated as "incentive-based performance standards" and all other "requirements."

PHA failure to complete the tasks or comply with other PHA obligations under the ACC will constitute a default under the ACC. HUD may terminate the ACC at any time in whole or in part if HUD determines that the PHA has committed any default under the ACC.

#### 3.1.2. Elements of core task descriptions

The description of each core task contains the following elements:

- **Outcome:** The required result of the task.
- **Requirements:** A general description of specific tasks the PHA must perform.

  **NOTE:** The PHA must perform each task in accordance with all relevant HUD regulations and other requirements in effect during the term of the ACC. The ACC does not set forth the details of such regulations and requirements.

- **Reference:** Current HUD regulations and other HUD requirements related to each task.

- **Incentive-based Performance Standards (IBPS):** A description of specific elements of each core task. HUD will measure the PHA's performance of each such element as the performance standard to determine the PHA's earned administrative fees (including earned basic fees and earned incentive fees).

- **Quality Assurance (QA):** A listing of the methods and resources HUD will use to verify the accuracy of the PHA's reported performance and accomplishments. HUD may use other methods that it deems appropriate to assure quality.

### 3.1.3. HUD regulations and requirements

All references mentioned in the description of the tasks are generally available on HUD's website (http://www.hudclips.org/cgi/index.cgi.). Interested parties may order copies of HUD handbooks and other directives through the HUD website, or through the HUD Multifamily Clearinghouse at 1-800-685-8470. The regulations and directives listed may be updated from time to time.

HUD does not represent that the references listed in the ACC, or on the HUD website are a complete listing of current relevant HUD regulations and requirements. In addition, HUD regulations and other requirements may change from time to time during the term of the ACC.

HUD's codified regulations are issued as Title 24 of the Code of Federal Regulations (CFR). Revisions or additions to HUD regulations are initially published in the Federal Register. HUD may also publish Federal Register notices. In addition to publication in the Federal Register and the CFR, HUD issues additional program requirements as HUD "directives", including HUD notices, handbooks and forms.

The PHA must carry out the core tasks described in the Statement of Work (ACC Exhibit A,§ 3), as well as other responsibilities related to contract administration under the ACC, in accordance with all HUD regulations and requirements in effect from time to time, as well as other responsibilities related to contract administration under the ACC.

### 3.1.4. Core tasks

This section describes ten core tasks that the PHA must perform:

1. Conduct management and occupancy reviews.
2. Adjust contract rents.
3. Process HAP contract terminations or expirations.

4. Pay monthly vouchers from Section 8 owners.
5. Respond to health and safety issues.
6. Submit Section 8 budgets, requisitions, revisions and year-end statements.
7. Submit audits of the PHA's financial condition.
8. Renew HAP contracts.
9. Report on PHA operating plans and progress.
10. Follow up on results of physical inspections of Section 8 projects.

### 3.2. Management and occupancy reviews

The PHA must conduct an on-site management and occupancy review of each Section 8 project, no less than annually. (Some projects may have multiple HAP contracts.) The review must be a comprehensive assessment of the owner's procedures for directing and overseeing project operations, and the adequacy of the procedures for carrying out day to day, front-line activities. Some examples of the areas that the PHA must audit are: maintenance, security, leasing, occupancy, certification and recertification of family income, and determination of the family payments, financial management, Management Improvement and Operating (MIO) Plans, and general maintenance practices. The results of the on-site review must provide adequate documentation to support any enforcement actions proposed against the owner by the PHA or HUD.

**Outcome:** Identify and resolve areas of noncompliance with HUD regulations and other requirements.

**Requirements:**

- ☐ Schedule and conduct annual reviews of each project, using form HUD-9834 or other appropriate documentation.
- ☐ Evaluate the owner's operating policies and procedures following guidance in the appropriate HUD directives.
- ☐ Verify compliance with HUD regulations and requirements regarding occupancy issues (e.g., resident eligibility and selection, examination and reexamination of family income and assets, household characteristics), and verify that correct documentation is contained in each resident file to support claims for payment under the HAP contract. Use the following resident file random sampling:

| Number of Units | Minimum File Sample |
|---|---|
| 100 or fewer | 5 files plus 1 for each 10 units over 50 |
| 101-600 | 10 files plus 1 for each 50 units or part of 50 over 100 |
| 601-2000 | 20 files plus 1 for each 100 units or part of 100 over 600 |
| over 2,000 | 34 files plus 1 for each 200 units or part of 200 over 2,200 |

If the PHA's review of the sample indicates a problem, the PHA must require the owner to conduct a 100% review of the files and report the results of the review to the PHA. The PHA must test the review done by the owner to determine its reliability and accuracy.

- ☐ Verify owner compliance with civil rights regulations, including Title VI, Title VIII, the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act of 1973.
- ☐ Notify the jurisdictional HUD office by close of next business day of any potential fraud or potential violations of law identified during the PHA review.
- ☐ Prepare and submit to the owner and jurisdictional HUD office a written report, on form HUD-9834, or other appropriate HUD-required documents, within 30 days of the PHA review, outlining any findings and recommendations for corrective action.
- ☐ Monitor implementation of corrective action. Notify jurisdictional HUD office within one business day when enforcement action is required.
- ☐ Enter required information into HUD data systems.

**References:**

HUD Handbook 4350.1

HUD Handbook 4350.3

**Incentive-based Performance Standards**

1. The PHA must conduct annual Management and Occupancy Reviews in accordance with the PHA submitted and HUD approved workplan according to HUD requirements, document corrective actions taken against Section 8 project owners or families, and monitor implementation of necessary corrective action.

2. The PHA review must document on the appropriate form compliance by Section 8 owners with civil rights regulations, including Title VI, Title VIII, the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act of 1973 and forward to the owner and the appropriate jurisdictional HUD office within 30 days.

**Quality Assurance:**

On-Site Reviews

Data Systems Reports

### 3.3. Rental adjustments

Contract rent under each Section 8 HAP contract must be adjusted during the HAP contract term in accordance with the HAP contract and HUD requirements.

The PHA must process contract rent adjustments correctly.

If applicable, the PHA must analyze adjustments of the owner utility allowance schedule.

**Outcome:** Contract rent adjustments are timely and correct.

**Requirements:**

**A. Budget-based adjustments**

Where applicable, the budget-based rent adjustment method requires a Section 8 owner to submit an operating budget and supporting documentation for PHA review. The rent adjustment is subject to HUD-approval.

