| | | |
|---|---|---|
| 1 | ***DETERMINING MAXIMUM BASIC FEE*** *(FOR COVERED UNITS IN AN FMR AREA)*<br><br>*Step 1 determines the maximum basic fee amount used to calculate administrative fees for any fee month in any year of the ACC term (initial ACC term or any renewal term). Each year of the ACC term is a period of twelve calendar months. The first year of the ACC term commences on the first day of the month of HUD's first assignment to the PHA of existing HAP contracts for covered units for contract administration under the ACC.*<br><br>***For a fee month in the first two years of the ACC term (the first twenty four months):*** *Exhibit E of the ACC specifies the dollar amount of the maximum basic fee (per unit per month) for each FMR area during the first two years of the ACC term. The maximum basic fee is entered in Step 1-B*<br><br>***For a fee month in subsequent years of ACC term (years three, four or five):*** *The ACC does not specify the dollar amount of the maximum basic fee for each subsequent year of the ACC term (years 3, 4 or 5). For each FMR area and for each subsequent year, Exhibit E of the ACC specifies the basic fee percentage that is used to calculate the maximum basic fee. The maximum basic fee (for each FMR area) is calculated by multiplying the basic fee percentage for that year times the two-bedroom published FMR in effect at the beginning of that year of the ACC term. The maximum basic fee for year 3, 4 or 5 is calculated in Steps 1-C to 1-E.* | |
| 1-A | **Year of ACC term** | Enter the year of the ACC term in which the fee month falls (year 1 to year 5).<br><br><u>After completing Step 1-A:</u><br>• For fee month in year 1 or year 2 of ACC term, go to Step 1-B.<br>• For fee month in a subsequent year of the ACC term, go to Steps 1-C to 1-E. |
| 1-B | **MAXIMUM BASIC FEE: IN FIRST TWO YEARS OF ACC TERM** | *Step-1 B states the maximum basic fee in year 1 or year 2 of the ACC term (as specified in Step 1-A).*<br><br>*ACC* |

| | | |
|---|---|---|
| 1-B | | From Exhibit E of the ACC, enter the amount of the **maximum basic fee** for the FMR area for year 1 or year 2.<br><br>Enter the same amount in Step 1-F. Skip to Step 1-F. |
| 1-C to 1-E | MAXIMUM BASIC FEE: IN SUBSEQUENT YEAR OF THE ACC TERM | *Steps 1-C to 1-E are used to calculate the maximum basic fee for a fee month in year 3, 4 or 5 of ACC term (as specified in Step 1-A ).* |
| 1-C | | From Exhibit E of the ACC, enter the **basic fee percentage** for that year. |
| 1-D | | Enter the amount of the **two-bedroom FMR for the FMR area.**<br><br>Use the two-bedroom FMR in effect at the beginning of the first month of the year of the ACC term specified in Step 1-A. (from HUD's published FMR notice). |
| 1-E | | Enter the amount calculated by multiplying Step 1-C times Step 1-D.<br><br>Enter the same amount in Step 1-F. |
| 1-F | **Maximum basic fee (for covered units in FMR area)** | For fee month in year 1 or year 2 of the ACC term (as specified in Step 1-A): Enter amount from Step 1-B.<br><br>For fee month in year 3, 4 or 5 of the ACC term (as specified in Step 1-A): Enter amount from Step 1-E. |
| 2 | **Covered units (in FMR area)** | Enter the number of covered units in the FMR area (at the beginning of the fee month). (HUD will provide a summary of units in each FMR area monthly). |
| 3 | **Total for FMR area** | Multiply Step 1-F times Step 2. |

| | | |
|---|---|---|
| 4 | **Repeat for next FMR area** | Repeat Steps 1 to 3 for the next FMR area (loop to Step 1-A). After executing these steps for all FMR areas in the service area, go to Step 5. |
| 5 | **Total for PHA service area** | Add the Step 3 amounts for all FMR areas. |

