# Plaintiff's Exhibit 4

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **PARK PROPERTIES ASSOCIATES, L.P., et al.** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:04-cv-01757-FMA** |
| | **Judge Allegra** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**AFFIDAVIT OF STEPHEN BOLDUC**

I, Stephen Bolduc, being duly sworn, depose and say:

1. I am an executive for JZG Resources and, in that capacity, acquired personal knowledge of the facts stated in this affidavit. JZG Resources is the general partner for Plaintiffs Park Properties Associates, L.P. (which manages LaMartine Terrace) and Valentine Associates L.P. (which manages Lane Hill Senior Apartments).

2. I submit this Affidavit in support of the Motion for Summary Judgment as to Liability submitted by the Plaintiffs in the above-captioned matter.

3. On September 27, 1978, Park Properties and the United States Department of Housing and Urban Development ("HUD" or "Defendant") entered into a housing assistance payment contract ("HAP Contract") for LaMartine Terrace (the "LaMartine HAP Contract").

4. On September 27, 1978, Valentine and HUD entered into a HAP contract for Valentine's Lane Hill Apartments (the "Lane Hill HAP Contract").

5. Pursuant to the application of HUD's published annual adjustment factors (AAFs), the contract rents for LaMartine Terrace increased from its initial contract rents of $415, $490 and $561 for 0 bedroom, 1 bedroom, and 2 bedroom units, respectively, in 1979 to $872, $959 and $1,053 in 1994.

6. Pursuant to the application of HUD's published AAFs, the contract rent for the Lane Hill Apartments increased from its initial contract rents of $420, $510 and $615 for 0 bedroom, 1 bedroom, and 2 bedroom units, respectively, in 1979 to $880, $994 and $1,138 in 1995.

7. Plaintiffs have not received annual rent increases for the LaMartine Terrace Property for the years 1995 through 1999. Plaintiffs received a rent adjustment for the year 2000, which did not take effect until 2001.

8. Plaintiffs have not received annual rent increases for the Lane Hill Property for the years 1996 through 2000.

9. Plaintiffs did not receive any annual rent comparability studies from HUD relative to the LaMartine property.

10. Plaintiffs did not receive any annual rent comparability studies from HUD relative to the Lane Hill property.

Stephen Bolduc

Sworn to before me this 28th Day of July, 2005

Notary Public

LORRAINE A. CIERO
Notary Public, State of New York
No. 60-0638520
Qualified in Westchester County
Commission Expires March 30, 2007