# Plaintiff's Exhibit 5

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **PARK PROPERTIES ASSOCIATES, L.P., et al.** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:04-cv-01757-FMA** |
| | **Judge Allegra** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**AFFIDAVIT OF HENRY SALMOND**

I, Henry Salmond, being duly sworn, depose and say:

1. I am the Assistant Vice President of Kinpit Management Co. ("Kinpit") and, in that capacity, acquired personal knowledge of the facts stated in this affidavit. Kinpit is the property manager for St. John's Phase I.

2. I submit this Affidavit in support of the Motion for Summary Judgment as to Liability submitted by the Plaintiffs in the above-captioned matter.

3. On September 29, 1980, St. John's and the United States Department of Housing and Urban Development ("HUD" or "Defendant") entered into a housing assistance payment contract ("HAP Contract") for St. John's Phase I (the "St. John's HAP Contract").

4. Pursuant to the application of the Government's published Annual Adjustment Factors ("AAFs"), the contract rents for the St. John's HAP increased from its initial contract

rents of $496, $598, $713 and $830 for 0 bedroom, 1 bedroom, 2 bedroom and 3 bedroom units, respectively, in 1979 to $812, $950, $1,082 and $1,257 in 1994.

5. Plaintiffs have not received annual rent increases for the St. John's Property for the years through the expiration of the St. John's HAP Contract in 2002.

6. Plaintiffs did not receive any annual rent comparability studies from HUD relative to St. John's Phase I.

/Henry Salmond

Sworn to before me this
28th day of July, 2005

Notary Public

**Edna M. Peña**
**Notary Public, State of New York**
**Lic. No. 01PE6086657**
**Qualified in Kings County**
**Commission Expires: 1/27/2007**