**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **PARK PROPERTIES ASSOCIATES, L.P., et al.** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:04-cv-01757-FMA** |
| | **Judge Allegra** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS**

Pursuant to RCFC 56(h)(1), plaintiffs, Park Properties Associates L.P. ("Park"), Valentine Properties Associates, L.P. ("Valentine") and St. John's Phase I Associates L.P. ("St. John's"), respectfully submit the following Response To Defendant's Proposed Findings Of Uncontroverted Fact:

31. Plaintiffs disagree with the statement that HUD's decision not to increase St. John's rent was made "In light of a rent comparability study" because plaintiffs are without sufficient knowledge as to HUD's motives in denying the rent increase to confirm or deny that statement. Plaintiffs agree with the remainder of paragraph 31.

34. Plaintiffs disagree with paragraph 34 in its entirety because it states a legal conclusion rather than stating facts.

38. Plaintiffs disagree with footnote 6 to paragraph 38 in its entirety because it states legal conclusions rather than stating facts.

39. While the Plaintiffs do not dispute that the rents set forward in this section are in fact the rents that were contained in the relevant interim or renewal contracts, they reserve the right to contend that those rents would have been higher if HUD had not breached its initial HAP Contract with St. John's and instead had paid the full AAAF-adjusted rents.

43. While the Plaintiffs do not dispute that the rents set forward in this section are in fact the rents that were contained in the relevant interim or renewal contracts, they reserve the right to contend that those rents would have been higher if HUD had not breached its initial HAP Contract with St. John's and instead had paid the full AAAF-adjusted rents.

47. While the Plaintiffs do not dispute that the rents set forward in this section are in fact the rents that were contained in the relevant interim or renewal contracts, they reserve the right to contend that those rents would have been higher if HUD had not breached its initial HAP Contract with St. John's and instead had paid the full AAAF-adjusted rents.

51. While the Plaintiffs do not dispute that the rents set forward in this section are in fact the rents that were contained in the relevant interim or renewal contracts, they reserve the right to contend that those rents would have been higher if HUD had not breached its initial HAP Contract with St. John's and instead had paid the full AAAF-adjusted rents.

55. While the Plaintiffs do not dispute that the rents set forward in this section are in fact the rents that were contained in the relevant interim or renewal contracts, they reserve the right to contend that those rents would have been higher if HUD had not breached its initial HAP Contract with St. John's and instead had paid the full AAAF-adjusted rents.

59. While the Plaintiffs do not dispute that the rents set forward in this section are in fact the rents that were contained in the relevant interim or renewal contracts, they reserve the right to contend that those rents would have been higher if HUD had not breached its initial HAP Contract with St. John's and instead had paid the full AAAF-adjusted rents.

Plaintiffs agree with paragraphs 1-30, 32-33, 35-37, 40-42, 44-46, 48-50, 52-54, 56-58, and 60.

Dated: August 31, 2005

/s/ Harry J. Kelly
Harry J. Kelly, Esq.
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Counsel for the Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THIS 31st day of August, 2005, that a copy of the foregoing Plaintiffs' Response to Defendant's Proposed Findings of Uncontroverted Facts, was served by U.S. Postal Service, first class mail, postage prepaid, upon:

John Edgar Kosloske
U.S. Department of Justice
Civil Div. – Commercial Litigation Br.
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

__/s/ Harry J. Kelly______________________
Harry J. Kelly