*Response:* The FMRs, set at the 40th percentile level of standard quality recent mover rental units, would include approximately the bottom half of an area's standard quality rental stock. It is not HUD's intention to set the FMRs at a level high enough to support new construction and only in very unusual situations would this occur. Over the years, some production programs, such as the HOME and LIHTC programs, have had program rents tied to the FMRs to ensure that the end result was affordable housing. HOME participants can use the grant money in a variety of ways ranging from leveraging production costs to directly paying for them. Many of the HOME and LIHTC participants have used other sources of funds to write down rents on these projects.

9. *Comment:* Commenters objected to the 30-day comment period as being too short a time period to comment on the proposed changes.

As stated in the preamble to the proposed rule and repeated here, HUD's position in providing a 30-day comment period, rather than 60 days, is that the public had already had ample notice that HUD was considering this change. On June 23, 1994 (59 FR 32492), HUD published a notice in the **Federal Register** containing two separate sets of FMRs—one based on the 45th percentile rent levels and the other based on the 40th percentile rent levels. The notice explained that HUD was considering a 40th percentile FMR standard. A reduction in the FMR standard was also announced as a proposed cost savings measure in HUD's FY 1995 budget presentation. The June 23, 1994 notice requested public comment on the proposed FMRs at both the 40th and 45th percentiles. Since the public had already had the opportunity to consider the proposed change in the FMR standard and to comment on the actual proposed FMRs at the 40th percentile level, HUD believes that a 60-day comment period was unnecessary since the abbreviated comment period did not adversely impact the public's ability to participate in this rule making. In fact, HUD received and evaluated all comments received after the 30-day comment period had ended.

10. *Comment:* Commenters contended that HUD's proposal to provide for a 30-day comment period for the annual notice of proposed FMRs is not enough time for HAs to do rental housing surveys. Some commenters requested a comment period longer than the 60 days currently allowed.

*Response:* The regulation requires the Department to provide a comment period of at least 30 days to identify areas where the FMRs are believed to be too high or too low. HUD's practice has been, and will continue to be, to allow interested parties 60 days to prepare their comments. The 60-day comment period was adopted in recognition that the additional time was needed for HAs to conduct rental housing surveys. HUD reserves the right, however, to abbreviate the comment period in the event that special circumstances should warrant such an action.

HUD cannot provide for a comment period longer than 60 days and still be able to publish final FMRs on October 1 of each year. Because of the time required to obtain the year-end data used to update and process the FMR schedules each year, the earliest these estimates can be published is in mid-April. The 60-day comment period, therefore, ends in mid-June, and the remainder of that month is required to process and distribute the comments to the respective HUD Field offices. HUD reviews the comments for the next month and a half, through mid-August. The remainder of the time is spent preparing the revised FMRs for publication, clearing the publication, and submitting them to the **Federal Register**.

11. *Comment:* Commenters objected to the proposal to give the Secretary the discretion to make modifications to the FMR area definitions of large metropolitan areas.

*Response:* HUD generally uses the OMB definitions of metropolitan areas as FMR definitions because they are good approximations of housing market area definitions—the criterion that HUD uses to define FMR areas. OMB in its publication establishing these definitions (OMB Bulletin NO. 93–17), however, directs agencies who use the definitions for nonstatistical purposes to ensure that they are appropriate for the specific program use. OMB recommends that the agency in such a circumstance seek public comment on their appropriateness. The OMB bulletin further states that an agency may deviate from the definitions, but should identify the deviations and specify the program for which they will apply. In establishing the FMR area definitions, HUD followed the OMB procedures. First, HUD conducted an evaluation of the revised OMB metropolitan area definitions and determined there were seven metropolitan areas for which the OMB definitions were too large to represent housing market area definitions. HUD then invited public comment in the notice of proposed FMRs published on May 6, 1993 (58 FR 27062). HUD received only one public comment on this issue. After reviewing the comment, HUD decided to make the modified definitions effective, which it did in the October 1, 1993, **Federal Register** publication of final FMRs (58 FR 51410). This rule merely codifies HUD's existing policy of making exceptions to FMR definitions, as warranted, in accordance with OMB's instructions.

12. *Comment:* Several commenters objected to HUD's rule to set manufactured home space rents at the 30 percent of the FMRs for a two-bedroom unit.

*Response:* HUD first announced in the May 6, 1993, notice of proposed FMRs that it was considering other alternatives for establishing manufactured home space FMRs. It was explained in the notice that the data base used to estimate the FMRs for manufactured home space rents was quite old, from a 1978 survey, and that no new data sources were available. HUD did not consider the existing data sufficiently accurate to continue using these estimates. Because there is very limited use of the manufactured home space rents in the tenant-based rental assistance programs, the expected cost of obtaining new survey data was not justified.

HUD did not receive any comments on this proposal and, therefore, on June 23, 1994, proposed that the manufactured home space FMR would be 30 percent of the Section 8 two-bedroom FMR. The 30-percent ratio was selected on the basis of an analysis which showed that the vast majority of the manufactured home space FMRs were within a 20 to 30 percent range of the regular two-bedroom FMR. Recognizing that there would be valid exceptions to this relationship, HUD informed the public that it would accept local surveys of space rentals in manufactured home parks as a basis for modifying the FMRs where the proposed new standard was not adequate to operate the program. HUD also announced that it was retaining all local surveys that had been accepted since 1990 as the basis for modifying the manufactured home space FMRs. On September 28, 1994 (59 FR 49494), HUD published separately in Schedule D, the manufactured home space FMRs for 13 areas that had recent local surveys and established the FMRs for all other areas at 30 percent of the two-bedroom FMR.

13. *Comment:* A commenter requested that HUD publish a contract rent and a utility amount rather than a gross rent FMR estimate. The basis for this request is the concern that the amount HUD is using for the utility component is less than what is used at the local level.



HeinOnline -- 60 Fed. Reg. 42224 1995

*Response:* HUD FMRs are gross rent estimates, which means that they include the cost of all utilities. HUD prefers using gross rent as a basis because it accounts for the total costs to tenants and it provides a consistent basis for comparison. There is no one contract rent for an FMR area. Contract arrangements vary with regard to the types of utilities paid by the landlord and those paid by the tenant. HUD actually uses two methods to develop gross rent estimates. For the base-year estimates of FMR areas using the 1990 Census and post-1990 American Housing Surveys, a series of detailed questions are asked to determine what utilities the tenants pay and how much they pay. The contract rent and tenant paid utilities are then combined on an individual unit basis to derive the gross rent of each unit. For those areas based on RDD surveys, the gross rents are determined by asking the tenant to identify the utilities they pay themselves. HUD then uses the approved HA utility allowances to determine the appropriate amount of tenant paid utilities, which are added to the contract rent amount to determine a gross rent. HUD has found no evidence to suggest there is a downward bias introduced into the estimates using either method. The RDD procedure uses the most current HA estimates of utilities, while the Census surveys use tenant estimates of utilities. If anything, the latter source may be somewhat overstated.

14. *Comment:* A commenter stated that HUD should not implement this change without specific Congressional approval. They also stated that Congressional opposition last year should have convinced HUD not to take this action unless Congress specifically directs it to do so.

*Response:* The law does not specify the percentile standard used to establish the FMRs and permits HUD to change the FMR standard from the 45th to the 40th percentile standard. Accordingly, HUD has the authority to implement this change.

15. *Comment:* A commenter claimed that HUD's FMR calculations are flawed because they do not include newly constructed units which would allow for greater choice of locations and increase the number of units passing HQS.

*Response:* HUD is authorized to provide assistance for existing housing units and to determine FMRs for such units. Newly constructed units—units built within the past 2 years—are excluded from the FMR calculations. An objective of the Section 8 Housing Assistance Payments program is to serve as many low-income families as possible by making available standard quality rental housing units of modest (nonluxury) quality. Newly constructed units generally have much higher initial rent levels than other units. HUD, therefore, considers that such units should be deleted from the data base used to calculate the Existing Housing FMRs. Deletion of new units from the data base does not significantly affect the number of units that would pass HQS. HUD also calculates the FMRs by deleting substandard units from the Census distributions of rental housing and making an additional adjustment to factor out the affects of substandard housing on rents using the more refined housing quality data available in the American Housing Survey distributions.

16. *Comment:* A commenter, concerned that FMRs in nonmetropolitan areas were too low, suggested HUD consider establishing minimum FMRs based on State averages.

*Response:* HUD's use of the 1990 Census to re-benchmark the FMRs significantly improved the accuracy of these estimates in nonmetropolitan counties. For the first time, rent data were available for all counties individually rather than for county groups as had been the situation with previous Censuses. To protect against unrealistically low FMRs being set as the result of insufficient sample sizes, exceptions were made to the use of county level FMRs. The exceptions involved the use of State-wide minimum rent estimates that were applied to all FMR areas with fewer than 100 two-bedroom rental unit cases in the Census and with FMRs below the State minimum comparable rent of areas with 100 or more such cases. The base year FMR estimates for these counties were set at the lower of the State-wide minimum or the upper end of the confidence interval of the Census-based rent. HUD is concerned about the continued number of inquiries on this issue, however, and is currently reviewing its exception procedure to determine if a further adjustment may be warranted for nonmetropolitan counties with extremely low rents.

17. *Comment:* A commenter objected that comments should not be restricted in any way. Requiring smaller housing authorities to submit exhaustive statistics (from rental housing surveys) violated the spirit, if not the letter of the law. The comment stated that nearly all HAs have complete data for rental properties to establish rent reasonableness and comparability and that the results of RDD surveys pale to insignificance when compared to the actual day to day experience of a local housing authority.

*Response:* As explained in the response to comment number 5, HUD does not mandate the use of RDD surveys and continues to accept the traditional type rental housing surveys as a basis for revising the FMRs as long as the survey samples are not biased and are representative of the rental housing stock of the entire FMR area. HUD disagrees with the contention that local rent reasonableness data are a better, or even an acceptable alternative, to an RDD survey or a traditional survey conducted in accordance with HUD survey guidelines. The rent reasonableness data base is a restricted source of information that is collected for specific units being considered for participation in the program, for limited parts of FMR areas, and at various points in time. As such, the data are not likely to constitute a representative sample. For many areas these data were collected for units that entered the program prior to the re-benchmarking of the FMRs and, therefore, include concentrations of units above the current FMRs.

18. *Comment:* Commenters suggested that if HUD insists on going to the 40th percentile rent level, it should allow Certificate holders the same flexibility to exceed the FMR as Voucher Holders.

