**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR–4232–N–02]**

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1998

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 1998 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1998 FMRs for all areas. It includes increased FMRs for 16 areas that submitted public comments and for 3 areas as a result of HUD-contracted Random Digit Dialing (RDD) surveys conducted through August, 1997.

Today's notice also makes effective FMR reductions for 20 areas that were proposed for reduction in the April 30, 1997 notice (62 FR 23552), based on the results of recent RDD and American Housing Surveys (AHSs).

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1997.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Director, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–9426, Extension 328 (e-mail: alan_fox@hud.gov). Hearing- or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY). (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used To Develop FMRs

*FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

*State Minimum FMRs*

In response to public concern that FMRs in rural areas were too low to operate the program successfully, HUD implemented a minimum FMR policy starting with the FY 1996 FMRs. FMRs are now established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Public Comments

In response to the April 30, 1997 proposed FMRs, HUD received public comments covering 41 FMR areas. Rental housing survey information was provided for 26 of those FMR areas. All of the survey information submitted was evaluated and, based on that review, the FMRs for 16 areas are being revised. The information submitted for the other FMR areas was not considered sufficient to provide a basis for revising the FMRs. An RDD survey sponsored by local Public Housing Agencies (PHAs) for the Los Angeles FMR area found results that were the same as what had been proposed based on the HUD RDD survey.

The 16 FMR areas with approved FMR revisions are as follows: Orange County and Stockton-Lodi, CA; Lafayette, LA; Addison, Bennington, Chittenden, Lamoille, Orange, Rutland, Washington, Windham, and Windsor Counties, VT; Burlington, VT; Berkeley, Morgan, and Jefferson Counties, WV.

PHAs and other interested parties should be aware that FMR comments received too late for adjusting the current year's final FMRs will be held for use in the following year. In such cases HUD will trend the survey results to the date of the FMR estimate. If the PHA is concerned that rents are changing rapidly, surveys should be timed to be received as close as possible to HUD's deadline for public comments.

### AHS and RDD Surveys

This notice makes effective the FMRs for 20 areas proposed with reductions based on recent RDD or AHS surveys. One of those areas, the Stockton-Lodi, CA MSA, submitted information that



HeinOnline -- 62 Fed. Reg. 50724 1997

caused HUD to reduce the FMRs less than had been proposed. For the other areas, the lower proposed FMRs are, by this notice, being made final. FMR areas with reductions based on RDD surveys are:

1996 RDD:
- New Haven-Meriden, CT
- Des Moines, IA
- Pittsfield, MA
- Worcester, MA-CT

1997 RDD:
- Bakersfield, CA
- Los Angeles-Long Beach, CA
- Stockton-Lodi, CA
- Daytona Beach, FL
- Fort Myers-Cape Coral, FL
- Lakeland-Winter Haven, FL
- Melbourne-Titusville-Palm Bay, FL
- Brockton, MA
- Lawrence, MA-NH
- St Cloud, MN
- Salem, OR
- Harrisburg-Lebanon-Carlisle, PA
- Spokane, WA
- Tacoma, WA

The areas with reductions based on AHS surveys are:
- Fort Lauderdale, FL
- Miami, FL.

HUD is increasing FMRs for the following 3 areas, based on RDDs that were completed after the date of the proposed FMR notice:
- Detroit, MI
- Greensboro—Winston-Salem—High Point, NC
- Phoenix, AZ

### Technical Correction: Des Moines, IA

The final FMRs for the Des Moines, IA MSA have been revised slightly upward ($4 for 2-bedroom units) to correct an error that resulted from applying the wrong inflation factor to the June, 1996 RDD survey. The corrected FMRs are listed in Schedule B.

### FMR Area Definition Changes

In the April 30, 1997 publication of the proposed FY 1998 FMRs, HUD announced that it had reevaluated the definition of the Atlanta FMR area and proposed to add back Carroll, Pickens, and Walton Counties, which because of recent growth are now considered part of the housing market area. In addition, HUD announced that it was accepting the Office of Management and Budget's (OMB) expanded definition of the Jackson, TN metropolitan area as the revised FMR area. No comments were received concerning these proposed changes which, therefore, are being made effective with this publication.

### Manufactured Home Space Surveys

HUD received no public comments concerning the manufactured home space FMRs.

FMRs for the rental of manufactured home spaces are 30 percent of the applicable Section 8 existing housing program FMR for two-bedroom unit. HUD accepts public comments requesting modifications of these FMRs where the 30 percent FMRs are thought to be inadequate. In order to be accepted as a basis for revising the FMRs, such comments must contain statistically valid survey data that show the 40th percentile space rent (excluding the cost of utilities) for the entire FMR area. However, the sampling requirements for manufactured home space rent surveys are easier to meet than for regular FMR comments, and interested parties should contact HUD for suggestions. HUD uses the same FMR area definitions for manufactured home space rental as for the Section 8 existing housing FMRs shown in Schedule B. Manufactured home space FMR revisions are published as final FMRs in Schedule D. Once approved, the revised manufactured home space FMRs establish new base year estimates that are updated annually using the same data used to update the Section 8 existing housing program FMRs.

### HUD Rental Housing Survey Guides

HUD recommends the use of professionally-conducted RDD telephone surveys to test the accuracy of FMRs for areas where there is a sufficient number of Section 8 units to justify the survey cost of $10,000–$12,000. Areas with 500 or more program units usually meet this criterion, and areas with fewer units may meet it if the actual two-bedroom FMR rent standard is significantly different than that proposed by HUD. In addition, HUD has developed a version of the RDD survey methodology for smaller, nonmetropolitan PHAs. This methodology is designed to be simple enough to be done by the PHA itself, rather than by professional survey organizations, at a cost of about $5,000.

PHAs in nonmetropolitan areas may, in certain circumstances, do surveys of groups of counties. All grouped county surveys must be approved in advance by HUD. PHAs are cautioned that the resulting FMRs will not be identical for the counties surveyed; each individual FMR area will have a separate FMR based on its relationship to the combined rent of the group of FMR areas.

PHAs that plan to use the RDD survey technique may obtain a copy of the appropriate survey guide by calling HUD USER on 1–800–245–2691. Larger PHAs should request "Random Digit Dialing Surveys; A Guide to Assist Larger Public Housing Agencies in Preparing Fair Market Rent Comments." Smaller PHAs should obtain "Rental Housing Surveys; A Guide to Assist Smaller Public Housing Agencies in Preparing Fair Market Rent Comments." These guides are also available on the Internet at http://www.huduser.org/publications/ publicassist/ assisted/ rddlrge3.zip and .../rddsmall.exe, respectively.

HUD prefers, but does not mandate, the use of RDD telephone surveys, or the more traditional method described in the small PHA survey guide. Other survey methodologies are acceptable as long as they provide statistically reliable, unbiased estimates of the 40th percentile gross rent. Survey samples should preferably be randomly drawn from a complete list of rental units for the FMR area. If this is not feasible, the selected sample must be drawn so as to be statistically representative of the entire rental housing stock of the FMR area. In particular, surveys must include units of all rent levels and be representative by structure type (including single-family, duplex and other small rental properties), age of housing unit, and geographic location. The decennial Census should be used as a starting point and means of verification for determining whether the sample is representative of the FMR area's rental housing stock. All survey results must be fully documented.

The cost of an RDD survey may vary, depending on the characteristics of the telephone system used in the FMR area. RDDs (and simplified telephone surveys) of some non-metropolitan areas have been unusually expensive because of telephone system characteristics. A PHA or PHA contractor that cannot obtain the recommended number of sample responses after reasonable efforts should consult with HUD before abandoning its survey; in such situations HUD is prepared to relax normal sample size requirements.

