SCHEDULE C TABLE 1 CONTRACT RENT AAFS FOR UNITS WITH TURNOVER SECTION 8 HAP PROGRAMS PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| PMSA New York NY | 1 024 | 1 026 | COUNTY Westchester NY | 1 024 | 1 025 |
| PMSA Newark NJ | 1 024 | 1 026 | PMSA Newburgh NY PA | 1 024 | 1:026 |
| PMSA Oakland CA | 1 018 | 1 019 | COUNTY Ohio IN | 1 027 | 1 023 |
| PMSA Olympia WA | 1 028 | 1 021 | PMSA Orange County CA | 1 003 | 1 002 |
| COUNTY Pendleton KY | 1 028 | 1 023 | PMSA Philadelphia PA NJ | 1 014 | 1 013 |
| COUNTY Pickens GA | 1 025 | 1 031 | PMSA Pittsburgh PA | 1 027 | 1 027 |
| PMSA Portland Vancouver OR WA | 1 047 | 1 047 | PMSA Portsmouth Rochester NH ME | 1 009 | 1 006 |
| PMSA Racine WI | 1 028 | 1 038 | PMSA Riverside San Bernardino CA | 1 003 | 1 002 |
| COUNTY St James Parish LA | 1 008 | 1 015 | MSA St Louis MO IL | 1 030 | 1 035 |
| PMSA Salem OR | 1 047 | 1 047 | MSA San Diego CA | 1 000 | 1 000 |
| PMSA San Francisco CA | 1 018 | 1 019 | PMSA San Jose CA | 1 018 | 1 019 |
| PMSA Santa Cruz Watsonville CA | 1 018 | 1 019 | PMSA Santa Rosa CA | 1 018 | 1 019 |
| PMSA Seattle Bellevue Everett WA | 1 025 | 1 021 | PMSA Stamford Norwalk CT | 1 024 | 1 026 |
| PMSA Tacoma WA | 1 027 | 1 021 | MSA Tampa St Petersburg Clearwater FL | 1 034 | 1 035 |
| PMSA Trenton NJ | 1 024 | 1 026 | PMSA Vallejo Fairfield Napa CA | 1 018 | 1 019 |
| PMSA Ventura CA | 1 003 | 1 002 | PMSA Vineland Millville Bridgeton NJ | 1 014 | 1 013 |
| COUNTY Walton GA | 1 025 | 1 031 | COUNTY Warren VA | 1 017 | 1 018 |
| Washington DC MD VA | 1 017 | 1 018 | PMSA Waterbury CT | 1 024 | 1 026 |
| PMSA Wilmington Newark DE MD | 1 014 | 1 013 | PMSA Worcester MA CT | 1 009 | 1 006 |



HeinOnline -- 60 Fed. Reg. 55939 1995

SCHEDULE C TABLE 2 CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER SECTION 8 HAP PROGRAMS PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1 000 | 1 000 | New England Nonmetropolitan | 1 000 | 1 000 |
| New York/New Jersey Metropolitan | 1 020 | 1 024 | New York/New Jersey Nonmetropolitan | 1 004 | 1 004 |
| Mid Atlantic Metropolitan | 1 022 | 1 021 | Mid Atlantic Nonmetropolitan | 1 018 | 1 013 |
| Southeast Metropolitan | 1 023 | 1 030 | Southeast Nonmetropolitan | 1 005 | 1 010 |
| Midwest Metropolitan | 1 013 | 1 023 | Midwest Nonmetropolitan | 1 000 | 1 005 |
| Southwest Metropolitan | 1 011 | 1 016 | Southwest Nonmetropolitan | 1 019 | 1 032 |
| Great Plains Metropolitan | 1 017 | 1 030 | Great Plains Nonmetropolitan | 1 000 | 1 012 |
| Rocky Mountain Metropolitan | 1 061 | 1 070 | Rocky Mountain Nonmetropolitan | 1 009 | 1 010 |
| Pacific/Hawaii Metropolitan | 1 012 | 1 014 | Pacific/Hawaii Nonmetropolitan | 1 018 | 1 024 |
| Northwest/Alaska Metropolitan | 1 035 | 1 036 | Northwest/Alaska Nonmetropolitan | 1 018 | 1 020 |
| STATE Hawaii | 1 015 | 1 015 | PMSA Akron OH | 1 008 | 1 007 |
| MSA Anchorage AK | 1 017 | 1 025 | PMSA Ann Arbor MI | 1 007 | 1 010 |
| Atlanta GA | 1 018 | 1 021 | PMSA Atlantic Cape May NJ | 1 004 | 1 003 |
| PMSA Baltimore MD | 1 003 | 1 003 | PMSA Bergen Passaic NJ | 1 014 | 1 016 |
| COUNTY Berkeley WV | 1 007 | 1 008 | PMSA Boston MA NH | 1 000 | 1 000 |
| PMSA Boulder Longmont CO | 1 043 | 1 045 | PMSA Brazoria TX | 1 015 | 1 020 |
| PMSA Bremerton WA | 1 017 | 1 011 | PMSA Bridgeport CT | 1 014 | 1 017 |
| PMSA Brockton MA | 1 000 | 1 000 | COUNTY Brown OH | 1 018 | 1 013 |
| PMSA Buffalo Niagara Falls NY | 1 010 | 1 004 | COUNTY Carroll GA | 1 016 | 1 021 |
| Chicago IL | 1 014 | 1 029 | Cincinnati OH KY IN | 1 016 | 1 014 |
| COUNTY Clarke VA | 1 007 | 1 008 | PMSA Cleveland Lorain Elyria OH | 1 008 | 1 007 |

SCHEDULE C TABLE 2 CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER SECTION 8 HAP PROGRAMS PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| COUNTY Culpeper VA | 1 007 | 1 008 | Dallas TX | 1 028 | 1 028 |
| PMSA Danbury CT | 1 014 | 1 016 | COUNTY De Kalb IL | 1 011 | 1 032 |
| PMSA Denver CO | 1 043 | 1 045 | PMSA Detroit MI | 1 006 | 1 010 |
| PMSA Dutchess County NY | 1 014 | 1 016 | PMSA Fitchburg Leominster MA | 1 000 | 1 000 |
| PMSA Flint MI | 1 006 | 1 010 | PMSA Fort Lauderdale FL | 1 036 | 1 044 |
| PMSA Fort Worth Arlington TX | 1 028 | 1 028 | COUNTY Gallatin KY | 1 018 | 1 013 |
| PMSA Galveston Texas City TX | 1 015 | 1 020 | PMSA Gary IN | 1 007 | 1 036 |
| COUNTY Grant KY | 1 018 | 1 013 | PMSA Greeley CO | 1 043 | 1 045 |
| COUNTY Grundy IL | 1 008 | 1 035 | PMSA Hagerstown MD | 1 007 | 1 008 |
| PMSA Hamilton Middletown OH | 1 016 | 1 014 | COUNTY Henderson TX | 1 027 | 1 028 |
| PMSA Houston TX | 1 016 | 1 020 | COUNTY Jefferson WV | 1 007 | 1 008 |
| PMSA Jersey City NJ | 1 014 | 1 016 | PMSA Kankakee IL | 1 006 | 1 037 |
| MSA Kansas City MO KS | 1 008 | 1 005 | COUNTY Kendall Il | 1 012 | 1 031 |
| PMSA Kenosha WI | 1 011 | 1 032 | COUNTY King George VA | 1 007 | 1 008 |
| PMSA Lawrence MA NH | 1 000 | 1 000 | PMSA Los Angeles Long Beach CA | 1 000 | 1 000 |
| PMSA Lowell MA NH | 1 000 | 1 000 | PMSA Manchester NH | 1 000 | 1 000 |
| PMSA Miami FL | 1 036 | 1 044 | PMSA Middlesex Somerset Hunterdon NJ | 1 014 | 1 016 |
| PMSA Milwaukee Waukesha WI | 1 018 | 1 028 | MSA Minneapolis St Paul MN WI | 1 005 | 1 008 |
| PMSA Monmouth Ocean NJ | 1 014 | 1 016 | PMSA Nashua NH | 1 000 | 1 000 |
| PMSA Nassau Suffolk NY | 1 014 | 1 016 | PMSA New Bedford MA | 1 000 | 1 000 |
| PMSA New Haven Meriden CT | 1 014 | 1 016 | New Orleans LA | 1 000 | 1 005 |



HeinOnline -- 60 Fed. Reg. 55941 1995

SCHEDULE C TABLE 2 CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER SECTION 8 HAP PROGRAMS PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| PMSA New York NY | 1 014 | 1 016 | COUNTY Westchester NY | 1 014 | 1 016 |
| PMSA Newark NJ | 1 014 | 1 016 | PMSA Newburgh NY PA | 1 014 | 1 016 |
| PMSA Oakland CA | 1 008 | 1 009 | COUNTY Ohio IN | 1 017 | 1 013 |
| PMSA Olympia WA | 1 018 | 1 011 | PMSA Orange County CA | 1 000 | 1 000 |
| COUNTY Pendleton KY | 1 018 | 1 013 | PMSA Philadelphia PA NJ | 1 004 | 1 003 |
| COUNTY Pickens GA | 1 015 | 1 021 | PMSA Pittsburgh PA | 1 017 | 1 017 |
| PMSA Portland Vancouver OR WA | 1 037 | 1 037 | PMSA Portsmouth Rochester NH ME | 1 000 | 1 000 |
| PMSA Racine WI | 1 018 | 1 028 | PMSA Riverside San Bernardino CA | 1 000 | 1 000 |
| COUNTY St James Parish LA | 1 000 | 1 005 | MSA St Louis MO IL | 1 020 | 1 025 |
| PMSA Salem OR | 1 037 | 1 037 | MSA San Diego CA | 1 000 | 1 000 |
| PMSA San Francisco CA | 1 008 | 1 009 | PMSA San Jose CA | 1 008 | 1 009 |
| PMSA Santa Cruz Watsonville CA | 1 008 | 1 009 | PMSA Santa Rosa CA | 1 008 | 1 009 |
| PMSA Seattle Bellevue Everett WA | 1 016 | 1 011 | PMSA Stamford Norwalk CT | 1 014 | 1 016 |
| PMSA Tacoma WA | 1 017 | 1 011 | MSA Tampa St Petersburg Clearwater FL | 1 024 | 1 025 |
| PMSA Trenton NJ | 1 014 | 1 016 | PMSA Vallejo Fairfield Napa CA | 1 008 | 1 009 |
| PMSA Ventura CA | 1 000 | 1 000 | PMSA Vineland Millville Bridgeton NJ | 1 004 | 1 003 |
| COUNTY Walton GA | 1 015 | 1 021 | COUNTY Warren VA | 1 007 | 1 008 |
| Washington DC MD VA | 1 007 | 1 008 | PMSA Waterbury CT | 1 011 | 1 016 |
| PMSA Wilmington Newark DE MD | 1 004 | 1 003 | PMSA Worcester MA CT | 1 000 | 1 000 |



HeinOnline -- 60 Fed. Reg. 55942 1995

Federal Register / Vol. 60, No. 213 / Friday November 3, 1995 / Rules and Regulations 55943

Schedule C Contract Rent Automatic Adjustment Factors -- Area Definitions

ALABAMA (SOUTHEAST)

METROPOLITAN COUNTIES
Autauga, Baldwin, Blount, Calhoun, Colbert, Dale, Elmore, Etowah, Houston, Jefferson, Lauderdale, Lawrence, Limestone, Madison, Mobile, Montgomery Morgan, Russell Shelby St. Clair Tuscaloosa

NONMETROPOLITAN COUNTIES
Barbour Bibb, Bullock, Butler Chambers, Cherokee, Chilton, Choctaw, Clarke, Clay Cleburne, Coffee, Conecuh, Coosa, Covington, Crenshaw, Cullman, Dallas, Dekalb, Escambia, Fayette, Franklin, Geneva, Greene, Hale, Henry Jackson, Lamar Lee, Lowndes, Macon, Marengo, Marion, Marshall Monroe, Perry Pickens, Pike, Randolph, Sumter Talladega, Tallapoosa, Walker Washington, Wilcox, Winston

ALASKA (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES
MSA Anchorage, AK. Anchorage

NONMETROPOLITAN COUNTIES
Aleutian East, Aleutian West, Bethel Dillingham, Lake & Peninsula, Northwest Arctic, Nome, Pr.Wales-Outer Ketchikan, Skagway-Yakutat-Angoon, Southeast Fairbanks, Valdez-Cordova, Wade Hampton, Wrangell-Petersburg, Yukon-Koyukuk, Bristol Bay Fairbanks North Star Haines, Juneau, Kenai Peninsula, Ketchikan Gateway Kodiak Island, Matanuska-Susitna, North Slope, Sitka

ARIZONA (PACIFIC/HAWAII)

METROPOLITAN COUNTIES
Coconino, Maricopa, Mohave, Pima, Pinal Yuma

NONMETROPOLITAN COUNTIES
Apache, Cochise, Gila, Graham, Greenlee, La Paz, Navajo, Santa Cruz, Yavapai

ARKANSAS (SOUTHWEST)

METROPOLITAN COUNTIES
Benton, Crawford, Crittenden, Faulkner Jefferson, Lonoke, Miller Pulaski Saline, Sebastian, Washington

NONMETROPOLITAN COUNTIES
Arkansas, Ashley Baxter Boone, Bradley Calhoun, Carroll Chicot, Clark, Clay Cleburne, Cleveland, Columbia, Conway Craighead, Cross, Dallas, Desha, Drew, Franklin, Fulton, Garland, Grant, Greene, Hempstead, Hot Spring, Howard, Independence, Izard, Jackson, Johnson, Lafayette, Lawrence, Lee, Lincoln, Little River Logan, Madison, Marion, Mississippi Monroe, Montgomery Nevada, Newton Ouachita, Perry Phillips, Pike, Poinsett, Polk, Pope, Prairie, Randolph, Scott, Searcy Sevier Sharp, St. Francis, Stone, Union, Van Buren, White, Woodruff Yell

CALIFORNIA (PACIFIC/HAWAII)

CPI AREAS: COUNTIES
PMSA Los Angeles-Long Beach, CA: Los Angeles
PMSA Oakland, CA. Alameda, Contra Costa
PMSA Orange County CA: Orange
PMSA Riverside-San Bernardino, CA: Riverside, San Bernardino
MSA San Diego, CA: San Diego
PMSA San Francisco, CA: Marin, San Francisco, San Mateo
PMSA San Jose, CA: Santa Clara
PMSA Santa Cruz-Watsonville, CA: Santa Cruz
PMSA Santa Rosa, CA: Sonoma
PMSA Vallejo-Fairfield-Napa, CA: Napa, Solano
PMSA Ventura, CA: Ventura

METROPOLITAN COUNTIES
Butte, El Dorado, Fresno, Kern, Madera, Merced, Monterey Placer Sacramento, San Joaquin, San Luis Obispo, Santa Barbara, Shasta, Stanislaus, Sutter Tulare, Yolo, Yuba

NONMETROPOLITAN COUNTIES
Alpine, Amador Calaveras, Colusa, Del Norte, Glenn, Humboldt, Imperial Inyo, Kings, Lake, Lassen, Mariposa, Mendocino, Modoc, Mono, Nevada, Plumas, San Benito, Sierra, Siskiyou, Tehama, Trinity Tuolumne

COLORADO (ROCKY MOUNTAIN)

CPI AREAS. COUNTIES
PMSA Boulder-Longmont, CO: Boulder



HeinOnline -- 60 Fed. Reg. 55943 1995

Schedule C -- Contract Rent Automatic Adjustment Factors Area Definitions

PMSA Denver CO: Adams, Arapahoe, Denver Douglas, Jefferson
PMSA Greeley CO: Weld

METROPOLITAN COUNTIES
El Paso, Larimer Pueblo

NONMETROPOLITAN COUNTIES
Alamosa, Archuleta, Baca, Bent, Chaffee, Cheyenne, Clear Creek, Conejos, Costilla, Crowley Custer Delta, Dolores, Eagle, Elbert, Fremont, Garfield, Gilpin, Grand, Gunnison, Hinsdale, Huerfano, Jackson, Kiowa, Kit Carson, La Plata, Lake, Las Animas, Lincoln, Logan, Mesa, Mineral Moffat, Montezuma, Montrose, Morgan, Otero, Ouray Park, Phillips, Pitkin, Prowers, Rio Blanco, Rio Grande Routt, Saguache, San Juan, San Miguel Sedgwick, Summit, Teller Washington, Yuma

