federal register

Thursday
September 24, 1998

# Part V

# Department of Housing and Urban Development

24 CFR Part 888

## Section 8 Housing Assistance Payments Program: Contract Rent Annual Adjustment Factors, Fiscal Year 1999; Final Rule

51224 Federal Register / Vol. 63, No. 185 / Thursday, September 24, 1998 / Rules and Regulations

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

24 CFR Part 888

[Docket No. FR-4379-N-01]

# Section 8 Housing Assistance Payments Program—Contract Rent Annual Adjustment Factors, Fiscal Year 1999

AGENCY: Office of the Secretary, HUD.

ACTION: Notice of Revised Contract Rent Annual Adjustment Factors.

SUMMARY: The United States Housing Act of 1937 requires that assistance contracts signed by owners participating in the Department's Section 8 housing assistance payments programs provide for annual adjustment in the monthly rentals for units covered by the contract. This notice announces revised Annual Adjustment Factors (AAFs) for adjustment of contract rents on assistance contract anniversaries from October 1, 1998. The factors are based on a formula using data on residential rent and utilities cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) survey and from HUD Random Digit Dialing (RDD) rent change surveys.

EFFECTIVE DATE: October 1, 1998.

FOR FURTHER INFORMATION CONTACT: Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708-0477], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Allison Manning, Office of Special Needs Assistance Programs, Office of Community Planning and Development, [(202) 708-1234] for questions regarding the Single Room Occupancy Moderate Rehabilitation program; Frank M. Malone, Acting Director, Office of Asset Management and Disposition, Office of Housing [(202) 708-3730], for questions relating to all other Section 8 programs; and Alan Fox, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708-0590; e-mail alan—fox@hud.gov], for technical information regarding the development of the schedules for specific areas or the methods used for calculating the AAFs. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street, SW, Washington, DC 20410. Hearing-or speech-impaired persons may contact the Federal Information Relay Service at 1-800-877-8339 (TTY). (Other than the "800" TTY number, the above-listed telephone numbers are not toll-free.)

SUPPLEMENTARY INFORMATION:

## Applicability of AAFs to Various Section 8 Programs

AAFs established by this Notice are used to adjust contract rents for units assisted in the Section 8 housing assistance payments programs. However, the specific application of the AAFs is determined by the law, the HAP contract, and appropriate program regulations or requirements.

AAFs are not used for the Section 8 voucher program or for over-FMR tenancy (OFTO) in the Section 8 certificate program.

AAFs are not used for budget-based rent adjustments. Contract rents for projects receiving Section 8 subsidies under the loan management program (24 CFR part 886, subpart A) and for projects receiving Section 8 subsidies under the property disposition program (24 CFR part 886, subpart C) are adjusted, at HUD's option, either by applying the AAFs or by budget-based adjustments in accordance with 24 CFR 207.19(e). Budget-based adjustments are used for most Section 8/202 projects.

Under the Section 8 moderate rehabilitation program (both the regular program and the single room occupancy program), the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent.

## Use of Reduced AAF

In accordance with Section 8(c)(2)(A) of the United States Housing Act of 1937 (42 U.S.C. 1437f(c)(2)(A)), the AAF is reduced by .01:

—For regular tenancy in the Section 8 certificate program, for all units.

—In other Section 8 programs, for a unit occupied by the same family at the time of the last annual rent adjustment (and where the rent is not reduced by application of comparability (rent reasonableness)).

The law provides that:

> Except for assistance under the certificate program, for any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0. In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor shall not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the market area. 42 U.S.C. 1437f(c)(2)(A).

This statutory language is now permanent law. Section 2004 of the Balanced Budget Act of 1997 (Pub. L. 105-33, approved August 5, 1997) provides that these provisions are in effect through fiscal year 1999 and thereafter.

To implement the law, HUD is again publishing two separate AAF Tables, contained in Schedule C, Tables 1 and 2 of this notice. Each AAF in Table 2 is computed by subtracting 0.01 from the annual adjustment factor in Table 1.

## Adjustment Procedures

The discussion in this Federal Register Notice is intended to provide a broad orientation on adjustment procedures. Technical details and requirements will be described in HUD notices (issued by the Office of Housing and the Office of Public and Indian Housing).

Because of statutory and structural distinctions among the various Section 8 programs, there are separate rent adjustment procedures for three program categories:

—The Section 8 new construction and substantial rehabilitation programs (including the Section 8 state agency program); and the moderate rehabilitation programs (including the moderate rehabilitation single room occupancy program).

—The Section 8 loan management (LM) Program (Part 886, Subpart A) and property disposition (PD) Program (Part 886 Subpart C).

—The Section 8 certificate program (including the project-based certificate (PBC) program).

### *Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs*

In the Section 8 New Construction and Substantial Rehabilitation programs, the published AAF factor is applied to the pre-adjustment contract rent. In the Section 8 Moderate Rehabilitation program, the published AAF is applied to the pre-adjustment base rent.

For category 1 programs, the Table 1 AAF factor is applied before determining comparability (rent reasonableness). Comparability applies if the pre-adjustment gross rent (pre-adjustment contract rent plus any allowance for tenant-paid utilities) is above the published FMR.

If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the Table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-

adjustment contract rent will not be decreased by application of comparability.

In all other cases (i.e., unless contract rent is reduced by comparability):

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 2: The Loan Management Program (LM; Part 886, Subpart A) and Property Disposition Program (PD; Part 886 Subpart C)*

At this time, rent adjustment by the AAF in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of the applicable AAF under this notice.

The applicable AAF is determined as follows:

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 3: Section 8 Certificate Program*

The same adjustment procedure is used for rent adjustment in both the tenant-based and project-based certificate programs. The following procedures are used:

—The Table 2 AAF is always used in the Section 8 certificate program; the Table 1 AAF is not used in this program.
—The Table 2 AAF is always applied before determining comparability (rent reasonableness).
—Comparability always applies. If the comparable rent level is lower than the contract rent as adjusted by application of the Table 2 AAF, the comparable rent level will be the new contract rent.

(This adjustment procedure does not apply to an over-FMR (OFTO) tenancy in the Section 8 certificate program.)

*AAF Tables*

The AAFs are contained in Schedule C, Tables 1 and 2 of this notice. There are two columns in each table. The first column is used to adjust contract rent for units where the highest cost utility is included in the contract rent. The second column is used where the highest cost utility is not included in the contract rent—i.e., where the tenant pays for the highest cost utility.

*AAF Areas*

Each AAF applies to a specified geographic area and to units of all bedroom sizes. AAFs are provided:

—For the metropolitan parts of the ten HUD regions exclusive of CPI areas;
—For the nonmetropolitan parts of these regions; and
—For 99 separate metropolitan AAF areas for which local CPI survey data are available.

With the exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for certain large metropolitan areas, where HUD considers the area covered by the OMB definition to be larger than appropriate for use as a housing market area definition. In those areas, HUD has deleted some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas.

| Metropolitan area | Deleted counties |
|---|---|
| Chicago, IL | DeKalb, Grundy and Kendall Counties. |
| Cincinnati-Hamilton, OH–KY–IN. | Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana. |
| Dallas, TX | Henderson County. |
| Flagstaff, AZ–UT | Kane County, UT. |
| New Orleans, LA | St. James Parish. |
| Washington, DC–VA–MD–WV. | Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren Counties in Virginia. |

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk (*) next to the area name. The asterisk indicates that there is a difference between the OMB metropolitan area and the HUD AAF area definition for these areas.

To make certain that they are using the correct AAFs, users should refer to the area definitions section at the end of Schedule C. For units located in metropolitan areas with a local CPI survey, AAFs are listed separately. For units located in areas without a local CPI survey, the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs are used.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All metropolitan CPI areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the metropolitan CPI areas (in those states that have such areas) are the non-CPI metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the Table as "STATE: Hawaii," which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey; all other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

*Section 8 Certificate Program AAFs for Manufactured Home Spaces*

The AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used to adjust manufactured home space contract rents. The applicable AAF is determined by reference to the geographic listings contained in Schedule C, as described in the preceding section.

**How Factors Are Calculated**

*For Areas With CPI Surveys*

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data.

(2) The "Highest Cost Utility Included" column in Schedule C was calculated by weighting the rent and utility components with the corresponding components from the 1990 Census.

(3) The "Highest Cost Utility Excluded" column in Schedule C was calculated by eliminating the effect of heating costs that are included in the rent of some of the units in the CPI surveys.

*For Areas Without CPI Surveys*

(1) HUD used random digit dialing (RDD) regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls, and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) The change in rent with the highest cost utility included in the rent was calculated using the average of the ratios of gross rent in the current year RDD survey divided by the previous year's for the respective metropolitan or nonmetropolitan parts of the HUD region.

(3) The change in rent with the highest cost utility excluded (i.e., paid separately by the tenant) was calculated in the same manner, after subtracting the median values of utilities costs from the gross rents in the two years. The median cost of utilities was determined from the units in the RDD sample which reported that all utilities were paid by the tenant.

## Other Matters

*Environmental Impact*

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.19(c)(6).

*Executive Order 12612, Federalism*

The General Counsel, as the Designated Official under section 6(a) of Executive Order 12612, *Federalism*, has determined that the policies contained in this Notice do not have federalism implications and, thus, are not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following Tables:

Dated: September 17, 1998.

**Andrew Cuomo,**

*Secretary.*

BILLING CODE 4210-32-P



HeinOnline -- 63 Fed. Reg. 51226 1998

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 052198

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.011 | 1.009 | New England Nonmetropolitan | 1.012 | 1.012 |
| New York/New Jersey Metropolitan | 1.010 | 1.012 | New York/New Jersey Nonmetropolitan | 1.008 | 1.010 |
| Mid-Atlantic Metropolitan | 1.018 | 1.019 | Mid-Atlantic Nonmetropolitan | 1.015 | 1.015 |
| Southeast Metropolitan | 1.020 | 1.021 | Southeast Nonmetropolitan | 1.013 | 1.013 |
| Midwest Metropolitan | 1.018 | 1.018 | Midwest Nonmetropolitan | 1.017 | 1.017 |
| Southwest Metropolitan | 1.017 | 1.020 | Southwest Nonmetropolitan | 1.013 | 1.014 |
| Great Plains Metropolitan | 1.016 | 1.016 | Great Plains Nonmetropolitan | 1.016 | 1.016 |
| Rocky Mountain Metropolitan | 1.027 | 1.028 | Rocky Mountain Nonmetropolitan | 1.020 | 1.020 |
| Pacific/Hawaii Metropolitan | 1.018 | 1.018 | Pacific/Hawaii Nonmetropolitan | 1.015 | 1.013 |
| Northwest/Alaska Metropolitan | 1.015 | 1.016 | Northwest/Alaska Nonmetropolitan | 1.012 | 1.013 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.034 | 1.033 |
| MSA Anchorage, AK | 1.013 | 1.010 | PMSA Ann Arbor, MI | 1.024 | 1.022 |
| MSA Atlanta, GA | 1.035 | 1.035 | PMSA Atlantic-Cape May, NJ | 1.025 | 1.024 |
| PMSA Baltimore, MD | 1.016 | 1.016 | PMSA Bergen-Passaic, NJ | 1.033 | 1.036 |
| *COUNTY Berkeley, WV | 1.012 | 1.007 | PMSA Boston, MA-NH | 1.037 | 1.038 |
| PMSA Boulder-Longmont, CO | 1.043 | 1.042 | PMSA Brazoria, TX | 1.022 | 1.024 |
| PMSA Bremerton, WA | 1.036 | 1.039 | PMSA Bridgeport, CT | 1.033 | 1.036 |
| PMSA Brockton, MA | 1.036 | 1.038 | *COUNTY Brown, OH | 1.020 | 1.016 |
| PMSA Buffalo-Niagara Falls, NY | 1.023 | 1.020 | *Chicago, IL | 1.040 | 1.040 |
| *Cincinnati, OH-KY-IN | 1.019 | 1.016 | *COUNTY Clarke, VA | 1.011 | 1.008 |
| PMSA Cleveland-Lorain-Elyria, OH | 1.034 | 1.033 | *COUNTY Culpeper, VA | 1.011 | 1.008 |



HeinOnline -- 63 Fed. Reg. 51227 1998

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 052198

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|
| *Dallas, TX | 1.034 | 1.040 |
| *COUNTY De Kalb, IL | 1.040 | 1.040 |
| PMSA Detroit, MI | 1.025 | 1.022 |
| PMSA Fitchburg-Leominster, MA | 1.036 | 1.038 |
| PMSA Fort Lauderdale, FL | 1.020 | 1.021 |
| *COUNTY Gallatin, KY | 1.020 | 1.015 |
| PMSA Gary, IN | 1.040 | 1.040 |
| PMSA Greeley, CO | 1.043 | 1.042 |
| PMSA Hagerstown, MD | 1.011 | 1.008 |
| *COUNTY Henderson, TX | 1.030 | 1.041 |
| *COUNTY Jefferson, WV | 1.012 | 1.007 |
| PMSA Kankakee, IL | 1.040 | 1.040 |
| *COUNTY Kendall, Il | 1.040 | 1.040 |
| *COUNTY King George, VA | 1.012 | 1.007 |
| PMSA Los Angeles-Long Beach, CA | 1.016 | 1.014 |
| PMSA Manchester, NH | 1.036 | 1.038 |
| PMSA Middlesex-Somerset-Hunterdon, NJ | 1.033 | 1.036 |
| MSA Minneapolis-St. Paul, MN-WI | 1.034 | 1.037 |
| PMSA Nashua, NH | 1.037 | 1.038 |
| PMSA New Bedford, MA | 1.036 | 1.038 |
| *New Orleans, LA | 1.034 | 1.043 |

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|
| PMSA Danbury, CT | 1.033 | 1.036 |
| PMSA Denver, CO | 1.043 | 1.042 |
| PMSA Dutchess County, NY | 1.033 | 1.036 |
| PMSA Flint, MI | 1.026 | 1.022 |
| PMSA Fort Worth-Arlington, TX | 1.034 | 1.040 |
| PMSA Galveston-Texas City, TX | 1.022 | 1.024 |
| *COUNTY Grant, KY | 1.020 | 1.016 |
| *COUNTY Grundy, IL | 1.040 | 1.040 |
| PMSA Hamilton-Middletown, OH | 1.019 | 1.016 |
| PMSA Houston, TX | 1.023 | 1.024 |
| PMSA Jersey City, NJ | 1.033 | 1.035 |
| MSA Kansas City, MO-KS | 1.035 | 1.042 |
| PMSA Kenosha, WI | 1.040 | 1.040 |
| PMSA Lawrence, MA-NH | 1.036 | 1.038 |
| PMSA Lowell, MA-NH | 1.037 | 1.038 |
| PMSA Miami, FL | 1.020 | 1.021 |
| PMSA Milwaukee-Waukesha, WI | 1.021 | 1.018 |
| PMSA Monmouth-Ocean, NJ | 1.033 | 1.036 |
| PMSA Nassau-Suffolk, NY | 1.033 | 1.036 |
| PMSA New Haven-Meriden, CT | 1.033 | 1.036 |
| PMSA New York, NY | 1.034 | 1.035 |



