SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

RHODE ISLAND (NEW ENGLAND)

METROPOLITAN COUNTIES

| | |
|---|---|
| Bristol County part: | Barrington town, Bristol town, Warren town |
| Kent County part: | Coventry town, East Greenwich town, Warwick city, West Greenwich town, West Warwick town |
| Newport County part: | Jamestown town, Little Compton town, Tiverton town |
| Providence County part: | Burrillville town, Central Falls city, Cranston city, Cumberland town, East Providence city, Foster town, Glocester town, Johnston town, Lincoln town, North Providence town, North Smithfield town, Pawtucket city, Providence city, Scituate town, Smithfield town, Woonsocket city |
| Washington County part: | Charlestown town, Exeter town, Hopkinton town, Narragansett town, North Kingstown town, Richmond town, South Kingstown town, Westerly town |

NONMETROPOLITAN COUNTIES

| | |
|---|---|
| Newport County part: | Middletown town, Newport city, Portsmouth town |
| Washington County part: | New Shoreham town |

SOUTH CAROLINA (SOUTHEAST)

METROPOLITAN COUNTIES
Aiken, Anderson, Berkeley, Charleston, Cherokee, Dorchester, Edgefield, Florence, Greenville, Horry, Lexington, Pickens, Richland, Spartanburg, Sumter, York

NONMETROPOLITAN COUNTIES
Abbeville, Allendale, Bamberg, Barnwell, Beaufort, Calhoun, Chester, Chesterfield, Clarendon, Colleton, Darlington, Dillon, Fairfield, Georgetown, Greenwood, Hampton, Jasper, Kershaw, Lancaster, Laurens, Lee, Marion, Marlboro, Mccormick, Newberry, Oconee, Orangeburg, Saluda, Union, Williamsburg

SOUTH DAKOTA (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Lincoln, Minnehaha, Pennington

NONMETROPOLITAN COUNTIES
Aurora, Beadle, Bennett, Bon Homme, Brookings, Brown, Brule, Buffalo, Butte, Campbell, Charles Mix, Clark, Clay, Codington, Corson, Custer, Davison, Day, Deuel, Dewey, Douglas, Edmunds, Fall River, Faulk, Grant, Gregory, Haakon, Hamlin, Hand, Hanson, Harding, Hughes, Hutchinson, Hyde, Jackson, Jerauld, Jones, Kingsbury, Lake, Lawrence, Lyman, Marshall, Mccook, Mcpherson, Meade, Mellette, Miner, Moody, Perkins, Potter, Roberts, Sanborn, Shannon, Spink, Stanley, Sully, Todd, Tripp, Turner, Union, Walworth, Yankton, Ziebach

TENNESSEE (SOUTHEAST)

METROPOLITAN COUNTIES
Anderson, Blount, Carter, Cheatham, Chester, Davidson, Dickson, Fayette, Hamilton, Hawkins, Knox, Loudon, Madison, Marion, Montgomery, Robertson, Rutherford, Sevier, Shelby, Sullivan, Sumner, Tipton, Unicoi, Union, Washington, Williamson, Wilson

NONMETROPOLITAN COUNTIES
Bedford, Benton, Bledsoe, Bradley, Campbell, Cannon, Carroll, Claiborne, Clay, Cocke, Coffee, Crockett, Cumberland, Dekalb, Decatur, Dyer, Fentress, Franklin, Gibson, Giles, Grainger, Greene, Grundy, Hamblen, Hancock, Hardeman, Hardin, Haywood, Henderson, Henry, Hickman, Houston, Humphreys, Jackson, Jefferson, Johnson, Lake, Lauderdale, Lawrence, Lewis, Lincoln, Macon, Marshall, Maury, Mcminn, Mcnairy, Meigs, Monroe, Moore, Morgan, Obion, Overton, Perry, Pickett, Polk, Putnam, Rhea, Roane, Scott, Sequatchie, Smith, Stewart, Trousdale, Van Buren, Warren, Wayne, Weakley, White

TEXAS (SOUTHWEST)

CPI AREAS: COUNTIES

| | |
|---|---|
| PMSA Brazoria, TX: | Brazoria |
| *Dallas, TX: | Collin, Dallas, Denton, Ellis, Hunt, Kaufman, Rockwall |
| PMSA Fort Worth-Arlington, TX: | Hood, Johnson, Parker, Tarrant |
| PMSA Galveston-Texas City, TX: | Galveston |
| *COUNTY Henderson, TX: | Henderson |
| PMSA Houston, TX: | Chambers, Fort Bend, Harris, Liberty, Montgomery, Waller |

METROPOLITAN COUNTIES
Archer, Bastrop, Bell, Bexar, Bowie, Brazos, Caldwell, Cameron, Comal, Coryell, Ector, El Paso, Grayson, Gregg, Guadalupe, Hardin, Harrison, Hays, Hidalgo, Jefferson, Lubbock, Mclennan, Midland, Nueces, Orange, Potter, Randall, San Patricio, Smith, Taylor, Tom Green, Travis, Upshur, Victoria, Webb, Wichita, Williamson, Wilson

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

TEXAS (Cont.)

NONMETROPOLITAN COUNTIES
Anderson, Andrews, Angelina, Aransas, Armstrong, Atascosa, Austin, Bailey, Bandera, Baylor, Bee, Blanco, Borden, Bosque, Brewster, Briscoe, Brooks, Brown, Burleson, Burnet, Calhoun, Callahan, Camp, Carson, Cass, Castro, Cherokee, Childress, Clay, Cochran, Coke, Coleman, Collingsworth, Colorado, Comanche, Concho, Cooke, Cottle, Crane, Crockett, Crosby, Culberson, Dallam, Dawson, Dewitt, Deaf Smith, Delta, Dickens, Dimmit, Donley, Duval, Eastland, Edwards, Erath, Falls, Fannin, Fayette, Fisher, Floyd, Foard, Franklin, Freestone, Frio, Gaines, Garza, Gillespie, Glasscock, Goliad, Gonzales, Gray, Grimes, Hale, Hall, Hamilton, Hansford, Hardeman, Hartley, Haskell, Hemphill, Hill, Hockley, Hopkins, Houston, Howard, Hudspeth, Hutchinson, Irion, Jack, Jackson, Jasper, Jeff Davis, Jim Hogg, Jim Wells, Jones, Karnes, Kendall, Kenedy, Kent, Kerr, Kimble, King, Kinney, Kleberg, Knox, La Salle, Lamar, Lamb, Lampasas, Lavaca, Lee, Leon, Limestone, Lipscomb, Live Oak, Llano, Loving, Lynn, Madison, Marion, Martin, Mason, Matagorda, Maverick, Mcculloch, Mcmullen, Medina, Menard, Milam, Mills, Mitchell, Montague, Moore, Morris, Motley, Nacogdoches, Navarro, Newton, Nolan, Ochiltree, Oldham, Palo Pinto, Panola, Parmer, Pecos, Polk, Presidio, Rains, Reagan, Real, Red River, Reeves, Refugio, Roberts, Robertson, Runnels, Rusk, Sabine, San Augustine, San Jacinto, San Saba, Schleicher, Scurry, Shackelford, Shelby, Sherman, Somervell, Starr, Stephens, Sterling, Stonewall, Sutton, Swisher, Terrell, Terry, Throckmorton, Titus, Trinity, Tyler, Upton, Uvalde, Val Verde, Van Zandt, Walker, Ward, Washington, Wharton, Wheeler, Wilbarger, Willacy, Winkler, Wise, Wood, Yoakum, Young, Zapata, Zavala

