apartments have microwave ovens as well. The subject apartments do not have dishwashers or microwave ovens - unless supplied by the tenant - and we make minus adjustments for comparables that do have these appliances.

*Ownership* - The subject is a rental building. Many of our comparables are in condominiums or cooperatives because these are most similar to the subject in market appeal and non-regulated rents. Many of the condos and coops are run like rental buildings because they employ professional outside managers, but condominiums tend to have better management. This is because owners are more demanding than rental tenants, and condominium owners tend to take an active role in maintaining a good living environment. We have two cooperatives, both of which still have Sponsor-held units so there is not the same dominance of owner-occupants; these are similar to a well-managed rental building. Three of our rent comparables are in privately-owned two family houses. We deem these less desirable because they are not professionally managed.

*Parking* - The subject building has a limited number of parking spaces, for which tenants must pay an additional charge of $25/month. Most of the rent comparables include a parking space at no extra charge, so we make adjustments to compensate for the subject's extra charge. The adjustments are greater with Comparables 4 and 8, which include a more desirable garage space and covered parking, respectively.

*Security* - The subject building is kept locked and there is a security guard who prevents unauthorized people from entering the building. He also makes rounds of the entire building at set intervals to make sure that all outside doors are locked. However, the security guard is not equipped to provide concierge services or even hold a package delivered to a tenant. The security guard is beneficial because of his presence, but he does not enhance rents in the way that a doorman or concierge would.

*Pool and Recreation Area* - Some of the apartment buildings in this market have recreational facilities that tenants can use. This can be a swimming pool or an exercise room. In some cases, it is an elaborate health club with an indoor pool, sauna, showers and a full complement of exercise machines. Whether or not the facilities are used, tenants tend to rent faster and pay more when such facilities are available in the building. The subject building does not have any recreation facilities of this type, putting it at a relative disadvantage.

*Business Center* - Neither the subject nor any of the comparables have business centers. These are on-site offices where tenants can use desks, computers, copy machines, fax machines and possibly a conference room for business purposes. There are perhaps three or four apartment complexes in this region which have business centers but they are so unusual that tenants do not expect them. They have no impact on market rent at this time.

*Services* - Waterview Apartments do not provide any special services for its tenants, which is typical of the market. No adjustments are made in this category.

*Utilities* - Rents vary depending on whether the landlord or tenant pays for certain services, such as heat, hot water, cooking gas, etc. We have used the subject as a benchmark and adjusted all of the comparables accordingly. Tenants in some of the units pay only for cooking gas, we checked with Con Edison (the local gas utility) and found that the minimum charge for this is

$15/month. The extra cost for tenant-paid hot water would not be proportionately greater because $15 is the minimum, so a tenant paying for cooking gas and hot water might typically pay around $30/month.

Here are a few comments which relate the subject apartments specifically to the rent comparables.

Comparable 1 is an isolated waterfront redevelopment project on the edge of downtown Yonkers. The setting is dramatic, overlooking the Hudson River, but the still-industrial character offsets any advantage this location might have over the subject site. The building was converted into luxury condominium apartments in 1987, it looks newer and more appealing than the subject building. There are a lot of young tenants in this building, it has a nice health club and above-average common areas for socializing.

Comparable 2 is a condominium building in Mount Vernon, just across from the Yonkers city line. This is in the same market area as the subject and the other comparables. This building is newer than the subject but similar in quality and appeal. Among its advantages are laundry machines inside each apartment, an indoor garage and a small exercise room. This building is almost entirely owner occupied, we happen to have information on one lease which was made by an owner.

Comparable 3 is a garden apartment complex in Hastings-on-Hudson, a competitive location for Yonkers apartments, but superior. Some Yonkers residents have moved to Hastings for the schools, or to avoid Yonkers' income tax (administratively a surcharge on N.Y. state taxes). Most of the apartment complexes in Hastings were converted to cooperatives, this is one of a few remaining rental buildings in the village and it is one of the most desirable. Many of the tenants are senior citizens who have always lived in Hastings - or Yonkers - and don't want to leave. The complex is governed by rent stabilization laws but apartment rents increase to market when vacancies occur. Lately, rents have been escalating steeply because demand is strong but no new rental units have been built in years. The complex manager gave us a wide range of rents. The low end of the range ($1,150/mo.) is rent stabilized units, the high end ($1,600/mo.) is the next asking price for the next vacancy. We have used a rent of $1,500/mo. for a one bedroom, slightly below the next asking rent.

Comparable 4 is a luxury rental tower in north Yonkers. This has different sized apartments in the same building, so we use this as Comparable 4 for the smaller units and Comparable 4A for the larger units. This is arguably the premier rental building in Yonkers, it offers amenities that are more typically found in Manhattan. The building has a fairly regular turnover of tenants such as young professional singles and couples, and visiting executives. Rents typically set or push the limits of the market.

Comparables 5 and 6 are both former rentals, now condominiums. Both are in north Yonkers, Comparable 5 is quite close to Hastings-on-Hudson. Both of these buildings are a few years older than the subject but both have better appeal and slightly more attractive locations.

Comparable 7 is directly across the street from Riverhill Tower, Comparable 4. This is a modern 4 story condominium complex with outside entrances for each unit and walkways across the front of the building. This is almost entirely owner occupied and many of the units have

been customized. Occasional rentals take place, and the landlords are individual unit owners. This complex has a small health club.

Comparable 8 is a luxury rental building converted to cooperative ownership. It is in northwest Yonkers, only a short distance south of Comparables 4 and 7. This is very competitive with the subject except that very few units are rented.

Comparable 9 is south of Comparable 8 on Warburton Avenue. Unlike Comparable 8, this building still has a number of apartments owned by the Sponsor, and it is not the same sort of luxury building.

Comparables 10, 11 and 12 are all apartments in two family houses in Yonkers. These are all in a lower price range because the houses are not as substantial as apartment buildings and the quality of the space, amenities and management is inferior. Some tenants admittedly prefer this sort of apartment, but our observation of the market indicates that private houses do not have the same rent potential as apartment buildings.

*Reconciliation* - The comparables give us a broad cross section of market rents and the adjustments on the grids bring these rents into a more narrow pattern, making it easier for us to conclude a subject rent. Before we reach such a conclusion, it is appropriate to review the relevance of some of the comparables so we can decide if some merit more emphasis than others.

Comparables 4 and 4A, the rents in Riverhill Tower, stand out because they are higher than any of the others. This is almost surely the premier apartment complex in this part of Westchester County and it offers a level of service and appeal which is well above the norm. Riverhill has a spacious and ornate lobby and lounge which is conducive to socializing, it has an indoor garage, an on-premises laundry and dry cleaner, a health club which rivals many of the commercial clubs in the region, and a true concierge. This package of services is geared to a busy executive who works long hours in Manhattan. A resident can exercise or have laundry and dry cleaning taken care of without making a special trip, the concierge can receive deliveries, open the apartment for repairmen and arrange theater or restaurant reservations. This makes Riverhill Tower competitive with apartments in Manhattan, where the rent scale is far higher than in Westchester. Riverhill Tower demonstrates that a special product can justify a premium rent in this market; Yonkers is so central within an affluent region that it can transcend its immediately local market. Our subject property does not appeal to the same type of affluent tenant, but it does offer a type of apartment which is not widely available, and Riverhill Tower indicates that special rents can be achieved for a special product. We have included Riverhill Tower as a comparable because it illustrates this principle, but we place less emphasis on it as an indicator of the subject's market rent.

Comparable 3 competes in the same market as the subject because Hastings abuts Yonkers. Hastings is the more valuable location, and there is a smaller supply of rental apartments in Hastings itself, for those tenants who insist on being in Hastings village. That explains this complex's high rents and waiting list for apartments. Admittedly these are very large apartments, and a garden apartment layout has added appeal to a senior citizen who may have owned a private home for decades. Again, this comparable demonstrates the purchasing power in this market. Tenants can and will pay a premium for a desirable living situation which is not

widely available.

We are still inclined to emphasize the price pattern shared by the bulk of our comparables. The average rent shown by 10 comparables (exclusive of Rent Comparables 3, 4 and 4A) is $1,014/month for a one bedroom apartment. This average includes apartments in rental buildings, individually-rented condominiums and cooperatives, and three apartments in older two family homes in Yonkers. We note that the apartments in private homes show notably lower rents. We adjusted for the lesser appeal of such units, but perhaps more aggressive adjustments might have brought these comparables closer toward the mean. Rent Comparable 2 also shows a low rent, but this may be attributable to the circumstances of this specific lease. Rent Comparable 2 is a condominium unit rented by an individual owner; the rent might have favored a desirable tenant or been affected by the need for a short-term lease.

In the final analysis, we adopt a market rent which is slightly below the mean indicated by the comparables. It is our belief that the subject apartments offer some advantages for which tenants might well pay a premium, but we use a conservative rent to recognize that the subject's older neighborhood could make prospective tenants slightly more price conscious.

