SUITE 103

84 BUSINESS PARK DRIVE, SUITE 103, ARMONK, NEW YORK 10504 (914) 273-5800 TELEFAX (914) 273-6563

June 04, 2002 Via Federal Express

Ms. Kim Shirtz
Quadel
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Project Name: LaMartine Terrace Contract # NY 3600100003

RE: Subject Rent Increase for Fiscal Year 2002
0 BR units over FMR Increase applied for under RCS

Dear Ms. Shirtz:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover reports.
3. Tenant utility allowance change recommendation.
4. Adjustment work sheets
   RCS - 0 BR
5. New rent schedules.
6. Rent Comparability Study dated May 22, 2002.
7. Owners Certification of Compliance under Section 4-4 of Notice H00-12 (RCS)
8. Owners Certification of Compliance with Requirement of Notice (AAF).

If there are any other documents necessary to process these increases, please advise me immediately.

Please note, 1-Bedroom and 2-Bedroom rent increases were submitted previously May 8, 2002.

Thank you in advance for your courtesy.

Very truly yours,

PARK PROPERTIES ASSOCIATES, LP.

By: ______________________, President
Friendly Management, Inc.
General Partner
JZG:lac
Enc.

EXHIBIT
14
PENGAD 800-631-6989

RENT COMPARABILITY STUDY

BY

AMERICAN PROPERTY COUNSELORS
Real Estate-Market Studies-Appraisals

80 Business Park Drive
Armonk, New York 10504

RECEIVED
APR 20 2004
NEW YORK QUADEL

**WATERVIEW APARTMENTS**

**28 LAMARTINE TERRACE**

**YONKERS, NEW YORK**

**APC File #2247A**

EXHIBIT
PENGAD 800-631-6989
15

**AMERICAN PROPERTY COUNSELORS**

REAL ESTATE ANALYSIS • MARKET STUDIES • APPRAISALS

80 BUSINESS PARK DRIVE
ARMONK, NEW YORK 10504
TELEPHONE (914) 273-4000
FAX (914) 273-4099

May 22, 2002

Jerome Ginsburg
JZG Resources
84 Business Park Drive
Armonk, New York 10504

Re: Waterview Apartments, Yonkers, New York

Dear Mr. Ginsburg:

Here is the Rent Comparability Study you requested for Waterview Apartments, situated at 28 Lamartine Terrace in the City of Yonkers, Westchester County, New York. The purpose of the study is to estimate the market rents for units that will be assisted under a renewed Section 8 contract. Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of the date of this report, if the tenants were not receiving rental subsidies and rents were not restricted by HUD or other government agencies.

Based upon my independent investigation and analysis, the current market rent for a one bedroom apartment in this building is **$1,150/month**, and the market rent for a studio apartment is **$975/month**.

This Rent Comparability Study was prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP) and the supplemental standards of HUD Notice H 00-12. Market rents were defined and estimated in accordance with Section 3 of Notice H 00-12. I understand that HUD/the Section 8 Contract Administrator (CA) and the project owner will use my estimate of market rents to determine: 1) the owner's options for renewing the project's Section 8 contracts; 2) the maximum rents allowed under any renewal contract.

We trust you will find this Rent Comparability Study to be satisfactory and in good order. Please contact us if we can provide any further clarification or assistance in this matter.

Sincerely yours,
AMERICAN PROPERTY COUNSELORS

By: Kenneth L. Golub, MAI

# TABLE OF CONTENTS


Summary of Important Facts and Conclusions . . . . . 2

**INTRODUCTION**

Purpose of the Rent Study . . . . . 3
Definition of Market Rent . . . . . 3
Property Identification and Ownership . . . . . 3
Description of the Property . . . . . 3
- Property Shown on Yonkers Tax Map . . . . . 4
- Photographs . . . . . 7

The Subject Location . . . . . 8
- The Immediate Setting . . . . . 8
- The Subject Neighborhood . . . . . 8
- Yonkers, New York . . . . . 9

The Westchester County Housing Market . . . . . 11

**VALUATION**

Market Rent Study - Comparison Approach . . . . . 14
- Rent Comparables . . . . . 15
- The Rent Comparisons Explained . . . . . 29
- Rent Comparison Grid - One Bedroom Apts. . . . . . 37
- Rent Comparison Grid - Studio Apts. . . . . . 39

Review and Final Rent Conclusions . . . . . 40
Certification of the Appraiser . . . . . 42

**EXHIBITS**

Rental Brochure and Floor Layout . . . . . 44
Interior Photographs . . . . . 47
Waterview Apartments Rent Roll . . . . . 50
Rent Comparables Location Map . . . . . 52

**ADDENDA**

Scope of Work . . . . . 54
Assumptions and Limiting Conditions . . . . . 54
Qualifications of the Appraiser

# SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

| | |
|---|---|
| HUD IDENTIFICATION: | Contract No. NY 360010003<br>EIN # 59 3383525 |
| LOCATION OF PROPERTY: | 28 Lamartine Terrace, City of Yonkers, Westchester County, New York |
| OWNER: | Park Properties Associates, L.P.<br>c/o Jerome Z. Ginsburg, JZG Resources<br>84 Business Park Drive<br>Armonk, New York 10504 |
| TAX MAP IDENTIFICATION: | City of Yonkers, Section 2 Block 2106 Lot 75 |
| VALUE APPRAISED: | Market rent |
| RIGHTS APPRAISED: | Occupancy by lease |
| LAND AREA: 0.9 acre | BUILDING: 6-story brick |
| PROPERTY TYPE: | 83 unit rental apartment building |
| DATE OF VALUE: | May 20, 2002 |
| CONCLUDED MARKET RENTS: | One bedroom - $1,150/mo.<br>Studio - $975/mo. |

# INTRODUCTION

## PURPOSE OF THE RENT STUDY

The purpose of this study is to estimate current market rent for apartments in the subject property, as identified. The rent estimate is applicable under conditions in effect on and around May 20, 2002.

## DEFINITION OF MARKET RENT

Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of the date of this report, if the tenants were not receiving rental subsidies and rents were not restricted by HUD or other government agencies.

## PROPERTY IDENTIFICATION AND OWNERSHIP

The subject property is called Waterview Apartments. It has a mailing address at 28 Lamartine Terrace, Yonkers, New York. It is situated on the end of Lamartine Terrace, abutting the west side of the Croton aqueduct in the City of Yonkers, Westchester County. The property is further identified on municipal tax maps as Section 2 Block 2106 Lot 75.

The owner of record is Park Properties Associates, L.P., c/o Jerome Ginsburg, JZG Resources, 84 Business Park Drive, Armonk, New York 10504. The owner's office happens to be next door to the office of American Property Counselors in Armonk Business Park. As will be noted later in our certification, there is no business affiliation between the appraiser and this client, nor had we ever had any contact prior to arranging for this Rent Comparability Study. It is our understanding that the property has been under the same ownership and management for over ten years.

Mr. Ginsburg advised us that he has been involved in the development, ownership and management of many multi-family housing complexes in Westchester County, including Riverhill Tower, which is described later in this study as Rent Comparable 7. Mr. Ginsburg provided some useful insights about that and some other properties we looked at, but he sold his interest in Riverhill years ago and is no longer involved with that property.

