Please do not hesitate to contact me with any concerns or questions. I may be reached at (315) 428-1800 x 234, or via email at LGravina@NYQuadel.com.

Sincerely,

Lindy J. Gravina

Lindy J. Gravina
Contract Renewal/Rent Specialist

cc: ICAP

# Rent Schedule
# Low Rent Housing

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

RECEIVED
APR 30 2004
NEW YORK QUADEL

OMB Approval No. 2502-0012 (exp. 1/31/2007)

See page 3 for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (mm/yyyy) |
|---|---|---|
| LaMartine Terrace NY36-0010-003 | Non Insured | 5/10/04 |

**Part A – Apartment Rents**
Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date (mm/dd/yyyy) 10 / 14 / 02) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 0 BR | 16 | $1,017 | $16,272 | $39 | $1,056 | | |
| 1 BR | 30 | $1,105 | $33,150 | $40 | $1,145 | | |
| 2 BR | 36 | $1,213 | $43,668 | $50 | $1,263 | | |
| Total Units | 82 | Monthly Contract Rent Potential (Add Col. 4)* | $93,090 | | | Monthly Market Rent Potential (Add Col. 8)* | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | $1,117,080 | | | Yearly Market Rent Potential (Col. 8 Sum x 12)* | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

**Part B – Items Included in Rent**

**Equipment/Furnishings in Unit** (Check those included in rent.)

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [ ] Disposal
- [ ] Dishwasher
- [ ] Carpet
- [ ] Drapes

**Utilities** (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item) E=electric; G=gas; F=fuel oil or coal.

- [x] Heating F
- [ ] Cooling
- [x] Hot Water F
- [x] Cooking G
- [ ] Lights, etc. E

**Services/Facilities** (check those included in rent)

- [x] Parking
- [x] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] Nursing Care
- [ ] Linen/Maid Service

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Rent Loss Due to Non-Revenue Units | | $ |

**Part E – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F – Maximum Allowable Rent Potential**

Enter Maximum Allowable Monthly Rent Potential From Rent Computation Worksheet (to be completed by HUD or lender) $ 93,090

Previous editions are obsolete



form HUD-92458 (3/94) ref Handbook 4350.1

EXHIBIT 33
PENGAD 800-631-6989

597

PPAP-QUA-00562

RECEIVED
APR 30 2004
NEW YORK QUADEL

**Part G – Information on Mortgagor Entity**

Name of Entity: PARK PROPERTIES ASSOCIATES, LP

Type of Entity
☐ Individual ☐ General Partnership ☐ Joint Tenancy/Tenants in Common ☐ Other (specify)
☐ Corporation ☒ Limited Partnership ☐ Trust

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:
- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number |
|---|---|
| Friendly Management, Inc., General Partner | 59-334036 |
| Jerome Z. Ginsburg, President, General Partner | 104 28 5787 |
| The MG-1996 Irrevocable Trust, Limited Partner | 59-7082620 |
| Lorraine A. Ciero, Trustee | 058 30 1381 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature | Date (mm/dd/yyyy) |
|---|---|---|
| Jerome Z. Ginsburg, President, GP | [signature] | 04/29/04 |

**Part I – HUD/Lender Approval**

| | | |
|---|---|---|
| Addendum Number | Branch Chief/Lender Official Signature [signature] | Date (mm/dd/yyyy) 5/4/04 |
| HAP Contract Number | | |
| Exhibit Number | Director, Housing Management Division Signature [signature] | Date (mm/dd/yyyy) 5/3/04 |
| Loan Servicer Signature / Date (mm/dd/yyyy) | | |

Public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

This collection of information is authorized under Section 207 of the National Housing Act. The information is necessary for the Department to ensure that project owners are not overcharging their tenants and to ensure that the rent levels approved by the Department are not exceeded. The Department uses this information to enforce rent regulations which otherwise would be difficult because there would be no clear record of the rents and charges that the Department had approved. In addition, the Department needs to periodically collect information regarding project principals, so unauthorized participation by previously excluded or otherwise undesirable owners can be detected. This information is required to obtain benefits. HUD may disclose certain information to Federal, State, and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside [illegible], except as required and permitted by law.

## Instructions

All project owners must submit the form HUD-92458 when requesting an adjustment to project rents. HUD establishes and approves rental charges and utility allowances on the Form. The owner is responsible for notifying tenants of the approved rents.

**General.** For projects with fully-insured or HUD-held mortgages, the owner/agent submits this Form to the HUD Field Office. For projects with coinsured mortgages, the owner/agent submits this Form to the lender.

**Part A.** If the monthly rent potential you are proposing is less than or equal to the Maximum Allowable Monthly Rent Potential approved by HUD/lender on your original Rent Formula or on your most recent Rent Computation Worksheet, complete all of Part A according to the instructions below. If the monthly rent potential you are requesting exceeds the Maximum Allowable Monthly Rent Potential approved by HUD/lender on your original Rent Formula or on your most recent Rent Computation Worksheet, complete only Columns 1 and 2 according to the instructions below. Show your proposed rents and monthly rent potential in the cover letter transmitting your rent increase request.

**Column 1.** Show each type of unit for which rents will vary. Show the number of bedrooms and bathrooms and other features that cause rents to vary (e.g., 2 BDM, 1 B, DA, KETTE, vs 2 BDM, 2B, DR, K). Use the following symbols:

| | | |
|---|---|---|
| BDM | - Bedroom | LR - Living Room |
| B | - Bath | DR - Dining Room |
| K | - Kitchen | DA - Dining Alcove |
| KETTE | - Kitchenette | |

**Column 2.** Show the number of units for each unit type. Include non-revenue producing units.

**Column 3.** For unsubsidized projects, show the rent you intend to charge for each unit type. For subsidized projects, show the contract rent (as defined in HUD Handbook 4350.3) for each unit type.

**Column 4.** For each line, multiply the contract rent in Column 3 by the number of units in Column 4. Add monthly contract rent potentials for each unit size to compute the total monthly contract rent potential. Multiply the monthly total by 12 to compute the annual contract rent potential.

**Columns 5 and 6.** Complete the Columns only if the project has a subsidy contract with HUD and some utilities are not included in the rent. In Column 5, show the utility allowance for each unit type. Compute the gross rent for each unit type by adding the contract rent in Column 3 and the utility allowance in Column 5. Show this amount in Column 6.

**Columns 7 and 8.** Complete these Columns only if the project is receiving Section 236 Interest Reduction Payments. In Column 7, show the market rent for each unit type. In Column 8, for each line multiply the market rent in Column 7 by the number of units in Column 2. Add the monthly market rent potentials for each unit size to compute the total monthly market rent potential. Multiply the monthly total by 12 to compute the annual market rent potential.

**Parts B, C, D and E.** Complete these Parts according to the instructions on the Rent Schedule.

**Part F.** Do not complete this Part. The HUD Field Office/lender will complete this Part.

**Parts G and H.** Complete these Parts according to the instructions on the Rent Schedule.

**Part I.** Do not complete this Part. The HUD Field Office/lender will complete this part.

RECEIVED
JAN 22 2001

NEW YORK QUADEL

Note
Please disregard the "on/or BEFORE" SUBMISSIONS DATE. Still, your quick Response to this letter would be greatly appreciated.

January 18, 2001

Valentine Property Assocciates
84 Business Park DR
Armonk, NY 10504

**RE: Notice of Potential Rent Adjustment**
**VALENTINE LANE**
**NY360003011**

Dear Sir or Madam:

Effective December 1, 2000, New York Quadel Consulting Corporation (NYQ) became the Section 8 Contract Administrator for this contract. Our records indicate that your Housing Assistance Payments Contract anniversary date is **February 18, 2001**. If it is your intention to apply for an Annual Adjustment Factor (AAF) at this time, please submit all necessary worksheets and information on or before **December 20, 2000**.