The PHA must determine budget-based adjustments of contract rent by performing the following tasks:

- Analyze the project's operating budget and supporting documentation for a rent adjustment to determine reasonableness according to guidance in HUD Handbook 4350.1.
- Document contract rent increases on a rent schedule (Form HUD-92458)
- Analyze adjustments of the owner utility allowance schedule, if applicable.
- If the HAP contract requires the owner to maintain a reserve for replacement, analyze adjustment to the monthly reserve for replacement deposit as required and recommend action to HUD.
- Recommend approval or disapproval to HUD. HUD must notify PHA of the decision and the PHA must provide written notification to the owner.
- Verify accurate, timely completion and submission of the adjusted rent schedule by the owner.
- Enter data into the appropriate HUD data system within five business days from completion of action.

**B. Annual Adjustment Factor (AAF)**

This rent adjustment method generally requires the PHA to apply the AAF to current contract rents. AAFs are published annually in the Federal Register.

The PHA must perform the following tasks:

- Determine the amount of annual adjustments in accordance with HUD requirements.
- Analyze adjustments of the owner utility allowance schedule, if applicable.
- If the HAP contract requires the owner to maintain a reserve for replacement, analyze adjustment to the reserve for replacement, and recommend action to HUD.
- Approve or disapprove the amount of rent adjustment and provide written notification to the owner.
- Validate comparability study if submitted by the owner to support a rent adjustment request.
- Verify accurate, timely completion and submission of adjusted rent schedule by the owner.
- Enter data into the appropriate HUD system within five business days from completion of action.

### C. Special adjustments

For HAP contracts which provide for AAF-adjusted rents, the Section 8 owner may request a special adjustment for cost increases generally applicable to housing in the locality, such as increases in cost items such as insurance, taxes or utility rates. The appropriate jurisdictional HUD office must approve or deny all special adjustments within 30 days of receipt of a properly documented request from the PHA.

The PHA must process the owner's request for a special rent adjustment to determine if the special adjustment should be approved by HUD. To accomplish this, the PHA must perform the following tasks:

- ☐ Analyze a special adjustment request from the owner.
- ☐ Recommend action to the appropriate jurisdictional HUD office.
- ☐ Based on notification from HUD, notify the owner of rent adjustment approval or disapproval.
- ☐ Verify accurate, timely completion and submission of an adjusted rent schedule by the owner.
- ☐ Enter data into the appropriate HUD data system within 5 business days from completion of action.

### D. Rent appeals

A Section 8 owner may appeal the PHA rent adjustment decision. The first level of appeal is to the PHA; the second level of appeal is to the appropriate jurisdictional HUD office. The PHA must review owner appeals.

The PHA must perform the following tasks:

**First level appeal**

- ☐ Analyze the owner's rent appeal request.
- ☐ Provide the owner with written notice of PHA decision and justification within 30 business days of receipt of the owner's request.

If the appeal is approved:

- ☐ Verify accurate, timely completion and submission by the owner of the adjusted rent schedule.
- ☐ Enter data into the appropriate HUD data system within 5 business days after completion of action.

If the appeal is denied:

- ☐ Notify the owner of opportunity for second level appeal with notice of PHA decision and justification.

**Second level appeal**

If the appeal is approved by HUD:

- ☐ Receive approval from jurisdictional HUD office within 30 days after request for second level appeal
- ☐ Verify accurate, timely completion and submission of adjusted rent schedule by the owner.
- ☐ Enter data into the appropriate HUD data system.

**References:**

HUD Handbook 4350.1

Notice: H-98-34

Notice: H-98-3

Notice: H-98-27

Housing Notices H-99-08, H-99-13, H-99-15

**Incentive-based Performance Standards**

3. PHA completes processing of owner's request for rent adjustment, and all PHA approved rent adjustments are executed and finalized within 30 days of receipt of owner's request for a budget-based rent adjustment or on the anniversary date of the HAP contract for an AAF-based rent adjustment.

**Quality Assurance:**

On-Site Reviews

Data Systems Reports

## 3.4. Opt-out and HAP contract termination

A Section 8 HAP contract may terminate because:

- The HAP contract term expires and the owner chooses not to renew the expiring contract (opt-out); or

- The HAP contract is terminated by the PHA for owner default (after HUD approves the termination).

When a Section 8 HAP contract will terminate, the PHA must notify HUD, and must work with HUD to obtain tenant-based voucher assistance for eligible residents. The PHA must coordinate efforts with the jurisdictional HUD office to identify a PHA to administer the tenant-based assistance.

**Outcome:** Provide ongoing rental assistance to eligible residents in occupancy at the time of the opt-out.

**Requirements:**

**A. Notification requirements**

The PHA must:

- Inform the jurisdictional HUD office by close of next business day after notice by the owner that the owner has elected to opt-out of the HAP contract.

- Inform the jurisdictional HUD office of the PHA's recommendation to terminate a HAP contract because of owner default.

- Verify that the owner has complied with the HAP contract and current law on opt-outs.

**B. PHA actions when HAP contract terminates**

The PHA must:

- Obtain resident payment and family unit size data from the owner.

- Provide resident payment (family income and total tenant payment) and family unit size data (family size and composition, and size of Section 8 unit currently occupied by family) to jurisdictional HUD office within 3 business days after receipt of such information from the owner, and at least 90 days before HAP contract termination, for the purpose of obtaining Section 8 vouchers for residents.

- Coordinate efforts with the jurisdictional HUD to identify a PHA to administer tenant-based voucher assistance for residents.

- Help residents who must move from the project arranging to receive tenant-based voucher assistance from the PHA that will administer such assistance.

**References:**

Notice: H-98-34

Housing Notices H-99-08, H-99-13

**Incentive-based Performance Standards**

4. PHA notifies jurisdictional HUD office, by close of next business day after notice by owner, that the owner has elected to opt-out.
5. PHA provides complete resident data to jurisdictional HUD office at least 90 days before HAP contract expiration.