| | | |
|---|---|---|
| | **CALCULATION OF EARNED BASIC FEES**<br><br>*The earned basic fee is the sum of the earned IBPS fees for a covered unit. The following steps calculate the total amount of the PHA's earned basic fees for all covered units in the service area.*<br><br>*Column H of the PRS specifies whether the IBPS fee for performance of each particular IBPS task is paid monthly or annually. The total of earned basic fees for the fee month is calculated by adding earned IBPS fees for monthly IBPS tasks and for annual IBPS tasks payable for that fee month.* | |
| 6 to 10 | **IBPS TASKS PAID MONTHLY: DETERMINING TOTAL IBPS FEES**<br><br>*Steps 6 to 8 calculate the IBPS fee <u>for each IBPS task paid monthly</u>. Repeat these steps for each such IBPS task..*<br><br>*Step 10 calculates the total of these IBPS fees for all covered units in the service area.*<br><br>*At the time of ACC execution, the PRS specifies that IBPS fees for the following IBPS tasks are paid monthly:*<br>*IBPS tasks 1 to 10 and 13 to 15.* | |
| 6 | **DETERMINING MAXIMUM IBPS FEE** | |
| 6-A | **IBPS percentage** | <u>For each IBPS task paid monthly (as specified in column H of the PRS):</u><br>Enter the IBPS percentage for the IBPS task (from Column D of the PRS). |
| 6-B | **Maximum total IBPS fees for an IBPS task** | Multiply Step 5 times Step 6-A.. |
| 7 | **DETERMINING DISINCENTIVE DEDUCTION** | |
| 7-A | **Disincentive deduction percentage** | Calculate and enter any applicable disincentive deduction percentage for the IBPS task.<br><br>Column F of the PRS explains how to calculate the disincentive deduction percentage for each IBPS task. |

| | | |
|---|---|---|
| 7-B | **Disincentive deduction amount** | Multiply Step 6-B times Step 7-A. |
| 8 | **Total IBPS fees earned for an IBPS task** | Subtract Step 7-B from Step 6-B |
| 9 | **Repeat** | Repeat Steps 6 to 8 for the next IBPS task paid monthly (loop to Step 6-A). After executing for all such IBPS tasks, go to Step 10. |
| 10 | **Total IBPS fees (for IBPS tasks paid monthly)** | Add the IBPS fees for all IBPS tasks paid monthly as calculated in Step 8. |

| | | |
|---|---|---|
| **11 to 15** | **IBPS TASKS PAID ANNUALLY: DETERMINING TOTAL IBPS FEES**<br><br>*<u>For each IBPS task paid annually</u>, Steps 11 to 15 calculate the total of annual IBPS fees for all covered units in the service area.. Repeat these steps for each such IBPS task.*<br><br>*At the time of ACC execution, the PRS specifies that IBPS fees for the following IBPS tasks are paid annually: IBPS tasks 12, 13 and 15.* | |
| **11** | **DETERMINING MAXIMUM IBPS FEE** | |
| **11-A** | **IBPS percentage** | <u>For each IBPS task paid annually (as specified in column H of the PRS):</u> Enter the IBPS percentage for the IBPS task (from Column D of the PRS). |
| **11-B** | **Maximum total IBPS fees for an IBPS task** | Multiply Step 5 times Step 11-A. |

| | | |
|---|---|---|
| 11-C | | For the fee month when the annual IBPS fee is payable: Enter zero.<br><br>For the other fee months:(i.e., all fee months except the fee month when the annual IBPS fee is payable):<br>Add the Step 11-C amount from the monthly fee calculation for the preceding fee month and the Step 11-B amount from the monthly fee calculation for the current fee month. |
| 11-D | | Enter Step 11-C amount from the monthly fee calculation for the preceding fee month |
| 11-E | **Annual IBPS fee pool** | Add Step 11-B and Step 11-D |
| 12 | **DETERMINING DISINCENTIVE DEDUCTION** | |
| 12-A | **Disincentive deduction percentage** | Calculate and enter any applicable disincentive deduction percentage for the IBPS task.<br><br>Column F of the PRS explains how to calculate the disincentive deduction percentage for each IBPS task. |
| 12-B | **Disincentive deduction amount** | Multiply Step 11-E times Step 12-A. |
| 13 | **Total IBPS fees earned for an IBPS task** | Subtract Step 12-B from Step 11-E |
| 14 | **Repeat** | Repeat Steps 11 to 13 for the next IBPS task paid annually (loop to Step 11-A). After executing for all such IBPS tasks, go to Step 15. |
| 15 | **Total IBPS fees (for IBPS tasks paid monthly)** | Add the IBPS fees for all IBPS tasks paid annually as calculated in Step 13. |
| 16 | **Total IBPS fees for fee month** | Add Step 10 and Step 15 |