*Response:* HUD is preparing the last part of the final rule to implement the provisions of the National Affordable Housing Act of 1990, that would allow certificate holders to pay more than 30 percent of their income toward rent. Under the provisions of law, up to 10 percent of the families renting units with assistance under the rental certificate program could pay more than 30 percent of their income toward rent. Similarly, under HUD's proposed Housing Certificate Fund, 90 percent of the participants would be allowed to pay up to 35 percent of their income toward rent and 10 percent of the families could pay more than 35 percent of their income for rent.

19. *Comment:* A commenter disputed the General Counsel's findings on executive orders 12606, Family and 12611, Federalism.

*Response*: This rule will not restrict families to spatial concentrations of poverty. HUD is still committed to providing affordable housing to as many families as possible in today's market. The establishment of FMRs at the 40th percentile level does not have any substantial direct impact on States, on the relationship between the Federal government and the States, or on the distribution of power and responsibility among the various levels of government.



HeinOnline -- 60 Fed. Reg. 42225 1995

20. *Comment:* One commenter stated that the change from the 45th to the 40th percentile FMR standard will cause still more families to be unsuccessful in finding decent, safe, and sanitary housing. The comment cited the nationwide success rate of 81 percent as evidence supporting this claim.

*Response:* A recent HUD study found just the opposite situation. The study, completed in 1994, found 80 percent of recipients in large cities were successful in finding housing that qualified for the program. Excluding New York City from the sample, the nationwide success rate was even higher, 87 percent. The success rates in the Section 8 program have been increasing over time, rising from about 50 percent in the late-1970's, to 65 percent in the mid-1980's, to the current 80 percent rate. As pointed out in the response to comment number 1, there is a more than adequate supply of housing in good condition and in good neighborhoods available to program participants. The Census data for the 13 selected metropolitan areas show that at the 40th percentile standard at least 40 percent of the two-bedroom rental housing stock had rents at or below the FMRs. Five of these areas had more than half of all two-bedroom units at or below the FMR, and most of the other areas had from 45 to 50 percent of the two-bedroom units at or below the FMR.

## III. Other Matters

### *Executive Order 12866, Regulatory Planning and Review*

This final rule was reviewed and approved by the Office of Management and Budget as a significant rule, as that term is defined in Executive Order 12866, which was signed by the President on September 30, 1993. Any changes to the final rule as a result of that review are contained in the public file of the rule in the office of the Department's Rules Docket Clerk.

### *Environmental Assessment*

A Finding of No Significant Impact with respect to the environment required by the National Environmental Policy Act (42 U.S.C. 4321–4374) is unnecessary, since the establishment and review of fair market rents is categorically excluded from the Department's regulations implementing the National Environmental Policy Act at 24 CFR 50.20(*l*).

### *Regulatory Flexibility Act*

The Secretary, in accordance with the Regulatory Flexibility Act (5 U.S.C. 605(b)), has reviewed this document before publication and by approving it certifies that the proposed rule would not have a significant economic impact on a substantial number of small entities, because FMRs reflect the rents for similar quality units in the area. Therefore, FMRs do not change the rent from that which would be charged if the unit were not in the Section 8 program.

### *Executive Order 12606, The Family*

The General Counsel, as the Designated Official under Executive Order 12606, *The Family,* has determined that this proposed rule would not have a significant impact on family formation, maintenance, or well-being. The proposed rule would amend the method for calculating Fair Market Rent for various Section 8 assisted housing programs, and would not affect the amount of rent a family receiving rental assistance pays, which is based on a percentage of the family's income.

### *Executive Order 12611, Federalism*

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12611, *Federalism,* has determined that this proposal would not involve the preemption of State law by Federal statute or regulation and would not have Federalism implications. The establishment of FMRs does not have any substantial direct impact on States, on the relationship between the Federal government and the States, or on the distribution of power and responsibility among the various levels of government.

### *Semiannual Regulatory Agenda*

This rule was listed as sequence number 1727 in the Department's Semiannual Regulatory Agenda published on May 8, 1995 (60 FR 23368, 23377) under Executive Order 12866 and the Regulatory Flexibility Act.

### Catalog of Federal Domestic Assistance

The Catalog of Federal Domestic Assistance program number is 14.156, Lower-Income Housing Assistance Program (Section 8).

### List of Subjects in 24 CFR Part 888

Grant programs—housing and community development, Rent subsidies.

Accordingly, part 888 of title 24 of the Code of Federal Regulations would be amended as follows:

## PART 888—SECTION 8 HOUSING ASSISTANCE PAYMENTS PROGRAM—FAIR MARKET RENTS AND CONTRACT RENT ANNUAL ADJUSTMENT FACTORS

1. The authority citation for part 888 is revised to read as follows:

**Authority:** 42 U.S.C. 1437c, 1437f, and 3535(d).

2. Sections 888.101 and 888.105 are removed and § 888.111 is revised to read as follows:

**§ 888.111 Fair market rents for existing housing: Applicability.**

The Fair Market Rents (FMRs) for existing housing (see definition in § 882.102 of this chapter) are determined by the Department of Housing and Urban Development (HUD) and apply to the Section 8 Certificate Program, including space rentals by owners of manufactured homes under the Section 8 Certificate Program, the Section 8 Moderate Rehabilitation Program, Section 8 existing housing project-based assistance, and Section 8 existing housing assisted under part 886 of this chapter. FMRs are also used to determine payment standard schedules in the Rental Voucher program.

3. Section 888.113 is revised to read as follows:

**§ 888.113 Fair market rents for existing housing: Methodology.**

(a) *Basis for setting fair market rents.* Fair Market Rents (FMRs) are estimates of rent plus the cost of utilities, except telephone. They are housing market-wide estimates of rents that provide opportunities to rent standard quality housing throughout the geographic area in which rental housing units are in competition. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units in the FMR area. FMRs are set at the 40th percentile rent—the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of all units that are occupied by recent movers. Adjustments are made to exclude public housing units, newly built units and substandard units.

(b) *FMR Areas.* FMR areas are metropolitan areas and nonmetropolitan counties (nonmetropolitan parts of counties in the New England States). With several exceptions, the most current Office of Management and Budget (OMB) metropolitan area definitions of Metropolitan Statistical Areas (MSAs) and Primary Metropolitan Statistical Areas (PMSAs) are used because of their generally close correspondence with housing market area definitions. HUD may make exceptions to OMB definitions if the MSAs or PMSAs encompass areas that are larger than housing market areas. The counties deleted from the HUD-defined FMR areas in those cases are established as separate metropolitan county FMR areas. FMRs are established for all areas in the United States, the



HeinOnline -- 60 Fed. Reg. 42226 1995

District of Columbia, Puerto Rico, the Virgin Islands, and the Pacific Islands.

(c) *Data sources.* (1) HUD uses the most accurate and current data available to develop the FMR estimates and may add other data sources as they are discovered and determined to be statistically valid. The following sources of survey data are used to develop the base-year FMR estimates:

(i) The most recent decennial Census, which provides statistically reliable rent data.

(ii) The American Housing Survey (AHS) data, conducted by the Bureau of the Census for HUD. AHS's have comparable accuracy to the decennial Census, and are used to develop between-census revisions for the largest metropolitan areas on a four-year revolving schedule.

(iii) Random Digit Dialing (RDD) telephone survey data, based on a sampling procedure that uses computers to select statistically random samples of rental housing.

(iv) Statistically valid information, as determined by HUD, presented to HUD during the public comment and review period.

(2) Base-year FMRs are updated and trended to the midpoint of the program year they are to be effective using Consumer Price Index (CPI) data for rents and for utilities or using rent-change factors obtained from the RDD regional surveys. The RDD rent-change factors are developed annually for the metropolitan and nonmetropolitan parts of the HUD-specified geographic regions not covered by CPI surveys, and are used to update the base-year FMR estimates within these regions.

(d) *Bedroom size adjustments.* (1) For most areas the ratios developed from the most recent decennial Census are applied to the two-bedroom FMR estimates to derive FMRs for other bedroom sizes. Exceptions to this procedure may be made for areas with local bedroom intervals below an acceptable range. To help the largest most difficult to house families find units, higher ratios than the actual market ratios may be used for three-bedroom and larger-size units.

(2) The FMR for single room occupancy housing is 75 percent of the FMR for a zero bedroom unit.

(e) *Manufactured home space.* The FMR for a manufactured home space is 30 percent of the FMR for a two-bedroom unit, or, where approved by HUD on the basis of survey data submitted in public comments, the 40th percentile of the rental distribution of manufactured home spaces for the FMR area. HUD accepts public comments requesting revision of the proposed manufactured home space FMRs for areas where space rentals are thought to differ from the 30 percent standard. To be considered for approval, the comments must contain statistically-valid survey data that show the 40th percentile manufactured home space rent (excluding the cost of utilities) for the FMR area. Once approved, the revised manufactured home space FMRs establish new base-year estimates that will be updated annually using the same data used to update the Rental Certificate program FMRs.

4. Section 888.115 is revised to read as follows:

**§ 888.115 Fair market rents for existing housing: Manner of publication.**

FMRs will be published at least annually in the **Federal Register**. The Department will propose FMRs and provide a comment period of at least 30 days for the purpose of identifying areas where the FMRs are believed to be too high or too low. To be considered for FMR revisions, public comments must include statistically valid rental housing survey data that justify the requested changes. After the comments have been considered, the Department will publish a final notice announcing FMRs to be effective on October 1 each year.

Dated: August 4, 1995.

**Henry G. Cisneros,**

*Secretary.*

[FR Doc. 95–19834 Filed 8–14–95; 8:45 am]

BILLING CODE 4210–32–P



HeinOnline -- 60 Fed. Reg. 42227 1995

federal register

Tuesday
August 15, 1995

## Part III

# Department of Housing and Urban Development

Office of the Secretary

24 CFR Part 888

Section 8 Housing Assistance Payments Program, Fair Market Rent Schedules; Final Rule



HeinOnline -- 60 Fed. Reg. 42229 1995

42230 Federal Register / Vol. 60, No. 157 / Tuesday, August 15, 1995 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR-3699-N-04]**

## Section 8 Housing Assistance Payments Program; Fair Market Rent Schedules for Use in the Rental Certificate Program, Loan Management and Property Disposition Programs, Moderate Rehabilitation Single Room Occupancy Program and Rental Voucher Program

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Final fiscal year (FY) 1995 fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (part 882, subparts A and B), including space rentals by owners of manufactured homes under the Section 8 Rental Certificate program (part 882, subpart F) and project-based Certificate assistance (part 882, subpart G); the Section 8 Moderate Rehabilitation program (part 882, subparts D and E); Section 8 housing assisted under part 886, subparts A and C (Section 8 Loan Management and Property Disposition programs); and to determine payment standard schedules in the Rental Voucher program (part 887).