### FMRs for Federal Disaster Areas

Under the authority granted in 24 CFR part 899, the Secretary of HUD finds good cause to waive and hereby waives the regulatory requirements that govern requests for geographic area exception rents for areas that are declared disaster areas by the Federal Emergency Management Agency (FEMA). HUD is prepared to grant disaster-related exceptions up to 10 percent above the applicable FMRs for those areas. HUD field offices are authorized to approve such exceptions for (1) single-county FMR areas and for individual county parts of multi-county FMR areas that qualify as disaster areas under the Robert T. Stafford Disaster Relief and



HeinOnline -- 62 Fed. Reg. 50725 1997

Emergency Assistance Act; if (2) the PHA certifies that damage to the rental housing stock as a result of the disaster is so substantial that it has increased the prevailing rent levels in the affected area. Such exception rents must be requested in writing by the responsible PHAs. Exception rents approved by HUD during FY 1998 will remain in effect until superseded by the publication of the final FY 2000 FMRs.

**Other Matters**

*Environmental Impact*

A Finding of No Significant Impact with respect to the environment as required by the National Environmental Policy Act (42 U.S.C. 4321–4374) is unnecessary, since the Section 8 Rental Certificate Program is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.20(d).

*Regulatory Flexibility Act*

The undersigned, in accordance with the Regulatory Flexibility Act (5 U.S.C. 605(b)), hereby certifies that this notice does not have a significant economic impact on a substantial number of small entities, because FMRs do not change the rent from that which would be charged if the unit were not in the Section 8 Program.

*Federalism Impact*

The General Counsel, as the Designated Official under section 6(a) of Executive Order No. 12611, Federalism, has determined that this notice will not involve the preemption of State law by Federal statute or regulation and does not have Federalism implications. The Fair Market Rent schedules do not have any substantial direct impact on States, on the relationship between the Federal government and the States, or on the distribution of power and responsibility among the various levels of government.

The Catalog of Federal Domestic Assistance program number is 14.156, Lower-Income Housing Assistance Program (Section 8).

Accordingly, the Fair Market Rent Schedules, which will not be codified in 24 CFR Part 888, are amended as follows:

Dated: September 16, 1997.

**Andrew M. Cuomo,**

*Secretary.*

**Fair Market Rents for the Section 8 Housing Assistance Payments Program**

*Schedules B and D—General Explanatory Notes*

1. Geographic Coverage

a. *Metropolitan Areas*—FMRs are housing market-wide rent estimates that are intended to provide housing opportunities throughout the geographic area in which rental housing units are in direct competition. The FMRs shown in Schedule B incorporate OMB's most current definitions of metropolitan areas, with the exceptions discussed in paragraph (b). HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for FMR areas because they closely correspond to housing market area definitions.

b. *Exceptions to OMB Definitions*—The exceptions are counties deleted from several large metropolitan areas whose revised OMB metropolitan area definitions were determined by HUD to be larger than the housing market areas. The FMRs for the following counties (shown by the metropolitan area) are calculated separately and are shown in Schedule B within their respective States under the "Metropolitan FMR Areas" listing:

*Metropolitan Area and Counties Deleted*

Chicago, IL
  DeKalb, Grundy and Kendall Counties
Cincinnati-Hamilton, OH–KY–IN
  Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana
Dallas, TX
  Henderson County
Flagstaff, AZ–UT
  Kane County, UT
New Orleans, LA
  St. James Parish
Washington, DC–MD–VA–WV
  Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren Counties in Virginia

c. *Nonmetropolitan Area FMRs*—FMRs also are established for nonmetropolitan counties and for county equivalents in the United States, for nonmetropolitan parts of counties in the New England states and for FMR areas in Puerto Rico, the Virgin Islands and the Pacific Islands.

d. *Virginia Independent Cities*—FMRs for the areas in Virginia shown in the table below were established by combining the Census data for the nonmetropolitan counties with the data for the independent cities that are located within the county borders. Because of space limitations, the FMR listing in Schedule B includes only the name of the nonmetropolitan County. The full definitions of these areas, including the independent cities, are as follows:

VIRGINIA NONMETROPOLITAN COUNTY FMR AREA AND INDEPENDENT CITIES INCLUDED WITH COUNTY

| County | Cities |
|---|---|
| Allegheny | Clifton Forge and Covington |
| Augusta | Staunton and Waynesboro |
| Carroll | Galax |
| Frederick | Winchester |
| Greensville | Emporia |
| Henry | Martinsville |
| Montgomery | Radford |
| Rockbridge | Buena Vista and Lexington |
| Rockingham | Harrisonburg |
| Southhampton | Franklin |
| Wise | Norton |

e. *FMRs for Manufactured Home Spaces*—FMRs for Section 8 manufactured home spaces are established at 30 percent of the two-bedroom Section 8 existing housing program FMRs, with the exception of the areas listed in Schedule D whose FMRs have been modified on the basis of public comments. Once approved, the revised manufactured home space FMRs establish new base-year estimates that will be updated annually using the same data used to estimate the Section 8 existing housing FMRs. The FMR area definitions used for the rental of manufactured home spaces are the same as the area definitions used for the Section 8 existing FMRs.

2. Arrangement of FMR Areas and Identification of Constituent Parts

a. The FMR areas in Schedule B are listed alphabetically by metropolitan FMR area and by nonmetropolitan county within each State. The exception FMRs for manufactured home spaces in Schedule D are listed alphabetically by State.

b. The constituent counties (and New England towns and cities) included in each metropolitan FMR area are listed immediately following the listings of the FMR dollar amounts. All constituent parts of a metropolitan FMR area that are in more than one State can be identified by consulting the listings for each applicable State.



HeinOnline -- 62 Fed. Reg. 50726 1997

c. Two nonmetropolitan counties are listed alphabetically on each line of the nonmetropolitan county listings.

d. The New England towns and cities included in a nonmetropolitan part of a county are listed immediately following the county name.

e. The FMRs are listed by dollar amount on the first line beginning with the FMR area name.

[FR Doc. 97–25506 Filed 9–25–97; 8:45 am]
BILLING CODE 4210–32–P



HeinOnline -- 62 Fed. Reg. 50727 1997

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W   M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 385 | 459 | 574 | 791 | 934 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 287 | 361 | 429 | 588 | 693 | Dona Ana |
| Santa Fe, NM MSA | 415 | 589 | 727 | 976 | 1105 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Catron | 267 | 313 | 388 | 521 | 588 |
| Cibola | 278 | 304 | 388 | 521 | 588 |
| Curry | 267 | 311 | 407 | 521 | 588 |
| Eddy | 274 | 303 | 388 | 521 | 606 |
| Guadalupe | 267 | 303 | 388 | 521 | 592 |
| Hidalgo | 267 | 303 | 388 | 521 | 588 |
| Lincoln | 303 | 311 | 410 | 540 | 675 |
| Mckinley | 267 | 336 | 427 | 532 | 596 |
| Otero | 267 | 303 | 388 | 541 | 588 |
| Rio Arriba | 313 | 320 | 393 | 521 | 588 |
| San Juan | 302 | 324 | 404 | 561 | 664 |
| Sierra | 267 | 303 | 388 | 521 | 588 |
| Taos | 459 | 465 | 620 | 775 | 1020 |
| Union | 267 | 326 | 388 | 521 | 588 |
| Chaves | 267 | 304 | 401 | 552 | 588 |
| Colfax | 267 | 311 | 388 | 521 | 588 |
| Debaca | 267 | 304 | 388 | 521 | 588 |
| Grant | 317 | 361 | 462 | 620 | 700 |
| Harding | 267 | 303 | 388 | 521 | 588 |
| Lea | 267 | 303 | 388 | 521 | 588 |
| Luna | 294 | 324 | 414 | 556 | 627 |
| Mora | 267 | 303 | 388 | 521 | 588 |
| Quay | 267 | 387 | 436 | 546 | 610 |
| Roosevelt | 267 | 303 | 388 | 521 | 588 |
| San Miguel | 296 | 303 | 400 | 521 | 588 |
| Socorro | 267 | 303 | 388 | 521 | 604 |
| Torrance | 293 | 317 | 388 | 521 | 588 |