CONNECTICUT (NEW ENGLAND)

CPI AREAS: COUNTIES
PMSA Bridgeport, CT
Fairfield County part: Bridgeport town, Easton town, Fairfield town, Monroe town, Shelton town, Stratford town, Trumbull town
New Haven County part: Ansonia town, Beacon Falls town, Derby town, Milford town, Oxford town, Seymour town

PMSA Danbury CT
Fairfield County part: Bethel town, Brookfield town, Danbury town, New Fairfield town, Newtown town, Redding town, Ridgefield town, Sherman town
Litchfield County part: Bridgewater town, New Milford town, Roxbury town, Washington town

PMSA New Haven-Meriden, CT
Middlesex County part: Clinton town, Killingworth town
New Haven County part: Bethany town, Branford town, Cheshire town, East Haven town, Guilford town, Hamden town, Madison town, Meriden town, New Haven town, North Branford town, North Haven town, Orange town, Wallingford town, North Haven town, Woodbridge town

PMSA Stamford-Norwalk, CT
Fairfield County part: Darien town, Greenwich town, New Canaan town, Norwalk town, Stamford town, Weston town, Westport town, Wilton town

PMSA Waterbury CT
Litchfield County part: Bethlehem town, Thomaston town, Watertown town, Woodbury town
New Haven County part: Middlebury town, Naugatuck town, Prospect town, Southbury town, Waterbury town, Wolcott town

PMSA Worcester MA-CT
Windham County part: Thompson town

METROPOLITAN COUNTIES
Hartford County part: Avon town, Berlin town, Bloomfield town, Bristol town, Burlington town, Canton town, East Granby town, East Hartford town, East Windsor town, Enfield town, Farmington town, Glastonbury town, Granby town, Hartford town, Manchester town, Marlborough town, New Britain town, Newington town, Plainville town, Rocky Hill town, Simsbury town, Southington town, South Windsor town, Suffield town, West Hartford town, Wethersfield town, Windsor town, Windsor Locks town

Litchfield County part: Barkhamsted town, Harwinton town, New Hartford town, Plymouth town, Winchester town
Middlesex County part: Cromwell town, Durham town, East Haddam town, East Hampton town, Haddam town, Middlefield town, Middletown town, Portland town, Old Saybrook town
New London County part: Bozrah town, East Lyme town, Franklin town, Griswold town, Groton town, Ledyard town, Lisbon town, Montville town, New London town, North Stonington town, Norwich town, Old Lyme town, Preston town Salem town, Sprague town, Stonington town, Waterford town Colchester town, Lebanon town
Tolland County part: Andover town, Bolton town, Columbia town, Coventry town, Ellington town, Hebron town, Mansfield town, Somers town, Stafford town, Tolland town, Vernon town, Willington town
Windham County part: Ashford town, Chaplin town, Windham town, Canterbury town, Plainfield town

NONMETROPOLITAN COUNTIES
Hartford County part: Hartland town
Litchfield County part: Canaan town, Colebrook town, Cornwall town, Goshen town, Kent town, Litchfield town, Morris town, Norfolk town, North Canaan town,





HeinOnline -- 60 Fed. Reg. 55944 1995

Schedule C -- Contract Rent Automatic Adjustment Factors -- Area Definitions

Salisbury town, Sharon town, Torrington town, Warren town
Middlesex County part: Chester town, Deep River town, Essex town, Westbrook town
New London County part: Lyme town, Voluntown town, Tolland County part: Union town
Windham County part: Brooklyn town, Eastford town, Hampton town, Killingly town, Pomfret town, Putnam town, Scotland town, Sterling town, Woodstock town

DELAWARE (MID-ATLANTIC)

CPI AREAS: COUNTIES
PMSA Wilmington-Newark, DE-MD: New Castle

METROPOLITAN COUNTIES
Kent

NONMETROPOLITAN COUNTIES
Sussex

DIST OF COLUMBIA (MID-ATLANTIC)

CPI AREAS: COUNTIES
District of Columbia

FLORIDA (SOUTHEAST)

CPI AREAS: COUNTIES
PMSA Fort Lauderdale, FL. Broward
PMSA Miami FL. Dade
MSA Tampa-St. Petersburg-Clearwater FL. Hernando, Hillsborough, Pasco, Pinellas

METROPOLITAN COUNTIES
Alachua, Bay Brevard, Charlotte, Clay Collier Duval Escambia, Flagler Gadsden, Lake, Lee, Leon, Manatee, Marion, Martin, Nassau, Okaloosa, Orange, Osceola, Palm Beach, Polk, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Volusia

NONMETROPOLITAN COUNTIES
Baker Bradford, Calhoun, Citrus, Columbia, Desoto, Dixie, Franklin, Gilchrist, Glades, Gulf Hamilton, Hardee, Hendry Highlands, Holmes, Indian River Jackson, Jefferson, Lafayette, Levy Liberty Madison, Monroe, Okeechobee, Putnam, Sumter Suwannee, Taylor
Union, Wakulla, Walton, Washington

GEORGIA (SOUTHEAST)

CPI AREAS: COUNTIES
*Atlanta, GA. Barrow, Bartow, Cherokee, Clayton, Cobb, Coweta, Dekalb, Douglas, Fayette, Forsyth, Fulton, Gwinnett, Henry Newton, Paulding, Rockdale, Spalding
*COUNTY Carroll County GA
*COUNTY Pickens County GA
*COUNTY Walton County GA

METROPOLITAN COUNTIES
Bibb, Bryan, Catoosa, Chatham, Chattahoochee, Clarke, Columbia, Dade, Dougherty Effingham, Harris, Houston, Jones, Lee, Madison, Mcduffie, Muscogee, Oconee, Peach, Richmond, Twiggs, Walker

NONMETROPOLITAN COUNTIES
Appling, Atkinson, Bacon, Baker Baldwin, Banks, Ben Hill Berrien, Bleckley Brantley Brooks, Bulloch, Burke, Butts, Calhoun, Camden, Candler Charlton, Chattooga, Clay Clinch, Coffee, Colquitt, Cook, Crawford, Crisp, Dawson, Decatur Dodge, Dooly Early
Echols, Elbert Emanuel Evans, Fannin, Floyd, Franklin, Gilmer Glascock, Glynn, Gordon, Grady Greene, Habersham, Hall Hancock
Haralson, Hart, Heard, Irwin, Jackson, Jasper Jeff Davis, Jefferson, Jenkins, Johnson, Lamar Lanier Laurens, Liberty Lincoln, Long, Lowndes, Lumpkin, Macon, Marion, Mcintosh, Meriwether Miller Mitchell Monroe, Montgomery Morgan, Murray Oglethorpe, Pierce, Pike, Polk, Pulaski Putnam, Quitman, Rabun, Randolph, Schley Screven, Seminole, Stephens, Stewart, Sumter Talbot, Taliaferro, Tattnall, Taylor Telfair Terrell Thomas, Tift, Toombs, Towns, Treutlen, Troup, Turner Union, Upson, Ware, Warren, Washington, Wayne, Webster Wheeler White, Whitfield, Wilcox, Wilkes, Wilkinson, Worth

HAWAII (PACIFIC/HAWAII)

CPI AREAS. COUNTIES
STATE Hawaii Hawaii Honolulu, Kauai Maui





HeinOnline -- 60 Fed. Reg. 55945 1995

Schedule C Contract Rent Automatic Adjustment Factors Area Definitions

IDAHO (NORTHWEST/ALASKA)

METROPOLITAN COUNTIES
Ada, Canyon

NONMETROPOLITAN COUNTIES
Adams, Bannock, Bear Lake, Benewah, Bingham, Blaine, Boise, Bonner Bonneville, Boundary Butte, Camas, Caribou, Cassia, Clark, Clearwater Custer Elmore, Franklin, Fremont, Gem, Gooding, Idaho, Jefferson, Jerome, Kootenai Latah, Lemhi Lewis, Lincoln, Madison, Minidoka, Nez Perce, Oneida, Owyhee, Payette, Power Shoshone, Teton, Twin Falls, Valley Washington

ILLINOIS (MIDWEST)

CPI AREAS: COUNTIES
*Chicago, IL. Cook, Dupage, Kane, Lake, Mchenry Will
*COUNTY De Kalb, IL. Dekalb
*COUNTY Grundy IL. Grundy
PMSA Kankakee, IL. Kankakee
*COUNTY Kendall Il Kendall
MSA St. Louis, MO-IL. Clinton, Jersey Madison, Monroe, St. Clair

METROPOLITAN COUNTIES
Boone, Champaign, Henry Macon, Mclean, Menard, Ogle, Peoria, Rock Island, Sangamon, Tazewell, Winnebago, Woodford

NONMETROPOLITAN COUNTIES
Adams, Alexander Bond, Brown, Bureau, Calhoun, Carroll Cass, Christian, Clark, Clay Coles, Crawford, Cumberland, De Witt, Douglas, Edgar Edwards, Effingham, Fayette, Ford, Franklin, Fulton, Gallatin, Greene, Hamilton, Hancock, Hardin, Henderson Iroquois, Jackson, Jasper Jefferson, Jo Daviess, Johnson, Knox, La Salle, Lawrence, Lee, Livingston, Logan, Macoupin, Marion, Marshall Mason, Massac, Mcdonough, Mercer Montgomery Morgan, Moultrie, Perry Piatt, Pike, Pope, Pulaski Putnam, Randolph, Richland, Saline, Schuyler Scott, Shelby Stark, Stephenson, Union, Vermilion, Wabash, Warren, Washington, Wayne, White Whiteside, Williamson

INDIANA (MIDWEST)

CPI AREAS: COUNTIES
*Cincinnati OH-KY-IN: Dearborn
PMSA Gary IN: Lake, Porter
*COUNTY Ohio, IN: Ohio

METROPOLITAN COUNTIES
Adams, Allen, Boone, Clark, Clay Clinton, De Kalb, Delaware, Elkhart, Floyd, Hamilton, Hancock, Harrison, Hendricks, Howard, Huntington, Johnson, Madison, Marion, Monroe, Morgan, Posey Scott, Shelby St. Joseph, Tippecanoe, Tipton, Vanderburgh, Vermillion, Vigo, Warrick, Wells, Whitley

NONMETROPOLITAN COUNTIES
Bartholomew, Benton, Blackford, Brown, Carroll Cass, Crawford, Daviess, Decatur Dubois, Fayette, Fountain, Franklin, Fulton, Gibson, Grant, Greene, Henry Jackson, Jasper Jay Jefferson, Jennings, Knox, Kosciusko, La Porte, Lagrange, Lawrence, Marshall Martin, Miami Montgomery Newton, Noble, Orange, Owen, Parke, Perry Pike, Pulaski Putnam, Randolph, Ripley Rush, Spencer Starke, Steuben, Sullivan, Switzerland, Union, Wabash, Warren, Washington, Wayne, White

IOWA (GREAT PLAINS)

METROPOLITAN COUNTIES
Black Hawk, Dallas, Dubuque, Johnson, Linn, Polk, Pottawattamie, Scott, Warren, Woodbury

NONMETROPOLITAN COUNTIES
Adair Adams, Allamakee, Appanoose, Audubon, Benton, Boone, Bremer Buchanan, Buena Vista, Butler Calhoun, Carroll Cass, Cedar Cerro Gordo, Cherokee, Chickasaw, Clarke, Clay Clayton, Clinton, Crawford, Davis, Decatur Delaware, Des Moines, Dickinson, Emmet, Fayette, Floyd, Franklin, Fremont, Greene, Grundy Guthrie, Hamilton, Hancock, Hardin, Harrison, Henry Howard, Humboldt, Ida Iowa, Jackson, Jasper Jefferson, Jones, Keokuk, Kossuth, Lee, Louisa, Lucas, Lyon, Madison, Mahaska, Marion, Marshall Mills, Mitchell Monona, Monroe, Montgomery Muscatine, O'Brien, Osceola, Page, Palo Alto, Plymouth, Pocahontas, Poweshiek, Ringgold, Sac, Shelby Sioux, Story Tama, Taylor Union, Van Buren, Wapello, Washington, Wayne, Webster Winnebago, Winneshiek, Worth, Wright

KANSAS (GREAT PLAINS)

CPI AREAS: COUNTIES
MSA Kansas City MO-KS: Johnson, Leavenworth, Miami Wyandotte





HeinOnline -- 60 Fed. Reg. 55946 1995

Schedule C Contract Rent Automatic Adjustment Factors Area Definitions

METROPOLITAN COUNTIES
Butler Douglas, Harvey Sedgwick, Shawnee

NONMETROPOLITAN COUNTIES
Allen, Anderson, Atchison, Barber Barton, Bourbon, Brown, Chase, Chautauqua, Cherokee, Cheyenne, Clark, Clay Cloud, Coffey Comanche, Cowley Crawford, Decatur Dickinson, Doniphan, Edwards, Elk, Ellis, Ellsworth, Finney Ford, Franklin, Geary Gove, Graham, Grant, Gray Greeley Greenwood, Hamilton, Harper Haskell Hodgeman, Jackson, Jefferson, Jewell Kearny Kingman, Kiowa Labette, Lane, Lincoln, Linn, Logan, Lyon, Marion, Marshall, Mcpherson, Meade, Mitchell Montgomery Morris, Morton, Nemaha, Neosho, Ness, Norton, Osage, Osborne, Ottawa, Pawnee, Phillips, Pottawatomie, Pratt, Rawlins, Reno, Republic, Rice, Riley Rooks, Rush, Russell Saline, Scott, Seward, Sheridan, Sherman, Smith, Stafford, Stanton, Stevens, Sumner Thomas, Trego, Wabaunsee Wallace, Washington, Wichita, Wilson, Woodson

KENTUCKY (SOUTHEAST)

CPI AREAS: COUNTIES
*Cincinnati OH-KY-IN: Boone, Campbell Kenton
*COUNTY Gallatin, KY: Gallatin
*COUNTY Grant, KY Grant
*COUNTY Pendleton, KY Pendleton

METROPOLITAN COUNTIES
Bourbon, Boyd, Bullitt, Carter Christian, Clark, Daviess, Fayette, Greenup, Henderson, Jefferson, Jessamine, Madison, Oldham, Scott, Woodford

NONMETROPOLITAN COUNTIES
Adair Allen, Anderson, Ballard, Barren, Bath, Bell Boyle, Bracken, Breathitt, Breckinridge, Butler Caldwell Calloway Carlisle, Carroll Casey Clay Clinton, Crittenden, Cumberland, Edmonson, Elliott, Estill Fleming, Floyd, Franklin, Fulton, Garrard, Graves, Grayson, Green, Hancock, Hardin, Harlan, Harrison, Hart, Henry Hickman, Hopkins, Jackson, Johnson, Knott, Knox, Larue Laurel Lawrence, Lee, Leslie, Letcher Lewis, Lincoln, Livingston, Logan, Lyon, Magoffin, Marion, Marshall Martin, Mason, Mccracken, Mccreary Mclean, Meade, Menifee, Mercer Metcalfe, Monroe, Montgomery Morgan, Muhlenberg, Nelson, Nicholas, Ohio, Owen, Owsley Perry Pike, Powell Pulaski Robertson, Rockcastle, Rowan, Russell Shelby Simpson, Spencer Taylor Todd, Trigg Trimble, Union, Warren, Washington, Wayne, Webster Whitley Wolfe

LOUISIANA (SOUTHWEST)

CPI AREAS: COUNTIES
*New Orleans, LA: Jefferson, Orleans, Plaquemines, St. Bernard, St. Charles, St. John the Baptist, St. Tammany
*COUNTY St. James Parish, LA: St. James

METROPOLITAN COUNTIES
Acadia, Ascension, Bossier Caddo, Calcasieu, East Baton Rouge, Lafayette, Lafourche, Livingston, Ouachita, Rapides, St. Landry St. Martin, Terrebonne, Webster West Baton Rouge

NONMETROPOLITAN COUNTIES
Allen, Assumption, Avoyelles, Beauregard, Bienville, Caldwell Cameron, Catahoula, Claiborne, Concordia, De Soto, East Carroll East Feliciana, Evangeline, Franklin, Grant, Iberia, Iberville, Jackson, Jefferson Davis, La Salle, Lincoln, Madison, Morehouse, Natchitoches, Pointe Coupee, Red River Richland, Sabine, St. Helena, St. Mary Tangipahoa, Tensas, Union, Vermilion, Vernon Washington, West Carroll West Feliciana, Winn