HeinOnline -- 63 Fed. Reg. 51228 1998

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 052198

| | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|
| *COUNTY | Westchester, NY | 1.034 | 1.035 |
| PMSA | Newburgh, NY-PA | 1.033 | 1.036 |
| *COUNTY | Ohio, IN | 1.020 | 1.016 |
| PMSA | Orange County, CA | 1.016 | 1.014 |
| PMSA | Philadelphia, PA-NJ | 1.025 | 1.024 |
| PMSA | Portland-Vancouver, OR-WA | 1.038 | 1.045 |
| PMSA | Racine, WI | 1.021 | 1.018 |
| *COUNTY | St. James Parish, LA | 1.032 | 1.043 |
| PMSA | Salem, OR | 1.037 | 1.045 |
| PMSA | San Francisco, CA | 1.060 | 1.061 |
| PMSA | Santa Cruz-Watsonville, CA | 1.060 | 1.061 |
| PMSA | Seattle-Bellevue-Everett, WA | 1.037 | 1.039 |
| PMSA | Tacoma, WA | 1.036 | 1.039 |
| PMSA | Trenton, NJ | 1.033 | 1.036 |
| PMSA | Ventura, CA | 1.016 | 1.014 |
| *COUNTY | Warren, VA | 1.011 | 1.008 |
| PMSA | Waterbury, CT | 1.033 | 1.036 |
| PMSA | Worcester, MA-CT | 1.036 | 1.038 |
| PMSA | Newark, NJ | 1.033 | 1.036 |
| PMSA | Oakland, CA | 1.060 | 1.061 |
| PMSA | Olympia, WA | 1.036 | 1.039 |
| *COUNTY | Pendleton, KY | 1.020 | 1.016 |
| PMSA | Pittsburgh, PA | 1.017 | 1.009 |
| PMSA | Portsmouth-Rochester, NH-ME | 1.036 | 1.038 |
| PMSA | Riverside-San Bernardino, CA | 1.016 | 1.014 |
| MSA | St. Louis, MO-IL | 1.021 | 1.025 |
| MSA | San Diego, CA | 1.025 | 1.024 |
| PMSA | San Jose, CA | 1.060 | 1.061 |
| PMSA | Santa Rosa, CA | 1.060 | 1.061 |
| PMSA | Stamford-Norwalk, CT | 1.033 | 1.036 |
| MSA | Tampa-St. Petersburg-Clearwater, FL | 1.026 | 1.028 |
| PMSA | Vallejo-Fairfield-Napa, CA | 1.060 | 1.061 |
| PMSA | Vineland-Millville-Bridgeton, NJ | 1.025 | 1.024 |
| *Washington, | DC-MD-VA | 1.010 | 1.008 |
| PMSA | Wilmington-Newark, DE-MD | 1.025 | 1.024 |



HeinOnline -- 63 Fed. Reg. 51229 1998

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 052198

| | HIGHEST COST INCLUDED | UTILITY EXCLUDED | | HIGHEST COST INCLUDED | UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.001 | 1.000 | New England Nonmetropolitan | 1.002 | 1.002 |
| New York/New Jersey Metropolitan | 1.000 | 1.002 | New York/New Jersey Nonmetropolitan | 1.000 | 1.000 |
| Mid-Atlantic Metropolitan | 1.008 | 1.009 | Mid-Atlantic Nonmetropolitan | 1.005 | 1.005 |
| Southeast Metropolitan | 1.010 | 1.011 | Southeast Nonmetropolitan | 1.003 | 1.003 |
| Midwest Metropolitan | 1.008 | 1.008 | Midwest Nonmetropolitan | 1.007 | 1.008 |
| Southwest Metropolitan | 1.007 | 1.010 | Southwest Nonmetropolitan | 1.003 | 1.004 |
| Great Plains Metropolitan | 1.006 | 1.006 | Great Plains Nonmetropolitan | 1.006 | 1.006 |
| Rocky Mountain Metropolitan | 1.017 | 1.018 | Rocky Mountain Nonmetropolitan | 1.010 | 1.010 |
| Pacific/Hawaii Metropolitan | 1.008 | 1.008 | Pacific/Hawaii Nonmetropolitan | 1.005 | 1.003 |
| Northwest/Alaska Metropolitan | 1.005 | 1.006 | Northwest/Alaska Nonmetropolitan | 1.002 | 1.003 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.024 | 1.023 |
| MSA Anchorage, AK | 1.003 | 1.000 | PMSA Ann Arbor, MI | 1.015 | 1.012 |
| MSA Atlanta, GA | 1.025 | 1.025 | PMSA Atlantic-Cape May, NJ | 1.015 | 1.014 |
| PMSA Baltimore, MD | 1.006 | 1.006 | PMSA Bergen-Passaic, NJ | 1.023 | 1.026 |
| *COUNTY Berkeley, WV | 1.002 | 1.000 | PMSA Boston, MA-NH | 1.027 | 1.028 |
| PMSA Boulder-Longmont, CO | 1.033 | 1.032 | PMSA Brazoria, TX | 1.013 | 1.014 |
| PMSA Bremerton, WA | 1.026 | 1.029 | PMSA Bridgeport, CT | 1.023 | 1.026 |
| PMSA Brockton, MA | 1.026 | 1.028 | *COUNTY Brown, OH | 1.010 | 1.006 |
| PMSA Buffalo-Niagara Falls, NY | 1.013 | 1.010 | *Chicago, IL | 1.030 | 1.030 |
| *Cincinnati, OH-KY-IN | 1.009 | 1.006 | *COUNTY Clarke, VA | 1.001 | 1.000 |
| PMSA Cleveland-Lorain-Elyria, OH | 1.024 | 1.023 | *COUNTY Culpeper, VA | 1.001 | 1.000 |



HeinOnline -- 63 Fed. Reg. 51230 1998

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 052198

| | HIGHEST COST UTILITY INCLUDED | EXCLUDED | | HIGHEST COST UTILITY INCLUDED | EXCLUDED |
|---|---|---|---|---|---|
| *Dallas, TX | 1.024 | 1.030 | PMSA Danbury, CT | 1.023 | 1.026 |
| *COUNTY De Kalb, IL | 1.030 | 1.030 | PMSA Denver, CO | 1.033 | 1.032 |
| PMSA Detroit, MI | 1.015 | 1.012 | PMSA Dutchess County, NY | 1.023 | 1.026 |
| PMSA Fitchburg-Leominster, MA | 1.026 | 1.028 | PMSA Flint, MI | 1.016 | 1.012 |
| PMSA Fort Lauderdale, FL | 1.010 | 1.011 | PMSA Fort Worth-Arlington, TX | 1.024 | 1.030 |
| *COUNTY Gallatin, KY | 1.010 | 1.006 | PMSA Galveston-Texas City, TX | 1.012 | 1.014 |
| PMSA Gary, IN | 1.030 | 1.030 | *COUNTY Grant, KY | 1.010 | 1.006 |
| PMSA Greeley, CO | 1.033 | 1.032 | *COUNTY Grundy, IL | 1.030 | 1.030 |
| PMSA Hagerstown, MD | 1.001 | 1.000 | PMSA Hamilton-Middletown, OH | 1.009 | 1.006 |
| *COUNTY Henderson, TX | 1.020 | 1.031 | PMSA Houston, TX | 1.013 | 1.014 |
| *COUNTY Jefferson, WV | 1.002 | 1.000 | PMSA Jersey City, NJ | 1.023 | 1.025 |
| PMSA Kankakee, IL | 1.030 | 1.030 | MSA Kansas City, MO-KS | 1.025 | 1.032 |
| *COUNTY Kendall, Il | 1.030 | 1.030 | PMSA Kenosha, WI | 1.030 | 1.030 |
| *COUNTY King George, VA | 1.002 | 1.000 | PMSA Lawrence, MA-NH | 1.026 | 1.029 |
| PMSA Los Angeles-Long Beach, CA | 1.006 | 1.004 | PMSA Lowell, MA-NH | 1.027 | 1.028 |
| PMSA Manchester, NH | 1.026 | 1.028 | PMSA Miami, FL | 1.010 | 1.011 |
| PMSA Middlesex-Somerset-Hunterdon, NJ | 1.023 | 1.026 | PMSA Milwaukee-Waukesha, WI | 1.011 | 1.008 |
| MSA Minneapolis-St. Paul, MN-WI | 1.024 | 1.027 | PMSA Monmouth-Ocean, NJ | 1.023 | 1.026 |
| PMSA Nashua, NH | 1.027 | 1.028 | PMSA Nassau-Suffolk, NY | 1.023 | 1.026 |
| PMSA New Bedford, MA | 1.026 | 1.028 | PMSA New Haven-Meriden, CT | 1.023 | 1.026 |
| *New Orleans, LA | 1.024 | 1.033 | PMSA New York, NY | 1.024 | 1.025 |



HeinOnline -- 63 Fed. Reg. 51231 1998

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 052198

| | | HIGHEST COST INCLUDED | UTILITY EXCLUDED |
|---|---|---|---|
| *COUNTY | Westchester, NY | 1.024 | 1.025 |
| PMSA | Newburgh, NY-PA | 1.023 | 1.026 |
| *COUNTY | Ohio, IN | 1.010 | 1.006 |
| PMSA | Orange County, CA | 1.006 | 1.004 |
| PMSA | Philadelphia, PA-NJ | 1.015 | 1.014 |
| PMSA | Portland-Vancouver, OR-WA | 1.028 | 1.035 |
| PMSA | Racine, WI | 1.011 | 1.008 |
| *COUNTY | St. James Parish, LA | 1.022 | 1.033 |
| PMSA | Salem, OR | 1.027 | 1.035 |
| PMSA | San Francisco, CA | 1.050 | 1.051 |
| PMSA | Santa Cruz-Watsonville, CA | 1.050 | 1.051 |
| PMSA | Seattle-Bellevue-Everett, WA | 1.027 | 1.029 |
| PMSA | Tacoma, WA | 1.026 | 1.029 |
| PMSA | Trenton, NJ | 1.023 | 1.026 |
| PMSA | Ventura, CA | 1.006 | 1.004 |
| *COUNTY | Warren, VA | 1.001 | 1.000 |
| PMSA | Waterbury, CT | 1.023 | 1.026 |
| PMSA | Worcester, MA-CT | 1.026 | 1.028 |

| | | HIGHEST COST INCLUDED | UTILITY EXCLUDED |
|---|---|---|---|
| PMSA | Newark, NJ | 1.023 | 1.026 |
| PMSA | Oakland, CA | 1.050 | 1.051 |
| PMSA | Olympia, WA | 1.026 | 1.029 |
| *COUNTY | Pendleton, KY | 1.010 | 1.006 |
| PMSA | Pittsburgh, PA | 1.007 | 1.000 |
| PMSA | Portsmouth-Rochester, NH-ME | 1.026 | 1.028 |
| PMSA | Riverside-San Bernardino, CA | 1.006 | 1.004 |
| MSA | St. Louis, MO-IL | 1.011 | 1.015 |
| MSA | San Diego, CA | 1.015 | 1.014 |
| PMSA | San Jose, CA | 1.050 | 1.051 |
| PMSA | Santa Rosa, CA | 1.050 | 1.051 |
| PMSA | Stamford-Norwalk, CT | 1.023 | 1.026 |
| MSA | Tampa-St. Petersburg-Clearwater, FL | 1.016 | 1.018 |
| PMSA | Vallejo-Fairfield-Napa, CA | 1.050 | 1.051 |
| PMSA | Vineland-Millville-Bridgeton, NJ | 1.016 | 1.014 |
| *Washington, | DC-MD-VA | 1.000 | 1.000 |
| PMSA | Wilmington-Newark, DE-MD | 1.015 | 1.014 |

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

ALABAMA (SOUTHEAST)

METROPOLITAN COUNTIES
Autauga, Baldwin, Blount, Calhoun, Colbert, Dale, Elmore, Etowah, Houston, Jefferson, Lauderdale, Lawrence, Limestone, Madison, Mobile, Montgomery, Morgan, Russell, Shelby, St. Clair, Tuscaloosa

NONMETROPOLITAN COUNTIES
Barbour, Bibb, Bullock, Butler, Chambers, Cherokee, Chilton, Choctaw, Clarke, Clay, Cleburne, Coffee, Conecuh, Coosa, Covington, Crenshaw, Cullman, Dallas, Dekalb, Escambia, Fayette, Franklin, Geneva, Greene, Hale, Henry, Jackson, Lamar, Lee, Lowndes, Macon, Marengo, Marion, Marshall, Monroe, Perry, Pickens, Pike, Randolph, Sumter, Talladega, Tallapoosa, Walker, Washington, Wilcox, Winston

ALASKA (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES
MSA Anchorage, AK: Anchorage

NONMETROPOLITAN COUNTIES
Aleutian East, Aleutian West, Bethel, Dillingham, Lake & Peninsula, Northwest Arctic, Nome, Pr. Wales-Outer Ketchikan, Skagway-Yakutat-Angoon, Southeast Fairbanks, Valdez-Cordova, Wade Hampton, Wrangell-Petersburg, Yukon-Koyukuk, Bristol Bay, Fairbanks North Star, Haines, Juneau, Kenai Peninsula, Ketchikan Gateway, Kodiak Island, Matanuska-Susitna, North Slope, Sitka

ARIZONA (PACIFIC/HAWAII)

METROPOLITAN COUNTIES
Maricopa, Mohave, Pima, Pinal, Yuma

NONMETROPOLITAN COUNTIES
Apache, Cochise, Coconino, Gila, Graham, Greenlee, La Paz, Navajo, Santa Cruz, Yavapai

ARKANSAS (SOUTHWEST)

METROPOLITAN COUNTIES
Benton, Crawford, Crittenden, Faulkner, Jefferson, Lonoke, Miller, Pulaski, Saline, Sebastian, Washington

NONMETROPOLITAN COUNTIES
Arkansas, Ashley, Baxter, Boone, Bradley, Calhoun, Carroll, Chicot, Clark, Clay, Cleburne, Cleveland, Columbia, Conway, Craighead, Cross, Dallas, Desha, Drew, Franklin, Fulton, Garland, Grant, Greene, Hempstead, Hot Spring, Howard, Independence, Izard, Jackson, Johnson, Lafayette, Lawrence, Lee, Lincoln, Little River, Logan, Madison, Marion, Mississippi, Monroe, Montgomery, Nevada, Newton Ouachita, Perry, Phillips, Pike, Poinsett, Polk, Pope, Prairie, Randolph, Scott, Searcy, Sevier, Sharp, St. Francis, Stone, Union, Van Buren, White, Woodruff, Yell

CALIFORNIA (PACIFIC/HAWAII)

CPI AREAS: COUNTIES

| | | |
|---|---|---|
| PMSA | Los Angeles-Long Beach, CA: | Los Angeles |
| PMSA | Oakland, CA: | Alameda, Contra Costa |
| PMSA | Orange County, CA: | Orange |
| PMSA | Riverside-San Bernardino, CA: | Riverside, San Bernardino |
| MSA | San Diego, CA: | San Diego |
| PMSA | San Francisco, CA: | Marin, San Francisco, San Mateo |
| PMSA | San Jose, CA: | Santa Clara |
| PMSA | Santa Cruz-Watsonville, CA: | Santa Cruz |
| PMSA | Santa Rosa, CA: | Sonoma |
| PMSA | Vallejo-Fairfield-Napa, CA: | Napa, Solano |
| PMSA | Ventura, CA: | Ventura |

METROPOLITAN COUNTIES
Butte, El Dorado, Fresno, Kern, Madera, Merced, Monterey, Placer, Sacramento, San Joaquin, San Luis Obispo, Santa Barbara, Shasta, Stanislaus, Sutter, Tulare, Yolo, Yuba

NONMETROPOLITAN COUNTIES
Alpine, Amador, Calaveras, Colusa, Del Norte, Glenn, Humboldt, Imperial, Inyo, Kings, Lake, Lassen, Mariposa, Mendocino, Modoc, Mono, Nevada, Plumas, San Benito, Sierra, Siskiyou, Tehama, Trinity, Tuolumne