UTAH (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Davis, Kane, Salt Lake, Utah, Weber

NONMETROPOLITAN COUNTIES
Beaver, Box Elder, Cache, Carbon, Daggett, Duchesne, Emery, Garfield, Grand, Iron, Juab, Millard, Morgan, Piute, Rich, San Juan, Sanpete, Sevier, Summit, Tooele, Uintah, Wasatch, Washington, Wayne

VERMONT (NEW ENGLAND)

| METROPOLITAN COUNTIES | |
|---|---|
| Chittenden County part: | Burlington city, Charlotte town, Colchester town, Essex town, Hinesburg town, Jericho town, Milton town, Richmond town, St. George town, Shelburne town, South Burlington city, Williston town, Winooski city |
| Franklin County part: | Fairfax town, Georgia town, St. Albans city, St. Albans town, Swanton town |
| Grand Isle County part: | Grand Isle town, South Hero town |

| NONMETROPOLITAN COUNTIES | |
|---|---|
| Addison | |
| Bennington | |
| Caledonia | |
| Essex | |
| Lamoille | |
| Orange | |
| Orleans | |
| Rutland | |
| Washington | |
| Windham | |
| Windsor | |
| Chittenden County part: | Bolton town, Buels gore, Huntington town, Underhill town, Westford town |
| Franklin County part: | Bakersfield town, Berkshire town, Enosburg town, Fairfield town, Fletcher town, Franklin, Highgate town, Montgomery town, Richford town, Sheldon town |
| Grand Isle County part: | Alburg town, Isle La Motte town, North Hero town |

VIRGINIA (MID-ATLANTIC)

| CPI AREAS: | COUNTIES |
|---|---|
| *COUNTY Clarke, VA: | Clarke |
| *COUNTY Culpeper, VA: | Culpeper |
| *COUNTY King George, VA: | King George |
| *COUNTY Warren, VA: | Warren |

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - **AREA DEFINITIONS**

VIRGINIA (MID-ATLANTIC) cont.

| CPI AREAS: | COUNTIES |
|---|---|
| *Washington, DC-MD-VA: | Arlington, Fairfax, Fauquier, Loudoun, Prince William, Spotsylvania, Stafford, Alexandria city, Fairfax city, Falls Church city, Fredericksburg city, Manassas Park city, Manassas city |

METROPOLITAN COUNTIES
Albemarle, Amherst, Bedford, Botetourt, Campbell, Charles City, Chesterfield, Dinwiddie, Fluvanna, Gloucester, Goochland, Greene, Hanover, Henrico, Isle of Wight, James City, Mathews, New Kent, Pittsylvania, Powhatan, Prince George, Roanoke, Scott, Washington, York, Bedford city, Bristol city, Charlottesville city, Chesapeake city, Colonial Heights city, Danville city, Hampton city, Hopewell city, Lynchburg city, Newport News city, Norfolk city, Petersburg city, Poquoson city, Portsmouth city, Richmond city, Roanoke city, Salem city, Suffolk city, Virginia Beach city, Williamsburg city

NONMETROPOLITAN COUNTIES
Accomack, Alleghany, Amelia, Appomattox, Augusta, Bath, Bland, Brunswick, Buchanan, Buckingham, Caroline, Carroll, Charlotte, Craig, Cumberland, Dickenson, Essex, Floyd, Franklin, Frederick, Giles, Grayson, Greensville, Halifax, Henry, Highland, King William, King and Queen, Lancaster, Lee, Louisa, Lunenburg, Madison, Mecklenburg, Middlesex, Montgomery, Nelson, Northampton, Northumberland, Nottoway, Orange, Page, Patrick, Prince Edward, Pulaski, Rappahannock, Richmond, Rockbridge, Rockingham, Russell Shenandoah, Smyth, Southampton, Surry, Sussex, Tazewell, Westmoreland, Wise, Wythe

WASHINGTON (NORTHWEST/ALASKA)

| CPI AREAS: | COUNTIES |
|---|---|
| PMSA Bremerton, WA: | Kitsap |
| PMSA Olympia, WA: | Thurston |
| PMSA Portland-Vancouver, OR-WA: | Clark |
| PMSA Seattle-Bellevue-Everett, WA: | Island, King, Snohomish |
| PMSA Tacoma, WA: | Pierce |

METROPOLITAN COUNTIES
Benton, Franklin, Spokane, Whatcom, Yakima

NONMETROPOLITAN COUNTIES
Adams, Asotin, Chelan, Clallam, Columbia, Cowlitz, Douglas, Ferry, Garfield, Grant, Grays Harbor, Jefferson, Kittitas, Klickitat, Lewis, Lincoln, Mason, Okanogan, Pacific, Pend Oreille, San Juan, Skagit, Skamania, Stevens, Wahkiakum, Walla Walla, Whitman

WEST VIRGINIA (MID-ATLANTIC)

| CPI AREAS: | COUNTIES |
|---|---|
| *COUNTY Berkeley, WV: | Berkeley |
| *COUNTY Jefferson, WV: | Jefferson |

METROPOLITAN COUNTIES
Brooke, Cabell, Hancock, Kanawha, Marshall, Mineral, Ohio, Putnam, Wayne, Wood

NONMETROPOLITAN COUNTIES
Barbour, Boone, Braxton, Calhoun, Clay, Doddridge, Fayette, Gilmer, Grant, Greenbrier, Hampshire, Hardy, Harrison, Jackson, Lewis, Lincoln, Logan, Marion, Mason, Mcdowell, Mercer, Mingo, Monongalia, Monroe, Morgan, Nicholas, Pendleton, Pleasants, Pocahontas, Preston, Raleigh, Randolph, Ritchie, Roane, Summers, Taylor, Tucker, Tyler, Upshur, Webster, Wetzel, Wirt, Wyoming

WISCONSIN (MIDWEST)

| CPI AREAS: | COUNTIES |
|---|---|
| PMSA Kenosha, WI: | Kenosha |
| PMSA Milwaukee-Waukesha, WI: | Milwaukee, Ozaukee, Washington, Waukesha |
| MSA Minneapolis-St. Paul, MN-WI: | Pierce, St. Croix |
| PMSA Racine, WI: | Racine |

METROPOLITAN COUNTIES
Brown, Calumet, Chippewa, Dane, Douglas, Eau Claire, La Crosse, Marathon, Outagamie, Rock, Sheboygan, Winnebago

SCHEDULE C - CONTRACT RENT ANNUAL ADJUSTMENT FACTORS - AREA DEFINITIONS

WISCONSIN (Cont.)