<u>The concluded market rent for a typical 765 SF one bedroom apartment in Waterview Apartments is $1,000/month.</u>

We made separate comparisons for a typical 580 SF studio apartment in the subject building, using recent studio rentals in some of the same comparable buildings. It important to recognize that the demand for rental apartments generally exceeds the supply in this market. The demand is particularly broad for small apartments because Westchester County has small households, many of whom are working singles or senior citizens. A small apartment can command a premium rent because of this scarcity. Based on these comparisons and considerations, <u>the concluded market rent for a typical 580 SF studio apartment in Waterview Apartments is $875/month.</u>

In reaching these rent conclusions, we considered the relationship of the subject apartments to rents paid for other non-regulated and non-subsidized apartments in the same market. We also considered the interrelationship of rents within the same building. In any multi-tenant building it is important to create enough of a price gap so that tenants do not all compete for the same unit type. For example, if one bedroom apartments were only $25/mo. more than studios, there would be a waiting list for the one bedrooms and studios would sit vacant. The gaps between our market rents are considered reasonable and appropriate.

<u>The Rent Comparison Grids</u>

The grids on the following pages illustrate adjustments which were made to bring each sale into parity with the subject. Each sale is compared to the subject, and the adjustments help to indicate what price the comparable might have sold for if it were more like the subject. With several different sales on the same grid, we get to see a market pattern. The grid explains the sale comparison process in a manner similar to a graph.

> When the subject property is superior to the comparable sale, a **plus** adjustment is applied to show that the subject would be worth more.

*Rent Comparability Grid*  *One Bedroom*  *HUD Contract No. NY 360010003*

| | SUBJECT | COMP #1 | | COMP #2 | | COMP #3 | | COMP #4 | | COMP #4A | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Name | Waterview | Scrimshaw House | | Fleetwood Glen | | River Edge Apts | | Riverhill | | Riverhill | |
| Street Address | 28 Lamartine | 23 Water Grant | | 777 MacQuesten | | 35 Maple Ave | | 1105 Warburton | | 1105 Warburton | |
| City | Yonkers | Yonkers | | Mt Vernon | | Hastings | | Yonkers | | Yonkers | |
| $ Last Rent | — | | $1,200 | | $1,100 | | $1,500 | | $1,595 | | $1,700 |
| Last Lease Date | 4/01 | 1/2001 | 0 | 10/2000 | 0 | 4/2001 | 0 | 3/2001 | 0 | 3/2001 | 0 |
| Restrictions | None | None | 0 | None | 0 | ETPA | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy for Type | 100% | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | — | $1,200 | | $1,100 | | $1,500 | | $1,595 | | $1,700 | |
| Rent/SF | — | $1.98 | | $1.29 | | $1.50 | | $2.28 | | $2.00 | |
| | | | | | | | | | | | |
| Bldg./Stories | E/6 | E/10 | 0 | E/7 | 0 | WU/2 | 0 | E/12 | 0 | E/12 | 0 |
| Yr. Blt./Renov. | '60/'78 | 1987 | -$20 | 1986 | -$20 | 1960 | 0 | 1974 | -$10 | 1974 | -$10 |
| Cond./Appeal | Good | Excel | -$75 | V Good | -$25 | Excel | -$50 | Excel | -$75 | Excel | -$75 |
| Neighborhood | Good | Good | 0 | Good | 0 | V Good | -$50 | Good | -$10 | Good | -$10 |
| Mi to Subj | — | 0.7 | | 2.2 | | 3.6 | | 2.2 | | 2.2 | |
| # Bedrooms | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Unit Size (SF) | 765 | 605 | +$110 | 850 | -$60 | 1000 | -$165 | 700 | +$45 | 850 | -$60 |
| Balcony/Patio | No | No | 0 | Yes | -$5 | Yes | -$5 | Yes | -$5 | Yes | -$5 |
| A/C Central/Wall | Units | Central | -$10 | Central | -$10 | Units | 0 | Units | 0 | Units | 0 |
| Range/Refrig | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/Y | -$10 | Y/Y | -$10 | Y/N | -$5 | Y/Y | -$10 | Y/Y | -$10 |
| Washer/Dryer | Bsm't | Bsm't | 0 | In apt | -$10 | Bsm't | 0 | Staffed | -$10 | Staffed | -$10 |
| Floor Cover | Wood | Carpet | -$5 | Carpet | -$5 | Carpet | -$5 | Carpet | -$5 | Carpet | -$5 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | | | |
| Ownership | Rental | Condo | -$50 | Condo | -$50 | Rental | 0 | Rental | 0 | Rental | 0 |
| Parking | $25/mo | Incl | -$25 | Garage | -$35 | Incl | -$25 | Garage | -$35 | Garage | -$35 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | Doorman | -$10 | No | +$5 | No | +$5 | Concierge | -$50 | Concierge | -$50 |
| Meeting Rms | Yes | Yes | 0 | No | 0 | No | 0 | Yes | 0 | Yes | 0 |
| Pool/Recreation | No | Gym | -$30 | Gym | -$15 | No | 0 | Gym | -$30 | Gym | -$30 |
| Bus Center | No | No | 0 | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc Coordin | No | No | 0 | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs | No | No | 0 | No | 0 | Yes | -$25 | No | 0 | No | 0 |
| | | | | | | | | | | | |
| Heat | LL | Tenant | +$25 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| # Adj B to D | | 1 | 9 | 1 | 11 | 1 | 8 | 1 | 10 | 0 | 11 |
| Sum Adj B to D | | +$110 | -$235 | +$5 | -$245 | +$5 | -$330 | +$45 | -$240 | 0 | -$300 |
| Sum Util Adj | | | +$55 | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | | | | | |
| Gross Adjust | | | -$70 | | -$240 | | -$325 | | -$195 | | -$300 |
| Adjust Rent | $1,000 ($1.31/SF) | | $1,130 | | $860 | | $1,175 | | $1,400 | | $1,400 |
| Adj % act Rent | | | 94% | | 78% | | 78% | | 88% | | 82% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

*Rent Comparability Grid* *One Bedroom* *HUD Contract No. NY 360010003*

| | SUBJECT | COMP #5 | | COMP #6 | | COMP #7 | | COMP #8 | |
|---|---|---|---|---|---|---|---|---|---|
| Project Name | Waterview | Riveredge Condo | | Oak Hill | | River Hill | | Greystone | |
| Street Address | 28 Lamartine | 1-3 David Lane | | 128 Colonial Pkwy | | 1116-20 Warburton | | 1085 Warburton | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | $1,200 | | $1,150 | | $1,150 | | $1,250 | |
| Last Lease Date | 4/01 | 6/2000 | 0 | 6/2000 | 0 | 6/2000 | 0 | 1/2000 | 0 |
| Restrictions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy for Type | 100% | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | $1,200 | | $1,150 | | $1,150 | | $1,250 | |
| Rent/SF | --- | $1.53 | | $1.44 | | $1.56 | | $1.28 | |
| | | | | | | | | | |
| Bldg./Stories | E/6 | E/8 | 0 | E/4 | 0 | E/4 | 0 | E/8 | 0 |
| Yr Blt./Renov | '60/'78 | 1971 | -$10 | 1972 | -$10 | 1970 | -$10 | 1970 | -$10 |
| Cond./Appeal | Good | Excel | -$50 | V Good | -$25 | V Good | -$25 | V Good | -$25 |
| Neighborhood | Good | Excel | -$25 | Good | -$10 | Good | -$10 | Good | 0 |
| Mi to Subj | --- | 2.5 | | 3.6 | | 2.2 | | 2.0 | |
| # Bedrooms | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Unit Size (SF) | 765 | 786 | -$15 | 800 | -$25 | 737 | +$20 | 975 | -$145 |
| Balcony/Patio | No | Yes | -$5 | Yes | -$5 | Yes | -$5 | No | 0 |
| A/C Central/Wall | Units | Units | 0 | Units | 0 | Units | 0 | Units | 0 |
| Range/Refrig | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/N | -$5 | Y/N | -$5 | Y/Y | -$10 | Y/N | -$5 |
| Washer/Dryer | Bsm't | Bsm't | 0 | Bsm't | 0 | Bsm't | 0 | Bsm't | 0 |
| Floor Cover | Wood | Carpet | -$5 | Carpet | -$5 | Carpet | -$5 | Carpet | -$5 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | |
| | Waterview | Riveredge Condo | | Oak Hill | | River Hill | | Greystone | |
| Ownership | Rental | Condo | -$50 | Condo | -$50 | Condo | -$50 | Coop | 0 |
| Parking | $25/mo | $25/mo | 0 | Incl | -$25 | Incl | -$25 | Covered | -$35 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | No | +$5 | No | +$5 | No | +$5 | Doorman | -$10 |
| Meeting Rms | Yes | No | 0 | No | 0 | No | 0 | No | 0 |
| Pool/Recreation | No | Gym | -$15 | Pool | -$5 | Gym | -$15 | Gym | -$15 |
| Bus Center | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc Coordin. | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs | No | No | 0 | No | 0 | No | 0 | No | 0 |
| | | | | | | | | | |
| Heat | LL | Tenant | +$25 | Tenant | +$25 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | Tenant | +$15 | Tenant | +$15 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | Tenant | +$15 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| # Adj R to D | | 1 | 9 | 1 | 10 | 2 | 9 | 0 | 8 |
| Sum Adj R to D | | +$5 | -$180 | +$5 | -$165 | +$25 | -$155 | 0 | -$250 |
| Sum Util Adj | | | +$55 | | +$55 | | +$15 | | 0 |
| | | | | | | | | | |
| Gross Adjust | | | -$120 | | -$105 | | -$115 | | -$250 |
| Adjust Rent | $1,000 ($1.31/SF) | | $1,080 | | $1,045 | | $1,035 | | $1,000 |
| Adj./Last Rent | | | 90% | | 91% | | 90% | | 80% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