## DESCRIPTION OF THE PROPERTY

The subject of this study is a six story fireproof brick apartment building with a full basement, built around 1960. It has double hung windows with modern thermopanes in aluminum sash, air conditioner sleeves built into the exterior walls and a flat roof.


Subject
Holy Rosary Convent
R C Church
Holy Rosary Church
Rectory

## Site

The site is a rectangle with access on the end of Lamartine Terrace, a short dead-end residential street. The site contains an estimated 40,000 SF (0.91± acre) of land.

Natural terrain slopes downward and drains to the west. The site has been graded so most of the site is close to the grade of Lamartine Terrace, and the building's main entry faces the end of the street.

There is paved parking on the east and north sides of the building, and some spaces along the south property line also. Off-street parking is at a premium in this neighborhood. Tenants can rent a parking space for a special charge of $25/month.

## Building

The building is a six-story steel frame and brick structure with a flat asphalt roof. Exterior windows are thermopane glass in white aluminum double hung sash. There are steel fire escapes on the building exterior.

Access into the building is by key, with a glass-enclosed outer lobby leading to the locked entry door. There is an on-site resident superintendent and a security guard who monitors the front door and periodically checks all exterior building entries.

The front lobby has terrazzo floors and painted plaster walls and ceilings. There is one 2,000 lb. capacity hydraulic elevators and a community room with a small kitchenette and bathroom. The building has a coin-operated laundry in the basement. Also in the basement are an oil-fired low-pressure steam furnace which burns #2 oil, and an indoor oil storage tank enclosed in concrete block. The basement has a main electrical panel for the building.

Interior hallways are carpeted with vinyl tile in high-wear areas (in front of the elevator door and garbage compactor chute room. The halls have painted plaster walls and ceilings and fluorescent light fixtures. Apartment doors are painted fire-rated steel. There are fireproof stairwells and halls have automatic fire-stop doors, alarm pulls and sprinklers.

Apartments have oak strip flooring, with vinyl tile in kitchens and ceramic tile bathroom floors and wainscoting. Walls and ceilings are painted sheetrock, with painted hollow core interior doors. Kitchens are builder grade wood composite cabinets with plastic laminate exteriors and countertops. Each apartment is equipped with a refrigerator and gas stove.

Here is a summary of layouts for the 83 apartments in the building:

| | |
|---|---|
| 16 | studio or 'efficiency' apartments (5 in line C are 550 SF each; 5 in line L are 580 SF each; 6 in line M are 617 SF each, all have sleeping alcoves, 617 SF apts. have balconies). These are very large studio apartments. |
| 30 | one bedroom apartments (6 in line B are 790 SF each with a dining alcove and balcony; 6 in line D are 540 SF and are ~~handicapped-equipped~~; 6 in line G are 752 SF each; 6 in line I are 825 SF each and have a 9' X 12.5' formal dining room that can serve as a second bedroom; 6 in line K are 765 SF each with a 9' X 8' dining area or sleeping alcove that can almost serve as a second bedroom). |
| 36 | two bedroom apartments (lines A and E have balconies, also lines F, H, J and N) |
| 1 | two bedroom superintendent's apt. |
| 83 | apartments total |

Apartment sizes were provided to us by management. We checked these against approximate scaled measurements from a floor plan on an old marketing brochure and the sizes seem to be reasonably accurate.

The building was substantially renovated in 1978. It has been well maintained with regular service and upgrading when needed. Recent projects include exterior brick repointing and caulking, a new roof cover, new exterior window sash, entry and elevator renovation and new hallway carpeting. The trash compactor was recently rebuilt and new compactor chute doors installed on each floor, and the furnace was completely replaced in 1999. This work is in addition to regular repainting and recarpeting of individual apartments. No significant items of deferred maintenance were noted when the building was inspected. The building meets normal market expectations and can be deemed to be in average condition for its neighborhood.

WATERVIEW APARTMENTS, YONKERS, NEW YORK



Waterview Apartments, looking northwest from the parking lot.



Lamartine Terrace, facing south from the front entry drive into Waterview.

## THE SUBJECT LOCATION

The location of real estate is critical to its use, marketability and value. Our description and analysis of the subject's location begins with its immediate setting and proceeds geographically outward to the neighborhood and the general locale.

The Immediate Setting

**SOUTH** - The subject property is on the end of Lamartine Terrace, a narrow dead-end street. There are two and three family wood frame dwellings along both sides of Lamartine Terrace. Most are 50-75 years old and many are owner occupied, so this is a well-kept street. Curbside parking is permitted only on the west side of the street. Parking spaces are at a premium here.

**NORTH** - The land drops off sharply about 50 feet from the subject site, the subject's west property line is practically the top of a cliff. At the base is a paved parking lot behind a 40 year old neighborhood shopping center. This has a superette grocery and some convenience stores, all small local merchants.

**WEST** - The land also drops off in this direction. Below is the roof of the adjacent shopping center, which has frontage on Warburton Avenue, a two-lane arterial street. Much of Warburton Avenue is lined with 50-75 year old wood frame buildings used as apartments and rooming houses. The Hudson River can be seen from the subject property looking west.

**EAST** - An abandoned railroad bed which is now Westchester County parkland. It looks like a wide blacktop driveway and it is used as a public walking trail. The land is about 10 feet higher than the abutting subject site, and land further east is higher still. On the opposite side of this park the rear of elevator apartment buildings similar to the subject can be seen.

Comments: This is an old blue collar urban neighborhood. Surrounding topography is extreme but typical of Yonkers. The setting has a number of noteworthy advantages. It is on the end of an attractive dead-end street, adjacent to a County trail-park, close to shopping and it has a view of the Hudson River. This is predominantly an apartment neighborhood and the subject property is very compatible with its surroundings.

The Subject Neighborhood

The subject is situated in the west central part of Yonkers which we can define within these boundaries:

on the west by the Hudson River;

on the south by the New York City line, the opposite side of which is the Riverdale section of the Bronx;

on the north by Odell Avenue, an busy east-west crossover road between Broadway

(U.S. Route 9) and the Saw Mill River Parkway;

and on the east by the New York State Thruway.

This is an old, fully developed urban neighborhood which grew up as an early suburb of the Bronx. It includes the Yonkers central business district. Like most of Yonkers, the neighborhood has unusual geological diversity, and natural terrain is still quite visible, even in this developed urban landscape. The neighborhood is part of the Manhattan prong, a dense geological structure of granite and gneiss which extends south to become Manhattan. Within the neighborhood are sheer rock palisades bordering the Hudson River, ridges, steep hills and narrow valleys. Many of the residential streets in this part of the city are narrow, winding and steep. Many streets are on rock palisades with views over the river, including the subject site itself. The open space above the river makes the neighborhood seem less densely populated than it actually is.

There are other open spaces in the neighborhood, including several city and county-owned parks, Oakland Cemetery and Dunwoodie Golf Course (county-owned).

Like all of Yonkers, this neighborhood has excellent transportation links, including Metro North trains to Grand Central Station. The neighborhood is crossed by the New York State Thruway, the Cross-County Parkway and the Saw Mill River Parkway. These links make it easy for neighborhood residents to work and shop throughout the metropolitan region.

The neighborhood is almost fully built up. Most of the undeveloped land which remains was passed over because of steep and rocky terrain. There is a demand for such parcels today, and redevelopment also takes place. Yonkers is at some disadvantage in this region because municipal politics and bureaucracy are deeply entrenched and there is also a city income tax. This restrains real estate activity and property values, but only to a certain extent. The population and infrastructure of Yonkers provide enough internal demand to support the market.