It is in your best interest to ensure that any rental increase awarded may be in effect at the time of the aforementioned anniversary date. Any delays in receiving information or, incomplete information, could delay the effective date of this rent increase. Please refer to HUD Handbook 4350.1, chapter 34 and chapter 7, Section 4, Adjustments of Utility Allowances and HUD Notice 00-14.

Please do not hesitate to contact me at New York Quadel with any concerns or questions regarding this application or the approval process. I can be reached by telephone at the number below or by email at **boneill@nyquadel.com.**

Sincerely,

B O'Neill

Bill O'Neill
Rent Specialist

212-349-5888

cc: G. Sheridan, NY Quadel
R. Printz, HUD NY HUB

115 BROADWAY, THIRD FLOOR
NEW YORK, NEW YORK 10006
P 212.349.5888
F 212.349.3888
nyq@nyquadel.com

EXHIBIT 39
ALL-STATE LEGAL®

SUITE 103

84 BUSINESS PARK DRIVE, SUITE 103, ARMONK, NEW YORK 10504 (914) 273-5800 TELEFAX (914) 273-6563

May 11, 2001 Via Federal Express

Quadel
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Attn: Barry Cummings

Project Name: Valentine Lane
Contract No. NY 360003011

RE: Subject Rent Increase for Fiscal Year 2001.
2 BR Units below FMR
0 and 1 BR Units Over FMR Increase Applied For Under RCS

Dear Mr. Cummings:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover reports.
3. Tenant utility allowance change recommendation.
4. Adjustment work sheets
   AAF - for 2 BR
   RCS - 0 & 1 BR
5. New rent schedules.
6. Rent comparability Study.
7. Owners Certification of compliance under Section 4-4 of Notice H00-12 (RCS)
8. Owners Certification of Compliance with Requirement of Notice (AAF).

If there are any other documents necessary to process these increases, please advise me immediately.

Thanking you in advance for your courtesy.

Very truly yours,

VALENTINE PROPERTIES ASSOCIATES, LP

By: [signature], President
Friendly Management, Inc.
General Partner
JZG:lac
Enc.

EXHIBIT
41



PPAV-NYH-00033

July 12, 2001

Friendly Management, Inc.
84 Business Park Drive, Suite 103
Armonk, New York 10504

Dear Jerome:

RE: Annual Adjustment Rent Increase
Valentine Lane Apartments
Contract # NY36-0003-011

We have processed an annual adjustment of rents for the units covered by the Section 8 Contract. As a result of the adjustment, we are approving and you may implement the rents shown below. The effective date of the increase is August 1, 2001. Please understand that since we were not the Contract Administrators of this contract for previous years, we are not authorized to process the retroactive AAF rent increase requested.

| Unit Type | Number of Units | Current Contract Rents | New Contract Rents | UA | New Gross Rents |
|---|---|---|---|---|---|
| 0BR | 9 | $880 | $892 | $24 | $916 |
| 1 BR | 99 | $994 | $1,016 | $26 | $1,042 |
| 2 BR | 2 | $1,138 | $1,162 | $30 | $1,192 |

At this time there is no change to the utility allowance, as you failed to provide the supporting documentation for this increase. In order to receive this increase, copies of the consumption reports from your utility company must accompany your increase request for those units that were surveyed. Enclosed please find two draft Low Rent Schedules; HUD-92458, reflecting the new approved increase for 2001. Please execute both copies of the Low Rent Schedules and return to our office within 10 days upon receipt.

Please do not hesitate to contact me with any concerns or questions regarding this application or approval process. I can be reached at (315) 428-1800.

Sincerely,

File copy

Mr. Tracy S. Newman
NYQ Rent Adjustment/ Renewal Manager

cc: Mr. Barry D. Cummings-NYQ Regional Operations Director
Pattie Slaton-CAOM-HUD
Linda Given – HTF Project Coordinator

ALL-STATE LEGAL® EXHIBIT 42



PPAV-NYH-00034

SUITE 103

84 BUSINESS PARK DRIVE, SUITE 103, ARMONK, NEW YORK 10504 (914) 273-5800 TELEFAX (914) 273-6563

JUN 05 2002

NEW YORK QUADEL

June 04, 2002 Via Federal Express

Ms. Kim Shirtz
Quadel
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Project Name: Valentine Lane Contract # NY 360003011

RE: Subject Rent Increase for Fiscal Year 2002
0 BR units over FMR Increase applied for under RCS

Dear Ms. Shirtz:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover reports.
3. Tenant utility allowance change recommendation.
4. Adjustment work sheets
   RCS - 0 BR
5. New rent schedules.
6. Rent Comparability Study dated May 20, 2002.
7. Owners Certification of Compliance under Section 4-4 of Notice H00-12 (RCS)
8. Owners Certification of Compliance with Requirement of Notice (AAF).

If there are any other documents necessary to process these increases, please advise me immediately.

Please note, 1-bedroom and 2-bedroom rent increases were submitted previously on May 8, 2002

Thank you in advance for your courtesy.

Very truly yours,

VALENTINE PROPERTIES ASSOCIATES, LP.

By: ______________________ President
Friendly Management, Inc.
General Partner
JZG:lac
Enc.

EXHIBIT
45

ALL-STATE LEGAL®

# RENT COMPARABILITY STUDY

BY

AMERICAN PROPERTY COUNSELORS
Real Estate-Market Studies-Appraisals

80 Business Park Drive
Armonk, New York 10504

## LANE HILL APARTMENTS

## 50 ST. ANDREWS PLACE

## YONKERS, NEW YORK

**APC File #2247**

EXHIBIT
ALL-STATE LEGAL®
46

# AMERICAN PROPERTY COUNSELORS

REAL ESTATE ANALYSIS • MARKET STUDIES • APPRAISALS

80 BUSINESS PARK DRIVE
ARMONK, NEW YORK 10504
TELEPHONE (914) 273-4000
FAX (914) 273-4099

May 20, 2002

Jerome Ginsburg
JZG Resources
84 Business Park Drive
Armonk, New York 10504

Re: Lane Hill Apartments, Yonkers, New York

Dear Mr. Ginsburg:

Here is the Rent Comparability Study you requested for Lane Hill Apartments, situated at 50 St. Andrews Place in the City of Yonkers, Westchester County, New York. The purpose of the study is to estimate the market rents for units that will be assisted under a renewed Section 8 contract. Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of the date of this report, if the tenants were not receiving rental subsidies and rents were not restricted by HUD or other government agencies.

Based upon my independent investigation and analysis, the current market rent for a one bedroom apartment in this building is **$1,100/month**, and the market rent for a studio apartment is **$950/month.**

This Rent Comparability Study was prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP) and the supplemental standards of HUD Notice H 00-12. Market rents were defined and estimated in accordance with Section 3 of Notice H 00-12. I understand that HUD/the Section 8 Contract Administrator (CA) and the project owner will use my estimate of market rents to determine: 1) the owner's options for renewing the project's Section 8 contracts; 2) the maximum rents allowed under any renewal contract.

We trust you will find this Rent Comparability Study to be satisfactory and in good order. Please contact us if we can provide any further clarification or assistance in this matter.