**Quality Assurance:**

On-Site Reviews

Data Systems Reports

### 3.5. Monthly vouchers

The "Automation Rule" (24 CFR Section 108, Part 208 - Electronic Transmission of Required Data for Certification and Recertification and Subsidy Billing Procedures for Multifamily Subsidized Projects) requires Section 8 project owners to request housing assistance payments by vouchers submitted monthly through the Tenant Rental Assistance Certification System (TRACS). Vouchers are due the tenth day of the month preceding the month for which the owner is requesting payment. A PHA may not pay owners until owner vouchers are received and reviewed for accuracy.

**Outcome:** Payments of Section 8 vouchers and claims are only authorized and paid for eligible covered units. Payments are made to owners by the first day of every month.

**Requirements:**

**A. Verify and certify accuracy of monthly Section 8 vouchers (forms HUD-52670 & HUD-52670-A)**

The PHA must verify and provide written documentation certifying the accuracy of owner payment requests by the last day of each month before the month when payment is due to the owner in accordance with the HAP contract. The PHA

disburses housing assistance payments to the owner in response to the owner's payment request as verified by the PHA. To accomplish this task, the PHA must:

- ☐ Monitor owner follow-up efforts on discrepancies identified as a result of any income matching initiatives. HUD will provide discrepancy reports to the PHA.
- ☐ Monitor compliance by owners with requirements for entry of all resident certification and recertification data in TRACS.
- ☐ Verify voucher submissions by owner through the TRACS system by the tenth day of the month preceding the month for which the owner is requesting payment.
- ☐ Verify through TRACS that the amount of the housing assistance payment paid on behalf of each resident family is accurate.
- ☐ Verify that all recertifications are completed by the owner in a timely manner and entered into TRACS.
- ☐ Verify that the owner's payment request does not include any covered units for which Section 8 assistance has been abated.
- ☐ Analyze required adjustments prior month's vouchers to determine accuracy and validity.
- ☐ Determine if authorized rent or utility allowance adjustments have been implemented timely and accurately.
- ☐ Verify pre-approval of Section 8 Special Claims (see paragraph B of this section).
- ☐ Notify the owner, in writing, of any corrections required and track corrections.
- ☐ Verify that owners are complying with current HUD rules and other requirements.

**B. Verify and authorize payment only on valid Section 8 Special Claims for unpaid rent, resident damages or vacancy loss.**

A Section 8 project owner may claim reimbursement from the PHA –to the extent provided in the HAP contract – for unpaid rent, resident damages, and vacancy losses on covered units. Eligible claims must be pre-approved by the PHA before being submitted with owner's monthly voucher. The PHA must:

- ☐ Analyze, verify and approve or disapprove owner claims in accordance with HUD regulations and other requirements (including program requirements in

HUD directives such as handbooks, notices or forms); and using TRACS and information provided by the owner.

- ☐ Enter data into a spreadsheet program. for monitoring PHA payments. (The program must comply with HUD standards and requirements.)

- ☐ Return the HUD-approved claim to the owner for owner submission with the next owner voucher.

**C. Disburse Section 8 payments to owners**

After the PHA has approved the owner's Section 8 voucher (see paragraph A of this section), the PHA must disburse housing assistance payments to the owner by an electronic fund transfer (EFT).

The PHA must disburse each monthly housing assistance payment to the owner no earlier than the first of the calendar month for which payment is due, and no later than the first business day of that month.

**Reference:**

HUD Handbook 4350.3

**Incentive-based Performance Standards**

6. PHA must promptly review and verify each monthly payment voucher submitted by an owner, and either approve or modify the voucher, so the monthly payment to the owner is sent no earlier than the first of the calendar month for which payment is due to owner, and no later than the first business day of the calendar month.

7. Each month, the PHA must provide written formal notification to HUD of corrective actions by the PHA, including corrective action as a result of PHA verification that shows overpayment to an owner. The PHA must provide such notification to HUD within ten days after the PHA's verification and certification of the owner's vouchers, and determination of discrepancies in payments to the owner. The PHA must monitor cases of overpayment or other discrepancies for adequate resolution, and must complete resolution of such cases within 30 days after PHA verification of overpayment to the owner, or determination of other discrepancies in payments to the owner.

8. The PHA must monitor and report owner's follow-up efforts on discrepancies identified as a result of tenant income-matching.

**Quality Assurance:**

On-Site Reviews

Data Systems Reports

### 3.6. Health and safety issues and community/resident concerns

The PHA must accept resident complaints and follow-up with owners to ensure that owners take appropriate action.

**Outcome:** Resolve health and safety issues and establish positive relations and communications with residents and the community.

**Requirements:**

**A. Respond to all life threatening health and safety issues**

- ☐ Respond immediately to all life threatening health and safety issues.
- ☐ Maintain tracking system for inquiries, responses and corrective actions and submit log to jurisdictional HUD office with monthly invoices.
- ☐ Notify owner of all concerns and determine appropriate corrective action.
- ☐ Monitor owner response to concerns and implementation of corrective actions.

**B. Respond to all non-life threatening health and safety and community/resident concerns**

- ☐ Respond to all non-life threatening health and safety issues within two business days of notification during normal business hours.
- ☐ Maintain tracking system for community and resident inquiries and complaints, PHA responses, and corrective actions by owner. Submit log to jurisdictional HUD office with monthly invoices.
- ☐ Notify owner of all concerns and determine appropriate corrective action.
- ☐ Monitor owner response to concerns and owner implementation of corrective actions.

**References:**

HUD Handbook 4381.5 REV-2

**Incentive-based Performance Standards**

9. Respond, document and notify owner of life-threatening health and safety issues within an hour of receipt of complaint or inquiry or other knowledge of the issue, or before close of business day (whichever is sooner).

10. PHA documents PHA initiatives and actions taken to notify the owner of non-life threatening health and safety issues, inquiries or complaints, and responds to residents within two business days after notification to the owner. Until final resolution of issue, PHA continues to provide follow-up information to residents every two weeks. Documentation of all action is recorded.

**Quality Assurance:**

On-Site Reviews

Monthly Invoice

### 3.7. Section 8 budgets, requisitions, revisions and year-end statements

In order to receive monthly ACC payments, the PHA must:

- Prepare and submit Section 8 budgets and requisitions (and revisions as required) for each HAP contract at least 90 days before the beginning of the PHA fiscal year.
- Prepare and submit year-end settlement statements within 45 days after the end of the PHA fiscal year.