| PART 2 | DETERMINING EARNED INCENTIVE FEES | |
|---|---|---|
| 17 | **Determining the incentive fee pool**<br><br>The incentive fee pool is the maximum amount of incentive fees that may be earned by the PHA for each month of the ACC term. The total amount of earned incentive fees for each month may not exceed the amount of the incentive fee pool available for the month.<br><br>Step 17 calculates the total amount of the incentive fee pool<br><br>Earned Incentive fees are paid quarterly The quarterly payment is the total of earned incentive fees for the three calendar months in the quarter.. | |
| 17-A | Year of ACC term | • For a fee month in year 1 or year 2 of the ACC term (from Step 1-A), go to Step 17-B.<br>• For a fee month in year 3. 4 or 5 of the ACC term (from Step 1-A), go to Step 17-D. |
| 17-B & 17-C | MAXIMUM INCENTIVE FEE:<br>IN FIRST TWO YEARS OF ACC TERM | Steps 17-B and 17-C are used to calculate the maximum incentive fee (per unit per month) for a fee month in year 1 or year 2 of the ACC term (as specified in Step 1-A). |
| 17-B | | For a fee month in year 1 or year 2 of the ACC term:<br>For each FMR area, enter the amount of the two-bedroom FMR for the FMR area.<br><br>Use the two-bedroom FMR in effect at the beginning of the ACC term (from HUD's published FMR notice). |
| 17-C | | Multiply 0.01 (one percent) times the amount in Step 17-B.<br><br>Enter the same amount in Step 17-F. |

| | | |
|---|---|---|
| **17-D & 17-E** | **MAXIMUM INCENTIVE FEE: IN SUBSEQUENT YEAR OF ACC TERM** | Steps 17-D and 17-E are used to calculate the maximum incentive fee for a fee month in year 3, 4 or 5 of the ACC term (as specified in Step 1-A). |
| **17-D** | | For a fee month in year 3, 4 or 5 of the ACC term<br>For each FMR area, enter the amount of the two-bedroom FMR for the FMR area. (See Exhibit E). |
| **17-E** | | Multiply 0.01 (one percent) times the amount in Step 17-D.<br><br>Enter the same amount in Step 17-F. |
| **17-F** | **Maximum incentive fee (for covered units in FMR area)** | For a fee month in year 1 or year 2 of the ACC term (as specified in Step 1-A): Enter the amount from Step 17-B.<br><br>For a fee month in year 3, 4 or 5 of the ACC term (as specified in Step 1-A): Enter the amount from Step 17-E. |
| **18** | **Covered units in FMR area** | Enter the number of covered units in the FMR area (at the beginning of the month). (Same as amount in Step 2.) |
| **19** | **Total for FMR area** | For each FMR area, multiply Step 17-F times Step 18. |
| **20** | **Repeat** | Repeat Steps 17 to 19 for the next FMR area (loop to Step 17-A). After completing Step 19 for all FMR areas, go on to Step 21. |
| **21** | **Incentive fee pool -- Total for PHA service area** | Add the amounts calculated in Step 19 for all FMR areas in the service area. |

| | | |
|---|---|---|
| 22 | **Determining incentive fee (for IBPS task)**<br><br>The PHA may earn incentive fee for above AQL performance of specified IBPS tasks (Column E of the PRS). Step 22 calculates the amount of any incentive fees earned for performance of an IBPS task. Repeat Step 22 <ins>for each IBPS task</ins> for which incentive fee may be earned.<br><br>At the time of ACC execution, the PRS specifies that the PHA may earn incentive fees for performance of the following four IBPS tasks::<br>IBPS task #1 (management and occupancy reviews),<br>IBPS task #2 (document owner compliance),<br>IBPS task # 5 (provide resident data to HUD), and<br>IBPS task #14 (renewals of expiring § 8 HAP contracts).<br><br>By notice to the PHA, HUD may modify the designation of such IBPS tasks, and may modify the performance standard or incentive fee percentage used to calculate the incentive fee.<br><br>For IBPS #14, there are two separate incentive fee performance standards and incentive fee percentages for performance at the specified performance level.<br><br>Execute Steps 22 for each IBPS task designated as a performance standard used to determine incentive fees. | |
| 22-A | **Incentive fee percentage** | Enter incentive fee percentage for the IBPS task and performance standard (from Column E of the PRS). |
| 22-B | **Incentive fee earned** | Determine if PHA qualifies for the incentive fee (for the IBPS task and performance standard). Column E of the PRS explains how to determine when the PHA qualifies for an incentive fee.<br><br>If the PHA qualifies for an incentive fee, multiply Step 8-D times Step 9-A (for the IBPS task and performance standard). |
| 22-C | **Repeat** | Repeat Step 22 for the next IBPS task and performance standard (loop to Step 22-A). After completing Step 22-B for each IBPS standard (for which an incentive fee may be earned), go on to Step 23. |