There have been several **Federal Register** publications leading to this final publication of the FY 1995 FMRs at the 40th percentile rent level. On June 23, 1994, HUD published separate sets of proposed FMRs at the 45th and the 40th percentile rent levels. The proposed 40th percentile FMRs were included in that publication to alert the public that the Administration was considering lowering the FMR standard as a cost saving measure. On July 13, the FMR comment period was extended to October 14 to give small PHAs in nonmetropolitan areas the opportunity to use HUD's recently issued rental housing survey guide. Because of the extended comment period, HUD could not review the comments in time to meet the October 1 deadline for publishing the final FMRs. On September 28, therefore, HUD published final 45th percentile FMRs for all areas at the proposed FMR levels and announced that there would be a later publication that would include revised FMRs for the areas whose rental housing surveys were still being evaluated.

On March 2, 1995, HUD published the proposed rule to revise 24 CFR part 888 to change the FMR rent standard from the 45th to 40th percentile rent level. The comment period ended on April 3, 1995, and, in a separate **Federal Register** publication on August 15, 1995, the changes were published.

This document concludes the process by providing final FY 1995 FMRs at the 40th percentile level. Included in this publication are increased FMRs for 131 areas that submitted rental housing surveys that HUD determined provided a sufficient basis for revising the FMRs. Five areas also are being added to Schedule D on the basis of surveys submitted on manufactured home space rentals in these areas. In addition, HUD has increased the FMRs for 325 nonmetropolitan counties after discovering that the original analysis of 1990 Census data comparing low rent nonmetropolitan counties with minimum rent values computed for States had led to an unintended result. HUD is continuing to study this issue, and is considering a further change in the way the State minimums are determined in the FY 1996 proposed FMRs.

**EFFECTIVE DATE:** The FMRs published in this document are effective on September 14, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Rental Assistance Division, Office of Elderly and Assisted Housing, telephone (202) 708-0477 or TDD: (202) 708-0850. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-0577 or TDD: (202) 708-0770. (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used to Develop FMRs

*FMR Standard*

The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Public housing units and newly built units less than two years old are excluded.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. Three sources of survey data were used for the base-year estimates. They are: (1) the 1990 Census; (2) RDD telephone surveys conducted of individual FMR areas since the 1990 Census; and (3) the post-1990 Census American Housing Surveys (AHSs) available at the time the FMR estimates were prepared. The base-year FMRs were then updated using Consumer Price Index (CPI) data for rents and utilities or the HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 103 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD geographic regions (a total of 20 separate factors). The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

The decennial Census provides statistically reliable rent data for use in establishing base-year FMRs. AHSs are conducted by the Bureau of the Census for HUD and have accuracy comparable to the decennial Census. These surveys enable HUD to develop between-census revisions for the largest metropolitan areas on a revolving schedule. The RDD telephone survey technique is based on a sampling procedure that uses computers to select random samples of rental housing, dial and keep track of the telephone numbers and tabulate the responses.

*Manufactured Home Space FMRs*

Manufactured home space FMRs are established at 30 percent of the



HeinOnline -- 60 Fed. Reg. 42230 1995

applicable Section 8 Rental Certificate program two-bedroom FMR. HUD accepts public comments requesting modifications of manufactured home space FMRs. To be accepted for approval, such comments must contain statistically valid survey data that show the 40th percentile space rent (excluding the cost of utilities) for the FMR area. This program uses the same FMR area definitions as the Section 8 Rental Certificate program. Manufactured home space FMR revisions are published as final FMRs in Schedule D. Once approved, the revised manufactured home space FMRs establish new base year estimates that are updated annually using the same data used to update the Rental Certificate program FMRs.

### Public Comments

In response to the June 23 proposed FMRs, HUD received 175 comments covering 267 FMR areas, for which rental housing survey information was included for 188 areas. HUD carefully evaluated all information submitted and, based on this review, revised the FMRs for 131 areas. The information submitted for the 57 other areas was not considered sufficient to provide a basis for revising the FMRs.

The 131 FMR areas with approved FMR revisions included 87 areas for which RDD surveys were conducted either by the Public Housing Agency or by a professional survey firm. Successful surveys were submitted for 18 areas using the more traditional landlord/owner type surveys. FMR increases were also approved for 26 other areas that submitted incomplete survey information but for which HUD was able to make adjustments using available information on assisted housing.

### AHS and HUD Sponsored RDD Surveys

HUD received public comments with survey data from two of the eight areas identified in the September 28 FMR publication with RDD or AHS surveys indicating FMR reductions. Based on the rental housing survey conducted for Gage County, NE, the FMRs have been increased. The survey data provided for the Memphis metropolitan area was not sufficient to provide a basis for revising the FMRs.

Based on RDD survey results obtained since the last publication of final FMRs on September 28, 1994, the FMRs for the following 14 additional areas are being increased in today's notice:

Allentown-Bethlehem-Easton, PA
Corpus Christi, TX
Davenport-Moline-Rock Island, IA-IL
Greensboro-Winston Salem-Highpoint, NC
Greenville-Spartanburg-Anderson, SC
Louisville, KY-IN
Medford-Ashland, OR
Olympia, WA
Pensacola, FL
Salem, OR
Shreveport-Bossier City, LA
Syracuse, NY
Utica-Rome, NY
Columbus County, NC

### HUD Rental Housing Survey Guides

HUD recommends use of professionally-conducted Random Digit Dialing (RDD) telephone surveys to test the accuracy of FMRs for areas where there is a sufficient number of Section 8 units to justify the survey cost of $10,000–$15,000. Areas with 500 or more program units usually meet this criterion, and areas with fewer units may meet it if the actual two-bedroom FMR rent standard is significantly different than that proposed by HUD. In addition, HUD has developed a simplified version of the RDD survey methodology for smaller, nonmetropolitan PHAs. This methodology is designed to be simple enough to be done by the PHA itself, rather than by professional survey organizations, at a cost of around $6,000. In addition, PHAs in nonmetropolitan areas may, in certain circumstances, do surveys of clusters of counties. All clustered surveys must be approved in advance by HUD. PHAs are cautioned that the resultant FMRs will not be identical within the cluster: each individual FMR area will have a separate FMR based on its relationship to the combined rent of the cluster of FMR areas. HUD does not mandate the use of either the RDD telephone survey or the modified RDD telephone survey methodology. Other survey methodologies are acceptable as long as they provide statistically reliable unbiased estimates of the 40th percentile gross rent. All survey results must be fully documented.

Because it takes two months to obtain survey estimates, interested organizations concerned about FMR accuracy may wish to begin their FMR surveys in the next few months to assure that the results will be available in time to be incorporated into the FY 1996 FMRs. The starting point is to carefully review one of the two following publications, both obtainable from HUD USER at 1–800–245–2691. Larger PHAs should obtain "Random Digit Dialing Surveys; A Guide to Assist Larger Public Housing Agencies in Preparing Fair Market Rent Comments." Smaller PHAs should obtain "Rental Housing Surveys; A Guide to Assist Smaller Public Housing Agencies in Preparing Fair Market Rent Comments."

### FMRs for Flood Damaged Areas in the Southeast and Midwest

Under the authority granted in 24 CFR part 899, the Secretary will continue to waive the regulatory requirements that govern requests for geographic area FMR exceptions for the flood-impacted areas in the midwest and southeast. The flood-related FMR exceptions will be approved by the HUD field office with jurisdiction for: (1) Single-county FMR areas and for individual county parts of multi-county FMR areas that qualify as disaster areas under the Robert T. Stafford Disaster Relief and Emergency Assistance Act; if (2) the PHA certifies that damage to the rental housing stock is so substantial that it has increased the prevailing rent levels. Such exceptions must be requested in writing by the responsible PHAs. Once approved by HUD, they will remain in effect until superseded by final FY 1996 FMRs.

### Other Matters

A Finding of No Significant Impact with respect to the environment as required by the National Environmental Policy Act (42 U.S.C. 4321–4374) is unnecessary, since the Section 8 Rental Certificate program is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.20(d).

The undersigned, in accordance with the Regulatory Flexibility Act (5 U.S.C. 605(b)), hereby certifies that this notice does not have a significant economic impact on a substantial number of small entities, because FMRs do not change the rent from that which would be charged if the unit were not in the Section 8 program.

The General Counsel, as the Designated Official under Executive Order No. 12606, *The Family*, has determined that this notice will not have a significant impact on family formation, maintenance, or well-being. The notice amends Fair Market Rent schedules for various Section 8 assisted housing programs, and does not affect the amount of rent a family receiving rental assistance pays, which is based on a percentage of the family's income.

The General Counsel, as the Designated Official under section 6(a) of Executive Order No. 12611, *Federalism*, has determined that this notice will not involve the preemption of State law by Federal statute or regulation and does not have Federalism implications. The Fair Market Rent schedules do not have any substantial direct impact on States, on the relationship between the Federal



HeinOnline -- 60 Fed. Reg. 42231 1995

government and the States, or on the distribution of power and responsibility among the various levels of government.

The Catalog of Federal Domestic Assistance program number is 14.156, Lower-Income Housing Assistance Program (section 8).

Accordingly, the Fair Market Rent Schedules, which will not be codified in 24 CFR part 888, are amended as follows:

Dated: August 4, 1995.

**Henry G. Cisneros,**

*Secretary.*

**Section 8 Housing Assistance Payments Program; Fair Market Rent Schedules for Use in the Rental Certificate Program, Loan Management and Property Disposition Programs, Moderate Rehabilitation Program and Rental Voucher Program**

*Schedules B and D—General Explanatory Notes*

1. Geographic Coverage

a. The FMRs shown in Schedule B incorporate the Office of Management and Budget's (OMB) most current definitions of metropolitan areas (with the exceptions discussed in paragraph b). HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for FMR areas because they closely correspond to housing market area definitions. FMRs are housing market-wide rent estimates that are intended to provide housing opportunities throughout the geographic area in which rental housing units are in direct competition.

b. The exceptions are counties deleted from seven large metropolitan areas whose revised OMB definitions were determined by HUD to be larger than the housing market areas. The FMRs for the following counties (shown by the metropolitan area) are calculated separately and are shown in Schedule B within their respective States under the "Metropolitan FMR Areas" listing:

**Metropolitan Area and Counties Deleted**

Atlanta, GA—Carroll, Pickens, and Walton Counties.

Chicago, IL—DeKalb, Grundy and Kendall Counties.

Cincinnati-Hamilton, OH–KY–IN—Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana.