N E W   Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 393 | 483 | 595 | 746 | 834 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 352 | 396 | 493 | 627 | 703 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 358 | 436 | 525 | 656 | 735 | Erie, Niagara |
| Dutchess County, NY PMSA | 541 | 687 | 849 | 1103 | 1289 | Dutchess |
| Elmira, NY MSA | 352 | 396 | 485 | 615 | 732 | Chemung |
| Glens Falls, NY MSA | 352 | 459 | 559 | 700 | 783 | Warren, Washington |
| Jamestown, NY MSA | 352 | 396 | 475 | 615 | 703 | Chautauqua |
| Nassau-Suffolk, NY PMSA | 728 | 877 | 1070 | 1488 | 1594 | Nassau, Suffolk |
| New York, NY PMSA | 681 | 759 | 862 | 1078 | 1208 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 654 | 852 | 1038 | 1350 | 1611 | Westchester |
| Newburgh, NY-PA PMSA | 533 | 693 | 848 | 1075 | 1227 | Orange |
| Rochester, NY MSA | 379 | 493 | 600 | 769 | 840 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 377 | 455 | 563 | 719 | 798 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 352 | 396 | 484 | 615 | 703 | Herkimer, Oneida |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091697



HeinOnline -- 62 Fed. Reg. 50761 1997

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W  Y O R K continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Allegany | 352 | 396 | 475 | 615 | 703 |
| Chenango | 375 | 396 | 475 | 615 | 703 |
| Columbia | 440 | 462 | 593 | 777 | 831 |
| Delaware | 352 | 396 | 475 | 615 | 755 |
| Franklin | 352 | 396 | 475 | 615 | 703 |
| Greene | 352 | 456 | 548 | 707 | 862 |
| Jefferson | 379 | 447 | 526 | 659 | 737 |
| Otsego | 352 | 417 | 479 | 619 | 786 |
| Schuyler | 381 | 406 | 482 | 672 | 791 |
| Steuben | 364 | 415 | 475 | 622 | 703 |
| Tompkins | 459 | 495 | 636 | 887 | 1046 |
| Wyoming | 352 | 396 | 475 | 615 | 703 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Cattaraugus | 352 | 396 | 475 | 615 | 703 |
| Clinton | 352 | 396 | 512 | 640 | 717 |
| Cortland | 352 | 421 | 527 | 659 | 779 |
| Essex | 352 | 401 | 503 | 640 | 703 |
| Fulton | 352 | 396 | 475 | 615 | 703 |
| Hamilton | 352 | 424 | 487 | 615 | 703 |
| Lewis | 352 | 396 | 475 | 615 | 703 |
| St. Lawrence | 352 | 396 | 475 | 615 | 703 |
| Seneca | 376 | 404 | 488 | 6[illegible]1 | 703 |
| Sullivan | 456 | 512 | 624 | 8[illegible]2 | 874 |
| Ulster | 433 | 601 | 723 | 9[illegible]1 | 1186 |
| Yates | 352 | 396 | 475 | 615 | 703 |

N O R T H  C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 300 | 363 | 473 | 616 | 665 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 426 | 480 | 540 | 712 | 853 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 367 | 417 | 467 | 646 | 769 | Cumberland |
| Goldsboro, NC MSA | 300 | 346 | 421 | 541 | 632 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 397 | 452 | 539 | 743 | 756 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 392 | 397 | 515 | 694 | 849 | Pitt |
| Hickory-Morganton, NC MSA | 379 | 413 | 479 | 603 | 716 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 342 | 399 | 451 | 626 | 740 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 425 | 478 | 566 | 789 | 927 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 444 | 539 | 633 | 849 | 1001 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 320 | 346 | 421 | 557 | 614 | Edgecombe, Nash |
| Wilmington, NC MSA | 438 | 482 | 590 | 807 | 962 | Brunswick, New Hanover |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Alleghany | 288 | 338 | 404 | 520 | 616 |
| Ashe | 288 | 333 | 404 | 520 | 590 |
| Beaufort | 288 | 333 | 404 | 520 | 590 |
| Bladen | 288 | 333 | 404 | 520 | 590 |
| Carteret | 327 | 357 | 436 | 606 | 674 |
| Cherokee | 288 | 333 | 404 | 520 | 590 |
| Clay | 288 | 333 | 404 | 520 | 590 |
| Columbus | 288 | 333 | 404 | 520 | 590 |
| Dare | 299 | 474 | 546 | 748 | 765 |
| Gates | 288 | 333 | 404 | 520 | 590 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Anson | 288 | 333 | 404 | 520 | 590 |
| Avery | 322 | 362 | 441 | 553 | 618 |
| Bertie | 288 | 333 | 404 | 520 | 590 |
| Camden | 288 | 368 | 491 | 614 | 689 |
| Caswell | 288 | 333 | 404 | 520 | 590 |
| Chowan | 288 | 333 | 404 | 520 | 590 |
| Cleveland | 288 | 339 | 404 | 535 | 590 |
| Craven | 288 | 360 | 434 | 568 | 608 |
| Duplin | 288 | 333 | 404 | 520 | 590 |
| Graham | 288 | 333 | 404 | 520 | 590 |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091697



HeinOnline -- 62 Fed. Reg. 50762 1997

federal register

Thursday
October 1, 1998

## Part VI

# Department of Housing and Urban Development

**24 CFR Part 888**

**Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1999; Final Rule**



HeinOnline -- 63 Fed. Reg. 52857 1998

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR-4362-N-02]**

## Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1999

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 1999 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1999 FMRs for all areas. It includes increased FMRs for nine areas that submitted public comments and for two areas as a result of HUD-contracted Random Digit Dialing (RDD) surveys conducted through July 1998. In addition, it includes increases for mobile home space FMRs in the five areas that submitted comments.

Today's notice also makes effective FMR reductions for 12 areas that were proposed for reduction in the May 5, 1998 notice (63 FR 24846), based on the results of recent RDD and American Housing Surveys (AHSs).

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1998.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Director, Real Estate and Housing Performance Division, Office of Public and Assisted Housing Delivery, telephone (202) 708-0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-0614, Extension 5863 (e-mail: alan___fox@hud.gov). Hearing-or speech-impaired persons may contact the Federal Information Relay Service at 1-800-877-8339 (TTY). (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used To Develop FMRs

*FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

### State Minimum FMRs

FMRs are established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

### Bedroom Size Adjustments

FMRs have been calculated separately for each bedroom size category. For areas whose FMRs are based on the State minimums, the rents for each bedroom size are the higher of the rent for the area or the Statewide average of nonmetropolitan counties for that bedroom size. For all other FMR areas, the bedroom intervals are based on data for the specific area. Exceptions have been made for some areas with local bedroom size rent intervals below an acceptable range. For those areas the intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom intervals for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units. The FMRs for unit sizes larger than 4 bedroom are calculated by adding 15 percent to the 4 bedroom FMR for each extra bedroom. For example, the FMR for a 5 bedroom unit is 1.15 times the 4 bedroom FMR, and the FMR for a 6 bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

### Public Comments

In response to the May 5, 1998 proposed FMRs, HUD received public comments covering 38 FMR areas. Rental housing survey information was provided for 17 of those FMR areas. All of the survey information submitted was evaluated and, based on that review, the FMRs for 9 areas are being revised. The



HeinOnline -- 63 Fed. Reg. 52858 1998

information submitted for the other FMR areas was not considered sufficient to provide a basis for revising the FMRs.

Areas with approved FMR revisions:

Tucson, AZ
San Diego, CA
Carbon County, MT
LaSalle County, IL
Marshall County, IA
Fayette County, IN
Lawrence, MA–NH
Portsmouth-Rochester, NH–ME
Hood River County, OR

Areas with approved manufactured home space FMR revisions:

Los Angeles, CA
Riverside-San Bernardino, CA
San Jose, CA
Reno, NV
Deschutes County, OR

HAs and other interested parties should be aware that FMR comments received too late for adjusting the current year's final FMRs will be held for use in the following year. In such cases HUD will trend the survey results to the date of the FMR estimate. If the HA is concerned that rents are changing rapidly, surveys should be timed to be received as close as possible to HUD's deadline for public comments.