MAINE (NEW ENGLAND)

CPI AREAS: COUNTIES
PMSA Portsmouth-Rochester NH-ME
York County part: Berwick town, Eliot town, Kittery town, South Berwick town, York town

METROPOLITAN COUNTIES

| | |
|---|---|
| Androscoggin County part: | Auburn city Greene town, Lewiston city Lisbon town, Mechanic Falls town, Poland town, Sabattus town, Turner town, Wales town |
| Cumberland County part: | Cape Elizabeth town, Casco town, Cumberland town, Falmouth town, Freeport town, Gorham town, Gray town, North Yarmouth town, Portland city Raymond town, Scarborough town, South Portland city Standish town, Westbrook city Windham town, Yarmouth town |
| Penobscot County part: | Bangor city Brewer city Eddington town, Glenburn town, Hampden town, Hermon town, Holden town, Kenduskeag town, Milford town, Old Town city Orono town, Orrington town, Penobscot Indian Island, Veazie town |
| Waldo County part: | Winterport town |
| York County part: | Buxton town, Hollis town, Limington town, Old Orchard Beach |





HeinOnline -- 60 Fed. Reg. 55947 1995

Schedule C Contract Rent Automatic Adjustment Factors Area Definitions

NONMETROPOLITAN COUNTIES
Aroostook
Franklin
Hancock
Kennebec
Knox
Lincoln
Oxford
Piscataquis
Sagadahoc
Somerset
Washington

| | |
|---|---|
| Androscoggin County part: | Durham town, Leeds town, Livermore town, Livermore Falls town, Minot town |
| Cumberland County part: | Harpswell town, Harrison town, Naples town, New Gloucester town, Pownal town, Sebago town |
| Penobscot County part: | Alton town, Argyle unorg., Bradford town, Bradley town, Burlington town, Carmel town, Carroll plantation, Charleston town, Chester town, Clifton town, Corinna town, Corinth town, Dexter town, Dixmont town, Drew plantation, East Central Penob, East Millinocket town, Edinburg town, Enfield town Etna town, Exeter town, Garland town, Greenbush town, Greenfield town, Howland town, Hudson town, Kingman unorg. Lagrange town, Lakeville town, Lee town, Levant town, Lincoln town, Lowell town, Mattawamkeag town, Maxfield town, Medway town, Millinocket town, Mount Chase town, Newburgh town Newport town, North Penobscot unorg. Passadumkeag town, Patten town, Plymouth town, Prentiss plantation, Seboeis plantation, Springfield town, Stacyville town, Stetson town, Twombly unorg. Webster plantation Whitney unorg. Winn town, Woodville town |
| Waldo County part: | Belfast city Belmont town, Brooks town, Burnham town, Frankfort town, Freedom town, Islesboro town, Jackson town, Knox town, Liberty town, Lincolnville town, Monroe town, Montville town, Morrill town Northport town, Palermo town, Prospect town, Searsmont town, Searsport town, Stockton Springs, Swanville town, Thorndike town, Troy town, Unity town, Waldo town |
| York County part: | Acton town, Alfred town, Arundel town, Biddeford city Cornish town, Dayton town, Kennebunk town, Kennebunkport town, Lebanon town, Limerick town, Lyman town, Newfield town, North Berwick town, Ogunquit town, Parsonsfield town, Saco city Waterboro town, Wells town |

MARYLAND (MID-ATLANTIC)

CPI AREAS: COUNTIES
PMSA Baltimore, MD: Anne Arundel Baltimore, Carroll Harford, Howard, Queen Anne's, Baltimore city Columbia city
PMSA Hagerstown, MD: Washington
*Washington, DC-MD-VA: Calvert, Charles, Frederick, Montgomery Prince George's.
PMSA Wilmington-Newark, DE-MD: Cecil

METROPOLITAN COUNTIES
Allegany

NONMETROPOLITAN COUNTIES
Caroline, Dorchester Garrett, Kent, Somerset, St. Mary's, Talbot, Wicomico, Worcester

MASSACHUSETTS (NEW ENGLAND)

CPI AREAS: COUNTIES
PMSA Boston, MA-NH

| | |
|---|---|
| Bristol County part: | Berkley town, Dighton town, Mansfield town, Norton town, Taunton city |
| Essex County part: | Amesbury town, Beverly city Danvers town, Essex town, Gloucester city Hamilton town, Ipswich town, Lynn city Lynnfield town, Manchester town, Marblehead town, Middleton town, Nahant town, Newbury town, Newburyport city Peabody city Rockport town, Rowley town, Salem city Salisbury town, Saugus town, Swampscott town, Topsfield town, Wenham town |
| Middlesex County part: | Acton town, Arlington town, Ashland town, Ayer town, Bedford town, Belmont town, Boxborough town, Burlington town, Cambridge city Carlisle town, Concord town, Everett city Framingham town, Holliston town, Hopkinton town, Hudson town, Lexington town, Lincoln town, Littleton town, Malden city Marlborough city Maynard town, Medford city Melrose city Natick town, Newton city North Reading town, Reading town, Sherborn town, Shirley town, Somerville city Stoneham town, Stow town, Sudbury town, Townsend town, Wakefield town, Waltham city Watertown town, Wayland town, Weston town, Wilmington town, Winchester town, Woburn city |





HeinOnline -- 60 Fed. Reg. 55948 1995

Federal Register / Vol. 60, No. 213 / Friday, November 3, 1995 / Rules and Regulations 55949

Schedule C Contract Rent Automatic Adjustment Factors -- Area Definitions

| | |
|---|---|
| Norfolk County part: | Bellingham town, Braintree town, Brookline town, Canton town, Cohasset town, Dedham town, Dover town, Foxborough town, Franklin town, Holbrook town, Medfield town, Medway town, Millis town, Milton town, Needham town, Norfolk town, Norwood town, Plainville town, Quincy city Randolph town, Sharon town, Stoughton town, Walpole town, Wellesley town, Westwood town, Weymouth town, Wrentham town |
| Plymouth County part: | Carver town, Duxbury town, Hanover town, Hingham town, Hull town, Kingston town, Marshfield town, Norwell town, Pembroke town, Plymouth town, Rockland town, Scituate town, Wareham town |
| Suffolk county part: | Boston city Chelsea city Revere city Winthrop town |
| Worcester County part: | Berlin town, Blackstone town, Bolton town, Harvard town, Hopedale town, Lancaster town, Mendon town, Milford town, Millville town, Southborough town, Upton town |
| PMSA Brockton, MA | |
| Bristol County part: | Easton town, Raynham town |
| Norfolk County part: | Avon town |
| Plymouth County part: | Abington town, Bridgewater town, Brockton city East Bridgewater town, Halifax town, Hanson town, Lakeville town, Middleborough town, Plympton town, West Bridgewater town, Whitman town |
| PMSA Fitchburg-Leominster MA | |
| Middlesex County part: | Ashby town |
| Worcester County part: | Ashburnham town, Fitchburg city Gardner city Leominster city Lunenburg town, Templeton town, Westminster town, Winchendon town |
| PMSA Lawrence, MA-NH | |
| Essex County part: | Andover town, Boxford town, Georgetown town, Groveland town, Haverhill city Lawrence city Merrimac town, Methuen town, North Andover town, West Newbury town |
| PMSA Lowell MA-NH | |
| Middlesex County part: | Billerica town, Chelmsford town, Dracut town, Dunstable town, Groton town, Lowell city Pepperell town, Tewksbury town, Tyngsborough town, Westford town |
| PMSA New Bedford, MA | |
| Bristol County part: | Acushnet town, Dartmouth town, Fairhaven town, Freetown town, New Bedford city |
| Plymouth County part: | Marion town, Mattapoisett town, Rochester town |
| PMSA Worcester MA-CT | |
| Hampden County part: | Holland town |
| Worcester County part: | Auburn town, Barre town, Boylston town, Brookfield town, Charlton town, Clinton town, Douglas town, Dudley town, East Brookfield town, Grafton town, Holden town, Leicester town, Millbury town Northborough town, Northbridge town, North Brookfield town, Oakham town, Oxford town, Paxton town, Princeton town, Rutland town, Shrewsbury town, Southbridge town, Spencer town, Sterling town, Sturbridge town, Sutton town, Uxbridge town, Webster town, Westboroughtown, West Boylston town, West Brookfield town, Worcester city |
| METROPOLITAN COUNTIES | |
| Barnstable County part: | Barnstable town, Brewster town, Chatham town, Dennis town, Eastham town, Harwich town, Mashpee town, Orleans town, Sandwich town, Yarmouth town |
| Berkshire County part: | Adams town, Cheshire town, Dalton town, Hinsdale town, Lanesborough town, Lee town, Lenox town, Pittsfield city Richmond town, Stockbridge town |
| Bristol County part: | Attleboro city Fall River city North Attleborough, Rehoboth town, Seekonk town, Somerset town, Swansea town, Westport town |
| Franklin County part: | Sunderland town |
| Hampden County part: | Agawam town, Chicopee city East Longmeadow to, Hampden town, Holyoke city Longmeadow town, Ludlow town, Monson town, Montgomery town, Palmer town, Russell town, Southwick town, Springfield city Westfield city West Springfield town, Wilbraham town |
| Hampshire County part: | Amherst town, Belchertown town, Easthampton town, Granby town, Hadley town, Hatfield town, Huntington town, Northampton city Southampton town, South Hadley town, Ware town, Williamsburg town |
| NONMETROPOLITAN COUNTIES | |
| Dukes | |
| Nantucket | |
| Barnstable County part: | Bourne town, Falmouth town, Provincetown town, Truro town, Wellfleet town |
| Berkshire County part: | Alford town, Becket town, Clarksburg town, Egremont town, Florida town, Great Barrington town, Hancock town, Monterey town, Mount Washington town, New Ashford town, New Marlborough town, North Adams city Otis town, Peru town, Sandisfield town, Savoy town, Sheffield town, Tyringham town, Washington town, West Stockbridge town, Williamstown town, Windsor town |
| Franklin County part: | Ashfield town, Bernardston town, Buckland town, Charlemont town, Colrain town, Conway town, Deerfield town, Erving town, Gill town, Greenfield town, Hawley town, Heath town, Leverett town, Leyden town, Monroe town, Montague |



HeinOnline -- 60 Fed. Reg. 55949 1995

Schedule C -- Contract Rent Automatic Adjustment Factors -- Area Definitions

| | |
|---|---|
| | town, New Salem town, Northfield town, Orange town, Rowe town Shelburne town, Shutesbury town, Warwick town, Wendell town, Whately town |
| Hampden County part: | Blandford town, Brimfield town, Chester town, Granville town, Tolland town, Wales town |
| Hampshire County part: | Chesterfield town, Cummington town, Goshen town, Middlefield town, Pelham town, Plainfield town, Westhampton town, Worthington town |
| Worcester County part: | Athol town, Hardwick town, Hubbardston town, New Braintree town, Petersham town, Phillipston town, Royalston town, Warren town |

MICHIGAN (MIDWEST)

CPI AREAS: COUNTIES
PMSA Ann Arbor MI Lenawee, Livingston, Washtenaw
PMSA Detroit, MI Lapeer Macomb, Monroe, Oakland, St. Clair Wayne
PMSA Flint, MI Genesee

METROPOLITAN COUNTIES
Allegan, Bay Berrien, Calhoun, Clinton, Eaton, Ingham, Jackson, Kalamazoo, Kent, Midland, Muskegon, Ottawa, Saginaw, Van Buren

NONMETROPOLITAN COUNTIES
Alcona, Alger Alpena, Antrim, Arenac, Baraga, Barry Benzie, Branch, Cass, Charlevoix, Cheboygan, Chippewa, Clare, Crawford, Delta, Dickinson, Emmet, Gladwin, Gogebic, Grand Traverse, Gratiot, Hillsdale, Houghton, Huron, Ionia, Iosco, Iron, Isabella
Kalkaska, Keweenaw, Lake, Leelanau, Luce, Mackinac, Manistee, Marquette, Mason, Mecosta, Menominee, Missaukee, Montcalm, Montmorency Newaygo, Oceana, Ogemaw, Ontonagon, Osceola, Oscoda, Otsego, Presque Isle, Roscommon, Sanilac, Schoolcraft, Shiawassee, St. Joseph, Tuscola, Wexford

MINNESOTA (MIDWEST)

CPI AREAS: COUNTIES
MSA Minneapolis-St. Paul MN-WI Anoka, Carver Chisago, Dakota, Hennepin, Isanti Ramsey Scott, Sherburne, Washington, Wright

METROPOLITAN COUNTIES
Benton, Clay Houston, Olmsted, Polk, St. Louis, Stearns

NONMETROPOLITAN COUNTIES
Aitkin, Becker Beltrami Big Stone, Blue Earth, Brown, Carlton, Cass, Chippewa, Clearwater Cook, Cottonwood, Crow Wing, Dodge, Douglas, Faribault, Fillmore, Freeborn, Goodhue, Grant, Hubbard, Itasca, Jackson, Kanabec, Kandiyohi Kittson, Koochiching, Lac qui Parle, Lake, Lake of the Woods, Le Sueur Lincoln, Lyon, Mahnomen, Marshall, Martin, Mcleod, Meeker Mille Lacs, Morrison Mower Murray Nicollet, Nobles, Norman, Otter Tail Pennington, Pine, Pipestone, Pope, Red Lake, Redwood, Renville, Rice, Rock, Roseau, Sibley Steele, Stevens, Swift, Todd, Traverse, Wabasha, Wadena, Waseca, Watonwan, Wilkin, Winona, Yellow Medicine

MISSISSIPPI (SOUTHEAST)

METROPOLITAN COUNTIES
Desoto, Forrest, Hancock, Harrison, Hinds, Jackson, Lamar Madison, Rankin

NONMETROPOLITAN COUNTIES
Adams, Alcorn, Amite, Attala, Benton, Bolivar Calhoun, Carroll Chickasaw, Choctaw, Claiborne, Clarke, Clay Coahoma, Copiah, Covington, Forrest, Franklin, George, Greene, Grenada, Holmes, Humphreys, Issaquena, Itawamba, Jasper Jefferson, Jefferson Davis, Jones, Kemper Lafayette, Lauderdale, Lawrence, Leake, Lee, Leflore, Lincoln, Lowndes, Marion, Marshall Monroe, Montgomery Neshoba, Newton, Noxubee, Oktibbeha, Panola, Pearl River Perry Pike, Pontotoc, Prentiss, Quitman, Scott, Sharkey Simpson, Smith, Stone, Sunflower Tallahatchie, Tate, Tippah, Tishomingo, Tunica, Union, Walthall Warren, Washington, Wayne, Webster Wilkinson, Winston, Yalobusha, Yazoo

MISSOURI (GREAT PLAINS)

CPI AREAS: COUNTIES
MSA Kansas City MO-KS: Cass, Clay Clinton, Jackson, Lafayette, Platte, Ray
MSA St. Louis, MO-IL. Franklin, Jefferson, Lincoln, St. Charles, St. Louis, Warren, St. Louis city Crawford-Sullivan (part)

METROPOLITAN COUNTIES
Andrew, Boone, Buchanan, Christian, Greene, Jasper Newton, Webster

NONMETROPOLITAN COUNTIES
Adair Atchison, Audrain, Barry Barton, Bates, Benton, Bollinger Butler Caldwell Callaway Camden, Cape Girardeau, Carroll Carter Cedar Chariton, Clark, Cole, Cooper Crawford, Dade, Dallas, Daviess, Dekalb, Dent Douglas, Dunklin, Gasconade, Gentry Grundy Harrison, Henry Hickory Holt, Howard,





HeinOnline -- 60 Fed. Reg. 55950 1995

Schedule C Contract Rent Automatic Adjustment Factors Area Definitions

Howell Iron, Johnson, Knox, Laclede, Lawrence, Lewis, Linn, Livingston, Macon, Madison, Maries, Marion, Mcdonald, Mercer Miller Mississippi Moniteau, Monroe, Montgomery Morgan, New Madrid, Nodaway Oregon, Osage, Ozark, Pemiscot, Perry Pettis, Phelps, Pike, Polk, Pulaski Putnam, Ralls, Randolph, Reynolds, Ripley Saline, Schuyler Scotland, Scott, Shannon, Shelby St. Clair St. Francois, Ste. Genevieve, Stoddard, Stone, Sullivan, Taney Texas, Vernon, Washington, Wayne, Worth, Wright