HeinOnline -- 63 Fed. Reg. 51233 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

NONMETROPOLITAN COUNTIES

| | |
|---|---|
| Hartford County part: | Hartland town |
| Litchfield County part: | Canaan town, Colebrook town, Cornwall town, Goshen town, Kent town, Litchfield town, Morris town, Norfolk town, North Canaan town, Salisbury town, Sharon town, Torrington town, Warren town |
| Middlesex County part: | Chester town, Deep River town, Essex town, Westbrook town |
| New London County part: | Lyme town, Voluntown town |
| Tolland County part: | Union town |
| Windham County part: | Brooklyn town, Eastford town, Hampton town, Killingly town, Pomfret town, Putnam town, Scotland town, Sterling town, Woodstock town |

DELAWARE (MID-ATLANTIC)

CPI AREAS: COUNTIES
PMSA Wilmington-Newark, DE-MD: New Castle

METROPOLITAN COUNTIES
Kent

NONMETROPOLITAN COUNTIES
Sussex

DIST. OF COLUMBIA (MID-ATLANTIC)

CPI AREAS: COUNTIES
District of Columbia

FLORIDA (SOUTHEAST)

CPI AREAS: COUNTIES
PMSA Fort Lauderdale, FL: Broward
PMSA Miami, FL: Dade
MSA Tampa-St. Petersburg-Clearwater, FL: Hernando, Hillsborough, Pasco, Pinellas

METROPOLITAN COUNTIES
Alachua, Bay, Brevard, Charlotte, Clay, Collier, Duval, Escambia, Flagler, Gadsden, Lake, Lee, Leon, Manatee, Marion, Martin, Nassau, Okaloosa, Orange, Osceola, Palm Beach, Polk, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Volusia

NONMETROPOLITAN COUNTIES
Baker, Bradford, Calhoun, Citrus, Columbia, Desoto, Dixie, Franklin, Gilchrist, Glades, Gulf, Hamilton, Hardee, Hendry, Highlands, Holmes, Indian River, Jackson, Jefferson, Lafayette, Levy, Liberty, Madison, Monroe, Okeechobee, Putnam, Sumter, Suwannee, Taylor, Union, Wakulla, Walton, Washington

GEORGIA (SOUTHEAST)

CPI AREAS: COUNTIES
*Atlanta, GA: Barrow, Bartow, Carroll, Cherokee, Clayton, Cobb, Coweta, Dekalb, Douglas, Fayette, Forsyth, Fulton, Gwinnett, Henry, Newton, Paulding, Pickens, Rockdale, Spalding, Walton

METROPOLITAN COUNTIES
Bibb, Bryan, Catoosa, Chatham, Chattahoochee, Clarke, Columbia, Dade, Dougherty, Effingham, Harris, Houston, Jones, Lee, Madison, Mcduffie, Muscogee, Oconee, Peach, Richmond, Twiggs, Walker

NONMETROPOLITAN COUNTIES
Appling, Atkinson, Bacon, Baker, Baldwin, Banks, Ben Hill, Berrien, Bleckley, Brantley, Brooks, Bulloch, Burke, Butts, Calhoun, Camden, Candler, Charlton, Chattooga, Clay, Clinch, Coffee, Colquitt, Cook, Crawford, Crisp, Dawson, Decatur, Dodge, Dooly, Early, Echols, Elbert, Emanuel, Evans, Fannin, Floyd, Franklin, Gilmer, Glascock, Glynn, Gordon, Grady, Greene, Habersham, Hall, Hancock, Haralson, Hart, Heard, Irwin, Jackson, Jasper, Jeff Davis, Jefferson, Jenkins, Johnson, Lamar, Lanier, Laurens, Liberty, Lincoln, Long, Lowndes, Lumpkin, Macon, Marion, Mcintosh, Meriwether, Miller, Mitchell, Monroe, Montgomery, Morgan, Murray, Oglethorpe, Pierce, Pike, Polk, Pulaski, Putnam, Quitman, Rabun, Randolph, Schley, Screven, Seminole, Stephens, Stewart, Sumter, Talbot, Taliaferro, Tattnall, Taylor, Telfair, Terrell, Thomas, Tift, Toombs, Towns, Treutlen, Troup, Turner, Union, Upson, Ware, Warren, Washington, Wayne, Webster, Wheeler, White, Whitfield, Wilcox,Wilkes, Wilkinson, Worth



HeinOnline -- 63 Fed. Reg. 51234 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

HAWAII (PACIFIC/HAWAII)

| CPI AREAS: COUNTIES | |
|---|---|
| STATE Hawaii: | Hawaii, Honolulu, Kauai, Maui |

IDAHO (NORTHWEST/ALASKA)

METROPOLITAN COUNTIES
Ada, Canyon

NONMETROPOLITAN COUNTIES
Adams, Bannock, Bear Lake, Benewah, Bingham, Blaine, Boise, Bonner, Bonneville, Boundary, Butte, Camas, Caribou, Cassia, Clark, Clearwater, Custer, Elmore, Franklin, Fremont, Gem, Gooding, Idaho, Jefferson, Jerome, Kootenai, Latah, Lemhi, Lewis, Lincoln, Madison, Minidoka, Nez Perce, Oneida, Owyhee, Payette, Power, Shoshone, Teton, Twin Falls, Valley, Washington

ILLINOIS (MIDWEST)

| CPI AREAS: COUNTIES | |
|---|---|
| *Chicago, IL: | Cook, Dupage, Kane, Lake, Mchenry, Will |
| *COUNTY De Kalb, IL: | Dekalb |
| *COUNTY Grundy, IL: | Grundy |
| PMSA Kankakee, IL: | Kankakee |
| *COUNTY Kendall, Il: | Kendall |
| MSA St. Louis, MO-IL: | Clinton, Jersey, Madison, Monroe, St. Clair |

METROPOLITAN COUNTIES
Boone, Champaign, Henry, Macon, Mclean, Menard, Ogle, Peoria, Rock Island, Sangamon, Tazewell, Winnebago, Woodford

NONMETROPOLITAN COUNTIES
Adams, Alexander, Bond, Brown, Bureau, Calhoun, Carroll, Cass, Christian, Clark, Clay, Coles, Crawford, Cumberland, De Witt, Douglas, Edgar, Edwards, Effingham, Fayette, Ford, Franklin, Fulton, Gallatin, Greene, Hamilton, Hancock, Hardin, Henderson, Iroquois, Jackson, Jasper, Jefferson, Jo Daviess, Johnson, Knox, La Salle, Lawrence, Lee, Livingston, Logan, Macoupin, Marion, Marshall, Mason, Massac, Mcdonough, Mercer, Montgomery, Morgan, Moultrie, Perry, Piatt, Pike, Pope, Pulaski, Putnam, Randolph, Richland, Saline, Schuyler, Scott, Shelby, Stark, Stephenson, Union, Vermilion, Wabash, Warren, Washington, Wayne, White, Whiteside, Williamson

INDIANA (MIDWEST)

| CPI AREAS: COUNTIES | |
|---|---|
| *Cincinnati, OH-KY-IN: | Dearborn |
| PMSA Gary, IN: | Lake, Porter |
| *COUNTY Ohio, IN: | Ohio |

METROPOLITAN COUNTIES
Adams, Allen, Boone, Clark, Clay, Clinton, De Kalb, Delaware, Elkhart, Floyd, Hamilton, Hancock, Harrison, Hendricks, Howard, Huntington, Johnson, Madison, Marion, Monroe, Morgan, Posey, Scott, Shelby, St. Joseph, Tippecanoe, Tipton, Vanderburgh, Vermillion, Vigo, Warrick, Wells, Whitley

NONMETROPOLITAN COUNTIES
Bartholomew, Benton, Blackford, Brown, Carroll, Cass, Crawford, Daviess, Decatur, Dubois, Fayette, Fountain, Franklin, Fulton, Gibson, Grant, Greene, Henry, Jackson, Jasper, Jay, Jefferson, Jennings, Knox, Kosciusko, La Porte, Lagrange, Lawrence, Marshall, Martin, Miami, Montgomery, Newton, Noble, Orange, Owen, Parke, Perry, Pike, Pulaski, Putnam, Randolph, Ripley, Rush, Spencer, Starke, Steuben, Sullivan, Switzerland, Union, Wabash, Warren, Washington, Wayne, White

IOWA (GREAT PLAINS)

METROPOLITAN COUNTIES
Black Hawk, Dallas, Dubuque, Johnson, Linn, Polk, Pottawattamie, Scott, Warren, Woodbury

NONMETROPOLITAN COUNTIES
Adair, Adams, Allamakee, Appanoose, Audubon, Benton, Boone, Bremer, Buchanan, Buena Vista, Butler, Calhoun, Carroll, Cass, Cedar, Cerro Gordo, Cherokee, Chickasaw, Clarke, Clay, Clayton, Clinton, Crawford, Davis, Decatur, Delaware, Des Moines, Dickinson, Emmet, Fayette, Floyd, Franklin, Fremont,



HeinOnline -- 63 Fed. Reg. 51235 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

IOWA (Cont.)

Greene, Grundy, Guthrie, Hamilton, Hancock, Hardin, Harrison, Henry, Howard, Humboldt, Ida, Iowa, Jackson, Jasper, Jefferson, Jones, Keokuk, Kossuth, Lee, Louisa, Lucas, Lyon, Madison, Mahaska, Marion, Marshall, Mills, Mitchell, Monona, Monroe, Montgomery, Muscatine, O'Brien, Osceola, Page, Palo Alto, Plymouth, Pocahontas, Poweshiek, Ringgold, Sac, Shelby, Sioux, Story, Tama, Taylor, Union, Van Buren, Wapello, Washington, Wayne, Webster, Winnebago, Winneshiek, Worth, Wright

KANSAS (GREAT PLAINS)

CPI AREAS: COUNTIES

| | |
|---|---|
| MSA Kansas City, MO-KS: | Johnson, Leavenworth, Miami, Wyandotte |

METROPOLITAN COUNTIES

Butler, Douglas, Harvey, Sedgwick, Shawnee

NONMETROPOLITAN COUNTIES

Allen, Anderson, Atchison, Barber, Barton, Bourbon, Brown, Chase, Chautauqua, Cherokee, Cheyenne, Clark, Clay, Cloud, Coffey, Comanche, Cowley, Crawford, Decatur, Dickinson, Doniphan, Edwards, Elk, Ellis, Ellsworth, Finney, Ford, Franklin, Geary, Gove, Graham, Grant, Gray, Greeley, Greenwood, Hamilton, Harper, Haskell, Hodgeman, Jackson, Jefferson, Jewell, Kearny, Kingman, Kiowa, Labette, Lane, Lincoln, Linn, Logan, Lyon, Marion, Marshall, Mcpherson, Meade, Mitchell, Montgomery, Morris, Morton, Nemaha, Neosho, Ness, Norton, Osage, Osborne, Ottawa, Pawnee, Phillips, Pottawatomie, Pratt, Rawlins, Reno, Republic, Rice, Riley, Rooks, Rush, Russell, Saline, Scott, Seward, Sheridan, Sherman, Smith, Stafford, Stanton, Stevens, Sumner, Thomas, Trego, Wabaunsee, Wallace, Washington, Wichita, Wilson, Woodson

KENTUCKY (SOUTHEAST)

CPI AREAS: COUNTIES

| | |
|---|---|
| *Cincinnati, OH-KY-IN: | Boone, Campbell, Kenton |
| *COUNTY Gallatin, KY: | Gallatin |
| *COUNTY Grant, KY: | Grant |
| *COUNTY Pendleton, KY: | Pendleton |

METROPOLITAN COUNTIES

Bourbon, Boyd, Bullitt, Carter, Christian, Clark, Daviess, Fayette, Greenup, Henderson, Jefferson, Jessamine, Madison, Oldham, Scott, Woodford

NONMETROPOLITAN COUNTIES

Adair, Allen, Anderson, Ballard, Barren, Bath, Bell, Boyle, Bracken, Breathitt, Breckinridge, Butler, Caldwell, Calloway, Carlisle, Carroll, Casey, Clay, Clinton, Crittenden, Cumberland, Edmonson, Elliott, Estill, Fleming, Floyd, Franklin, Fulton, Garrard, Graves, Grayson, Green, Hancock, Hardin, Harlan, Harrison, Hart, Henry, Hickman, Hopkins, Jackson, Johnson, Knott, Knox, Larue, Laurel, Lawrence, Lee, Leslie, Letcher, Lewis, Lincoln, Livingston, Logan, Lyon, Magoffin, Marion, Marshall, Martin, Mason, Mccracken, Mccreary, Mclean, Meade, Menifee, Mercer, Metcalfe, Monroe, Montgomery, Morgan, Muhlenberg, Nelson, Nicholas, Ohio, Owen, Owsley, Perry, Pike, Powell, Pulaski, Robertson, Rockcastle, Rowan, Russell, Shelby, Simpson, Spencer, Taylor, Todd, Trigg, Trimble, Union, Warren, Washington, Wayne, Webster, Whitley, Wolfe

LOUISIANA (SOUTHWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| *New Orleans, LA: | Jefferson, Orleans, Plaquemines, St. Bernard, St. Charles, St. John the Baptist, St. Tammany |
| *COUNTY St. James Parish, LA: | St. James |

METROPOLITAN COUNTIES

Acadia, Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Lafayette, Lafourche, Livingston, Ouachita, Rapides, St. Landry, St. Martin, Terrebonne, Webster, West Baton Rouge

NONMETROPOLITAN COUNTIES

Allen, Assumption, Avoyelles, Beauregard, Bienville, Caldwell, Cameron, Catahoula, Claiborne, Concordia, De Soto, East Carroll, East Feliciana, Evangeline, Franklin, Grant, Iberia, Iberville, Jackson, Jefferson Davis, La Salle, Lincoln, Madison, Morehouse, Natchitoches, Pointe Coupee, Red River, Richland, Sabine, St. Helena, St. Mary, Tangipahoa, Tensas, Union, Vermilion, Vernon, Washington, West Carroll, West Feliciana, Winn



HeinOnline -- 63 Fed. Reg. 51236 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

MAINE (NEW ENGLAND)

CPI AREAS: COUNTIES
PMSA Portsmouth-Rochester, NH-ME
York County part: Berwick town, Eliot town, Kittery town, South Berwick town, York town

METROPOLITAN COUNTIES
Androscoggin County part: Auburn city, Greene town, Lewiston city, Lisbon town, Mechanic Falls town, Poland town, Sabattus town, Turner town, Wales town
Cumberland County part: Cape Elizabeth town, Casco town, Cumberland town, Falmouth town, Freeport town, Gorham town, Gray town, North Yarmouth town, Portland city, Raymond town, Scarborough town, South Portland city, Standish town, Westbrook city, Windham town, Yarmouth town
Penobscot County part: Bangor city, Brewer city, Eddington town, Glenburn town, Hampden town, Hermon town, Holden town, Kenduskeag town, Milford town, Old Town city, Orono town, Orrington town, Penobscot Indian Island, Veazie town
Waldo County part: Winterport town
York County part: Buxton town, Hollis town, Limington town, Old Orchard Beach