NONMETROPOLITAN COUNTIES
Adams, Ashland, Barron, Bayfield, Buffalo, Burnett, Clark, Columbia, Crawford, Dodge, Door, Dunn, Florence, Fond du Lac, Forest, Grant, Green, Green Lake, Iowa, Iron, Jackson, Jefferson, Juneau, Kewaunee, Lafayette, Langlade, Lincoln, Manitowoc, Marinette, Marquette, Menominee, Monroe, Oconto, Oneida, Pepin, Polk, Portage, Price, Richland, Rusk, Sauk, Sawyer, Shawano, Taylor, Trempealeau, Vernon, Vilas, Walworth, Washburn, Waupaca, Waushara, Wood

WYOMING (ROCKY MOUNTAIN)

METROPOLITAN COUNTIES
Laramie, Natrona

NONMETROPOLITAN COUNTIES
Albany, Big Horn, Campbell, Carbon, Converse, Crook, Fremont, Goshen, Hot Springs, Johnson, Lincoln, Niobrara, Park, Platte, Sheridan, Sublette, Sweetwater, Teton, Uinta, Washakie, Weston

PACIFIC ISLANDS (PACIFIC/HAWAII)

NONMETROPOLITAN COUNTIES
American Samoa, Guam, Northern Mariana Islands, Palau

PUERTO RICO (SOUTHEAST)

METROPOLITAN COUNTIES
Aguada, Aguadilla, Aguas Buenas, Anasco, Arecibo, Barceloneta, Bayamon, Cabo Rojo, Caguas, Camuy, Canovanas, Carolina, Catano, Cayey, Ceiba, Cidra, Comerio, Corozal, Dorado, Fajardo, Florida, Guayanilla, Guaynabo, Gurabo, Hatillo, Hormigueros, Humacao, Juana Diaz, Juncos, Las Piedras, Loiza, Luquillo, Manati, Mayaguez, Moca, Morovis, Naguabo, Naranjito, Penuelas, Ponce, Rio Grande, Sabana Grande, San German, San Juan, San Lorenzo, Toa Alta, Toa Baja, Trujillo Alto, Vega Alta, Vega Baja, Villalba, Yabucoa, Yauco

NONMETROPOLITAN COUNTIES
Aibonito, Arroyo, Adjuntas, Barranquitas, Ciales, Coamo, Culerbra, Guanica, Guayama, Isabela, Jayuya, Lajas, Lares, Las Marias, Maricao, Maunabo, Orocovis, Patillas, Quebradillas, Rincon, Salinas, San Sebastia, Santa Isabel, Utuado, Vieques

VIRGIN ISLANDS (SOUTHEAST)

NONMETROPOLITAN COUNTIES
Virgin Island

* HUD-defined Metropolitan areas.

[FR Doc. 05–863 Filed 1–13–05; 8:45 am]

BILLING CODE 4210–62–C

NEW YORK QUADEL

February 27, 2001

Park Property Associates
8 Boulder Trail
Armonk, NY 10504

RE: **Notice of Potential Rent Adjustment**
LA MARTINE TERRACE
NY360010003

Dear Sir or Madam:

Effective December 1, 2000, New York Quadel Consulting Corporation (NYQ) became the Section 8 Contract Administrator for this contract. Our records indicate that your Housing Assistance Payment contract anniversary date is **May 31, 2001**. If it is your intention to apply for an Annual Adjustment Factor (AAF) at this time, please submit your request letter, unit turnover information and utility allowance recommendation on or before **April 1, 2001**.

It is in your best interest to ensure that any rental increase awarded may be in effect at the time of the aforementioned anniversary date. Any delays in receiving information or, incomplete information, could delay the effective date of this rent increase. Please refer to Notice H 99-18 (HUD) and H 97-14 (HUD) for guidance in submitting your comparable rent study (if applicable) and unit turnover information.

Please do not hesitate to contact me at New York Quadel with any concerns or questions regarding this application or the approval process. I can be reached by telephone at the number below or by email at **boneill@nyquadel.com.**

Sincerely,

BOneill

Bill O'Neill
Rent Specialist

212-349-5888x227

cc: G. Sheridan, NY Quadel
Y. Valle, NY Quadel
R. Printz, HUD NY HUB

115 BROADWAY, THIRD FLOOR
NEW YORK, NEW YORK 10006
P 212.349.5888
F 212.349.3888
nyq@nyquadel.com

EXHIBIT 7
PENGAD 800-631-6989

SUITE 103

84 BUSINESS PARK DRIVE, SUITE 103, ARMONK, NEW YORK 10504 (914) 273-5800 TELEFAX (914) 273-6563

May 11, 2001 Via Federal Express

Quadel
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Attn: Barry Cummings

Project Name: Lamartine Terrace
Contract No. NY 360010003

RE: Subject Rent Increase for Fiscal Years 2000 and 2001.
2 BR Units below FMR
0 and 1 BR Units Over FMR Increase Applied For Under RCS

Dear Mr. Cummings:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover reports for both years
3. Tenant utility allowance change recommendation.
4. Adjustment work sheets for both years.
   AAF - 2 BR both years.
   RCS - 0 & 1 BR both years.
5. New rent schedules for both fiscal years.
6. Rent comparability Study.
7. Owners Certification of compliance under Section 4-4 of Notice H00-12 (RCS).
8. Owners Certification of Compliance with Requirement of Notice (AAF).

If there are any other documents necessary to process these increases, please advise me immediately.

Thanking you in advance for your courtesy.

Very truly yours,

PARK PROPERTIES ASSOCIATES, LP

By: [signature], President
Friendly Management, Inc.
General Partner
JZG:lac
Enc.

# RENT COMPARABILITY STUDY

BY

AMERICAN PROPERTY COUNSELORS
Real Estate-Market Studies-Appraisals

80 Business Park Drive
Armonk, New York 10504

## WATERVIEW APARTMENTS

## 28 LAMARTINE TERRACE

## YONKERS, NEW YORK

**APC File #2138A**

EXHIBIT
11
PENGAD 800-631-6989

# AMERICAN PROPERTY COUNSELORS

REAL ESTATE ANALYSIS • MARKET STUDIES • APPRAISALS

80 BUSINESS PARK DRIVE
ARMONK, NEW YORK 10504
TELEPHONE (914) 273-4000
FAX (914) 273-4099

April 16, 2001

Jerome Ginsburg
JZG Resources
84 Business Park Drive
Armonk, New York 10504

Re: Waterview Apartments, Yonkers, New York

Dear Mr. Ginsburg:

Here is the Rent Comparability Study you requested for Waterview Apartments, situated at 28 Lamartine Terrace in the City of Yonkers, Westchester County, New York. The purpose of the study is to estimate the market rents for units that will be assisted under a renewed Section 8 contract. Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of the date of this report, if the tenants were not receiving rental subsidies and rents were not restricted by HUD or other government agencies.

Based upon my independent investigation and analysis, the current market rent for a one bedroom apartment in this building is $1,000/month, and the market rent for a studio apartment is $875/month.

This Rent Comparability Study was prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP) and the supplemental standards of HUD Notice H 00-12. Market rents were defined and estimated in accordance with Section 3 of Notice H 00-12. I understand that HUD/the Section 8 Contract Administrator (CA) and the project owner will use my estimate of market rents to determine: 1) the owner's options for renewing the project's Section 8 contracts; 2) the maximum rents allowed under any renewal contract.

We trust you will find this Rent Comparability Study to be satisfactory and in good order. Please contact us if we can provide any further clarification or assistance in this matter.