*Rent Comparability Grid* *One Bedroom* *HUD Contract No. NY 360010003*

| | SUBJECT | COMP #9 | | COMP #10 | | COMP #11 | | COMP #12 | |
|---|---|---|---|---|---|---|---|---|---|
| Project Name | Waterview | Hudson Courts | | No name | | No name | | No name | |
| Street Address | 28 Lamartine | 679-709 W'Hudson | | 1165 Nepperhan | | 87 Briggs | | 280 Jessamine | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | | $975 | | $950 | | $900 | | $850 |
| Last Lease Date | 4/01 | 1/2001 | 0 | 11/2000 | 0 | 11/2000 | 0 | 12/2000 | 0 |
| Restrictions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy for Type | 100% | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | $975 | | $950 | | $900 | | $850 | |
| Rent/SF | --- | $1.34 | | $1.00 | | $1.00 | | $0.97 | |
| | | | | | | | | | |
| Bldg./Stories | E/6 | E/8 | 0 | W1I/2 | 0 | W1I/2 | 0 | W1I/2 | 0 |
| Yr. Blt./Renov | '60/'78 | 1960 | 0 | 1960 | 0 | 1900 | +$20 | 1954 | 0 |
| Cond./Appeal | Good | V Good | -$25 | V Good | 0 | V Good | 0 | V Good | 0 |
| Neighborhood | Good | Good | 0 | Busy | +$10 | Good | 0 | Good | 0 |
| Mi to Subj | --- | 1.0 | | 1.9 | | 1.5 | | 1.5 | |
| # Bedrooms | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Unit Size (SF) | 765 | 725 | +$30 | 950 | -$20 | 900 | -$20 | 880 | -$20 |
| Balcony/Patio | No | Yes | -$5 | No | 0 | No | 0 | No | 0 |
| A/C Central/Wall | Units | Units | 0 | No | +$10 | No | +$10 | No | +$10 |
| Range/Refrig | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/N | -$5 | N/N | 0 | N/N | 0 | N/N | 0 |
| Washer/Dryer | Bsm't | Bsm't | 0 | None | +$5 | None | +$5 | None | +$5 |
| Floor Cover | Wood | Carpet | -$5 | Carpet | -$5 | Carpet | -$5 | Wood | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | |
| Ownership | Rental | Coop | 0 | 2 Family | +$25 | 2 Family | +$25 | 2 Family | +$25 |
| Parking | $25/mo | Incl | -$25 | Incl | -$25 | Incl | -$25 | Incl | -$25 |
| Storage | Yes | Yes | 0 | Yes | 0 | No | +$5 | Yes | 0 |
| Security | Guard | No | +$5 | No | +$5 | No | +$5 | No | +$5 |
| Meeting Rms | Yes | No | 0 | No | 0 | No | 0 | No | 0 |
| Pool/Recreation | No | Pool | -$5 | Pool | -$5 | No | 0 | No | 0 |
| Bus Center | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc Coordin. | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Nonshelter Svcs | No | No | 0 | No | 0 | No | 0 | No | 0 |
| | | | | | | | | | |
| Heat | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | LL | 0 | LL | 0 | LL | 0 | Tenant | +$15 |
| Hot Water | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| # Adj B to D | | 2 | 6 | 5 | 4 | 6 | 3 | 4 | 2 |
| Sum Adj B to D | | +$35 | -$70 | +$55 | -$55 | +$70 | -$50 | +$45 | -$45 |
| Sum Util Adj | | | 0 | | 0 | | 0 | | +$15 |
| | | | | | | | | | |
| Gross Adjust | | | -$35 | | 0 | | +$20 | | +$15 |
| Adjust Rent | $1,000 ($1.31/SF) | | $940 | | $950 | | $920 | | $865 |
| Adj./Last Rent | | | 96% | | 100% | | 102% | | 102% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

*Rent Comparability Grid Studio Apts.*

*HUD Contract No. NY 360010003*

| | SUBJECT | COMP #4 | | COMP #4A | | COMP #5 | |
|---|---|---|---|---|---|---|---|
| Project Name | Waterview | Riverhill | | Riverhill | | Riveredge Condo | |
| Street Address | 28 Lamartine | 1105 Warburton | | 1105 Warburton | | 1-3 David Lane | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | — | | $1,200 | | $1,355 | | $850 |
| Last Lease Date | 4/01 | 3/2001 | 0 | 3/2001 | 0 | 6/2000 | 0 |
| Restrictions | None | None | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 |
| Occupancy for Type | 100% | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | — | $1,200 | | $1,355 | | $850 | |
| Rent/SF | — | $2.47 | | $2.35 | | $1.55 | |
| | | | | | | | |
| Bldg./Stories | E/6 | E/12 | 0 | E/12 | 0 | F/8 | 0 |
| Yr. Blt./Renov. | '60/'78 | 1974 | -$10 | 1974 | -$10 | 1971 | -$10 |
| Cond./Appeal | Good | Excel | -$75 | Excel | -$75 | Excel | -$50 |
| Neighborhood | Good | Good | -$10 | Good | -$10 | Good | -$25 |
| Mi. to Subj. | — | 2.2 | | 2.2 | | 2.5 | |
| # Bedrooms | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| Size (SF) | 580 | 486 | +$160 | 577 | 0 | 550 | +$50 |
| Balcony/Patio | No | Yes | -$5 | Yes | -$5 | Yes | -$5 |
| A/C/Central/Wall | Units | Units | 0 | Units | 0 | Units | 0 |
| Range/Refrig | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/Y | -$10 | Y/Y | -$10 | Y/N | -$5 |
| Washer/Dryer | Bsm't | Staffed | -$10 | Staffed | -$10 | Bsm't | 0 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | |
| Ownership | Rental | Rental | 0 | Rental | 0 | Condo | -$50 |
| Parking | $25/mo | Garage | -$35 | Garage | -$35 | $25/mo | 0 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | Concierge | -$50 | Concierge | -$50 | No | +$5 |
| Meeting Rms. | Yes | Yes | 0 | No | 0 | No | 0 |
| Pool/Recreation | No | Gym | -$30 | Gym | -$30 | Gym | -$15 |
| Bus. Center | No | No | 0 | No | 0 | No | 0 |
| Svc. Coordin. | No | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | No | No | 0 | No | 0 | Yes | -$25 |
| | | | | | | | |
| | | | | | | | |
| Heat | LL | LL | 0 | LL | 0 | Tenant | +$25 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | LL | 0 | LL | 0 | Tenant | +$15 |
| Hot Water | LL | LL | 0 | LL | 0 | Tenant | +$15 |
| Trash | City | City | 0 | City | 0 | City | 0 |
| Adjust Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj. B to D | | 1 | 9 | 0 | 9 | 2 | 8 |
| Sum Adj. B to D | | +$160 | -$235 | 0 | -$235 | +$55 | -$185 |
| Sum Util. Adj. | | | 0 | | 0 | | +$55 |
| | | | | | | | |
| Gross Adjust | | | -$75 | | -$235 | | -$75 |
| Adjust Rent | $875 ($1.51/SF) | | $1,125 | | $1,120 | | $775 |
| Adj./Last Rent | | | 94% | | 83% | | 91% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