We do not expect to see a great deal of change in this neighborhood in coming years. The extent of existing development and difficult terrain limit the possibilities for change. The neighborhood is stabilized to some degree by economic ties to the economy of New York City and the surrounding region. We predict stability for the neighborhood's future.

<u>Yonkers, New York</u>

The subject is in Yonkers, New York State's 4th largest city. Yonkers is an old Hudson River city, with 4.25 miles of frontage along the river's east bank. It is bounded on the south by the Bronx (New York City), on the east by the Bronx River and on the north by the Village of Hastings-on-Hudson. This comprises a land area of 18.4 square miles.

Yonkers has compact and rocky terrain and the city is built on a number of high outcrops and ridges which lie on a northeast-southwest axis. Views over the Hudson toward the New Jersey palisades provide many parts of the city with a dramatic natural backdrop. This terrain is the reason for the city's steep and winding streets, unexpected cliffs, and a great many buildings, including City Hall, which are built into hillsides with multi-level basements.

Yonkers is fully developed, the few sites which were never built are generally leftovers with the most rugged ground. The city's early development was fostered by northward expansion from New York City, so the oldest parts of Yonkers are on the south end, the newest on the north. That is the most common expansion pattern in this region, and Yonkers too expanded north toward Hastings. The city was almost fully developed by 1940, since then there have been cycles of vitality and stasis. In the 2000 census, Yonkers had 196,086 residents. This was an increase from the 188,082 residents in 1980, but only a recovery to the 1980 population level of 195,351. We do not expect significant changes in the total population, but shifts have and will continue to occur, keeping Yonkers vibrant. These shifts include replacement of old residents by new younger ones, and in-migration of different socio-economic groups.

Yonkers has a large old central business district, with one to six story row buildings averaging around 70 years old. Like many such districts this is not the retail center it once was. Nevertheless, there are still many downtown stores, mostly local merchants. These are supported by business and professional offices and the hub of a 20-route bus system. The influence of City Hall on business should not be shortchanged, Yonkers has a municipal staff of over 1,900 and an annual budget of $580 million (year 2002). Also downtown is St. Josephs Hospital Center, another major employer.

Yonkers also has suburban areas which hold their own in a suburban county. Cross County Shopping Center (1.2 million SF) has been one of the premier retail centers in the New York metropolitan area since it opened in 1954, and Central Park Avenue (NY Route 100) is Westchester's premier retail corridor, serving all of Westchester and the Bronx.

This infrastructure is knit together by a superb transportation network. The New York State Thruway, the Sprain Brook, Cross County, Saw Mill River and Bronx River parkways all serve Yonkers, and Metro North trains put Grand Central Station less than 30 minutes away. Yonkers residents can and do work throughout Westchester and New York City, contributing stability to the local economy.

With all these advantages, Yonkers still struggles with the problems of an old city, and these problems make Yonkers something of a contrast to surrounding communities. Old infrastructure is expensive to maintain, and the city flirted with bankruptcy as recently as 20 years ago. Yonkers has an old housing stock, many apartments, and high ratios of racial and ethnic minorities and low-income residents. Manufacturing jobs have moved first to other parts of the US and now overseas, leaving an oversupply of obsolete industrial space. Past efforts to deal with these problems have left Yonkers with a higher sales tax rate than most of Westchester, and an income tax and real estate transfer tax that other Westchester residents don't have to pay. That puts Yonkers at a further disadvantage in attracting new residents and businesses.

In truth, the City of Yonkers is in a strong position today. For a number of years until around 1998 it operated under a State Financial Control Board which helped get the city back to the top credit levels. The city also has deep political connections in county and state government which enable it to receive special treatment in subtle but important ways. Among other things, Yonkers is now working on several programs designed to bring in new businesses and jobs. Such efforts have already helped a new business park around Executive Drive in the northwest corner of the city, and a new regional shopping center (Home Depot, Costco and Stew Leonards) off Austin Avenue overlooking the Thruway.

Arguably the most visible project underway today is waterfront redevelopment on the Hudson River. This project has been conducted in fits and starts over the past 20 years or so, so far involving mostly demolition and clearance. A big waterfront factory was converted into residential condominiums in the 1980's, now some old loft buildings are being converted into artists' apartments and plans are being made for new office and residential buildings. Manhattan's crazed housing market has been feeding the demand, and most of the project is within a short walk of the Yonkers train station. Commuter ferry service is also being planned. Depending on how successful the waterfront redevelopment efforts are, they have the potential to rejuvenate some of the oldest parts of downtown Yonkers and make the business district a livelier retail center.

In our view, the greatest strength of Yonkers is the strength of its surrounding region. Yonkers is situated between New York City's population and jobs, and Westchester's affluence. Yonkers has excellent transporation links and access to Manhattan which is among the easiest of any suburban community in the metro region. We do not expect any big changes in the city's character or visible appearance, but Yonkers has some basic qualities which could broaden its market appeal. Those qualities are certainly good enough to keep the city a vital urban center for many decades to come.

The Westchester County Housing Market

Housing demand in Westchester County has been steady and strong for decades because most of the county is within easy commuting distance of jobs throughout the metropolitan New York region. The housing market has surely been influenced by major economic cycles, but supply has often remained inadequate for the demand because of terrain constraints and restrictive local zoning. The usual imbalance of supply and demand has helped the county's housing to enjoy enormous long-term value appreciation. This has encouraged a high level of maintenance and regular renovation of the existing housing stock, as well as stimulating the production of new housing when this is possible.

Many parts of the county have their development prospects constrained because communities are fully developed, or terrain is difficult to build on. However, economics and market demand have led to the development of sites formerly thought unbuildable. Good examples in the 1980's were Mt. Kisco, which saw its housing stock increase +24.0%, and Ossining, where 833 new housing units were added. In both cases, the growth was mostly in a few new condominium and townhouse projects on difficult sites. New housing units were absorbed because they are convenient for job commuting and because the units were affordable. In other words, housing demand is strong throughout the county, and well-conceived and properly-priced housing projects can be sold readily. This has enabled new development to continue occurring in older, fully developed settings.

An interesting aspect of the Westchester growth pattern is that household formations have outpaced population growth. From 1980 to 1990,

> Southern Westchester lost more than 15,000 residents (-3.5%), but still gained +1,229 housing units. The City of Rye alone lost 147 residents but still gained +410 housing units between censuses.

Central Westchester population increased +1.6% but housing grew by +5,040 units (+6.5%).

Northern Westchester grew by 19,900 persons (+8.8%) but housing increased by 13,800 units (+18.2%). This is one new house for every 1.4 new residents.

Census data for the county's south, central and north sub-regions offer an interesting record of shifting distribution of new houses over the past 40 years. As of the 1990 census,

Southern Westchester contained 48.9% of the county's 336,737 housing units on only 12% of the county's land area. This share of the county's total has declined steadily since 1950, when 58.7% of the county's housing was in the south.

Central Westchester, with less than 17% of the county's land area, contains slightly less than 1/4 of the county's housing. Over the past 30 years, the housing stock in the central part of the county has expanded at roughly the same pace as the county. Consequently, central Westchester held the same share of the county's housing stock - 24% - in 1960, 1970, 1980, and again in 1990.