Sincerely yours,
AMERICAN PROPERTY COUNSELORS

By: Kenneth L. Golub, MAI

TABLE OF CONTENTS

Summary of Important Facts and Conclusions . . . 2

**INTRODUCTION**

Purpose of the Rent Study . . . 3
Definition of Market Rent . . . 3
Property Identification and Ownership . . . 3
Description of the Property . . . 3
  Property Shown on Yonkers Tax Map . . . 4
  Subject Photographs . . . 7
The Subject Location . . . 9
  The Immediate Setting . . . 9
  The Subject Neighborhood . . . 9
  Yonkers, New York . . . 10
The Westchester County Housing Market . . . 12

**VALUATION**

Market Rent Study - Comparison Approach . . . 14
  Rent Comparables . . . 15
  The Rent Comparisons Explained . . . 29
  Rent Comparison Grid - One Bedroom Apts. . . . 37
  Rent Comparison Grid - Studio Apts. . . . 39
Review and Final Rent Conclusions . . . 40
Certification of the Appraiser . . . 42

**EXHIBITS**

Rental Brochure and Floor Layout . . . 44
Interior Photographs . . . 47
Lane Hill Apts. Rent Roll . . . 50
Rent Comparables Location Map . . . 53

**ADDENDA**

Scope of Work . . . 55
Assumptions and Limiting Conditions . . . 55
Qualifications of the Appraiser

## SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

| | |
|---|---|
| HUD IDENTIFICATION: | Contract No. NY 360003011<br>EIN # 59 3383528 |
| LOCATION OF PROPERTY: | 50 St. Andrews Place, City of Yonkers, Westchester County, New York |
| OWNER: | Valentine Properties Associates, L.P.<br>c/o Jerome Ginsburg, JZG Resources<br>84 Business Park Drive<br>Armonk, New York 10504 |
| TAX MAP IDENTIFICATION: | City of Yonkers, Section 1 Block 124 Lot 26 |
| VALUE APPRAISED: | Market rent |
| RIGHTS APPRAISED: | Occupancy by lease |
| LAND AREA: 0.9 acre | BUILDING: 8-story brick |
| PROPERTY TYPE: | 109 unit rental apartment building |
| DATE OF VALUE: | May 20, 2002 |
| CONCLUDED MARKET RENTS: | One bedroom - $1,100/mo.<br>Studio - $950/mo. |

## INTRODUCTION

## PURPOSE OF THE RENT STUDY

The purpose of this study is to estimate current market rent for apartments in the subject property, as identified. The rent estimate is applicable under conditions in effect on and around May 20, 2002.

## DEFINITION OF MARKET RENT

Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of the date of this report, if the tenants were not receiving rental subsidies and rents were not restricted by HUD or other government agencies.

## PROPERTY IDENTIFICATION AND OWNERSHIP

The subject property is called Lane Hill Apartments. It has a mailing address at 50 St. Andrews Place, Yonkers, New York. It is situated on the south side of St. Andrews Place, directly across from the intersection with Cliff Avenue. The site extends back to the north side of Valentine Lane. This is in the City of Yonkers, Westchester County. The property is further identified on municipal tax maps as Section 1 Block 124 Lot 26.

The owner of record is Valentine Properties Associates, L.P., c/o Jerome Ginsburg, JZG Resources, 84 Business Park Drive, Armonk, New York 10504. The owner's office happens to be next door to the office of American Property Counselors in Armonk Business Park. As will be noted later in our certification, there is no business affiliation between the appraiser and this client, nor had we ever had any contact prior to arranging for this Rent Comparability Study. It is our understanding that the property has been under the same ownership and management for over ten years.

Mr. Ginsburg advised us that he has been involved in the development, ownership and management of many multi-family housing complexes in Westchester County, including Riverhill Tower, which is described later in this study as Rent Comparable 7. Mr. Ginsburg provided some useful insights about that and some other properties we looked at, but he sold his interest in Riverhill years ago and is no longer involved with that property.

## DESCRIPTION OF THE PROPERTY

The subject of this study is an 8 story brick elevator apartment building. The building is designated for occupancy by senior citizens. This is so-called 'independent living,' the apartments are private and have their own kitchens, and all are equipped with special bathroom fixtures, bathroom grab bars and personal alarms which enable a resident to summon help via a hall light and direct alarm to the superintendent's quarters. In other respects, this is a conventional 109 apartment building.


SOUTH BROADWAY
RADFORD STREET
ST ANDREWS PLACE
VALENTINE LANE
GRAY PLACE
ELLIOTT AVE.
LIVINGSTON AVE.
South Yonkers Pres Church
Subject
125
124
131
48
49
50
8
4

**Site**

The site is an irregular ell-shape with 235.71 feet of frontage on the south side of St. Andrews Place and 141.50 feet along the north side of Valentine Lane. The site contains an estimated 40,000 SF (just under one acre) of land.

Natural terrain slopes up to the south, this is a rocky neighborhood and Valentine Lane is about 40 feet higher than St. Andrews Place. The site has been graded and terraced so most of the land is close to the grade of St. Andrews Place. The building's main entry is on the east side, with a gently downsloping entry walk. This walk has been lined with a native stone retaining wall, which also borders part of the parking lot. The building is set into a rock hillside and there is a rear entry at the higher grade of Valentine Lane. There is a parking lot here but it is kept closed and screened and tenants use it as a place to sit and socialize in warm weather.

There is a paved parking lot on the east side of the site. This has 40 car parking spaces, which is more than needed for senior residents of the building. Off-street parking is at a premium in this neighborhood. Tenants can rent a parking space for $25/month. The building superintendent advised us that management chooses not to lease parking spaces to non-tenants so that building residents are not disturbed by parking lot activity.

The St. Andrews Place frontage is attractively landscaped with inlaid brick walkways leading to the main entry. There are several outdoor benches and ornamental landscape plantings bordering the walkway. There is also a mortared stone wall bordering the entry walk. This stone wall is as much as 8 feet high near the door and is a significant enhancement to the appeal of the building's entry.

**Building**

The building is an eight story steel frame, concrete block and brick structure designed with setbacks on the upper floors along the north side. Exterior windows are aluminum frame thermopane and there is a flat asphalt roof with washed stone ballast.

Access into the building is only by key, with a glass-enclosed outer lobby leading to the locked entry door. The outer lobby is also locked during the night. There is a security guard who sits in the inner lobby. There is also an on-site superintendent.

At the entry grade is a small lobby with two elevators and a mailroom. Also on the lobby level are gas-fired hot water boilers and electrical panels for the building. The heating system is two gangs with a total of 14 residential style boilers. Three of these are dedicated for domestic hot water, with two storage tanks and a circulator motor on a domestic hot water loop. (Because of terrain, there is no basement). On the third floor are a coin-operated laundry and a meeting room with a kitchenette. All of the hallways in the building are sprinklered and there is a central smoke and heat alarm system.

Interior hallways are carpeted, with painted sheetrock walls and ceilings are concrete planks for the floor deck above, covered with white sand paint. Hallway lighting is by fluorescent fixtures and apartment doors are painted fire-rated steel. Each floor has a garbage chute connected to a compactor on the lower level.

**Site**

The site is an irregular ell-shape with 235.71 feet of frontage on the south side of St. Andrews Place and 141.50 feet along the north side of Valentine Lane. The site contains an estimated 40,000 SF (just under one acre) of land.

Natural terrain slopes up to the south, this is a rocky neighborhood and Valentine Lane is about 40 feet higher than St. Andrews Place. The site has been graded and terraced so most of the land is close to the grade of St. Andrews Place. The building's main entry is on the east side, with a gently downsloping entry walk. This walk has been lined with a native stone retaining wall, which also borders part of the parking lot. The building is set into a rock hillside and there is a rear entry at the higher grade of Valentine Lane. There is a parking lot here but it is kept closed and screened and tenants use it as a place to sit and socialize in warm weather.