**Outcome:** PHA submits accurate financial documents on time to HUD on time.

**Requirements:**

- Prepare and submit annually to HUD Section 8 budget (HUD Forms 52672 and 52673) at least 90 days before the beginning of the PHA fiscal year.
- Prepare and submit annually to HUD annual requisition for partial payment of Annual Contributions (HUD Form 52663) at least 90 days before the beginning of the PHA fiscal year.
- Perform monthly comparison of HAP payments to owners and monthly ACC partial payments from HUD.

- ☐ Prepare and submit to HUD a revised budget and requisition (HUD Form 52663) when and if monthly comparison indicates ACC payments will exceed housing assistance payments by more than 5%. The PHA must complete submissions by the end of the PHA fiscal year.

- ☐ Prepare and submit the year-end settlement statement (HUD Form 52681) to HUD within 45 days after the end of the PHA fiscal year.

**Reference:**

HUD Handbook 7420.7, Chapter 8

**Incentive-based Performance Standards**

11. The PHA must submit to HUD an acceptable and accurate budget and annual requisition for each HAP contract at least 90 days before the PHA fiscal year.

    If monthly reviews of HAP payments to owners and ACC payments received from HUD indicate that the PHA will be overpaid by more than five percent, the PHA must submit a revised budget and annual requisition to reduce future HUD payments accordingly. The revised budget and requisition must be submitted no later than the first day of the month following such indication of overpayment.

12. The PHA must submit the year-end statement to HUD within 45 days after the end of the PHA's fiscal year.

**Quality Assurance:**

Monthly Invoice

Status Report

### 3.8. Public Housing Agency audit

The PHA must maintain complete and accurate financial records covering the PHA's contract administration of covered units under the ACC.

**Outcome:** The PHA's records are complete and accurate.

**Requirements:**

- Records concerning contract administration under the ACC must be distinct and separate from records concerning any other business of the PHA.

- The PHA must maintain complete and accurate records regarding activities relating to each HAP contract for covered units.

- If the PHA is required to submit audited financial statements under OMB's Circular A-133, the PHA must submit audited annual financial statements that fully comply with the requirements of OMB Circular A-133 by the earlier of:(1) 30 days after receipt of the auditor's report or (2) 9 months after the PHA fiscal year end (FYE). This audit must be performed by an independent public accountant (IPA).

  If the PHA submits its audited financial statements more than 60 days after the PHA fiscal year end, the PHA must submit all financial reports required by the HUD in unaudited form within 60 days after the PHA fiscal year end.

- Submission of financial information must also be in accordance with the requirements of HUD's Uniform Financial Reporting Standards (24 CFR, Part 5, Subpart H). The audit must be performed by an independent auditor, procured using the standards in Circular A-133 and other documents referenced in Circular A-133.

- A PHA not required to submit separate audited financial statements under OMB's Circular A-133 must submit annual unaudited financial statements within 60 days after the PHA fiscal year end. For-profit instrumentality PHA entities must submit audited financial statements within 60 days after the end of the PHA's fiscal year.

- If there are audit findings that require corrective actions, the PHA must provide HUD with a proposed plan of corrective actions as part of the audit submission package. By the first day of each month, until all corrective actions are completed as required by HUD, the PHA must submit a status report to HUD of corrective actions being implemented. Corrective actions must proceed as rapidly as possible. If the PHA fails to timely provide all required audited or unaudited financial statements, or fails to proceed with timely implementation of required corrective actions, HUD may determine that such failure is a default by the PHA in performance of its obligations under the ACC.

**Reference:**

ACC contract

HUD Handbook 7420.7

OMB Circular A-133

**Incentive-based Performance Standards**

13. A PHA that is required to comply with OMB's Circular A-133 must submit unaudited financial statements to HUD, including all required data, not later than 60 days after end of the PHA fiscal year, and audited financial statements no later than 9 months after the end of the PHA fiscal year.

A PHA that is not required to comply with OMB's Circular A-133 must submit unaudited financial statements to HUD, including all required data, within 60 days after the end of the PHA fiscal year.

A For-profit instrumentality PHA entity must submit audited financial statements to HUD, including all required data, within 60 days after the end of the PHA fiscal year.

**Quality Assurance:**

100% Review of the audit

### 3.9. Renewals of expiring Section 8 HAP contracts

As HAP contracts come to an end, owners must apply for HAP contract renewals to have units remain with Section 8 project-based assistance. The PHA must ensure that owners fulfill their obligations to residents and HUD that are consistent with owner renewal decisions.

**Outcome:** Expiring Section 8 contracts are renewed.

**Requirements:**

- ☐ Verify that owners of projects with expiring Section 8 HAP contracts provide required notice to the PHA and project residents.
- ☐ If the owner opts not to renew, take the actions described in Task 3.4
- ☐ Maintain copies of owner's notice to PHA and project residents.
- ☐ If the owner chooses to renew, determine which available option (form of renewal authorized by HUD) the owner wishes to use and notify the jurisdictional HUD office.
- ☐ Prepare renewal HAP contract in the form required by HUD.
- ☐ After receipt of confirmation of funding for renewal from HUD, ensure the HAP contract is executed (signed) by the owner and the PHA.

- ☐ Execute and distribute copies of the HAP contract within one business week to the owner, jurisdictional HUD office, and PHA files.

**Reference:**

Notice: H-98-34

Housing Notices H-99-08, H-99-13

| **Incentive-based Performance Standards** |
| --- |
| 14. Monitor, process and execute renewal HAP contract documents. |

**Quality Assurance:**

On-Site Reviews

Data Systems Reports

Monthly Invoice

### 3.10. General reporting requirements

To track the performance of the Section 8 program, monitor and evaluate PHA performance, and identify technical assistance needs, HUD requires the PHA to regularly report its contract administration activities. Consequently, the PHA must provide monthly, quarterly, and annual reports to the jurisdictional HUD office.

**Outcome:** HUD can monitor and evaluate program and PHA performance from accurate, timely reports by the PHA.

#### A. Monthly reports

The PHA must submit reports and an invoice to the Contract Administrator Oversight Monitor (CAOM) by the tenth business day of each month for the previous month's activities.

- ☐ **Hot topics:** Projects that required special attention due to such matters as, abatement actions, excessive resident complaints, inquiries from governmental officials or the general public.