| | | |
|---|---|---|
| 23 | **Total incentive fees for fee month** | Add the incentive fees earned for all IBPS tasks as calculated in Step 22-B. |
| 24 | | • For the last month of the calendar quarter: (when earned incentive fees are payable):<br><br>Enter zero.<br><br>Then go to Step 25.<br><br>• For the other fee months (i.e., the first two months of the calendar quarter):<br><br>Add the Step 24 amount from the monthly fee calculation for the preceding fee month and the Step 23 amount from the monthly fee calculation for the current fee month.<br><br>Then go to Step 27. |
| 25 | | Enter Step 24 amount from the monthly fee calculation for the preceding fee month |
| 26 | **Total incentive fees for quarter** | Add Step 23 and Step 25. |
| 27 | **Total incentive fees payable in fee month** | For the last month of the quarter:<br>Enter the amount in Step 26.<br><br>For the other fee months (i.e., the first two months of the calendar quarter):<br>Enter zero. |

| | |
|---|---|
| **PART 3** | **DETERMINING EARNED ADMINISTRATIVE FEES** |

| | | |
|---|---|---|
| 28 | **Total Administrative Fees** | Add Step 16 and Step 27. |

## 5. ACC TERM

The initial term of the ACC shall be thirty-six calendar months commencing on the first day of the month of HUD's first assignment to the PHA of existing HAP contracts for covered units for contract administration pursuant to the ACC. (The same ACC term shall apply for all covered units, whether such covered units are included in the first HUD assignment of covered units, or are added subsequently.)

HUD may unilaterally elect to renew the ACC for up to two additional twelve month renewal terms after the initial term. Each such renewal shall be at HUD's sole discretion, and shall be exercised by written notice to the PHA of HUD's election to renew. HUD must give such renewal notice at least three calendar months before the end of the expiring term (the initial term and the first twelve month renewal term).

The PHA may unilaterally elect to terminate the ACC term at the end of the last month of the initial ACC term, or at the end of any month of the first or second twelve month renewal term, if the PHA gives HUD written notice of the PHA's election to terminate the ACC term at least twelve calendar months before termination.

## 6. EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE

The PHA shall not discriminate against any employee or applicant for employment because of race, color, creed, religion, sex, handicap or national origin. The PHA shall take affirmative action to ensure that applicants and employees are treated without regard to race, color, creed, religion, sex, handicap, or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.

The PHA shall post in conspicuous places, available to employees and applicants for employment, notices to be provided by HUD setting forth the provisions of this nondiscrimination clause. The PHA shall assure in all solicitations or advertisements for employees placed by or on behalf of the PHA that all qualified applicants will receive consideration for employment without regard to race, color, creed, religion, sex, handicap or national origin. The PHA must incorporate the foregoing requirements of this paragraph in all of its contracts for project work, except contracts for standard commercial supplies or raw materials, and must require all of its contractors for such work to incorporate such requirements in all subcontracts for project work.

## 7. DATA SYSTEMS

### 7.1. Federal Requirements

The PHA must comply with all Federal data processing and data reporting requirements applicable to PHA functions under the ACC, including requirements for Public Housing Agencies described in the Automation Rule (Section 108 of 24 CFR, Part 208 —Electronic Transmission of Required Data for Certification and Recertification and Subsidy Billing Procedures for Multifamily Subsidized Projects). See also program records requirements at § 12 of the ACC.

The PHA must have Internet Service Provider (ISP) access for electronic communication over the Internet with HUD, owners or others. The PHA must comply with HUD requirements for electronic communication (including requirements concerning email and other communication over the Internet). The PHA must comply with HUD requirements for data entry and data transfer over the Internet.

The PHA must ensure that all electronic data systems are virus free.

The PHA must have the capability to implement changes in data processing and data reporting procedures to comply with changes in HUD requirements. HUD will provide reasonable advance notice (by HUD directive to PHAs or otherwise) of changes in HUD requirements concerning automated data systems and automated data reporting. HUD will provide such advance notice a minimum of 90 days before PHA compliance will be required.

### 7.2. Communication with owners

The PHA must have the capability to receive resident certification and recertification data (form HUD 50059) and voucher data (form HUD 52670) electronically from owners in a form consistent with HUD reporting requirements for the HUD TRACS System. The PHA must have the capability, in the form acceptable to HUD, for communicating errors in HUD 50059 and HUD 52670 submissions to owners.

### 7.3. Communication with HUD

The PHA must provide HUD with data on HAP contracts, rent adjustments and payments to owners, contract renewal processing, management and occupancy reviews, and other documents and information relevant to the PHA responsibilities outlined in this RFP. The PHA must have the capability to transmit data to HUD over the Internet as required by HUD.