Dallas, TX—Henderson County.

Lafayette, LA—St. Landry and Acadia Parishes.

New Orleans, LA—St. James Parish.

Washington, DC—Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

c. FMRs also are established for nonmetropolitan counties and for county equivalents in the United States, for nonmetropolitan parts of counties in the New England states and for FMR areas in Puerto Rico, the Virgin Islands and the Pacific Islands.

d. FMRs for the areas in Virginia shown in the table below were established by combining the Census data for the nonmetropolitan counties with the data for the independent cities that are located within the county borders. Because of space limitations, the FMR listing in Schedule B includes only the name of the nonmetropolitan County. The full definitions of these areas including the independent cities are as follows:

VIRGINIA NONMETROPOLITAN COUNTY FMR AREA AND VIRGINIA INDEPENDENT CITIES INCLUDED WITH COUNTY

| County | Cities |
|---|---|
| Allegheny | Clifton Forge and Covington. |
| Augusta | Staunton and Waynesboro. |
| Carroll | Galax. |
| Frederick | Winchester. |
| Greensville | Emporia. |
| Halifax | South Boston. |
| Henry | Martinsville. |
| Montgomery | Radford. |
| Rockbridge | Buena Vista and Lexington. |
| Rockingham | Harrisonburg. |
| Southhampton | Franklin. |
| Wise | Norton. |

e. FMRs for Section 8 manufactured home spaces are established at 30 percent of the two-bedroom Section 8 Rental Certificate program FMRs, with the exception of the areas listed in Schedule D whose FMRs have been revised on the basis of public comments. Once approved, the revised manufactured home space FMRs establish new base-year estimates that will be updated annually using the same data used to estimate the Rental Certificate program FMRs. The FMR area definitions used for manufactured home spaces are the same as for the Section 8 Certificate program.

2. Arrangement of FMR Areas and Identification of Constituent Parts

a. The FMR areas in Schedule B are listed alphabetically by metropolitan FMR area and by nonmetropolitan county within each State. The exception FMRs for manufactured home spaces in Schedule D are listed alphabetically by State.

b. The constituent counties (and New England towns and cities) included in each metropolitan FMR area are listed immediately following the listings of the FMR dollar amounts. All constituent parts of a metropolitan FMR area that are in more than one State can be identified by consulting the listings for each applicable State.

c. Two nonmetropolitan counties are listed alphabetically on each line of the nonmetropolitan county listings.

d. The New England towns and cities included in a nonmetropolitan part of a county are listed immediately following the county name.

e. The FMRs are listed by dollar amount on the first line beginning with the FMR area name.

BILLING CODE 4210–32–P



HeinOnline -- 60 Fed. Reg. 42232 1995

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING 

N E W J E R S E Y continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Monmouth-Ocean, NJ PMSA | 566 | 677 | 859 | 1141 | 1339 | Monmouth, Ocean |
| Newark, NJ PMSA | 538 | 687 | 828 | 1043 | 1317 | Essex, Morris, Sussex, Union, Warren |
| Philadelphia, PA-NJ PMSA | 440 | 542 | 669 | 837 | 1049 | Burlington, Camden, Gloucester, Salem |
| Trenton, NJ PMSA | 453 | 631 | 769 | 1040 | 1256 | Mercer |
| Vineland-Millville-Bridgeton, NJ PMSA | 436 | 531 | 640 | 799 | 897 | Cumberland |

N E W M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 358 | 426 | 533 | 735 | 867 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 267 | 335 | 399 | 546 | 644 | Dona Ana |
| Santa Fe, NM MSA | 385 | 547 | 676 | 906 | 1027 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Catron | 186 | 294 | 336 | 468 | 553 |
| Cibola | 262 | 287 | 335 | 465 | 549 |
| Curry | 228 | 292 | 384 | 481 | 538 |
| Eddy | 258 | 261 | 348 | 466 | 571 |
| Guadalupe | 194 | 265 | 352 | 440 | 558 |
| Hidalgo | 186 | 260 | 336 | 422 | 472 |
| Lincoln | 286 | 292 | 387 | 509 | 636 |
| Mckinley | 248 | 317 | 402 | 502 | 562 |
| Otero | 219 | 282 | 366 | 510 | 514 |
| Rio Arriba | 294 | 301 | 371 | 465 | 521 |
| San Juan | 285 | 305 | 381 | 529 | 626 |
| Sierra | 208 | 253 | 336 | 468 | 472 |
| Taos | 345 | 350 | 466 | 583 | 767 |
| Union | 194 | 307 | 353 | 441 | 553 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Chaves | 246 | 287 | 379 | 520 | 531 |
| Colfax | 233 | 292 | 335 | 467 | 549 |
| Debaca | 186 | 287 | 337 | 468 | 472 |
| Grant | 227 | 258 | 340 | 445 | 536 |
| Harding | 184 | 251 | 335 | 462 | 469 |
| Lea | 230 | 252 | 335 | 466 | 524 |
| Luna | 260 | 263 | 336 | 468 | 553 |
| Mora | 183 | 251 | 335 | 420 | 469 |
| Quay | 248 | 365 | 411 | 514 | 575 |
| Roosevelt | 247 | 267 | 339 | 462 | 546 |
| San Miguel | 280 | 283 | 378 | 473 | 529 |
| Socorro | 191 | 284 | 347 | 482 | 569 |
| Torrance | 277 | 298 | 352 | 439 | 520 |

N E W Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 375 | 459 | 567 | 710 | 794 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 291 | 366 | 469 | 597 | 657 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 328 | 407 | 489 | 612 | 685 | Erie, Niagara |
| Dutchess County, NY PMSA | 501 | 636 | 785 | 1020 | 1193 | Dutchess |
| Elmira, NY MSA | 286 | 369 | 461 | 582 | 697 | Chemung |
| Glens Falls, NY MSA | 324 | 437 | 532 | 666 | 746 | Warren, Washington |
| Jamestown, NY MSA | 220 | 322 | 387 | 499 | 542 | Chautauqua |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 080895



HeinOnline -- 60 Fed. Reg. 42266 1995

Federal Register / Vol. 60, No. 157 / Tuesday, August 15, 1995 / Rules and Regulations 42267

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W   Y O R K   continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Nassau-Suffolk, NY PMSA | 674 | 812 | 990 | 1377 | 1476 | Nassau, Suffolk |
| New York, NY PMSA | 630 | 702 | 798 | 998 | 1117 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 605 | 788 | 960 | 1250 | 1490 | Westchester |
| Newburgh, NY-PA PMSA | 493 | 642 | 784 | 995 | 1136 | Orange |
| Rochester, NY MSA | 361 | 469 | 572 | 732 | 800 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 359 | 433 | 536 | 685 | 760 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 328 | 369 | 460 | 576 | 645 | Herkimer, Oneida |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Allegany | 237 | 293 | 360 | 454 | 504 |
| Chenango | 355 | 360 | 427 | 547 | 605 |
| Columbia | 417 | 438 | 562 | 737 | 788 |
| Delaware | 322 | 371 | 436 | 577 | 716 |
| Franklin | 284 | 346 | 416 | 525 | 589 |
| Greene | 327 | 432 | 519 | 671 | 817 |
| Jefferson | 359 | 424 | 499 | 625 | 698 |
| Otsego | 312 | 395 | 454 | 587 | 746 |
| Schuyler | 361 | 386 | 457 | 636 | 750 |
| Steuben | 345 | 393 | 436 | 590 | 664 |
| Tompkins | 435 | 470 | 603 | 840 | 991 |
| Wyoming | 246 | 344 | 404 | 506 | 566 |
| Cattaraugus | 237 | 291 | 377 | 471 | 582 |
| Clinton | 274 | 364 | 485 | 607 | 680 |
| Cortland | 274 | 399 | 500 | 625 | 739 |
| Essex | 262 | 381 | 476 | 597 | 667 |
| Fulton | 240 | 344 | 436 | 546 | 611 |
| Hamilton | 331 | 401 | 462 | 571 | 646 |
| Lewis | 286 | 365 | 440 | 551 | 615 |
| St. Lawrence | 264 | 338 | 441 | 551 | 634 |
| Seneca | 356 | 384 | 463 | 591 | 649 |
| Sullivan | 432 | 485 | 592 | 817 | 829 |
| Ulster | 410 | 569 | 686 | 892 | 1125 |
| Yates | 323 | 366 | 443 | 555 | 601 |

N O R T H   C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 269 | 333 | 434 | 564 | 609 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 390 | 440 | 495 | 653 | 781 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 337 | 381 | 428 | 592 | 704 | Cumberland |
| Goldsboro, NC MSA | 194 | 293 | 353 | 490 | 579 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 346 | 394 | 470 | 648 | 658 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 332 | 336 | 437 | 587 | 718 | Pitt |
| Hickory-Morganton, NC MSA | 347 | 378 | 439 | 552 | 656 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 313 | 366 | 412 | 573 | 678 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 395 | 443 | 526 | 733 | 860 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 371 | 450 | 529 | 709 | 836 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 293 | 306 | 372 | 510 | 562 | Edgecombe, Nash |
| Wilmington, NC MSA | 357 | 393 | 481 | 658 | 785 | Brunswick, New Hanover |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

080895



HeinOnline -- 60 Fed. Reg. 42267 1995

federal register

Monday
September 18, 1995

## Part III

# Department of Housing and Urban Development

## Office of the Secretary

24 CFR Part 888

Fair Market Rents for Section 8 Housing Assistance Payments Program—Fiscal Year 1996; Final Rule



HeinOnline -- 60 Fed. Reg. 48277 1995

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR-3933-N-02]**

## Fair Market Rents for Section 8 Housing Assistance Payments Program—Fiscal Year 1996

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Final fiscal year (FY) 1996 fair market rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

On March 2, 1995 (60 FR 11870), HUD published a proposed rule to revise 24 CFR part 888 to change the FMR rent standard from the 45th to 40th percentile rent level. That change was published in the Federal Register on August 15, 1995 (60 FR 42222), and made effective on September 14, 1995.

HUD also published proposed FY 1996 FMRs on August 15, 1995 (60 FR 42290). Because of the delay in publishing the proposed FMRs, the public comment period will extend beyond the October 1 statutory date for publishing final FMRs. Therefore, there will be two notices of final FMRs. Today's document provides final FY 1996 FMRs at the level of the proposed FMRs, except for the small number of areas with proposed FMR reductions that will have their FMRs held at the FY 1995 40th percentile level pending evaluation of public comments. The second publication of final FY 1996 FMRs, which will announce revised FMRs for the areas that submitted successful public comments, will occur early next year.