**AHS and RDD Surveys**

This notice makes effective the FMRs for the 12 areas proposed with reductions based on recent RDD or AHS surveys:

*Late-1997 RDD*

Chicago, IL
Bergen-Passaic, NJ
Newark, NJ
Buffalo-Niagara Falls, NY

*Early-1998 RDD*

Fresno, CA
Santa Cruz-Watsonville, CA
Bridgeport, CT
Honolulu, HI
Jersey City, NJ
Newburgh, NY–PA
McAllen-Edinburg-Mission, TX

*American Housing Survey*

Sacramento, CA

HUD is increasing FMRs for the following 2 areas, based on HUD-sponsored RDDs that were completed after the date of the proposed FMR notice:

Franklin County, KS
Clinton County, OH

**FMR Area Definition Changes**

This notice includes FMRs for one new metropolitan FMR area based on new metropolitan statistical area definitions made effective by OMB on June 30, 1998. It is the Missoula, Montana FMR area, which consists of Missoula County.

**Manufactured Home Space Surveys**

FMRs for the rental of manufactured home spaces are 30 percent of the applicable Section 8 existing housing program FMR for two-bedroom unit. HUD accepts public comments requesting modifications of these FMRs where the 30 percent FMRs are thought to be inadequate. In order to be accepted as a basis for revising the FMRs, such comments must contain statistically valid survey data that show the 40th percentile space rent (excluding the cost of utilities) for the entire FMR area. However, the sampling requirements for manufactured home space rent surveys are easier to meet than for regular FMR comments, and interested parties should contact HUD for suggestions. HUD uses the same FMR area definitions for manufactured home space rental as for the Section 8 existing housing FMRs shown in Schedule B. Manufactured home space FMR revisions are published as final FMRs in Schedule D. Once approved, the revised manufactured home space FMRs establish new base year estimates that are updated annually using the same data used to update the Section 8 existing housing program FMRs.

**HUD Rental Housing Survey Guides**

HUD recommends the use of professionally-conducted RDD telephone surveys to test the accuracy of FMRs for areas where there is a sufficient number of Section 8 units to justify the survey cost of $10,000–$12,000. Areas with 500 or more program units usually meet this criterion, and areas with fewer units may meet it if local two-bedroom rents are thought to be significantly different than that proposed by HUD. In addition, HUD has developed a simplified version of the RDD survey methodology for smaller, nonmetropolitan HAs. This methodology is designed to be simple enough to be done by the HA itself, rather than by professional survey organizations, at a cost of about $5,000.

HAs in nonmetropolitan areas may, in certain circumstances, do surveys of groups of counties. All grouped county surveys must be approved in advance by HUD. HAs are cautioned that the resulting FMRs will not be identical for the counties surveyed; each individual FMR area will have a separate FMR based on its relationship to the combined rent of the group of FMR areas.

HAs that plan to use the RDD survey technique may obtain a copy of the appropriate survey guide by calling HUD USER on 1–800–245–2691. Larger HAs should request "Random Digit Dialing Surveys; A Guide to Assist Larger Housing Agencies in Preparing Fair Market Rent Comments." Smaller HAs should obtain "Rental Housing Surveys; A Guide to Assist Smaller Housing Agencies in Preparing Fair Market Rent Comments." These guides are also available on the Internet at http://www.huduser.org/publications/publicassist/assisted/fmrsurvey.html.

HUD prefers, but does not mandate, the use of RDD telephone surveys, or the more traditional method described in the small HA survey guide. Other survey methodologies are acceptable as long as they provide statistically reliable, unbiased estimates of the 40th percentile gross rent. Survey samples should preferably be randomly drawn from a complete list of rental units for the FMR area. If this is not feasible, the selected sample must be drawn so as to be statistically representative of the entire rental housing stock of the FMR area. In particular, surveys must include units of all rent levels and be representative by structure type (including single-family, duplex and other small rental properties), age of housing unit, and geographic location. The decennial Census should be used as a starting point and means of verification for determining whether the sample is representative of the FMR area's rental housing stock. All survey results must be fully documented.

The cost of an RDD survey may vary, depending on the characteristics of the telephone system used in the FMR area. RDDs (and simplified telephone surveys) of some non-metropolitan areas have been unusually expensive because of telephone system characteristics. An HA or contractor that cannot obtain the recommended number of sample responses after reasonable efforts should consult with HUD before abandoning its survey; in such situations HUD is prepared to relax normal sample size requirements.

**FMRs for Federal Disaster Areas**

Under the authority granted in 24 CFR part 899, the Secretary of HUD finds good cause to waive and hereby waives the regulatory requirements that govern requests for geographic area exception rents for areas that are declared disaster areas by the Federal Emergency Management Agency (FEMA). HUD is prepared to grant disaster-related exceptions up to 10 percent above the applicable FMRs for those areas. HUD field offices are authorized to approve such exceptions for (1) single-county FMR areas and for individual county



HeinOnline -- 63 Fed. Reg. 52859 1998

parts of multi-county FMR areas that qualify as disaster areas under the Robert T. Stafford Disaster Relief and Emergency Assistance Act; if (2) the HA certifies that damage to the rental housing stock as a result of the disaster is so substantial that it has increased the prevailing rent levels in the affected area. Such exception rents must be requested in writing by the responsible HAs. Exception rents approved by HUD during FY 1999 will remain in effect until superseded by the publication of the final FY 2001 FMRs.

**Other Matters**

*Environmental Impact*

A Finding of No Significant Impact with respect to the environment as required by the National Environmental Policy Act (42 U.S.C. 4321–4374) is unnecessary, since the Section 8 Rental Certificate Program is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.20(d).

*Regulatory Flexibility Act*

The undersigned, in accordance with the Regulatory Flexibility Act (5 U.S.C. 605(b)), hereby certifies that this notice does not have a significant economic impact on a substantial number of small entities, because FMRs do not change the rent from that which would be charged if the unit were not in the Section 8 Program.

*Federalism Impact*

The General Counsel, as the Designated Official under section 6(a) of Executive Order No. 12611, Federalism, has determined that this notice will not involve the preemption of State law by Federal statute or regulation and does not have Federalism implications. The Fair Market Rent schedules do not have any substantial direct impact on States, on the relationship between the Federal government and the States, or on the distribution of power and responsibility among the various levels of government.

The Catalog of Federal Domestic Assistance program number is 14.156, Lower-Income Housing Assistance Program (Section 8).

Accordingly, the Fair Market Rent Schedules, which will not be codified in 24 CFR Part 888, are amended as follows:

Dated: September 25, 1998.

**Andrew M. Cuomo,**

*Secretary.*

**Fair Market Rents for the Section 8 Housing Assistance Payments Program**

**Schedules B and D—General Explanatory Notes**

*1. Geographic Coverage*

a. Metropolitan Areas—FMRs are housing market-wide rent estimates that are intended to provide housing opportunities throughout the geographic area in which rental housing units are in direct competition. The FMRs shown in Schedule B incorporate OMB's most current definitions of metropolitan areas, with the exceptions discussed in paragraph (b). HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for FMR areas because they closely correspond to housing market area definitions.

b. Exceptions to OMB Definitions—The exceptions are counties deleted from several large metropolitan areas whose revised OMB metropolitan area definitions were determined by HUD to be larger than the housing market areas. The FMRs for the following counties (shown by the metropolitan area) are calculated separately and are shown in Schedule B within their respective States under the "Metropolitan FMR Areas" listing:

**Metropolitan Area and Counties Deleted**

Chicago, IL—DeKalb, Grundy and Kendall Counties

Cincinnati-Hamilton, OH–KY–IN—Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana

Dallas, TX—Henderson County

Flagstaff, AZ–UT—Kane County, UT

New Orleans, LA—St. James Parish

Washington, DC–MD–VA–WV—Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren Counties in Virginia

c. Nonmetropolitan Area FMRs—FMRs also are established for nonmetropolitan counties and for county equivalents in the United States, for nonmetropolitan parts of counties in the New England states and for FMR areas in Puerto Rico, the Virgin Islands and the Pacific Islands.

d. Virginia Independent Cities—FMRs for the areas in Virginia shown in the table below were established by combining the Census data for the nonmetropolitan counties with the data for the independent cities that are located within the county borders. Because of space limitations, the FMR listing in Schedule B includes only the name of the nonmetropolitan County. The full definitions of these areas, including the independent cities, are as follows:

VIRGINIA NONMETROPOLITAN COUNTY FMR AREA AND INDEPENDENT CITIES INCLUDED WITH COUNTY

| County | Cities |
|---|---|
| Allegheny | Clifton Forge and Covington. |
| Augusta | Staunton and Waynesboro. |
| Carroll | Galax. |
| Frederick | Winchester. |
| Greensville | Emporia. |
| Henry | Martinsville. |
| Montgomery | Radford. |
| Rockbridge | Buena Vista and Lexington. |
| Rockingham | Harrisonburg. |
| Southhampton | Franklin. |
| Wise | Norton. |

*2. Bedroom Size Adjustments*

Schedule B shows the FMRs for 0-bedroom through 4-bedroom units. The FMRs for unit sizes larger than 4 bedrooms are calculated by adding 15 percent to the 4-bedroom FMR for each extra bedroom. For example, the FMR for a 5-bedroom unit is 1.15 times the 4-bedroom FMR, and the FMR for a 6-bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

*3. FMRs for Manufactured Home Spaces*

FMRs for Section 8 manufactured home spaces are established at 30 percent of the two-bedroom Section 8 existing housing program FMRs, with the exception of the areas listed in Schedule D whose FMRs have been modified on the basis of public comments. Once approved, the revised manufactured home space FMRs establish new base-year estimates that will be updated annually using the same data used to estimate the Section 8 existing housing FMRs. The FMR area definitions used for the rental of manufactured home spaces are the same as the area definitions used for the Section 8 existing FMRs.

*4. Arrangement of FMR Areas and Identification of Constituent Parts*

a. The FMR areas in Schedule B are listed alphabetically by metropolitan FMR area and by nonmetropolitan county within each State. The exception FMRs for manufactured home spaces in Schedule D are listed alphabetically by State.



HeinOnline -- 63 Fed. Reg. 52860 1998

b. The constituent counties (and New England towns and cities) included in each metropolitan FMR area are listed immediately following the listings of the FMR dollar amounts. All constituent parts of a metropolitan FMR area that are in more than one State can be identified by consulting the listings for each applicable State.

c. Two nonmetropolitan counties are listed alphabetically on each line of the nonmetropolitan county listings.

d. The New England towns and cities included in a nonmetropolitan part of a county are listed immediately following the county name.

BILLING CODE 4210-32-P



HeinOnline -- 63 Fed. Reg. 52861 1998

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



## N E W M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 392 | 467 | 584 | 805 | 950 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 292 | 367 | 436 | 598 | 705 | Dona Ana |
| Santa Fe, NM MSA | 422 | 599 | 740 | 993 | 1124 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Catron | 271 | 317 | 393 | 528 | 596 |
| Cibola | 282 | 308 | 393 | 528 | 596 |
| Curry | 271 | 315 | 412 | 528 | 596 |
| Eddy | 278 | 307 | 393 | 528 | 614 |
| Guadalupe | 271 | 307 | 393 | 528 | 600 |
| Hidalgo | 271 | 307 | 393 | 528 | 596 |
| Lincoln | 307 | 315 | 415 | 547 | 684 |
| Mckinley | 271 | 340 | 433 | 539 | 604 |
| Otero | 271 | 307 | 393 | 548 | 596 |
| Rio Arriba | 317 | 324 | 398 | 528 | 596 |
| San Juan | 306 | 328 | 409 | 568 | 673 |
| Sierra | 271 | 307 | 393 | 528 | 596 |
| Taos | 465 | 471 | 628 | 785 | 1034 |
| Union | 271 | 330 | 393 | 528 | 596 |
| Chaves | 271 | 308 | 406 | 559 | 596 |
| Colfax | 271 | 315 | 393 | 528 | 596 |
| Debaca | 271 | 308 | 393 | 528 | 596 |
| Grant | 321 | 366 | 468 | 628 | 709 |
| Harding | 271 | 307 | 393 | 528 | 596 |
| Lea | 271 | 307 | 393 | 528 | 596 |
| Luna | 298 | 328 | 420 | 563 | 635 |
| Mora | 271 | 307 | 393 | 528 | 596 |
| Quay | 271 | 392 | 442 | 553 | 618 |
| Roosevelt | 271 | 307 | 393 | 528 | 596 |
| San Miguel | 300 | 307 | 405 | 528 | 596 |
| Socorro | 271 | 307 | 393 | 528 | 612 |
| Torrance | 297 | 321 | 393 | 528 | 596 |

## N E W Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 397 | 488 | 601 | 754 | 843 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 356 | 400 | 498 | 634 | 710 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 346 | 421 | 507 | 634 | 710 | Erie, Niagara |
| Dutchess County, NY PMSA | 559 | 710 | 877 | 1140 | 1332 | Dutchess |
| Elmira, NY MSA | 356 | 400 | 490 | 621 | 740 | Chemung |
| Glens Falls, NY MSA | 356 | 464 | 565 | 707 | 791 | Warren, Washington |
| Jamestown, NY MSA | 356 | 400 | 480 | 621 | 710 | Chautauqua |
| Nassau-Suffolk, NY PMSA | 752 | 906 | 1105 | 1537 | 1647 | Nassau, Suffolk |
| New York, NY PMSA | 704 | 785 | 891 | 1114 | 1249 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 675 | 881 | 1073 | 1395 | 1665 | Westchester |
| Newburgh, NY-PA PMSA | 448 | 582 | 712 | 903 | 1030 | Orange |
| Rochester, NY MSA | 383 | 498 | 606 | 777 | 849 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 381 | 460 | 569 | 726 | 806 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 356 | 400 | 489 | 621 | 710 | Herkimer, Oneida |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 090898



HeinOnline -- 63 Fed. Reg. 52895 1998

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W Y O R K continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Allegany | 355 | 399 | 479 | 620 | 709 |
| Chenango | 378 | 399 | 479 | 620 | 709 |
| Columbia | 444 | 466 | 598 | 783 | 838 |
| Delaware | 355 | 399 | 479 | 620 | 761 |
| Franklin | 355 | 399 | 479 | 620 | 709 |
| Greene | 355 | 460 | 552 | 713 | 869 |
| Jefferson | 382 | 451 | 530 | 664 | 743 |
| Otsego | 355 | 420 | 483 | 624 | 792 |
| Schuyler | 384 | 409 | 486 | 671 | 797 |
| Steuben | 367 | 418 | 479 | 627 | 709 |
| Tompkins | 463 | 499 | 641 | 894 | 1054 |
| Wyoming | 355 | 399 | 479 | 620 | 709 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Cattaraugus | 355 | 399 | 479 | 620 | 709 |
| Clinton | 355 | 399 | 516 | 645 | 723 |
| Cortland | 355 | 424 | 531 | 664 | 785 |
| Essex | 355 | 404 | 507 | 639 | 709 |
| Fulton | 355 | 399 | 479 | 620 | 709 |
| Hamilton | 355 | 427 | 491 | 620 | 709 |
| Lewis | 355 | 399 | 479 | 620 | 709 |
| St. Lawrence | 355 | 399 | 479 | 620 | 709 |
| Seneca | 379 | 407 | 492 | 638 | 709 |
| Sullivan | 460 | 516 | 629 | 769 | 881 |
| Ulster | 436 | 606 | 729 | 849 | 1195 |
| Yates | 355 | 399 | 479 | 620 | 709 |