MONTANA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Cascade, Yellowstone

NONMETROPOLITAN COUNTIES
Beaverhead, Big Horn, Blaine, Broadwater Carbon, Carter Chouteau, Custer Daniels, Dawson, Deer Lodge, Fallon, Fergus, Flathead, Gallatin, Garfield, Glacier Golden Valley Granite, Hill Jefferson, Judith Basin, Lake, Lewis and Clark, Liberty Lincoln, Madison, Mccone, Meagher Mineral Missoula, Musselshell Park, Petroleum, Phillips, Pondera, Powder River Powell Prairie Ravalli Richland, Roosevelt, Rosebud, Sanders, Sheridan, Silver Bow, Stillwater Sweet Grass, Teton, Toole, Treasure, Valley Wheatland, Wibaux

NEBRASKA (GREAT PLAINS)

METROPOLITAN COUNTIES
Cass, Dakota, Douglas, Lancaster Sarpy Washington

NONMETROPOLITAN COUNTIES
Adams, Antelope, Arthur Banner Blaine, Boone, Box Butte, Boyd, Brown, Buffalo, Burt, Butler Cedar Chase, Cherry Cheyenne, Clay Colfax, Cuming, Custer Dawes, Dawson, Deuel Dixon, Dodge, Dundy Fillmore, Franklin, Frontier Furnas, Gage, Garden, Garfield, Gosper Grant, Greeley Hall Hamilton, Harlan, Hayes, Hitchcock, Holt, Hooker Howard, Jefferson, Johnson, Kearney Keith, Keya Paha, Kimball Knox, Lincoln, Logan, Loup, Madison, Mcpherson, Merrick, Morrill Nance, Nemaha, Nuckolls, Otoe, Pawnee, Perkins, Phelps, Pierce, Platte, Polk, Red Willow, Richardson, Rock, Saline, Saunders, Scotts Bluff Seward, Sheridan, Sherman, Sioux, Stanton, Thayer Thomas, Thurston, Valley Wayne, Webster Wheeler York

NEVADA (PACIFIC/HAWAII)

METROPOLITAN COUNTIES
Clark, Nye, Washoe

NONMETROPOLITAN COUNTIES
Churchill Douglas, Elko, Esmeralda, Eureka, Humboldt, Lander Lincoln, Lyon, Mineral Pershing, Storey White Pine, Carson City

NEW HAMPSHIRE (NEW ENGLAND)

CPI AREAS: COUNTIES

PMSA Lawrence, MA-NH

| | |
|---|---|
| Rockingham County part: | Atkinson town, Chester town, Danville town, Derry town, Fremont town, Hampstead town, Kingston town, Newton town, Plaistow town, Raymond town, Salem town, Sandown town, Windham town |
| PMSA Lowell MA-NH | |
| Hillsborough county part: | Pelham town |
| PMSA Manchester NH | |
| Hillsborough county part: | Bedford town, Goffstown town, Manchester city Weare town |
| Merrimack county part: | Allenstown town, Hooksett town |
| Rockingham county part: | Auburn town, Candia town, Londonderry town |
| PMSA Nashua, NH | |
| Hillsborough county part: | Amherst town, Brookline town, Greenville town, Hollis town, Hudson town, Litchfield town, Mason town, Merrimack town, Milford town, Mont Vernon town, Nashua city New Ipswich town, Wilton town |
| PMSA Portsmouth-Rochester NH-ME | |
| Rockingham County part: | Brentwood town, East Kingston town, Epping town, Exeter town, Greenland town, Hampton town, Hampton Falls town, Kensington town, New Castle town, Newfields town, Newington town, Newmarket town North Hampton town, Portsmouth city Rye town, Stratham town |
| Strafford County part: | Barrington town, Dover city Durham town, Farmington town, Lee town, Madbury town, Milton town, Rochester city Rollinsford town, Somersworth city |

NONMETROPOLITAN COUNTIES
Belknap
Carroll
Cheshire
Coos





HeinOnline -- 60 Fed. Reg. 55951 1995

Schedule C -- Contract Rent Automatic Adjustment Factors Area Definitions

Grafton
Sullivan
Hillsborough County part: Antrim town, Bennington town, Deering town, Francestown town, Greenfield town, Hancock town, Hillsborough town, Lyndeborough town, New Boston town, Peterborough town, Sharon town, Temple town Windsor town
Merrimack County part: Andover town, Boscawen town, Bow town, Bradford town, Canterbury town, Chichester town, Concord city Danbury town, Dunbarton town, Epsom town, Franklin city Henniker town, Hill town, Hopkinton town, Loudon town, Newbury town, New London town, Northfield town, Pembroke town, Pittsfield town, Salisbury town, Sutton town, Warner town; Webster town, Wilmot town
Rockingham County part: Deerfield town, Northwood town, Nottingham town,
Strafford County part: Middleton town, New Durham town, Strafford town

NEW JERSEY (NEW YORK/NEW JERSEY)

CPI AREAS: COUNTIES

PMSA Atlantic-Cape May NJ: Atlantic, Cape May
PMSA Bergen-Passaic, NJ: Bergen, Passaic
PMSA Jersey City NJ: Hudson
PMSA Middlesex-Somerset-Hunterdon, NJ: Hunterdon, Middlesex, Somerset
PMSA Monmouth-Ocean, NJ: Monmouth, Ocean
PMSA Newark, NJ: Essex, Morris, Sussex, Union, Warren
PMSA Philadelphia, PA-NJ: Burlington, Camden, Gloucester Salem
PMSA Trenton, NJ: Mercer
PMSA Vineland-Millville-Bridgeton, NJ: Cumberland

NEW MEXICO (SOUTHWEST)

METROPOLITAN COUNTIES
Bernalillo, Dona Ana, Los Alamos, Sandoval Santa Fe, Valencia

NONMETROPOLITAN COUNTIES
Catron, Chaves, Cibola, Colfax, Curry Debaca, Eddy Grant, Guadalupe, Harding, Hidalgo, Lea, Lincoln, Luna, Mckinley Mora, Otero
Quay Rio Arriba, Roosevelt, San Juan, San Miguel Sierra, Socorro, Taos, Torrance, Union

NEW YORK (NEW YORK/NEW JERSEY)

CPI AREAS. COUNTIES
PMSA Buffalo-Niagara Falls, NY Erie, Niagara
PMSA Dutchess County NY Dutchess
PMSA Nassau-Suffolk, NY Nassau, Suffolk
PMSA New York, NY Bronx, Kings, New York, Putnam, Queens, Richmond, Rockland
*COUNTY Westchester NY Westchester
PMSA Newburgh, NY-PA: Orange

METROPOLITAN COUNTIES
Albany Broome, Cayuga, Chautauqua, Chemung, Genesee, Herkimer Livingston, Madison, Monroe, Montgomery Oneida, Onondaga, Ontario
Orleans, Oswego, Rensselaer Saratoga, Schenectady Schoharie, Tioga, Warren, Washington, Wayne

NONMETROPOLITAN COUNTIES
Allegany Cattaraugus, Chenango, Clinton, Columbia, Cortland, Delaware, Essex, Franklin, Fulton, Greene, Hamilton, Jefferson, Lewis, Otsego, Schuyler Seneca, St. Lawrence, Steuben, Sullivan, Tompkins, Ulster Wyoming, Yates

NORTH CAROLINA (SOUTHEAST)

METROPOLITAN COUNTIES
Alamance, Alexander Brunswick, Buncombe, Burke, Cabarrus, Caldwell Catawba, Chatham, Cumberland, Currituck, Davidson, Davie, Durham, Edgecombe, Forsyth, Franklin, Gaston, Guilford, Johnston, Lincoln, Madison, Mecklenburg, Nash, New Hanover Onslow, Orange, Pitt, Randolph, Rowan, Stokes, Union, Wake, Wayne, Yadkin

NONMETROPOLITAN COUNTIES
Alleghany Anson, Ashe, Avery Beaufort, Bertie, Bladen, Camden, Carteret, Caswell Cherokee, Chowan, Clay Cleveland, Columbus, Craven, Dare, Duplin, Gates, Graham, Granville, Greene, Halifax, Harnett, Haywood, Henderson, Hertford, Hoke, Hyde, Iredell Jackson, Jones, Lee, Lenoir Macon, Martin, Mcdowell Mitchell Montgomery Moore, Northampton, Pamlico, Pasquotank, Pender
Perquimans, Person, Polk, Richmond, Robeson, Rockingham, Rutherford, Sampson, Scotland, Stanly Surry Swain, Transylvania, Tyrrell Vance, Warren, Washington, Watauga, Wilkes, Wilson, Yancey





HeinOnline -- 60 Fed. Reg. 55952 1995

Federal Register / Vol. 60, No. 213 / Friday November 3, 1995 / Rules and Regulations 55953

Schedule C -- Contract Rent Automatic Adjustment Factors -- Area Definitions

NORTH DAKOTA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Burleigh, Cass, Grand Forks, Morton

NONMETROPOLITAN COUNTIES
Adams, Barnes, Benson, Billings, Bottineau, Bowman, Burke, Cavalier, Dickey Divide, Dunn, Eddy Emmons, Foster Golden Valley Grant, Griggs, Hettinger Kidder Lamoure, Logan, Mchenry Mcintosh, Mckenzie, Mclean, Mercer Mountrail Nelson, Oliver Pembina, Pierce, Ramsey Ransom, Renville, Richland, Rolette, Sargent, Sheridan, Sioux, Slope, Stark, Steele, Stutsman, Towner Traill
Walsh, Ward, Wells, Williams

OHIO (MIDWEST)

CPI AREAS: COUNTIES
PMSA Akron, OH: Portage, Summit
*COUNTY Brown, OH: Brown
*Cincinnati OH-KY-IN: Clermont, Hamilton, Warren
PMSA Cleveland-Lorain-Elyria, OH: Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina
PMSA Hamilton-Middletown, OH: Butler

METROPOLITAN COUNTIES
Allen, Auglaize, Belmont, Carroll Clark, Columbiana, Crawford, Delaware, Fairfield, Franklin, Fulton, Greene, Jefferson, Lawrence, Licking, Lucas, Madison, Mahoning, Miami Montgomery Pickaway Richland, Stark, Trumbull Washington, Wood

NONMETROPOLITAN COUNTIES
Adams, Ashland, Athens, Champaign, Clinton, Coshocton, Darke, Defiance, Erie, Fayette, Gallia, Guernsey Hancock, Hardin, Harrison, Henry Highland, Hocking, Holmes, Huron, Jackson, Knox, Logan, Marion, Meigs, Mercer Monroe, Morgan, Morrow, Muskingum, Noble, Ottawa, Paulding, Perry Pike, Preble, Putnam, Ross, Sandusky Scioto, Seneca, Shelby Tuscarawas, Union, Van Wert, Vinton, Wayne
Williams, Wyandot

OKLAHOMA (SOUTHWEST)

METROPOLITAN COUNTIES
Canadian, Cleveland, Comanche, Creek, Garfield, Logan, Mcclain, Oklahoma, Osage, Pottawatomie, Rogers, Sequoyah, Tulsa, Wagoner

NONMETROPOLITAN COUNTIES
Adair Alfalfa, Atoka, Beaver Beckham, Blaine, Bryan, Caddo, Carter Cherokee, Choctaw, Cimarron, Coal Cotton, Craig, Custer Delaware, Dewey Ellis, Garvin, Grady Grant, Greer Harmon, Harper Haskell Hughes, Jackson, Jefferson, Kay Kingfisher Kiowa, Latimer Le Flore, Lincoln, Love, Major Marshall Mayes, Mccurtain, Mcintosh, Murray Muskogee, Noble, Nowata
Okfuskee, Okmulgee, Ottawa, Pawnee, Payne, Pittsburg, Pontotoc, Pushmataha, Roger Mills, Seminole, Stephens, Texas, Tillman, Washington, Washita, Woods, Woodward

OREGON (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES
PMSA Portland-Vancouver OR-WA. Clackamas, Columbia, Multnomah, Washington, Yamhill
PMSA Salem, OR: Marion, Polk

METROPOLITAN COUNTIES
Jackson, Lane

NONMETROPOLITAN COUNTIES
Baker Benton, Clatsop, Coos, Crook, Curry Deschutes, Douglas, Gilliam, Grant, Harney Hood River Jefferson, Josephine, Klamath, Lake, Lincoln, Linn, Malheur Morrow, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Wheeler

PENNSYLVANIA (MID-ATLANTIC)

CPI AREAS: COUNTIES
PMSA Newburgh, NY-PA: Pike
PMSA Philadelphia, PA-NJ: Bucks, Chester Delaware, Montgomery Philadelphia
PMSA Pittsburgh, PA. Allegheny Beaver Butler Fayette, Washington, Westmoreland

METROPOLITAN COUNTIES
Berks, Blair Cambria, Carbon, Centre, Columbia, Cumberland, Dauphin, Erie, Lackawanna, Lancaster Lebanon, Lehigh, Luzerne, Lycoming, Mercer Northampton, Perry Somerset, Wyoming, York

NONMETROPOLITAN COUNTIES



HeinOnline -- 60 Fed. Reg. 55953 1995

Schedule C Contract Rent Automatic Adjustment Factors Area Definitions

Adams, Armstrong, Bedford, Bradford, Cameron, Clarion, Clearfield, Clinton, Crawford, Elk, Forest, Franklin, Fulton, Greene, Huntingdon, Indiana, Jefferson, Juniata, Lawrence, Mc Kean, Mifflin, Monroe, Montour Northumberland, Potter Schuylkill Snyder Sullivan, Susquehanna, Tioga, Union, Venango, Warren, Wayne

RHODE ISLAND (NEW ENGLAND)

METROPOLITAN COUNTIES
Bristol County part: Barrington town, Bristol town, Warren town
Kent County part: Coventry town, East Greenwich town, Warwick city West Greenwich town, West Warwick town
Providence County part: Burrillville town, Central Falls city Cranston city Cumberland town, East Providence city Foster town, Glocester town, Johnston town, Lincoln town, North Providence town, North Smithfield town, Pawtucket city Providence city Scituate town, Smithfield town, Woonsocket city
Newport County part: Jamestown town, Little Compton town, Tiverton town
Washington County part: Charlestown town, Exeter town, Narragansett town, North Kingstown to, Richmond town, South Kingstown town
Washington County part: Hopkinton town, Westerly town

NONMETROPOLITAN COUNTIES
Newport County part: Middletown town, Newport city Portsmouth town
Washington County part: New Shoreham town

SOUTH CAROLINA (SOUTHEAST)

METROPOLITAN COUNTIES
Aiken, Anderson, Berkeley Charleston, Cherokee, Dorchester Edgefield, Florence, Greenville, Horry Lexington, Pickens, Richland, Spartanburg, Sumter York

NONMETROPOLITAN COUNTIES
Abbeville, Allendale, Bamberg, Barnwell Beaufort, Calhoun, Chester Chesterfield, Clarendon, Colleton, Darlington, Dillon, Fairfield, Georgetown, Greenwood, Hampton, Jasper Kershaw, Lancaster Laurens, Lee, Marion, Marlboro, Mccormick, Newberry Oconee, Orangeburg, Saluda, Union, Williamsburg

SOUTH DAKOTA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Lincoln, Minnehaha, Pennington

NONMETROPOLITAN COUNTIES
Aurora, Beadle, Bennett, Bon Homme, Brookings, Brown, Brule, Buffalo, Butte, Campbell Charles Mix, Clark, Clay Codington, Corson, Custer Davison, Day Deuel Dewey Douglas, Edmunds, Fall River Faulk, Grant, Gregory Haakon, Hamlin, Hand, Hanson, Harding, Hughes, Hutchinson, Hyde, Jackson, Jerauld, Jones, Kingsbury Lake, Lawrence, Lyman, Marshall Mccook, Mcpherson, Meade, Mellette Miner Moody Perkins, Potter Roberts, Sanborn, Shannon, Spink, Stanley Sully Todd, Tripp, Turner Union, Walworth, Yankton, Ziebach