NONMETROPOLITAN COUNTIES
Aroostook
Franklin
Hancock
Kennebec
Knox
Lincoln
Oxford
Piscataquis
Sagadahoc
Somerset
Washington
Androscoggin County part: Durham town, Leeds town, Livermore town, Livermore Falls town, Minot town
Cumberland County part: Harpswell town, Harrison town, Naples town, New Gloucester town, Pownal town, Sebago town
Penobscot County part: Alton town, Argyle unorg., Bradford town, Bradley town, Burlington town, Charleston town, Chester town, Clifton town, Corinna town, Corinth town, Dexter town, Dixmont town, Drew plantation, East Central Penob, East Millinocket town, Edinburg town, Enfield town, Etna town, Exeter town, Garland town, Greenbush town, Greenfield town, Howland town, Hudson town, Kingman unorg., Lagrange town, Lakeville town, Lee town, Levant town, Lincoln town, Lowell town, Mattawamkeag town, Maxfield town, Medway town, Millinocket town, Mount Chase town, Newburgh town, Penobscot unorg., Passadumkeag town, Patten town, Plymouth town, Prentiss plantation, Seboeis plantation, Springfield town, Stacyville town, Stetson town, Twombly unorg., Webster plantation, Whitney unorg., Winn town, Woodville town
Waldo County part: Belfast city, Belmont town, Brooks town, Burnham town, Frankfort town, Freedom town, Islesboro town, Jackson town, Knox town, Liberty town, Lincolnville town, Monroe town, Montville town, Morrill town, Northport town, Palermo town, Prospect town, Searsmont town, Searsport town, Stockton Springs, Swanville town, Thorndike town, Troy town, Unity town, Waldo town
York County part: Acton town, Alfred town, Arundel town, Biddeford city, Cornish town, Dayton town, Kennebunk town, Kennebunkport town, Lebanon town, Limerick town, Lyman town, Newfield town, North Berwick town, Ogunquit town, Parsonsfield town, Saco city, Sanford town, Shapleigh town, Waterboro town, Wells town

MARYLAND (MID-ATLANTIC)

CPI AREAS: COUNTIES
PMSA Baltimore, MD: Anne Arundel, Baltimore, Carroll, Harford, Howard, Queen Anne's, Baltimore city, Columbia city
PMSA Hagerstown, MD: Washington
*Washington, DC-MD-VA: Calvert, Charles, Frederick, Montgomery, Prince George's
PMSA Wilmington-Newark, DE-MD: Cecil

METROPOLITAN COUNTIES
Allegany

NONMETROPOLITAN COUNTIES
Caroline, Dorchester, Garrett, Kent, Somerset, St. Mary's, Talbot, Wicomico, Worcester



HeinOnline -- 63 Fed. Reg. 51237 1998

MASSACHUSETTS (NEW ENGLAND)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Boston, MA-NH | |
| Bristol County part: | Berkley town, Dighton town, Mansfield town, Norton town, Taunton city |
| Essex County part: | Amesbury town, Beverly city, Danvers town, Essex town, Gloucester city, Hamilton town, Ipswich town, Lynn city, Lynnfield town, Manchester town, Marblehead town, Middleton town, Nahant town, Newbury town, Newburyport city, Peabody city, Rockport town, Rowley town, Salem city, Salisbury town, Saugus town, Swampscott town, Topsfield town, Wenham town |
| Middlesex County part: | Acton town, Arlington town, Ashland town, Ayer town, Bedford town, Belmont town, Boxborough town, Burlington town, Cambridge city, Carlisle town, Concord town, Everett city, Framingham town, Holliston town, Hopkinton town, Hudson town, Lexington town, Lincoln town, Littleton town, Malden city, Marlborough city, Maynard town, Medford city, Melrose city, Natick town, Newton city, North Reading town, Reading town, Sherborn town, Shirley town, Somerville city, Stoneham town, Stow town, Sudbury town, Townsend town, Wakefield town, Waltham city, Watertown town, Wayland town, Weston town, Wilmington town, Winchester town, Woburn city |
| Norfolk County part: | Bellingham town, Braintree town, Brookline town, Canton town, Cohasset town, Dedham town, Dover town, Foxborough town, Franklin town, Holbrook town, Medfield town, Medway town, Millis town, Milton town, Needham town, Norfolk town, Norwood town, Plainville town, Quincy city, Randolph town, Sharon town, Stoughton town, Walpole town, Wellesley town, Westwood town, Weymouth town, Wrentham town |
| Plymouth County part: | Carver town, Duxbury town, Hanover town, Hingham town, Hull town, Kingston town, Marshfield town, Norwell town, Pembroke town, Plymouth town, Rockland town, Scituate town, Wareham town |
| Suffolk county part: | Boston city, Chelsea city, Revere city, Winthrop town Worcester County part: Berlin town, Blackstone town, Bolton town, Harvard town, Hopedale town, Lancaster town, Mendon town, Milford town, Millville town, Southborough town, Upton town |
| PMSA Brockton, MA | |
| Bristol County part: | Easton town, Raynham town |
| Norfolk County part: | Avon town |
| Plymouth County part: | Abington town, Bridgewater town, Brockton city, East Bridgewater town, Halifax town, Hanson town, Lakeville town, Middleborough town, Plympton town, West Bridgewater town, Whitman town |
| PMSA Fitchburg-Leominster, MA | |
| Middlesex County part: | Ashby town |
| Worcester County part: | Ashburnham town, Fitchburg city, Gardner city, Leominster city, Lunenburg town, Templeton town, Westminster town, Winchendon town |
| PMSA Lawrence, MA-NH | |
| Essex County part: | Andover town, Boxford town, Georgetown town, Groveland town, Haverhill city, Lawrence city, Merrimac town, Methuen town, North Andover town, West Newbury town |
| PMSA Lowell, MA-NH | |
| Middlesex County part: | Billerica town, Chelmsford town, Dracut town, Dunstable town, Groton town, Lowell city, Pepperell town, Tewksbury town, Tyngsborough town, Westford town |
| PMSA New Bedford, MA | |
| Bristol County part: | Acushnet town, Dartmouth town, Fairhaven town, Freetown town, New Bedford city |
| Plymouth County part: | Marion town, Mattapoisett town, Rochester town |
| PMSA Worcester, MA-CT | |
| Hampden County part: | Holland town |
| Worcester County part: | Auburn town, Barre town, Boylston town, Brookfield town, Charlton town, Clinton town, Douglas town, Dudley town, East Brookfield town, Grafton town, Holden town, Leicester town, Millbury town, Northborough town, Northbridge town, North Brookfield town, Oakham town, Oxford town, Paxton town, Princeton town, Rutland town, Shrewsbury town, Southbridge town, Spencer town, Sterling town, Sturbridge town, Sutton town, Uxbridge town, Webster town, Westboroughtown, West Boylston town, West Brookfield town, Worcester city |



HeinOnline -- 63 Fed. Reg. 51238 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

MASSACHUSETTS (NEW ENGLAND) cont.

METROPOLITAN COUNTIES

| | |
|---|---|
| Barnstable County part: | Barnstable town, Brewster town, Chatham town, Dennis town, Eastham town, Harwich town, Mashpee town, Orleans town, Sandwich town, Yarmouth town |
| Berkshire County part: | Adams town, Cheshire town, Dalton town, Hinsdale town, Lanesborough town, Lee town, Lenox town, Pittsfield city, Richmond town, Stockbridge town |
| Bristol County part: | Attleboro city, Fall River city, North Attleborough, Rehoboth town, Seekonk town,Somerset town, Swansea town, Westport town |
| Franklin County part: | Sunderland town |
| Hampden County part: | Agawam town, Chicopee city, East Longmeadow town, Hampden town, Holyoke city, Longmeadow town, Ludlow town, Monson town, Montgomery town, Palmer town, Russell town, Southwick town, Springfield city, Westfield city, West Springfield town, Wilbraham town |
| Hampshire County part: | Amherst town, Belchertown town, Easthampton town, Granby town, Hadley town, Hatfield town, Huntington town, Northampton city, Southampton town, South Hadley town, Ware town, Williamsburg town |

NONMETROPOLITAN COUNTIES

Dukes
Nantucket

| | |
|---|---|
| Barnstable County part: | Bourne town, Falmouth town, Provincetown town, Truro town, Wellfleet town |
| Berkshire County part: | Alford town, Becket town, Clarksburg town, Egremont town, Florida town, Great Barrington town, Hancock town, Monterey town, Mount Washington town, New Ashford town, New Marlborough town, North Adams city, Otis town, Peru town, Sandisfield town, Savoy town, Sheffield town, Tyringham town, Washington town, West Stockbridge town, Williamstown town, Windsor town |
| Franklin County part: | Ashfield town, Bernardston town, Buckland town, Charlemont town, Colrain town, Conway town, Deerfield town, Erving town, Gill town, Greenfield town, Hawley town, Heath town, Leverett town, Leyden town, Monroe town, Montague town, New Salem town, Northfield town, Orange town, Rowe town, Shelburne town, Shutesbury town, Warwick town, Wendell town, Whately town |
| Hampden County part: | Blandford town, Brimfield town, Chester town, Granville town, Tolland town, Wales town |
| Hampshire County part: | Chesterfield town, Cummington town, Goshen town, Middlefield town, Pelham town, Plainfield town, Westhampton town, Worthington town |
| Worcester County part: | Athol town, Hardwick town, Hubbardston town, New Braintree town, Petersham town, Phillipston town, Royalston town, Warren town |

MICHIGAN (MIDWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Ann Arbor, MI: | Lenawee, Livingston, Washtenaw |
| PMSA Detroit, MI: | Lapeer, Macomb, Monroe, Oakland, St. Clair, Wayne |
| PMSA Flint, MI: | Genesee |

METROPOLITAN COUNTIES

Allegan, Bay, Berrien, Calhoun, Clinton, Eaton, Ingham, Jackson, Kalamazoo, Kent, Midland, Muskegon, Ottawa, Saginaw, Van Buren

NONMETROPOLITAN COUNTIES

Alcona, Alger, Alpena, Antrim, Arenac, Baraga, Barry, Benzie, Branch, Cass, Charlevoix, Cheboygan, Chippewa, Clare, Crawford, Delta, Dickinson, Emmet, Gladwin, Gogebic, Grand Traverse, Gratiot, Hillsdale, Houghton, Huron, Ionia, Iosco, Iron, Isabella, Kalkaska, Keweenaw, Lake, Leelanau, Luce, Mackinac, Manistee, Marquette, Mason, Mecosta, Menominee, Missaukee, Montcalm, Montmorency, Newaygo, Oceana, Ogemaw, Ontonagon, Osceola, Oscoda, Otsego, Presque Isle, Roscommon, Sanilac, Schoolcraft, Shiawassee, St. Joseph, Tuscola, Wexford

MINNESOTA (MIDWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| MSA Minneapolis-St. Paul, MN-WI: | Anoka, Carver, Chisago, Dakota, Hennepin, Isanti, Ramsey, Scott, Sherburne, Washington, Wright |

METROPOLITAN COUNTIES

Benton, Clay, Houston, Olmsted, Polk, St. Louis, Stearns



HeinOnline -- 63 Fed. Reg. 51239 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

NONMETROPOLITAN COUNTIES
Aitkin, Becker, Beltrami, Big Stone, Blue Earth, Brown, Carlton, Cass, Chippewa, Clearwater, Cook, Cottonwood, Crow Wing, Dodge, Douglas, Faribault, Fillmore, Freeborn, Goodhue, Grant, Hubbard, Itasca, Jackson, Kanabec, Kandiyohi, Kittson, Koochiching, Lac qui Parle, Lake, Lake of the Woods, Le Sueur, Lincoln, Lyon, Mahnomen, Marshall, Martin, Mcleod, Meeker, Mille Lacs, Morrison, Mower, Murray, Nicollet, Nobles, Norman, Otter Tail, Pennington, Pine, Pipestone, Pope, Red Lake, Redwood, Renville, Rice, Rock, Roseau, Sibley, Steele, Stevens, Swift, Todd, Traverse, Wabasha, Wadena, Waseca, Watonwan, Wilkin, Winona, Yellow Medicine

MISSISSIPPI (SOUTHEAST)

METROPOLITAN COUNTIES
Desoto, Hancock, Harrison, Hinds, Jackson, Madison, Rankin

NONMETROPOLITAN COUNTIES
Adams, Alcorn, Amite, Attala, Benton, Bolivar, Calhoun, Carroll, Chickasaw, Choctaw, Claiborne, Clarke, Clay, Coahoma, Copiah, Covington, Forrest, Franklin, George, Greene, Grenada, Holmes, Humphreys, Issaquena, Itawamba, Jasper, Jefferson, Jefferson Davis, Jones, Kemper, Lafayette, Lamar, Lauderdale, Lawrence, Leake, Lee, Leflore, Lincoln, Lowndes, Marion, Marshall, Monroe, Montgomery, Neshoba, Newton, Noxubee, Oktibbeha, Panola, Pearl River, Perry, Pike, Pontotoc, Prentiss, Quitman, Scott, Sharkey, Simpson, Smith, Stone, Sunflower, Tallahatchie, Tate, Tippah, Tishomingo, Tunica, Union, Walthall, Warren, Washington, Wayne, Webster, Wilkinson, Winston, Yalobusha, Yazoo

MISSOURI (GREAT PLAINS)

CPI AREAS: COUNTIES

| | | |
|---|---|---|
| MSA | Kansas City, MO-KS: | Cass, Clay, Clinton, Jackson, Lafayette, Platte, Ray |
| MSA | St. Louis, MO-IL: | Franklin, Jefferson, Lincoln, St. Charles, St. Louis, Warren, St. Louis city, Crawford-Sullivan (part) |

METROPOLITAN COUNTIES
Andrew, Boone, Buchanan, Christian, Greene, Jasper, Newton, Webster

NONMETROPOLITAN COUNTIES
Adair, Atchison, Audrain, Barry, Barton, Bates, Benton, Bollinger, Butler, Caldwell, Callaway, Camden, Cape Girardeau, Carroll, Carter, Cedar, Chariton, Clark, Cole, Cooper, Crawford, Dade, Dallas, Daviess, Dekalb, Dent, Douglas, Dunklin, Gasconade, Gentry, Grundy, Harrison, Henry, Hickory, Holt, Howard,Howell, Iron, Johnson, Knox, Laclede, Lawrence, Lewis, Linn, Livingston, Macon, Madison, Maries, Marion, Mcdonald, Mercer, Miller, Mississippi, Moniteau, Monroe, Montgomery, Morgan, New Madrid, Nodaway, Oregon, Osage, Ozark, Pemiscot, Perry, Pettis, Phelps, Pike, Polk, Pulaski, Putnam, Ralls, Randolph, Reynolds, Ripley, Saline, Schuyler, Scotland, Scott, Shannon, Shelby, St. Clair, St. Francois, Ste. Genevieve, Stoddard, Stone, Sullivan, Taney, Texas, Vernon, Washington, Wayne, Worth, Wright

MONTANA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Cascade, Yellowstone

NONMETROPOLITAN COUNTIES
Beaverhead, Big Horn, Blaine, Broadwater, Carbon, Carter, Chouteau, Custer, Daniels, Dawson, Deer Lodge, Fallon, Fergus, Flathead, Gallatin, Garfield, Glacier, Golden Valley, Granite, Hill, Jefferson, Judith Basin, Lake, Lewis and Clark, Liberty, Lincoln, Madison, Mccone, Meagher, Mineral, Missoula, Musselshell, Park, Petroleum, Phillips, Pondera, Powder River, Powell, Prairie, Ravalli, Richland, Roosevelt, Rosebud, Sanders, Sheridan, Silver Bow, Stillwater, Sweet Grass, Teton, Toole, Treasure, Valley, Wheatland, Wibaux

NEBRASKA (GREAT PLAINS)