Sincerely yours,
AMERICAN PROPERTY COUNSELORS

By: Kenneth L. Golub, MAI

TABLE OF CONTENTS

Summary of Important Facts and Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**INTRODUCTION**

Purpose of the Rent Study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Definition of Market Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Property Identification and Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Description of the Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
The Subject Location . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
The Immediate Setting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
The Subject Neighborhood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
A Note on the Westchester County Housing Market . . . . . . . . . . . . . . . . . . . . 10

**VALUATION**

Market Rent Study - Comparison Approach . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Rent Comparables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
The Rent Comparisons Explained . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Rent Comparison Grid - One Bedroom Apts. . . . . . . . . . . . . . . . . . . . . . . 42
Rent Comparison Grid - Studio Apts. . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Review and Final Rent Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Certification of the Appraiser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

**EXHIBITS**

Rental Brochure and Floor Layout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Interior Photographs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Waterview Apartments Rent Roll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Rent Comparables Location Maps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

**ADDENDA**

Scope of Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Assumptions and Limiting Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Qualifications of the Appraiser

## SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

| | |
|---|---|
| HUD IDENTIFICATION: | Contract No. NY 360010003<br>EIN # 59 3383525 |
| LOCATION OF PROPERTY: | 28 Lamartine Terrace, City of Yonkers, Westchester County, New York |
| OWNER: | Park Properties Associates, L.P.<br>c/o Jerome Z. Ginsburg, JZG Resources<br>84 Business Park Drive<br>Armonk, New York 10504 |
| TAX MAP IDENTIFICATION: | City of Yonkers, Section 2 Block 2106 Lot 75 |
| VALUE APPRAISED: | Market rent |
| RIGHTS APPRAISED: | Occupancy by lease |
| LAND AREA: 0.9 acre | BUILDING: 6-story brick |
| PROPERTY TYPE: | 83 unit rental apartment building |
| DATE OF VALUE: | April 16, 2001 |
| CONCLUDED MARKET RENTS: | One bedroom - $1,000/mo.<br>Studio - $875/mo. |

## PURPOSE OF THE RENT STUDY

The purpose of this study is to estimate current market rent for apartments in the subject property, as identified. The rent estimate is applicable under conditions in effect on and around April 16, 2001.

## DEFINITION OF MARKET RENT

Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of the date of this report, if the tenants were not receiving rental subsidies and rents were not restricted by HUD or other government agencies.

## PROPERTY IDENTIFICATION AND OWNERSHIP

The subject property is called Waterview Apartments. It has a mailing address at 28 Lamartine Terrace, Yonkers, New York. It is situated on the end of Lamartine Terrace, abutting the west side of the Croton aqueduct in the City of Yonkers, Westchester County. The property is further identified on municipal tax maps as Section 2 Block 2106 Lot 75.

The owner of record is Park Properties Associates, L.P., c/o Jerome Ginsburg, JZG Resources, 84 Business Park Drive, Armonk, New York 10504. The owner's office happens to be next door to the office of American Property Counselors in Armonk Business Park. As will be noted later in our certification, there is no business affiliation between the appraiser and this client, nor had we ever had any contact prior to arranging for this Rent Comparability Study. It is our understanding that the property has been under the same ownership and management for over ten years.

Mr. Ginsburg advised us that he has been involved in the development, ownership and management of many multi-family housing complexes in Westchester County, including some which are used as market comparables in this study. Specifically, he owned an interest in Riverhill Tower (our Rent Comparable 4), he owned an apartment in Riveredge (our Rent Comparable 5) and he was involved in the construction of Oak Hill Condominiums (our Rent Comparable 6). He was able to provide us with useful insights about the history of certain properties, their construction and their amenities. However, Mr. Ginsburg informed us that he sold all of these interests years ago and no longer has any involvement with these properties.

## DESCRIPTION OF THE PROPERTY

The subject of this study is a six story fireproof brick apartment building with a full basement, built around 1960. It has double hung windows with modern thermopanes in aluminum sash, air conditioner sleeves built into the exterior walls and a flat roof.



2091
HIGH
BROADWAY
NORTH
AVENUE
2107
51
27
9600
OLD CROTON AQUEDUCT
LAMARTINE
TER.
28
Subject
2106
Holy Rosary Convent
R.C. Church
Holy Rosary Church
Rectory
AVE.
WASHBURTON
UNION PL.
30

**Site**

The site is a rectangle with access on the end of Lamartine Terrace, a short dead-end residential street. The site contains an estimated 40,000 SF (0.91± acre) of land.

Natural terrain slopes downward and drains to the west. The site has been graded so most of the site is close to the grade of Lamartine Terrace, and the building's main entry faces the end of the street.

There is paved parking on the east and north sides of the building, and some spaces along the south property line also. Off-street parking is at a premium in this neighborhood. Tenants can rent a parking space for a special charge of $25/month.

**Building**

The building is a six-story steel frame and brick structure with a flat asphalt roof. Exterior windows are thermopane glass in white aluminum double hung sash. There are steel fire escapes on the building exterior.

Access into the building is by key, with a glass-enclosed outer lobby leading to the locked entry door. There is an on-site resident superintendent and a security guard who monitors the front door and periodically checks all exterior building entries.

The front lobby has terrazzo floors and painted plaster walls and ceilings. There is one 2,000 lb. capacity hydraulic elevators and a community room with a small kitchenette and bathroom. The building has a coin-operated laundry in the basement. Also in the basement are an oil-fired low-pressure steam furnace which burns #2 oil, and an indoor oil storage tank enclosed in concrete block. The basement has a main electrical panel for the building.

Interior hallways are carpeted with vinyl tile in high-wear areas (in front of the elevator door and garbage compactor chute room. The halls have painted plaster walls and ceilings and fluorescent light fixtures. Apartment doors are painted fire-rated steel. There are fireproof stairwells and halls have automatic fire-stop doors, alarm pulls and sprinklers.

Apartments have oak strip flooring, with vinyl tile in kitchens and ceramic tile bathroom floors and wainscoting. Walls and ceilings are painted sheetrock, with painted hollow core interior doors. Kitchens are builder grade wood composite cabinets with plastic laminate exteriors and countertops. Each apartment is equipped with a refrigerator and gas stove.

Here is a summary of layouts for the 83 apartments in the building:

| | |
|---|---|
| 16 | studio or 'efficiency' apartments (5 in line C are 550 SF each; 5 in line L are 580 SF each; 6 in line M are 617 SF each, all have sleeping alcoves, 617 SF apts. have balconies). These are very large studio apartments. |
| 30 | one bedroom apartments (6 in line B are 790 SF each with a dining alcove and balcony; 6 in line D are 540 SF and are handicapped-equipped; 6 in line G are 752 SF each; 6 in line I are 825 SF each and have a 9' X 12.5' formal dining room that can serve as a second bedroom; 6 in line K are 765 SF each with a 9' X 8' dining area or sleeping alcove that can almost serve as a second bedroom). |
| 36 | two bedroom apartments (lines A and E have balconies, also lines F, H, J and N) |
| 1 | two bedroom superintendant's apt. |
| 83 | apartments total |

Apartment sizes were provided to us by management. We checked these against approximate scaled measurements from a floor plan on an old marketing brochure and the sizes seem to be reasonably accurate.