*Rent Comparability Grid* *Studio Apts.* *HUD Contract No. NY 360010003*

| | SUBJECT | COMP #6 | | COMP #8 | | COMP #9 | |
|---|---|---|---|---|---|---|---|
| Project Name | Waterview | Oak Hill | | Greystone | | Hudson Courts | |
| Street Address | 28 Lamartine | 128 Colonial Pkwy | | 1085 Warburton | | 679-709 W'burton | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | | $850 | | $850 | | $725 |
| Last Lease Date | 4/01 | 6/2000 | 0 | 1/2000 | 0 | 1/2001 | 0 |
| Restrictions | None | None | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 |
| Occupancy for Type | 100% | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | $850 | | $850 | | $725 | |
| Rent/SF | --- | $1.55 | | $1.70 | | $2.03 | |
| | | | | | | | |
| Bldg./Stories | E/6 | E/4 | 0 | E/8 | 0 | E/8 | 0 |
| Yr Blt./Renov. | '60/'78 | 1972 | -$10 | 1920 | -$10 | 1960 | 0 |
| Cond./Appeal | Good | V Good | -$25 | V Good | -$25 | V Good | -$25 |
| Neighborhood | Good | Good | -$10 | Good | 0 | Good | 0 |
| Mi to Subj | --- | 3.6 | | 2.0 | | 1.0 | |
| # Bedrooms | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| Size (SF) | 580 | 550 | +$50 | 500 | +$135 | 357 | +$380 |
| Balcony/Patio | No | Yes | -$5 | No | 0 | Yes | -$5 |
| A/C/Central/Wall | Units | Units | 0 | Units | 0 | Units | 0 |
| Range/Refrig | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/N | -$5 | Y/N | -$5 | Y/N | -$5 |
| Washer/Dryer | Bsm't | Bsm't | 0 | Bsm't | 0 | Bsm't | 0 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | |
| | Waterview | Oak Hill | | Greystone | | Hudson Courts | |
| Ownership | Rental | Condo | -$50 | Coop | 0 | Coop | 0 |
| Parking | $25/mo | No | 0 | Covered | -$35 | Incl | -$25 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | No | +$5 | Doorman | -$10 | No | +$5 |
| Meeting Rms | Yes | Yes | 0 | Yes | 0 | No | 0 |
| Pool/Recreation | No | Pool | -$5 | Gym | -$15 | Pool | -$5 |
| Bus Center | No | No | 0 | No | 0 | No | 0 |
| Svc Coordin. | No | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs | No | No | 0 | No | 0 | No | 0 |
| | | | | | | | |
| Heat | LL | Tenant | +$25 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | LL | 0 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 |
| Adjust Recap | | Pos | Neg | Pos | Neg | Pos | Neg |
| # Adj B to D | | 2 | 7 | 1 | 6 | 2 | 5 |
| Sum Adj B to D | | +$55 | -$110 | +$135 | -$100 | +$385 | -$65 |
| Sum Util Adj | | | +$55 | | 0 | | 0 |
| | | | | | | | |
| Gross Adjust | | | 0 | | +$35 | | +$320 |
| Adjust Rent | $875 ($1.51/SF) | | $850 | | $885 | | $1,045 |
| Adj/Last Rent | | | 100% | | 104% | | 144% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

## REVIEW AND FINAL RENT CONCLUSIONS

The rent comparison grids are based primarily on rent per month, because monthly rents dominate the thinking of most tenants in this market. However, rent per SF per month is also useful as a measure of market rent, and some knowledgeable landlords keep track of their per SF rents. We definitely found that to be the case with Riverhill Tower, our Rent Comparable 4. We calculated rent per SF for each of the comparables and now review those unit values relative to the market rents indicated for the subject building. Here is a summary of the comparables for review:

Reconciliation of One Bedroom Apartment Rents

| Comp # | Unadjust. Rent/SF | Subject Adj.Rent | Subject Rent/SF |
|---|---|---|---|
| Comp 1 | $1.98 | $1,130 | $1.48 |
| Comp 2 | $1.29 | $860 | $1.12 |
| Comp 3 | $1.50 | $1,175 | $1.54 |
| Comp 4 | $2.28 | $1,400 | $1.83 |
| Comp 4A | $2.00 | $1,400 | $1.83 |
| Comp 5 | $1.53 | $1,080 | $1.41 |
| Comp 6 | $1.44 | $1,045 | $1.37 |
| Comp 7 | $1.56 | $1,035 | $1.35 |
| Comp 8 | $1.28 | $1,000 | $1.31 |
| Comp 9 | $1.34 | $940 | $1.23 |
| Comp 10 | $1.00 | $950 | $1.24 |
| Comp 11 | $1.00 | $920 | $1.20 |
| Comp 12 | $0.97 | $865 | $1.13 |
| Average | $1.47 | $1,062 | --- |
| Conclusion | | $1,000 | $1.31 |

The second column from the left shows the unadjusted rent per SF paid for each rent comparable. The third column from the left shows the monthly rent indicated for the subject's one bedroom apartments after adjustments were applied to each comparable. The far right column shows the adjusted subject rent per SF, based on a 765 SF one bedroom apartment.

The average rent for all the comparables is $1.47/SF per SF per month. Our concluded market rent of $1,000/mo. is equivalent to $1.31/SF for the subject, which is within the range of the comparable rents and therefore reasonable and appropriate.

Reconciliation of Studio Apartment Rents

| Comp # | Unadjust. Rent/SF | Subject Adj. Rent | Subject Rent/SF |
|---|---|---|---|
| Comp 4 | $2.47 | $1,125 | $1.94 |
| Comp 4A | $2.35 | $1,120 | $1.93 |
| Comp 5 | $1.55 | $775 | $1.34 |
| Comp 6 | $1.55 | $850 | $1.47 |
| Comp 8 | $1.70 | $885 | $1.53 |
| Comp 9 | $2.03 | $1,045 | $1.80 |
| Average | $1.94 | $967 | --- |
| Conclusion | | $875 | $1.51 |

The second column from the left shows the unadjusted rent per SF paid for each studio rent comparable. The third column from the left shows the monthly rent indicated for the subject's studio apartments after adjustments were applied to each comparable. The far right column shows the adjusted subject rent per SF, based on a typical 580 SF studio apartment.

The average rent for all the studio apartment comparables is $1.94/SF per SF per month. Our concluded market rent of $875/mo. is equivalent to a seemingly-conservative $1.51/SF. The per SF rent looks low because the subject apartments are large. Landlords and tenant rent negotiations usually focus on rent per month, not rent per SF. Note that in our studio apartment rents we found two complexes where studio apartments rented for over $1,200/mo. and three more which rented for $850. We found only one comparable (No. 9), an apartment in a cooperative building, which rented for less than $850. These comparables suggest that $850/month could be close to a minimum for a modern studio apartment, which makes our per SF rent look more reasonable and appropriate.

## CERTIFICATION OF THE APPRAISER

**Project:** Waterview Apartments **HUD Contract No.:** NY 360010003

By my signature below I certify that, to the best of my knowledge and belief:

The statements contained in this report are true, and that no important facts have been withheld or overlooked; subject to the limiting conditions set forth.

I have no personal interest or bias with respect to the subject property, its owners or managers or principals thereof. I am not an employee of those entities or principals and I have no business or close family interest that might commonly be perceived as creating bias or a conflict of interest.

Neither my employment nor my compensation for making this study and report are in any way contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study. There are no other side agreements or considerations.

My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.

I have personally inspected the interior and exterior of the appraised property and have also made a field inspection of the comparable sales relied upon in making this appraisal.

No one other than the undersigned prepared the analyses, conclusions and opinions concerning the real estate in question.

I am a certified general appraiser, licensed and in good standing with the State of New York, and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.

I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project.

Disclosure of the contents of this report is governed by the By-laws and regulations of The Appraisal Institute. Neither all nor any part of contents of this report (especially any conclusions as to value, or the identity of the appraisers), shall be disseminated to the public through advertising media, public relations media, news media, or any other public means of communication without prior written consent and approval of the authors.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

**Warning; If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not toe exceed $10,000 for each violation.**

4/16/01
Date

Kenneth L. Golub, MAI

New York State Certified Real Estate General Appraiser No. 46000004299
License expires November 18, 2001.

EXHIBITS

# WATERVIEW APARTMENTS

## WATERVIEW APARTMENTS A RENAISSANCE ON THE HUDSON

Overlooking the Hudson River and the majestic Palisades in a tree-lined suburban setting is Waterview, a totally renewed apartment residence. Developed by DHI Enterprises, Inc.,Westchester's leading residential developer, Waterview has been modernized and redecorated from top-to-bottom and offers features you would be hard pressed to find in many luxury apartment buildings.

The entrance lobby and hallways are fully carpeted and tastefully decorated. Kitchens are featuring new up-to-the-minute cabinets with formica counter tops, brand new appliances and easy-to-care-for resilient floors. There is a Community Room for social activities and a Game Room for a friendly game of pool or ping pong.

Apartments are unusually spacious, just the way they used to build them, with ample closets. Many apartments have terraces with glorious Hudson River views. All windows have new storms and screens for maximum year-round comfort.