Northern Westchester, with 71% of the county's land area, today contains nearly 27% of Westchester's housing stock, up from 20.4% in 1950. Since 1970, 55% of all new housing in Westchester was built in the northern sub-region. This has been because the north has more available and affordable land, and because of improved access on I-684 (opened in 1972) and the Sprain Brook Parkway (extended in 1981).

The limited information released so far from the 2000 census showed some interesting changes in these patterns. County population grew from 874,866 residents in 1990 to 923,459 in 2000, a gross increase of 48,593. Only 6,989 of those were natural increase (more births than deaths). 41,604 of the population increase was in-migration. The shifts were even more dynamic than that. Between 1990 and 1999 there was a domestic outmigration of 58,210 persons, meaning that 58,210 Westchester residents left the county. So 99,814 new people actually moved into Westchester during the 1990's: 58,210 who replaced former residents moving out plus 41,604 people making up the gross increase.

That sort of dynamic population flow reinforces the steady and broad-based demand for new housing throughout Westchester. The net result is simply that, when it comes to housing, demand exceeds supply.

Yonkers embodies many of the attributes which help create the region's supply-demand imbalance. Yonkers has unusually compact and rugged terrain. Yonkers sits on the "Manhattan prong," a hard formation of schist which extends southwest from the Harlem River valley; its southern end is Manhattan. Most of the city is this bedrock which is at or close to the surface. It is a wonder that so much of Yonkers' land area has been developed at all, the city is rife with hills, cliffs, small ravines and, of course, steep streets. Yonkers can be deemed fully developed, so it is quite difficult to find new development sites. This constrains supply. As for demand, Yonkers abuts the New York City line and has better access to Manhattan than most parts of New York City. This has long made Yonkers a prime destination for city-dwellers moving to the suburbs. The result is that Yonkers is typically a real estate seller's and landlord's market,

and there is a continual upward pressure on housing prices and rents.

The supply and demand imbalance is beneficial for the subject property, today and over the foreseeable future. The subject property holds a strong market position and maintains full or near-full occupancy, and the prospects of new competing apartments are limited, at best. The situation will encourage renovation of older buildings. Rents would almost certainly escalate dramatically if not for the constraints of rent stabilization, but continued rent and price escalation is inevitable because of Yonkers' scarcity of land and proximity to New York City.

## MARKET RENT STUDY - COMPARISON APPROACH

We have been asked to estimate current market rent for apartments in the subject building. We use a comparison approach to estimate market rent. The comparison approach is based on the concept that recent leases of similar and competitive apartments can be used as benchmarks to gauge market rent for the subject. This approach is a direct reading of the market, since it deals with factual data representing the actions of typical landlords and tenants. The background investigations necessary for the preparation of the rent comparisons provide useful insights into "going prices" and also help identify those factors which influence market rent.

Since no two parcels of real estate are ever exactly alike, and since real estate almost always leases or sells in a free market, individual transactions rarely have identical prices and terms. However, a sampling of several recent market transactions often produces a recognizable pattern of market rent. When good and sufficient data are available, the comparisons provide a cogent basis for a market rent conclusion.

The initial step in performing this approach is finding and investigating comparable leases. These will provide a market context, and help to develop a pattern of market rent. Each lease is then compared individually to the subject. Positive or negative adjustments are applied to each comparable lease, to adjust for items which would enhance or detract from the subject's rent, relative to the comparables.

Finally, the adjusted rents from the comparables are used to show a pattern of market rent which can be applied to the subject apartments.

We have made a detailed investigation of the competitive market in which the subject apartments could be expected to rent. We focused on Yonkers and found several recent leases which we can use. We will concentrate on monthly rent, but we will also calculate and consider rent per SF of apartment space per month as a common denominator. (Rent per SF is widely-used as a norm in many rental markets). On the following pages is a selection of those comparable leases which were deemed most relevant for this study.

RENT COMPARABLE 1

Property: Scrimshaw House, 23 Water Grant, Yonkers, New York (the complex was originally called Pierpoint on Hudson).



Description: This is a ten story condominium building containing 135 apartments. The structure was originally part of a factory, it was converted into apartments around 1987. The building is fully sprinklered and has two elevators. A distinctive attribute of the site is its situation on the Hudson River, many apartments have dramatic views and some can see the George Washington Bridge downriver in Manhattan. However, the site also abuts active railroad tracks and is in an isolated setting at the foot of Main Street near a blighted section of downtown Yonkers.

Amenities: The building is a short walk from the Yonkers train station, a big plus for Manhattan job commuters. There is a 24 hour doorman and a central intercom system, an exercise room and a laundry room in the building. Basement storage spaces are available to tenants. There is an outdoor parking lot with assigned spaces. Apartments have individual heat/air conditioner units mounted in exterior walls. Kitchens are equipped with ranges, refrigerators, dishwashers and microwave ovens.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners. The building is relatively stable, few apartments are offered for resale or for rent.

Subsidies and restrictions: None.

Rent: Apartment #4A rented in February 2002 for $1,100/month. The apartment is on the 4th floor and has views of the Hudson. The apartment is a studio/one bedroom with one bathroom and 500 SF of living space.

Apartment #4B rented in November 2001 for $1,200/month. The apartment is on the 4th floor and has views of the Hudson. The apartment has 3 rooms, 1 bedroom and one bathroom in 605 SF of living space.

Apartment #8D rented in February 2002 for $1,800/month. The apartment is on the 8th floor and has panoramic views of the Hudson. The apartment has 5 rooms, 2 bedroom and 1.5 bathrooms in 1,350 SF of living space.

Apartment #11F rented in March 2002 for $2,300/month. The apartment is on the top floor and has panoramic views of the Hudson. The apartment has 5 rooms, 2 bedroom and two bathrooms in 1,500 SF of living space.

Other charges: Tenant pays utilities, which include electricity for heat and air conditioning. There are no extra charges for parking.

Verified: John at building management office.

RENT COMPARABLE 2

Property: Parkcrest West, 66 Caryl Avenue, Yonkers, New York.



Description: This is a 6 story rental apartment building containing 48 apartments, built in 1972. The building is fully sprinklered and has two elevators. The location is near the southwest corner of Yonkers, only a short distance north of the Bronx line. The building's appeal is average, the neighborhood is of secondary desirability.

Amenities: There is a front door security buzzer, a common room which tenants can reserve for use, and basement laundry room with coin-operated machines. Reserved outdoor and garage parking spaces are available. Kitchens are equipped with refrigerators and ranges.

Occupancy: 98%.

Subsidies and restrictions: This building is subject to ETPA regulations.

Rent: Apartment #2F was rented in October 2001 for $875/month. The apartment is on the 2nd floor. It is called a one bedroom unit but is more accurately described as a studio unit, with one bedroom and one bath in 485 SF of living space.

Apartment #3B was rented in February 2002 for $875/month. This is a nearly identical apartment to #2F except it is on the 3rd floor.

Apartment #5A was rented in April 2002 for $1,070/month. This has 4 rooms, 2 bedrooms and

one bathroom in 729 SF.

Apartment #6C was rented in November 2001 for $1,050/month. This has 4 rooms, 2 bedrooms and one bathroom in 771 SF.