There is a paved parking lot on the east side of the site. This has 40 car parking spaces, which is more than needed for senior residents of the building. Off-street parking is at a premium in this neighborhood. Tenants can rent a parking space for $25/month. The building superintendent advised us that management chooses not to lease parking spaces to non-tenants so that building residents are not disturbed by parking lot activity.

The St. Andrews Place frontage is attractively landscaped with inlaid brick walkways leading to the main entry. There are several outdoor benches and ornamental landscape plantings bordering the walkway. There is also a mortared stone wall bordering the entry walk. This stone wall is as much as 8 feet high near the door and is a significant enhancement to the appeal of the building's entry.

**Building**

The building is an eight story steel frame, concrete block and brick structure designed with setbacks on the upper floors along the north side. Exterior windows are aluminum frame thermopane and there is a flat asphalt roof with washed stone ballast.

Access into the building is only by key, with a glass-enclosed outer lobby leading to the locked entry door. The outer lobby is also locked during the night. There is a security guard who sits in the inner lobby. There is also an on-site superintendent.

At the entry grade is a small lobby with two elevators and a mailroom. Also on the lobby level are gas-fired hot water boilers and electrical panels for the building. The heating system is two gangs with a total of 14 residential style boilers. Three of these are dedicated for domestic hot water, with two storage tanks and a circulator motor on a domestic hot water loop. (Because of terrain, there is no basement). On the third floor are a coin-operated laundry and a meeting room with a kitchenette. All of the hallways in the building are sprinklered and there is a central smoke and heat alarm system.

Interior hallways are carpeted, with painted sheetrock walls and ceilings are concrete planks for the floor deck above, covered with white sand paint. Hallway lighting is by fluorescent fixtures and apartment doors are painted fire-rated steel. Each floor has a garbage chute connected to a compactor on the lower level.

LANE HILL APARTMENTS, YONKERS, NEW YORK



An overview of the building, looking southeast from St. Andrews Place.



The entry to the building, facing south.

NEIGHBORHOOD IMPRESSION



A view looking east along St. Andrews Place. On the right is Lane Hill Apartments. At the end of the block, in the distance, is South Broadway, a neighborhood shopping district.

## THE SUBJECT LOCATION

The location of real estate is critical to its use, marketability and value. Our description and analysis of the subject's location begins with its immediate setting and proceeds geographically outward to the neighborhood and the general locale.

### The Immediate Setting

**NORTH** - St. Andrews Place, a residential street which is one-way eastbound. Yonkers tries to discourage traffic from using this as a through-street, it is winding and has stop signs on practically every block. Most of the St. Andrews Place is lined with large 50-75 year old wood frame homes which are now small apartment buildings, there are also a few apartment structures, of which the subject is the largest. The subject site is directly across from the intersection of Cliff Avenue, another residential street.

**EAST** - More 50-75 year old houses with apartments, and a few small apartment buildings. One long block to the east is South Broadway, which has neighborhood retail stores. The subject site is within easy walking distance of food markets and convenience stores.

**SOUTH** - Valentine Lane, a two-way street lined mostly with 4 to 6 story brick apartment buildings. Valentine Lane is an estimated 40 feet higher than St. Andrews Place, the next street to the north. The subject site has frontage on Valentine Lane which is screened by a four foot high fence. There appears to be a service entrance but this is not used by residents. As a practical matter, this is the rear of the subject property.

**WEST** - More old houses with apartments. About two blocks west is Riverdale Ave., an important north-south traffic artery. Directly across Riverdale Avenue at St. Andrews Place is the 3rd Precinct of the Yonkers Police Department. The proximity of a large police station is an advantage for the neighborhood.

Comments: The setting is a stable blue collar apartment neighborhood. The good quality of maintenance suggests that many buildings are owner-occupied, and that creates a setting that enhances the appeal of this location as a nice place to live. Nearby South Broadway was once an important shopping hub in Yonkers, but it was long ago overshadowed by suburban shopping centers. It now has an incomplete retail mix and hardly any chain stores. Nevertheless, there is a choice of small supermarkets and enough retail variety for daily needs.

### The Subject Neighborhood

The subject's neighborhood is southwest Yonkers, bounded on the north by Yonkers Avenue and the Cross-County Parkway, on the south by the New York City line, on the west by the Hudson River and on the east by the New York State Thruway. This is an old, fully developed urban neighborhood which grew up as an early suburb of the Bronx. It includes the Yonkers central business district.

This is a neighborhood with unusual geological diversity, and natural terrain is still quite visible, even in this developed urban landscape. The neighborhood is part of the Manhattan prong, a dense geological structure of granite and gneiss which extends south to become Manhattan. Within the neighborhood are sheer rock palisades bordering the Hudson River, ridges, steep hills and narrow valleys. Many of the residential streets in this part of the city are narrow, winding and steep.

The most prominent open spaces in the neighborhood are in areas overlooking the Hudson River, and Tibbetts Brook Park (county-owned). Yonkers also has many small neighborhood parks, such as Pelton Park. Open space does not seem to make a dramatic impact on the overall character of the neighborhood, possibly because open space is overshadowed by the neighborhood's diverse terrain.

Like all of Yonkers, this neighborhood has excellent transportation links, including Metro North trains to Grand Central Station. The neighborhood is crossed by the New York State Thruway, the Cross-County Parkway and the Saw Mill River Parkway. These links make it easy for neighborhood residents to work and shop throughout the metropolitan region.

The neighborhood is almost fully built up. Most of the undeveloped land which remains was passed over because of steep and rocky terrain. There is a demand for such parcels today, and redevelopment also takes place. Yonkers is at some disadvantage in this region because municipal politics and bureaucracy are deeply entrenched and there is also a city income tax. This restrains real estate activity and property values, but only to a certain extent. The population and infrastructure of Yonkers provide enough internal demand to support the market.

We do not expect to see a great deal of change in this neighborhood in coming years. The extent of existing development and difficult terrain limit the possibilities for change. The neighborhood is stabilized to some degree by economic ties to the economy of New York City and the surrounding region. We predict stability for the neighborhood's future.

<u>Yonkers, New York</u>

The subject is in Yonkers, New York State's 4th largest city. Yonkers is an old Hudson River city, with 4.25 miles of frontage along the river's east bank. It is bounded on the south by the Bronx (New York City), on the east by the Bronx River and on the north by the Village of Hastings-on-Hudson. This comprises a land area of 18.4 square miles.

Yonkers has compact and rocky terrain and the city is built on a number of high outcrops and ridges which lie on a northeast-southwest axis. Views over the Hudson toward the New Jersey palisades provide many parts of the city with a dramatic natural backdrop. This terrain is the reason for the city's steep and winding streets, unexpected cliffs, and a great many buildings, including City Hall, which are built into hillsides with multi-level basements.

Yonkers is fully developed, the few sites which were never built are generally leftovers with the most rugged ground. The city's early development was fostered by northward expansion from New York City, so the oldest parts of Yonkers are on the south end, the newest on the north. That is the most common expansion pattern in this region, and Yonkers too expanded north toward Hastings. The city was almost fully developed by 1940, since then there have been

cycles of vitality and stasis. In the 2000 census, Yonkers had 196,086 residents. This was an increase from the 188,082 residents in 1980, but only a recovery to the 1980 population level of 195,351. We do not expect significant changes in the total population, but shifts have and will continue to occur, keeping Yonkers vibrant. These shifts include replacement of old residents by new younger ones, and in-migration of different socio-economic groups.