- **Work Plan Status Report:** The Work Plan status report details:
  - Areas reviewed and services performed, including date of review and services; names of PHA staff performing the review and performing the services
  - Any significant administrative actions that could affect administration of the contract
  - Quality control activities and results
  - Major accomplishments, success stories, etc.
  - Noteworthy meetings
  - Pending issues

**B. Quarterly reports**

The PHA must submit an updated Work Plan and Work Plan status reports to the designated CAOM.

**C. Annual reports**

By the close of each PHA fiscal year, the PHA must submit to HUD a report that details its progress in accomplishing the Work Plan for that fiscal year. The report should detail all of the PHA actions and services (including dates, locations, and employee names) for that fiscal year. Also at the close of each fiscal year, the PHA must submit a Work Plan for the following year that details its plan to satisfy the ACC contract administration requirements.

**Incentive-based Performance Standards**

15. HUD receives PHA's

    (a) Monthly Reports by the tenth business day after the end of the month

    (b) Quarterly reports by the tenth business day after the end of the quarter

    (c) Annual reports by the twentieth business day after the end of the PHA fiscal year

**Quality Assurance:**

On-Site Reviews

Data Systems Reports

Review of submitted reports

### 3.11. Physical inspection

HUD has or will conduct a baseline physical inspection for every Section 8 property with a HUD-administered HAP contract. The Real Estate Assessment Center's ("REAC") physical inspection software and protocol is being used for all inspections. (See http://www.hud.gov/reac/reaphyin.html). Once this baseline physical inspection is completed, HUD will determine frequency of future inspections. HUD may issue a task order under the ACC to have the PHA perform annual physical inspections. If such a task order is issued, HUD will negotiate with the PHA a fixed-price fee for such services at that time.

**Outcome:** Verify completion of corrective actions based upon the analysis of the results of the annual physical inspections conducted on properties included in the ACC. Take legal actions as directed by HUD for enforcement of the HAP contract.

**Requirements:**

**Post Inspection Activities:**

- Provide follow-up with owner on violations and corrective actions needed.
- Provide owner with time-frame to correct violations.
- Work with owner to eliminate the deficiencies.

- Abate payments when owner fails to correct violations within designated time period.
- Notify jurisdictional HUD office of abatement of payments and specific reasons for the action.
- Notify jurisdictional HUD office of the completion of required actions.
- Take legal action as directed by HUD for enforcement of the HAP contract.

**Reference:**

HUD Handbook 4350.1

*Federal Register*, September 1, 1998

Housing Assistance Payments (HAP) Contract

**Incentive-based Performance Standards**

16. PHA monitors performance and compliance indicators of unacceptable physical inspection results. Until final resolution, PHA continues to provide follow-up to HUD every 30 days on actions by the owner and PHA.

## 4. PHA ADMINISTRATIVE FEE

### 4.1. Definitions

**ACCEPTABLE QUALITY LEVEL (AQL).** The required PHA performance level for each IBPS task. The AQL for each IBPS task is specified in column C of the Performance Requirements Summary (PRS) table.

**ADMINISTRATIVE FEE.** The monthly fee HUD pays the PHA for each covered unit under HAP contract on the first day of the month. The administrative fee (per unit per month) is the total of the basic fee plus the incentive fee.

**BASIC FEE.** The sum of the earned IBPS fees for a covered unit (per unit per month). HUD pays the earned basic fee to the PHA for each covered unit under HAP contract on the first day of the month during the ACC term.

Each IBPS task is allocated a specified percentage (IBPS percentage) of the maximum basic fee (per covered unit per month for each FMR area in the PHA service area). The Performance Requirements Summary (PRS) states the IBPS percentage for each IBPS task (see column D of the PRS). (During the term of the ACC, HUD may elect to amend the specification of IBPS tasks, the AQL for performance of an IBPS task, or the IBPS percentage for an IBPS task.)

**BASIC FEE PERCENTAGE.** A percentage used to calculate the amount of the maximum basic fee after the first two years (twenty-four calendar months) of the ACC term. The amount of the basic fee percentage for each subsequent year (twelve calendar months) of the ACC term is specified in Exhibit E of the ACC. For each such year, and for each FMR area in the PHA service area, the maximum basic fee for each month is calculated by multiplying the basic fee percentage specified in Exhibit E of the ACC times HUD's two-bedroom published FMR (for the FMR area) in effect at the beginning of that year of the ACC term.

**DISINCENTIVE DEDUCTION.** A deduction from the per unit per month IBPS fee. For each IBPS task, the disincentive deduction equals the maximum IBPS fee times the disincentive deduction percentage. HUD deducts this amount for PHA performance of an IBPS task that falls below the acceptable quality level. The ACC specifies the performance standard for assessing a disincentive deduction for

performance of an IBPS task. (During the term of the ACC, HUD may elect to amend the performance standard or the disincentive deduction percentage.) .

**DISINCENTIVE DEDUCTION PERCENTAGE.** A percentage used to calculate the amount of a disincentive deduction from the IBPS fee. The disincentive deduction percentage for each IBPS task is specified in column F of the PRS.

**EARNED BASIC FEE.** The amount of the basic fee earned by the PHA per unit per month (in an FMR area). The earned basic fee equals the sum of the earned IBPS fees for the IBPS tasks.

**EARNED IBPS FEE.** The amount of the IBPS fee earned by the PHA per unit per month. The earned IBPS fee equals the maximum IBPS fee minus any disincentive deduction.

**EARNED INCENTIVE FEE.** The amount of an incentive fee earned by the PHA.

**IBPS.** Incentive-based Performance Standards.

**IBPS FEE.** The maximum fee per unit per month for performance of an IBPS task listed in the PRS. The IBPS fee for an IBPS task equals the maximum basic fee times the IBPS percentage.

**IBPS PERCENTAGE.** The percentage of the maximum basic fee for performance of each of the IBPS tasks. The IBPS percentage times the maximum basic fee is the maximum IBPS fee per unit per month for each IBPS task. The earned IBPS fee may be reduced by disincentive deductions for PHA performance of an IBPS task that falls below the acceptable quality level.

**IBPS TASK.** Any of the core contract administration tasks listed in the PRS (and described in the SOW). (Column A of the PRS lists the IBPS tasks.) HUD measures the PHA's performance of each IBPS task to determine the amount of the PHA's earned basic fee or earned incentive fee for each covered unit.