The PHA must have the capability to transmit HUD 50059 data to the HUD TRACS Tenant System and HUD 52670 data to the HUD TRACS

Voucher/Payment System, and to receive return messages transmitted from TRACS. The PHA's Internet access must provide the PHA with the capability to review the resident and voucher data that the PHA has transmitted to HUD, to ensure that the data maintained by HUD is correct and consistent with the data maintained in PHA files.

Resident reporting requirements specified for HUD's TRACS Tenant System and voucher reporting requirements specified for the TRACS Voucher/Payment System are published on the TRACS Documents Page on the world wide web. The PHA must meet the requirements specified in these documents. (At this time, the PHA can access the TRACS Documents Page at http://www.hud.gov/fha/mfh/trx/html/trxdocs.html.)

### 7.4. Fund transfer and payment

The PHA must have a depository account with a federally insured financial institution capable of receiving and sending electronic fund transfer (EFT) transactions. See also depository requirements at § 9b of the ACC.

The PHA must have facilities acceptable to HUD for making timely and accurate housing assistance payments to owners. The PHA must also transmit budget, requisition, and year-end settlement data to HUD via the Internet, or as otherwise specified by HUD.

## 8. MANAGEMENT CAPACITY AND QUALITY CONTROL PLAN

The PHA must have a detailed quality control plan (QC Plan) that will:

- Ensure that the contract performance requirements are met;
- Provide accountability and separation of duties to detect and prevent potential fraud, waste, and abuse of funds, and
- Identify processes/procedures to prevent, detect, and resolve conflicts of interest in accordance with the ACC.

The QC Plan must include, but is not limited to:

1. A Work Plan including all contract administration services, with a break down of each task/sub-task. The Work Plan must:

   - ☐ Specify all areas and services that the PHA will review.
   - ☐ Include a timeline (duration, start, finish) the PHA will review areas/services.
   - ☐ Depict the resource name/s and task usage for each task.

2. The name(s) and qualifications of the individual(s) responsible for performing the quality control reviews and the specific areas/services these individuals will inspect.

3. A method to identify performance deficiencies and to take corrective action to ensure against unsatisfactory performance.

4. A means to document all quality control reviews and any required corrective action. The PHA shall establish and maintain files for such documentation through the term of the ACC. The filing method shall be such that all information relative to quality control inspections is logically grouped together and readily accessible. The files shall be the property of HUD and be made available to HUD upon demand during the PHA's regular business hours. The files shall be turned over to HUD within 10 business days after completion or termination of the ACC.

5. Workflow and organizational charts that describe the processes and controls that the PHA will use to implement and operate its technical approach and to execute the QC plan.

# EXHIBIT B

## COVERED UNITS

# EXHIBIT C

# FUNDING

PHA Fiscal Year

# EXHIBIT D
# PUBLIC HOUSING AGENCY SERVICE AREA

## State of New York

# EXHIBIT E
## PHA Administrative Fee

| FY 2000 FMR | FMR Area |
|---|---|
| $ 480 | Allegany; Cattaraugus; Chenango; Delaware; Franklin; Fulton; Lewis; St. Lawrence; Steuben; Wyoming; Yates |
| $ 483 | Jamestown, NY MSA |
| $ 484 | Otsego |
| $ 487 | Schuyler |
| $ 492 | Hamilton; Utica-Rome, NY MSA |
| $ 493 | Elmira, NY MSA;lSeneca |
| $ 501 | Binghamton, NY MSA |
| $ 508 | Essex |
| $ 510 | Buffalo-Niagara Falls, NY MSA |
| $ 517 | Clinton |
| $ 531 | Jefferson |
| $ 532 | Cortland |
| $ 553 | Greene |
| $ 568 | Glens Falls, NY MSA |
| $ 572 | Syracuse, NY MSA |
| $ 599 | Columbia |
| $ 604 | Albany-Schenectady-Troy, NY MSA |
| $ 609 | Rochester, NY MSA |
| $ 630 | Sullivan |
| $ 642 | Tompkins |
| $ 730 | Ulster |
| $ 734 | Newburgh, NY-Pa PMSA |
| $ 905 | Dutchess County, NY PMSA |
| $ 920 | New York, NY PMSA |
| $ 1108 | Westchester Cnty NY [HUD FMR] |
| $ 1139 | Nassau-Suffolk, NY PMSA |