**EFFECTIVE DATE:** October 1, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing, telephone (202) 708-0477. (TDD: (202) 708-0850). For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-0577 (TDD: (202) 708-0770). (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:**

### I. Background

Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### II. Publication of FMRs

Section 8(c) of the Act requires the Secretary of HUD to publish FMRs periodically, but not less frequently than annually. The Department's regulations provide that HUD will develop FMRs by publishing proposed FMRs for public comment and after evaluating the public comments, publish the final FMRs (see 24 CFR 888.115). The final FY 1996 FMR schedules at the end of this document list the FMR levels for the Rental Certificate program (Schedule B) and for the areas where modifications have been approved for the manufactured home space FMRs (Schedule D).

### III. Method Used to Develop FMRs

*FMR Standard*

The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources*

HUD uses the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) the 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) the Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) the Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

*FY 1996 FMRs*

This document makes effective revised FMRs that reflect estimated 40th percentile rent levels trended to April 1, 1996. The FMRs have been calculated separately for each bedroom size category based on 1990 Census data. For most FMR areas, the ratios developed from the Census for that area were applied to the two-bedroom FMR estimate to derive the FMRs for the other bedroom size categories. Exceptions have been made for areas with local bedroom size rent intervals below an acceptable range. For those areas the bedroom size intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom ratios for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units.



HeinOnline -- 60 Fed. Reg. 48278 1995

*FMR Areas With Proposed Reductions*

In the August 15, 1995, notice of proposed FMRs, HUD announced that the FMRs for 31 areas were being proposed with reduced FMRs as the result of recent RDD and AHS surveys. Until the affected PHAs have had the opportunity to submit public comments, these areas will continue to use the FY 1995 40th percentile FMRs (included in Schedule B of this notice). The reductions in the FMRs, or any revisions resulting from public comments, for these areas will be made effective in the second publication of final FY 1996 FMRs.

*RDD Areas With Proposed FMR Reductions*

Atlantic-Cape May, NJ
Bergen-Passaic, NJ
Bridgeport, CT
Dayton-Springfield, OH
Evansville-Henderson, IN–KY
Fitchburg-Leominster, MA
Fort Lauderdale, FL
Hartford, CT
Honolulu, HI
Jackson, MS
Jersey City, NJ
Las Vegas, NV
Miami, FL
Middlesex-Somerset-Hunterdon, NJ
Modesto, CA
Monmouth-Ocean, NJ
Newark, NJ
Omaha, NE–IA
Salinas, CA
Santa Rosa, CA
Stamford, CT
Trenton, NJ
Vallejo-Fairfield-Napa, CA
Ventura, CA
West Palm Beach-Boca Raton, FL

*AHS Areas With Proposed FMR Reductions*

Boston, MA–NH
Oakland, CA
San Jose, CA
San Francisco, CA
Tampa-St. Petersburg-Clearwater, FL
Washington, DC–MD–VA–WV

*FMRs for Puerto Rico*

The August 15, notice of proposed FMRs also announced that HUD was in the process of re-benchmarking the FMRs for Puerto Rico. Specially designed RDD surveys have been, or are in the process of being, conducted of each of the metropolitan FMR areas and of the nonmetropolitan area of Puerto Rico. These surveys were modified by adding housing quality questions to account for the high incidence of substandard rental housing in Puerto Rico. Based on the survey results, today's notice makes effective higher FMRs for Mayaguez. The FMRs for the San Juan-Bayamon and the Caguas FMR areas will remain at the FY 1995 40th percentile levels pending evaluation of any public comments received concerning the reductions proposed for FY 1996.

The FMRs for Arecibo, Ponce, and for the nonmetropolitan areas remain at their FY 1995 40th percentile levels. The slight increase proposed in the FMRs for Aguadilla is being made effective in this notice. Results of the RDD surveys now underway for the Aguadilla, Arecibo, and Ponce metropolitan FMR areas and for the nonmetropolitan FMR areas of Puerto Rico will be announced in the **Federal Register** notice of proposed FY 1997 FMRs.

*State Minimum FMRs*

Today's document implements HUD's new minimum FMR policy, which establishes FMRs at the higher of the local FMR or the State-wide average FMR of nonmetropolitan counties, subject to a ceiling rent cap of $450 on the nonmetropolitan State averages. HUD adopted this procedure in recognition of the difficulty that small PHAs in lightly populated rural areas were having in developing valid FMR surveys and the concern that their FMRs may be affected by small sample sizes and a higher incidence of substandard housing and assisted housing with below market rents. The new policy raises the FMRs for many of the nonmetropolitan counties. HUD also has decided to apply the policy to a small number of metropolitan areas that otherwise would have had FMRs below the State-wide nonmetropolitan county average. The new State minimum policy may be subject to change, based on further analysis and public comment.

*Manufactured Home Space FMRs*

Manufactured home space FMRs are 30 percent of the applicable Section 8 Rental Certificate program FMR for a two-bedroom unit. HUD accepts public comments requesting modifications of these FMRs where they are thought to be inadequate to run the program. In order to be accepted as a basis for revising the FMRs, such comments must contain statistically valid survey data that show the 40th percentile space rent (excluding the cost of utilities) for the entire FMR area. This program uses the same FMR area definitions as the Section 8 Rental Certificate program. Manufactured home space FMR revisions are published as final FMRs in Schedule D. Once approved, the revised manufactured home space FMRs establish new base year estimates that are updated annually using the same data used to update the Rental Certificate program FMRs.

*New Metropolitan FMR Areas*

This publication makes final the definitions of three new metropolitan FMR areas based on the most recent OMB changes. The Grand Junction CO FMR area (Mesa County) is the same as the MSA definition. HUD has decided, however, not to use the Flagstaff, AZ-UT MSA definition as a FMR area because Kane County, UT is not considered to be part of the Flagstaff housing market area. The Flagstaff metropolitan FMR area, therefore, is defined to include only Coconino County, AZ, while Kane County, UT is identified as a separate metropolitan FMR area under the State of Utah listing.

**IV. HUD Rental Housing Survey Guides**

HUD recommends use of professionally-conducted Random Digit Dialing (RDD) telephone surveys to test the accuracy of FMRs for areas where there is a sufficient number of Section 8 units to justify the survey cost of $10,000–$15,000. Areas with 500 or more program units usually meet this criterion, and areas with fewer units may meet it if the actual two-bedroom FMR rent standard is significantly different than that proposed by HUD. In addition, HUD has developed a simplified version of the RDD survey methodology for smaller, nonmetropolitan PHAs. This methodology is designed to be simple enough to be done by the PHA itself, rather than by professional survey organizations, at a cost of around $5,000 or less.

PHAs in nonmetropolitan areas may, in certain circumstances, do surveys of groups of counties. All grouped surveys must be approved in advance by HUD. PHAs are cautioned that the resultant FMRs will not be identical within the group; each individual FMR area will have a separate FMR based on its relationship to the combined rent of the group of FMR areas.

PHAs that plan to use the RDD survey technique may obtain a copy of the appropriate survey guide by calling HUD USER on 1–800–245–2691. Larger PHAs should request "Random Digit Dialing Surveys; A Guide to Assist Larger Public Housing Agencies in Preparing Fair Market Rent Comments." Smaller PHAs should obtain "Rental Housing Surveys; A Guide to Assist Smaller Public Housing Agencies in Preparing Fair Market Rent Comments."

HUD prefers but does not mandate the use of RDD telephone surveys or the more traditional method described in



HeinOnline -- 60 Fed. Reg. 48279 1995

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



## N E W  J E R S E Y continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Monmouth-Ocean, NJ PMSA | 566 | 677 | 859 | 1141 | 1339 | Monmouth, Ocean |
| Newark, NJ PMSA | 538 | 687 | 828 | 1043 | 1317 | Essex, Morris, Sussex, Union, Warren |
| Philadelphia, PA-NJ PMSA | 446 | 549 | 678 | 848 | 1063 | Burlington, Camden, Gloucester, Salem |
| Trenton, NJ PMSA | 453 | 631 | 769 | 1040 | 1256 | Mercer |
| Vineland-Millville-Bridgeton, NJ PMSA | 442 | 538 | 649 | 810 | 909 | Cumberland |

## N E W  M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 365 | 435 | 544 | 750 | 885 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 272 | 342 | 407 | 557 | 657 | Dona Ana |
| Santa Fe, NM MSA | 393 | 558 | 690 | 925 | 1048 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Catron | 259 | 303 | 377 | 506 | 571 |
| Cibola | 270 | 295 | 377 | 506 | 571 |
| Curry | 259 | 301 | 395 | 506 | 571 |
| Eddy | 266 | 294 | 377 | 506 | 588 |
| Guadalupe | 259 | 294 | 377 | 506 | 574 |
| Hidalgo | 259 | 294 | 377 | 506 | 571 |
| Lincoln | 294 | 301 | 398 | 524 | 655 |
| Mckinley | 259 | 326 | 414 | 517 | 578 |
| Otero | 259 | 294 | 377 | 525 | 571 |
| Rio Arriba | 303 | 310 | 382 | 506 | 571 |
| San Juan | 293 | 314 | 392 | 544 | 644 |
| Sierra | 259 | 294 | 377 | 506 | 571 |
| Taos | 355 | 360 | 480 | 600 | 789 |
| Union | 259 | 316 | 377 | 506 | 571 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Chaves | 259 | 295 | 390 | 535 | 571 |
| Colfax | 259 | 301 | 377 | 506 | 571 |
| Debaca | 259 | 295 | 377 | 506 | 571 |
| Grant | 259 | 294 | 377 | 506 | 571 |
| Harding | 259 | 294 | 377 | 506 | 571 |
| Lea | 259 | 294 | 377 | 506 | 571 |
| Luna | 268 | 294 | 377 | 506 | 571 |
| Mora | 259 | 294 | 377 | 506 | 571 |
| Quay | 259 | 376 | 423 | 529 | 592 |
| Roosevelt | 259 | 294 | 377 | 506 | 571 |
| San Miguel | 288 | 294 | 389 | 506 | 571 |
| Socorro | 259 | 294 | 377 | 506 | 586 |
| Torrance | 285 | 307 | 377 | 506 | 571 |

## N E W  Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 386 | 473 | 584 | 731 | 818 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 343 | 387 | 483 | 615 | 687 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 340 | 415 | 499 | 624 | 698 | Erie, Niagara |
| Dutchess County, NY PMSA | 513 | 651 | 804 | 1045 | 1222 | Dutchess |
| Elmira, NY MSA | 343 | 387 | 475 | 600 | 718 | Chemung |
| Glens Falls, NY MSA | 343 | 450 | 548 | 686 | 768 | Warren, Washington |
| Jamestown, NY MSA | 343 | 387 | 463 | 600 | 687 | Chautauqua |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