N O R T H C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 341 | 413 | 538 | 701 | 756 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 434 | 489 | 551 | 726 | 870 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 374 | 425 | 476 | 659 | 784 | Cumberland |
| Goldsboro, NC MSA | 306 | 353 | 429 | 552 | 644 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 405 | 461 | 550 | 758 | 771 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 400 | 405 | 525 | 708 | 866 | Pitt |
| Hickory-Morganton, NC MSA | 388 | 421 | 488 | 615 | 730 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 349 | 407 | 460 | 638 | 755 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 433 | 487 | 576 | 803 | 944 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 453 | 550 | 645 | 866 | 1021 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 326 | 353 | 429 | 568 | 626 | Edgecombe, Nash |
| Wilmington, NC MSA | 447 | 491 | 602 | 823 | 981 | Brunswick, New Hanover |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Alleghany | 292 | 342 | 409 | 527 | 624 |
| Ashe | 292 | 337 | 409 | 527 | 598 |
| Beaufort | 292 | 337 | 409 | 527 | 598 |
| Bladen | 292 | 337 | 409 | 527 | 598 |
| Carteret | 331 | 362 | 442 | 614 | 683 |
| Cherokee | 292 | 337 | 409 | 527 | 598 |
| Clay | 292 | 337 | 409 | 527 | 598 |
| Columbus | 292 | 337 | 409 | 527 | 598 |
| Dare | 303 | 480 | 553 | 758 | 775 |
| Gates | 292 | 337 | 409 | 527 | 598 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Anson | 292 | 337 | 409 | 527 | 598 |
| Avery | 326 | 367 | 447 | 560 | 626 |
| Bertie | 292 | 337 | 409 | 527 | 598 |
| Camden | 292 | 373 | 497 | 622 | 698 |
| Caswell | 292 | 337 | 409 | 527 | 598 |
| Chowan | 292 | 337 | 409 | 527 | 598 |
| Cleveland | 292 | 343 | 409 | 542 | 598 |
| Craven | 292 | 365 | 440 | 575 | 616 |
| Duplin | 292 | 337 | 409 | 527 | 598 |
| Graham | 292 | 337 | 409 | 527 | 598 |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

090898



HeinOnline -- 63 Fed. Reg. 52896 1998

federal register

Friday
October 1, 1999

## Part II

# Department of Housing and Urban Development

**24 CFR Part 888**

**Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 2000; Final Rule**



HeinOnline -- 64 Fed. Reg. 53449 1999

Federal Register / Vol. 64, No. 190 / Friday, October 1, 1999 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**24 CFR Part 888**

**[Docket No. FR–4496–N–02]**

# Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 2000

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of Final Fiscal Year (FY) 2000 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 housing choice voucher program, the Moderate Rehabilitation Single Room Occupancy program, the project-based voucher program, and any other programs requiring their use. Today's notice provides final FY 2000 FMRs for all areas.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1999.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0590, Extension 5863 (e-mail: alan_fox@hud.gov). Hearing- or speech-impaired persons may use the Telecommunications Devices for the Deaf (TTY) by contacting the Federal Information Relay Service at 1–800–877–8339. (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Housing assistance payments are limited by FMRs established by HUD for different areas. In the voucher program, the FMR is used to determine the "payment standard" (the maximum monthly subsidy) for assisted families (see Section 982.503.) In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

## Method Used to Develop FMRs

### *FMR Standard*

FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

### *Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 99 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

## State Minimum FMRs

FMRs are established at the higher of the local 40th percentile rent level or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

## Bedroom Size Adjustments

FMRs have been calculated separately for each bedroom size category. For areas whose FMRs are based on the State minimums, the rents for each bedroom size are the higher of the rent for the area or the Statewide average of nonmetropolitan counties for that bedroom size. For all other FMR areas, the bedroom intervals are based on data for the specific area. Exceptions have been made for some areas with local bedroom size rent intervals below an acceptable range. For those areas the intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom intervals for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units. The FMRs for unit sizes larger than 4 bedroom are calculated by adding 15 percent to the 4 bedroom FMR for each extra bedroom. For example, the FMR for a 5 bedroom unit is 1.15 times the 4 bedroom FMR, and the FMR for a 6 bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

## Public Comments

In response to the May 7, 1999 proposed FMRs, HUD received public comments covering 21 FMR areas. Rental housing survey information was provided for 12 of those FMR areas. All of the survey information submitted was evaluated and, based on that review, the FMRs for 10 areas are being revised. The information submitted for the other FMR areas was not considered sufficient to provide a basis for revising the FMRs.

Areas with approved FMR increases:

Sacramento, CA
San Benito County, CA
San Diego, CA
San Francisco, CA
Waterloo-Cedar Falls, IA
Rochester, MN
Moore County, NC

Many comments were received from the Cape Cod, Massachusetts area in



HeinOnline -- 64 Fed. Reg. 53450 1999

response to the proposed FMR decrease. An important methodological comment was that the RDD survey on which the reduction was based might not have accurately identified what are locally referred to as winter rental units. The units that were surveyed in March 1999 were therefore re-surveyed with a more detailed set of questions to identify these winter rentals. Results of the re-survey revealed that the winter rentals had influenced the original survey and also indicated more rapid rent increases than previously thought. On this basis the FMRs have been revised upward. These areas are:

Barnstable-Yarmouth, MA
Barnstable County, MA
Dukes County, MA

The Housing Authority of the City of Santa Barbara, CA, requested that FMRs be increased or that the FMR area be split into two parts. In response to earlier comments, in December 1998 HUD conducted an RDD survey of the entire metropolitan area. The results were similar to the FMR then in effect. In addition, the survey found that the differential between the southern part (mainly the City of Santa Barbara) and the rest of the FMR area was within the limits of the FMR geographic exception range. HUD also received a comment from the Santa Barbara County housing authority explaining that it was having no problems running the program under the current FMR, and did not support a request to split the FMR area into two parts. For these reasons, the FMR for Santa Barbara is being adjusted with the normal update factor.

Areas with FMR increase by normal update factor:

Oakland, CA
Santa Barbara-Santa Maria-Lompoc, CA

HAs and other interested parties should be aware that FMR comments received too late for adjusting the current year's final FMRs will be held for use in the following year. In such cases HUD will trend the survey results to the date of the FMR estimate. If the HA is concerned that rents are changing rapidly, surveys should be timed to be received as close as possible to HUD's deadline for public comments.

**AHS and RDD Surveys**

This notice makes effective the FMRs for 3 areas proposed with reductions based on recent RDD surveys and about which no comments were received:

Modesto, CA
Middlesex-Somerset-Hunterdon, NJ
Allentown-Bethlehem-Easton, PA

*American Housing Survey*

Based on detailed rent data from the 1998 metropolitan AHSs, HUD is increasing FMRs for the following two areas:

Birmingham, AL
Tampa-St. Petersburg-Clearwater, FL

FMRs for the following AHS areas are being increased by the normal update factor:

Oakland, CA
San Jose, CA
Baltimore, MD
Boston, MA–NH
Minneapolis-St. Paul, MN–WI
Rochester, NY
Cincinnati, OH–KY–IN
Houston, TX
Salt Lake City-Ogden, UT
Norfolk-Virginia Beach-Newport News, VA–NC

The AHS results for two areas indicate a decrease in FMRs, which will be proposed for the 2001 FMRs. They are:

Washington, DC–MD–VA
Providence-Fall River-Warwick, RI–MA

**FMR Area Definition Changes**

This notice includes FMRs for two new metropolitan FMR areas based on new metropolitan statistical area definitions made effective by OMB on June 30, 1999. They are the Corvallis, Oregon FMR area, which consists of Benton County, and Auburn-Opelika, Alabama, which consists of Lee County.

**Manufactured Home Space Surveys**

FMRs for the rental of manufactured home spaces in the Section 8 Existing certificate and voucher program and the new merged tenant-based certificate and voucher program are 30 percent of the applicable Section 8 existing housing program FMR for a two-bedroom unit. HUD accepts public comments requesting modifications of these FMRs where the 30 percent FMRs are thought to be inadequate. In order to be accepted as a basis for revising the FMRs, comments must contain statistically valid survey data that show the 40th percentile space rent (excluding the cost of utilities) for the entire FMR area. Manufactured home space FMR revisions are published as final FMRs in Schedule D. Once approved, the revised manufactured home space FMRs establish new base year estimates that are updated annually using the same data used to update the other FMRs.

**HUD Rental Housing Survey Guides**

HUD recommends the use of professionally-conducted RDD telephone surveys to test the accuracy of FMRs for areas where there is a sufficient number of Section 8 units to justify the survey cost of $10,000–$12,000. Areas with 500 or more program units usually meet this criterion, and areas with fewer units may meet it if local rents are thought to be significantly different than the FMR proposed by HUD. In addition, HUD has developed a simplified version of the RDD survey methodology for smaller, nonmetropolitan HAs. This methodology is designed to be simple enough to be done by the HA itself, rather than by professional survey organizations, at a cost of about $5,000.

HAs in nonmetropolitan areas may, in certain circumstances, do surveys of groups of counties. All grouped county surveys must be approved in advance by HUD. HAs are cautioned that the resulting FMRs will not be identical for the counties surveyed; each individual FMR area will have a separate FMR based on its relationship to the combined rent of the group of FMR areas.