TENNESSEE (SOUTHEAST)

METROPOLITAN COUNTIES
Anderson, Blount, Carter Cheatham, Davidson, Dickson, Fayette, Hamilton, Hawkins, Knox, Loudon, Madison, Marion, Montgomery Robertson, Rutherford, Sevier Shelby Sullivan, Sumner Tipton, Unicoi Union, Washington, Williamson, Wilson

NONMETROPOLITAN COUNTIES
Bedford, Benton, Bledsoe, Bradley Campbell Cannon, Carroll Chester Claiborne, Clay Cocke, Coffee, Crockett Cumberland, Dekalb, Decatur Dyer Fentress, Franklin, Gibson, Giles, Grainger Greene, Grundy Hamblen, Hancock, Hardeman, Hardin, Haywood, Henderson, Henry Hickman, Houston, Humphreys, Jackson, Jefferson, Johnson, Lake, Lauderdale, Lawrence, Lewis, Lincoln, Macon, Marshall Maury Mcminn, Mcnairy Meigs, Monroe, Moore, Morgan, Obion, Overton, Perry Pickett, Polk, Putnam, Rhea, Roane, Scott Sequatchie, Smith, Stewart, Trousdale, Van Buren, Warren, Wayne, Weakley White

TEXAS (SOUTHWEST)

CPI AREAS. COUNTIES
PMSA Brazoria, TX. Brazoria
*Dallas, TX. Collin, Dallas, Denton, Ellis, Hunt Kaufman, Rockwall
PMSA Fort Worth-Arlington, TX: Hood, Johnson, Parker Tarrant
PMSA Galveston-Texas City TX. Galveston
*COUNTY Henderson, TX. Henderson
PMSA Houston, TX. Chambers Fort Bend, Harris, Liberty Montgomery Waller



HeinOnline -- 60 Fed. Reg. 55954 1995

Schedule C -- Contract Rent Automatic Adjustment Factors Area Definitions

METROPOLITAN COUNTIES
Archer Bastrop, Bell Bexar Bowie, Brazos, Caldwell Cameron, Comal Coryell Ector El Paso, Grayson, Gregg, Guadalupe, Hardin, Harrison, Hays, Hidalgo, Jefferson, Lubbock, Mclennan, Midland, Nueces, Orange, Potter Randall San Patricio, Smith, Taylor Tom Green, Travis, Upshur Victoria, Webb, Wichita, Williamson, Wilson

NONMETROPOLITAN COUNTIES
Anderson, Andrews, Angelina, Aransas, Armstrong, Atascosa, Austin, Bailey Bandera, Baylor Bee, Blanco, Borden, Bosque, Brewster Briscoe, Brooks, Brown, Burleson, Burnet, Calhoun, Callahan, Camp, Carson, Cass, Castro, Cherokee, Childress, Clay Cochran, Coke, Coleman, Collingsworth, Colorado, Comanche, Concho, Cooke, Cottle, Crane, Crockett, Crosby Culberson, Dallam, Dawson, Dewitt Deaf Smith, Delta, Dickens, Dimmit, Donley Duval Eastland, Edwards, Erath, Falls, Fannin, Fayette, Fisher Floyd, Foard, Franklin, Freestone, Frio, Gaines, Garza, Gillespie, Glasscock, Goliad, Gonzales, Gray Grimes, Hale, Hall Hamilton, Hansford, Hardeman, Hartley Haskell Hemphill Hill Hockley Hopkins, Houston, Howard, Hudspeth, Hutchinson, Irion, Jack, Jackson, Jasper Jeff Davis, Jim Hogg, Jim Wells, Jones, Karnes, Kendall Kenedy Kent, Kerr Kimble, King, Kinney Kleberg, Knox, La Salle, Lamar Lamb, Lampasas, Lavaca, Lee, Leon, Limestone, Lipscomb, Live Oak, Llano, Loving, Lynn, Madison, Marion, Martin, Mason, Matagorda, Maverick, Mcculloch, Mcmullen, Medina, Menard, Milam, Mills, Mitchell Montague, Moore, Morris, Motley Nacogdoches, Navarro, Newton, Nolan, Ochiltree, Oldham, Palo Pinto, Panola, Parmer Pecos, Polk, Presidio, Rains, Reagan, Real Red River Reeves, Refugio, Roberts, Robertson, Runnels, Rusk, Sabine, San Augustine, San Jacinto, San Saba, Schleicher Scurry Shackelford, Shelby Sherman, Somervell Starr Stephens, Sterling, Stonewall Sutton, Swisher Terrell Terry Throckmorton, Titus, Trinity Tyler Upton, Uvalde, Val Verde, Van Zandt, Walker Ward, Washington, Wharton, Wheeler Wilbarger Willacy Winkler Wise, Wood, Yoakum, Young, Zapata, Zavala

UTAH (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Davis, Kane, Salt Lake, Utah, Weber

NONMETROPOLITAN COUNTIES
Beaver Box Elder Cache, Carbon, Daggett, Duchesne, Emery Garfield, Grand, Iron, Juab, Millard, Morgan, Piute, Rich, San Juan, Sanpete, Sevier Summit, Tooele, Uintah, Wasatch, Washington, Wayne

VERMONT (NEW ENGLAND)

METROPOLITAN COUNTIES
Chittenden County part: Burlington city Charlotte town, Colchester town, Essex town, Hinesburg town, Jericho town, Milton town, Richmond town, St. George town, Shelburne town, South Burlington city Williston town, Winooski city
Franklin County part: Fairfax town, Georgia town, St. Albans city St. Albans town, Swanton town
Grand Isle County part: Grand Isle town, South Hero town

NONMETROPOLITAN COUNTIES
Addison
Bennington
Caledonia
Essex
Lamoille
Orange
Orleans
Rutland
Washington
Windham
Windsor
Chittenden County part: Bolton town, Buels gore, Huntington town, Underhill town, Westford town
Franklin County part: Bakersfield town, Berkshire town, Enosburg town, Fairfield town, Fletcher town, Franklin, Highgate town, Montgomery town, Richford town, Sheldon town
Grand Isle County part: Alburg town, Isle La Motte town, North Hero town

VIRGINIA (MID-ATLANTIC)

CPI AREAS. COUNTIES
*COUNTY Clarke, VA: Clarke
*COUNTY Culpeper VA. Culpeper
*COUNTY King George, VA: King George
*COUNTY Warren, VA. Warren

CPI AREAS. COUNTIES
*Washington, DC-MD-VA. Arlington, Fairfax, Fauquier Loudoun, Prince William, Spotsylvania, Stafford, Alexandria city Fairfax city Falls Church city Fredericksburg city Manassas Park city Manassas city



HeinOnline -- 60 Fed. Reg. 55955 1995

Schedule C Contract Rent Automatic Adjustment Factors Area Definitions

METROPOLITAN COUNTIES
Albemarle, Amherst, Bedford, Botetourt, Campbell Charles City Chesterfield, Dinwiddie, Fluvanna, Gloucester Goochland, Greene, Hanover Henrico, Isle of Wight, James City Mathews, New Kent, Pittsylvania, Powhatan, Prince George, Roanoke, Scott, Washington, York, Bedford city Bristol city Charlottesville city Chesapeake city Colonial Heights city Danville city Hampton city Hopewell city, Lynchburg city Newport News city Norfolk city Petersburg city Poquoson city Portsmouth city Richmond city Roanoke city Salem city Suffolk city Virginia Beach city Williamsburg city

NONMETROPOLITAN COUNTIES
Accomack, Alleghany Amelia, Appomattox, Augusta, Bath, Bland, Brunswick, Buchanan, Buckingham, Caroline, Carroll Charlotte, Craig, Cumberland, Dickenson, Essex, Floyd, Franklin, Frederick, Giles, Grayson, Greensville, Halifax, Henry Highland, King William, King and Queen, Lancaster, Lee, Louisa, Lunenburg, Madison, Mecklenburg, Middlesex, Montgomery Nelson, Northampton Northumberland, Nottoway Orange, Page, Patrick, Prince Edward, Pulaski Rappahannock, Richmond, Rockbridge, Rockingham, Russell Shenandoah, Smyth, Southampton, Surry Sussex, Tazewell Westmoreland, Wise, Wythe

WASHINGTON (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES
PMSA Bremerton, WA. Kitsap
PMSA Olympia, WA: Thurston
PMSA Portland-Vancouver OR-WA: Clark
PMSA Seattle-Bellevue-Everett, WA: Island, King, Snohomish
PMSA Tacoma, WA: Pierce

METROPOLITAN COUNTIES
Benton, Franklin, Spokane, Whatcom, Yakima

NONMETROPOLITAN COUNTIES
Adams, Asotin, Chelan, Clallam, Columbia, Cowlitz, Douglas, Ferry Garfield, Grant, Grays Harbor Jefferson, Kittitas, Klickitat, Lewis, Lincoln, Mason, Okanogan, Pacific, Pend Oreille, San Juan, Skagit, Skamania, Stevens, Wahkiakum, Walla Walla, Whitman

WEST VIRGINIA (MID-ATLANTIC)

CPI AREAS. COUNTIES
*COUNTY Berkeley WV Berkeley
*COUNTY Jefferson, WV Jefferson

METROPOLITAN COUNTIES
Brooke, Cabell Hancock, Kanawha, Marshall Mineral Ohio, Putnam, Wayne, Wood

NONMETROPOLITAN COUNTIES
Barbour Boone, Braxton, Calhoun, Clay Doddridge, Fayette, Gilmer Grant, Greenbrier Hampshire, Hardy Harrison, Jackson, Lewis, Lincoln, Logan, Marion, Mason, Mcdowell Mercer Mingo, Monongalia, Monroe, Morgan, Nicholas, Pendleton, Pleasants, Pocahontas, Preston, Raleigh, Randolph, Ritchie, Roane, Summers, Taylor Tucker Tyler Upshur Webster Wetzel Wirt, Wyoming

WISCONSIN (MIDWEST)

CPI AREAS: COUNTIES
PMSA Kenosha, WI Kenosha
PMSA Milwaukee-Waukesha, WI Milwaukee, Ozaukee, Washington, Waukesha
MSA Minneapolis-St. Paul MN-WI Pierce, St. Croix
PMSA Racine, WI Racine

METROPOLITAN COUNTIES
Brown, Calumet, Chippewa, Dane, Douglas, Eau Claire, La Crosse, Marathon, Outagamie, Rock, Sheboygan, Winnebago

NONMETROPOLITAN COUNTIES
Adams, Ashland, Barron, Bayfield, Buffalo, Burnett, Clark, Columbia, Crawford, Dodge, Door Dunn, Florence, Fond du Lac, Forest, Grant, Green, Green Lake, Iowa, Iron, Jackson, Jefferson, Juneau, Kewaunee, Lafayette, Langlade, Lincoln, Manitowoc, Marinette, Marquette, Menominee, Monroe, Oconto, Oneida, Pepin, Polk, Portage, Price, Richland, Rusk, Sauk, Sawyer Shawano, Taylor Trempealeau, Vernon, Vilas, Walworth, Washburn, Waupaca, Waushara, Wood

WYOMING (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Laramie Natrona





HeinOnline -- 60 Fed. Reg. 55956 1995

Schedule C -- Contract Rent Automatic Adjustment Factors Area Definitions

NONMETROPOLITAN COUNTIES
Albany Big Horn, Campbell, Carbon, Converse, Crook, Fremont, Goshen, Hot Springs, Johnson, Lincoln, Niobrara, Park, Platte, Sheridan, Sublette, Sweetwater Teton, Uinta, Washakie, Weston

PACIFIC ISLANDS (PACIFIC/HAWAII)

NONMETROPOLITAN COUNTIES
Pacific Islands

PUERTO RICO (SOUTHEAST)

METROPOLITAN COUNTIES
Aguada, Aguadilla, Aguas Buenas, Anasco, Arecibo, Barceloneta, Bayamon, Cabo Rojo, Caguas, Camuy Canovanas, Carolina, Catano, Cayey Ceiba, Cidra, Comerio, Corozal Dorado, Fajardo, Florida, Guayanilla, Guaynabo, Gurabo, Hatillo, Hormigueros, Humacao, Juana Diaz, Juncos, Las Piedras, Loiza, Luquillo, Manati Mayaguez, Moca, Morovis, Naguabo, Naranjito, Penuelas, Ponce, Rio Grande, Sabana Grand, San German, San Juan, San Lorenzo, Toa Alta, Toa Baja, Trujillo Alt, Vega Alta, Vega Baja, Villalba, Yabucoa, Yauco

NONMETROPOLITAN COUNTIES
Aibonito, Arroyo, Adjuntas, Barranquitas, Ciales, Coamo, Culerbra, Guanica, Guayama, Isabela, Jayuya, Lajas, Lares, Las Marias, Maricao, Maunabo, Orocovis, Patillas, Quebradillas, Rincon, Salinas, San Sebastia, Santa Isabel Utuado, Vieques

VIRGIN ISLANDS (SOUTHEAST)

NONMETROPOLITAN COUNTIES
Virgin Island



[FR Doc. 95–27262 Filed 11–2–95; 8:45 am]
BILLING CODE 4210–32–C



HeinOnline -- 60 Fed. Reg. 55957 1995

federal register

Monday
December 16, 1996

## Part IV

# Department of Housing and Urban Development

Office of the Secretary

24 CFR Part 888

Section 8 Housing Assistance Payments Program; Contract Rent Annual Adjustment Factors, Fiscal Year 1997; Final Rule



HeinOnline -- 61 Fed. Reg. 66131 1996

66132 Federal Register / Vol. 61, No. 242 / Monday, December 16, 1996 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–4157–N–01]**

## Section 8 Housing Assistance Payments Program; Contract Rent Annual Adjustment Factors Fiscal Year 1997

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Revised contract rent annual adjustment factors.

**SUMMARY:** The United States Housing Act of 1937 requires that the assistance contracts signed by owners participating in the Department's Section 8 Housing Assistance Payments programs provide for annual or more frequent adjustment in the maximum monthly rentals for units covered by the contract to reflect changes based on Fair Market Rents (FMRs) prevailing in a particular market area, or on a reasonable formula. This document announces revised Annual Adjustment Factors (AAFs) for assistance contract anniversaries from October 1, 1996. The factors are based on a formula using data on residential rent and utilities cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) survey and from HUD Random Digit Dialing (RDD) rent change surveys.

**EFFECTIVE DATE:** October 1, 1996.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708–0477], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Barbara D. Hunter, Program Management Division, Office of Multifamily Asset Management and Disposition [(202) 708–4162], for questions relating to all other Section 8 programs; Alan Fox, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708–0590; e-mail alan—fox@hud.gov], for technical information regarding the development of the schedules for specific areas or the methods used for calculating the AAFs. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410. Hearing-or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY) (Other than the "800" TDD number, the above-listed telephone numbers are not toll-free.)

**SUPPLEMENTARY INFORMATION:**

A special requirement for determining the AAF used for the adjustment of Section 8 contract rents is applicable in Federal Fiscal Year 1997 (October 1, 1996 to September 30, 1997.) In FY 1997, the law provides (42 U.S.C. 1437f(c)(2)(A), as amended in 108 Stat. 2315 (9/28/94) and 110 Stat 2874 (9/26/96)):

> Except for assistance under the certificate program, for any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0. In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor shall not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the market area.

This provision was amended by the FY 1997 appropriation (Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act of 1997, Pub. L. 104–204, approved September 26, 1996, 110 Stat. 2874). To implement the law, HUD is again publishing two separate AAF tables, contained in Schedule C, tables 1 and 2 of this document. Each AAF in table 2 is computed by subtracting 0.01 from the annual adjustment factor in table 1.

### Applicability of AAFs to Various Section 8 Programs

AAFs established by this document are used to adjust contract rents for Section 8 Housing Assistance Payments Program units. However, the specific application of the AAFs is determined by the law, the HAP contract, and appropriate program regulations or requirements.

AAFs are not used for the Section 8 voucher program.

Contract rents for some projects receiving Section 8 subsidies under the loan management program (24 CFR part 886, subpart A) and for projects receiving Section 8 subsidies under the property disposition program (24 CFR part 886, subpart C) are adjusted, at HUD's option, either by applying the AAFs or by adjusting rents in accordance with 24 CFR 207.19(e).

Under the Section 8 moderate rehabilitation program (both the regular program and the single room occupancy program), the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent.