METROPOLITAN COUNTIES
Cass, Dakota, Douglas, Lancaster, Sarpy, Washington

NONMETROPOLITAN COUNTIES
Adams, Antelope, Arthur, Banner, Blaine, Boone, Box Butte, Boyd, Brown, Buffalo, Burt, Butler, Cedar, Chase, Cherry, Cheyenne, Clay, Colfax, Cuming, Custer, Dawes, Dawson, Deuel, Dixon, Dodge, Dundy, Fillmore, Franklin, Frontier, Furnas, Gage, Garden, Garfield, Gosper, Grant, Greeley, Hall, Hamilton, Harlan, Hayes, Hitchcock, Holt, Hooker, Howard, Jefferson, Johnson, Kearney, Keith, Keya Paha, Kimball, Knox, Lincoln, Logan, Loup, Madison, Mcpherson, Merrick, Morrill, Nance, Nemaha, Nuckolls, Otoe, Pawnee, Perkins, Phelps, Pierce, Platte, Polk, Red Willow, Richardson, Rock, Saline, Saunders, Scotts Bluff, Seward, Sheridan, Sherman, Sioux, Stanton, Thayer, Thomas, Thurston, Valley, Wayne, Webster, Wheeler, York



HeinOnline -- 63 Fed. Reg. 51240 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

NEVADA (PACIFIC/HAWAII)

METROPOLITAN COUNTIES
Clark, Nye, Washoe

NONMETROPOLITAN COUNTIES
Churchill, Douglas, Elko, Esmeralda, Eureka, Humboldt, Lander, Lincoln, Lyon, Mineral, Pershing, Storey, White Pine, Carson City

NEW HAMPSHIRE (NEW ENGLAND)

CPI AREAS: COUNTIES

PMSA Lawrence, MA-NH
Rockingham County part: Atkinson town, Chester town, Danville town, Derry town, Fremont town,Hampstead town, Kingston town, Newton town, Plaistow town, Raymond town, Salem town, Sandown town, Windham town

PMSA Lowell, MA-NH
Hillsborough county part: Pelham town

PMSA Manchester, NH
Hillsborough county part: Bedford town, Goffstown town, Manchester city, Weare town
Merrimack county part: Allenstown town, Hooksett town
Rockingham county part: Auburn town, Candia town, Londonderry town

PMSA Nashua, NH
Hillsborough county part: Amherst town, Brookline town, Greenville town, Hollis town, Hudson town, Litchfield town, Mason town, Merrimack town, Milford town, Mont Vernon town, Nashua city, New Ipswich town, Wilton town

PMSA Portsmouth-Rochester, NH-ME
Rockingham County part: Brentwood town, East Kingston town, Epping town, Exeter town, Greenland town, Hampton town, Hampton Falls town, Kensington town, New Castle town, Newfields town, Newington town, Newmarket town, North Hampton town, Portsmouth city, Rye town, Stratham town
Strafford County part: Barrington town, Dover city, Durham town, Farmington town, Lee town, Madbury town, Milton town, Rochester city, Rollinsford town, Somersworth city

NONMETROPOLITAN COUNTIES
Belknap
Carroll
Cheshire
Coos
Grafton
Sullivan
Hillsborough County part: Antrim town, Bennington town, Deering town, Francestown town, Greenfield town, Hancock town, Hillsborough town, Lyndeborough town, New Boston town, Peterborough town, Sharon town, Temple town, Windsor town
Merrimack County part: Andover town, Boscawen town, Bow town, Bradford town, Canterbury town, Chichester town, Concord city, Danbury town, Dunbarton town, Epsom town, Franklin city, Henniker town, Hill town, Hopkinton town, Loudon town, Newbury town, New London town, Northfield town, Pembroke town, Pittsfield town, Salisbury town, Sutton town, Warner town, Webster town, Wilmot town
Rockingham County part: Deerfield town, Northwood town, Nottingham town,
Strafford County part: Middleton town, New Durham town, Strafford town

NEW JERSEY (NEW YORK/NEW JERSEY)

CPI AREAS: COUNTIES

PMSA Atlantic-Cape May, NJ: Atlantic, Cape May
PMSA Bergen-Passaic, NJ: Bergen, Passaic
PMSA Jersey City, NJ: Hudson
PMSA Middlesex-Somerset-Hunterdon, NJ: Hunterdon, Middlesex, Somerset
PMSA Monmouth-Ocean, NJ: Monmouth, Ocean
PMSA Newark, NJ: Essex, Morris, Sussex, Union, Warren
PMSA Philadelphia, PA-NJ: Burlington, Camden, Gloucester, Salem
PMSA Trenton, NJ: Mercer



HeinOnline -- 63 Fed. Reg. 51241 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

NEW JERSEY (Cont.)

PMSA Vineland-Millville-Bridgeton, NJ: Cumberland

NEW MEXICO (SOUTHWEST)

METROPOLITAN COUNTIES
Bernalillo, Dona Ana, Los Alamos, Sandoval, Santa Fe, Valencia

NONMETROPOLITAN COUNTIES
Catron, Chaves, Cibola, Colfax, Curry, Debaca, Eddy, Grant, Guadalupe, Harding, Hidalgo, Lea, Lincoln, Luna, Mckinley, Mora, Otero, Quay, Rio Arriba, Roosevelt, San Juan, San Miguel, Sierra, Socorro, Taos, Torrance, Union

NEW YORK (NEW YORK/NEW JERSEY)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Buffalo-Niagara Falls, NY: | Erie, Niagara |
| PMSA Dutchess County, NY : | Dutchess |
| PMSA Nassau-Suffolk, NY: | Nassau, Suffolk |
| PMSA New York, NY: | Bronx, Kings, New York, Putnam, Queens, Richmond, Rockland |
| *COUNTY Westchester, NY: | Westchester |
| PMSA Newburgh, NY-PA: | Orange |

METROPOLITAN COUNTIES
Albany, Broome, Cayuga, Chautauqua, Chemung, Genesee, Herkimer, Livingston, Madison, Monroe, Montgomery, Oneida, Onondaga, Ontario, Orleans, Oswego, Rensselaer, Saratoga, Schenectady, Schoharie, Tioga, Warren, Washington, Wayne

NONMETROPOLITAN COUNTIES
Allegany, Cattaraugus, Chenango, Clinton, Columbia, Cortland, Delaware, Essex, Franklin, Fulton, Greene, Hamilton, Jefferson, Lewis, Otsego, Schuyler, Seneca, St. Lawrence, Steuben, Sullivan, Tompkins, Ulster, Wyoming, Yates

NORTH CAROLINA (SOUTHEAST)

METROPOLITAN COUNTIES
Alamance, Alexander, Brunswick, Buncombe, Burke, Cabarrus, Caldwell, Catawba, Chatham, Cumberland, Currituck, Davidson, Davie, Durham, Edgecombe, Forsyth, Franklin, Gaston, Guilford, Johnston, Lincoln, Madison, Mecklenburg, Nash, New Hanover, Onslow, Orange, Pitt, Randolph, Rowan, Stokes, Union, Wake, Wayne, Yadkin

NONMETROPOLITAN COUNTIES
Alleghany, Anson, Ashe, Avery, Beaufort, Bertie, Bladen, Camden, Carteret, Caswell, Cherokee, Chowan, Clay, Cleveland, Columbus, Craven, Dare, Duplin, Gates, Graham, Granville, Greene, Halifax, Harnett, Haywood, Henderson, Hertford, Hoke, Hyde, Iredell, Jackson, Jones, Lee, Lenoir, Macon, Martin, Mcdowell, Mitchell, Montgomery, Moore, Northampton, Pamlico, Pasquotank, Pender, Perquimans, Person, Polk, Richmond, Robeson, Rockingham, Rutherford, Sampson, Scotland, Stanly, Surry, Swain, Transylvania, Tyrrell, Vance, Warren, Washington, Watauga, Wilkes, Wilson, Yancey

NORTH DAKOTA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Burleigh, Cass, Grand Forks, Morton

NONMETROPOLITAN COUNTIES
Adams, Barnes, Benson, Billings, Bottineau, Bowman, Burke, Cavalier, Dickey, Divide, Dunn, Eddy, Emmons, Foster, Golden Valley, Grant, Griggs, Hettinger, Kidder, Lamoure, Logan, Mchenry, Mcintosh, Mckenzie, Mclean, Mercer, Mountrail, Nelson, Oliver, Pembina, Pierce, Ramsey, Ransom, Renville, Richland, Rolette, Sargent, Sheridan, Sioux, Slope, Stark, Steele, Stutsman, Towner, Traill, Walsh, Ward, Wells, Williams

OHIO (MIDWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Akron, OH: | Portage, Summit |
| *COUNTY Brown, OH: | Brown |
| *Cincinnati, OH-KY-IN: | Clermont, Hamilton, Warren |
| PMSA Cleveland-Lorain-Elyria, OH: | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| PMSA Hamilton-Middletown, OH: | Butler |



HeinOnline -- 63 Fed. Reg. 51242 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

OHIO (MIDWEST) cont.

METROPOLITAN COUNTIES
Allen, Auglaize, Belmont, Carroll, Clark, Columbiana, Crawford, Delaware, Fairfield, Franklin, Fulton, Greene, Jefferson, Lawrence, Licking, Lucas, Madison, Mahoning, Miami, Montgomery, Pickaway, Richland, Stark, Trumbull, Washington, Wood

NONMETROPOLITAN COUNTIES
Adams, Ashland, Athens, Champaign, Clinton, Coshocton, Darke, Defiance, Erie, Fayette, Gallia, Guernsey, Hancock, Hardin, Harrison, Henry, Highland, Hocking, Holmes, Huron, Jackson, Knox, Logan, Marion, Meigs, Mercer, Monroe, Morgan, Morrow, Muskingum, Noble, Ottawa, Paulding, Perry, Pike, Preble, Putnam, Ross, Sandusky, Scioto, Seneca, Shelby, Tuscarawas, Union, Van Wert, Vinton, Wayne, Williams, Wyandot

OKLAHOMA (SOUTHWEST)

METROPOLITAN COUNTIES
Canadian, Cleveland, Comanche, Creek, Garfield, Logan, Mcclain, Oklahoma, Osage, Pottawatomie, Rogers, Sequoyah, Tulsa, Wagoner

NONMETROPOLITAN COUNTIES
Adair, Alfalfa, Atoka, Beaver, Beckham, Blaine, Bryan, Caddo, Carter, Cherokee, Choctaw, Cimarron, Coal, Cotton, Craig, Custer, Delaware, Dewey, Ellis, Garvin, Grady, Grant, Greer, Harmon, Harper, Haskell, Hughes, Jackson, Jefferson, Johnston, Kay, Kingfisher, Kiowa, Latimer, Le Flore, Lincoln, Love, Major, Marshall, Mayes, Mccurtain, Mcintosh, Murray, Muskogee, Noble, Nowata, Okfuskee, Okmulgee, Ottawa, Pawnee, Payne, Pittsburg, Pontotoc, Pushmataha, Roger Mills, Seminole, Stephens, Texas, Tillman, Washington, Washita, Woods, Woodward

OREGON (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Portland-Vancouver, OR-WA: | Clackamas, Columbia, Multnomah, Washington, Yamhill |
| PMSA Salem, OR: | Marion, Polk |

METROPOLITAN COUNTIES
Jackson, Lane

NONMETROPOLITAN COUNTIES
Baker, Benton, Clatsop, Coos, Crook, Curry, Deschutes, Douglas, Gilliam, Grant, Harney, Hood River, Jefferson, Josephine, Klamath, Lake, Lincoln, Linn, Malheur, Morrow, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Wheeler

PENNSYLVANIA (MID-ATLANTIC)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Newburgh, NY-PA: | Pike |
| PMSA Philadelphia, PA-NJ: | Bucks, Chester, Delaware, Montgomery, Philadelphia |
| PMSA Pittsburgh, PA: | Allegheny, Beaver, Butler, Fayette, Washington, Westmoreland |

METROPOLITAN COUNTIES
Berks, Blair, Cambria, Carbon, Centre, Columbia, Cumberland, Dauphin, Erie, Lackawanna, Lancaster, Lebanon, Lehigh, Luzerne, Lycoming, Mercer, Northampton, Perry, Somerset, Wyoming, York

NONMETROPOLITAN COUNTIES
Adams, Armstrong, Bedford, Bradford, Cameron, Clarion, Clearfield, Clinton, Crawford, Elk, Forest, Franklin, Fulton, Greene, Huntingdon, Indiana, Jefferson, Juniata, Lawrence, Mc Kean, Mifflin, Monroe, Montour, Northumberland, Potter, Schuylkill, Snyder, Sullivan, Susquehanna, Tioga, Union, Venango, Warren, Wayne

RHODE ISLAND (NEW ENGLAND)

METROPOLITAN COUNTIES

| | |
|---|---|
| Bristol County part: | Barrington town, Bristol town, Warren town |
| Kent County part: | Coventry town, East Greenwich town, Warwick city, West Greenwich town, West Warwick town |
| Providence County part: | Burrillville town, Central Falls city, Cranston city, Cumberland town, East Providence city, Foster town, Glocester town, Johnston town, Lincoln town, North Providence town, North Smithfield town, Pawtucket city, Providence city, Scituate town, Smithfield town, Woonsocket city |
| Newport County part: | Jamestown town, Little Compton town, Tiverton town |



HeinOnline -- 63 Fed. Reg. 51243 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

RHODE ISLANE (CONT.)

| | |
|---|---|
| Washington County part: | Charlestown town, Exeter town, Narragansett town, North Kingstown town, Richmond town, South Kingstown town |
| Washington County part: | Hopkinton town, Westerly town |

NONMETROPOLITAN COUNTIES

| | |
|---|---|
| Newport County part: | Middletown town, Newport city, Portsmouth town |
| Washington County part: | New Shoreham town |

SOUTH CAROLINA (SOUTHEAST)

METROPOLITAN COUNTIES
Aiken, Anderson, Berkeley, Charleston, Cherokee, Dorchester, Edgefield, Florence, Greenville, Horry, Lexington, Pickens, Richland, Spartanburg, Sumter, York

NONMETROPOLITAN COUNTIES
Abbeville, Allendale, Bamberg, Barnwell, Beaufort, Calhoun, Chester, Chesterfield, Clarendon, Colleton, Darlington, Dillon, Fairfield, Georgetown, Greenwood, Hampton, Jasper, Kershaw, Lancaster, Laurens, Lee, Marion, Marlboro, Mccormick, Newberry, Oconee, Orangeburg, Saluda, Union, Williamsburg

SOUTH DAKOTA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Lincoln, Minnehaha, Pennington

NONMETROPOLITAN COUNTIES
Aurora, Beadle, Bennett, Bon Homme, Brookings, Brown, Brule, Buffalo, Butte, Campbell, Charles Mix, Clark, Clay, Codington, Corson, Custer, Davison, Day, Deuel, Dewey, Douglas, Edmunds, Fall River, Faulk, Grant, Gregory, Haakon, Hamlin, Hand, Hanson, Harding, Hughes, Hutchinson, Hyde, Jackson, Jerauld, Jones, Kingsbury, Lake, Lawrence, Lyman, Marshall, Mccook, Mcpherson, Meade, Mellette, Miner, Moody, Perkins,Potter, Roberts, Sanborn, Shannon, Spink, Stanley, Sully, Todd, Tripp, Turner, Union, Walworth, Yankton, Ziebach

TENNESSEE (SOUTHEAST)

METROPOLITAN COUNTIES
Anderson, Blount, Carter, Cheatham, Davidson, Dickson, Fayette, Hamilton, Hawkins, Knox, Loudon, Madison, Marion, Montgomery, Robertson, Rutherford, Sevier, Shelby, Sullivan, Sumner, Tipton, Unicoi, Union, Washington, Williamson, Wilson

NONMETROPOLITAN COUNTIES
Bedford, Benton, Bledsoe, Bradley, Campbell, Cannon, Carroll, Chester, Claiborne, Clay, Cocke, Coffee, Crockett, Cumberland, Dekalb, Decatur, Dyer, Fentress, Franklin, Gibson, Giles, Grainger, Greene, Grundy, Hamblen, Hancock, Hardeman, Hardin, Haywood, Henderson, Henry, Hickman, Houston, Humphreys, Jackson, Jefferson, Johnson, Lake, Lauderdale, Lawrence, Lewis, Lincoln, Macon, Marshall, Maury, Mcminn, Mcnairy, Meigs, Monroe, Moore, Morgan, Obion, Overton, Perry, Pickett, Polk, Putnam, Rhea, Roane, Scott, Sequatchie, Smith, Stewart, Trousdale, Van Buren, Warren, Wayne, Weakley, White

TEXAS (SOUTHWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Brazoria, TX: | Brazoria |
| *Dallas, TX: | Collin, Dallas, Denton, Ellis, Hunt, Kaufman, Rockwall |
| PMSA Fort Worth-Arlington, TX: | Hood, Johnson, Parker, Tarrant |
| PMSA Galveston-Texas City, TX: | Galveston |
| *COUNTY Henderson, TX: | Henderson |
| PMSA Houston, TX: | Chambers, Fort Bend, Harris, Liberty, Montgomery, Waller |

METROPOLITAN COUNTIES
Archer, Bastrop, Bell, Bexar, Bowie, Brazos, Caldwell, Cameron, Comal, Coryell, Ector, El Paso, Grayson, Gregg, Guadalupe, Hardin, Harrison, Hays, Hidalgo, Jefferson, Lubbock, Mclennan, Midland, Nueces, Orange, Potter, Randall, San Patricio, Smith, Taylor, Tom Green, Travis, Upshur, Victoria, Webb, Wichita, Williamson, Wilson



HeinOnline -- 63 Fed. Reg. 51244 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

TEXAS (Cont.)