The building was substantially renovated in 1978. It has been well maintained with regular service and upgrading when needed. Recent projects include exterior brick repointing and caulking, a new roof cover, new exterior window sash, entry and elevator renovation and new hallway carpeting. The trash compactor was recently rebuilt and new compactor chute doors installed on each floor, and the furnace was completely replaced in 1999. This work is in addition to regular repainting and recarpeting of individual apartments. No significant items of deferred maintenance were noted when the building was inspected. The building meets normal market expectations and can be deemed to be in average condition for its neighborhood.

WATERVIEW APARTMENTS, YONKERS, NEW YORK



Waterview Apartments, looking northwest from the parking lot.



Lamartine Terrace, facing south from the front entry drive into Waterview.

## THE SUBJECT LOCATION

The location of real estate is critical to its use, marketability and value. Our description and analysis of the subject's location begins with its immediate setting and proceeds geographically outward to the neighborhood and the general locale.

The Immediate Setting

**SOUTH** - The subject property is on the end of Lamartine Terrace, a narrow dead-end street. There are two and three family wood frame dwellings along both sides of Lamartine Terrace. Most are 50-75 years old and many are owner occupied, so this is a well-kept street. Curbside parking is permitted only on the west side of the street. Parking spaces are at a premium here.

**NORTH** - The land drops off sharply about 50 feet from the subject site, the subject's west property line is practically the top of a cliff. At the base is a paved parking lot behind a 40 year old neighborhood shopping center. This has a superette grocery and some convenience stores, all small local merchants.

**WEST** - The land also drops off in this direction. Below is the roof of the adjacent shopping center, which has frontage on Warburton Avenue, a two-lane arterial street. Much of Warburton Avenue is lined with 50-75 year old wood frame buildings used as apartments and rooming houses. The Hudson River can be seen from the subject property looking west.

**EAST** - An abandoned railroad bed which is now Westchester County parkland. It looks like a wide blacktop driveway and it is used as a public walking trail. The land is about 10 feet higher than the abutting subject site, and land further east is higher still. On the opposite side of this park the rear of elevator apartment buildings similar to the subject can be seen.

Comments: This is an old blue collar urban neighborhood. Surrounding topography is extreme but typical of Yonkers. The setting has a number of noteworthy advantages. It is on the end of an attractive dead-end street, adjacent to a County trail-park, close to shopping and it has a view of the Hudson River. This is predominantly an apartment neighborhood and the subject property is very compatible with its surroundings.

The Subject Neighborhood

The subject is situated in the west central part of Yonkers which we can define within these boundaries:

on the west by the Hudson River;

on the south by the New York City line, the opposite side of which is the Riverdale section of the Bronx;

on the north by Odell Avenue, an busy east-west crossover road between Broadway

This demographic pattern reinforces the fairly steady and broad-based demand for new housing throughout Westchester County. At this writing we are still awaiting year 2000 census reports, which we expect will show even more dramatic growth. Such growth is visibly apparent in luxury subdivisions, particularly in the northern part of the county, where expanses of undeveloped land are still available.

Yonkers embodies many of the attributes which contribute to the region's supply-demand imbalance. Yonkers has unusually compact and rugged terrain. Yonkers sits on the "Manhattan prong," a hard formation of schist which extends southwest from the Harlem River valley; its southern end is Manhattan. Most of the city is this bedrock which is at or close to the surface. It is a wonder that so much of Yonkers' land area has been developed at all, the city is rife with hills, cliffs, small ravines and, of course, steep streets. Yonkers can be deemed fully developed, so it is quite difficult to find new development sites. This constrains supply. As for demand, Yonkers abuts the New York City line and has better access to Manhattan than most parts of New York City. This has long made Yonkers a prime destination for city-dwellers moving to the suburbs. The result is that Yonkers is typically a real estate seller's and landlord's market, and there is a continual upward pressure on housing prices and rents.

The supply and demand imbalance is beneficial for the subject property, today and over the foreseeable future. The subject property holds a strong market position and maintains full or near-full occupancy, and the prospects of new competing apartments are limited, at best. The situation will encourage renovation of older buildings. Rents would almost certainly escalate dramatically if not for the constraints of rent stabilization, but continued rent and price escalation is inevitable because of Yonkers' scarcity of land and proximity to New York City.

## MARKET RENT STUDY - COMPARISON APPROACH

We have been asked to estimate current market rent for apartments in the subject building. We use a comparison approach to estimate market rent. The comparison approach is based on the concept that recent leases of similar and competitive apartments can be used as benchmarks to gauge market rent for the subject. This approach is a direct reading of the market, since it deals with factual data representing the actions of typical landlords and tenants. The background investigations necessary for the preparation of the rent comparisons provide useful insights into "going prices" and also help identify those factors which influence market rent.

Since no two parcels of real estate are ever exactly alike, and since real estate almost always leases or sells in a free market, individual transactions rarely have identical prices and terms. However, a sampling of several recent market transactions often produces a recognizable pattern of market rent. When good and sufficient data are available, the comparisons provide a cogent basis for a market rent conclusion.

The initial step in performing this approach is finding and investigating comparable leases. These will provide a market context, and help to develop a pattern of market rent. Each lease is then compared individually to the subject. Positive or negative adjustments are applied to each comparable lease, to adjust for items which would enhance or detract from the subject's rent, relative to the comparables.

Finally, the adjusted rents from the comparables are used to show a pattern of market rent which can be applied to the subject apartments.

We have made a detailed investigation of the competitive market in which the subject apartments could be expected to rent. We focused on Yonkers and found several recent leases which we can use. We will concentrate on monthly rent, but we will also calculate and consider rent per SF of apartment space per month as a common denominator. (Rent per SF is widely-used as a norm in many rental markets). On the following pages is a selection of those comparable leases which were deemed most relevant for this study.

## RENT COMPARABLE 1

Property: Scrimshaw House, 23 Water Grant, Yonkers, New York (the complex was originally called Pierpoint on Hudson).



Description: This is a ten story condominium building containing 135 apartments. The structure was originally part of a factory, it was converted into apartments around 1987. The building is fully sprinklered and has two elevators. A distinctive attribute of the site is its situation on the Hudson River, many apartments have dramatic views and some can see the George Washington Bridge downriver in Manhattan. However, the site also abuts active railroad tracks and is in an isolated setting at the foot of Main Street near a blighted section of downtown Yonkers.

Amenities: The building is a short walk from the Yonkers train station, a big plus for Manhattan job commuters. There is a 24 hour doorman and a central intercom system, an exercise room and a laundry room in the building. Basement storage spaces are available to tenants. There is an outdoor parking lot with assigned spaces. Apartments have individual heat/air conditioner units mounted in exterior walls. Kitchens are equipped with ranges, refrigerators, dishwashers and microwave ovens.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners. The building is relatively stable, few apartments are offered for resale or for rent.

Subsidies and restrictions: None.

Rent: Apartment #6L was rented on January 17, 2001 for $1,200/month. The apartment is on the 6th floor and faces southeast, with some views of the Hudson. The apartment has 3 rooms, 1 bedroom and one bathroom in 605 SF of living space.

Other charges: Tenant pays utilities, which include electricity for heat and air conditioning. There are no extra charges for parking.

Verified: Mrs. Ramsey, owner, and Rosemyer Lathan, landlord's agent (914) 476-8951.

RENT COMPARABLE 2

Property: Fleetwood Glen, 777 MacQuesten Parkway, Mount Vernon, New York.