In addition, Waterview has some of the most up-to-date fire safety features to be found anywhere, including smoke detectors in all apartments and corridors, a sprinkler system in all corridors and public areas plus a complete fire alarm system. There is also ample on-site parking in the newly paved, well illuminated parking area.

Waterview is an exciting new apartment development, modern and attractive. And because it is privately developed and built by DHI Enterprises, Inc., a company with extensive experience in apartment properties, you can be assured that Waterview will be maintained according to the same high standards established in DHI's other apartment residences.

## DHI ENTERPRISES: WESTCHESTER'S LEADING RESIDENTIAL DEVELOPER

Waterview is another creation of DHI Enterprises Inc., a firm founded in 1963. DHI, located in North Yonkers, has built thousands of homes and apartments in Westchester County, and remains dedicated to constructing well designed residences offering each tenant the maximum luxury and convenience at reasonable rentals. In addition to



# WATERVIEW

Waterview, DHI's other residential developments in this area include: the Esplanade and Monterrey Condominiums, Riveredge Apartments, Oak Hill Condominium, Parkledge Apartments, River Hill Condominium, Longview Cooperative, River Hill





Towers, and Walden Wood Forest Homes. DHI's extensive experience, proven track record and well-earned reputation in the field assure you that Waterview is backed by the integrity of an industry leading organization.




scale in feet

0 5 10 15

N

All dimensions are approximate

## WATERVIEW FEATURES

- Newly decorated and modernized building
- New G.E. refrigerators
- New gas range-ovens
- New kitchen cabinets with formica countertops and backsplashes






- New kitchen floor tile
- New stainless steel kitchen sinks
- Carpeted halls and lobby
- Magnificent river views
- Community Room
- Game Room
- Spacious apartments
- Ample on-site Parking
- Play area for children
- Storms and screens on all windows
- On-site security
- Apartments-to- lobby intercom
- Smoke detectors in all apartments
- Sprinkler system in all hallways
- Emergency lighting in halls and stairs

INTERIOR PHOTOGRAPHS - WATERVIEW APARTMENTS



The kitchen in a studio apartment,
seen from the dining alcove.



The living and sleeping areas of the same apartment.

INTERIOR PHOTOGRAPHS - WATERVIEW APARTMENTS



A one bedroom apartment, looking back toward the front door from the living room. The kitchen is on the right.



The kitchen of the same one bedroom apartment.

PARK PROPERTIES ASSOCIATES, LIMITED PARTNERSHIP
RENT ROLL-28 LAMARTINE TERRACE, YONKERS, NEW YORK
DECEMBER 2000

| TENANT NAME | APT | SIZE | CONTRACT RENT | HUD RENT | TENANT RENT | P'KING |
|---|---|---|---|---|---|---|
| RAMON MARTINEZ | 1C | 2 | 1053.00 | 643.00 | 410.00 | 25.00 |
| ANTIONETTE WATKINS | 2A | 2 T | 1053.00 | 647.00 | 406.00 | 25.00 |
| ALBERTHA HALL | 2B | 1 T | 959.00 | 821.00 | 138.00 | |
| CORA SMASH | 2C | STUDIO-T | 872.00 | 725.00 | 147.00 | 25.00 |
| COLLIN GREEN JR. | 2D | 1 | 959.00 | 825.00 | 134.00 | 25.00 |
| MARGARITA MARTINEZ | 2E | 2 T | 1053.00 | 896.00 | 157.00 | 25.00 |
| VIRGINIA PEREZ | 2F | 2 | 1053.00 | 976.00 | 77.00 | |
| BELEN SOTO | 2G | 1 | 959.00 | 815.00 | 144.00 | |
| LUZ PINEDA | 2H | 2 LG | 1053.00 | 821.00 | 232.00 | 25.00 |
| ZORAIDA MORALES | 2I | 1 JR | 959.00 | 519.00 | 440.00 | 25.00 |
| CYNTHIA CLARK | 2K | 1 | 959.00 | 569.00 | 390.00 | |
| JOYCE JONES | 2N | 2 | 1053.00 | 726.00 | 327.00 | |
| MARY SMITH | 3A | 2 T | 1053.00 | 657.00 | 396.00 | |
| JOSITA AMADO | 3B | 1 T | 959.00 | 482.00 | 477.00 | |
| MANUEL GARCIA | 3C | STUDIO-T | 872.00 | 558.00 | 314.00 | 50.00 |
| YVETTE KING | 3D | 1 HC | 959.00 | 821.00 | 138.00 | |
| MARIA LOPEZ | 3E | 2 T | 1053.00 | 866.00 | 187.00 | |
| JACQUELINE ROSADO | 3F | 2 | 1053.00 | 474.00 | 579.00 | 25.00 |
| ROSE GREEN | 3G | 1 | 959.00 | 825.00 | 134.00 | |
| WILLIAM DELOATCH | 3H | 2 LG | 1053.00 | 578.00 | 475.00 | |
| JACQUELINE MINOSO | 3I | 1 JR | 959.00 | 677.00 | 282.00 | |
| BEDZAIRA DELTORO | 3J | 2 | 1053.00 | 689.00 | 364.00 | 25.00 |
| KESHA RHODEN | 3K | 1 | 959.00 | 537.00 | 422.00 | 25.00 |
| WILLIAM WHITLEY | 3L | STUDIO | 872.00 | 729.00 | 143.00 | |
| NIDIA RODRIGUEZ | 3M | STUDIO | 872.00 | 660.00 | 212.00 | 25.00 |
| JANETTE URBAEZ | 3N | 2 | 1053.00 | 743.00 | 310.00 | 25.00 |
| JOANNE MONTALVO | 4A | 2 T | 1053.00 | 617.00 | 436.00 | 25.00 |
| CATHERINE NEVILLE | 4B | 1 T | 959.00 | 778.00 | 181.00 | |
| MARIA TROCHE | 4C | STUDIO-T | 872.00 | 781.00 | 91.00 | |
| DEBBIE SAYEGH | 4D | 1 HC | 959.00 | 815.00 | 144.00 | |
| CARDONA-DIAZ | 4E | 2 T | 1053.00 | 821.00 | 232.00 | 25.00 |
| RITA MANZUETA | 4F | 2 | 1053.00 | 936.00 | 117.00 | 25.00 |
| NANCY GILL | 4G | 1 | 959.00 | 817.00 | 142.00 | |
| MARIA REYES | 4H | 2 LG | 1053.00 | 694.00 | 359.00 | |
| JAIME CARDENAS | 4I | 1 JR | 959.00 | 293.00 | 666.00 | 25.00 |
| JEAN MYERS | 4J | 2 | 1053.00 | 661.00 | 392.00 | 25.00 |
| SANDRA JOHNSON | 4K | 1 | 959.00 | 821.00 | 138.00 | |
| KDAYA JOHNSON | 4L | STUDIO | 872.00 | 586.00 | 286.00 | |
| ALFRED OWENS | 4M | STUDIO | 872.00 | 691.00 | 181.00 | |
| NILDA CARDONA | 4N | 2 | 1053.00 | 910.00 | 143.00 | 50.00 |
| CASSANDRA LEARY | 5A | 2 T | 1053.00 | 521.00 | 532.00 | 25.00 |
| EVELYN HARRIS | 5B | 1 T | 959.00 | 650.00 | 309.00 | 25.00 |
| DENNIS JUNJULAS | 5C | STUDIO-T | 872.00 | 729.00 | 143.00 | 25.00 |
| ALAN KURTZ | 5D | 1 HC | 959.00 | 821.00 | 138.00 | 25.00 |
| LUIS VALENTIN | 5E | 2 T | 1053.00 | 356.00 | 697.00 | 25.00 |
| MAXINE FUENTES | 5F | 2 | 1053.00 | 770.00 | 283.00 | |
| MOHAMMED RAHMAN | 5G | 1 | 959.00 | 588.00 | 371.00 | 25.00 |