Other charges: Tenant pays electric; heat and hot water are included in the rent. On-site outdoor parking is $80/mo., indoor garage spaces are $100/mo.

Verified: Management agent, by telephone 914-447-0117.

RECEIVED
APR 2 0 2004
NEW YORK QUADEL

RENT COMPARABLE 3

Property: Caryl Terrace, 100 Caryl Avenue, Yonkers, New York.



Description: This is a 6 story rental building containing 49 apartments, built in 1972. The building is fully sprinklered and has two elevators. The location is near the southwest corner of Yonkers, only a short distance north of the Bronx line. The building's appeal is average, the neighborhood is of secondary desirability.

Amenities: There is a front door security buzzer, a common room which tenants can reserve for use, and basement laundry room with coin-operated machines. Reserved outdoor and garage parking spaces are available. Kitchens are equipped with refrigerators and ranges.

Occupancy: 98%.

Subsidies and restrictions: The building is subject to ETPA regulation.

Rent: Apartment #3C was rented in August 2001 for $875/month. The apartment is on the 3rd floor. It is a studio type layout with one bedroom and one bath in 485 SF of living space.

Apartment #4C was rented in December 2001 for $900/month. The apartment is on the 4th floor. It is also a one bedroom studio and one bath in 485 SF of living space.

Apartment #4B was rented in January 2002 for $1,000/month. The apartment is on the 4th floor. It has 4 rooms, 2 bedrooms and one bath in 817 SF of living space.

Apartment #1A was rented in November 2001 for $1,150/month. The apartment is on the 4th floor. It has 4 rooms, 2 bedrooms and 1.5 bathrooms in 775 SF of living space.

Apartment #4H was rented in August 2001 for $1,200/month. The apartment is on the 4th floor. It has 4 rooms, 2 bedrooms and 1.5 bathrooms in 752 SF of living space.

Other charges: Tenant pays electric; heat and hot water are included in the rent. On-site outdoor parking is $80/mo., indoor garage spaces are $100/mo.

Verified: Management agent, by telephone 914-447-0117.

## RENT COMPARABLE 4

Property: Wincrest, 25 Sunnyside Drive, Yonkers, New York.



Description: This is a 6 story cooperative apartment building containing 55 apartments, built in 1961. The building is fully sprinklered and has two elevators. This is a conventional apartment building with average appeal. The location is near the southwest corner of Yonkers, close to the Hudson River.

Amenities: There is a central intercom system and front door security buzzer, and basement laundry room with coin-operated machines. Reserved outdoor parking spaces are available for an extra charge. Kitchens are equipped with refrigerators and ranges.

Occupancy: 100%. Most units are owner-occupied, a few individual owners rent.

Subsidies and restrictions: None.

Rent: Apartment #1J was rented in February 2002 for $1,000/month. The apartment has 4 rooms, 1 bedroom and one bath in 700 SF of living space. The rent is considered low since the apartment is on the first floor facing the street, so privacy is below average.

Other charges: Tenant pays electric; heat and hot water are included in the rent. On-site parking charge is $55/mo.

Verified: Mr. Geddes, tenant.

RENT COMPARABLE 5

Property: Crestwood Lake Apartments, 90 Beaumont Circle, Yonkers, New York.



Description: This is a large garden apartment complex built in the 1950's. It has a total of 1,083 apartments in 56 buildings. The location is just east of Central Park Avenue, very convenient to shopping and services.

Amenities: There are laundry rooms with coin-operated machines in several of the buildings. There is outdoor parking, garage spaces are available for an extra charge. Kitchens are equipped with refrigerators and gas ranges. There are some designated apartments where wiring has not been upgraded and air conditioners are not allowed. Other apartments have a large air conditioner unit in the living room wall which is supplied by the landlord. The complex is very nicely kept.

Occupancy: 100% and stable, but there is regular turnover of apartments because of the large size of this complex.

Subsidies and restrictions: Property is subject to rent stabilization.

Rent: The standard one bedroom/one bath apartment contains 730 SF of living space. Current rent is $1,070/month without air conditioning, landlord pays all utilities. One bedroom apartments with air conditioner rent for $1,150/mo. and tenant pays electric.

The standard two bedroom/one bath apartment contains 900 SF of living space. Current rent

is $1,295 to $1,315/month without air conditioning, landlord pays all utilities. Two bedroom apartments with air conditioner rent for $1,375/mo. and tenant pays electric.

There are some three bedroom/1.5 bath apartments which contain 1,100 SF of living space and have air conditioners. These rent for $1,750/month and tenant pays electric.

These rents are from a new schedule issued by management and effective May 1, 2002.

Other charges: Heat, hot water and cooking gas are paid for by the landlord. In certain designated apartments lacking air conditioners, the landlord also pays for electric, otherwise tenants pay electric. To minimize noise and also to qualify tenants, management requires tenants to install wall to wall carpet at their own expense before moving in.

Verified: Management office, Jonathan Woodner Co., owner (914-779-4844).

RENT COMPARABLE 6

Property: River Edge Apartments, 35 Maple Avenue, Hastings-on-Hudson, N.Y.



Description: This is a 2 story wood frame and brick garden apartment complex containing 114 apartments, built in 1960. 98 of the apartments have outdoor terraces and 90 of these have views of the Hudson River. The site is on the west edge of Hastings, just north of the Yonkers city line. This is competitive with the Yonkers apartment market. The site is a short walk to the Hastings train station and to stores in the village business district. We have included this as a comparable in part because a high proportion of residents are senior citizens. This is a deliberate management policy, but River Edge is not an officially-designated senior complex and apartments are not equipped for handicapped tenants or outfitted with special equipment or alarms. Physically, this is a conventional garden apartment complex.

Amenities: There is an equipped exercise room and basement laundry rooms. Each apartment has one assigned parking space. Garage spaces are available for an added charge. This has always been an owner-managed complex; management, landscaping and maintenance are above average quality for this market.

Occupancy: 100%. There is usually a waiting list of prospective tenants waiting for the next available apartment.

Subsidies and restrictions: The complex receives no subsidies but is governed by ETPA rent stabilization.

Rents: We visited this apartment complex in April 2001 for a previous rent survey and were told that asking rents were approximately $1,600/month for a one bedroom apartment containing 1,000 SF. When available, two bedroom units (1,200 SF) went for $1,800 to $2,000/month. The price differential depends on location within the complex and whether or not there is an outdoor terrace or a river view. As of May 2002 asking rents range from $1,750 to $1,850/mo. for one bedroom units and $1,900 to $2,200 for two bedrooms.

Other charges: Tenants pay electric. Heat, hot water and cooking gas are included in the rent.

Verified: Mr. Picone, landlord and managing agent, on site.

RENT COMPARABLE 7

Property: Riverhill Tower, 1105 Warburton Avenue, Yonkers, N.Y.



Description: This is a 12 story luxury apartment building containing 263 apartments, built in 1974. Every one of the apartments has an outdoor terrace with views of the Hudson River.

Amenities: There is an extensively-equipped health club, an indoor-outdoor swimming pool, a laundry room plus a laundry and dry cleaner on the premises, a multi-level indoor garage and a concierge. The first floor has a very large lobby with an attractively furnished lounge. Apartments are equipped with dishwashers and air-conditioning units in wall sleeves. The building has three elevators.