Yonkers has a large old central business district, with one to six story row buildings averaging around 70 years old. Like many such districts this is not the retail center it once was. Nevertheless, there are still many downtown stores, mostly local merchants. These are supported by business and professional offices and the hub of a 20-route bus system. The influence of City Hall on business should not be shortchanged, Yonkers has a municipal staff of over 1,900 and an annual budget of $580 million (year 2002). Also downtown is St. Josephs Hospital Center, another major employer.

Yonkers also has suburban areas which hold their own in a suburban county. Cross County Shopping Center (1.2 million SF) has been one of the premier retail centers in the New York metropolitan area since it opened in 1954, and Central Park Avenue (NY Route 100) is Westchester's premier retail corridor, serving all of Westchester and the Bronx.

This infrastructure is knit together by a superb transportation network. The New York State Thruway, the Sprain Brook, Cross County, Saw Mill River and Bronx River parkways all serve Yonkers, and Metro North trains put Grand Central Station less than 30 minutes away. Yonkers residents can and do work throughout Westchester and New York City, contributing stability to the local economy.

With all these advantages, Yonkers still struggles with the problems of an old city, and these problems make Yonkers something of a contrast to surrounding communities. Old infrastructure is expensive to maintain, and the city flirted with bankruptcy as recently as 20 years ago. Yonkers has an old housing stock, many apartments, and high ratios of racial and ethnic minorities and low-income residents. Manufacturing jobs have moved first to other parts of the US and now overseas, leaving an oversupply of obsolete industrial space. Past efforts to deal with these problems have left Yonkers with a higher sales tax rate than most of Westchester, and an income tax and real estate transfer tax that other Westchester residents don't have to pay. That puts Yonkers at a further disadvantage in attracting new residents and businesses.

In truth, the City of Yonkers is in a strong position today. For a number of years until around 1998 it operated under a State Financial Control Board which helped get the city back to the top credit levels. The city also has deep political connections in county and state government which enable it to receive special treatment in subtle but important ways. Among other things, Yonkers is now working on several programs designed to bring in new businesses and jobs. Such efforts have already helped a new business park around Executive Drive in the northwest corner of the city, and a new regional shopping center (Home Depot, Costco and Stew Leonards) off Austin Avenue overlooking the Thruway.

Arguably the most visible project underway today is waterfront redevelopment on the Hudson River. This project has been conducted in fits and starts over the past 20 years or so, so far involving mostly demolition and clearance. A big waterfront factory was converted into residential condominiums in the 1980's, now some old loft buildings are being converted into

artists' apartments and plans are being made for new office and residential buildings. Manhattan's crazed housing market has been feeding the demand, and most of the project is within a short walk of the Yonkers train station. Commuter ferry service is also being planned. Depending on how successful the waterfront redevelopment efforts are, they have the potential to rejuvenate some of the oldest parts of downtown Yonkers and make the business district a livelier retail center.

In our view, the greatest strength of Yonkers is the strength of its surrounding region. Yonkers is situated between New York City's population and jobs, and Westchester's affluence. Yonkers has excellent transporation links and access to Manhattan which is among the easiest of any suburban community in the metro region. We do not expect any big changes in the city's character or visible appearance, but Yonkers has some basic qualities which could broaden its market appeal. Those qualities are certainly good enough to keep the city a vital urban center for many decades to come.

The Westchester County Housing Market

Housing demand in Westchester County has been steady and strong for decades because most of the county is within easy commuting distance of jobs throughout the metropolitan New York region. The housing market has surely been influenced by major economic cycles, but supply has often remained inadequate for the demand because of terrain constraints and restrictive local zoning. The usual imbalance of supply and demand has helped the county's housing to enjoy enormous long-term value appreciation. This has encouraged a high level of maintenance and regular renovation of the existing housing stock, as well as stimulating the production of new housing when this is possible.

Many parts of the county have their development prospects constrained because communities are fully developed, or terrain is difficult to build on. However, economics and market demand have led to the development of sites formerly thought unbuildable. Good examples in the 1980's were Mt. Kisco, which saw its housing stock increase +24.0%, and Ossining, where 833 new housing units were added. In both cases, the growth was mostly in a few new condominium and townhouse projects on difficult sites. New housing units were absorbed because they are convenient for job commuting and because the units were affordable. In other words, housing demand is strong throughout the county, and well-conceived and properly-priced housing projects can be sold readily. This has enabled new development to continue occurring in older, fully developed settings.

An interesting aspect of the Westchester growth pattern is that household formations have outpaced population growth. From 1980 to 1990,

> Southern Westchester lost more than 15,000 residents (-3.5%), but still gained +1,229 housing units. The City of Rye alone lost 147 residents but still gained +410 housing units between censuses.
>
> Central Westchester population increased +1.6% but housing grew by +5,040 units (+6.5%).
>
> Northern Westchester grew by 19,900 persons (+8.8%) but housing increased by 13,800

units (+18.2%). This is one new house for every 1.4 new residents.

Census data for the county's south, central and north sub-regions offer an interesting record of shifting distribution of new houses over the past 40 years. As of the 1990 census,

> Southern Westchester contained 48.9% of the county's 336,737 housing units on only 12% of the county's land area. This share of the county's total has declined steadily since 1950, when 58.7% of the county's housing was in the south.
>
> Central Westchester, with less than 17% of the county's land area, contains slightly less than 1/4 of the county's housing. Over the past 30 years, the housing stock in the central part of the county has expanded at roughly the same pace as the county. Consequently, central Westchester held the same share of the county's housing stock - 24% - in 1960, 1970, 1980, and again in 1990.
>
> Northern Westchester, with 71% of the county's land area, today contains nearly 27% of Westchester's housing stock, up from 20.4% in 1950. Since 1970, 55% of all new housing in Westchester was built in the northern sub-region. This has been because the north has more available and affordable land, and because of improved access on I-684 (opened in 1972) and the Sprain Brook Parkway (extended in 1981).

The limited information released so far from the 2000 census showed some interesting changes in these patterns. County population grew from 874,866 residents in 1990 to 923,459 in 2000, a gross increase of 48,593. Only 6,989 of those were natural increase (more births than deaths), 41,604 of the population increase was in-migration. The shifts were even more dynamic than that. Between 1990 and 1999 there was a domestic outmigration of 58,210 persons, meaning that 58,210 Westchester residents left the county. So 99,814 new people actually moved into Westchester during the 1990's: 58,210 who replaced former residents moving out plus 41,604 people making up the gross increase.

That sort of dynamic population flow reinforces the steady and broad-based demand for new housing throughout Westchester. The net result is simply that, when it comes to housing, demand exceeds supply.

Yonkers embodies many of the attributes which help create the region's supply-demand imbalance. Yonkers has unusually compact and rugged terrain. Yonkers sits on the "Manhattan prong," a hard formation of schist which extends southwest from the Harlem River valley; its southern end is Manhattan. Most of the city is this bedrock which is at or close to the surface. It is a wonder that so much of Yonkers' land area has been developed at all, the city is rife with hills, cliffs, small ravines and, of course, steep streets. Yonkers can be deemed fully developed, so it is quite difficult to find new development sites. This constrains supply. As for demand, Yonkers abuts the New York City line and has better access to Manhattan than most parts of New York City. This has long made Yonkers a prime destination for city-dwellers moving to the suburbs. The result is that Yonkers is typically a real estate seller's and landlord's market, and there is a continual upward pressure on housing prices and rents.