**INCENTIVE-BASED PERFORMANCE STANDARDS (IBPS):** A description of specific elements of each core task. HUD will measure the PHA's performance of each such element as the performance standard to determine the PHA's earned administrative fees (including earned basic fees and earned incentive fees).

**INCENTIVE FEE.** A per unit per month administrative fee in addition to the basic fee. The incentive fee is paid for PHA performance of an IBPS task that exceeds the acceptable quality level for the IBPS task. The total of incentive fees earned in each calendar quarter is paid at the end of the quarter.

**INCENTIVE FEE PERCENTAGE.** The percentage of the incentive fee pool for PHA performance of an IBPS task that exceeds the acceptable quality level. Column E of the PRS specifies the incentive fee percentage, and the performance standard for awarding the incentive fee for performance of the IBPS task.

**INCENTIVE FEE POOL.** The maximum amount of incentive fees that may be earned by the PHA for each month of the ACC term. (The procedure for calculating the incentive fee pool is specified as Steps [17 - 21] of the fee calculation procedure at § 4.8 of ACC Exhibit A.)

**MAXIMUM BASIC FEE.** The amount of the maximum basic fee per unit per month for each FMR area in the PHA service area. The amount of the maximum basic fee for each FMR area in the service area (and for each year of the ACC term) is determined in accordance with Exhibit E of the ACC.

**MAXIMUM IBPS FEE.** The maximum basic fee times the IBPS percentage (before any disincentive deduction).

**PRS.** Performance Requirements Summary (see § 4.7 of Exhibit A).

**SOW.** Statement of Work. A description of the core tasks to be performed by the PHA under the ACC (see § 3 of Exhibit A).

## 4.2. Evaluation of PHA performance

During the ACC term, HUD will conduct a monthly and quarterly evaluation and scoring of the PHA's performance in contract administration of the covered units. Calculation of the amount of the administrative fees earned by the PHA is based on HUD's rating of the PHA's performance against defined levels of performance of specific contract administration tasks designated as performance standards.

The Statement of Work (SOW) describes specific core contract administration tasks, and specific incentive-based performance standards (IBPS) that will be used to rate PHA performance of the core tasks. The performance requirements summary (PRS) (§ 4.7 of Exhibit A) defines measurable levels of IBPS performance that determine whether the PHA receives an increased fee (by adding "incentive fees") or a reduced fee (by subtracting "disincentive deductions").

Each month, HUD rates the PHA's performance in completion of the IBPS tasks to determine the amount of earned basic fees. HUD determines the amount of the earned basic fee (per covered unit per month) by monthly scoring of the PHA's performance of IBPS tasks. This scoring is based on HUD's review of data submitted and certified in the monthly invoice by the PHA.

Each quarter, HUD rates the PHA's performance in completion of specified IBPS tasks (designated in column E of the PRS) to determine the amount of earned incentive fees. HUD determines the amount of the incentive fees earned by the PHA by quarterly scoring of the PHA's contract administration performance of the specified IBPS tasks.

The monthly and quarterly scoring is based on the level of PHA's performance of the tasks used as incentive-based performance standards (IBPS) described in the Statement of Work. The PRS specifies the levels of IBPS performance used to determine incentive fees (column E of the PRS) or disincentive deductions (column F of the PRS). During the term of the ACC, HUD may amend the IBPS standards or the PRS by giving notice of such amendment to the PHA.. Amendments to the IBPS standards or the PRS will be effective no later than the first month of the next quarter following such notification.

## 4.3. Incentive fee

In addition to the basic fee, the PHA may earn an incentive fee determined by HUD for PHA performance of the contract administration services for designated IBPS tasks that exceeds acceptable quality levels (AQL) of performance. § 4.8 of Exhibit A (Part II of fee calculation procedure) specifies the step-by-step procedure for calculating the amount of earned incentive fees.

Each month, HUD will evaluate the PHA's performance in providing contract administration services for all covered units under the ACC to determine the

amount of earned incentive fees paid quarterly. This evaluation will determine the portion of the monthly incentive fee pool that the PHA has earned for each month of that quarter.

HUD may add or modify performance standards during the ACC term, may add or modify the factors used to measure performance, and may specify the amount of the incentive fee for a specified level of performance. However, HUD must notify the PHA of any such changes before the rating period for which such changes are used to rate PHA performance.

### 4.4. Fee payment

Each month, earned administrative fees are calculated and based upon the number of covered units under contract administration by the PHA on the first day of the month.

#### 4.4.1. Payment of basic fee

Column H of the PRS specifies whether the IBPS fee for a particular IBPS task is paid monthly or annually.

Each invoice must be fully supported by documentation (as required by HUD) of the PHA's level of performance of each IBPS standard for an IPBS task. Such documentation shall be sufficient to show:

1. Whether the PHA has met the AQL for the performance standard (column C of the PRS).
2. The amount of any disincentive deduction (as calculated in accordance with column F of the PRS).
3. The amount of any incentive fee (as calculated in accordance with column E of the PRS).

The determination of performance levels used to calculate earned administrative fees (earned basic fees and earned incentive fees), and the determination of the amount of such fees is subject to modification and correction by HUD as a result of HUD quality assurance reviews or otherwise. HUD may recover any overpayments, and may adjust amounts of payments against subsequent invoices to correct or adjust any overpayment or error in determination of earned administrative fees.

**Notwithstanding any disincentive deductions from earned administrative fees for PHA failure to meet the AQL for any IBPS task, failure to meet the AQL in performance of the IBPS task is a violation of PHA obligations under the ACC. HUD may exercise any available remedies for such default or any other default under the ACC. HUD may terminate the ACC at any time, in**

**whole or in part, if HUD determines that PHA has committed any default under the ACC.**

### 4.4.2. Payment of incentive fee

HUD will pay earned incentive fees for a particular IBPS task quarterly. HUD will base the amount of the earned incentive fee per unit per month on the PHA's performance against the incentive based performance standards listed in the Statement of Work. The amount of the incentive fee for each IBPS task is calculated in accordance with column E of the PRS. Column E specifies the standard of performance required for the PHA to earn the incentive fee for performance of the IBPS task. Column E also specifies the percentage of the monthly incentive fee pool that the PHA will earn for meeting this performance standard.

HUD will review the PHA's performance in carrying out the PHA's annual Work Plan and PHA progress reported in the monthly invoices for the applicable quarter. The HUD findings will be compared to the PHA invoice for the incentive fee and adjustments may be made to reflect the results of the HUD findings.