| FMR Area | Maximum Basic Fee Per Unit Per Month Year 1 | Year 2 |
|---|---|---|
| Allegany; Cattaraugus; Chenango; Delaware; Franklin; Fulton; Lewis; St. Lawrence; Steuben; Wyoming; Yates | $ 8.83 | $ 8.83 |
| Jamestown, NY MSA | $ 8.89 | $ 8.89 |
| Otsego | $ 8.91 | $ 8.91 |
| Schuyler | $ 8.96 | $ 8.96 |
| Hamilton; Utica-Rome, NY MSA | $ 9.05 | $ 9.05 |
| Elmira, NY MSA;lSeneca | $ 9.07 | $ 9.07 |
| Binghamton, NY MSA | $ 9.22 | $ 9.22 |
| Essex | $ 9.35 | $ 9.35 |
| Buffalo-Niagara Falls, NY MSA | $ 9.38 | $ 9.38 |
| Clinton | $ 9.51 | $ 9.51 |
| Jefferson | $ 9.77 | $ 9.77 |
| Cortland | $ 9.79 | $ 9.79 |
| Greene | $ 10.18 | $ 10.18 |
| Glens Falls, NY MSA | $ 10.45 | $ 10.45 |
| Syracuse, NY MSA | $ 10.52 | $ 10.52 |
| Columbia | $ 11.02 | $ 11.02 |
| Albany-Schenectady-Troy, NY MSA | $ 11.11 | $ 11.11 |
| Rochester, NY MSA | $ 11.21 | $ 11.21 |
| Sullivan | $ 11.59 | $ 11.59 |
| Tompkins | $ 11.81 | $ 11.81 |
| Ulster | $ 13.43 | $ 13.43 |
| Newburgh, NY-Pa PMSA | $ 13.51 | $ 13.51 |
| Dutchess County, NY PMSA | $ 16.65 | $ 16.65 |
| New York, NY PMSA | $ 16.93 | $ 16.93 |
| Westchester Cnty NY [HUD FMR] | $ 20.39 | $ 20.39 |
| Nassau-Suffolk, NY PMSA | $ 20.96 | $ 20.96 |

| Basic Fee Percentage | | | |
|---|---|---|---|
| FMR Area | Year 3 | Year 4 | Year 5 |
| Allegany; Cattaraugus; Chenango; Delaware; Franklin; Fulton; Lewis; St. Lawrence; Steuben; Wyoming; Yates | 1.84% | 1.84% | 1.84% |
| Jamestown, NY MSA | 1.84% | 1.84% | 1.84% |
| Otsego | 1.84% | 1.84% | 1.84% |
| Schuyler | 1.84% | 1.84% | 1.84% |
| Hamilton; Utica-Rome, NY MSA | 1.84% | 1.84% | 1.84% |
| Elmira, NY MSA; lSeneca | 1.84% | 1.84% | 1.84% |
| Binghamton, NY MSA | 1.84% | 1.84% | 1.84% |
| Essex | 1.84% | 1.84% | 1.84% |
| Buffalo-Niagara Falls, NY MSA | 1.84% | 1.84% | 1.84% |
| Clinton | 1.84% | 1.84% | 1.84% |
| Jefferson | 1.84% | 1.84% | 1.84% |
| Cortland | 1.84% | 1.84% | 1.84% |
| Greene | 1.84% | 1.84% | 1.84% |
| Glens Falls, NY MSA | 1.84% | 1.84% | 1.84% |
| Syracuse, NY MSA | 1.84% | 1.84% | 1.84% |
| Columbia | 1.84% | 1.84% | 1.84% |
| Albany-Schenectady-Troy, NY MSA | 1.84% | 1.84% | 1.84% |
| Rochester, NY MSA | 1.84% | 1.84% | 1.84% |
| Sullivan | 1.84% | 1.84% | 1.84% |
| Tompkins | 1.84% | 1.84% | 1.84% |
| Ulster | 1.84% | 1.84% | 1.84% |
| Newburgh, NY-Pa PMSA | 1.84% | 1.84% | 1.84% |
| Dutchess County, NY PMSA | 1.84% | 1.84% | 1.84% |
| New York, NY PMSA | 1.84% | 1.84% | 1.84% |
| Westchester Cnty NY [HUD FMR] | 1.84% | 1.84% | 1.84% |
| Nassau-Suffolk, NY PMSA | 1.84% | 1.84% | 1.84% |

# CONTRACT BETWEEN

# QUADEL CONSULTING CORPORATION

# AND

# NEW YORK STATE HOUSING TRUST FUND CORPORATION

CONTRACT BETWEEN
QUADEL CONSULTING CORPORATION
AND
THE NEW YORK STATE HOUSING TRUST FUND CORPORATION

THIS CONTRACT (this "Contract") is made effective and entered into by and between QUADEL CONSULTING CORPORATION, a Maryland corporation (the "Administrator"), and the NEW YORK STATE HOUSING TRUST FUND CORPORATION, a public benefit corporation ("HTF"), as of October 4th, 2000. The Administrator and HTF are hereinafter sometimes referred to each as a "party" and sometimes collectively as the "parties".