091195



HeinOnline -- 60 Fed. Reg. 48315 1995

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W Y O R K continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Nassau-Suffolk, NY PMSA | 690 | 831 | 1014 | 1410 | 1511 | Nassau, Suffolk |
| New York, NY PMSA | 645 | 719 | 817 | 1022 | 1144 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 620 | 807 | 983 | 1280 | 1526 | Westchester |
| Newburgh, NY-PA PMSA | 505 | 657 | 803 | 1019 | 1163 | Orange |
| Rochester, NY MSA | 372 | 483 | 589 | 754 | 824 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 370 | 446 | 552 | 705 | 783 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 343 | 387 | 474 | 600 | 687 | Herkimer, Oneida |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allegany | 338 | 381 | 456 | 591 | 676 | Cattaraugus | 338 | 381 | 456 | 591 | 676 |
| Chenango | 360 | 381 | 456 | 591 | 676 | Clinton | 338 | 381 | 492 | 615 | 689 |
| Columbia | 423 | 444 | 570 | 747 | 799 | Cortland | 338 | 404 | 507 | 634 | 749 |
| Delaware | 338 | 381 | 456 | 591 | 726 | Essex | 338 | 386 | 483 | 605 | 676 |
| Franklin | 338 | 381 | 456 | 591 | 676 | Fulton | 338 | 381 | 456 | 591 | 676 |
| Greene | 338 | 438 | 526 | 680 | 828 | Hamilton | 338 | 407 | 468 | 591 | 676 |
| Jefferson | 364 | 430 | 506 | 634 | 708 | Lewis | 338 | 381 | 456 | 591 | 676 |
| Otsego | 338 | 400 | 460 | 595 | 756 | St. Lawrence | 338 | 381 | 456 | 591 | 676 |
| Schuyler | 366 | 391 | 463 | 645 | 760 | Seneca | 361 | 389 | 469 | 606 | 676 |
| Steuben | 350 | 398 | 456 | 598 | 676 | Sullivan | 438 | 492 | 600 | 828 | 840 |
| Tompkins | 441 | 476 | 611 | 852 | 1005 | Ulster | 416 | 577 | 695 | 904 | 1140 |
| Wyoming | 338 | 381 | 456 | 591 | 676 | Yates | 338 | 381 | 456 | 591 | 676 |

N O R T H C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 284 | 344 | 448 | 583 | 629 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 403 | 454 | 511 | 674 | 807 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 348 | 394 | 442 | 611 | 727 | Cumberland |
| Goldsboro, NC MSA | 284 | 327 | 398 | 512 | 598 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 357 | 407 | 485 | 669 | 680 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 343 | 347 | 451 | 606 | 742 | Pitt |
| Hickory-Morganton, NC MSA | 358 | 390 | 453 | 570 | 678 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 323 | 378 | 426 | 592 | 700 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 407 | 457 | 542 | 756 | 887 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 383 | 465 | 546 | 732 | 863 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 303 | 327 | 398 | 527 | 581 | Edgecombe, Nash |
| Wilmington, NC MSA | 369 | 406 | 497 | 680 | 811 | Brunswick, New Hanover |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091195

federal register

Wednesday
February 21, 1996

Part II

# Department of Housing and Urban Development

## Office of the Secretary

24 CFR Part 888
Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1996; Final Rule



HeinOnline -- 61 Fed. Reg. 6689 1996

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–3933–N–03]**

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1996

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of final fiscal year (FY) 1996 fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1996 FMRs for all areas. It includes revised FMRs for 6 areas for which the FMRs have been increased as a result of HUD-contracted RDD surveys received in late October. The 6 areas are: Gallatin County, MT; the Johnson City-Kingsport-Bristol, TN–VA; Lexington, KY; Lincoln, NE; Macon, GA; and Raleigh-Durham-Chapel Hill, NC FMR areas.

Today's notice also makes effective the FMR reductions for 26 areas that were proposed in the August 15 notice based on the results of the most recent Random Digit Dialing and American Housing Surveys.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on February 21, 1996.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0577. Hearing- or speech-impaired persons may use the Telecommunications Devices for the Deaf (TDD) by contacting the Federal Information Relay Service at 1–800–877–8339. (Other than the "800" TDD number, telephone numbers are not toll free.).

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used to Develop FMRs

FMR Standard: The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

Data Sources: HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) the 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) the Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) the Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

RDD surveys have a high degree of statistical accuracy; there is a 95 percent likelihood that the recent mover rent estimates developed using this approach are within 3 to 4 percent of the actual rent value. Virtually all of the RDD survey FMR estimates will be within 5 percent of the actual value.

State Minimum FMRs: Starting with the FY 1996 FMRs, HUD implemented a new minimum FMR policy in response to numerous public concerns that FMRs in rural areas were too low to operate the program successfully. As a result, FMRs are not established at the higher of the local FMR or the State-wide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Public Comments

In response to the August 15, 1995, proposed FMRs, HUD received 78 public comments covering 59 FMR areas. Rental housing survey information was included for 18 of the FMR areas covered by comments. HUD carefully evaluated all of the survey data submitted and, based on that review, is revising the FMRs for 10 of the 18 areas. The information submitted for the 41 areas that did not provide rental housing survey data was not considered sufficient to provide a basis for revising the FMRs.

Of the 10 FMR areas with approved FMR revisions, 6 submitted RDD surveys conducted by the Public Housing Agency (PHA) or by a professional survey firm, and 4 submitted traditional landlord/owner type surveys. The 6 areas that used the RDD survey method were: the Austin-San Marcos, TX; Boston, MA; Lake Charles, LA; Oakland, CA; Santa Rosa, CA; and the Washington, DC FMR areas. The 4 areas with successful traditional surveys were: the Kenai Peninsular Borough and the Matanuska-Susitna Borough in Alaska and Archuleta County and Laplata County in Colorado.



HeinOnline -- 61 Fed. Reg. 6690 1996

HUD also received submissions from 7 firms in Iowa, Nebraska, and South Dakota which consisted essentially of an appraisal of an individual project in 15 different FMR areas. This information was referred to the appropriate staff in the HUD field offices with jurisdiction. These submissions have not been counted in this year's summary of FMR comments because they did not address the adequacy of the area-wide FMRs, but rather the need for higher rents in specific projects. The requirements for successful FMR comments are specific in the subsequent section of this preamble, *HUD Rental Housing Survey Guides*, and are included in the preambles of the annual notices of proposed FMRs.

**AHS and RDD Surveys**

In the August 15, 1995 (60 FR 42290), notice of proposed FMRs, 31 FMR areas had FMRs proposed with reductions based on recent RDD or AHS surveys. Four of these areas subsequently submitted RDD surveys which indicated higher FMRs than the proposed levels. Revised FMRs, therefore, have been approved for the Boston, MA–NH; Oakland, CA; Santa Rosa, CA; and Washington, DC–MD–VA FMR areas. The survey submitted for the Dayton-Springfield, OH FMR area did not contain sufficient rental housing survey information to provide a basis for revising the FMRs. HUD did not receive any comments from the other 26 areas with proposed FMR reductions.

**Manufactured Home Space FMRs**

HUD also received public comments and survey data from 7 FMR areas concerning the manufactured home space FMRs. As a result of a review of the data, increased FMRs have been approved for 4 of these areas and added to Schedule D. These 4 areas are: Vallejo-Fairfield-Napa, CA; Provo-Orem, UT; Benton County, OR; and Linn County, OR. The information submitted from the other 3 areas was not considered sufficient to provide a basis for revising the manufactured home space FMRs.

Manufactured home space FMRs are 30 percent of the applicable Section 8 Rental Certificate Program two-bedroom FMR. HUD accepts public comments requesting modifications of manufactured home space FMRs. In order to be accepted as a basis for revising the FMRs, such comments must contain statistically valid survey data that show the 40th percentile space rent (excluding the cost of utilities) for the entire FMR area. This program uses the same FMR area definitions as the Section 8 Rental Certificate Program. Manufactured home space FMR revisions are published as final FMRs in Schedule D. Once approved, the revised manufactured home space FMRs establish new base year estimates that are updated annually using the same data used to update the Rental Certificate program FMRs.

**Virgin Islands**

After consultation with the Virgin Islands Housing Authority, HUD agreed to group the Virgin Islands into two areas for FMR calculation purposes. One area consists of the island of St. Croix and the other the islands of St. Johns and St. Thomas. The revised FMRs, based on the results of a PHA-supported RDD survey, are higher than the previous FMRs for St. Johns and St. Thomas and lower for St. Croix.

**Puerto Rico**

RDD surveys were conducted for all seven Puerto Rico FMR areas during 1995. HUD's September 18, 1995 (60 FR 48278), **Federal Register** notice of final FMRs implemented increased FMRs for the Mayaguez and Aguadilla areas. FMRs for the other five Puerto Rico FMR areas, four of which had proposed FMR decreases, were held at their previous levels pending completion of the RDD surveys.

The final FMRs based on the survey results for these five areas are as follows: the FMRs for San Juan and nonmetropolitan Puerto Rico are the same as last year's; the FMRs for Caguas are slightly lower than last year's; and the FMRs for Arecibo and Ponce are being implemented at the reduced proposed levels, although further reductions will be proposed next year for these two areas based on the still lower estimates determined from the RDD survey results.

**HUD Rental Housing Survey Guides**

HUD recommends use of professionally-conducted RDD telephone surveys to test the accuracy of FMRs for areas where there is a sufficient number of Section 8 units to justify the survey cost of $10,000–$12,000. Areas with 500 or more program units usually meet this criterion, and areas with fewer units may meet it if the actual two-bedroom FMR rent standard is significantly different than that proposed by HUD. In addition, HUD has developed a version of the RDD survey methodology for smaller, nonmetropolitan PHAs. This methodology is designed to be simple enough to be done by the PHA itself, rather than by professional survey organizations, at a cost of $5,000 or less.

PHAs in nonmetropolitan areas, in certain circumstances, may do surveys of groups of counties. All grouped county surveys must be approved in advance by HUD. PHAs are cautioned that the resultant FMRs will not be identical for the counties surveyed; each individual FMR area will have a separate FMR based on its relationship to the combined rent of the group of FMR areas.

PHAs that plan to use the RDD survey technique may obtain a copy of the appropriate survey guide by calling HUD USER on 1–800–245–2691. Larger PHAs should request "Random Digit Dialing Surveys; A Guide to Assist Larger Public Housing Agencies in Preparing Fair Market Rent Comments." Smaller PHAs should obtain "Rental Housing Surveys; A Guide to Assist Smaller Public Housing Agencies in Preparing Fair Market Rent Comments."