HAs that plan to use the RDD survey technique may obtain a copy of the appropriate survey guide by calling HUD USER on 1–800–245–2691. Larger HAs should request "Random Digit Dialing Surveys; A Guide to Assist Larger Housing Agencies in Preparing Fair Market Rent Comments." Smaller HAs should obtain "Rental Housing Surveys; A Guide to Assist Smaller Housing Agencies in Preparing Fair Market Rent Comments." These guides are also available on the Internet at http://www.huduser.org/datasets/fmr.html.

HUD prefers, but does not mandate, the use of RDD telephone surveys, or the more traditional method described in the small HA survey guide. Other survey methodologies are acceptable as long as they provide statistically reliable, unbiased estimates of the 40th percentile gross rent. Survey samples should preferably be randomly drawn from a complete list of rental units for the FMR area. If this is not feasible, the selected sample must be drawn so as to be statistically representative of the entire rental housing stock of the FMR area. In particular, surveys must include units of all rent levels and be representative by structure type (including single-family, duplex and other small rental properties), age of housing unit, and geographic location. The decennial Census should be used as a starting point and means of verification for determining whether the sample is representative of the FMR area's rental housing stock. All survey results must be fully documented.

The cost of an RDD survey may vary, depending on the characteristics of the



HeinOnline -- 64 Fed. Reg. 53451 1999

telephone system used in the FMR area. RDDs (and simplified telephone surveys) of some non-metropolitan areas have been unusually expensive because of telephone system characteristics. An HA or contractor that cannot obtain the recommended number of sample responses after reasonable efforts should consult with HUD before abandoning its survey; in such situations HUD is prepared to relax normal sample size requirements.

**Other Matters**

*Environmental Impact*

A Finding of No Significant Impact with respect to the environment as required by the National Environmental Policy Act (42 U.S.C. 4321–4374) is unnecessary, since the Section 8 Rental Certificate Program is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.20(d).

*Regulatory Flexibility Act*

The undersigned, in accordance with the Regulatory Flexibility Act (5 U.S.C. 605(b)), hereby certifies that this notice does not have a significant economic impact on a substantial number of small entities, because FMRs do not change the rent from that which would be charged if the unit were not in the Section 8 Program.

*Federalism Impact*

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12611, Federalism, has determined that this notice will not involve the preemption of State law by Federal statute or regulation and does not have Federalism implications. The Fair Market Rent schedules do not have any substantial direct impact on States, on the relationship between the Federal government and the States, or on the distribution of power and responsibility among the various levels of government.

Catalog of Federal Domestic Assistance

The Catalog of Federal Domestic Assistance program number is 14.156, Lower-Income Housing Assistance Program (Section 8).

Accordingly, the Fair Market Rent Schedules, which will not be codified in 24 CFR Part 888, are amended as follows:

Dated: September 17, 1999.

Andrew M. Cuomo,

*Secretary.*

**Fair Market Rents for the Section 8 Housing Assistance Payments Program**

*Schedules B and D—General Explanatory Notes*

1. Geographic Coverage

a. Metropolitan Areas—FMRs are housing market-wide rent estimates that are intended to provide housing opportunities throughout the geographic area in which rental housing units are in direct competition. The FMRs shown in Schedule B incorporate OMB's most current definitions of metropolitan areas, with the exceptions discussed in paragraph (b). HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for FMR areas because they closely correspond to housing market area definitions.

b. Exceptions to OMB Definitions—The exceptions are counties deleted from several large metropolitan areas whose revised OMB metropolitan area definitions were determined by HUD to be larger than the housing market areas. The FMRs for the following counties (shown by the metropolitan area) are calculated separately and are shown in Schedule B within their respective States under the "Metropolitan FMR Areas" listing:

**Metropolitan Area and Counties Deleted**

Chicago, IL
  DeKalb, Grundy and Kendall Counties
Cincinnati-Hamilton, OH–KY–IN
  Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and
  Ohio County, Indiana
Dallas, TX
  Henderson County
Flagstaff, AZ–UT
  Kane County, UT
New Orleans, LA
  St. James Parish
Washington, DC–MD–VA–WV
  Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren Counties in Virginia

c. Nonmetropolitan Area FMRs—FMRs also are established for nonmetropolitan counties and for county equivalents in the United States, for nonmetropolitan parts of counties in the New England states and for FMR areas in Puerto Rico, the Virgin Islands and the Pacific Islands.

d. Virginia Independent Cities—FMRs for the areas in Virginia shown in the table below were established by combining the Census data for the nonmetropolitan counties with the data for the independent cities that are located within the county borders. Because of space limitations, the FMR listing in Schedule B includes only the name of the nonmetropolitan County. The full definitions of these areas, including the independent cities, are as follows:

VIRGINIA NONMETROPOLITAN COUNTY FMR AREA AND INDEPENDENT CITIES INCLUDED WITH COUNTY

| County | Cities |
|---|---|
| Allegheny | Clifton Forge and Covington |
| Augusta | Staunton and Waynesboro |
| Carroll | Galax |
| Frederick | Winchester |
| Greensville | Emporia |
| Henry | Martinsville |
| Montgomery | Radford |
| Rockbridge | Buena Vista and Lexington |
| Rockingham | Harrisonburg |
| Southhampton | Franklin |
| Wise | Norton |

2. Bedroom Size Adjustments

Schedule B shows the FMRs for 0-bedroom through 4-bedroom units. The FMRs for unit sizes larger than 4 bedrooms are calculated by adding 15 percent to the 4-bedroom FMR for each extra bedroom. For example, the FMR for a 5-bedroom unit is 1.15 times the 4-bedroom FMR, and the FMR for a 6-bedroom unit is 1.30 times the 4 bedroom FMR. FMRs for single-room-occupancy (SRO) units are 0.75 times the 0 bedroom FMR.

3. FMRs for Manufactured Home Spaces

FMRs for Section 8 manufactured home spaces in the Section 8 Existing certificate and voucher program and the new merged tenant-based certificate and voucher program are 30 percent of the two-bedroom Section 8 existing housing program FMRs, with the exception of the areas listed in Schedule D whose manufactured home space FMRs have been modified on the basis of public comments. Once approved, the revised manufactured home space FMRs establish new base-year estimates that are updated annually using the same data used to estimate the Section 8 existing housing FMRs. The FMR area definitions used for the rental of manufactured home spaces in the Section 8 Existing certificate and voucher program and the new merged tenant-based certificate and voucher program are the same as the area definitions used for other FMRs.



HeinOnline -- 64 Fed. Reg. 53452 1999

4. Arrangement of FMR Areas and Identification of Constituent Parts

a. The FMR areas in Schedule B are listed alphabetically by metropolitan FMR area and by nonmetropolitan county within each State. The exception FMRs for manufactured home spaces in Schedule D are listed alphabetically by State.

b. The constituent counties (and New England towns and cities) included in each metropolitan FMR area are listed immediately following the listings of the FMR dollar amounts. All constituent parts of a metropolitan FMR area that are in more than one State can be identified by consulting the listings for each applicable State.

c. Two nonmetropolitan counties are listed alphabetically on each line of the nonmetropolitan county listings.

d. The New England towns and cities included in a nonmetropolitan part of a county are listed immediately following the county name.