### Adjustment Procedures Under Fiscal Year 1997 Appropriation

The discussion in this Federal Register document is intended to provide a broad orientation on procedures for adjustment under the FY 1997 appropriations. Technical details and requirements will be described in HUD notices (by the HUD Office of Housing and the HUD Office of Public and Indian Housing).

Because of statutory and structural distinctions between the various Section 8 programs, separate procedures are used for three program categories:

#### *Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs*

In the Section 8 New Construction and Substantial Rehabilitation programs, the published AAF factor is applied to the pre-adjustment contract rent. In the Section 8 Moderate Rehabilitation program, the published AAF is applied to the pre-adjustment base rent.

For category 1 programs, the Table 1 AAF factor is applied before determining comparability (rent reasonableness.) Comparability applies if the pre-adjustment gross rent (pre-adjustment contract rent plus any allowances for tenant-paid utilities) is above the published FMR.

If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-adjustment contract rent will not be decreased by application of comparability.

In all other cases (i.e., unless contract rent is reduced by comparability):

- —The table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
- —The table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

#### *Category 2: The Loan Management Program (Part 886, Subpart A) or Property Disposition Program (Part 886 Subpart C), Where Rents are Adjusted by Applying the AAF*

At this time, rent adjustment in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of

HeinOnline -- 61 Fed. Reg. 66132 1996

the applicable AAF under this document.

The applicable AAF is determined as follows:

—The table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 3: Section 8 Certificate Program*

The same adjustment procedure is used for rent adjustment in both the tenant-based and project-based certificate programs. The following procedures are used:

—The Table 2 factor is always used in the Section 8 certificate program; the Table 1 factor is not used in this program.
—The Table 2 AAF factor is always applied before determining comparability (rent reasonableness).
—Comparability always applies. If the comparable rent level is lower than the contract rent as adjusted (by application of the Table 2 AAF), the comparable rent level will be the new contract rent. However, under the old form of HAP contract the housing authority may not reduce the rent below the initial rent.

*AAF Tables*

The AAFs for fiscal year 1996 are contained in Schedule C, tables 1 and 2 of this document. Two columns are shown in this table. The first column is to be used for units where the highest cost utility is included in the contract rent. The second column is to be used where it is excluded from the contract rent.

*AAF Areas*

Each AAF applies to a specified geographic area and to units of all bedroom sizes. AAFs are provided: (1) For the metropolitan parts of the ten HUD regions exclusive of CPI areas; (2) for the nonmetropolitan parts of these regions, and (3) for 102 separate metropolitan AAF areas for which local CPI survey data are available.

With the exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for certain large metropolitan areas, where HUD considers the area covered by the OMB definition to be larger than appropriate for use as a housing market area definition. In those areas, HUD has deleted some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

Metropolitan Area and Deleted Counties

Atlanta, GA: Carroll, Pickens, and Walton Counties.
Chicago, IL: DeKalb, Grundy and Kendall Counties.
Cincinnati-Hamilton, OH–KY–IN: Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana.
Dallas, TX: Henderson County.
Flagstaff, AZ–UT: Kane County, UT.
New Orleans, LA: St. James Parish.
Washington, DC–VA–MD–WV: Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia.

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk (*) next to the area name. The asterisk denotes that there is a difference between the OMB metropolitan area and the HUD AAF area definition for these areas.

To make certain that they are using the correct AAFs, users should refer to the area definitions section at the end of Schedule C. For units located in metropolitan areas with a local CPI survey, AAFs are listed separately. For units located in areas without a local CPI survey, the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs are used.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All metropolitan CPI areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the metropolitan CPI areas (in those states that have such areas) are the non-CPI metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the table as "STATE: Hawaii," which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey; all other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

Section 8 Certificate Program AAFS For Manufactured Home Spaces

The AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used to adjust manufactured home space contract rents. The applicable AAF is determined by reference to the geographic listings contained in Schedule C, as described in the preceding section.

How Factors Are Calculated

*For Areas With CPI Surveys:*

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data.

(2) The "Highest Cost Utility Excluded" column in Schedule C was calculated by eliminating the effect of heating costs that are included in the rent of some of the units included in the CPI surveys.

(3) The Highest Cost Utility Included" column in Schedule C was calculated by weighing the rent and utility components with the corresponding components from the 1990 Census.

*For Areas Without CPI Surveys:*

(1) HUD used RDD regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls, and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) The change in rent including the highest cost utility was calculated using the ratio of the most recent RDD survey median gross rents for the respective metropolitan or nonmetropolitan parts of the HUD region.

(3) The change in rent excluding the highest cost utility was calculated by subtracting the median value of utilities costs from the median gross rent. The median cost of utilities was determined from the units in the RDD sample which reported that all utilities were paid by the tenant.

HeinOnline -- 61 Fed. Reg. 66133 1996

*Other Matters*

Environmental Impact

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.200(l).

Executive Order 12612, Federalism

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12612, Federalism, has determined that the policies contained in this document do not have federalism implications and, thus, are not subject to review under the Order. The document merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

Executive Order 12606, The Family

The General Counsel, as the Designated Official under Executive Order 12606, The Family, has also determined that this document does not have potential significant impact on family formation, maintenance, and general well-being and, thus, is not subject to review under the Order. The document merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following tables:

Dated: December 2, 1996.

Henry Cisneros,

*Secretary.*

BILLING CODE 4210-32-P



HeinOnline -- 61 Fed. Reg. 66134 1996

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 111396

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.008 | 1.013 | New England Nonmetropolitan | 1.023 | 1.035 |
| New York/New Jersey Metropolitan | 1.004 | 1.002 | New York/New Jersey Nonmetropolitan | 1.024 | 1.026 |
| Mid-Atlantic Metropolitan | 1.026 | 1.036 | Mid-Atlantic Nonmetropolitan | 1.011 | 1.017 |
| Southeast Metropolitan | 1.030 | 1.030 | Southeast Nonmetropolitan | 1.012 | 1.004 |
| Midwest Metropolitan | 1.022 | 1.027 | Midwest Nonmetropolitan | 1.019 | 1.025 |
| Southwest Metropolitan | 1.028 | 1.025 | Southwest Nonmetropolitan | 1.009 | 1.000 |
| Great Plains Metropolitan | 1.025 | 1.026 | Great Plains Nonmetropolitan | 1.021 | 1.011 |
| Rocky Mountain Metropolitan | 1.058 | 1.062 | Rocky Mountain Nonmetropolitan | 1.040 | 1.037 |
| Pacific/Hawaii Metropolitan | 1.020 | 1.021 | Pacific/Hawaii Nonmetropolitan | 1.014 | 1.012 |
| Northwest/Alaska Metropolitan | 1.018 | 1.020 | Northwest/Alaska Nonmetropolitan | 1.025 | 1.025 |
| STATE Hawaii | 1.009 | 1.006 | PMSA Akron, OH | 1.023 | 1.032 |
| MSA Anchorage, AK | 1.014 | 1.017 | PMSA Ann Arbor, MI | 1.015 | 1.018 |
| *Atlanta, GA | 1.043 | 1.057 | PMSA Atlantic-Cape May, NJ | 1.016 | 1.014 |
| PMSA Baltimore, MD | 1.008 | 1.011 | PMSA Bergen-Passaic, NJ | 1.026 | 1.028 |
| *COUNTY Berkeley, WV | 1.019 | 1.022 | PMSA Boston, MA-NH | 1.029 | 1.034 |
| PMSA Boulder-Longmont, CO | 1.045 | 1.051 | PMSA Brazoria, TX | 1.009 | 1.028 |
| PMSA Bremerton, WA | 1.018 | 1.018 | PMSA Bridgeport, CT | 1.025 | 1.029 |
| PMSA Brockton, MA | 1.029 | 1.034 | *COUNTY Brown, OH | 1.021 | 1.040 |
| PMSA Buffalo-Niagara Falls, NY | 1.022 | 1.031 | *COUNTY Carroll, GA | 1.035 | 1.057 |
| *Chicago, IL | 1.040 | 1.043 | *Cincinnati, OH-KY-IN | 1.027 | 1.036 |
| *COUNTY Clarke, VA | 1.019 | 1.022 | PMSA Cleveland-Lorain-Elyria, OH | 1.023 | 1.032 |



HeinOnline -- 61 Fed. Reg. 66135 1996

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 111396

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| *COUNTY Culpeper, VA | 1.019 | 1.022 | *Dallas, TX | 1.035 | 1.038 |
| PMSA Danbury, CT | 1.025 | 1.028 | *COUNTY De Kalb, IL | 1.040 | 1.043 |
| PMSA Denver, CO | 1.044 | 1.051 | PMSA Detroit, MI | 1.014 | 1.018 |
| PMSA Dutchess County, NY | 1.026 | 1.028 | PMSA Fitchburg-Leominster, MA | 1.029 | 1.034 |
| PMSA Flint, MI | 1.014 | 1.019 | PMSA Fort Lauderdale, FL | 1.027 | 1.029 |
| PMSA Fort Worth-Arlington, TX | 1.034 | 1.038 | *COUNTY Gallatin, KY | 1.020 | 1.041 |
| PMSA Galveston-Texas City, TX | 1.007 | 1.028 | PMSA Gary, IN | 1.039 | 1.044 |
| *COUNTY Grant, KY | 1.021 | 1.040 | PMSA Greeley, CO | 1.045 | 1.051 |
| *COUNTY Grundy, IL | 1.039 | 1.044 | PMSA Hagerstown, MD | 1.019 | 1.022 |
| PMSA Hamilton-Middletown, OH | 1.026 | 1.037 | *COUNTY Henderson, TX | 1.032 | 1.038 |
| PMSA Houston, TX | 1.011 | 1.028 | *COUNTY Jefferson, WV | 1.018 | 1.022 |
| PMSA Jersey City, NJ | 1.026 | 1.028 | PMSA Kankakee, IL | 1.039 | 1.044 |
| MSA Kansas City, MO-KS | 1.028 | 1.034 | *COUNTY Kendall, Il | 1.040 | 1.043 |
| PMSA Kenosha, WI | 1.040 | 1.043 | *COUNTY King George, VA | 1.019 | 1.022 |
| PMSA Lawrence, MA-NH | 1.029 | 1.035 | PMSA Los Angeles-Long Beach, CA | 1.000 | 1.000 |
| PMSA Lowell, MA-NH | 1.029 | 1.034 | PMSA Manchester, NH | 1.029 | 1.034 |
| PMSA Miami, FL | 1.027 | 1.029 | PMSA Middlesex-Somerset-Hunterdon, NJ | 1.026 | 1.028 |
| PMSA Milwaukee-Waukesha, WI | 1.038 | 1.052 | MSA Minneapolis-St. Paul, MN-WI | 1.026 | 1.028 |
| PMSA Monmouth-Ocean, NJ | 1.025 | 1.029 | PMSA Nashua, NH | 1.029 | 1.034 |
| PMSA Nassau-Suffolk, NY | 1.025 | 1.028 | PMSA New Bedford, MA | 1.029 | 1.034 |
| PMSA New Haven-Meriden, CT | 1.025 | 1.028 | *New Orleans, LA | 1.000 | 1.014 |



HeinOnline -- 61 Fed. Reg. 66136 1996

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 111396

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| PMSA New York, NY | 1.026 | 1.028 | *COUNTY Westchester, NY | 1.026 | 1.028 |
| PMSA Newark, NJ | 1.026 | 1.028 | PMSA Newburgh, NY-PA | 1.026 | 1.028 |
| PMSA Oakland, CA | 1.016 | 1.015 | *COUNTY Ohio, IN | 1.022 | 1.040 |
| PMSA Olympia, WA | 1.018 | 1.018 | PMSA Orange County, CA | 1.000 | 1.000 |
| *COUNTY Pendleton, KY | 1.022 | 1.040 | PMSA Philadelphia, PA-NJ | 1.016 | 1.014 |
| *COUNTY Pickens, GA | 1.033 | 1.057 | PMSA Pittsburgh, PA | 1.025 | 1.028 |
| PMSA Portland-Vancouver, OR-WA | 1.029 | 1.031 | PMSA Portsmouth-Rochester, NH-ME | 1.029 | 1.034 |
| PMSA Racine, WI | 1.037 | 1.052 | PMSA Riverside-San Bernardino, CA | 1.000 | 1.000 |
| *COUNTY St. James Parish, LA | 1.000 | 1.014 | MSA St. Louis, MO-IL | 1.015 | 1.025 |
| PMSA Salem, OR | 1.029 | 1.031 | MSA San Diego, CA | 1.008 | 1.006 |
| PMSA San Francisco, CA | 1.016 | 1.015 | PMSA San Jose, CA | 1.016 | 1.015 |
| PMSA Santa Cruz-Watsonville, CA | 1.016 | 1.015 | PMSA Santa Rosa, CA | 1.017 | 1.015 |
| PMSA Seattle-Bellevue-Everett, WA | 1.018 | 1.018 | PMSA Stamford-Norwalk, CT | 1.026 | 1.028 |
| PMSA Tacoma, WA | 1.018 | 1.018 | MSA Tampa-St. Petersburg-Clearwater, FL | 1.022 | 1.025 |
| PMSA Trenton, NJ | 1.026 | 1.028 | PMSA Vallejo-Fairfield-Napa, CA | 1.017 | 1.015 |
| PMSA Ventura, CA | 1.000 | 1.000 | PMSA Vineland-Millville-Bridgeton, NJ | 1.016 | 1.014 |
| *COUNTY Walton, GA | 1.035 | 1.057 | *COUNTY Warren, VA | 1.019 | 1.022 |
| *Washington, DC-MD-VA | 1.020 | 1.021 | PMSA Waterbury, CT | 1.025 | 1.028 |
| PMSA Wilmington-Newark, DE-MD | 1.016 | 1.014 | PMSA Worcester, MA-CT | 1.029 | 1.034 |



HeinOnline -- 61 Fed. Reg. 66137 1996

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 111396

| | HIGHEST COST INCLUDED | UTILITY EXCLUDED | | HIGHEST COST INCLUDED | UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.000 | 1.003 | New England Nonmetropolitan | 1.013 | 1.025 |
| New York/New Jersey Metropolitan | 1.000 | 1.000 | New York/New Jersey Nonmetropolitan | 1.014 | 1.016 |
| Mid-Atlantic Metropolitan | 1.016 | 1.026 | Mid-Atlantic Nonmetropolitan | 1.001 | 1.007 |
| Southeast Metropolitan | 1.020 | 1.020 | Southeast Nonmetropolitan | 1.002 | 1.000 |
| Midwest Metropolitan | 1.012 | 1.017 | Midwest Nonmetropolitan | 1.009 | 1.015 |
| Southwest Metropolitan | 1.018 | 1.015 | Southwest Nonmetropolitan | 1.000 | 1.000 |
| Great Plains Metropolitan | 1.015 | 1.016 | Great Plains Nonmetropolitan | 1.011 | 1.001 |
| Rocky Mountain Metropolitan | 1.048 | 1.052 | Rocky Mountain Nonmetropolitan | 1.030 | 1.027 |
| Pacific/Hawaii Metropolitan | 1.010 | 1.011 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.002 |
| Northwest/Alaska Metropolitan | 1.008 | 1.010 | Northwest/Alaska Nonmetropolitan | 1.015 | 1.015 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.013 | 1.022 |
| MSA Anchorage, AK | 1.004 | 1.007 | PMSA Ann Arbor, MI | 1.005 | 1.008 |
| *Atlanta, GA | 1.033 | 1.047 | PMSA Atlantic-Cape May, NJ | 1.006 | 1.004 |
| PMSA Baltimore, MD | 1.000 | 1.001 | PMSA Bergen-Passaic, NJ | 1.016 | 1.018 |
| *COUNTY Berkeley, WV | 1.009 | 1.012 | PMSA Boston, MA-NH | 1.019 | 1.024 |
| PMSA Boulder-Longmont, CO | 1.035 | 1.041 | PMSA Brazoria, TX | 1.000 | 1.018 |
| PMSA Bremerton, WA | 1.008 | 1.008 | PMSA Bridgeport, CT | 1.015 | 1.019 |
| PMSA Brockton, MA | 1.019 | 1.024 | *COUNTY Brown, OH | 1.011 | 1.030 |
| PMSA Buffalo-Niagara Falls, NY | 1.013 | 1.021 | *COUNTY Carroll, GA | 1.025 | 1.047 |
| *Chicago, IL | 1.030 | 1.033 | *Cincinnati, OH-KY-IN | 1.017 | 1.026 |
| *COUNTY Clarke, VA | 1.009 | 1.012 | PMSA Cleveland-Lorain-Elyria, OH | 1.013 | 1.022 |