NONMETROPOLITAN COUNTIES

Anderson, Andrews, Angelina, Aransas, Armstrong, Atascosa, Austin, Bailey, Bandera, Baylor, Bee, Blanco, Borden, Bosque, Brewster, Briscoe, Brooks, Brown, Burleson, Burnet, Calhoun, Callahan, Camp, Carson, Cass, Castro, Cherokee, Childress, Clay, Cochran, Coke, Coleman, Collingsworth, Colorado, Comanche, Concho, Cooke, Cottle, Crane, Crockett, Crosby, Culberson, Dallam, Dawson, Dewitt, Deaf Smith, Delta, Dickens, Dimmit, Donley, Duval, Eastland, Edwards, Erath, Falls, Fannin, Fayette, Fisher, Floyd, Foard, Franklin, Freestone, Frio, Gaines, Garza, Gillespie, Glasscock, Goliad, Gonzales, Gray, Grimes, Hale, Hall, Hamilton, Hansford, Hardeman, Hartley, Haskell, Hemphill, Hill, Hockley, Hopkins, Houston, Howard, Hudspeth, Hutchinson, Irion, Jack, Jackson, Jasper, Jeff Davis, Jim Hogg, Jim Wells, Jones, Karnes, Kendall, Kenedy, Kent, Kerr, Kimble, King, Kinney, Kleberg, Knox, La Salle, Lamar, Lamb, Lampasas, Lavaca, Lee, Leon, Limestone, Lipscomb, Live Oak, Llano, Loving, Lynn, Madison, Marion, Martin, Mason, Matagorda, Maverick, Mcculloch, Mcmullen, Medina, Menard, Milam, Mills, Mitchell, Montague, Moore, Morris, Motley, Nacogdoches, Navarro, Newton, Nolan, Ochiltree, Oldham, Palo Pinto, Panola, Parmer, Pecos, Polk, Presidio, Rains, Reagan, Real, Red River, Reeves, Refugio, Roberts, Robertson, Runnels, Rusk, Sabine, San Augustine, San Jacinto, San Saba, Schleicher, Scurry, Shackelford, Shelby, Sherman, Somervell, Starr, Stephens, Sterling, Stonewall, Sutton, Swisher, Terrell, Terry, Throckmorton, Titus, Trinity, Tyler, Upton, Uvalde, Val Verde, Van Zandt, Walker, Ward, Washington, Wharton, Wheeler, Wilbarger, Willacy, Winkler, Wise, Wood, Yoakum, Young, Zapata, Zavala

UTAH (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES

Davis, Salt Lake, Utah, Weber

NONMETROPOLITAN COUNTIES

Beaver, Box Elder, Cache, Carbon, Daggett, Duchesne, Emery, Garfield, Grand, Iron, Juab, Kane, Millard, Morgan, Piute, Rich, San Juan, Sanpete, Sevier, Summit, Tooele, Uintah, Wasatch, Washington, Wayne

VERMONT (NEW ENGLAND)

METROPOLITAN COUNTIES

| | |
|---|---|
| Chittenden County part: | Burlington city, Charlotte town, Colchester town, Essex town, Hinesburg town, Jericho town, Milton town, Richmond town, St. George town, Shelburne town, South Burlington city, Williston town, Winooski city |
| Franklin County part: | Fairfax town, Georgia town, St. Albans city, St. Albans town, Swanton town |
| Grand Isle County part: | Grand Isle town, South Hero town |

NONMETROPOLITAN COUNTIES

Addison
Bennington
Caledonia
Essex
Lamoille
Orange
Orleans
Rutland
Washington
Windham
Windsor

| | |
|---|---|
| Chittenden County part: | Bolton town, Buels gore, Huntington town, Underhill town, Westford town |
| Franklin County part: | Bakersfield town, Berkshire town, Enosburg town, Fairfield town, Fletcher town, Franklin, Highgate town, Montgomery town, Richford town, Sheldon town |
| Grand Isle County part: | Alburg town, Isle La Motte town, North Hero town |

VIRGINIA (MID-ATLANTIC)

CPI AREAS: COUNTIES

| | |
|---|---|
| *COUNTY Clarke, VA: | Clarke |
| *COUNTY Culpeper, VA: | Culpeper |
| *COUNTY King George, VA: | King George |
| *COUNTY Warren, VA: | Warren |



HeinOnline -- 63 Fed. Reg. 51245 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

VIRGINIA (MID-ATLANTIC) cont.

CPI AREAS: COUNTIES

| | |
|---|---|
| *Washington, DC-MD-VA: | Arlington, Fairfax, Fauquier, Loudoun, Prince William, Spotsylvania, Stafford, Alexandria city, Fairfax city, Falls Church city, Fredericksburg city, Manassas Park city, Manassas city |

METROPOLITAN COUNTIES

Albemarle, Amherst, Bedford, Botetourt, Campbell, Charles City, Chesterfield, Dinwiddie, Fluvanna, Gloucester, Goochland, Greene, Hanover, Henrico, Isle of Wight, James City, Mathews, New Kent, Pittsylvania, Powhatan, Prince George, Roanoke, Scott, Washington, York, Bedford city, Bristol city, Charlottesville city, Chesapeake city, Colonial Heights city, Danville city, Hampton city, Hopewell city, Lynchburg city, Newport News city, Norfolk city, Petersburg city, Poquoson city, Portsmouth city, Richmond city, Roanoke city, Salem city, Suffolk city, Virginia Beach city, Williamsburg city

NONMETROPOLITAN COUNTIES

Accomack, Alleghany, Amelia, Appomattox, Augusta, Bath, Bland, Brunswick, Buchanan, Buckingham, Caroline, Carroll, Charlotte, Craig, Cumberland, Dickenson, Essex, Floyd, Franklin, Frederick, Giles, Grayson, Greensville, Halifax, Henry, Highland, King William, King and Queen, Lancaster, Lee, Louisa, Lunenburg, Madison, Mecklenburg, Middlesex, Montgomery, Nelson, Northampton Northumberland, Nottoway, Orange, Page, Patrick, Prince Edward, Pulaski, Rappahannock, Richmond, Rockbridge, Rockingham, Russell Shenandoah, Smyth, Southampton, Surry, Sussex, Tazewell, Westmoreland, Wise, Wythe

WASHINGTON (NORTHWEST/ALASKA)

CPI AREAS: COUNTIES

| | | |
|---|---|---|
| PMSA | Bremerton, WA: | Kitsap |
| PMSA | Olympia, WA: | Thurston |
| PMSA | Portland-Vancouver, OR-WA: | Clark |
| PMSA | Seattle-Bellevue-Everett, WA: | Island, King, Snohomish |
| PMSA | Tacoma, WA: | Pierce |

METROPOLITAN COUNTIES

Benton, Franklin, Spokane, Whatcom, Yakima

NONMETROPOLITAN COUNTIES

Adams, Asotin, Chelan, Clallam, Columbia, Cowlitz, Douglas, Ferry, Garfield, Grant, Grays Harbor, Jefferson, Kittitas, Klickitat, Lewis, Lincoln, Mason, Okanogan, Pacific, Pend Oreille, San Juan, Skagit, Skamania, Stevens, Wahkiakum, Walla Walla, Whitman

WEST VIRGINIA (MID-ATLANTIC)

CPI AREAS: COUNTIES

| | |
|---|---|
| *COUNTY Berkeley, WV: | Berkeley |
| *COUNTY Jefferson, WV: | Jefferson |

METROPOLITAN COUNTIES

Brooke, Cabell, Hancock, Kanawha, Marshall, Mineral, Ohio, Putnam, Wayne, Wood

NONMETROPOLITAN COUNTIES

Barbour, Boone, Braxton, Calhoun, Clay, Doddridge, Fayette, Gilmer, Grant, Greenbrier, Hampshire, Hardy, Harrison, Jackson, Lewis, Lincoln, Logan, Marion, Mason, Mcdowell, Mercer, Mingo, Monongalia, Monroe, Morgan, Nicholas, Pendleton, Pleasants, Pocahontas, Preston, Raleigh, Randolph, Ritchie, Roane, Summers, Taylor, Tucker, Tyler, Upshur, Webster, Wetzel, Wirt, Wyoming

WISCONSIN (MIDWEST)

CPI AREAS: COUNTIES

| | | |
|---|---|---|
| PMSA | Kenosha, WI: | Kenosha |
| PMSA | Milwaukee-Waukesha, WI: | Milwaukee, Ozaukee, Washington, Waukesha |
| MSA | Minneapolis-St. Paul, MN-WI: | Pierce, St. Croix |
| PMSA | Racine, WI: | Racine |

METROPOLITAN COUNTIES

Brown, Calumet, Chippewa, Dane, Douglas, Eau Claire, La Crosse, Marathon, Outagamie, Rock, Sheboygan, Winnebago



HeinOnline -- 63 Fed. Reg. 51246 1998

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

WISCONSIN (Cont.)

NONMETROPOLITAN COUNTIES
Adams, Ashland, Barron, Bayfield, Buffalo, Burnett, Clark, Columbia, Crawford, Dodge, Door, Dunn, Florence, Fond du Lac, Forest, Grant, Green, Green Lake, Iowa, Iron, Jackson, Jefferson, Juneau, Kewaunee, Lafayette, Langlade, Lincoln, Manitowoc, Marinette, Marquette, Menominee, Monroe, Oconto, Oneida, Pepin, Polk, Portage, Price, Richland, Rusk, Sauk, Sawyer, Shawano, Taylor, Trempealeau, Vernon, Vilas, Walworth, Washburn, Waupaca, Waushara, Wood

WYOMING (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Laramie, Natrona

NONMETROPOLITAN COUNTIES
Albany, Big Horn, Campbell, Carbon, Converse, Crook, Fremont, Goshen, Hot Springs, Johnson, Lincoln, Niobrara, Park, Platte, Sheridan, Sublette, Sweetwater, Teton, Uinta, Washakie, Weston

PACIFIC ISLANDS (PACIFIC/HAWAII)

NONMETROPOLITAN COUNTIES
American Samoa, Guam, Northern Mariana Islands, Palau

PUERTO RICO (SOUTHEAST)

METROPOLITAN COUNTIES
Aguada, Aguadilla, Aguas Buenas, Anasco, Arecibo, Barceloneta, Bayamon, Cabo Rojo, Caguas, Camuy, Canovanas, Carolina, Catano, Cayey, Ceiba, Cidra, Comerio, Corozal, Dorado, Fajardo, Florida, Guayanilla, Guaynabo, Gurabo, Hatillo, Hormigueros, Humacao, Juana Diaz, Juncos, Las Piedras, Loiza, Luquillo, Manati, Mayaguez, Moca, Morovis, Naguabo, Naranjito, Penuelas, Ponce, Rio Grande, Sabana Grand, San German, San Juan, San Lorenzo, Toa Alta, Toa Baja, Trujillo Alt, Vega Alta, Vega Baja, Villalba, Yabucoa, Yauco

NONMETROPOLITAN COUNTIES
Aibonito, Arroyo, Adjuntas, Barranquitas, Ciales, Coamo, Culerbra, Guanica, Guayama, Isabela, Jayuya, Lajas, Lares, Las Marias, Maricao, Maunabo, Orocovis, Patillas, Quebradillas, Rincon, Salinas, San Sebastia, Santa Isabel, Utuado, Vieques

VIRGIN ISLANDS (SOUTHEAST)

NONMETROPOLITAN COUNTIES
Virgin Island

H:\TEE\AAF\PUB99\SchedC.806.doc 6/17/98

[FR Doc. 98–25568 Filed 9–23–98; 8:45 am]
BILLING CODE 4210–32–C



HeinOnline -- 63 Fed. Reg. 51247 1998

federal register

Tuesday
December 28, 1999

## Part IV

# Department of Housing and Urban Development

24 CFR Part 888

Section 8 Housing Assistance Payments Program-Contract Rent Annual Adjustment Factors, Fiscal Year 2000; Final Rule



HeinOnline -- 64 Fed. Reg. 72729 1999

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

24 CFR Part 888

## Section 8 Housing Assistance Payments Program-Contract Rent Annual Adjustment Factors, Fiscal Year 2000

AGENCY: Office of the Secretary, HUD.

ACTION: Notice of Revised Contract Rent Annual Adjustment Factors; correction.

SUMMARY: This document corrects the Schedule C area definitions for metropolitan statistical areas (MSAs) in the following States: Alabama (Auburn-Opelika), Arizona (Flagstaff), Colorado (Grand Junction), Idaho (Pocatello), Maine (Portland), Mississippi (Hattiesburg), New Hampshire (Boston), New York (Buffalo-Niagara Falls), Oregon (Corvallis), Tennessee (Jackson), and Utah. It also clarifies the names of selected places in Connecticut and Florida. All had been incorrectly categorized or named in Schedule C of the document published in the **Federal Register** on September 24, 1999.

None of the AAFs published in the September 24, 1999 document are being changed by this document; however, for clarity the entire document is being reprinted, and the September 24, 1999 document should be replaced with this one. The Annual Adjustment Factors (AAFs) contained in this document are for adjustment of Section 8 contract rents on housing assistance payment contract anniversaries from October 1, 1999. The AAFs are based on a formula using data on residential rent and utilities cost changes from the most current Bureau of Labor Statistics Consumer Price Index (CPI) survey and from HUD's Random Digit Dialing (RDD) rent change surveys.

EFFECTIVE DATE: October 1, 1999.