Description: This is a 7 story condominium building containing 135 apartments, built in 1986. The building is fully sprinklered and has two elevators. The building is a short walk from the Fleetwood train station in north Mt. Vernon, quite close to the Yonkers city line.

Amenities: There is a central intercom system, an exercise room with sauna and indoor pool in the building. Each apartment has one assigned parking space in a basement garage. There are laundry washers and dryers in each apartment, kitchens are equipped with refrigerators, ranges, dishwashers and microwave ovens.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners. The building is relatively stable, few apartments are offered for resale or for rent.

Subsidies and restrictions: None.

Rent: Apartment 410 was rented on October 30, 2000 for $1,100/month. The apartment is on the 4th floor. The apartment has 3 rooms, 1 bedroom and one bath in 850 SF of living space.

Other charges: Tenant pays electric. Heat, hot water and air conditioning are included in the rent, as is parking.

Verified: Debra Palazzo, landlord's agent (914) 793-8900.

RENT COMPARABLE 3

Property: River Edge Apartments, 35 Maple Avenue, Hastings-on-Hudson, N.Y.



Description: This is a 2 story wood frame and brick garden apartment complex containing 114 apartments, built in 1960. 98 of the apartments have outdoor terraces and 90 of these have views of the Hudson River. The site is on the west edge of Hastings, just north of the Yonkers city line. This is competitive with the Yonkers apartment market. The site is a short walk to the Hastings train station and to stores in the village business district. We have included this as a comparable in part because a high proportion of residents are senior citizens. This is a deliberate management policy, but River Edge is not an officially-designated senior complex and apartments are not equipped for handicapped tenants or outfitted with special equipment or alarms. Physically, this is a conventional garden apartment complex.

Amenities: There is an equipped exercise room and basement laundry rooms. Each apartment has one assigned parking space. Garage spaces are available for an added charge. This has always been an owner-managed complex; management, landscaping and maintenance are above average quality for this market.

Occupancy: 100%. There is usually a waiting list of prospective tenants waiting for the next available apartment.

Subsidies and restrictions: The complex receives no subsidies but is governed by ETPA rent stabilization.

Rents: We visited this apartment complex in December 1999 and were told that asking rents were $1,150 to $1,200/month for a one bedroom apartment containing 1,000 SF. When available, two bedroom units (1,200 SF) went for $1,300 to $1,400/month. The price differential depends on location within the complex and whether or not there is an outdoor terrace or a river view. We revisited the complex in April 2001 and the owner reported that he has had a number of stabilized rent tenants leave, and he has enjoyed very strong demand and higher rents over the past year. Current rents range from $1,150 to $1,600/mo. for one bedroom units and $1,600 to $2,000 for two bedrooms.

Other charges: Tenants pay electric. Heat, hot water and cooking gas are included in the rent.

Verified: Mr. Picone, landlord and managing agent, on site.

RENT COMPARABLE 4

Property: Riverhill Tower, 1105 Warburton Avenue, Yonkers, N.Y.



Description: This is a 12 story luxury apartment building containing 263 apartments, built in 1974. Every one of the apartments has an outdoor terrace with views of the Hudson River.

Amenities: There is an extensively-equipped health club, an indoor-outdoor swimming pool, a laundry room plus a laundry and dry cleaner on the premises, a multi-level indoor garage and a concierge. The first floor has a very large lobby with an attractively furnished lounge. Apartments are equipped with dishwashers and air-conditioning units in wall sleeves. The building has three elevators.

Occupancy: As of March 2001 there were 15 vacant apartments, 5 of which were leased and being prepared for new tenants. As appraisers we would consider this to be 'stabilized full occupancy' since these are unregulated expensive apartments, and some tenant turnover is necessary to maximize rents in a strong market. The owners control an abutting site to the south and recently obtained approvals to build another luxury apartment tower. This provides a good indication that Riverhill Tower is at or near full occupancy, and profitable.

Subsidies and restrictions: None.

Rents: Here is a summary of average current rents actually being paid in this complex as of March 1, 2001. This information was supplied to us by the management office:

| | |
|---|---|
| Studio apt., 486 SF model - | $1,200.54/month |
| Studio apt., 577 SF model - | $1,354.50/month |
| One bedroom, 700 SF model - | $1,595.29/month |
| One bedroom, 800 SF model - | $1,697.92/month |
| One bedroom, 900 SF model - | $1,700.27/month |
| Two bedroom, 1,040 SF model A - | $2,119.67/month |
| Two bedroom, 1,040 SF model B - | $2,321.33/month |

Other charges: Tenants pay electric. Heat and hot water are included in the rent, as is parking.

Verified: Building management office, on site.

RENT COMPARABLE 5

Property: Riveredge, 1-3 David Lane, Yonkers, New York



Description: This is an eight story elevator building. The structure was built as rental apartments in 1971 and converted to condominium ownership in 1982. The building is fully sprinklered and has two elevators. Many apartments have dramatic views of the Hudson River. The site is at the northwest corner of Yonkers, practically abutting the Hastings-on-Hudson village line. Street access is shared with an exclusive townhouse complex in Hastings; this is a relatively private and prestigious setting.

Amenities: There is a health club, a sauna and an indoor-outdoor swimming pool, a laundry room and assigned covered parking spaces. Kitchens are equipped with refrigerators, stoves and dishwashers and there are sleeves for air-conditioning units. There is open-air but covered parking under the building.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners. The building is relatively stable, few apartments are offered for resale or for rent.

Subsidies and restrictions: None.

Rent: Apartment #2H was rented in June 2000 for $1,200/month. The apartment has 4.5 rooms, 1 bedroom and one bathroom in 786 SF of living space. This unit has expansive Hudson

River views, a 30 foot long outdoor terrace and a newly-remodeled kitchen and bathroom.

Apartment #2L was rented in June 2000 for $850/month. The apartment has 3 rooms, 1 bedroom and one bathroom in 550 SF of living space. This excludes a parking space.

Other charges: Tenant pays utilities, which include electricity for heat and air conditioning. There are no extra charges for parking.

Verified: Kathy Kee, Holmes & Kennedy Real Estate.

RENT COMPARABLE 6

Property: Oak Hill Condominium, 128 Colonial Parkway, Yonkers, New York



Description: This is a four level elevator complex of masonry construction, with textured block and stucco exteriors. It was built as rental apartments in 1972 and converted to condominium ownership in 1979. The location is a neighborhood of mostly one family homes, some relatively new.

Amenities: There is an exercise room, indoor and outdoor swimming pools, a laundry room and storage space in the basement, and one assigned parking space per apartment. Kitchens are equipped with refrigerators, stoves and dishwashers. Units have individual electric heaters and air conditioners built into exterior walls so each apartment has its own temperature controls. Each unit has a small private outdoor terrace.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners.

Subsidies and restrictions: None.

Rent: Apartment #4M was rented in August 2000 for $1,200/month. The apartment has 3.5 rooms, 1 bedroom and one bathroom in 800 SF of living space.

Apartment #1M was rented in June 2000 for $1,100/month. The apartment has 3.5 rooms, 1

bedroom and one bathroom in 800 SF of living space.

Apartment #2L was rented in June 2000 for $850/month. The apartment has 3 rooms, 1 bedroom and one bathroom in 550 SF of living space. This excludes a parking space.