PARK PROPERTIES ASSOCIATES, LIMITED PARTNERSHIP
RENT ROLL-28 LAMARTINE TERRACE, YONKERS, NEW YORK
DECEMBER 2000

| TENANT NAME | APT | SIZE | CONTRACT RENT | HUD RENT | TENANT RENT | P'KING |
|---|---|---|---|---|---|---|
| BRENDA VALENTINE | 5H | 2 LG | 1053.00 | 544.00 | 509.00 | 25.00 |
| JESENIA FLORES | 5I | 1 | 959.00 | 690.00 | 269.00 | 25.00 |
| LUCY ELENA ROSARIO | 5J | 2 | 1053.00 | 758.00 | 295.00 | 50.00 |
| IRENE TODD | 5K | 1 | 959.00 | 815.00 | 144.00 | |
| TAMIA MCDANIEL | 5L | STUDIO | 872.00 | 379.00 | 493.00 | 25.00 |
| ONDINA CORDERO | 5M | STUDIO | 872.00 | 628.00 | 244.00 | |
| ELIZABET F GONZALEZ | 5N | 2 | 1053.00 | 691.00 | 362.00 | 25.00 |
| LEONIDAS LANZA | 6A | 2 T | 1053.00 | 714.00 | 339.00 | 50.00 |
| LYNETTE WRIGHT | 6B | 1 T | 959.00 | 737.00 | 222.00 | 25.00 |
| ROGER QUINTANILLA | 6C | STUDIO-T | 872.00 | 680.00 | 192.00 | |
| JAMES KING | 6D | 1 HC | 959.00 | 806.00 | 153.00 | |
| RACHEL RESTO | 6E | 2 T | 1053.00 | 773.00 | 280.00 | |
| EDDIE SUE MCLEAN | 6F | 2 | 1053.00 | 773.00 | 280.00 | 25.00 |
| MARGARITA CASTRO | 6G | 1 | 959.00 | 874.00 | 85.00 | 50.00 |
| LIGIA TOLENTINO | 6H | 2 LG | 1053.00 | 956.00 | 97.00 | 25.00 |
| RON PARKER/McCLAIN | 6I | 1 JR | 959.00 | 677.00 | 282.00 | |
| MARIA GUZMAN | 6J | 2 | 1053.00 | 726.00 | 327.00 | |
| CYNTHIA URBAEZ | 6K | 1 | 959.00 | 830.00 | 129.00 | |
| SANDRA KING | 6L | STUDIO | 872.00 | 257.00 | 615.00 | |
| KENEDIA ARINGTON | 6M | STUDIO | 872.00 | 628.00 | 244.00 | |
| MILAGROS CORDERO | 6N | 2 | 1053.00 | 747.00 | 306.00 | 25.00 |
| ZORAIDA GONZALEZ | 7A | 2 T | 1053.00 | 788.00 | 265.00 | 25.00 |
| GARRY ROSSANO | 7B | 1 T | 959.00 | 825.00 | 134.00 | 25.00 |
| MILLICENT FOWLER | 7C | STUDIO-T | 872.00 | 732.00 | 140.00 | |
| STUART EDSON | 7D | 1 | 959.00 | 746.00 | 213.00 | |
| CESAR BRITO | 7E | 2 T | 1053.00 | 723.00 | 330.00 | 50.00 |
| CONSTANCE SIMPSON | 7F | 2 | 1053.00 | 773.00 | 280.00 | 50.00 |
| EVA SKINNER | 7G | 1 | 959.00 | 788.00 | 171.00 | |
| LUS DELIA O'QUENDO | 7H | 2 LG | 1053.00 | 405.00 | 648.00 | 25.00 |
| GARNETT LEE | 7I | 1 JR | 959.00 | 497.00 | 462.00 | 25.00 |
| MARIANO PEREZ | 7J | 2 | 1053.00 | 668.00 | 385.00 | 50.00 |
| MARILYN PINEDA | 7K | 1 | 959.00 | 827.00 | 132.00 | |
| FELISIA DIXON | 7L | STUDIO | 872.00 | 534.00 | 338.00 | |
| YAHARA FELIZ | 7M | STUDIO | 872.00 | 649.00 | 223.00 | 25.00 |
| LILLIAN WALTON | 7N | 2 | 1053.00 | 305.00 | 748.00 | 25.00 |
| | | | 80630.00 | 56878.00 | 23752.00 | 1325.00 |


Hudson River
Hudson River
St Josephs Cemetery
Hudson River Country Club
Sprain Ridge Park
Sprain Lake Golf Course
Grassy Sprain Reservoir
Ridge Hill Rehab Center
Rent 8
Rent 9
Rent 10
Rent 12
Rent 6
Rent 11
Rent 1
Rent 2
Subject
Trevor Park
St Nicholas Field
Welty Park
St Johns Cemetery
Oakland Cemetery
Cook Field
Yonkers
Dunwoodie Golf Course
Sunny Brook Park
Tibbetts Brook Park
Tibbetts Brook
Yonkers Raceway
Hill View Reservoir
Hartley Park


Rent
3
Rent
4
Rent
5
Rent
7
Rent
8
Rent
8
Rent
9
HASTINGS-ON-HUDSON STA.
CHAUNCEY STA
St Andrews Golf Club
GREYSTONE STA
NEPERA PK STA
GRAY OAKS STA
NEPPERHAN STA
BRYN MAWR PK STA.
RIDGE HILL REHABILITATION CENTER
THOMPSON INST FOR PLANT RESEARCH
CONRAIL (Penn-Central) Hudson Div.) AMTRAK
ENWOOD STA
YORK
ERSEY
RESERVOIR

# ADDENDA

## SCOPE OF WORK

This Rent Comparability Study was completed in accordance with the requirements set forth in HUD's Notice H 00-12.

Kenneth L. Golub, a New York State certified general appraiser employed by American Property Counselors, personally conducted all of the research, data collection and analysis. The following actions were taken to complete this RCS.

In March 2001 Mr. Golub met with Jerome Ginsburg, a partner involved in the ownership and management of the building. Mr. Ginsburg provided an introduction to the property as well as various fact sheets, floor plans and a current rent roll.

Initially, a careful review was made of HUD's Notice H 00-12. Attachments were also reviewed to compose appropriate definitions and certifications for the Rent Comparability Study, and sample RCS formats were reviewed also.

On several dates in March and April 2001 Mr. Golub visited the property, toured the neighborhood and made inspections of the grounds and the building's exterior and interior. The resident superintendent and security guard were interviewed and the superintendent provided access into various apartments for the interior inspections. Several tenants were also interviewed to gain their impressions of the building's quality and the quality of management.

A number of real estate brokerage offices in Yonkers and nearby towns in southern Westchester were contacted to find recent apartment rentals. This effort was complicated by the prevalence of rent stabilization in Westchester rental buildings. Brokers were asked for information regarding rents in private homes and condominiums, and non-regulated cooperative apartments.

Field visits were made to all of the locations where apartment rents were found. Attempts were made to verify information about the rentals with landlords and tenants, including the features and amenities of the rented premises, parking arrangements and arrangements to pay for various utilities. Each of the comparables was photographed and a brief inspection was made of the surrounding neighborhood of each comparable.

Mr. Golub assembled and organized all of the information regarding the comparables, then composed comparison grids with which to formulate market rent estimates. The information was checked and edited to conform with the suggested formats in the attachments to HUD's Notice H 00-12. The analyses and conclusions were then reviewed for accuracy and reasonableness.

## ASSUMPTIONS AND LIMITING CONDITIONS

This report has been prepared solely for the use of the client identified in the letter of transmittal and for the purpose stated. No other parties may assume rights to use, reproduce or distribute any information in this report without express authorization from American Property Counselors.

This appraisal was prepared under the following assumptions:

1. There are no encumbrances, encroachments or defects of title and the property has a marketable title which would be acceptable to a title insurance company.

2. Ownership and management are in competent, responsible hands.

3. The property identification and legal description furnished to American Property Counselors is correct. Other reasonable information furnished to American Property Counselors by others is assumed to be reliable.

4. The property complies with applicable use, zoning and environmental regulations and building occupancy codes.

5. There are no concealed conditions or defects which would render the property more or less valuable than other similar properties.

This appraisal is subject to the following limiting conditions:

1. This report is presented as an integrated whole. Using parts of this report out of context invalidates the appraisal.

2. The appraisers signing this report are not required to appear or testify in court with reference to this property, unless prior arrangements have been made.

3. Measurements, plot plans, maps and sketches in this report are only to help the reader visualize the property. They are not intended to be authoritative or accurate.

4. This is an analysis of issues relevant to the marketability and value of defined real estate interests. We make no representation of engineering or legal expertise.

5. The existence of potentially hazardous materials such as urea formaldehyde foam, lead-based paint, asbestos or toxic waste has not been considered. The appraisers are not qualified to detect or analyze such substances. An environmental engineer should be retained to clarify any ambiguity about potentially hazardous materials.

6. The existence of underground storage tanks and their contents has not been considered. The appraisers are not qualified to analyze such items. An environmental engineer should be retained to clarify any ambiguity about underground storage tanks.

7. The Americans with Disabilities Act (ADA) became effective on January 26, 1992. The appraiser is not qualified to judge compliance of the subject building and/or other improvements. Any comments in this report about ADA compliance are provided only as descriptive information. A qualified architect should be retained to clarify any ambiguity about ADA compliance.

8. All of the facts, observations and conclusions contained in this report are consistent with information available as of the date of the study. The value of real estate and rents are affected by many related and unrelated conditions, local and national. No liability is assumed for sudden or unforeseen changes in the economy, legislation or governmental regulation which might influence the value of this property.