Occupancy: As of May 2002 there were 17 vacant apartments, 6 of which were leased and being prepared for new tenants. As appraisers we would consider this to be 'stabilized full occupancy' since these are unregulated luxury apartments, and some tenant turnover is necessary to maximize rents in a strong market.

Subsidies and restrictions: None.

Rents: Here is a summary of the current rent schedule for this complex as of May 1, 2002. This information was supplied to us by the management office:

| | |
|---|---|
| Studio apt., 486 SF model - | $1,003 to $1,088/month |
| Studio apt., 577 SF model - | $1,130 to $1,230/month |
| One bedroom, 700 SF model - | $1,400 to $1,460/month |
| One bedroom, 800 SF model - | $1,500 to $1,550/month |
| One bedroom, 900 SF model - | $1,560 to $1,600/month |
| Two bedroom, 1,040 SF model A (1.5 bathrooms) - | $1,800 to $1,890/month |
| Two bedroom, 1,040 SF model B (two bathrooms) - | $2,230 to $2,320/month |

Rents had been slightly higher, this lower rent schedule was set around the end of 2001. A management representative stated that this was in response to the Sept. 11 attack. There is some logic to this because Riverhill Tower is a luxury complex and a less-expensive alternative to living in Manhattan. Lowered downtown rents after Sept. 11 in say, Battery Park City, might have drawn some tenants away from Riverhill Tower. However, we are somewhat skeptical that Sept. 11 caused management to lower its entire rent schedule. We think it more likely that the prior rent schedule (shown below) was simply above what many tenants were willing to pay in Yonkers. The new schedule is perhaps more consistent with true market rent.

*Old rent schedule for Riverhill Tower, from April 2001:*

| | |
|---|---|
| *Studio apt., 486 SF model -* | *$1,200.54/month* |
| *Studio apt., 577 SF model -* | *$1,354.50/month* |
| *One bedroom, 700 SF model -* | *$1,595.29/month* |
| *One bedroom, 800 SF model -* | *$1,697.92/month* |
| *One bedroom, 900 SF model -* | *$1,700.27/month* |
| *Two bedroom, 1,040 SF model A -* | *$2,119.67/month* |
| *Two bedroom, 1,040 SF model B -* | *$2,321.33/month* |

Other charges: Tenants pay electric. Heat and hot water are included in the rent, as is parking.

Verified: Rachel Hoffman at building management office on site.

RENT COMPARABLE 8

Property: Tower at Greystone, 1020 Warburton Avenue, Yonkers, N.Y.



Description: This is a 10 story brick apartment building built in 1989. It has 67 luxury apartments, many with outdoor terraces that overlook the Hudson River. It is a corner site on the east side of the street and on the north of Odell Avenue in northwest Yonkers.

Amenities: There is a 24 hour concierge, an exercise room and outdoor swimming pool, a laundry room and covered parking on a lower level, with one space assigned to each apartment. The building is centrally air conditioned.

Occupancy: 100%.

Subsidies and restrictions: None.

Rents: Current one bedroom/1.5 bath apartment rents range from $1,650 to $1,750/month. These apartments typically contain 800 SF of space. Rent includes all utilities and parking.

Other charges: None except for tenant electric.

Verified: Mrs. Cooper, at management office on site.

The Rent Comparisons Explained

We have compared the subject apartments with similar and competitive apartments recently rented in and around Yonkers. In all cases, our comparisons are made using rent per month. Monthly rent is most important to tenants, and to most landlords. We also calculated rent per SF of living space per month, for further analysis. This will be discussed later.

Here are some of the similarities and differences we considered and adjusted for to bring the comparables into parity with the subject apartments.

*Initial adjustments* - We considered time trends and unusual motivation by landlord or tenant. None of the rents need time trend adjustments since all are current enough to reflect current market conditions. All leases are arms length transactions which represent what tenants are willing to pay and landlords willing to accept. No adjustments are necessary for unusual motivation. The apartment market has been a landlord's market for the past several years. Concessions such as free rent or gifts are unheard of in this market, and again no adjustments are needed.

*Rent restrictions* - The subject property is not governed by rent stabilization laws applicable in Westchester County. We have been asked to rely on apartment rents which are not subject to rent stabilization under the Rent Stabilization Law of 1969 and The Emergency Tenant Protection Act of 1974. This means apartments which:

1. are in buildings containing less than six units, or;

2. are in buildings completed or substantially rehabilitated as family units on or after January 1, 1974.

Rent stabilization would also not apply if an apartment is not the tenant's primary residence, or if specific luxury apartment standards are met (a monthly rent of $2,000 or more and tenants have adjusted gross income totalling $250,000 or more for the preceding two calendar years).

ETPA is widespread in the Westchester rental market and it is not easy to find apartment buildings with unregulated rents. Four of our comparables have rent stabilized apartments: Comparables 2, 3, 5 and 6. Comparable 1 is a condominium, Comparable 4 is a cooperative and Comparables 7 and 8 were both built after the 1974 cutoff date. In our observation, ETPA rents are often not much different than unregulated rents, at least for similar types of apartments. This is partly because stabilized rents are so pervasive that they influence landlord and tenant expectations throughout the region. Also, there is a fair amount of tenant mobility, and a landlord is able to catch up a bit each time a vacancy occurs. An ETPA rent is most apt to be below market when a tenant has been in the same apartment for many years. Comparing our selected rentals among themselves, there is no clear indication that ETPA building rents are at all below market. Therefore, we have not made any explicit adjustments to compensate for rent stabilization.

*Building/stories* - Westchester County is a suburb of New York City, there is a mix of low-rise and mid-rise housing. There is no clear preference pattern in the market; apartments in tall buildings do not necessarily rent for different amounts than garden apartments (Comparables 5

and 6). We see no justification for adjustments relative to the subject and the comparables. Facts about the comparables are set forth only to make a more complete presentation.

*Year built* - Newer buildings are generally preferable to older buildings and we make adjustments for this. The subject building's style and construction visibly date it from around 1960 but it was substantially renovated in 1978.

*Bedrooms and baths* - We deliberately selected comparables with the same number of bedrooms and baths as certain unit types in the subject building.

*Size* - Large apartments tend to rent for more than smaller apartments. We obtained information concerning the size of apartments in each unit type, for the subject and each of the comparables. We took special note of rents in Comparable 7, Riverhill Tower, because it has a variety of apartment sizes at different rents. We can compare different-sized one bedroom apartments to find a price differential for size, we can also do it with studio apartments.

Small one bedroom apartments in Riverhill Tower contain 700 SF, mid-sized one bedroom units contain 800 SF. The rent differential averages $105/month. Here are analyses of the size differential and its apparent effect on rent:

| | | |
|---|---|---|
| Small one bedroom | 700 SF | $1,430 avg. rent |
| Mid-sized one bedroom | 800 SF | $1,525 avg. rent |
| Difference | 100 SF | $ 95/month |

$95 / 100 SF = $0.95/SF per month per SF difference

| | | |
|---|---|---|
| Mid-sized one bedroom | 800 SF | $1,525 avg. rent |
| Large one bedroom | 900 SF | $1,580 avg. rent |
| Difference | 100 SF | $ 55/month |

$55 / 100 SF = $0.55/SF per month per SF difference

| | | |
|---|---|---|
| Small one bedroom | 700 SF | $1,430 avg. rent |
| Large one bedroom | 900 SF | $1,580 avg. rent |
| Difference | 200 SF | $ 150/month |

$150 / 50 SF = $0.30/SF per month per SF difference

Obviously this analysis does not show a definitive difference, nor should size adjustments be only arithmetic calculations. Tenants rarely if ever measure and calculate the exact size of an apartment when renting. The appearance of size is usually more important than the measured size. Still, our comparisons deal with fairly modern apartment buildings, so all floor layouts tend to be well designed and similarly functional, as opposed to odd layouts found in old converted houses. The calculations do show that size has its biggest impact on small apartments, and price differentials fade as apartments get larger. Since the subject apartments are relatively small, we will use $0.70/SF as a price differential. For one bedroom rent comparisons we will

apply $0.70/SF per month as an adjustment for size differences.