The supply and demand imbalance is beneficial for the subject property, today and over the foreseeable future. The subject property holds a strong market position and maintains full or

near-full occupancy, and the prospects of new competing apartments are limited, at best. The situation will encourage renovation of older buildings. Rents would almost certainly escalate dramatically if not for the constraints of rent stabilization, but continued rent and price escalation is inevitable because of Yonkers' scarcity of land and proximity to New York City.

## MARKET RENT STUDY - COMPARISON APPROACH

We have been asked to estimate current market rent for apartments in the subject building. We use a comparison approach to estimate market rent. The comparison approach is based on the concept that recent leases of similar and competitive apartments can be used as benchmarks to gauge market rent for the subject. This approach is a direct reading of the market, since it deals with factual data representing the actions of typical landlords and tenants. The background investigations necessary for the preparation of the rent comparisons provide useful insights into "going prices" and also help identify those factors which influence market rent.

Since no two parcels of real estate are ever exactly alike, and since real estate almost always leases or sells in a free market, individual transactions rarely have identical prices and terms. However, a sampling of several recent market transactions often produces a recognizable pattern of market rent. When good and sufficient data are available, the comparisons provide a cogent basis for a market rent conclusion.

The initial step in performing this approach is finding and investigating comparable leases. These will provide a market context, and help to develop a pattern of market rent. Each lease is then compared individually to the subject. Positive or negative adjustments are applied to each comparable lease, to adjust for items which would enhance or detract from the subject's rent, relative to the comparables.

Finally, the adjusted rents from the comparables are used to show a pattern of market rent which can be applied to the subject apartments.

We have made a detailed investigation of the competitive market in which the subject apartments could be expected to rent. We focused on Yonkers and found several recent leases which we can use. We will concentrate on monthly rent, but we will also calculate and consider rent per SF of apartment space per month as a common denominator. (Rent per SF is widely-used as a norm in many rental markets). On the following pages is a selection of those comparable leases which were deemed most relevant for this study.

## RENT COMPARABLE 1

Property: Scrimshaw House, 23 Water Grant, Yonkers, New York (the complex was originally called Pierpoint on Hudson).



Description: This is a ten story condominium building containing 135 apartments. The structure was originally part of a factory, it was converted into apartments around 1987. The building is fully sprinklered and has two elevators. A distinctive attribute of the site is its situation on the Hudson River, many apartments have dramatic views and some can see the George Washington Bridge downriver in Manhattan. However, the site also abuts active railroad tracks and is in an isolated setting at the foot of Main Street near a blighted section of downtown Yonkers.

Amenities: The building is a short walk from the Yonkers train station, a big plus for Manhattan job commuters. There is a 24 hour doorman and a central intercom system, an exercise room and a laundry room in the building. Basement storage spaces are available to tenants. There is an outdoor parking lot with assigned spaces. Apartments have individual heat/air conditioner units mounted in exterior walls. Kitchens are equipped with ranges, refrigerators, dishwashers and microwave ovens.

Occupancy: 100%. Most units are owner-occupied condominiums, a few are rented by individual owners. The building is relatively stable, few apartments are offered for resale or for rent.

Subsidies and restrictions: None.

Rent: Apartment #4A rented in February 2002 for $1,100/month. The apartment is on the 4th floor and has views of the Hudson. The apartment is a studio/one bedroom with one bathroom and 500 SF of living space.

Apartment #4B rented in November 2001 for $1,200/month. The apartment is on the 4th floor and has views of the Hudson. The apartment has 3 rooms, 1 bedroom and one bathroom in 605 SF of living space.

Apartment #8D rented in February 2002 for $1,800/month. The apartment is on the 8th floor and has panoramic views of the Hudson. The apartment has 5 rooms, 2 bedroom and 1.5 bathrooms in 1,350 SF of living space.

Apartment #11F rented in March 2002 for $2,300/month. The apartment is on the top floor and has panoramic views of the Hudson. The apartment has 5 rooms, 2 bedroom and two bathrooms in 1,500 SF of living space.

Other charges: Tenant pays utilities, which include electricity for heat and air conditioning. There are no extra charges for parking.

Verified: John at building management office.

RENT COMPARABLE 2

Property: Parkcrest West, 66 Caryl Avenue, Yonkers, New York.



Description: This is a 6 story rental apartment building containing 48 apartments, built in 1972. The building is fully sprinklered and has two elevators. The location is near the southwest corner of Yonkers, only a short distance north of the Bronx line. The building's appeal is average, the neighborhood is of secondary desirability.

Amenities: There is a front door security buzzer, a common room which tenants can reserve for use, and basement laundry room with coin-operated machines. Reserved outdoor and garage parking spaces are available. Kitchens are equipped with refrigerators and ranges.

Occupancy: 98%.

Subsidies and restrictions: This building is subject to ETPA regulations.

Rent: Apartment #2F was rented in October 2001 for $875/month. The apartment is on the 2nd floor. It is called a one bedroom unit but is more accurately described as a studio unit, with one bedroom and one bath in 485 SF of living space.

Apartment #3B was rented in February 2002 for $875/month. This is a nearly identical apartment to #2F except it is on the 3rd floor.

Apartment #5A was rented in April 2002 for $1,070/month. This has 4 rooms, 2 bedrooms and

one bathroom in 729 SF.

Apartment #6C was rented in November 2001 for $1,050/month. This has 4 rooms, 2 bedrooms and one bathroom in 771 SF.

Other charges: Tenant pays electric, heat and hot water are included in the rent. On-site outdoor parking is $80/mo., indoor garage spaces are $100/mo.

Verified: Management agent, by telephone 914-447-0117.

RENT COMPARABLE 3

Property: Caryl Terrace, 100 Caryl Avenue, Yonkers, New York.



Description: This is a 6 story rental building containing 49 apartments, built in 1972. The building is fully sprinklered and has two elevators. The location is near the southwest corner of Yonkers, only a short distance north of the Bronx line. The building's appeal is average, the neighborhood is of secondary desirability.

Amenities: There is a front door security buzzer, a common room which tenants can reserve for use, and basement laundry room with coin-operated machines. Reserved outdoor and garage parking spaces are available. Kitchens are equipped with refrigerators and ranges.

Occupancy: 98%.

Subsidies and restrictions: The building is subject to ETPA regulation.

Rent: Apartment #3C was rented in August 2001 for $875/month. The apartment is on the 3rd floor. It is a studio type layout with one bedroom and one bath in 485 SF of living space.

Apartment #4C was rented in December 2001 for $900/month. The apartment is on the 4th floor. It is also a one bedroom studio and one bath in 485 SF of living space.

Apartment #4B was rented in January 2002 for $1,000/month. The apartment is on the 4th floor. It has 4 rooms, 2 bedrooms and one bath in 817 SF of living space.

Apartment #1A was rented in November 2001 for $1,150/month. The apartment is on the 4th floor. It has 4 rooms, 2 bedrooms and 1.5 bathrooms in 775 SF of living space.

Apartment #4H was rented in August 2001 for $1,200/month. The apartment is on the 4th floor. It has 4 rooms, 2 bedrooms and 1.5 bathrooms in 752 SF of living space.

Other charges: Tenant pays electric; heat and hot water are included in the rent. On-site outdoor parking is $80/mo., indoor garage spaces are $100/mo.

Verified: Management agent, by telephone 914-447-0117.

RENT COMPARABLE 4

Property: Wincrest, 25 Sunnyside Drive, Yonkers, New York.



Description: This is a 6 story cooperative apartment building containing 55 apartments, built in 1961. The building is fully sprinklered and has two elevators. This is a conventional apartment building with average appeal. The location is near the southwest corner of Yonkers, close to the Hudson River.