### 4.5. Availability of funds

All fee payments are subject to the availability of appropriated funds.

### 4.6. Use of fee income

The PHA may use or distribute for any purpose administrative fees that the PHA has earned under the ACC. HUD may reduce or request reimbursement of administrative fees paid if subsequent quality assurance indicates the performance indicated by the PHA was not attained.

### 4.7. Performance Requirements Summary (PRS)

There is at least one IBPS performance standard for each core task described in the Statement of Work. These IBPS standards are used to determine the amount of earned basic fees and earned incentive fees.

For each IBPS task, the PRS table below specifies:

- ☐ IBPS task number (column A).
- ☐ IBPS task and SOW. Task description and reference to SOW requirement (column B)
- ☐ Acceptable quality level (AQL) (column C).

- ☐ IBPS percentage. The IBPS percentage of the maximum basic fee (column D).

- ☐ Incentive fee (as percentage of monthly incentive fee pool). How to calculate the incentive fee (if incentive fees may be awarded for performance of the particular IBPS task) (column E). The PRS table specifies the available incentive fee amount as a percentage of the incentive fee pool, and describes the performance standard that must be met to receive an incentive fee for performance of the IBPS task.

- ☐ Disincentive deduction. How to calculate the amount of a disincentive deduction from the maximum basic fee (column F). The PRS table specifies the performance standard that determines when the disincentive deduction is assessed, and specifies the amount of the disincentive deduction as a percentage of the maximum IBPS fee.

- ☐ Quality assessment (QA). How HUD will assure the quality of the PHA's reported performance (column G).

- ☐ Payment. When HUD will pay the IBPS administrative fees earned for performance of a particular IBPS task (monthly or annually) (column H).

The information in the PRS table below governs HUD's payment of administrative fees to the PHA for all work performed under the ACC.

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| IBPS TASK # | TASK & SOW | ACCEPTABLE QUALITY LEVEL (AQL) | IBPS PER-CENT (of max. basic fee) | INCENTIVE FEE PER CENT (as % of incentive fee pool) | DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee) | QA METHOD | PAYMENT |
| 1. | **Management & occupancy reviews** Section 3.2 | Each month, 95% of required reports and data are submitted to HUD on time (within 30 calendar days after scheduled completion of the M&O review) <u>AQL 95% submitted on time</u> | 8% | 20% of the Incentive fee pool if PHA submits 100% of required reports and data on time | 2% deduction for every 1% that the percentage of on time submissions falls below the AQL | On-Site Reviews Systems Data Reports | Monthly |
| 2. | **Documenting owner civil rights compliance** Section 3.2 | Each month, 95% of required civil rights compliance reports are submitted to HUD on time ( within 30 calendar days after M&O review completion) <u>AQL::</u> <u>95% of civil rights reports submitted on time</u> | 5% | 20% of the Incentive fee pool if PHA submits 100% of required reports on time | 2% deduction for every 1% that the percentages of on time submissions falls I below the AQL | On-Site Reviews Systems Data Reports | Monthly |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 3. | **Processing rental adjustments** Section 3.3 | Each month, 100% of owner requests for rent adjustments and all rent adjustments are correctly processed within 30 calendar days after owner's request for a budget-based rent adjustment, or on the anniversary date of the HAP contract for an AAF based rent adjustment<br><br>AQL:<br>100% of owner rent adjustment requests correctly processed within 30 calendar days | 5% | N/A | 1% deduction for every 1% that performance falls below the AQL, but not below 75%.<br><br>50% deduction if performance falls below 75%. | On-Site Reviews<br><br>Systems Data Reports | Monthly |
| 4. | **Owner opt-out notices and Contract Terminations** Section 3.4 | Each month, 100% of owner opt-out notices or terminations are submitted to HUD within one business day after notice by owner<br><br>AQL:<br>100% of owner opt-out notices or terminations submitted within one business day | 5% | N/A | 1% deduction for every business day that the average time when owner notices or termination announcements are supplied to HUD exceeds the AQL (partial days are rounded to the lowest whole day) | On-site Reviews<br><br>Systems Data Reports | Monthly |

327

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 5. | **Owner Opt-out and HAP contract termination: Submit resident data to HUD**<br><br>Section 3.4 | 100% of complete resident data submitted to jurisdictional HUD office 90 calendar days before contract expiration and/or termination.<br><br><u>AQL</u>:<br>100% of resident data submitted 90 calendar days before contract expiration and/or termination and/or termination | 5% | 30% of the incentive fee pool if PHA submits 100% of data to HUD an average of 100 days or more before contract expiration and/or termination | 50% deduction if average notification time is from 85-89 calendar days before expiration and/or termination (portions of days are rounded to the nearest whole day).<br><br>100% deduction if average notification time is less than 85 calendar days before expiration and/or termination | On-site Reviews<br><br>Systems Data Reports | Monthly |