WITNESSETH

WHEREAS, HTF has entered into that certain Annual Contributions Contract, as may be amended from time to time ("ACC"), a copy of which is attached hereto as Exhibit I and incorporated herein by reference, with the United States Department of Housing and Urban Development ("HUD") whereby HTF will perform certain duties on behalf of HTF in connection with the administration of certain contracts under HUD's Section 8 Program (hereafter defined); and

WHEREAS, Quadel has considerable experience and expertise with and in the administration of HUD's rules, regulations and procedures and with HUD's Section 8 Program; and

WHEREAS, HTF desires that the Administrator perform and the Administrator desires to perform the Services (hereafter defined) pursuant to HUD requirements set forth in the ACC, the Budget, a copy of which is attached hereto as Exhibit II and incorporated herein by this reference (the "Budget"), and also in accordance with the terms and conditions of this Contract; and

WHEREAS, the parties acknowledge and agree that during the Initial Term (hereafter defined) and any applicable Extension Term (hereafter defined), the Administrator is a third party beneficiary to the ACC.

NOW THEREFORE, in consideration of the following mutual promises, covenants and conditions, the sufficiency of which is hereby acknowledged, the parties agree as follows:

## ARTICLE 1 INCORPORATION OF RECITALS

### Section 1.01 Incorporation of Recitals

The recitals set forth above are incorporated by reference as if fully set forth herein.

### Section 1.02 Definitions

"Key Personnel" means those persons identified in Section 2.02 of this Contract.

"Section 8 Programs" or "Programs" means the Housing Assistance Payment ("HAP") programs under which HUD enters into HAP contracts with private landlords and pursuant to which HUD pays (in accordance with Section 8 Program regulations) a housing subsidy to the landlords on behalf of landlord's eligible low income tenants.

"Services" means the "Core Tasks" listed in the ACC.

## ARTICLE 2 THE ADMINISTRATOR'S DUTIES AND RESPONSIBILITIES

### Section 2.01 Services to be Performed

A. Services

The Administrator shall be responsible for all Core Tasks listed in the ACC, except for performing and submitting audits of HTF's financial condition and reporting to HUD concerning operating plans and progress ("HTF Tasks"). The Administrator shall be responsible for providing all necessary data and information to HTF to enable HTF to complete the HTF Tasks. The Administrator shall administer and operate the specified Section 8 Programs in accordance with: (1) the specific requirements of this Contract, (2) the ACC, and (3) current and future requirements of Federal statutes, Program regulations, judicial orders, decrees, directives and guidance applicable to the specified Section 8 contract administration activities or settlement agreements resulting from litigation related to the Section 8 Programs; provided, however, the Administrator will not be responsible for performing any such statutory or HUD regulatory requirement that is waived, in writing, by HUD.

B. Modification of Services

It is understood and agreed that this Contract contains numerous Services that may change due to changes in Federal statutes, HUD Section 8 Contract administration program requirements or judicial orders, decrees and/or settlement agreements resulting from litigation relating to the Section 8 Program. To the extent (a) such changes occur and HUD modifies its fee schedule to cover the Administrator's full cost of performing the Services in connection with such changes or (b) the Services may be modified by HTF, then such changes shall be deemed a modification of the Services, and the parties shall use reasonable efforts to negotiate and enter into a written agreement regarding an equitable adjustment in the Contract, and the Contract will be modified accordingly. If the parties fail to agree on such equitable adjustment, then the parties agree to resolve the issue of that adjustment pursuant to the mediation and arbitration process provided in Article 5 of this Contract. Notwithstanding anything in this Contract to the Contrary, if the Administrator reasonably determines that its performance of all or any part of such changes would materially increase the Administrator's responsibility to perform any Core Task under the ACC and this Contract and HUD does not modify its fee schedule to cover the Administrator's full cost of performing the Services in connection therewith, then the Administrator shall have the right to refuse to perform such changes by delivering written notice of such refusal to HTF, and notwithstanding such refusal, this Contract shall remain in full force and effect.