HUD prefers, but does not mandate, the use of RDD telephone surveys, or the more traditional method described in the small PHA survey guide. Other survey methodologies are acceptable as long as they provide statistically reliable, unbiased estimates of the 40th percentile gross rent. Survey samples should preferably be randomly drawn from a complete list of rental units for the FMR area. If this is not feasible, the selected sample must be drawn so as to be statistically representative of the entire rental housing stock of the FMR area. In particular, surveys must include units of all rent levels and be representative by structure type (including single-family, duplex and other small rental properties), age of housing unit, and geographic location. The decennial Census should be used as a starting point and means of verification for determining whether the sample is representative of the FMR area's rental housing stock. All survey results must be fully documented.

**FMRs for Federal Disaster Areas**

Under the authority granted in 24 CFR part 899, the Secretary finds good cause to waive the regulatory requirements that govern requests for geographic area FMR exceptions for areas that are declared disaster areas by the Federal Emergency Management Agency (FEMA) during FY 1996. HUD is prepared to grant disaster-related exceptions up to 10 percent above the applicable FMRs. HUD field offices are authorized to approve such exceptions for: (1) Single-county FMR areas and for individual county parts of multi-county FMR areas that qualify as disaster areas under the Robert T. Stafford Disaster Relief and Emergency Assistance Act; if (2) the PHA certifies that damage to the rental housing stock as a result of the disaster is so substantial that it has increased the prevailing rent levels in



HeinOnline -- 61 Fed. Reg. 6691 1996

the affected area. Such exceptions must be requested in writing by the responsible PHAs. Once approved by HUD, they will remain in effect until superseded by the publication of the final FY 1998 FMRs.

**Other Matters**

A Finding of No Significant Impact with respect to the environment as required by the National Environmental Policy Act (42 U.S.C. 4321–4374) is unnecessary, since the Section 8 Rental Certificate Program is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.20(d).

The undersigned, in accordance with the Regulatory Flexibility Act (5 U.S.C. 605(b)), hereby certifies that this notice does not have a significant economic impact on a substantial number of small entities, because FMRs do not change the rent from that which would be charged if the unit were not in the Section 8 Program.

The General Counsel, as the Designated Official under Executive Order No. 12606, *The Family*, has determined that this notice will not have a significant impact on family formation, maintenance, or well-being. The notice amends Fair Market Rent schedules for various Section 8 assisted housing programs, and does not affect the amount of rent a family receiving rental assistance pays, which is based on a percentage of the family's income.

The General Counsel, as the Designated Official under section 6(a) of Executive Order No. 12611, *Federalism*, has determined that this notice will not involve the preemption of State law by Federal statute or regulation and does not have Federalism implications. The Fair Market Rent schedules do not have any substantial direct impact on States, on the relationship between the Federal government and the States, or on the distribution of power and responsibility among the various levels of government.

The Catalog of Federal Domestic Assistance program number is 14.156, Lower-Income Housing Assistance Program (section 8).

Accordingly, the Fair Market Rent Schedules, which will not be codified in 24 CFR Part 888, are amended as follows:

Dated: February 7, 1996.

**Henry G. Cisneros,**

*Secretary.*

**Fair Market Rents for the Section 8 Housing Assistance Payments Program**

Schedules B and D—General Explanatory Notes

*1. Geographic Coverage*

a. The FMRs shown in Schedule B incorporate the Office of Management and Budget's (OMB) most current definitions of metropolitan areas (with the exceptions discussed in paragraph b). HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for FMR areas because they closely correspond to housing market area definitions. FMRs are housing market-wide rent estimates that are intended to provide housing opportunities throughout the geographic area in which rental housing units are in direct competition.

b. The exceptions are counties deleted from seven large metropolitan areas whose revised OMB definitions were determined by HUD to be larger than the housing market areas. The FMRs for the following counties (shown by the metropolitan area) are calculated separately and are shown in Schedule B within their respective States under the "Metropolitan FMR Areas" listing:

Metropolitan Area and Counties Deleted

Atlanta, GA—Carroll, Pickens, and Walton Counties.
Chicago, IL—DeKalb, Grundy and Kendall Counties.
Cincinnati-Hamilton, OH–KY–IN—Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana.
Dallas, TX—Henderson County.
Flagstaff, AZ–UT—Kane County, UT
Lafayette, LA—St. Landry and Acadia Parishes.
New Orleans, LA—St. James Parish.
Washington, DC–MD–VA–WV—Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

c. FMRs also are established for nonmetropolitan counties and for county equivalents in the United States, for nonmetropolitan parts of counties in the New England states and for FMR areas in Puerto Rico, the Virgin Islands and the Pacific Islands.

d. FMRs for the areas in Virginia shown in the table below were established by combining the Census data for the nonmetropolitan counties with the data for the independent cities that are located within the county borders. Because of space limitations, the FMR listing in Schedule B includes only the name of the nonmetropolitan County. The full definitions of these areas including the independent cities are as follows:

VIRGINIA NONMETROPOLITAN COUNTY FMR AREA AND VIRGINIA INDEPENDENT CITIES INCLUDED WITH COUNTY

| County | Cities |
|---|---|
| Allegheny | Clifton Forge and Covington. |
| Augusta | Staunton and Waynesboro. |
| Carroll | Galax. |
| Frederick | Winchester. |
| Greensville | Emporia. |
| Henry | Martinsville. |
| Montgomery | Radford. |
| Rockbridge | Buena Vista and Lexington. |
| Rockingham | Harrisonburg. |
| Southhampton | Franklin. |
| Wise | Norton. |

e. FMRs for Section 8 manufactured home spaces are established at 30 percent of the two-bedroom Section 8 Rental Certificate program FMRs, with the exception of the areas listed in Schedule D whose FMRs have been revised on the basis of public comments. Once approved, the revised manufactured home space FMRs establish new base-year estimates that will be updated annually using the same data used to estimate the Rental Certificate program FMRs. The FMR area definitions used for manufactured home spaces are the same as for the Section 8 Certificate program.

*2. Arrangement of FMR Areas and Identification of Constituent Parts*

a. The FMR areas in Schedule B are listed alphabetically by metropolitan FMR area and by nonmetropolitan county within each State. The exception FMRs for manufactured home spaces in Schedule D are listed alphabetically by State.

b. The constituent counties (and New England towns and cities) included in each metropolitan FMR area are listed immediately following the listings of the FMR dollar amounts. All constituent parts of a metropolitan FMR area that are in more than one State can be identified by consulting the listings for each applicable State.

c. Two nonmetropolitan counties are listed alphabetically on each line of the nonmetropolitan county listings.

d. The New England towns and cities included in a nonmetropolitan part of a county are listed immediately following the county name.

e. The FMRs are listed by dollar amount on the first line beginning with the FMR area name.

BILLING CODE 4210–32–M



HeinOnline -- 61 Fed. Reg. 6692 1996

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING 

N E W J E R S E Y continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Monmouth-Ocean, NJ PMSA | 531 | 636 | 807 | 1072 | 1257 | Monmouth, Ocean |
| Newark, NJ PMSA | 511 | 652 | 786 | 990 | 1251 | Essex, Morris, Sussex, Union, Warren |
| Philadelphia, PA-NJ PMSA | 446 | 549 | 678 | 848 | 1063 | Burlington, Camden, Gloucester, Salem |
| Trenton, NJ PMSA | 438 | 610 | 743 | 1006 | 1215 | Mercer |
| Vineland-Millville-Bridgeton, NJ PMSA | 442 | 538 | 649 | 810 | 909 | Cumberland |

N E W M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 365 | 435 | 544 | 750 | 885 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 272 | 342 | 407 | 557 | 657 | Dona Ana |
| Santa Fe, NM MSA | 393 | 558 | 690 | 925 | 1048 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Catron | 259 | 303 | 377 | 506 | 571 | Chaves | 259 | 295 | 390 | 535 | 571 |
| Cibola | 270 | 295 | 377 | 506 | 571 | Colfax | 259 | 301 | 377 | 506 | 571 |
| Curry | 259 | 301 | 395 | 506 | 571 | Debaca | 259 | 295 | 377 | 506 | 571 |
| Eddy | 266 | 294 | 377 | 506 | 588 | Grant | 259 | 294 | 377 | 506 | 571 |
| Guadalupe | 259 | 294 | 377 | 506 | 574 | Harding | 259 | 294 | 377 | 506 | 571 |
| Hidalgo | 259 | 294 | 377 | 506 | 571 | Lea | 259 | 294 | 377 | 506 | 571 |
| Lincoln | 294 | 301 | 398 | 524 | 655 | Luna | 268 | 294 | 377 | 506 | 571 |
| Mckinley | 259 | 326 | 414 | 517 | 578 | Mora | 259 | 294 | 377 | 506 | 571 |
| Otero | 259 | 294 | 377 | 525 | 571 | Quay | 259 | 376 | 423 | 529 | 592 |
| Rio Arriba | 303 | 310 | 382 | 506 | 571 | Roosevelt | 259 | 294 | 377 | 506 | 571 |
| San Juan | 293 | 314 | 392 | 544 | 644 | San Miguel | 288 | 294 | 389 | 506 | 571 |
| Sierra | 259 | 294 | 377 | 506 | 571 | Socorro | 259 | 294 | 377 | 506 | 586 |
| Taos | 355 | 360 | 480 | 600 | 789 | Torrance | 285 | 307 | 377 | 506 | 571 |
| Union | 259 | 316 | 377 | 506 | 571 | | | | | | |

N E W Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 386 | 473 | 584 | 731 | 818 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 343 | 387 | 483 | 615 | 687 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 340 | 415 | 499 | 624 | 698 | Erie, Niagara |
| Dutchess County, NY PMSA | 513 | 651 | 804 | 1045 | 1222 | Dutchess |
| Elmira, NY MSA | 343 | 387 | 475 | 600 | 718 | Chemung |
| Glens Falls, NY MSA | 343 | 450 | 548 | 686 | 768 | Warren, Washington |
| Jamestown, NY MSA | 343 | 387 | 463 | 600 | 687 | Chautauqua |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 020996