BILLING CODE 4210–32–P



HeinOnline -- 64 Fed. Reg. 53453 1999

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING PAGE 34

N E W M E X I C O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albuquerque, NM MSA | 393 | 468 | 585 | 807 | 952 | Bernalillo, Sandoval, Valencia |
| Las Cruces, NM MSA | 293 | 368 | 437 | 599 | 706 | Dona Ana |
| Santa Fe, NM MSA | 423 | 600 | 741 | 995 | 1126 | Los Alamos, Santa Fe |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Catron | 271 | 317 | 393 | 528 | 596 |
| Cibola | 282 | 308 | 393 | 528 | 596 |
| Curry | 271 | 315 | 412 | 528 | 596 |
| Eddy | 278 | 307 | 393 | 528 | 614 |
| Guadalupe | 271 | 307 | 393 | 528 | 600 |
| Hidalgo | 271 | 307 | 393 | 528 | 596 |
| Lincoln | 307 | 315 | 415 | 547 | 684 |
| Mckinley | 271 | 340 | 433 | 539 | 604 |
| Otero | 271 | 307 | 393 | 548 | 596 |
| Rio Arriba | 317 | 324 | 398 | 528 | 596 |
| San Juan | 306 | 328 | 409 | 568 | 673 |
| Sierra | 271 | 307 | 393 | 528 | 596 |
| Taos | 465 | 471 | 628 | 785 | 1034 |
| Union | 271 | 330 | 393 | 528 | 596 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Chaves | 271 | 308 | 406 | 559 | 596 |
| Colfax | 271 | 315 | 393 | 528 | 596 |
| Debaca | 271 | 308 | 393 | 528 | 596 |
| Grant | 321 | 366 | 468 | 628 | 709 |
| Harding | 271 | 307 | 393 | 528 | 596 |
| Lea | 271 | 307 | 393 | 528 | 596 |
| Luna | 298 | 328 | 420 | 563 | 635 |
| Mora | 271 | 307 | 393 | 528 | 596 |
| Quay | 271 | 392 | 442 | 553 | 618 |
| Roosevelt | 271 | 307 | 393 | 528 | 596 |
| San Miguel | 300 | 307 | 405 | 528 | 596 |
| Socorro | 271 | 307 | 393 | 528 | 612 |
| Torrance | 297 | 321 | 393 | 528 | 596 |

N E W Y O R K

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Albany-Schenectady-Troy, NY MSA | 399 | 491 | 604 | 758 | 847 | Albany, Montgomery, Rensselaer, Saratoga, Schenectady Schoharie |
| Binghamton, NY MSA | 358 | 402 | 501 | 637 | 714 | Broome, Tioga |
| Buffalo-Niagara Falls, NY PMSA | 356 | 423 | 510 | 637 | 714 | Erie, Niagara |
| Dutchess County, NY PMSA | 577 | 732 | 905 | 1176 | 1374 | Dutchess |
| Elmira, NY MSA | 358 | 402 | 493 | 624 | 744 | Chemung |
| Glens Falls, NY MSA | 358 | 466 | 568 | 711 | 795 | Warren, Washington |
| Jamestown, NY MSA | 358 | 402 | 483 | 624 | 714 | Chautauqua |
| Nassau-Suffolk, NY PMSA | 775 | 934 | 1139 | 1585 | 1698 | Nassau, Suffolk |
| New York, NY PMSA | 727 | 810 | 920 | 1150 | 1289 | Bronx, Kings, New York, Putnam, Queens, Richmond Rockland |
| Westchester County, NY | 698 | 910 | 1108 | 1440 | 1719 | Westchester |
| Newburgh, NY-PA PMSA | 462 | 600 | 734 | 931 | 1062 | Orange |
| Rochester, NY MSA | 385 | 501 | 609 | 781 | 853 | Genesee, Livingston, Monroe, Ontario, Orleans, Wayne |
| Syracuse, NY MSA | 383 | 462 | 572 | 730 | 810 | Cayuga, Madison, Onondaga, Oswego |
| Utica-Rome, NY MSA | 358 | 402 | 492 | 624 | 714 | Herkimer, Oneida |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 092299



HeinOnline -- 64 Fed. Reg. 53487 1999

Case 1:04-cv-01757-FMA Document 18-5 Filed 08/31/2005 Page 20 of 20



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N E W Y O R K continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Allegany | 356 | 400 | 480 | 621 | 710 |
| Chenango | 379 | 400 | 480 | 621 | 710 |
| Columbia | 445 | 467 | 599 | 785 | 840 |
| Delaware | 356 | 400 | 480 | 621 | 763 |
| Franklin | 356 | 400 | 480 | 621 | 710 |
| Greene | 356 | 461 | 553 | 714 | 871 |
| Jefferson | 383 | 452 | 531 | 665 | 744 |
| Otsego | 356 | 421 | 484 | 625 | 794 |
| Schuyler | 385 | 410 | 487 | 678 | 799 |
| Steuben | 368 | 419 | 480 | 628 | 710 |
| Tompkins | 464 | 500 | 642 | 896 | 1056 |
| Wyoming | 356 | 400 | 480 | 621 | 710 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Cattaraugus | 356 | 400 | 480 | 621 | 710 |
| Clinton | 356 | 400 | 517 | 646 | 724 |
| Cortland | 356 | 425 | 538 | 665 | 787 |
| Essex | 356 | 405 | 501 | 636 | 710 |
| Fulton | 356 | 400 | 480 | 621 | 710 |
| Hamilton | 356 | 428 | 498 | 621 | 710 |
| Lewis | 356 | 400 | 480 | 621 | 710 |
| St. Lawrence | 356 | 400 | 480 | 621 | 710 |
| Seneca | 380 | 408 | 498 | 637 | 710 |
| Sullivan | 461 | 517 | 630 | 871 | 883 |
| Ulster | 437 | 607 | 730 | 951 | 1197 |
| Yates | 356 | 400 | 480 | 621 | 710 |

N O R T H C A R O L I N A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Asheville, NC MSA | 343 | 415 | 541 | 705 | 760 | Buncombe, Madison |
| Charlotte-Gastonia-Rock Hill, NC-SC MSA | 510 | 575 | 648 | 854 | 1023 | Cabarrus, Gaston, Lincoln, Mecklenburg, Rowan, Union |
| Fayetteville, NC MSA | 376 | 427 | 479 | 663 | 788 | Cumberland |
| Goldsboro, NC MSA | 308 | 355 | 431 | 555 | 648 | Wayne |
| Greensboro--Winston-Salem--High Point, NC MSA | 407 | 464 | 553 | 762 | 775 | Alamance, Davidson, Davie, Forsyth, Guilford, Randolph Stokes, Yadkin |
| Greenville, NC MSA | 402 | 407 | 528 | 712 | 871 | Pitt |
| Hickory-Morganton, NC MSA | 388 | 423 | 491 | 619 | 734 | Alexander, Burke, Caldwell, Catawba |
| Jacksonville, NC MSA | 351 | 409 | 463 | 642 | 759 | Onslow |
| Norfolk-Virginia Beach-Newport News, VA-NC MSA | 436 | 491 | 580 | 809 | 951 | Currituck |
| Raleigh-Durham-Chapel Hill, NC MSA | 456 | 553 | 649 | 871 | 1027 | Chatham, Durham, Franklin, Johnston, Orange, Wake |
| Rocky Mount, NC MSA | 328 | 355 | 431 | 571 | 630 | Edgecombe, Nash |
| Wilmington, NC MSA | 450 | 494 | 605 | 828 | 987 | Brunswick, New Hanover |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Alleghany | 292 | 342 | 409 | 527 | 624 |
| Ashe | 292 | 337 | 409 | 527 | 598 |
| Beaufort | 292 | 337 | 409 | 527 | 598 |
| Bladen | 292 | 337 | 409 | 527 | 598 |
| Carteret | 331 | 362 | 442 | 614 | 683 |
| Cherokee | 292 | 337 | 409 | 527 | 598 |
| Clay | 292 | 337 | 409 | 527 | 598 |
| Columbus | 292 | 337 | 409 | 527 | 598 |
| Dare | 303 | 480 | 553 | 758 | 775 |
| Gates | 292 | 337 | 409 | 527 | 598 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Anson | 292 | 337 | 409 | 527 | 598 |
| Avery | 326 | 367 | 447 | 560 | 626 |
| Bertie | 292 | 337 | 409 | 527 | 598 |
| Camden | 292 | 373 | 497 | 622 | 698 |
| Caswell | 292 | 337 | 409 | 527 | 598 |
| Chowan | 292 | 337 | 409 | 527 | 598 |
| Cleveland | 292 | 343 | 409 | 542 | 598 |
| Craven | 292 | 365 | 440 | 575 | 616 |
| Duplin | 292 | 337 | 409 | 527 | 598 |
| Graham | 292 | 337 | 409 | 527 | 598 |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 092299



HeinOnline -- 64 Fed. Reg. 53488 1999