HeinOnline -- 61 Fed. Reg. 66138 1996

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 111396

| | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|
| *COUNTY | Culpeper, VA | 1.009 | 1.012 |
| PMSA | Danbury, CT | 1.015 | 1.018 |
| PMSA | Denver, CO | 1.034 | 1.041 |
| PMSA | Dutchess County, NY | 1.016 | 1.018 |
| PMSA | Flint, MI | 1.004 | 1.009 |
| PMSA | Fort Worth-Arlington, TX | 1.024 | 1.028 |
| PMSA | Galveston-Texas City, TX | 1.000 | 1.018 |
| *COUNTY | Grant, KY | 1.011 | 1.030 |
| *COUNTY | Grundy, IL | 1.029 | 1.034 |
| PMSA | Hamilton-Middletown, OH | 1.016 | 1.027 |
| PMSA | Houston, TX | 1.001 | 1.018 |
| PMSA | Jersey City, NJ | 1.016 | 1.018 |
| MSA | Kansas City, MO-KS | 1.018 | 1.024 |
| PMSA | Kenosha, WI | 1.030 | 1.033 |
| PMSA | Lawrence, MA-NH | 1.019 | 1.025 |
| PMSA | Lowell, MA-NH | 1.019 | 1.024 |
| PMSA | Miami, FL | 1.017 | 1.019 |
| PMSA | Milwaukee-Waukesha, WI | 1.028 | 1.042 |
| PMSA | Monmouth-Ocean, NJ | 1.015 | 1.019 |
| PMSA | Nassau-Suffolk, NY | 1.015 | 1.018 |
| PMSA | New Haven-Meriden, CT | 1.015 | 1.018 |

| | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|
| *Dallas, TX | | 1.025 | 1.028 |
| *COUNTY | De Kalb, IL | 1.030 | 1.033 |
| PMSA | Detroit, MI | 1.004 | 1.008 |
| PMSA | Fitchburg-Leominster, MA | 1.019 | 1.024 |
| PMSA | Fort Lauderdale, FL | 1.017 | 1.019 |
| *COUNTY | Gallatin, KY | 1.010 | 1.031 |
| PMSA | Gary, IN | 1.029 | 1.034 |
| PMSA | Greeley, CO | 1.035 | 1.041 |
| PMSA | Hagerstown, MD | 1.009 | 1.012 |
| *COUNTY | Henderson, TX | 1.022 | 1.028 |
| *COUNTY | Jefferson, WV | 1.008 | 1.012 |
| PMSA | Kankakee, IL | 1.029 | 1.034 |
| *COUNTY | Kendall, Il | 1.030 | 1.033 |
| *COUNTY | King George, VA | 1.009 | 1.012 |
| PMSA | Los Angeles-Long Beach, CA | 1.000 | 1.000 |
| PMSA | Manchester, NH | 1.019 | 1.024 |
| PMSA | Middlesex-Somerset-Hunterdon, NJ | 1.016 | 1.018 |
| MSA | Minneapolis-St. Paul, MN-WI | 1.016 | 1.018 |
| PMSA | Nashua, NH | 1.019 | 1.024 |
| PMSA | New Bedford, MA | 1.019 | 1.024 |
| *New Orleans, LA | | 1.000 | 1.004 |



HeinOnline -- 61 Fed. Reg. 66139 1996

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 111396

| | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|---|---|
| PMSA | New York, NY | 1.016 | 1.018 | *COUNTY | Westchester, NY | 1.016 | 1.018 |
| PMSA | Newark, NJ | 1.016 | 1.018 | PMSA | Newburgh, NY-PA | 1.016 | 1.018 |
| PMSA | Oakland, CA | 1.006 | 1.005 | *COUNTY | Ohio, IN | 1.012 | 1.030 |
| PMSA | Olympia, WA | 1.008 | 1.008 | PMSA | Orange County, CA | 1.000 | 1.000 |
| *COUNTY | Pendleton, KY | 1.012 | 1.030 | PMSA | Philadelphia, PA-NJ | 1.006 | 1.004 |
| *COUNTY | Pickens, GA | 1.023 | 1.047 | PMSA | Pittsburgh, PA | 1.015 | 1.018 |
| PMSA | Portland-Vancouver, OR-WA | 1.019 | 1.021 | PMSA | Portsmouth-Rochester, NH-ME | 1.019 | 1.024 |
| PMSA | Racine, WI | 1.027 | 1.042 | PMSA | Riverside-San Bernardino, CA | 1.000 | 1.000 |
| *COUNTY | St. James Parish, LA | 1.000 | 1.004 | MSA | St. Louis, MO-IL | 1.005 | 1.015 |
| PMSA | Salem, OR | 1.019 | 1.021 | MSA | San Diego, CA | 1.000 | 1.000 |
| PMSA | San Francisco, CA | 1.006 | 1.005 | PMSA | San Jose, CA | 1.006 | 1.005 |
| PMSA | Santa Cruz-Watsonville, CA | 1.007 | 1.005 | PMSA | Santa Rosa, CA | 1.007 | 1.005 |
| PMSA | Seattle-Bellevue-Everett, WA | 1.008 | 1.008 | PMSA | Stamford-Norwalk, CT | 1.016 | 1.018 |
| PMSA | Tacoma, WA | 1.008 | 1.008 | MSA | Tampa-St. Petersburg-Clearwater, FL | 1.012 | 1.015 |
| PMSA | Trenton, NJ | 1.016 | 1.018 | PMSA | Vallejo-Fairfield-Napa, CA | 1.007 | 1.005 |
| PMSA | Ventura, CA | 1.000 | 1.000 | PMSA | Vineland-Millville-Bridgeton, NJ | 1.007 | 1.004 |
| *COUNTY | Walton, GA | 1.025 | 1.047 | *COUNTY | Warren, VA | 1.009 | 1.012 |
| *Washington, DC-MD-VA | | 1.010 | 1.011 | PMSA | Waterbury, CT | 1.015 | 1.018 |
| PMSA | Wilmington-Newark, DE-MD | 1.006 | 1.004 | PMSA | Worcester, MA-CT | 1.019 | 1.024 |



HeinOnline -- 61 Fed. Reg. 66140 1996

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

ALABAMA (SOUTHEAST)

METROPOLITAN COUNTIES
Autauga, Baldwin, Blount, Calhoun, Colbert, Dale, Elmore, Etowah, Houston, Jefferson, Lauderdale, Lawrence, Limestone, Madison, Mobile, Montgomery, Morgan, Russell, Shelby, St. Clair, Tuscaloosa

NONMETROPOLITAN COUNTIES
Barbour, Bibb, Bullock, Butler, Chambers, Cherokee, Chilton, Choctaw, Clarke, Clay, Cleburne, Coffee, Conecuh, Coosa, Covington, Crenshaw, Cullman, Dallas, Dekalb, Escambia, Fayette, Franklin, Geneva, Greene, Hale, Henry, Jackson, Lamar, Lee, Lowndes, Macon, Marengo, Marion, Marshall, Monroe, Perry, Pickens, Pike, Randolph, Sumter, Talladega, Tallapoosa, Walker, Washington, Wilcox, Winston

ALASKA (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES
MSA Anchorage, AK: Anchorage

NONMETROPOLITAN COUNTIES
Aleutian East, Aleutian West, Bethel, Dillingham, Lake & Peninsula, Northwest Arctic, Nome, Pr. Wales-Outer Ketchikan, Skagway-Yakutat-Angoon, Southeast Fairbanks, Valdez-Cordova, Wade Hampton, Wrangell-Petersburg, Yukon-Koyukuk, Bristol Bay, Fairbanks North Star, Haines, Juneau, Kenai Peninsula, Ketchikan Gateway, Kodiak Island, Matanuska-Susitna, North Slope, Sitka

ARIZONA (PACIFIC/HAWAII)

METROPOLITAN COUNTIES
Maricopa, Mohave, Pima, Pinal, Yuma

NONMETROPOLITAN COUNTIES
Apache, Cochise, Coconino, Gila, Graham, Greenlee, La Paz, Navajo, Santa Cruz, Yavapai

ARKANSAS (SOUTHWEST)

METROPOLITAN COUNTIES
Benton, Crawford, Crittenden, Faulkner, Jefferson, Lonoke, Miller, Pulaski, Saline, Sebastian, Washington

NONMETROPOLITAN COUNTIES
Arkansas, Ashley, Baxter, Boone, Bradley, Calhoun, Carroll, Chicot, Clark, Clay, Cleburne, Cleveland, Columbia, Conway, Craighead, Cross, Dallas, Desha, Drew, Franklin, Fulton, Garland, Grant, Greene, Hempstead, Hot Spring, Howard, Independence, Izard, Jackson, Johnson, Lafayette, Lawrence, Lee, Lincoln, Little River, Logan, Madison, Marion, Mississippi, Monroe, Montgomery, Nevada, Newton' Ouachita, Perry, Phillips, Pike, Poinsett, Polk, Pope, Prairie, Randolph, Scott, Searcy, Sevier, Sharp, St. Francis, Stone, Union, Van Buren, White, Woodruff, Yell

CALIFORNIA (PACIFIC/HAWAII)

CPI AREAS: COUNTIES

| | | |
|---|---|---|
| PMSA | Los Angeles-Long Beach, CA: | Los Angeles |
| PMSA | Oakland, CA: | Alameda, Contra Costa |
| PMSA | Orange County, CA: | Orange |
| PMSA | Riverside-San Bernardino, CA: | Riverside, San Bernardino |
| MSA | San Diego, CA: | San Diego |
| PMSA | San Francisco, CA: | Marin, San Francisco, San Mateo |
| PMSA | San Jose, CA: | Santa Clara |
| PMSA | Santa Cruz-Watsonville, CA: | Santa Cruz |
| PMSA | Santa Rosa, CA: | Sonoma |
| PMSA | Vallejo-Fairfield-Napa, CA: | Napa, Solano |
| PMSA | Ventura, CA: | Ventura |

METROPOLITAN COUNTIES
Butte, El Dorado, Fresno, Kern, Madera, Merced, Monterey, Placer, Sacramento, San Joaquin, San Luis Obispo, Santa Barbara, Shasta, Stanislaus, Sutter, Tulare, Yolo, Yuba

NONMETROPOLITAN COUNTIES
Alpine, Amador, Calaveras, Colusa, Del Norte, Glenn, Humboldt, Imperial, Inyo, Kings, Lake, Lassen, Mariposa, Mendocino, Modoc, Mono, Nevada, Plumas, San Benito, Sierra, Siskiyou, Tehama, Trinity, Tuolumne



HeinOnline -- 61 Fed. Reg. 66141 1996

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

COLORADO (ROCKY MOUNTAIN)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Boulder-Longmont, CO: | Boulder |
| PMSA Denver, CO: | Adams, Arapahoe, Denver, Douglas, Jefferson |
| PMSA Greeley, CO: | Weld |

METROPOLITAN COUNTIES
El Paso, Larimer, Pueblo

NONMETROPOLITAN COUNTIES
Alamosa, Archuleta, Baca, Bent, Chaffee, Cheyenne, Clear Creek, Conejos, Costilla, Crowley, Custer, Delta, Dolores, Eagle, Elbert, Fremont, Garfield, Gilpin, Grand, Gunnison, Hinsdale, Huerfano, Jackson, Kiowa, Kit Carson, La Plata, Lake, Las Animas, Lincoln, Logan, Mesa, Mineral, Moffat, Montezuma, Montrose, Morgan, Otero, Ouray, Park, Phillips, Pitkin, Prowers, Rio Blanco, Rio Grande, Routt, Saguache, San Juan, San Miguel, Sedgwick, Summit, Teller, Washington, Yuma

CONNECTICUT (NEW ENGLAND)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Bridgeport, CT | |
| Fairfield County part: | Bridgeport town, Easton town, Fairfield town, Monroe town, Shelton town, Stratford town, Trumbull town |
| New Haven County part: | Ansonia town, Beacon Falls town, Derby town, Milford town, Oxford town, Seymour town |
| PMSA Danbury, CT | |
| Fairfield County part: | Bethel town, Brookfield town, Danbury town, New Fairfield town, Newtown town, Redding town, Ridgefield town, Sherman town |
| Litchfield County part: | Bridgewater town, New Milford town, Roxbury town, Washington town |
| PMSA New Haven-Meriden, CT | |
| Middlesex County part: | Clinton town, Killingworth town |
| New Haven County part: | Bethany town, Branford town, Cheshire town, East Haven town, Guilford town, Hamden town, Madison town, Meriden town, New Haven town, North Branford town, North Haven town, Orange town, Wallingford town, North Haven town, Woodbridge town |
| PMSA Stamford-Norwalk, CT | |
| Fairfield County part: | Darien town, Greenwich town, New Canaan town, Norwalk town, Stamford town, Weston town, Westport town, Wilton town |
| PMSA Waterbury, CT | |
| Litchfield County part: | Bethlehem town, Thomaston town, Watertown town, Woodbury town |
| New Haven County part: | Middlebury town, Naugatuck town, Prospect town, Southbury town, Waterbury town, Wolcott town |
| PMSA Worcester, MA-CT | |
| Windham County part: | Thompson town |

METROPOLITAN COUNTIES

| | |
|---|---|
| Hartford County part: | Avon town, Berlin town, Bloomfield town, Bristol town, Burlington town, Canton town, East Granby town, East Hartford town, East Windsor town, Enfield town, Farmington town, Glastonbury town, Granby town, Hartford town, Manchester town, Marlborough town, New Britain town, Rocky Hill town, Simsbury town, Southington town, South Windsor town, Suffield town, West Hartford town, Wethersfield town, Windsor town, Windsor Locks town |
| Litchfield County part: | Barkhamsted town, Harwinton town, New Hartford town, Plymouth town, Winchester town |
| Middlesex County part: | Cromwell town, Durham town, East Haddam town, East Hampton town, Haddam town, Middlefield town, Middletown town, Portland town, Old Saybrook town |
| New London County part: | Bozrah town, East Lyme town, Franklin town, Griswold town, Groton town, Ledyard town, Lisbon town, Montville town, New London town, North Stonington town, Norwich town, Old Lyme town, Preston town, Salem town, Sprague town, Stonington town, Waterford town, Colchester town, Lebanon town |
| Tolland County part: | Andover town, Bolton town, Columbia town, Coventry town, Ellington town, Hebron town, Mansfield town, Somers town, Stafford town, Tolland town, Vernon town, Willington town |
| Windham County part: | Ashford town, Chaplin town, Windham town, Canterbury town, Plainfield town |



HeinOnline -- 61 Fed. Reg. 66142 1996

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

NONMETROPOLITAN COUNTIES

| | |
|---|---|
| Hartford County part: | Hartland town |
| Litchfield County part: | Canaan town, Colebrook town, Cornwall town, Goshen town, Kent town, Litchfield town, Morris town, Norfolk town, North Canaan town, Salisbury town, Sharon town, Torrington town, Warren town |
| Middlesex County part: | Chester town, Deep River town, Essex town, Westbrook town |
| New London County part: | Lyme town, Voluntown town |
| Tolland County part: | Union town |
| Windham County part: | Brooklyn town, Eastford town, Hampton town, Killingly town, Pomfret town, Putnam town, Scotland town, Sterling town, Woodstock town |

DELAWARE (MID-ATLANTIC)

CPI AREAS: COUNTIES

PMSA Wilmington-Newark, DE-MD: New Castle

METROPOLITAN COUNTIES

Kent

NONMETROPOLITAN COUNTIES

Sussex

DIST. OF COLUMBIA (MID-ATLANTIC)

CPI AREAS: COUNTIES

District of Columbia

FLORIDA (SOUTHEAST)

CPI AREAS: COUNTIES

PMSA Fort Lauderdale, FL: Broward

PMSA Miami, FL: Dade

MSA Tampa-St. Petersburg-Clearwater, FL: Hernando, Hillsborough, Pasco, Pinellas

METROPOLITAN COUNTIES

Alachua, Bay, Brevard, Charlotte, Clay, Collier, Duval, Escambia, Flagler, Gadsden, Lake, Lee, Leon, Manatee, Marion, Martin, Nassau, Okaloosa, Orange, Osceola, Palm Beach, Polk, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Volusia