FOR FURTHER INFORMATION CONTACT: Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing [(202) 708–0477], for questions relating to the Section 8 Voucher, Certificate, and Moderate Rehabilitation programs; Allison Manning, Office of Special Needs Assistance Programs, Office of Community Planning and Development [(202) 708–1234], for questions regarding the Single Room Occupancy Moderate Rehabilitation program; Frank M. Malone, Acting Director, Office of Asset Management and Disposition, Office of Housing [(202) 708–3730], for questions relating to all other Section 8 programs; and Alan Fox, Economic and Market Analysis Division, Office of Policy Development and Research [(202) 708–0590; e-mail alan fox@hud.gov], for technical information regarding the development of the schedules for specific areas or the methods used for calculating the AAFs. Mailing address for above persons: Department of Housing and Urban Development, 451 Seventh Street, SW, Washington, DC 20410. Hearing- or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY). (Other than the "800" TTY number, the above-listed telephone numbers are not toll-free.)

SUPPLEMENTARY INFORMATION: This Notice explains how AAFs are applied. The first section identifies to which programs and under what circumstances AAFs apply. The second section provides an explanation of when and how the statutory 1 percent reduction to AAFs should be applied. The third section describes the actual adjustment procedures. For this purpose, Section 8 programs affected by AAFs are grouped into three categories, each of which uses AAFs differently:

Category 1.—The Section 8 new construction and substantial rehabilitation programs and the moderate rehabilitation program.

Category 2.—The Section 8 loan management (LM) and property disposition (PD) programs.

Category 3.—The Section 8 certificate program and the project-based voucher program.

Next the Notice explains the content and applicability of the two AAF tables included in this Notice and provides detailed information on the geographical coverage of each AAF area. The Notice then explains how to apply AAFs to manufactured home space rentals in the Section 8 tenant-based certificate program.

The Notice closes with a brief explanation of how HUD calculates AAFs.

### I. Applicability of AAFs to Various Section 8 Programs

AAFs established by this Notice are used to adjust contract rents for units assisted in certain Section 8 housing assistance payments programs, during the term of the HAP contract. However, the specific application of the AAFs is determined by the law, the HAP contract, and appropriate program regulations or requirements.

AAFs are not used for the Section 8 tenant-based voucher program.

AAFs are not used for budget-based rent adjustments. Contract rents for projects receiving Section 8 subsidies under the loan management program (24 CFR part 886, subpart A) and for projects receiving Section 8 subsidies under the property disposition program (24 CFR part 886, subpart C) are adjusted, at HUD's option, either by applying the AAFs or by budget-based adjustments in accordance with 24 CFR 207.19(e). Budget-based adjustments are used for most Section 8/202 projects.

Under the Section 8 moderate rehabilitation program (both the regular program and the single room occupancy program), the public housing agency (PHA) applies the AAF to the base rent component of the contract rent, not the full contract rent.

### II. Use of Reduced AAF

In accordance with Section 8(c)(2)(A) of the United States Housing Act of 1937 (42 U.S.C. 1437f(c)(2)(A)), the AAF is reduced by .01:

—For regular tenancy in the Section 8 certificate program, for all units.

—In other Section 8 programs, for a unit occupied by the same family at the time of the last annual rent adjustment (and where the rent is not reduced by application of comparability (rent reasonableness)).

The law provides that:

> Except for assistance under the certificate program, for any unit occupied by the same family at the time of the last annual rental adjustment, where the assistance contract provides for the adjustment of the maximum monthly rent by applying an annual adjustment factor and where the rent for a unit is otherwise eligible for an adjustment based on the full amount of the factor, 0.01 shall be subtracted from the amount of the factor, except that the factor shall not be reduced to less than 1.0. In the case of assistance under the certificate program, 0.01 shall be subtracted from the amount of the annual adjustment factor (except that the factor shall not be reduced to less than 1.0), and the adjusted rent shall not exceed the rent for a comparable unassisted unit of similar quality, type, and age in the market area. 42 U.S.C. 1437f(c)(2)(A).

This statutory language is now permanent law. Section 2004 of the Balanced Budget Act of 1997 provides that these provisions are in effect through fiscal year 2000 and thereafter (Pub. L. 105–33, approved August 5, 1997).

To implement the law, HUD is again publishing two separate AAF Tables, contained in Schedule C, Tables 1 and 2 of this notice. Each AAF in Table 2 is computed by subtracting 0.01 from the annual adjustment factor in Table 1.

### III. Adjustment Procedures

The discussion in this **Federal Register** Notice is intended to provide a broad orientation on adjustment procedures. Technical details and requirements will be described in HUD notices (issued by the Office of Housing

HeinOnline -- 64 Fed. Reg. 72730 1999

and the Office of Public and Indian Housing).

Because of statutory and structural distinctions among the various Section 8 programs, there are separate rent adjustment procedures for three program categories:

—The Section 8 new construction and substantial rehabilitation programs (including the Section 8 state agency program); and the moderate rehabilitation programs (including the moderate rehabilitation single room occupancy program).
—The Section 8 loan management (LM) Program (Part 886, Subpart A) and property disposition (PD) Program (Part 886 Subpart C).
—The Section 8 certificate program (including the project-based certificate [PBC] program) and the project-based voucher program.

*Category 1: Section 8 New Construction, Substantial Rehabilitation and Moderate Rehabilitation Programs*

In the Section 8 New Construction and Substantial Rehabilitation programs, the published AAF factor is applied to the pre-adjustment contract rent. In the Section 8 Moderate Rehabilitation program, the published AAF is applied to the pre-adjustment base rent.

For category 1 programs, the Table 1 AAF factor is applied before determining comparability (rent reasonableness). Comparability applies if the pre-adjustment gross rent (pre-adjustment contract rent plus any allowance for tenant-paid utilities) is above the published FMR.

If the comparable rent level (plus any initial difference) is lower than the contract rent as adjusted by application of the Table 1 AAF, the comparable rent level (plus any initial difference) will be the new contract rent. However, the pre-adjustment contract rent will not be decreased by application of comparability.

In all other cases (i.e., unless contract rent is reduced by comparability):

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 2: The Loan Management Program (LM; Part 886, Subpart A) and Property Disposition Program (PD; Part 886 Subpart C)*

At this time, rent adjustment by the AAF in the Category 2 programs is not subject to comparability. (Comparability will again apply if HUD establishes regulations for conducting comparability studies under 42 U.S.C. 1437f(c)(2)(C).) Rents are adjusted by applying the full amount of the applicable AAF under this notice.

The applicable AAF is determined as follows:

—The Table 1 AAF is used for a unit occupied by a new family since the last annual contract anniversary.
—The Table 2 AAF is used for a unit occupied by the same family as at the time of the last annual contract anniversary.

*Category 3: Section 8 Certificate Program*

The same adjustment procedure is used for rent adjustment in the tenant-based certificate program, in the project-based certificate program, and the project-based voucher program. The following procedures are used:

—The Table 2 AAF is always used; the Table 1 AAF is not used.
—The Table 2 AAF is always applied before determining comparability (rent reasonableness).
—Comparability always applies. If the comparable rent level is lower than the rent to owner (contract rent) as adjusted by application of the Table 2 AAF, the comparable rent level will be the new rent to owner.

*AAF Tables*

The AAFs are contained in Schedule C, Tables 1 and 2 of this notice. There are two columns in each table. The first column is used to adjust contract rent for units where the highest cost utility is included in the contract rent. The second column is used where the highest cost utility is not included in the contract rent—i.e., where the tenant pays for the highest cost utility.

*AAF Areas*

Each AAF applies to a specified geographic area and to units of all bedroom sizes. AAFs are provided:

—For the metropolitan parts of the ten HUD regions exclusive of CPI areas;
—For the nonmetropolitan parts of these regions; and
—For 96 separate metropolitan AAF areas for which local CPI survey data are available.

With the exceptions discussed below, the AAFs shown in Schedule C use the Office of Management and Budget's (OMB) most current definitions of metropolitan areas. HUD uses the OMB Metropolitan Statistical Area (MSA) and Primary Metropolitan Statistical Area (PMSA) definitions for AAF areas because of their close correspondence to housing market area definitions.

The exceptions are for certain large metropolitan areas, where HUD considers the area covered by the OMB definition to be larger than appropriate for use as a housing market area definition. In those areas, HUD has deleted some of the counties that OMB had added to its revised definitions. The following counties are deleted from the HUD definitions of AAF areas:

*Metropolitan Area and Deleted Counties*

Chicago, IL: DeKalb, Grundy and Kendall Counties
Cincinnati-Hamilton, OH–KY–IN: Brown County, Ohio; Gallatin, Grant and Pendleton Counties in Kentucky; and Ohio County, Indiana
Dallas, TX: Henderson County
Flagstaff, AZ–UT: Kane County, UT
New Orleans, LA: St. James Parish
Washington, DC–VA–MD–WV: Berkeley and Jefferson Counties in West Virginia; and Clarke, Culpeper, King George and Warren counties in Virginia

Separate AAFs are listed in this publication for the above counties. They and the metropolitan area of which they are a part are identified with an asterisk (*) next to the area name. The asterisk indicates that there is a difference between the OMB metropolitan area and the HUD AAF area definition for these areas.

To make certain that they are using the correct AAFs, users should refer to the area definitions section at the end of Schedule C. For units located in metropolitan areas with a local CPI survey, AAFs are listed separately. For units located in areas without a local CPI survey, the appropriate HUD regional Metropolitan or Nonmetropolitan AAFs are used.

The AAF area definitions shown in Schedule C are listed in alphabetical order by State. The associated HUD region is shown next to each State name. Areas whose AAFs are determined by local CPI surveys are listed first. All metropolitan CPI areas have separate AAF schedules and are shown with their corresponding county definitions or as metropolitan counties. Listed after the metropolitan CPI areas (in those states that have such areas) are the non-CPI metropolitan and nonmetropolitan counties of each State. In the six New England States, the listings are for counties or parts of counties as defined by towns or cities.

Puerto Rico and the Virgin Islands use the Southeast AAFs. All areas in Hawaii use the AAFs identified in the Table as "STATE: Hawaii," which are based on the CPI survey for the Honolulu metropolitan area. The Pacific Islands use the Pacific/Hawaii Nonmetropolitan

HeinOnline -- 64 Fed. Reg. 72731 1999

AAFs. The Anchorage metropolitan area uses the AAFs based on the local CPI survey; all other areas in Alaska use the Northwest/Alaska Nonmetropolitan AAFs.

*Corrected AAF Area Definitions*

*Alabama:* Lee County (which constitutes the newly-designated Auburn-Opelika, Alabama MSA) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Arizona:* Coconino County (Flagstaff, Arizona MSA) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Colorado:* Mesa County (which constitutes the Grand Junction, Colorado MSA) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Connecticut:* The following place names have been changed from "town" to "city:" Ansonia, Bridgeport, Danbury, Derby, Hartford, Middletown, Milford, New Britain, New London, Norwich, Shelton, and Waterbury. Naugatuck is now listed as a borough. Newington town and Plainville town in Hartford County, and Colchester town and Lebanon town in New London County are now listed as metropolitan.

*Florida:* Dade County has been renamed Miami-Dade.

*Idaho:* Bannock County (the Pocatello, Idaho MSA) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Maine:* Long Island town, a part of the Portland, Maine MSA, has been added to the Cumberland County metropolitan part.

*Mississippi:* Forrest and Lamar Counties (the Hattiesburg, Mississippi MSA) are now listed as metropolitan and removed from the list of nonmetropolitan counties.

*New Hampshire:* The Rockingham County towns of Seabrook and South Hampton which are part of the Boston MA–NH PMSA are now listed among the CPI areas.

*New York:* The Buffalo-Niagara Falls, New York PMSA has been removed from the list of CPI areas, and its component counties, Erie and Niagara, are listed as metropolitan counties. This results from the Bureau of Labor Statistics removing the Buffalo-Niagara Falls MSA from its Consumer Price Index survey sample.

*Oregon:* Benton County (which constitutes the newly-designated Corvallis, Oregon MSA) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Tennessee:* Chester County (which is part of the Jackson, Tennessee MSA) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Utah:* Kane County (a HUD-designated metropolitan county) is now listed as a metropolitan county and removed from the list of nonmetropolitan counties.

*Section 8 certificate program AAFs for manufactured home spaces*

For a manufactured home space rental in the old Section 8 tenant-based certificate program, (under a HAP contract entered before the "merger date" (10/1/99)), the AAFs in this publication identified as "Highest Cost Utility Excluded" are to be used to adjust the rent to owner for the manufactured home space. The applicable AAF is determined by reference to the geographic listings contained in Schedule C, as described in the preceding section. AAFs are not used for the Section 8 housing choice voucher program.

**How Factors Are Calculated**

*For Areas With CPI Surveys*

(1) Changes in the shelter rent and utilities components were calculated based on the most recent CPI annual average change data.

(2) The "Highest Cost Utility Included" column in Schedule C was calculated by weighting the rent and utility components with the corresponding components from the 1990 Census.

(3) The "Highest Cost Utility Excluded" column in Schedule C was calculated by eliminating the effect of heating costs that are included in the rent of some of the units in the CPI surveys.

*For Areas Without CPI Surveys*

(1) HUD used random digit dialing (RDD) regional surveys to calculate AAFs. The RDD survey method is based on a sampling procedure that uses computers to select a statistically random sample of rental housing, dial and keep track of the telephone calls, and process the responses. RDD surveys are conducted to determine the rent change factors for the metropolitan parts (exclusive of CPI areas) and nonmetropolitan parts of the 10 HUD regions, a total of 20 surveys.

(2) The change in rent with the highest cost utility included in the rent was calculated using the average of the ratios of gross rent in the current year RDD survey divided by the previous year's for the respective metropolitan or nonmetropolitan parts of the HUD region.

(3) The change in rent with the highest cost utility excluded (i.e., paid separately by the tenant) was calculated in the same manner, after subtracting the median values of utilities costs from the gross rents in the two years. The median cost of utilities was determined from the units in the RDD sample which reported that all utilities were paid by the tenant.

*Other Matters*

Environmental Impact

An environmental assessment is unnecessary, since revising Annual Adjustment Factors is categorically excluded from the Department's National Environmental Policy Act procedures under 24 CFR 50.19(c)(6).

Executive Order 13132, Federalism

The General Counsel, as the Designated Official under section 6(a) of Executive Order 13132, *Federalism*, has determined that the policies contained in this Notice do not have federalism implications and, thus, are not subject to review under the Order. The Notice merely announces the adjustment factors to be used to adjust contract rents in the Section 8 Housing Assistance Payment programs, as required by the United States Housing Act of 1937.

Catalog of Federal Domestic Assistance

The Catalog of Federal Domestic Assistance program number for Lower Income Housing Assistance programs (Section 8) is 14.156.

Accordingly, the Department publishes these Annual Adjustment Factors for the Section 8 Housing Assistance Payments Programs as set forth in the following Tables:

Dated: December 17, 1999.