Other charges: Tenant pays all utilities, which include electricity for heat, hot water and air conditioning. There are no extra charges for parking.

Verified: Veronica, Tri-Crest Real Estate (914-793-8900).

RENT COMPARABLE 7

Property: River Hill Apartments, 1116 and 1120 Warburton Avenue, Yonkers, N.Y.



Description: This is two addresses but one long building, a four story luxury apartment complex containing 72 apartments. It was built in 1970 and converted to condominium ownership in the 1980's. Every one of the apartments has an outdoor terrace with views of the Hudson River. This complex is situated directly across Warburton Avenue from Riverhill Tower, which is our Rent Comparable 4.

Amenities: There is a gym with a sauna and jacuzzi bath, a laundry room and one assigned outdoor parking space per unit. Residents of this complex also have an arrangement which enables them to use the indoor-outdoor swimming pool in Riverhill Tower across the street. Apartments are equipped with refrigerators, stove and dishwashers and many also have microwaves. There are wall sleeves for air-conditioners. The complex is on a cliff 30 feet above Warburton Avenue; it has two elevators.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners. The building is relatively stable, few apartments are offered for resale or for rent.

Subsidies and restrictions: None.

Rents: Unit #3G in 1116 Warburton rented in April 2000 for $1,000/month. This is a three

Rents: Unit #3G in 1116 Warburton rented in April 2000 for $1,000/month. This is a three room unit with 1 bedroom and one bathroom, containing 737 SF.

Unit #2G in 1116 Warburton rented in December 2000 for $1,050/month. This is a three room unit with 1 bedroom and one bathroom, containing 737 SF.

Unit #4H in 1116 Warburton rented in January 2000 for $1,150/month. This is a three room unit with 1 bedroom and one bathroom, containing 737 SF. This unit was also offered for sale, it has a wood-burning stove in the living room.

Unit #4M in 1116 Warburton rented in January 2000 for $1,150/month. This is a three room unit with 1 bedroom and one bathroom, containing 737 SF. This unit was newly recarpeted before it was offered for rent.

Unit #4B in 1120 Warburton rented in July 1999 for $1,150/month. This is a three room unit with 1 bedroom and one bathroom, containing 737 SF.

Other charges: Tenants pay electric. Heat and hot water are included in the rent, as is parking.

Verified: Building management office, on site.

RENT COMPARABLE 8

Property: The Greystone, 1085 Warburton Avenue, Yonkers, N.Y.



Description: This is an 8 story brick apartment building built in 1972 and converted to cooperative ownership in 1979. Many of the apartments have outdoor terraces with views of the Hudson River. It is on the west side of the street, just north of Odell Avenue in northwest Yonkers.

Amenities: There is a doorman, an exercise room with a sauna, an outdoor swimming pool, a laundry room and covered parking on a lower level, with one space assigned to each apartment. A distinctive feature of the building is that it has a private elevator which leads down directly to the commuter train station. Apartments are equipped with refrigerators, ranges and dishwashers. There are wall sleeves for air-conditioning units.

Occupancy: 100%. Most units are owner-occupied, a few are rented by individual owners. The building is relatively stable, few apartments are offered for rent, typically through a broker/agent who lives in Apartment 611.

Subsidies and restrictions: None on owner rentals. Rent stabilization applied to this building but the building was removed from the program when it was converted to a cooperative.

Rents: Here are recent rents given to us:

| | |
|---|---|
| Studio apt., ±500 SF with Hudson River view - | $850/month |
| Large one bedroom with dining area and den, one bath, 975 SF apt. faces the street with no terrace and no river view - | $1,250/month |

Other charges: Tenant pays electric. Heat, hot water and cooking gas are included in the rent.

Verified: Resident leasing agent.

RENT COMPARABLE 9

Property: Hudson Courts, 679 and 709 Warburton Avenue, Yonkers, N.Y.



Description: This complex is twin 8 story cooperative apartment buildings built in 1960. The site is on the west side of Warburton and the south side of Arthur Street. Many of the apartments have outdoor terraces with views of the Hudson River, although these same apartments also have unusually heavy exposure to noise and vibration from Metro North trains which pass on adjacent train tracks.

Amenities: Each building has two elevators, a basement garage plus outdoor parking (assigned spaces), a basement laundry room and an outdoor swimming pool. There is a resident superintendent. Apartments are equipped with refrigerators, stoves and dishwashers and there are air-conditioning sleeves in the walls.

Occupancy: Essentially 100%. Most units are owner-occupied, a few are rented. There are a few remaining units still owned by the Sponsor. The Sponsor continues to rent units at the front of the building, facing Warburton Avenue, but he does not rent riverview apartments when they become vacant. He leaves riverview units vacant so that they can be sold.

Subsidies and restrictions: None. This was originally a rent stabilized building but stabilization no longer applies because of the cooperative conversion.

Rents: Apartment #6G in 709 Warburton was rented in January 2001 for $975/month. This is

a 4 room apartment with one bedroom and one bathroom in 725 SF of space. This unit faces the river. The lease was arranged by Fortunato Real Estate (914-965-2110).

The resident superintendent told us that another similar unit facing the street was recently leased for $925/month and a 357 SF studio apartment facing the street was leased in 679 Warburton for $725/month. The complex also has two bedroom apartments. The superintendent was not aware of any two bedroom units that had been rented recently but believed they would rent for approximately $1,250/month.

Other charges: Tenants pay electric. Heat, hot water and cooking gas are included in the rent, as is one assigned parking space.

Verified: Fortunato Real Estate and resident superintendent.

RENT COMPARABLE 10

Property: 1165 Nepperhan Avenue, Yonkers, N.Y.



Description: This is a two family house on a busy street near neighborhood shopping centers. The site is a 60 X 110 foot lot, the house is a two story wood frame and brick building built in 1960. The owner lives on the first floor and rents out the upstairs apartment.

Amenities: The tenant gets space to park one car in the driveway and nominally can share the owner's private back yard which has an in-ground swimming pool. The apartment is carpeted and is equipped with a cooking range and refrigerator.

Occupancy: 100%.

Subsidies and restrictions: None.

Rents: The second floor apartment was rented in November 2000 for $950/month. The apartment has an eat-in kitchen, a large living room and a bedroom and a modernized bathroom in 950 SF of living space.

Other charges: Tenant pays electric and cooking gas. Heat and hot water are included in the rent.

Verified: Jean Endres, Endres Real Estate, leasing agent (914-723-4443).

RENT COMPARABLE 11

Property: 87 Briggs Avenue, Yonkers, N.Y.



Description: This is an old two family house, a two story wood frame structure built around 1900. Briggs Street is lined with similar one and two family homes, mostly owner occupied and ranging from 50 to 100 years old. The owner of this house lives upstairs and rents out the smaller first floor apartment.

Amenities: There are two separate front entrances, the tenant shares the back yard and parking space in the driveway. The apartment is carpeted and has a cooking range and refrigerator.

Occupancy: 100%.

Subsidies and restrictions: None.

Rents: The first floor apartment was rented in November 2000 for $900/month. The apartment has an eat-in kitchen, a living room, bedroom and bathroom plus a heated front porch, total ±900 SF of living space.

Other charges: Tenant pays electric and cooking gas. Heat and hot water are included in the rent.