# PROFESSIONAL QUALIFICATIONS
## KENNETH L. GOLUB

Professional Affiliations
American Society of Real Estate Counselors - CRE Designation
Appraisal Institute - MAI Designation
Westchester County New York Board of Realtors

Services Provided
Investment analysis; valuation for buyers, sellers and lenders; studies for eminent domain takings; appraisals for tax assessment; gift and estate tax appraisals; appraisals for easement acquisitions for sewers and electric power lines, scenic and conservation easements; feasibility studies, market studies; distressed property workout strategies; property investment counseling, leasing arrangements; asset allocation and property exchanges.

I have analyzed properties throughout the United States and prepared intensive studies of the impact of electric power lines, communications towers, highways and conservation easements.

Career Experience
Partner, American Property Counselors since 1987.

President of Golub Appraisal Company, Mount Kisco, New York, specializing in the preparation of real estate appraisals, and counseling relating to real estate matters (1972-1987).

Manager of New York office of C. L. Orbaker and Associates, Inc., a real estate appraisal firm with offices in Connecticut, New Jersey, New York and Pennsylvania (1970-1972).

Staff Appraiser with Thorne Appraisal Service, Inc., Binghamton, New York for two years (1968-1970).

Expert Testimony
I have appeared and been qualified as an expert witness at legal proceedings involving condemnation, tax certiorari and business dissolutions in various jurisdictions in New York, Connecticut, New Jersey and Pennsylvania.

Publications
Articles I have written on valuation related topics have appeared in "The Appraisal Journal," "The Real Estate Appraiser and Analyst," "The Appraisal Review Journal" and "The Journal of Property Tax Management."

Teaching
Faculty Member, American Institute of Real Estate Appraisers. I have written and conducted seminars sponsored by the National Association of Review Appraisers and Mortgage Underwriters, the Northeast Regional Association of Assessing Officers and the New York State Association of Assessing Officers.

## CLIENTS WE HAVE SERVED

Corporations
Agway, Inc.
Akindale Farms, Inc.
American Maize Corp.
Atlantic Mutual Insurance Co.
Bancroft & Martin
Bell Atlantic Mobile Corp.
Boise Cascade
Bowater Corp.
BP Oil Co.
Cellular One
Chase Enterprises
Chrysler Corporation
Cibro Petroleum, Inc.
Citgo
Clough Harbour Associates
Con Edison
Continental Insurance Company
Cumberland Farms
Doctor's Sunnyside Hospital
Ellaneff Manufacturing Corp.
Financial Guaranty Insurance Company
Getty Oil
Hackensack Water Co.
Holliday Fenoglio
I.T.T. Corp.
International Business Machines Corp.
KOSCO
McGraw Hill
Meenan Oil Co.
Mobil Oil Corp.
Modern Maid Corporation
New York State Electric & Gas Corp.
Northville Petroleum, Inc.
Pfizer, Inc.
Presidential Realty Corp.
Prudential Insurance Co. of America
Reynolds Metals Company, Inc.
Shell Oil Corp.
Sprint PCS
Star Enterprise, Inc.
Stony Lodge Hospital, Inc.
Texaco, Inc.
United Parcel Service
Westinghouse Electric Corp.
Wyatt Oil Co.

Financial Institutions
AMRESCO
Bank of Baltimore
Bank of New York
Chase Manhattan/Chemical Bank
Citibank
EQ Services, Inc. (Equitable)
Fleet Bank
General Electric Credit Corp.
Holliday & Fenoglio
J. P. Morgan Interfunding Corp.
Marine Midland Bank
Morgan Guaranty Trust Co.
National Westminster Bank
Norwest
RECOLL Management, Inc.
United Jersey Bank

Trusts
AMB Institutional Investors
Mid-Hudson Medical Group, P.C.
Open Space Institute
Scenic Hudson, Inc.
The Nature Conservancy
The Trust for Public Land
The New School for Social Research

Attorneys and Accountants
Andora, Palmisano & Geany
Bond, Schoeneck & King, LLP
Cadwalader, Wickersham & Taft
Corbally Gartland & Rappleyea
Danziger & Markoff
Fleischman & Mushett
Gellert & Cutler
Hall Dickler Kent Friedman, P.C.
Herzfeld & Rubin
John Rubin, Esq.
John F. Burkhardt, Esq.
Karcher Rainone, P.C.
Kirshon & Shron
Maroney, Ponzini & Spencer
Nixon Hargrave Devans & Doyle
Nolan & Heller
Paul Bergins, Esq.
Plunkett & Jaffe
Podell, Rothman, Schechter & Banfield
Raymond Kuntz, P.C.
Richard Blancato, Esq.
Shanley & Fisher
Sperduto & Spector
Tofl, Saxl & Berenson, P.C.
VanDeWater & VanDeWater
Wilson, Elser, Moskowitz, Edelman & Dicker

## CLIENTS WE HAVE SERVED

Federal Agencies
Federal Deposit Insurance Corporation
Resolution Trust Corporation
U.S. Dept. of Agriculture, Forest Service
U.S. Dept. of the Interior, National Park Service
United States Postal Service

State Agencies
New York State Power Authority
New York State Thruway Authority
NJ Transit
Palisades Interstate Park Commission
Port of Seattle, Washington
Illinois Dept. of Transportation
NYS OMRDD
NYS Dormitory Authority
NYS Office of Mental Health
Connecticut Dept. of Transportation
NYS Office of the Attorney General
NYS Facilities Development Corporation
NYS Dept. of Environmental Conservation
State University of New York
NYS OPRHP
NJ Green Acres Program
NJ Dept. of Transportation
NYS Dept. of Transportation

Local Governments
Arlington (N.Y.) School District
Borough of South Plainfield, N.J.
Broome County, N.Y.
City of Mt. Vernon, N.Y.
City of Portsmouth, N.H.
City of Poughkeepsie, N.Y.
City of White Plains, N.Y.
City of Yonkers, N.Y.
Orange County, N.Y.
Orangetown School District
Pearl River School District
Putnam County, N.Y.
Town of Pelham, N.Y.
Town of Ossining, N.Y.
Town of Mount Pleasant, N.Y.
Town of Eastchester, N.Y.
Town of Orangetown, N.Y.
Town of Stony Point N.Y.
Town of Greenburgh, N.Y.
Town of Pleasant Valley, N.Y.
Town of Newington, N.H.
Town of Lagrange, N.Y.
Town of Fishkill, N.Y.
Town of Poughkeepsie, N.Y.
Town of Ramapo, N.Y
Town of Cortlandt, N.Y.
Township of Edison, N.J.
Village of Pelham Manor, N.Y.
Village of Tuckahoe, N.Y.
Village of Elmsford, N.Y.
Village of Mamaroneck, N.Y.
Village of Dobbs Ferry, N.Y.
Westchester County, N.Y.

NEW YORK QUADEL

RECEIVED JUL 25 2001

July 12, 2001

Friendly Management, Inc.
84 Business Park Drive, Suite 103
Armonk, New York 10504

Dear Jerome:

RE: Annual Adjustment Rent Increase
La Martina Terrace
Contract # NY36-0010-003

We have processed an annual adjustment of rents for the units covered by the Section 8 Contract. As a result of the adjustment, we are approving and you may implement the rents shown below. The effective date of the increase is August 1, 2001. Please understand that since we were not the Contract Administrators of this contract for previous years, we are not authorized to process the retroactive AAF rent increase requested.

| Unit Type | Number of Units | Current Contract Rents | New Contract Rents | UA | New Gross Rents |
|---|---|---|---|---|---|
| 0BR | 16 | $872 | $895 | $27 | $922 |
| 1 BR | 30 | $959 | $981 | $32 | $1,013 |
| 2 BR | 37 | $1,053 | $1,079 | $34 | $1,113 |

At this time there is no change to the utility allowance, as you failed to provide the supporting documentation for this increase. In order to receive this increase, copies of the consumption reports from your utility company must accompany your increase request for those units that were surveyed. Enclosed please find two draft Low Rent Schedules; HUD-92458, reflecting the new approved increase for 2001. Please execute both copies of the Low Rent Schedules and return to our office within 10 days upon receipt.

Please do not hesitate to contact me with any concerns or questions regarding this application or approval process. I can be reached at (315) 428-1800.

Sincerely,

Mr. Tracy S. Newman
NYQ Rent Adjustment/ Renewal Manager

cc: Mr. Barry D. Cummings-NYQ Regional Operations Director
Pattie Slaton-CAOM-HUD
Linda Given – HTF Project Coordinator

17 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
nyq@nyquadel.com

SUITE 103

84 BUSINESS PARK DRIVE, SUITE 103, ARMONK, NEW YORK 10504 (914) 273-5800 TELEFAX (914) 273-6563

July 23, 2001
Via First Class Mail and Fax (315) ~~482~~ 428 0088

Mr. Tracy S. Newman
New York Quadel
217 Montgomery Street, Suite 400
Syracuse, NY 13202

RE: Annual Adjustment Rent Increase
LaMartine Terrace. Yonkers, NY 10701
Contract No. NY36 0020 003

Dear Mr. Newman:

The date of the above contract runs from June to June. We filed for an increase for the fiscal year 2000 which runs from June 2000 to June 2001. We also filed for a rent increase for the fiscal year 2001 running from June 2001 to June 2002.