Here are examples of how this adjustment is applied:

| | |
|---|---|
| Rent Comp 1, one bedroom apts. | 605 SF |
| Subject, one bedroom apts. | 765 SF |
| Size difference | 160 SF |

| | | |
|---|---|---|
| 160 SF difference @ $0.70/SF/month | = | $112/month |
| rounded adjustment | | $110. |

| | |
|---|---|
| Rent Comp 4, one bedroom apts. | 700 SF |
| Subject, one bedroom apts. | 765 SF |
| Size difference | 65 SF |

| | | |
|---|---|---|
| 65 SF difference @ $0.70/SF/month | = | $46/month |
| rounded adjustment | | $45. |

Because of the pattern seen in the analysis above, we have made separate comparisons and size adjustment calculations for the subject's studio apartments. It is easy to see why size differences are more critical with a small apartment because there is a basic minimum size needed for a private kitchen and bathroom, plus space to meet building codes. Again, Rent Comparable 7 has two sizes of studio apartment which also give us some guidance about rent differentials.

| | | |
|---|---|---|
| Small studio, Riverhill Tower | 486 SF | $1,045 avg. rent |
| Large studio, Riverhill Tower | 577 SF | $1,180 avg. rent |
| Difference | 91 SF | $ 135/month |

$135 / 91 SF = $1.48/SF per month per SF difference

The adjustment is much greater than for one bedroom units, we attribute that to the smaller size of studio apartments, which makes each SF of space critical. Further, there is generally a shortage of housing in this market so any apartment can command a certain minimum rent. A small apartment will tend to rent for a higher per SF amount. In making rent comparisons for studio apartments, we will apply a rounded $1.50/SF per month as an adjustment for size differences.

Here are examples of how this adjustment is applied:

| | |
|---|---|
| Rent Comp 1, studio apt. | 500 SF |
| Subject, studio apts. | 580 SF |
| Size difference | 80 SF |

80 SF difference @ $1.50/SF/month = $120/month

| | |
|---|---|
| Rent Comp 3, studio apts. | 485 SF |
| Subject, studio apts. | 580 SF |
| Size difference | 95 SF |

95 SF difference @ $1.50/SF/month = $143/month
rounded adjustment $140.

*Balcony/Patio* - Many modern apartment buildings have outdoor balconies. These do not count as measured floor space, but they are usable, private and desirable living space in summer months. The prototype apartments we selected in the subject building lack outdoor balconies, making the subject apartments less appealing than comparables which do have them.

*Air conditioning* - Over the past 25± years this has evolved from a luxury to an expected standard. Some tenants in the subject building buy and install unit air conditioners, there is adequate building wiring. Most of the comparable buildings are similar, but Comparables 1 and 8 have central air conditioning, which is quieter and more comfortable than small appliance-type units. Since central air-conditioning is an exception in this market, we make only minor ($10/month) adjustments to recognize the superior appeal of central air conditioning.

*Appliances* - Cooking ranges and refrigerators are standard in apartments in this market so no adjustments are needed for them. Dishwashers have become relatively common, and some apartments have microwave ovens as well. The subject apartments do not have dishwashers or microwave ovens - unless supplied by the tenant - and we make minus adjustments for comparables that do have these appliances.

*Floor cover* - This does not usually make a difference as long as floors are clean. However, Comparable 5 has a special requirement that tenants install new carpeting when they move in. This makes all apartments quieter and also encourages tenants to remain in occupancy longer. It does cost tenants extra to move in, and we make a minus adjustment to the Comparable 5 rent, which might be higher without this requirement.

*Ownership* - The subject is and always has been a rental building. Many of our comparables are in condominiums or cooperatives because these are most similar to the subject in age, appeal and non-regulated rents. Many of the condos and coops employ professional outside managers, but condominiums tend to have better management. This is because owners are more demanding than rental tenants, and condominium owners tend to take an active role in maintaining a good living environment. We have one cooperative (Comparable 4) which still has Sponsor-held units so there is not the same dominance of owner-occupants; this is fairly similar to a well-managed rental building so we make no adjustment.

*Parking* - The subject building has a limited number of parking spaces, for which tenants must pay an additional charge of $25/month. Several of the rent comparables include a parking space at no extra charge, so we make adjustments to compensate for the subject's extra charge. The adjustments are greater with Comparables 7 and 8, which include a more desirable garage space. Comparables 2 and 3 charge significantly more for a parking space than the subject, so we make plus adjustments to recognize the subject's advantage compared to these units.

*Security* - The subject building is kept locked and there is a security guard who sits in the front lobby. He prevents unauthorized people from entering the building, he also makes rounds of the entire building at set intervals to make sure that all outside doors are locked. (There is also a closed circuit television camera which enables the building superintendent to monitor the lobby). However, the security guard is not equipped to provide concierge services or even hold

a package delivered to a tenant. The security guard is beneficial because of his presence, but he does not enhance rents in the way that a doorman or concierge would. We make plus adjustments because the subject's security guard is better than no guard at all, but minus adjustments because tenants will pay more rent to have a doorman or concierge.

*Pool and Recreation Area* - Some of the apartment buildings in this market have recreational facilities that tenants can use. This can be a swimming pool or an exercise room. In some cases, it is an elaborate health club with an indoor pool, sauna, showers and a full complement of exercise machines. Whether or not the facilities are used, tenants tend to rent faster and pay more when such facilities are available in the building. The subject building does not have any recreation facilities of this type, putting it at a relative disadvantage.

*Business Center* - Neither the subject nor any of the comparables have business centers. These are on-site offices where tenants can use desks, computers, copy machines, fax machines and possibly a conference room for business purposes. There are perhaps three or four apartment complexes in this region which have business centers but they are so unusual that tenants do not expect them. They have no impact on market rent at this time.

*Services* - Waterview Apartments do not provide any special services for its tenants, which is typical of the market. No adjustments are made in this category.

*Utilities* - Rents vary depending on whether the landlord or tenant pays for certain services, such as heat, hot water, cooking gas, etc. We have used the subject as a benchmark and adjusted all of the comparables accordingly. Tenants in some of the units pay only for cooking gas, we checked with Con Edison (the local gas utility) and found that the minimum charge for this is $15/month. The extra cost for tenant-paid hot water would not be proportionately greater because $15 is the minimum, so a tenant paying for cooking gas and hot water might typically pay around $30/month.

Here are a few comments which relate the subject apartments specifically to the rent comparables.