Amenities: There is a central intercom system and front door security buzzer, and basement laundry room with coin-operated machines. Reserved outdoor parking spaces are available for an extra charge. Kitchens are equipped with refrigerators and ranges.

Occupancy: 100%. Most units are owner-occupied, a few individual owners rent.

Subsidies and restrictions: None.

Rent: Apartment #1J was rented in February 2002 for $1,000/month. The apartment has 4 rooms, 1 bedroom and one bath in 700 SF of living space. The rent is considered low since the apartment is on the first floor facing the street, so privacy is below average.

Other charges: Tenant pays electric; heat and hot water are included in the rent. On-site parking charge is $55/mo.

Verified: Mr. Geddes, tenant.

RENT COMPARABLE 5

Property: Crestwood Lake Apartments, 90 Beaumont Circle, Yonkers, New York.



Description: This is a large garden apartment complex built in the 1950's. It has a total of 1,083 apartments in 56 buildings. The location is just east of Central Park Avenue, very convenient to shopping and services.

Amenities: There are laundry rooms with coin-operated machines in several of the buildings. There is outdoor parking, garage spaces are available for an extra charge. Kitchens are equipped with refrigerators and gas ranges. There are some designated apartments where wiring has not been upgraded and air conditioners are not allowed. Other apartments have a large air conditioner unit in the living room wall which is supplied by the landlord. The complex is very nicely kept.

Occupancy: 100% and stable, but there is regular turnover of apartments because of the large size of this complex.

Subsidies and restrictions: Property is subject to rent stabilization.

Rent: The standard one bedroom/one bath apartment contains 730 SF of living space. Current rent is $1,070/month without air conditioning, landlord pays all utilities. One bedroom apartments with air conditioner rent for $1,150/mo. and tenant pays electric.

The standard two bedroom/one bath apartment contains 900 SF of living space. Current rent

is $1,295 to $1,315/month without air conditioning, landlord pays all utilities. Two bedroom apartments with air conditioner rent for $1,375/mo. and tenant pays electric.

There are some three bedroom/1.5 bath apartments which contain 1,100 SF of living space and have air conditioners. These rent for $1,750/month and tenant pays electric.

These rents are from a new schedule issued by management and effective May 1, 2002.

Other charges: Heat, hot water and cooking gas are paid for by the landlord. In certain designated apartments lacking air conditioners, the landlord also pays for electric, otherwise tenants pay electric. To minimize noise and also to qualify tenants, management requires tenants to install wall to wall carpet at their own expense before moving in.

Verified: Management office, Jonathan Woodner Co., owner (914-779-4844).

RENT COMPARABLE 6

Property: River Edge Apartments, 35 Maple Avenue, Hastings-on-Hudson, N.Y.



Description: This is a 2 story wood frame and brick garden apartment complex containing 114 apartments, built in 1960. 98 of the apartments have outdoor terraces and 90 of these have views of the Hudson River. The site is on the west edge of Hastings, just north of the Yonkers city line. This is competitive with the Yonkers apartment market. The site is a short walk to the Hastings train station and to stores in the village business district. We have included this as a comparable in part because a high proportion of residents are senior citizens. This is a deliberate management policy, but River Edge is not an officially-designated senior complex and apartments are not equipped for handicapped tenants or outfitted with special equipment or alarms. Physically, this is a conventional garden apartment complex.

Amenities: There is an equipped exercise room and basement laundry rooms. Each apartment has one assigned parking space. Garage spaces are available for an added charge. This has always been an owner-managed complex; management, landscaping and maintenance are above average quality for this market.

Occupancy: 100%. There is usually a waiting list of prospective tenants waiting for the next available apartment.

Subsidies and restrictions: The complex receives no subsidies but is governed by ETPA rent stabilization.

Rents: We visited this apartment complex in April 2001 for a previous rent survey and were told that asking rents were approximately $1,600/month for a one bedroom apartment containing 1,000 SF. When available, two bedroom units (1,200 SF) went for $1,800 to $2,000/month. The price differential depends on location within the complex and whether or not there is an outdoor terrace or a river view. As of May 2002 asking rents range from $1,750 to $1,850/mo. for one bedroom units and $1,900 to $2,200 for two bedrooms.

Other charges: Tenants pay electric. Heat, hot water and cooking gas are included in the rent.

Verified: Mr. Picone, landlord and managing agent, on site.

RENT COMPARABLE 7

Property: Riverhill Tower, 1105 Warburton Avenue, Yonkers, N.Y.



Description: This is a 12 story luxury apartment building containing 263 apartments, built in 1974. Every one of the apartments has an outdoor terrace with views of the Hudson River.

Amenities: There is an extensively-equipped health club, an indoor-outdoor swimming pool, a laundry room plus a laundry and dry cleaner on the premises, a multi-level indoor garage and a concierge. The first floor has a very large lobby with an attractively furnished lounge. Apartments are equipped with dishwashers and air-conditioning units in wall sleeves. The building has three elevators.

Occupancy: As of May 2002 there were 17 vacant apartments, 6 of which were leased and being prepared for new tenants. As appraisers we would consider this to be 'stabilized full occupancy' since these are unregulated luxury apartments, and some tenant turnover is necessary to maximize rents in a strong market.

Subsidies and restrictions: None.

Rents: Here is a summary of the current rent schedule for this complex as of May 1, 2002. This information was supplied to us by the management office:

| | |
|---|---|
| Studio apt., 486 SF model - | $1,003 to $1,088/month |
| Studio apt., 577 SF model - | $1,130 to $1,230/month |
| One bedroom, 700 SF model - | $1,400 to $1,460/month |
| One bedroom, 800 SF model - | $1,500 to $1,550/month |
| One bedroom, 900 SF model - | $1,560 to $1,600/month |
| Two bedroom, 1,040 SF model A (1.5 bathrooms) - | $1,800 to $1,890/month |
| Two bedroom, 1,040 SF model B (two bathrooms) - | $2,230 to $2,320/month |

Rents had been slightly higher, this lower rent schedule was set around the end of 2001. A management representative stated that this was in response to the Sept. 11 attack. There is some logic to this because Riverhill Tower is a luxury complex and a less-expensive alternative to living in Manhattan. Lowered downtown rents after Sept. 11 in say, Battery Park City, might have drawn some tenants away from Riverhill Tower. However, we are somewhat skeptical that Sept. 11 caused management to lower its entire rent schedule. We think it more likely that the prior rent schedule (shown below) was simply above what many tenants were willing to pay in Yonkers. The new schedule is perhaps more consistent with true market rent.

*Old rent schedule for Riverhill Tower, from April 2001:*

| | |
|---|---|
| *Studio apt., 486 SF model -* | *$1,200.54/month* |
| *Studio apt., 577 SF model -* | *$1,354.50/month* |
| *One bedroom, 700 SF model -* | *$1,595.29/month* |
| *One bedroom, 800 SF model -* | *$1,697.92/month* |
| *One bedroom, 900 SF model -* | *$1,700.27/month* |
| *Two bedroom, 1,040 SF model A -* | *$2,119.67/month* |
| *Two bedroom, 1,040 SF model B -* | *$2,321.33/month* |

Other charges: Tenants pay electric. Heat and hot water are included in the rent, as is parking.

Verified: Rachel Hoffman at building management office on site.

RENT COMPARABLE 8

Property: Tower at Greystone, 1020 Warburton Avenue, Yonkers, N.Y.



Description: This is a 10 story brick apartment building built in 1989. It has 67 luxury apartments, many with outdoor terraces that overlook the Hudson River. It is a corner site on the east side of the street and on the north of Odell Avenue in northwest Yonkers.