## IBPS PERFORMANCE REQUIREMENTS SUMMARY

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 6. | **Review, verify, and authorize monthly § 8 vouchers**<br><br>Section 3.5 | 100% of monthly vouchers are processed so monthly payment to the owner is sent no earlier than the first calendar day of the month and no later than the first business day of the month.<br><br><u>AQL</u>:<br>100% of vouchers processed within specified time-frame | 15% | N/A | 1% deduction for every 1% the processing of vouchers falls below the AQL, except that if performance falls below 75%, a 50% deduction shall apply | On-Site Reviews<br><br>Systems Data Reports | Monthly |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 7. | **Notice of corrective actions** Section 3.5 | In100% of cases requiring corrective action, PHA notifies HUD of such action within 10 calendar days after PHA verification and certification of voucher. In 100% of overpayments, PHA resolves overpayment issue within 30 calendar days after PHA verification and certification of voucher. <u>AQL</u>: 100% of total cases (corrective action cases plus overpayment cases) handled within specified time-frames | 3% | N/A | 1% deduction for every 1% that the notifications and resolutions combined falls below the AQL of 100%, except that if performance falls below 75%, a 50% deduction shall apply | On-Site Reviews Systems Data Reports | Monthly |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 8. | **Monitoring & reporting owner's follow-up efforts on discrepancies identified as a result of tenant income matching initiatives.** Section 3.5 | 100% of projects with households identified through tenant income-matching discrepancies are monitored and reported to HUD by the tenth business day of each month. <u>AQL</u>: Monitoring report to HUD by tenth business day of each month for all projects. | 3% | N/A | 3% deduction for every day the AQL is exceeded for any project | On-site reviews Systems data reports | Monthly |
| 9. | **Life-threatening health & safety issues** Section 3.6A | 100% of initial PHA responses to life-threatening health and safety issues (notice to owner or other appropriate initial PHA response) are completed within one hour after the PHA knows about the issue. <u>AQL</u>: 100% of responses and notifications of life-threatening issues completed within one hour. | 7% | N/A | 1% deduction for every 1% of responses that exceed the AQL, except that if performance falls below 75% of responses , a 50% deduction shall apply | On-Site Reviews Monthly Invoices | Monthly |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 10 | **Non-life-threatening health & safety issues**<br><br>Section 3.6B | PHA responds to 100% of all non-life threatening health and safety inquiries and complaints within two business days follows-up every two weeks until final resolution<br><br><u>AQL:</u><br>100% of PHA responses within two business days | 5% | N/A | 10% deduction for every business day, or part of a day, that the average PHA response time exceeds two business days | On-Site Reviews<br><br>Monthly Invoices | Monthly |
| 11. | **Budgets, requisitions, revisions**<br><br>Section 3.7 | 100% of all budgets & annual requisitions for all HAP contracts are submitted to HUD ninety calendar days before the PHA's fiscal year.<br><br>100% of revised budgets & annual requisitions to reduce future payments are submitted to HUD by the first day of the month after identification of overpayments.<br><br><u>AQL:</u><br>100% on time submissions | 8% | N/A | 2% deduction for every 1% of PHA submissions that falls below the AQL | Monthly Invoices<br><br>FMC Status Reports | Monthly |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| IBPS TASK # | TASK & SOW | ACCEPTABLE QUALITY LEVEL (AQL) | IBPS PER-CENT (of max. basic fee) | INCENTIVE FEE PER CENT (as % of incentive fee pool) | DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee) | QA METHOD | PAYMENT |
| 12. | **Year-end statement**<br><br>Section 3.7 | The year-end statement is submitted within 45 calendar days after the end of the PHA's fiscal year.<br><br><u>AQL</u>:<br>Submission within 45 calendar days. | 8% | N/A | 4% deduction for every day the submission exceeds the AQL | Status Report | Annually |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT (of max. basic fee)** | **INCENTIVE FEE PER CENT (as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 13. | Public Housing Agency audit<br><br>Section 3.8 | For a PHA that must comply with OMB's Circular A-133, unaudited financial statement is submitted to HUD within 60 calendar days after the PHA's fiscal year end and audited financial statement is submitted to HUD within nine calendar months after the PHA's fiscal year end. For a PHA that is not required to comply with OMB's Circular A-133, unaudited financial statement is submitted to HUD within sixty calendar days after the PHA's fiscal year end.<br><br>For a For-profit instrumentality PHA, the audited financial statement is submitted to HUD within sixty calendar days after the PHA's fiscal year end<br><br><u>AQL:</u><br>100% of financial statements submitted on time | 3% | N/A | 2% deduction for every calendar day that the financial statements exceeds the days specified in the AQL | 100% Review of Audit | Annually |

| IBPS PERFORMANCE REQUIREMENTS SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| IBPS TASK # | TASK & SOW | ACCEPTABLE QUALITY LEVEL (AQL) | IBPS PER-CENT (of max. basic fee) | INCENTIVE FEE PER CENT (as % of incentive fee pool) | DISINCENTIVE DEDUCTION ("deduction") (as % of maximum IBPS fee) | QA METHOD | PAYMENT |
| 14. | **Renewals of expiring HAP contracts** Section 3.9 | 90% of renewal HAP contracts executed and submitted to (HUD) sixty calendar days before contract expiration AQL:90% of HAP contracts submitted on time | 12% | 20% of the incentive fee pool to monitor, process, & execute 95% of HAP contract documents. An additional 10% of the incentive fee if 100% is attained. | 3% deduction for every 1% of renewal HAP contracts submitted to HUD after the AQL period | On-Site Reviews Data Systems Reports Monthly Invoices | Monthly |
| 15. | **General reporting requirements** Section 3.10 | 16 out of 17 required reports submitted to HUD on time AQL: 16 reports submitted to HUD on time | 5% | N/A | 10% deduction per report not submitted on time | On-Site Reviews; Data Systems Reports; Review of submitted reports | Annually |

## IBPS PERFORMANCE REQUIREMENTS SUMMARY

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| **IBPS TASK #** | **TASK & SOW** | **ACCEPTABLE QUALITY LEVEL (AQL)** | **IBPS PER-CENT**<br><br>**(of max. basic fee)** | **INCENTIVE FEE PER CENT**<br><br>**(as % of incentive fee pool)** | **DISINCENTIVE DEDUCTION ("deduction")**<br><br>**(as % of maximum IBPS fee)** | **QA METHOD** | **PAYMENT** |
| 16. | **Monitoring physical inspection results**<br><br>Section 3.11 | For 95% of projects with unacceptable physical inspection performance and compliance indicators:<br><br>PHA notifies owners within thirty days after receipt of inspection results from HUD, and<br><br>PHA monitors follow-up reports to HUD by the tenth business day of every month until final resolution is reached.<br><br><u>AQL</u>:<br>95% of initial notifications and follow up reports completed within required time frames. | 3% | N/A | 2% reduction for every 1% of notifications and follow-up reports completed after the AQL period | On-Site Reviews<br><br>Systems Data Reports<br><br>Monthly Invoices | Monthly |

## 4.8. How to calculate earned administrative fees

| MONTHLY FEE CALCULATION | |
|---|---|
| PART 1 | DETERMINING EARNED BASIC FEES |
| | **DETERMINING TOTAL EARNED BASIC FEES**<br>*Part I calculates the total amount of the PHA's earned basic fees for the fee month.* |
| 1 to 4 | **DETERMINING TOTAL OF MAXIMUM BASIC FEES FOR ALL COVERED UNITS**<br>*Execute Steps 1 to 4 for each FMR area in the PHA service area. In Step 5, add the Step 3 amounts for all FMR areas.-* |