**Section 2.02 Key Personnel**

The Key Personnel constituting the management team under this Contract are:

Kathleen M. Rotondaro
Edward Symes

**Section 2.03 Non-Discrimination**

The Administrator shall comply with all applicable Federal and New York state laws, rules, regulations and executive orders regarding discrimination. Any violation of this provision may be regarded as a material breach of this Contract.

**Section 2.04 Drug-Free Workplace**

The Administrator hereby agrees:

A. to make a good faith effort to provide and maintain during the Contract Term (hereafter defined) a drug-free workplace, and that it will give written notice to HTF within ten (10) days after receiving actual written notice that an employee of the Administrator has been convicted of a criminal drug violation occurring in the Administrator's workplace;

B. that this Contract is expressly subject to the terms, conditions and representations contained in the Drug-Free Workplace certification executed by the Administrator in conjunction with this Contract and which is appended as Exhibit III; and

C. that the failure of the Administrator to comply in good faith with the terms of subparagraph 2.04(a) above, or falsifying or otherwise violating the terms of the certifications referenced in subparagraph 2.04(b) above, shall constitute a material breach of this Contract, and shall entitle HTF to impose sanctions against the Administrator including, but not limited to, suspension of all payments (provided, however, HTF shall pay timely and faithfully all earned Basic Fees (hereafter defined), Incentive Fees (hereafter defined) and other compensation due to the Administrator and paid by HUD to HTF for Services that the Administrator (including its subcontractors) performed prior to the effective date of such suspension), termination of this Contract pursuant to the terms and provisions of Article 7 of this Contract and/or prohibiting the Administrator from doing further business with HTF for up to three (3) years.

**Section 2.05 Property Rights and Inventory**

At the expiration or termination of this Contract and subject to the terms and conditions of Section 7.04 of this Contract and the limitations to and/or restrictions on the Administrator's rights to convey both expendable and non-expendable property, equipment, materials, supplies and other goods used by the Administrator in performing the Services (the "Inventory"), HTF may purchase from the Administrator any or all of the Inventory at its depreciated book value or market value, whichever is greater.

At the expiration or termination of this Contract, to the extent any software comprising part of the Inventory remains the property of a third party licensor, the Administrator shall subject to the terms and conditions of Section 7.04 of this Contract and the limitations to and/or restrictions on the Administrator's rights under contracts pertaining to such software, (i) use reasonable efforts to secure a perpetual and irrevocable license on behalf of HTF to allow HTF to use such software; and (ii) grant HTF an exclusive, perpetual, irrevocable, transferable and paid up license to use and make derivative work from all software, reports, documentation, manuals or related materials, except as provided in the previous paragraph, developed by the Administrator or obtained in the course of performing under this Contract; and (iii) provide HTF with any and all HTF computer source and/or access codes to the extent provided to the Administrator at no additional cost. The source and/or access codes shall be provided only to HTF employees designated by HTF's Chief Executive Officer.

**Section 2.06 Patents and Copyrights**

HTF reserves a nonexclusive, perpetual and irrevocable royalty-free license to HTF, or its agents, to reproduce, publish or otherwise use only for HTF's purposes, which purposes are directly related to Section 8 Programs (but excluding commercial exploitation), certain patents and copyrights, including: (a) the copyright or patent in any Services developed or discovered under this Contract and directly related to the Section 8 Program as contemplated hereunder, and (b) any copyright or patent rights which the Administrator purchases exclusively with the funds awarded pursuant to this Contract. If the costs of these patents and copyrights are not fully depreciated at the termination of the Contract, HTF shall compensate the Administrator for their undepreciated value upon termination. Notwithstanding anything in this Contract to the contrary, HTF shall not permit any of its agents, employees or representatives, or any third party to reproduce, publish or otherwise use such patents and copyrights for any other purposes other than for HTF's purposes related directly to the Administrator's and/or HTF's administration and/or operation of the Section 8 Program.

**Section 2.07 Ownership of Documents and Records**

A. All documents, reports, data, studies, reports, findings or information in any form prepared, assembled or encountered by or provided to the Administrator under this Contract are the property of HTF. During the Contract Term, the Administrator shall be responsible for any physical loss or damage to such documents, data, studies, reports, findings and information while in the Administrator's sole possession and control and shall be restored at the expense of the Administrator. If not restorable, the Administrator shall be responsible for any tangible loss actually suffered by HTF on account of such destruction.

B. The Administrator shall deliver or cause to be delivered to HTF all documents, data, studies, reports, findings or information prepared for HTF under the terms and conditions of this Contract in accordance with the time limits prescribed in this Contract, and if no time limit is specified, then upon reasonable demand therefor or upon termination of this Contract or completion of the Services hereunder. In the event of the failure by the Administrator to