HeinOnline -- 61 Fed. Reg. 6726 1996

Case 1:04-cv-01757-FMA Document 18-4 Filed 08/31/2005 Page 21 of 25



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W Y O R K continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Nassau-Suffolk, NY PMSA | 690 | 831 | 1014 | 1410 | 1511 | Nassau, Suffolk |
| New York, NY PMSA | 645 | 719 | 817 | 1022 | 1144 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 620 | 807 | 983 | 1280 | 1526 | Westchester |
| Newburgh, NY-PA PMSA | 505 | 657 | 803 | 1019 | 1163 | Orange |
| Rochester, NY MSA | 372 | 483 | 589 | 754 | 824 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 370 | 446 | 552 | 705 | 783 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 343 | 387 | 474 | 600 | 687 | Herkimer, Oneida |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Allegany | 338 | 381 | 456 | 591 | 676 |
| Chenango | 360 | 381 | 456 | 591 | 676 |
| Columbia | 423 | 444 | 570 | 747 | 799 |
| Delaware | 338 | 381 | 456 | 591 | 726 |
| Franklin | 338 | 381 | 456 | 591 | 676 |
| Greene | 338 | 438 | 526 | 680 | 828 |
| Jefferson | 364 | 430 | 506 | 634 | 708 |
| Otsego | 338 | 400 | 460 | 595 | 736 |
| Schuyler | 366 | 391 | 463 | 645 | 780 |
| Steuben | 350 | 398 | 456 | 598 | 676 |
| Tompkins | 441 | 476 | 611 | 852 | 1005 |
| Wyoming | 338 | 381 | 456 | 591 | 676 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Cattaraugus | 338 | 381 | 456 | 591 | 676 |
| Clinton | 338 | 381 | 492 | 615 | 689 |
| Cortland | 338 | 404 | 507 | 634 | 749 |
| Essex | 338 | 386 | 483 | 605 | 676 |
| Fulton | 338 | 381 | 456 | 591 | 676 |
| Hamilton | 338 | 407 | 468 | 591 | 676 |
| Lewis | 338 | 381 | 456 | 591 | 676 |
| St. Lawrence | 338 | 381 | 456 | 591 | 676 |
| Seneca | 361 | 389 | 469 | 606 | 676 |
| Sullivan | 438 | 492 | 600 | 728 | 840 |
| Ulster | 416 | 577 | 695 | [illegible]04 | 1140 |
| Yates | 338 | 381 | 456 | 591 | 676 |

N O R T H C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 284 | 344 | 448 | 583 | 629 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 403 | 454 | 511 | 674 | 807 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 348 | 394 | 442 | 611 | 727 | Cumberland |
| Goldsboro, NC MSA | 284 | 327 | 398 | 512 | 598 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 357 | 407 | 485 | 669 | 680 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 343 | 347 | 451 | 606 | 742 | Pitt |
| Hickory-Morganton, NC MSA | 358 | 390 | 453 | 570 | 678 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 323 | 378 | 426 | 592 | 700 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 407 | 457 | 542 | 756 | 887 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 420 | 510 | 599 | 803 | 947 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 303 | 327 | 398 | 527 | 581 | Edgecombe, Nash |
| Wilmington, NC MSA | 369 | 406 | 497 | 680 | 811 | Brunswick, New Hanover |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.
020996



HeinOnline -- 61 Fed. Reg. 6727 1996

federal register

Friday
September 20, 1996

## Part IV

# Department of Housing and Urban Development

Office of the Secretary

24 CFR Part 888

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1997; Final Rule



HeinOnline -- 61 Fed. Reg. 49575 1996

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W   M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 375 | 447 | 559 | 771 | 910 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 280 | 352 | 418 | 573 | 675 | Dona Ana |
| Santa Fe, NM MSA | 404 | 574 | 709 | 951 | 1077 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Catron | 261 | 306 | 380 | 510 | 576 |
| Cibola | 272 | 298 | 380 | 510 | 576 |
| Curry | 261 | 304 | 398 | 510 | 576 |
| Eddy | 268 | 297 | 380 | 510 | 593 |
| Guadalupe | 261 | 297 | 380 | 510 | 579 |
| Hidalgo | 261 | 297 | 380 | 510 | 576 |
| Lincoln | 297 | 304 | 401 | 529 | 661 |
| Mckinley | 261 | 329 | 418 | 521 | 583 |
| Otero | 261 | 297 | 380 | 530 | 576 |
| Rio Arriba | 306 | 313 | 385 | 510 | 576 |
| San Juan | 296 | 317 | 395 | 549 | 650 |
| Sierra | 261 | 297 | 380 | 510 | 576 |
| Taos | 358 | 363 | 484 | 605 | 796 |
| Union | 261 | 319 | 380 | 510 | 576 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Chaves | 261 | 298 | 393 | 540 | 576 |
| Colfax | 261 | 304 | 380 | 510 | 576 |
| Debaca | 261 | 298 | 380 | 510 | 576 |
| Grant | 310 | 353 | 452 | 60[illegible] | 685 |
| Harding | 261 | 297 | 380 | 510 | 576 |
| Lea | 261 | 297 | 380 | 510 | 576 |
| Luna | 288 | 317 | 405 | 544 | 614 |
| Mora | 261 | 297 | 380 | 510 | 576 |
| Quay | 261 | 379 | 427 | 534 | 597 |
| Roosevelt | 261 | 297 | 380 | 510 | 576 |
| San Miguel | 290 | 297 | 392 | 510 | 576 |
| Socorro | 261 | 297 | 380 | 510 | 591 |
| Torrance | 287 | 310 | 380 | 510 | 576 |

N E W   Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 387 | 475 | 586 | 734 | 821 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 344 | 388 | 485 | 617 | 690 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 348 | 424 | 510 | 638 | 714 | Erie, Niagara |
| Dutchess County, NY PMSA | 526 | 668 | 825 | 1072 | 1253 | Dutchess |
| Elmira, NY MSA | 344 | 388 | 477 | 602 | 721 | Chemung |
| Glens Falls, NY MSA | 344 | 452 | 550 | 689 | 771 | Warren, Washington |
| Jamestown, NY MSA | 344 | 388 | 465 | 602 | 690 | Chautauqua |
| Nassau-Suffolk, NY PMSA | 708 | 852 | 1040 | 1446 | 1549 | Nassau, Suffolk |
| New York, NY PMSA | 662 | 738 | 838 | 1048 | 1174 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 636 | 828 | 1009 | 1313 | 1566 | Westchester |
| Newburgh, NY-PA PMSA | 518 | 674 | 824 | 1045 | 1193 | Orange |
| Rochester, NY MSA | 373 | 485 | 591 | 757 | 827 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 371 | 448 | 554 | 708 | 786 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 344 | 388 | 476 | 602 | 690 | Herkimer, Oneida |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091196



HeinOnline -- 61 Fed. Reg. 49613 1996

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING PAGE 35

N E W Y O R K continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Allegany | 346 | 390 | 467 | 605 | 692 |
| Chenango | 369 | 390 | 467 | 605 | 692 |
| Columbia | 433 | 455 | 584 | 765 | 818 |
| Delaware | 346 | 390 | 467 | 605 | 743 |
| Franklin | 346 | 390 | 467 | 605 | 692 |
| Greene | 346 | 449 | 539 | 696 | 848 |
| Jefferson | 373 | 440 | 518 | 649 | 725 |
| Otsego | 346 | 410 | 471 | 609 | 774 |
| Schuyler | 375 | 400 | 474 | 661 | 778 |
| Steuben | 358 | 408 | 467 | 612 | 692 |
| Tompkins | 452 | 487 | 626 | 873 | 1029 |
| Wyoming | 346 | 390 | 467 | 605 | 692 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Cattaraugus | 346 | 390 | 467 | 605 | 692 |
| Clinton | 346 | 390 | 504 | 630 | 706 |
| Cortland | 346 | 414 | 519 | 649 | 767 |
| Essex | 346 | 395 | 495 | 620 | 692 |
| Fulton | 346 | 390 | 467 | 605 | 692 |
| Hamilton | 346 | 417 | 479 | 605 | 692 |
| Lewis | 346 | 390 | 467 | 605 | 692 |
| St. Lawrence | 346 | 390 | 467 | 605 | 692 |
| Seneca | 370 | 398 | 480 | 621 | 692 |
| Sullivan | 449 | 504 | 614 | 848 | 860 |
| Ulster | 426 | 591 | 712 | 926 | 1167 |
| Yates | 346 | 390 | 467 | 605 | 692 |

N O R T H C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 292 | 354 | 461 | 600 | 648 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 415 | 468 | 526 | 694 | 831 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 358 | 406 | 455 | 629 | 749 | Cumberland |
| Goldsboro, NC MSA | 292 | 337 | 410 | 527 | 616 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 368 | 419 | 500 | 689 | 700 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 382 | 387 | 502 | 676 | 827 | Pitt |
| Hickory-Morganton, NC MSA | 369 | 402 | 467 | 587 | 698 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 333 | 389 | 439 | 610 | 721 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 417 | 469 | 556 | 775 | 910 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 433 | 525 | 617 | 827 | 975 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 312 | 337 | 410 | 543 | 598 | Edgecombe, Nash |
| Wilmington, NC MSA | 380 | 418 | 512 | 700 | 835 | Brunswick, New Hanover |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Alleghany | 282 | 331 | 396 | 509 | 603 |
| Ashe | 282 | 326 | 396 | 509 | 578 |
| Beaufort | 282 | 326 | 396 | 509 | 578 |
| Bladen | 282 | 326 | 396 | 509 | 578 |
| Carteret | 320 | 350 | 427 | 593 | 660 |
| Cherokee | 282 | 326 | 396 | 509 | 578 |
| Clay | 282 | 326 | 396 | 509 | 578 |
| Columbus | 282 | 326 | 396 | 509 | 578 |
| Dare | 293 | 464 | 535 | 732 | 749 |
| Gates | 282 | 326 | 396 | 509 | 578 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Anson | 282 | 326 | 396 | 509 | 578 |
| Avery | 315 | 354 | 432 | 541 | 605 |
| Bertie | 282 | 326 | 396 | 509 | 578 |
| Camden | 282 | 360 | 481 | 601 | 675 |
| Caswell | 282 | 326 | 396 | 509 | 578 |
| Chowan | 282 | 326 | 396 | 509 | 578 |
| Cleveland | 282 | 332 | 396 | 524 | 578 |
| Craven | 282 | 352 | 425 | 556 | 595 |
| Duplin | 282 | 326 | 396 | 509 | 578 |
| Graham | 282 | 326 | 396 | 509 | 578 |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091196



HeinOnline -- 61 Fed. Reg. 49614 1996

federal register

Friday
September 26, 1997

# Part V

# Department of Housing and Urban Development

24 CFR Part 888
Fair Market Rents for the Section 8 Housing Assistance Payments Program, Fiscal Year 1998; Final Rule