NONMETROPOLITAN COUNTIES

Baker, Bradford, Calhoun, Citrus, Columbia, Desoto, Dixie, Franklin, Gilchrist, Glades, Gulf, Hamilton, Hardee, Hendry, Highlands, Holmes, Indian River, Jackson, Jefferson, Lafayette, Levy, Liberty, Madison, Monroe, Okeechobee, Putnam, Sumter, Suwannee, Taylor, Union, Wakulla, Walton, Washington

GEORGIA (SOUTHEAST)

CPI AREAS: COUNTIES

*Atlanta, GA: Barrow, Bartow, Cherokee, Clayton, Cobb, Coweta, Dekalb, Douglas, Fayette, Forsyth, Fulton, Gwinnett, Henry, Newton, Paulding, Rockdale

*COUNTY Carroll County, GA
*COUNTY Pickens County, GA
*COUNTY Spalding County, GA
*COUNTY Walton County, GA

METROPOLITAN COUNTIES

Bibb, Bryan, Catoosa, Chatham, Chattahoochee, Clarke, Columbia, Dade, Dougherty, Effingham, Harris, Houston, Jones, Lee, Madison, Mcduffie, Muscogee, Oconee, Peach, Richmond, Twiggs, Walker

NONMETROPOLITAN COUNTIES

Appling, Atkinson, Bacon, Baker, Baldwin, Banks, Ben Hill, Berrien, Bleckley, Brantley, Brooks, Bulloch, Burke, Butts, Calhoun, Camden, Candler, Charlton, Chattooga, Clay, Clinch, Coffee, Colquitt, Cook, Crawford, Crisp, Dawson, Decatur, Dodge, Dooly, Early, Echols, Elbert, Emanuel, Evans, Fannin, Floyd, Franklin, Gilmer, Glascock, Glynn, Gordon, Grady, Greene, Habersham, Hall, Hancock, Haralson, Hart, Heard, Irwin, Jackson, Jasper, Jeff Davis, Jefferson, Jenkins, Johnson, Lamar, Lanier, Laurens, Liberty, Lincoln, Long, Lowndes, Lumpkin, Macon, Marion, Mcintosh, Meriwether, Miller, Mitchell, Monroe, Montgomery, Morgan, Murray, Oglethorpe, Pierce, Pike, Polk, Pulaski, Putnam, Quitman, Rabun, Randolph, Schley, Screven, Seminole, Stephens, Stewart, Sumter, Talbot, Taliaferro, Tattnall, Taylor, Telfair, Terrell, Thomas, Tift, Toombs, Towns, Treutlen, Troup, Turner, Union, Upson, Ware, Warren, Washington, Wayne, Webster, Wheeler, White, Whitfield, Wilcox,Wilkes, Wilkinson, Worth



HeinOnline -- 61 Fed. Reg. 66143 1996

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

HAWAII (PACIFIC/HAWAII)

CPI AREAS: COUNTIES

| | |
|---|---|
| STATE Hawaii: | Hawaii, Honolulu, Kauai, Maui |

IDAHO (NORTHWEST/ALASKA)

METROPOLITAN COUNTIES
Ada, Canyon

NONMETROPOLITAN COUNTIES
Adams, Bannock, Bear Lake, Benewah, Bingham, Blaine, Boise, Bonner, Bonneville, Boundary, Butte, Camas, Caribou, Cassia, Clark, Clearwater, Custer, Elmore, Franklin, Fremont, Gem, Gooding, Idaho, Jefferson, Jerome, Kootenai, Latah, Lemhi, Lewis, Lincoln, Madison, Minidoka, Nez Perce, Oneida, Owyhee, Payette, Power, Shoshone, Teton, Twin Falls, Valley, Washington

ILLINOIS (MIDWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| *Chicago, IL: | Cook, Dupage, Kane, Lake, Mchenry, Will |
| *COUNTY De Kalb, IL: | Dekalb |
| *COUNTY Grundy, IL: | Grundy |
| PMSA Kankakee, IL: | Kankakee |
| *COUNTY Kendall, IL: | Kendall |
| MSA St. Louis, MO-IL: | Clinton, Jersey, Madison, Monroe, St. Clair |

METROPOLITAN COUNTIES
Boone, Champaign, Henry, Macon, Mclean, Menard, Ogle, Peoria, Rock Island, Sangamon, Tazewell, Winnebago, Woodford

NONMETROPOLITAN COUNTIES
Adams, Alexander, Bond, Brown, Bureau, Calhoun, Carroll, Cass, Christian, Clark, Clay, Coles, Crawford, Cumberland, De Witt, Douglas, Edgar, Edwards, Effingham, Fayette, Ford, Franklin, Fulton, Gallatin, Greene, Hamilton, Hancock, Hardin, Henderson, Iroquois, Jackson, Jasper, Jefferson, Jo Daviess, Johnson, Knox, La Salle, Lawrence, Lee, Livingston, Logan, Macoupin, Marion, Marshall, Mason, Massac, Mcdonough, Mercer, Montgomery, Morgan, Moultrie, Perry, Piatt, Pike, Pope, Pulaski, Putnam, Randolph, Richland, Saline, Schuyler, Scott, Shelby, Stark, Stephenson, Union, Vermilion, Wabash, Warren, Washington, Wayne, White, Whiteside, Williamson

INDIANA (MIDWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| *Cincinnati, OH-KY-IN: | Dearborn |
| PMSA Gary, IN: | Lake, Porter |
| *COUNTY Ohio, IN: | Ohio |

METROPOLITAN COUNTIES
Adams, Allen, Boone, Clark, Clay, Clinton, De Kalb, Delaware, Elkhart, Floyd, Hamilton, Hancock, Harrison, Hendricks, Howard, Huntington, Johnson, Madison, Marion, Monroe, Morgan, Posey, Scott, Shelby, St. Joseph, Tippecanoe, Tipton, Vanderburgh, Vermillion, Vigo, Warrick, Wells, Whitley

NONMETROPOLITAN COUNTIES
Bartholomew, Benton, Blackford, Brown, Carroll, Cass, Crawford, Daviess, Decatur, Dubois, Fayette, Fountain, Franklin, Fulton, Gibson, Grant, Greene, Henry, Jackson, Jasper, Jay, Jefferson, Jennings, Knox, Kosciusko, La Porte, Lagrange, Lawrence, Marshall, Martin, Miami, Montgomery, Newton, Noble, Orange, Owen, Parke, Perry, Pike, Pulaski, Putnam, Randolph, Ripley, Rush, Spencer, Starke, Steuben, Sullivan, Switzerland, Union, Wabash, Warren, Washington, Wayne, White

IOWA (GREAT PLAINS)

METROPOLITAN COUNTIES
Black Hawk, Dallas, Dubuque, Johnson, Linn, Polk, Pottawattamie, Scott, Warren, Woodbury

NONMETROPOLITAN COUNTIES
Adair, Adams, Allamakee, Appanoose, Audubon, Benton, Boone, Bremer, Buchanan, Buena Vista, Butler, Calhoun, Carroll, Cass, Cedar, Cerro Gordo, Cherokee, Chickasaw, Clarke, Clay, Clayton, Clinton, Crawford, Davis, Decatur, Delaware, Des Moines, Dickinson, Emmet, Fayette, Floyd, Franklin, Fremont,



HeinOnline -- 61 Fed. Reg. 66144 1996

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

IOWA (Cont.)

Greene, Grundy, Guthrie, Hamilton, Hancock, Hardin, Harrison, Henry, Howard, Humboldt, Ida, Iowa, Jackson, Jasper, Jefferson, Jones, Keokuk, Kossuth, Lee, Louisa, Lucas, Lyon, Madison, Mahaska, Marion, Marshall, Mills, Mitchell, Monona, Monroe, Montgomery, Muscatine, O'Brien, Osceola, Page, Palo Alto, Plymouth, Pocahontas, Poweshiek, Ringgold, Sac, Shelby, Sioux, Story, Tama, Taylor, Union, Van Buren, Wapello, Washington, Wayne, Webster, Winnebago, Winneshiek, Worth, Wright

KANSAS (GREAT PLAINS)

CPI AREAS: COUNTIES

| | |
|---|---|
| MSA Kansas City, MO-KS: | Johnson, Leavenworth, Miami, Wyandotte |

METROPOLITAN COUNTIES

Butler, Douglas, Harvey, Sedgwick, Shawnee

NONMETROPOLITAN COUNTIES

Allen, Anderson, Atchison, Barber, Barton, Bourbon, Brown, Chase, Chautauqua, Cherokee, Cheyenne, Clark, Clay, Cloud, Coffey, Comanche, Cowley, Crawford, Decatur, Dickinson, Doniphan, Edwards, Elk, Ellis, Ellsworth, Finney, Ford, Franklin, Geary, Gove, Graham, Grant, Gray, Greeley, Greenwood, Hamilton, Harper, Haskell, Hodgeman, Jackson, Jefferson, Jewell, Kearny, Kingman, Kiowa, Labette, Lane, Lincoln, Linn, Logan, Lyon, Marion, Marshall, Mcpherson, Meade, Mitchell, Montgomery, Morris, Morton, Nemaha, Neosho, Ness, Norton, Osage, Osborne, Ottawa, Pawnee, Phillips, Pottawatomie, Pratt, Rawlins, Reno, Republic, Rice, Riley, Rooks, Rush, Russell, Saline, Scott, Seward, Sheridan, Sherman, Smith, Stafford, Stanton, Stevens, Sumner, Thomas, Trego, Wabaunsee, Wallace, Washington, Wichita, Wilson, Woodson

KENTUCKY (SOUTHEAST)

CPI AREAS: COUNTIES

| | |
|---|---|
| *Cincinnati, OH-KY-IN: | Boone, Campbell, Kenton |
| *COUNTY Gallatin, KY: | Gallatin |
| *COUNTY Grant, KY: | Grant |
| *COUNTY Pendleton, KY: | Pendleton |

METROPOLITAN COUNTIES

Bourbon, Boyd, Bullitt, Carter, Christian, Clark, Daviess, Fayette, Greenup, Henderson, Jefferson, Jessamine, Madison, Oldham, Scott, Woodford

NONMETROPOLITAN COUNTIES

Adair, Allen, Anderson, Ballard, Barren, Bath, Bell, Boyle, Bracken, Breathitt, Breckinridge, Butler, Caldwell, Calloway, Carlisle, Carroll, Casey, Clay, Clinton, Crittenden, Cumberland, Edmonson, Elliott, Estill, Fleming, Floyd, Franklin, Fulton, Garrard, Graves, Grayson, Green, Hancock, Hardin, Harlan, Harrison, Hart, Henry, Hickman, Hopkins, Jackson, Johnson, Knott, Knox, Larue, Laurel, Lawrence, Lee, Leslie, Letcher, Lewis, Lincoln, Livingston, Logan, Lyon, Magoffin, Marion, Marshall, Martin, Mason, Mccracken, Mccreary, Mclean, Meade, Menifee, Mercer, Metcalfe, Monroe, Montgomery, Morgan, Muhlenberg, Nelson, Nicholas, Ohio, Owen, Owsley, Perry, Pike, Powell, Pulaski, Robertson, Rockcastle, Rowan, Russell, Shelby, Simpson, Spencer, Taylor, Todd, Trigg, Trimble, Union, Warren, Washington, Wayne, Webster, Whitley, Wolfe

LOUISIANA (SOUTHWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| *New Orleans, LA: | Jefferson, Orleans, Plaquemines, St. Bernard, St. Charles, St. John the Baptist, St. Tammany |
| *COUNTY St. James Parish, LA: | St. James |

METROPOLITAN COUNTIES

Acadia, Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Lafayette, Lafourche, Livingston, Ouachita, Rapides, St. Landry, St. Martin, Terrebonne, Webster, West Baton Rouge

NONMETROPOLITAN COUNTIES

Allen, Assumption, Avoyelles, Beauregard, Bienville, Caldwell, Cameron, Catahoula, Claiborne, Concordia, De Soto, East Carroll, East Feliciana, Evangeline, Franklin, Grant, Iberia, Iberville, Jackson, Jefferson Davis, La Salle, Lincoln, Madison, Morehouse, Natchitoches, Pointe Coupee, Red River, Richland, Sabine, St. Helena, St. Mary, Tangipahoa, Tensas, Union, Vermilion, Vernon,Washington, West Carroll, West Feliciana, Winn



HeinOnline -- 61 Fed. Reg. 66145 1996

**SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS**

MAINE (NEW ENGLAND)

CPI AREAS: COUNTIES
PMSA Portsmouth-Rochester, NH-ME
York County part: Berwick town, Eliot town, Kittery town, South Berwick town, York town

METROPOLITAN COUNTIES
Androscoggin County part: Auburn city, Greene town, Lewiston city, Lisbon town, Mechanic Falls town, Poland town, Sabattus town, Turner town, Wales town
Cumberland County part: Cape Elizabeth town, Casco town, Cumberland town, Falmouth town, Freeport town, Gorham town, Gray town, North Yarmouth town, Portland city, Raymond town, Scarborough town, South Portland city, Standish town, Westbrook city, Windham town, Yarmouth town
Penobscot County part: Bangor city, Brewer city, Eddington town, Glenburn town, Hampden town, Hermon town, Holden town, Kenduskeag town, Milford town, Old Town city, Orono town, Orrington town, Penobscot Indian Island, Veazie town
Waldo County part: Winterport town
York County part: Buxton town, Hollis town, Limington town, Old Orchard Beach

NONMETROPOLITAN COUNTIES
Aroostook
Franklin
Hancock
Kennebec
Knox
Lincoln
Oxford
Piscataquis
Sagadahoc
Somerset
Washington
Androscoggin County part: Durham town, Leeds town, Livermore town, Livermore Falls town, Minot town
Cumberland County part: Harpswell town, Harrison town, Naples town, New Gloucester town, Pownal town, Sebago town
Penobscot County part: Alton town, Argyle unorg., Bradford town, Bradley town, Burlington town, Charleston town, Chester town, Clifton town, Corinna town, Corinth town, Dexter town, Dixmont town, Drew plantation, East Central Penob, East Millinocket town, Edinburg town, Enfield town, Etna town, Exeter town, Garland town, Greenbush town, Greenfield town, Howland town, Hudson town, Kingman unorg., Lagrange town, Lakeville town, Lee town, Levant town, Lincoln town, Lowell town, Mattawamkeag town, Maxfield town, Medway town, Millinocket town, Mount Chase town, Newburgh town, Penobscot unorg., Passadumkeag town, Patten town, Plymouth town, Prentiss plantation, Seboeis plantation, Springfield town, Stacyville town, Stetson town, Twombly unorg., Webster plantation, Whitney unorg., Winn town, Woodville town
Waldo County part: Belfast city, Belmont town, Brooks town, Burnham town, Frankfort town, Freedom town, Islesboro town, Jackson town, Knox town, Liberty town, Lincolnville town, Monroe town, Montville town, Morrill town, Northport town, Palermo town, Prospect town, Searsmont town, Searsport town, Stockton Springs, Swanville town, Thorndike town, Troy town, Unity town, Waldo town
York County part: Acton town, Alfred town, Arundel town, Biddeford city, Cornish town, Dayton town, Kennebunk town, Kennebunkport town, Lebanon town, Limerick town, Lyman town, Newfield town, North Berwick town, Ogunquit town, Parsonsfield town, Saco city, Sanford town, Shapleigh town, Waterboro town, Wells town

MARYLAND (MID-ATLANTIC)

CPI AREAS: COUNTIES
PMSA Baltimore, MD: Anne Arundel, Baltimore, Carroll, Harford, Howard, Queen Anne's, Baltimore city, Columbia city
PMSA Hagerstown, MD: Washington
*Washington, DC-MD-VA: Calvert, Charles, Frederick, Montgomery, Prince George's
PMSA Wilmington-Newark, DE-MD: Cecil

METROPOLITAN COUNTIES
Allegany

NONMETROPOLITAN COUNTIES
Caroline, Dorchester, Garrett, Kent, Somerset, St. Mary's, Talbot, Wicomico, Worcester



HeinOnline -- 61 Fed. Reg. 66146 1996