**Andrew Cuomo,**

*Secretary.*

**BILLING CODE 4210–32–P**



HeinOnline -- 64 Fed. Reg. 72732 1999

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 031099

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.008 | 1.013 | New England Nonmetropolitan | 1.007 | 1.014 |
| New York/New Jersey Metropolitan | 1.005 | 1.012 | New York/New Jersey Nonmetropolitan | 1.002 | 1.009 |
| Mid-Atlantic Metropolitan | 1.008 | 1.018 | Mid-Atlantic Nonmetropolitan | 1.005 | 1.018 |
| Southeast Metropolitan | 1.006 | 1.020 | Southeast Nonmetropolitan | 1.000 | 1.010 |
| Midwest Metropolitan | 1.013 | 1.019 | Midwest Nonmetropolitan | 1.005 | 1.011 |
| Southwest Metropolitan | 1.002 | 1.016 | Southwest Nonmetropolitan | 1.000 | 1.017 |
| Great Plains Metropolitan | 1.012 | 1.018 | Great Plains Nonmetropolitan | 1.005 | 1.012 |
| Rocky Mountain Metropolitan | 1.018 | 1.022 | Rocky Mountain Nonmetropolitan | 1.009 | 1.015 |
| Pacific/Hawaii Metropolitan | 1.013 | 1.018 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.009 |
| Northwest/Alaska Metropolitan | 1.005 | 1.010 | Northwest/Alaska Nonmetropolitan | 1.008 | 1.013 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.043 | 1.051 |
| MSA Anchorage, AK | 1.014 | 1.013 | PMSA Ann Arbor, MI | 1.027 | 1.033 |
| MSA Atlanta, GA | 1.036 | 1.038 | PMSA Atlantic-Cape May, NJ | 1.023 | 1.027 |
| PMSA Baltimore, MD | 1.024 | 1.026 | PMSA Bergen-Passaic, NJ | 1.032 | 1.039 |
| *COUNTY Berkeley, WV | 1.023 | 1.027 | PMSA Boston, MA-NH | 1.040 | 1.053 |
| PMSA Boulder-Longmont, CO | 1.052 | 1.056 | PMSA Brazoria, TX | 1.031 | 1.037 |
| PMSA Bremerton, WA | 1.046 | 1.054 | PMSA Bridgeport, CT | 1.030 | 1.041 |
| PMSA Brockton, MA | 1.038 | 1.054 | *COUNTY Brown, OH | 1.025 | 1.020 |
| *Chicago, IL | 1.034 | 1.045 | *Cincinnati, OH-KY-IN | 1.024 | 1.021 |
| *COUNTY Clarke, VA | 1.023 | 1.027 | PMSA Cleveland-Lorain-Elyria, OH | 1.043 | 1.051 |
| *COUNTY Culpeper, VA | 1.024 | 1.027 | *Dallas, TX | 1.043 | 1.050 |



HeinOnline -- 64 Fed. Reg. 72733 1999

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 031099

| | HIGHEST COST UTILITY | | | HIGHEST COST UTILITY | |
|---|---|---|---|---|---|
| | INCLUDED | EXCLUDED | | INCLUDED | EXCLUDED |
| PMSA Danbury, CT | 1.031 | 1.040 | *COUNTY De Kalb, IL | 1.032 | 1.047 |
| PMSA Denver, CO | 1.051 | 1.056 | PMSA Detroit, MI | 1.025 | 1.034 |
| PMSA Dutchess County, NY | 1.031 | 1.039 | PMSA Fitchburg-Leominster, MA | 1.039 | 1.054 |
| PMSA Flint, MI | 1.024 | 1.034 | PMSA Fort Lauderdale, FL | 1.014 | 1.018 |
| PMSA Fort Worth-Arlington, TX | 1.042 | 1.050 | *COUNTY Gallatin, KY | 1.026 | 1.020 |
| PMSA Galveston-Texas City, TX | 1.031 | 1.037 | PMSA Gary, IN | 1.029 | 1.050 |
| *COUNTY Grant, KY | 1.025 | 1.020 | PMSA Greeley, CO | 1.052 | 1.056 |
| *COUNTY Grundy, IL | 1.030 | 1.049 | PMSA Hagerstown, MD | 1.024 | 1.027 |
| PMSA Hamilton-Middletown, OH | 1.024 | 1.021 | *COUNTY Henderson, TX | 1.037 | 1.051 |
| PMSA Houston, TX | 1.032 | 1.037 | *COUNTY Jefferson, WV | 1.023 | 1.027 |
| PMSA Jersey City, NJ | 1.032 | 1.038 | PMSA Kankakee, IL | 1.028 | 1.051 |
| MSA Kansas City, MO-KS | 1.040 | 1.048 | *COUNTY Kendall, Il | 1.032 | 1.046 |
| PMSA Kenosha, WI | 1.032 | 1.047 | *COUNTY King George, VA | 1.023 | 1.027 |
| PMSA Lawrence, MA-NH | 1.038 | 1.054 | PMSA Los Angeles-Long Beach, CA | 1.022 | 1.029 |
| PMSA Lowell, MA-NH | 1.039 | 1.053 | PMSA Manchester, NH | 1.039 | 1.054 |
| PMSA Miami, FL | 1.014 | 1.018 | PMSA Middlesex-Somerset-Hunterdon, NJ | 1.032 | 1.038 |
| PMSA Milwaukee-Waukesha, WI | 1.023 | 1.020 | MSA Minneapolis-St. Paul, MN-WI | 1.027 | 1.031 |
| PMSA Monmouth-Ocean, NJ | 1.031 | 1.040 | PMSA Nashua, NH | 1.039 | 1.053 |
| PMSA Nassau-Suffolk, NY | 1.031 | 1.039 | PMSA New Bedford, MA | 1.039 | 1.054 |
| PMSA New Haven-Meriden, CT | 1.031 | 1.039 | PMSA New York, NY | 1.032 | 1.037 |
| *COUNTY Westchester, NY | 1.033 | 1.037 | PMSA Newark, NJ | 1.031 | 1.039 |



HeinOnline -- 64 Fed. Reg. 72734 1999

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

PREPARED ON 031099

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| PMSA Newburgh, NY-PA | 1.031 | 1.039 | PMSA Oakland, CA | 1.070 | 1.080 |
| *COUNTY Ohio, IN | 1.025 | 1.020 | PMSA Olympia, WA | 1.046 | 1.054 |
| PMSA Orange County, CA | 1.023 | 1.029 | *COUNTY Pendleton, KY | 1.025 | 1.020 |
| PMSA Philadelphia, PA-NJ | 1.023 | 1.027 | PMSA Pittsburgh, PA | 1.028 | 1.040 |
| PMSA Portland-Vancouver, OR-WA | 1.039 | 1.036 | PMSA Portsmouth-Rochester, NH-ME | 1.039 | 1.054 |
| PMSA Racine, WI | 1.024 | 1.020 | PMSA Riverside-San Bernardino, CA | 1.020 | 1.029 |
| MSA St. Louis, MO-IL | 1.018 | 1.023 | PMSA Salem, OR | 1.040 | 1.036 |
| MSA San Diego, CA | 1.043 | 1.050 | PMSA San Francisco, CA | 1.072 | 1.080 |
| PMSA San Jose, CA | 1.072 | 1.080 | PMSA Santa Cruz-Watsonville, CA | 1.070 | 1.080 |
| PMSA Santa Rosa, CA | 1.068 | 1.080 | PMSA Seattle-Bellevue-Everett, WA | 1.048 | 1.054 |
| PMSA Stamford-Norwalk, CT | 1.032 | 1.038 | PMSA Tacoma, WA | 1.047 | 1.054 |
| MSA Tampa-St. Petersburg-Clearwater, FL | 1.030 | 1.035 | PMSA Trenton, NJ | 1.031 | 1.039 |
| PMSA Vallejo-Fairfield-Napa, CA | 1.068 | 1.080 | PMSA Ventura, CA | 1.023 | 1.029 |
| PMSA Vineland-Millville-Bridgeton, NJ | 1.022 | 1.027 | *COUNTY Warren, VA | 1.024 | 1.027 |
| *Washington, DC-MD-VA | 1.024 | 1.026 | PMSA Waterbury, CT | 1.031 | 1.039 |
| PMSA Wilmington-Newark, DE-MD | 1.023 | 1.027 | PMSA Worcester, MA-CT | 1.039 | 1.054 |



HeinOnline -- 64 Fed. Reg. 72735 1999

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 031099

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.000 | 1.003 | New England Nonmetropolitan | 1.000 | 1.004 |
| New York/New Jersey Metropolitan | 1.000 | 1.002 | New York/New Jersey Nonmetropolitan | 1.000 | 1.000 |
| Mid-Atlantic Metropolitan | 1.000 | 1.008 | Mid-Atlantic Nonmetropolitan | 1.000 | 1.008 |
| Southeast Metropolitan | 1.000 | 1.010 | Southeast Nonmetropolitan | 1.000 | 1.000 |
| Midwest Metropolitan | 1.003 | 1.009 | Midwest Nonmetropolitan | 1.000 | 1.001 |
| Southwest Metropolitan | 1.000 | 1.006 | Southwest Nonmetropolitan | 1.000 | 1.007 |
| Great Plains Metropolitan | 1.002 | 1.008 | Great Plains Nonmetropolitan | 1.000 | 1.002 |
| Rocky Mountain Metropolitan | 1.008 | 1.012 | Rocky Mountain Nonmetropolitan | 1.000 | 1.005 |
| Pacific/Hawaii Metropolitan | 1.003 | 1.008 | Pacific/Hawaii Nonmetropolitan | 1.000 | 1.000 |
| Northwest/Alaska Metropolitan | 1.000 | 1.000 | Northwest/Alaska Nonmetropolitan | 1.000 | 1.003 |
| STATE Hawaii | 1.000 | 1.000 | PMSA Akron, OH | 1.033 | 1.041 |
| MSA Anchorage, AK | 1.004 | 1.003 | PMSA Ann Arbor, MI | 1.017 | 1.023 |
| MSA Atlanta, GA | 1.026 | 1.028 | PMSA Atlantic-Cape May, NJ | 1.013 | 1.017 |
| PMSA Baltimore, MD | 1.014 | 1.016 | PMSA Bergen-Passaic, NJ | 1.022 | 1.029 |
| *COUNTY Berkeley, WV | 1.013 | 1.017 | PMSA Boston, MA-NH | 1.030 | 1.043 |
| PMSA Boulder-Longmont, CO | 1.042 | 1.046 | PMSA Brazoria, TX | 1.021 | 1.027 |
| PMSA Bremerton, WA | 1.036 | 1.044 | PMSA Bridgeport, CT | 1.020 | 1.031 |
| PMSA Brockton, MA | 1.029 | 1.044 | *COUNTY Brown, OH | 1.015 | 1.010 |
| *Chicago, IL | 1.024 | 1.035 | *Cincinnati, OH-KY-IN | 1.014 | 1.011 |
| *COUNTY Clarke, VA | 1.014 | 1.017 | PMSA Cleveland-Lorain-Elyria, OH | 1.033 | 1.041 |
| *COUNTY Culpeper, VA | 1.014 | 1.017 | *Dallas, TX | 1.033 | 1.040 |



HeinOnline -- 64 Fed. Reg. 72736 1999

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 031099

| | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|---|---|
| PMSA | Danbury, CT | 1.021 | 1.030 | *COUNTY | De Kalb, IL | 1.022 | 1.037 |
| PMSA | Denver, CO | 1.042 | 1.046 | PMSA | Detroit, MI | 1.015 | 1.024 |
| PMSA | Dutchess County, NY | 1.022 | 1.029 | PMSA | Fitchburg-Leominster, MA | 1.029 | 1.044 |
| PMSA | Flint, MI | 1.014 | 1.024 | PMSA | Fort Lauderdale, FL | 1.004 | 1.008 |
| PMSA | Fort Worth-Arlington, TX | 1.032 | 1.040 | *COUNTY | Gallatin, KY | 1.016 | 1.010 |
| PMSA | Galveston-Texas City, TX | 1.021 | 1.027 | PMSA | Gary, IN | 1.019 | 1.040 |
| *COUNTY | Grant, KY | 1.016 | 1.010 | PMSA | Greeley, CO | 1.042 | 1.046 |
| *COUNTY | Grundy, IL | 1.020 | 1.039 | PMSA | Hagerstown, MD | 1.014 | 1.017 |
| PMSA | Hamilton-Middletown, OH | 1.014 | 1.011 | *COUNTY | Henderson, TX | 1.027 | 1.041 |
| PMSA | Houston, TX | 1.022 | 1.027 | *COUNTY | Jefferson, WV | 1.013 | 1.017 |
| PMSA | Jersey City, NJ | 1.022 | 1.028 | PMSA | Kankakee, IL | 1.018 | 1.041 |
| MSA | Kansas City, MO-KS | 1.030 | 1.038 | *COUNTY | Kendall, Il | 1.022 | 1.036 |
| PMSA | Kenosha, WI | 1.022 | 1.037 | *COUNTY | King George, VA | 1.013 | 1.017 |
| PMSA | Lawrence, MA-NH | 1.028 | 1.044 | PMSA | Los Angeles-Long Beach, CA | 1.012 | 1.019 |
| PMSA | Lowell, MA-NH | 1.029 | 1.043 | PMSA | Manchester, NH | 1.029 | 1.044 |
| PMSA | Miami, FL | 1.004 | 1.008 | PMSA | Middlesex-Somerset-Hunterdon, NJ | 1.022 | 1.028 |
| PMSA | Milwaukee-Waukesha, WI | 1.013 | 1.010 | MSA | Minneapolis-St. Paul, MN-WI | 1.017 | 1.021 |
| PMSA | Monmouth-Ocean, NJ | 1.021 | 1.030 | PMSA | Nashua, NH | 1.029 | 1.044 |
| PMSA | Nassau-Suffolk, NY | 1.021 | 1.030 | PMSA | New Bedford, MA | 1.029 | 1.044 |
| PMSA | New Haven-Meriden, CT | 1.021 | 1.030 | PMSA | New York, NY | 1.022 | 1.027 |
| *COUNTY | Westchester, NY | 1.023 | 1.027 | PMSA | Newark, NJ | 1.022 | 1.029 |



HeinOnline -- 64 Fed. Reg. 72737 1999

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 031099

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| PMSA Newburgh, NY-PA | 1.022 | 1.029 | PMSA Oakland, CA | 1.060 | 1.070 |
| *COUNTY Ohio, IN | 1.015 | 1.010 | PMSA Olympia, WA | 1.036 | 1.044 |
| PMSA Orange County, CA | 1.013 | 1.019 | *COUNTY Pendleton, KY | 1.015 | 1.010 |
| PMSA Philadelphia, PA-NJ | 1.013 | 1.017 | PMSA Pittsburgh, PA | 1.018 | 1.030 |
| PMSA Portland-Vancouver, OR-WA | 1.030 | 1.026 | PMSA Portsmouth-Rochester, NH-ME | 1.029 | 1.044 |
| PMSA Racine, WI | 1.014 | 1.010 | PMSA Riverside-San Bernardino, CA | 1.010 | 1.019 |
| MSA St. Louis, MO-IL | 1.008 | 1.013 | PMSA Salem, OR | 1.030 | 1.026 |
| MSA San Diego, CA | 1.033 | 1.040 | PMSA San Francisco, CA | 1.062 | 1.070 |
| PMSA San Jose, CA | 1.062 | 1.070 | PMSA Santa Cruz-Watsonville, CA | 1.060 | 1.070 |
| PMSA Santa Rosa, CA | 1.058 | 1.070 | PMSA Seattle-Bellevue-Everett, WA | 1.038 | 1.044 |
| PMSA Stamford-Norwalk, CT | 1.022 | 1.028 | PMSA Tacoma, WA | 1.037 | 1.044 |
| MSA Tampa-St. Petersburg-Clearwater, FL | 1.020 | 1.025 | PMSA Trenton, NJ | 1.022 | 1.029 |
| PMSA Vallejo-Fairfield-Napa, CA | 1.058 | 1.070 | PMSA Ventura, CA | 1.013 | 1.019 |
| PMSA Vineland-Millville-Bridgeton, NJ | 1.012 | 1.017 | *COUNTY Warren, VA | 1.014 | 1.017 |
| *Washington, DC-MD-VA | 1.014 | 1.016 | PMSA Waterbury, CT | 1.021 | 1.030 |
| PMSA Wilmington-Newark, DE-MD | 1.013 | 1.017 | PMSA Worcester, MA-CT | 1.029 | 1.044 |



HeinOnline -- 64 Fed. Reg. 72738 1999