Verified: Jill Costa, Romano Real Estate, leasing agent (914-476-3999).

The Rent Comparisons Explained

We have compared the subject apartments with similar and competitive apartments recently rented in and around Yonkers. In all cases, our comparisons are made using rent per month. Monthly rent is most important to tenants, and to most landlords. We also calculated rent per SF of living space per month, for further analysis. This will be discussed later.

Here are some of the similarities and differences we considered and adjusted for to bring the comparables into parity with the subject apartments.

*Initial adjustments* - We considered time trends and unusual motivation by landlord or tenant. None of the rents need time trend adjustments since all are current enough to reflect current market conditions. All leases are arms length transactions which represent what tenants are willing to pay and landlords willing to accept. No adjustments are necessary for unusual motivation. The apartment market has been a landlord's market for the past several years. Concessions such as free rent or gifts are unheard of in this market, and again no adjustments are needed.

*Rent restrictions* - The subject property is not governed by rent stabilization laws applicable in Westchester County. We have been asked to rely on apartment rents which are not subject to rent stabilization under the Rent Stabilization Law of 1969 and The Emergency Tenant Protection Act of 1974. This means apartments which:

1. are in buildings containing less than six units, or;

2. are in buildings completed or substantially rehabilitated as family units on or after January 1, 1974.

Rent stabilization would also not apply if an apartment is not the tenant's primary residence, or if specific luxury apartment standards are met (a monthly rent of $2,000 or more and tenants have adjusted gross income totalling $250,000 or more for the preceding two calendar years).

ETPA is widespread in the Westchester rental market and it is not easy to find apartment buildings with unregulated rents. Only one of our comparables has rent stabilized apartments; that is Comparable 3, which has always been a rental. Comparables 8 and 9 were both rental buildings which were exempted from stabilization when they were converted to cooperatives.

*Building/stories* - Westchester County is a suburb of New York City, there is a mix of low-rise and mid-rise housing. There is no clear preference pattern in the market; apartments in tall buildings do not necessarily rent for different amounts than similar garden apartments. We have one garden apartment complex and three apartments in private homes which lack elevators, in all cases the buildings have only two floors. There is no justification for adjustments relative to the subject and other comparables, which have elevators. The facts about the comparables are set forth only to make a more complete presentation.

*Year built* - Newer buildings are generally preferable to older buildings and we make adjustments for this. The subject building's style and construction visibly date it from around 1960 but it was substantially renovated in 1978.

*Bedrooms and baths* - We deliberately selected comparables with the same number of bedrooms and baths as certain unit types in the subject building.

*Size* - Large apartments tend to rent for more than smaller apartments. We obtained information concerning the size of apartments in each unit type, for the subject and each of the comparables. We took special note of Comparables 4 and 4A, Riverhill Tower. This has different size layouts for one bedroom apartments which we can use to illustrate a price pattern. Small one bedroom units contain 700 SF, larger units contain 850 SF. The rent differential averages $105/month. Here is a calculation of the size differential and its apparent effect on rent:

| | | |
|---|---|---|
| Small one bedroom | 700 SF | $1,595 avg. rent |
| Large one bedroom | 850 SF | $1,700 avg. rent |
| Difference | 150 SF | $ 105/month |

$105 / 150 SF = $0.70/SF per month per SF difference

We do not believe this is a definitive difference, nor should size adjustments be only arithmetic calculations, since few tenants actually calculate the size of an apartment when renting. The appearance of size is usually more important than the measured size. Still, our comparisons deal mostly with modern buildings, so there is some consistency among floor layouts. Multi-family housing in this market is designed with layouts that are efficient to build and efficient to use, and that is the basis of the market's consistency. For one bedroom rent comparisons we will apply $0.70/SF per month as an adjustment for size differences.

We make our comparisons using 765 SF one bedroom subject apartments as a benchmark. This is near the middle of the size range for the subject building. Here are examples of how this adjustment is applied:

| | | |
|---|---|---|
| Rent Comp 1, one bedroom apts. | 605 SF | |
| Subject, one bedroom apt. | 765 SF | |
| Size difference | 160 SF | |
| 160 SF difference @ $0.70/SF/month | = | $112/month |
| rounded adjustment | | $110. |
| Rent Comp 2, one bedroom apts. | 850 SF | |
| Subject, one bedroom apt. | 765 SF | |
| Size difference | 85 SF | |
| 85 SF difference @ $0.70/SF/month | = | $59.50/month |
| rounded adjustment | | $60. |

Note that Rent Comparables 10, 11 and 12 are all private two family houses. These have much less efficient layouts than the subject and the other comparables; they lose usable space to stairwells, overhangs, dormers, etc. Moreover, we obtained square footage from real estate brokers involved with these rentals and we believe that their size information may not be accurate. We visited these three comparables and they do not look nearly as large as their supposed SF, so we have made only token adjustments for their size differences.

We made separate comparisons and size adjustment calculations for the subject's studio apartments. In these comparisons we used 580 SF as the size of a subject studio apartment, this is near the middle of the size range in the subject building. Size differences are more critical with a small apartment because there is a basic minimum size needed for a private kitchen and bathroom, and space to meet building codes. Again, Rent Comparable 4 has two sizes of studio apartment which also give us some guidance about rent differentials.

| | | |
|---|---|---|
| Small studio, Riverhill Tower | 486 SF | $1,200 avg. rent |
| Large studio, Riverhill Tower | 577 SF | $1,355 avg. rent |
| Difference | 91 SF | $ 155/month |

$155 / 91 SF = $1.70/SF per month per SF difference

The adjustment is much greater than for one bedroom units, we attribute that to the smaller size of studio apartments, which makes extra space more critical. Further, there is generally a shortage of housing in this market so any apartment can command a certain minimum rent. A small apartment will tend to rent for a higher per SF amount. In making rent comparisons for studio apartments, we will apply $1.70/SF per month as an adjustment for size differences.

Here are examples of how this adjustment is applied:

| | |
|---|---|
| Rent Comp 5, studio apts. | 550 SF |
| Subject studio apt. | 580 SF |
| Size difference | 30 SF |

| | | |
|---|---|---|
| 30 SF difference @ $1.70/SF/month | = | $51.00/month |
| rounded adjustment | | $50. |

| | |
|---|---|
| Rent Comp 8, studio apts. | 500 SF |
| Subject studio apt. | 580 SF |
| Size difference | 80 SF |

| | | |
|---|---|---|
| 80 SF difference @ $1.70/SF/month | = | $136.00/month |
| rounded adjustment | | $135. |

*Balcony/Patio* - Many modern apartment buildings have outdoor balconies. These do not count as measured floor space, but they are usable, private and desirable living space in summer months. The prototype apartments we selected in the subject building lack outdoor balconies, making the subject apartments less appealing than comparables which do have them.

*Air conditioning* - Over the past 25± years this has evolved from a luxury to an expected standard. Some tenants in the subject building buy and install unit air conditioners, there is adequate building wiring. Some other buildings are similar, but a few of our comparables have central air conditioning. This is more comfortable and quieter than units. The three apartments in two family houses have no air conditioning at all. We make appropriate adjustments.

*Appliances* - Cooking ranges and refrigerators are standard in apartments in this market so no adjustments are needed for them. Dishwashers have become relatively common, and some