Mr. Stephen Bolduc of my office specifically called Quadel to inquire about how we would file for two increases. It was his belief that we had to file first for the 2000-2001 increase get approval for that and then file for the second 2001 to 2002. Basically since the second rent increase is based on the first rent increase, he did not know how else it could be done.

Your office advised him to file both increases at the same time and advised him what formulas to use to arrive at the two increases. Therefore, both increases were filed at the same time.

The attached letter received by fax from you today dated July 12, 2001, implements the first increase for June 2000-2001 as the increase effective for the fiscal year 2001-2002.

There apparently is no issue that we can file for a rent increase at any point in time during the fiscal year of a project, however, that increase cannot be made retroactive. The only problem here, based on my conversation today with Cheryl of your office, is that both increases should not have been filed at the same time since only one increase can be implemented at any one time. Therefore, the information Mr. Bolduc initially received from your office was erroneous.

RECEIVED
JUL 26 2001
NEW YORK QUADEL

EXHIBIT 8
PENGAD 800-631-6989

Mr. Newman
Page Two
July 23, 2001

As you may be aware, we made numerous telephone calls to your office concerning the progress of the increases on this building and the one in Valentine. We were specifically advised there was no problem with respect to either the appraisal or the increases. While Cheryl has now stated that she advised Mr. Bolduc only one increase could be filed, I believe there has been a failure of communication. This issue was of concern to us to begin with as stated above. Mr. Bolduc not only speaks the English language but also has an MBA and had this information been conveyed to him, we would have withdrawn the second increase until the first was approved for the fiscal year 2000-2001.

This situation must be remedied since this project has not had an increase in seven (7) years for the reasons stated below.

Among the alternatives, would be to correct the approval of this increase for the fiscal year 2000-2001, not 2001-2002 and process the second increase which you already have for the year 2001-2002.

When these projects were originally built and rehabilitated under the Section 8 Turnkey Program, the costs could not be supported based on existing rent levels in the City of Yonkers because of the fact that Yonkers had imposed rent control. Rent control stopped all construction in a market that was in dire need of housing. It effectively froze the rent levels at levels that did not support construction or rehabs.

These Section 8 project were approved at 110% of fair market rent which is really free market, not rent controlled market. Rent increases were thereafter granted on an annual basis.

However, subsequently, DHUD through its eminent wisdom decided to change the rent increase formula to 70% of the median rental and thereafter lowered it further which impacted on the ability to get rent increases.

The DHUD action, however, did not freeze the cost of operating the building.

We sent an employee to various HUD seminars and either through her ignorance or the complexity of the process, she arrived at the conclusion that no increases were possible in this building.

Mr. Bolduc and myself spent a week reviewing the HUD rent increase process and, contrary to her opinion, found that the RCS Program would allow us to obtain rent increases since it does account for projects in areas where rent control is imposed.

Mr. Newman
Page Three
July 23, 2001

However, because of this error, approximately seven years went by without an increase and, therefore, resolving the current problem is of greater import to us than had we been getting increases every year.

I would also like to point out that in spite of the fact that we were not getting increases, we not only continued to maintain the property but major improvements were made such as replacing the roof, windows, the elevator, carpeting, etc., for which, even under rent control, we would have received rent increases.

Your prompt attention to resolving this matter would be appreciated.

Very truly yours,

PARK PROPERTIES ASSOCIATES, LP

Jerome Z. Ginsburg
JZG:lac
Enc.

NEW YORK QUADEL

FILE COPY

May 21, 2002

Jerome Ginsburg
Park Properties Associates, LP
84 Business Park Drive
Suite 103
Armonk, NY 10504

RE: **Corrected** Annual Adjustment Factor Rent Increase – No Utility Allowance Increase
La Martine Terrace
NY36-0010-003

Dear Mr. Ginsburg:

We have processed an annual adjustment factor rent increase for the units covered by the above referenced Section 8 Contract and have approved rents shown below. The effective date of the increase is 7/12/01.

| Unit Type | Number of Units | Current Contract Rents | New Contract Rents | UA | New Gross Rents |
|---|---|---|---|---|---|
| 0 BR | 16 | $ 896 | $ 917 | $27 | $ 944 |
| 1 BR | 30 | $ 981 | $1,002 | $32 | $1,034 |
| 2 BR | 36 | $1,079 | $1,102 | $34 | $1,136 |

At this time there is no change to the utility allowance. Enclosed please find three draft Rent Schedule Forms HUD-92458 reflecting the approved increase. Please execute all three copies of the Rent Schedule and return them to our office within 10 days of receipt. The rents shown above will not take effect until the rent schedules are fully executed by you and New York Quadel.

Please do not hesitate to contact me with any concerns or questions. I can be reached at (315) 428-1800 ext. 251.

Sincerely,

Romdoul Kim

Romdoul Kim
Contract Renewal/Rent Specialist

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315 428.1800
F 315 428.0088
TTY 877 681.5453

EXHIBIT 12
PENGAD 800-631-6989

# Rent Schedule
# Low Rent Housing

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0012 (exp. 3/31/2000)

See page 3 for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (mm/yyyy) |
|---|---|---|
| La Martine Terrace Contract #: NY36-0010-003 | NEW | 7/12/01 |

**Part A – Apartment Rents**
Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date (mm/dd/yyyy) 07 / 12 / 01) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 0 BR | 16 | 917 | 14,672 | 27 | 944 | | |
| 1 BR | 30 | 1,002 | 30,060 | 32 | 1,034 | | |
| 2 BR | 36 | 1,102 | 39,672 | 34 | 1,136 | | |
| 2 BR Superintendent | 1 | 1,102 | 1,102 | 34 | 1,136 | | |
| Total Units | 83 | Monthly Contract Rent Potential (Add Col. 4)* | 85,506 | | | Monthly Market Rent Potential (Add Col. 8)* | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | 1,026,072 | | | Yearly Market Rent Potential (Col. 8 Sum x 12)* | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

**Part B – Items Included in Rent**

**Equipment/Furnishings in Unit** (Check those included in rent.)

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [ ] Disposal
- [ ] Dishwasher
- [ ] Carpet
- [ ] Drapes

**Utilities** (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item) E=electric; G=gas; F=fuel oil or coal.

- [x] Heating F
- [ ] Cooling
- [x] Hot Water F
- [x] Cooking G
- [x] Lights, etc. E

**Services/Facilities** (check those included in rent)

- [ ] Parking
- [ ] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] Nursing Care
- [ ] Linen/Maid Service

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| Superintendent | 2 BR | 1,102 |
| Total Rent Loss Due to Non-Revenue Units | | $ 1,102 |

**Part E – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | $ | Total Commercial Rent Potential | |

**Part F – Maximum Allowable Rent Potential**

Enter Maximum Allowable Monthly Rent Potential from Rent Computation Worksheet (to be completed by HUD or lender) $ 84,404

Previous editions are obsolete



form HUD-92458 (3/94) ref Handbook 4350.1

EXHIBIT 13
PENGAD 800-631-6989

**Part G – Information on Mortgagor Entity**

RECEIVED
MAY 24 2002
NEW ... GUADEL

Name of Entity: Park Properties Associates, LP

Type of Entity
- [ ] Individual
- [ ] Corporation
- [ ] General Partnership
- [x] Limited Partnership
- [ ] Joint Tenancy/Tenants in Common
- [ ] Trust
- [ ] Other (specify)

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:
- corporation, list: ~~(1) all officers~~; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) ~~all managers, directors or trustees and (2) each~~ beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number |
|---|---|
| Friendly Management, Inc. , General Partner | 59-3340360 |
| Jerome Ginsburg - President of General Partner | 104 28 5787 |
| The MG 1996-2 Irrevocable Trust-Limited Partner | 59 7082620 |
| Paul J. Richards, Trustee of Limited Partner | 084 34 1353 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature | Date (mm/dd/yyyy) |
|---|---|---|
| Jerome Z. Ginsburg, Pres. General Partner | [signature] | 5/22/02 |

**Part I – HUD/Lender Approval**

| | | |
|---|---|---|
| Addendum Number | Branch Chief/Lender Official Signature: [signature] | Date (mm/dd/yyyy): 5/24/02 |
| HAP Contract Number | | |
| Exhibit Number | Director, Housing Management Division Signature: [signature] | Date (mm/dd/yyyy): 5/28/02 |
| Loan Servicer Signature / Date (mm/dd/yyyy) | | |

Previous editions are obsolete



form HUD-92458 (3/94)
ref Handbook 4350.1