Comparable 1 is an isolated waterfront redevelopment project on the edge of downtown Yonkers. The setting is dramatic, overlooking the Hudson River, but the still-industrial character offsets any advantage this location might have over the subject site. The building was converted into luxury condominium apartments in 1987, it looks newer and more appealing than the subject building. There are a lot of young tenants in this building, it has a nice health club and above-average common areas for socializing.

Comparables 2 and 3 are nearby rental buildings in an old, congested neighborhood about one block from the Bronx line. The location is less desirable. These buildings are under the same ownership and management, they are fairly conventional six story brick elevator buildings built in 1972. These buildings are subject to ETPA regulation but tenants are fairly mobile so, with only occasional exceptions, rents tend to keep pace with the market. The subject building is newer, better kept and better managed.

Comparable 4 is physically reminiscent of Comparables 2 and 3 but it is better located, near the Hudson River. Partly because of this better location it was converted to cooperative ownership.

It is still less desirable than the subject, in part because it is physically older and not as well modernized.

Comparable 5 is a large garden apartment complex just off Central Park Avenue in north Yonkers. It is a relatively old complex (1950's) but is owner managed and has large apartments. ETPA rent regulations apply to this property but there is a regular turnover of tenants and most rents are at or close to market, certainly the current rent schedule for new tenants is not diminished by ETPA. Apartments in this complex are fairly large. One interesting issue is that management requires new tenants to install carpeting. This is an unusual but effective management ploy, it diminishes interior noise and encourages tenants to stay long enough to justify their investment. However, the carpeting is an extra charge and probably makes tenants reluctant to pay as high rents as if carpet were supplied by the landlord.

Comparable 6 is a garden apartment complex in Hastings-on-Hudson, a competitive location for Yonkers apartments, but superior. Some Yonkers residents have moved to Hastings for the schools, or to avoid Yonkers' income tax (administered as a surcharge on N.Y. state income tax). Most of the apartment complexes in Hastings were converted to cooperatives, this is one of a few remaining rental buildings in the village and it is one of the most desirable. Many of the tenants are senior citizens who have always lived in Hastings - or Yonkers - and don't want to leave. There are so many senior citizen tenants that this complex gets regular visits from the public services which assist seniors, as the subject building does. This complex is governed by rent stabilization laws but occupied apartment rents are increased to the maximum allowed, and management is aggressive about remodeling and seeking increases whenever a vacancy occurs. Our market study indicates that the current rent scale is as high as it would be without any regulation. Comparable 6 benefits from its large apartments and owner-management but also from a limited supply of rental apartments and a lack of new apartment construction in and near Hastings.

Comparable 7 is a luxury rental tower in north Yonkers. This has different sized apartments in the same building, and we use the average rent within each category (studio, one bedroom, two bedroom, etc.). This is arguably the premier rental building in Yonkers, it offers amenities that are more typically found in Manhattan. The building has a regular turnover of tenants such as young professional singles and couples, and visiting executives. ETPA regulations do not apply here and rents typically set or push the limits of the market. Management lowered its rent schedule recently, which indicates that the market's limits may be as influential as ETPA regulations.

Comparable 8 is another luxury rental tower in north Yonkers, only a few blocks south of Comparable 7. The building is the most modern, with superb amenities and services. ETPA regulations do not apply to this building. Comparable 8 is the most desirable apartment complex of our comparables and is superior to the subject in every way.

*Reconciliation* - The comparables give us a broad cross section of market rents and the adjustments on the grids bring these rents into a more narrow pattern, making it easier for us to conclude a subject rent. Before we reach such a conclusion, it is appropriate to review the relevance of some of the comparables so we can decide if some merit more emphasis than others.

Comparables 2 and 3 stand out for their low rents. We attribute this to several factors; a less desirable street, relatively older buildings with minimal amenities, and management which seems less active than average for this market. The rents paid in these buildings can be taken as a minimum threshhold which the subject apartments will readily exceed.

Comparable 6 competes in the same market as the subject because Hastings abuts Yonkers. Hastings is the more valuable location, and there is a smaller supply of rental apartments in Hastings itself, for those tenants who insist on being in Hastings village. That explains this complex's high rents and waiting list for apartments. Admittedly these are very large apartments, and a garden apartment layout has added appeal to a senior citizen who may have owned a private home for decades. Again, this comparable demonstrates the purchasing power in this market. Tenants can and will pay a premium for a desirable living situation which is not widely available.

Comparables 7 and 8, the rents in Riverhill Tower and Greystone, stand out because they are so much higher than any others. This is because of their location, age and the level of service they provide for tenants. Both buildings have ornate lobbies, health clubs as good as commercial clubs in the region, and true concierge service. These features appeal to busy executives who work long hours in Manhattan, and would otherwise rent a Manhattan apartment at Manhattan prices. Riverhill and Greystone are therefore able to transcend some of the local market's limitations. In effect, they achieve higher rents by offering a special product. The same marketing principal can be applied to the subject, which is a special product catering to senior citizen tenants. The scarcity or lack of a similar real estate product in this market enables the subject to select better tenants and achieve higher rents.

We can rely on the pattern of market rent outlined by all of our comparables. For one bedroom apartments, the overall average shown by 8 comparable rents is $1,325/mo., after adjustments the average is $1,218/mo. From this, the concluded market rent for a typical 765 SF one bedroom apartment in Waterview Apartments is $1,150/month.

We made separate comparisons for a typical 580 SF studio apartment in the subject building. For studio apartments, the overall average shown by 5 comparable rents is $1,020/mo., after adjustments the average is $1,055/mo. Our market survey indicates that studio apartments are not in abundant supply. If we overlook Comparables 2 and 3, both in inferior buildings, it seems that a studio apartment can be hard to find for less than $1,000/month. With this in mind, the concluded market rent for a typical 580 SF studio apartment in Waterview Apartments is $975/month.

In reaching these rent conclusions, we considered the relationship of the subject apartments to rents paid for other non-regulated and non-subsidized apartments in the same market. We also considered the interrelationship of rents within the same building. In any multi-tenant building it is important to create enough of a price gap so that tenants do not all compete for the same unit type. For example, if one bedroom apartments were only $25/mo. more than studios, there would be a waiting list for the one bedrooms and studios would sit vacant. The gaps between our market rents are considered reasonable and appropriate.

The Rent Comparison Grids

The grids on the following pages illustrate adjustments which were made to bring each sale into parity with the subject. Each sale is compared to the subject, and the adjustments help to indicate what price the comparable might have sold for if it were more like the subject. With several different sales on the same grid, we get to see a market pattern. The grid explains the sale comparison process in a manner similar to a graph.

> When the subject property is superior to the comparable sale, a **plus** adjustment is applied to show that the subject would be worth more.

> When the subject property is inferior to the sale, a **minus** adjustment shows that the subject would sell for less.

The amount of the adjustment is sometimes based on cost differences and sometimes on the appraiser's judgment as to how much each individual factor would influence a difference in value. Prior to preparing each grid, the sales were compared among themselves to see if clear price differences could be ascertained from the market data. In all cases, the controlling element in selecting the amount of adjustments is the influence which each factor could have on the decision of a typical buyer in the market.

At the conclusion of the grids, final value indications are selected based upon stronger similarities of some sales and the prevailing price pattern indicated by each grid.

We have prepared three grids. The first two estimate market rent for a typical 765 SF one bedroom subject apartment, the third grid applies to a typical 580 SF studio apartment in Waterview, the subject property.