Amenities: There is a 24 hour concierge, an exercise room and outdoor swimming pool, a laundry room and covered parking on a lower level, with one space assigned to each apartment. The building is centrally air conditioned.

Occupancy: 100%.

Subsidies and restrictions: None.

Rents: Current one bedroom/1.5 bath apartment rents range from $1,650 to $1,750/month. These apartments typically contain 800 SF of space. Rent includes all utilities and parking.

Other charges: None except for tenant electric.

Verified: Mrs. Cooper, at management office on site.

The Rent Comparisons Explained

We have compared the subject apartments with similar and competitive apartments recently rented in and around Yonkers. In all cases, our comparisons are made using rent per month. Monthly rent is most important to tenants, and to most landlords. We also calculated rent per SF of living space per month, for further analysis. This will be discussed later.

Here are some of the similarities and differences we considered and adjusted for to bring the comparables into parity with the subject apartments.

*Initial adjustments* - We considered time trends and unusual motivation by landlord or tenant. None of the rents need time trend adjustments since all are current enough to reflect current market conditions. All leases are arms length transactions which represent what tenants are willing to pay and landlords willing to accept. No adjustments are necessary for unusual motivation. The apartment market has been a landlord's market for the past several years. Concessions such as free rent or gifts are unheard of in this market, and again no adjustments are needed.

*Rent restrictions* - The subject property is not governed by rent stabilization laws applicable in Westchester County. We have been asked to rely on apartment rents which are not subject to rent stabilization under the Rent Stabilization Law of 1969 and The Emergency Tenant Protection Act of 1974. This means apartments which:

1. are in buildings containing less than six units, or;

2. are in buildings completed or substantially rehabilitated as family units on or after January 1, 1974.

Rent stabilization would also not apply if an apartment is not the tenant's primary residence, or if specific luxury apartment standards are met (a monthly rent of $2,000 or more and tenants have adjusted gross income totalling $250,000 or more for the preceding two calendar years).

ETPA is widespread in the Westchester rental market and it is not easy to find apartment buildings with unregulated rents. Four of our comparables have rent stabilized apartments: Comparables 2, 3, 5 and 6. Comparable 1 is a condominium, Comparable 4 is a cooperative and Comparables 7 and 8 were both built after the 1974 cutoff date. In our observation, ETPA rents are often not much different than unregulated rents, at least for similar types of apartments. This is partly because stabilized rents are so pervasive that they influence landlord and tenant expectations throughout the region. Also, there is a fair amount of tenant mobility, and a landlord is able to catch up a bit each time a vacancy occurs. An ETPA rent is most apt to be below market when a tenant has been in the same apartment for many years. Comparing our selected rentals among themselves, there is no clear indication that ETPA building rents are at all below market. Therefore, we have not made any explicit adjustments to compensate for rent stabilization.

*Building/stories* - Westchester County is a suburb of New York City, there is a mix of low-rise and mid-rise housing. There is no clear preference pattern in the market; apartments in tall buildings do not necessarily rent for different amounts than garden apartments (Comparables 5

and 6). We see no justification for adjustments relative to the subject and the comparables. Facts about the comparables are set forth only to make a more complete presentation.

*Year built* - Newer buildings are generally preferable to older buildings and we make adjustments for this. By local standards, the subject building is relatively modern.

*Bedrooms and baths* - We ~~deliberately selected~~ comparables with the same number of bedrooms and baths as certain unit types in the subject building. The only exception is Comparable 8, a luxury building, and we make a minus adjustment to recognize the extra rent attributable to the extra half bath in the rented apartment.

*Size* - Large apartments tend to rent for more than smaller apartments. We obtained information concerning the size of apartments in each unit type, for the subject and each of the comparables. We took special note of rents in Comparable 7, Riverhill Tower, because it has a variety of apartment sizes at different rents. We can compare different-sized one bedroom apartments to find a price differential for size, we can also do it with studio apartments.

Small one bedroom apartments in Riverhill Tower contain 700 SF, mid-sized one bedroom units contain 800 SF. The rent differential averages $105/month. Here are analyses of the size differential and its apparent effect on rent:

| | | |
|---|---|---|
| Small one bedroom | 700 SF | $1,430 avg. rent |
| Mid-sized one bedroom | 800 SF | $1,525 avg. rent |
| Difference | 100 SF | $ 95/month |

$95 / 100 SF = $0.95/SF per month per SF difference

| | | |
|---|---|---|
| Mid-sized one bedroom | 800 SF | $1,525 avg. rent |
| Large one bedroom | 900 SF | $1,580 avg. rent |
| Difference | 100 SF | $ 55/month |

$55 / 100 SF = $0.55/SF per month per SF difference

| | | |
|---|---|---|
| Small one bedroom | 700 SF | $1,430 avg. rent |
| Large one bedroom | 900 SF | $1,580 avg. rent |
| Difference | 200 SF | $ 150/month |

$150 / 50 SF = $0.30/SF per month per SF difference

Obviously this analysis does not show a definitive difference, nor should size adjustments be only arithmetic calculations. Tenants rarely if ever measure and calculate the exact size of an apartment when renting. The appearance of size is usually more important than the measured size. Still, our comparisons deal with fairly modern apartment buildings, so all floor layouts tend to be well designed and similarly functional, as opposed to odd layouts found in old converted houses. The calculations do show that size has its biggest impact on small apartments, and price differentials fade as apartments get larger. Since the subject apartments are relatively

small, we will use $0.70/SF as a price differential. For one bedroom rent comparisons we will apply $0.70/SF per month as an adjustment for size differences.

Here are examples of how this adjustment is applied:

| | | |
|---|---|---|
| Rent Comp 1, one bedroom apts. | 500 SF | |
| Subject, one bedroom apts. | 620 SF | |
| Size difference | 120 SF | |
| 120 SF difference @ $0.70/SF/month | = | $84/month |
| rounded adjustment | | $85. |

| | | |
|---|---|---|
| Rent Comp 4, one bedroom apts. | 700 SF | |
| Subject, one bedroom apts. | 620 SF | |
| Size difference | 80 SF | |
| 80 SF difference @ $0.70/SF/month | = | $56/month |
| rounded adjustment | | $55. |

Because of the pattern seen in the analysis above, we have made separate comparisons and size adjustment calculations for the subject's studio apartments. It is easy to see why size differences are more critical with a small apartment because there is a basic minimum size needed for a private kitchen and bathroom, plus space to meet building codes. Again, Rent Comparable 7 has two sizes of studio apartment which also give us some guidance about rent differentials.

| | | |
|---|---|---|
| Small studio, Riverhill Tower | 486 SF | $1,045 avg. rent |
| Large studio, Riverhill Tower | 577 SF | $1,180 avg. rent |
| Difference | 91 SF | $ 135/month |

$135 / 91 SF = $1.48/SF per month per SF difference

The adjustment is much greater than for one bedroom units, we attribute that to the smaller size of studio apartments, which makes each SF of space critical. Further, there is generally a shortage of housing in this market so any apartment can command a certain minimum rent. A small apartment will tend to rent for a higher per SF amount. In making rent comparisons for studio apartments, we will apply a rounded $1.50/SF per month as an adjustment for size differences.

Here are examples of how this adjustment is applied:

| | | |
|---|---|---|
| Rent Comp 1, studio apt. | 500 SF | |
| Subject, studio apts. | 418 SF | |
| Size difference | 82 SF | |
| 82 SF difference @ $1.50/SF/month | = | $123/month |
| rounded adjustment | | $125. |