| | | | |
|---|---|---|---|
| Rent Comp 3, studio apts. | 485 SF | | |
| Subject, studio apts. | 418 SF | | |
| Size difference | 67 SF | | |
| 67 SF difference @ $1.50/SF/month | | = | $100.50/month |
| rounded adjustment | | | $100. |

*Balcony/Patio* - Many modern apartment buildings have outdoor balconies. These do not count as measured floor space, but they are usable, private and desirable living space in summer months. The subject building lacks outdoor balconies, making the subject less appealing than comparables which do have them.

*Air conditioning* - Over the past 25± years this has evolved from a luxury to an expected standard. Some tenants in the subject building buy and install unit air conditioners, there is adequate building wiring. Most of the comparable buildings are similar, but Comparables 1 and 8 have central air conditioning, which is quieter and more comfortable than small appliance-type units. Since central air-conditioning is an exception in this market, we make only minor ($10/month) adjustments to recognize the superior appeal of central air conditioning.

*Appliances* - Cooking ranges and refrigerators are standard in apartments in this market so no adjustments are needed for them. Dishwashers have become relatively common, and some apartments have microwave ovens as well. The subject apartments do not have dishwashers or microwave ovens - unless supplied by the tenant - and we make minus adjustments for comparables that do have these appliances.

*Floor cover* - This does not usually make a difference as long as floors are clean. However, Comparable 5 has a special requirement that tenants install new carpeting when they move in. This makes all apartments quieter and also encourages tenants to remain in occupancy longer. It does cost tenants extra to move in, and we make a minus adjustment to the Comparable 5 rent, which might be higher without this requirement.

*Ownership* - The subject is and always has been a rental building. Many of our comparables are in condominiums or cooperatives because these are most similar to the subject in age, appeal and non-regulated rents. Many of the condos and coops employ professional outside managers, but condominiums tend to have better management. This is because owners are more demanding than rental tenants, and condominium owners tend to take an active role in maintaining a good living environment. We have one cooperative (Comparable 4) which still has Sponsor-held units so there is not the same dominance of owner-occupants; this is fairly similar to a well-managed rental building so we make no adjustment.

*Parking* - The subject building has a limited number of parking spaces, for which tenants must pay an additional charge of $25/month. Several of the rent comparables include a parking space at no extra charge, so we make adjustments to compensate for the subject's extra charge. The adjustments are greater with Comparables 7 and 8, which include a more desirable garage space. Comparables 2 and 3 charge significantly more for a parking space than the subject, so we make plus adjustments to recognize the subject's advantage compared to these units.

*Security* - The subject building is kept locked and there is a security guard who sits in the front

lobby. He prevents unauthorized people from entering the building, he also makes rounds of the entire building at set intervals to make sure that all outside doors are locked. (There is also a closed circuit television camera which enables the building superintendent to monitor the lobby). However, the security guard is not equipped to provide concierge services or even hold a package delivered to a tenant. The security guard is beneficial because of his presence, but he does not enhance rents in the way that a doorman or concierge would. We make plus adjustments because the subject's security guard is better than no guard at all, but minus adjustments because tenants will pay more rent to have a doorman or concierge.

*Pool and Recreation Area* - Some of the apartment buildings in this market have recreational facilities that tenants can use. This can be a swimming pool or an exercise room. In some cases, it is an elaborate health club with an indoor pool, sauna, showers and a full complement of exercise machines. Whether or not the facilities are used, tenants tend to rent faster and pay more when such facilities are available in the building. The subject building does not have any recreation facilities of this type, putting it at a relative disadvantage.

*Business Center* - Neither the subject nor any of the comparables have business centers. These are on-site offices where tenants can use desks, computers, copy machines, fax machines and possibly a conference room for business purposes. There are perhaps three or four apartment complexes in this region which have business centers but they are so unusual that tenants do not expect them. They have no impact on market rent at this time.

*Services* - Lane Hill Apartments offers special services for its senior citizen tenants. These are not provided by the landlord but rather by public and private agencies that come to the building routinely. This includes transportation vehicles, visiting nurses, financial advisors and Meals on Wheels. The convenience of these services makes the subject apartments more valuable for senior tenants. We make +$25/month adjustments to the comparables to recognize the extra convenience of living in the subject building, where these services are so readily available. The only exception is River Edge in Hastings-on-Hudson (Comparable 6), which has a similar advantage since there are so many senior tenants in the complex.

*Utilities* - Rents vary depending on whether the landlord or tenant pays for certain services, such as heat, hot water, cooking gas, etc. We have used the subject as a benchmark and adjusted all of the comparables accordingly. Tenants in some of the units pay only for cooking gas, we checked with Con Edison (the local gas utility) and found that the minimum charge for this is $15/month. The extra cost for tenant-paid hot water would not be proportionately greater because $15 is the minimum, so a tenant paying for cooking gas and hot water might typically pay around $30/month.

Here are a few comments which relate the subject apartments specifically to the rent comparables.

Comparable 1 is an isolated waterfront redevelopment project on the edge of downtown Yonkers. The setting is dramatic, overlooking the Hudson River, but the still-industrial character offsets any advantage this location might have over the subject site. The building was converted into luxury condominium apartments in 1987, it looks newer and more appealing than the subject building. There are a lot of young tenants in this building, it has a nice health club and above-average common areas for socializing.

Comparables 2 and 3 are nearby rental buildings in an old, congested neighborhood about one block from the Bronx line. The location is less desirable. These buildings are under the same ownership and management, they are fairly conventional six story brick elevator buildings built in 1972. These buildings are subject to ETPA regulation but tenants are fairly mobile so, with only occasional exceptions, rents tend to keep pace with the market. The subject building is newer, better kept and better managed.

Comparable 4 is physically reminiscent of Comparables 2 and 3 but it is better located, near the Hudson River. Partly because of this better location it was converted to cooperative ownership. It is still less desirable than the subject, in part because it is physically older and not as well modernized.

Comparable 5 is a large garden apartment complex just off Central Park Avenue in north Yonkers. It is a relatively old complex (1950's) but is owner managed and has large apartments. ETPA rent regulations apply to this property but there is a regular turnover of tenants and most rents are at or close to market, certainly the current rent schedule for new tenants is not diminished by ETPA. Apartments in this complex are fairly large. One interesting issue is that management requires new tenants to install carpeting. This is an unusual but effective management ploy, it diminishes interior noise and encourages tenants to stay long enough to justify their investment. However, the carpeting is an extra charge and probably makes tenants reluctant to pay as high rents as if carpet were supplied by the landlord.

Comparable 6 is a garden apartment complex in Hastings-on-Hudson, a competitive location for Yonkers apartments, but superior. Some Yonkers residents have moved to Hastings for the schools, or to avoid Yonkers' income tax (administered as a surcharge on N.Y. state income tax). Most of the apartment complexes in Hastings were converted to cooperatives, this is one of a few remaining rental buildings in the village and it is one of the most desirable. Many of the tenants are senior citizens who have always lived in Hastings - or Yonkers - and don't want to leave. There are so many senior citizen tenants that this complex gets regular visits from the public services which assist seniors, as the subject building does. This complex is governed by rent stabilization laws but occupied apartment rents are increased to the maximum allowed, and management is aggressive about remodeling and seeking increases whenever a vacancy occurs. Our market study indicates that the current rent scale is as high as it would be without any regulation. Comparable 6 benefits from its large apartments and owner-management but also from a limited supply of rental apartments and a lack of new apartment construction in and near Hastings.

Comparable 7 is a luxury rental tower in north Yonkers. This has different sized apartments in the same building, and we use the average rent within each category (studio, one bedroom, two bedroom, etc.). This is arguably the premier rental building in Yonkers, it offers amenities that are more typically found in Manhattan. The building has a regular turnover of tenants such as young professional singles and couples, and visiting executives. ETPA regulations do not apply here and rents typically set or push the limits of the market. Management lowered its rent schedule recently, which indicates that the market's limits may be as influential as ETPA regulations.

Comparable 8 is another luxury rental tower in north Yonkers, only a few blocks south of Comparable 7. The building is the most modern, with superb amenities and services. ETPA

regulations do not apply to this building. Comparable 8 is the most desirable apartment complex of our comparables and is superior to the subject in every way.

*Reconciliation* - The comparables give us a broad cross section of market rents and the adjustments on the grids bring these rents into a more narrow pattern, making it easier for us to conclude a subject rent. Before we reach such a conclusion, it is appropriate to review the relevance of some of the comparables so we can decide if some merit more emphasis than others.

Comparables 2 and 3 stand out for their low rents. We attribute this to several factors; a less desirable street, relatively older buildings with minimal amenities, and management which seems less active than average for this market. The rents paid in these buildings can be taken as a minimum threshhold which the subject apartments will readily exceed.

Comparable 6 can be deemed a direct competitor of the subject, for two reasons. First, it has a large core of senior citizen tenants, and second, Hastings abuts Yonkers and is part of the same market. Hastings residents have a strong allegiance to their village, and if you want an apartment in Hastings, River Edge Apartments is one of very few options. That helps explain its high rents and its waiting list for apartments. Admittedly these are very large apartments, and a garden apartment layout has added appeal to a senior citizen who may have owned a private home for decades. This comparable demonstrates the purchasing power in this market. Tenants can and will pay a premium for a desirable living situation which is not widely available.

Comparables 7 and 8, the rents in Riverhill Tower and Greystone, stand out because they are so much higher than any others. This is because of their location, age and the level of service they provide for tenants. Both buildings have ornate lobbies, health clubs as good as commercial clubs in the region, and true concierge service. These features appeal to busy executives who work long hours in Manhattan, and would otherwise rent a Manhattan apartment at Manhattan prices. Riverhill and Greystone are therefore able to transcend some of the local market's limitations. In effect, they achieve higher rents by offering a special product. The same marketing principal can be applied to the subject, which is a special product catering to senior citizen tenants. The scarcity or lack of a similar real estate product in this market enables the subject to select better tenants and achieve higher rents.

We can rely on the pattern of market rent outlined by all of our comparables. For one bedroom apartments, the overall average shown by 8 comparable rents is $1,325/mo., after adjustments the average is $1,144/mo. From this we conclude a market rent of $1,100/month for the subject's one bedroom apartments.

For studio apartments, the overall average shown by 5 comparable rents is $1,020/mo., after adjustments the average is $861/mo. However, these averages are influenced by Comparables 2 and 3, both clearly inferior to the subject. Our market survey indicates that studio apartments are not in abundant supply. If we overlook these two comparables we can see that a studio apartment can be hard to find for less than $1,000/month. That will raise our potential rent, even with the subject's relatively small studio apartments. With this in mind, we conclude a market rent of $950/mo. for the subject's studio apartments.

We note that Lane Hill Apartments, the subject building, has special features which are not widely available in this market. The apartments are all equipped for senior citizen tenants. All have personal assistance alarms, special toilet fixtures and grab bars. Two apartments are outfitted for handicapped residents. We were not able to find other similar apartments in Westchester, other than publicly subsidized buildings and assisted living complexes which provide many extra services. For this analysis we have not calculated any rent premium for the alarms and special fixtures in the subject apartments.

The concluded market rent for a one bedroom apartment in Lane Hill Apartments is $1,100/month.

The concluded market rent for a studio apartment in Lane Hill Apartments is $950/month.

In reaching these rent conclusions, we considered the relationship of the subject apartments to rents paid for other non-regulated and non-subsidized apartments in the same market. We also considered the interrelationship of rents within the same building. In any multi-tenant building it is important to create enough of a price gap so that tenants do not all compete for the same unit type. For example, if one bedroom apartments were only $25/mo. more than studios, there would be a waiting list for the one bedrooms and studios would sit vacant. The gaps between our market rents are considered reasonable and appropriate.

The Rent Comparison Grids

The grids on the following pages illustrate adjustments which were made to bring each rent comparable into parity with the subject. Each rental is compared to the subject, and the adjustments help to indicate what price the comparable might have rented for if it were more like the subject. With several different comparables on the same grid, we get to see a market pattern. The grid explains the comparison process in a manner similar to a graph.

> When the subject property is superior to the rent comparable, a **plus** adjustment is applied to show that the subject would rent for more.
>
> When the subject property is inferior to the comparable, a **minus** adjustment shows that the subject would rent for less.

The amount of the adjustment is based on the appraiser's judgment as to how much each individual factor would influence a difference in value. Prior to preparing each grid, the rentals were compared among themselves to see if clear price differences could be ascertained from the market data. In all cases, the controlling element in selecting the amount of adjustments is the influence which each factor could have on the thinking of typical landlords and tenants in this market. At the conclusion of the grids, final subject rents are selected based upon stronger similarities of some comparables and the prevailing market rent pattern indicated by each grid.

We have prepared three grids. The first two estimate market rent for a typical one bedroom subject apartment, the third grid applies to a typical studio apartment in the subject property.

*Rent Comparability Grid* *One Bedroom* *HUD Contract No. NY 360003011*

| | SUBJECT | COMP #1 | | COMP #1 | | COMP #4 | | COMP #5 | |
|---|---|---|---|---|---|---|---|---|---|
| Project Name | Lane Hill | Scrimshaw House | | Scrimshaw House | | Wincrest | | Crestwood Lake | |
| Street Address | 50 St. Andrews | 23 Water Grant | | 23 Water Grant | | 25 Sunnyside Dr. | | 90 Beaumont | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | — | | $1,100 | | $1,200 | | $1,000 | | $1,150 |
| Last Lease Date | 5/02 | 2/02 | 0 | 11/01 | 0 | 2/02 | 0 | 5/02 | 0 |
| ~~Restrictions~~ | None | None | 0 | None | 0 | None | 0 | ETPA | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy | 100% | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | — | | $1,100 | | $1,200 | | $1,000 | | $1,150 |
| Rent/SF | — | | $2.20 | | $1.98 | | $1.43 | | $1.58 |
| | | | | | | | | | |
| Bldg./Stories | E/8 | E/10 | 0 | E/10 | 0 | E/6 | 0 | WU/2 | 0 |
| Yr.Blt./Renov. | 1978 | 1987 | -$10 | 1987 | -$10 | 1961 | +$5 | 1955 | +$10 |
| Cond./Appeal | V.Good | Excel. | -$50 | Excel. | -$50 | Avg. | +$10 | Avg. | +$10 |
| Neighborhood | Good | Good | 0 | Good | 0 | Good | 0 | Good | 0 |
| Mi.to Subj. | — | 1.0 | | 1.0 | | 0.2 | | 5.0 | |
| # BR | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Unit Size (SF) | 620 | 500 | +$85 | 605 | +$10 | 700 | -$55 | 730 | -$75 |
| Balcony/Patio | No | No | 0 | No | 0 | No | 0 | No | 0 |
| A/C Central/Wall | Units | Central | -$10 | Central | -$10 | Units | 0 | Units | 0 |
| Range/Refrig. | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/Y | -$10 | Y/Y | -$10 | N/N | 0 | N/N | 0 |
| Laundry | 3rd Fl. | Bsm't. | 0 | Bsm't. | 0 | Bsm't. | 0 | Bsm't. | 0 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | +$25 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | |
| Ownership | Rental | Condo | -$50 | Condo | -$50 | Coop | 0 | Rental | 0 |
| Parking | $25/mo. | Incl. | -$25 | Incl. | -$25 | Incl. | -$25 | Incl. | -$25 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | Doorman | -$10 | Doorman | -$10 | No | +$5 | No | +$5 |
| Meeting Rms. | Yes | Yes | 0 | Yes | 0 | No | 0 | No | 0 |
| Pool/Recreation | No | Gym | -$30 | Gym | -$30 | No | 0 | No | 0 |
| Bus.Center | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc.Coordin. | Yes | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | Yes | No | +$25 | No | +$25 | No | +$25 | No | +$25 |
| | | | | | | | | | |
| Heat | LL | Tenant | +$25 | Tenant | +$25 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | Tenant | +$15 | LL | 0 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | Tenant | +$15 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust.Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj.B to D | | 2 | 8 | 2 | 8 | 4 | 2 | 5 | 2 |
| Sum Adj.B to D | | +$110 | -$195 | +$35 | -$195 | +$45 | -$80 | +$75 | -$100 |
| Sum Util.Adj. | | | +$55 | | +$55 | | 0 | | 0 |
| | | | | | | | | | |
| Gross Adjust | | | -$30 | | -$105 | | -$35 | | -$25 |
| Adjust.Rent | $1,100 ($1.77/SF) | | $1,070 | | $1,095 | | $965 | | $1,125 |
| *Adj./Last Rent* | | | 97% | | 91% | | 97% | | 98% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

*Rent Comparability Grid* *One Bedroom* *HUD Contract No. NY 360003011*

| | SUBJECT | COMP #6 | | COMP #7 | | COMP #7 | | COMP #8 | |
|---|---|---|---|---|---|---|---|---|---|
| Project Name | Lane Hill | River Edge Apts. | | Riverhill | | Riverhill | | Greystone | |
| Street Address | 50 St.Andrews | 35 Maple Ave. | | 1105 Warburton | | 1105 Warburton | | 1020 Warburton | |
| City | Yonkers | Hastings | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | -- | | $1,500 | | $1,430 | | $1,525 | | $1,700 |
| Last Lease Date | 5/02 | 5/02 | 0 | 5/02 | 0 | 5/02 | 0 | 5/02 | 0 |
| Restrictions | None | ETPA | 0 | None | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy | 100% | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | | $1,500 | | $1,430 | | $1,525 | | $1,700 |
| Rent/SF | --- | | $1.50/SF | | $2.04/SF | | $1.90/SF | | $2.13/SF |
| | | | | | | | | | |
| Bldg./Stories | E/8 | WU/2 | 0 | E/12 | 0 | E/12 | 0 | E/10 | 0 |
| Yr.Blt./Renov. | 1978 | 1960 | +$5 | 1974 | 0 | 1974 | 0 | 1989 | -$10 |
| Cond./Appeal | V.Good | Excel. | -$20 | Excel. | -$50 | Excel. | -$50 | Excel. | -$50 |
| Neighborhood | Good | V.Good | -$50 | Good | -$10 | Good | -$10 | Good | -$10 |
| Mi.to Subj. | --- | 5.5 | | 4.0 | | 4.0 | | 3.8 | |
| # BR | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1.5 | -$50 |
| Unit Size (SF) | 620 | 1,000 | -$265 | 700 | -$55 | 800 | -$125 | 800 | -$125 |
| Balcony/Patio | No | Yes | -$5 | Yes | -$5 | Yes | -$5 | Yes | -$5 |
| A/C Central/Wall | Units | Units | 0 | Units | 0 | Units | 0 | Central | -$10 |
| Range/Refrig. | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/N | -$5 | Y/Y | -$10 | Y/Y | -$10 | Y/Y | -$10 |
| Laundry | 3rd Fl. | Bsm't. | 0 | Staffed | -$10 | Staffed | -$10 | Bsm't. | 0 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | |
| Ownership | Rental | Rental | 0 | Rental | 0 | Rental | 0 | Rental | 0 |
| Parking | $25/mo. | Incl. | -$25 | Garage | -$35 | Garage | -$35 | Garage | -$35 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | No | +$5 | Concierge | -$50 | Concierge | -$50 | Concierge | -$50 |
| Meeting Rms. | Yes | No | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Pool/Recreation | No | No | 0 | Gym | -$30 | Gym | -$30 | Gym | -$30 |
| Bus.Center | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc.Coordin. | Yes | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | Yes | Yes | 0 | No | +$25 | No | +$25 | No | +$25 |
| | | | | | | | | | |
| Heat | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Hot Water | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust.Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj.B to D | | 2 | 6 | 1 | 9 | 1 | 9 | 1 | 11 |
| Sum Adj.B to D | | +$10 | -$370 | +$25 | -$255 | +$25 | -$325 | +$25 | -$385 |
| Sum Util.Adj. | | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | | | |
| Gross Adjust | | | -$360 | | -$230 | | -$300 | | -$360 |
| Adjust.Rent | $1,100 ($1.77/SF) | | $1,140 | | $1,200 | | $1,225 | | $1,340 |
| *Adj./Last Rent* | | | 76% | | 84% | | 80% | | 79% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

*Rent Comparability Grid* *Studio Apts.* *HUD Contract No. NY 360003011*

| | SUBJECT | COMP #1 | | COMP #2 | | COMP #3 | | COMP #7 | | COMP #7 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Name | Lane Hill | Scrimshaw House | | Parkcrest | | Caryl Terrace | | Riverhill | | Riverhill | |
| Street Address | 50 St. Andrews | 23 Water Grant | | 66 Caryl | | 100 Caryl | | 1105 Warburton | | 1105 Warburton | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | | $1,100 | | $875 | | $900 | | $1,045 | | $1,180 |
| Last Lease Date | 5/02 | 2/02 | 0 | 2/02 | 0 | 12/01 | 0 | 5/02 | 0 | 5/02 | 0 |
| Restrictions | None | None | 0 | ETPA | 0 | ETPA | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy | 100% | 100% | 0 | 98% | 0 | 98% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | | $1,100 | | $875 | | $900 | | $1,045 | | $1,180 |
| Rent/SF | --- | | $2.20 | | $1.80 | | $1.86 | | $2.15 | | $2.05 |
| | | | | | | | | | | | |
| Bldg./Stories | E/8 | E/10 | 0 | E/6 | 0 | E/6 | | E/12 | 0 | E/12 | 0 |
| Yr.Blt./Renov. | 1978 | 1987 | -$10 | 1972 | 0 | 1972 | 0 | 1974 | 0 | 1974 | 0 |
| Cond./Appeal | V.Good | Excel. | -$50 | Avg. | +$50 | Avg. | +$50 | Excel. | -$50 | Excel. | -$50 |
| Neighborhood | Good | Good | 0 | Avg. | +$50 | Avg. | +$50 | Good | -$10 | Good | -$10 |
| Mi.to Subj. | --- | 1.0 | | 0.7 | | 0.7 | | 4.0 | | 4.0 | |
| # BR | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Size (SF) | 418 | 500 | -$125 | 485 | -$100 | 485 | -$100 | 486 | -$100 | 577 | -$235 |
| Balcony/Patio | No | No | 0 | No | 0 | No | 0 | Yes | -$5 | Yes | -$5 |
| A/C/Central/Wall | Units | Central | -$10 | Units | 0 | Units | 0 | Units | 0 | Units | 0 |
| Range/Refrig. | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/Y | -$10 | N/N | 0 | N/N | 0 | Y/Y | -$10 | Y/Y | -$10 |
| Laundry | 3rd Fl. | Bsm't. | 0 | Bsm't. | 0 | Bsm't. | 0 | Staffed | -$10 | Staffed | -$10 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | | | |
| Ownership | Rental | Condo | -$50 | Rental | 0 | Rental | 0 | Rental | 0 | Rental | 0 |
| Parking | $25/mo. | Incl. | -$25 | $65/mo. | +$35 | $65/mo. | +$35 | Garage | -$35 | Garage | -$35 |
| Storage | Yes | Yes | 0 | Yes | 0 | | | Yes | 0 | Yes | 0 |
| Security | Guard | Doorman | -$10 | No | +$5 | No | +$5 | Concierge | -$50 | Concierge | -$50 |
| Meeting Rms. | Yes | Yes | 0 | No | 0 | No | 0 | Yes | 0 | No | 0 |
| Pool/Recreation | No | Gym | -$30 | No | 0 | No | 0 | Gym | -$30 | Gym | -$30 |
| Bus.Center | No | No | 0 | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc.Coordin. | Yes | No | 0 | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | Yes | No | +$25 | No | +$25 | No | +$25 | No | +$25 | No | +$25 |
| | | | | | | | | | | | |
| Heat | LL | Tenant | +$25 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust.Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj.B to D | | 1 | 9 | 5 | 1 | 5 | 1 | 1 | 9 | 1 | 9 |
| Sum Adj.B to D | | +$25 | -$320 | +$165 | -$100 | +$165 | -$100 | +$25 | -$300 | +$25 | -$435 |
| Sum Util.Adj. | | | +$55 | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | | | | | |
| Gross Adjust | | | -$240 | | +$65 | | +$65 | | -$275 | | -$410 |
| Adjust.Rent | $950 ($2.27/SF) | | $860 | | $940 | | $965 | | $770 | | $770 |
| *Adj/Last Rent* | | | 78% | | 106% | | 107% | | 74% | | 65% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

## REVIEW AND FINAL RENT CONCLUSIONS

The rent comparison grids are based primarily on rent per month, because monthly rents dominate the thinking of most tenants in this market. However, rent per SF per month is also useful as a measure of market rent, and some knowledgeable landlords keep track of their per SF rents. We definitely found that to be the case with Riverhill Tower, our Rent Comparable 7. We calculated rent per SF for each of the comparables and now review those unit values relative to the market rents indicated for the subject building. Here is a summary of the comparables for review:

Reconciliation of One Bedroom Apartment Rents

| Comp # | Actual Rent/Mo. | Unadjust. Rent/SF | Subject Adj.Rent | Subject Rent/SF |
|---|---|---|---|---|
| Comp 1 | $1,100 | $2.20 | $1,070 | $1.73 |
| Comp 1 | $1,200 | $1.98 | $1,095 | $1.77 |
| Comp 4 | $1,000 | $1.43 | $965 | $1.56 |
| Comp 5 | $1,150 | $1.58 | $1,125 | $1.81 |
| Comp 6 | $1,500 | $1.50 | $1,140 | $1.84 |
| Comp 7 | $1,430 | $2.04 | $1,200 | $1.94 |
| Comp 7 | $1,520 | $1.90 | $1,220 | $1.97 |
| Comp 8 | $1,700 | $2.13 | $1,340 | $2.16 |
| Average | $1,325 | $1.84 | $1,144 | --- |
| Conclusion | $1,100 | | $1,100 | $1.77 |

The second column from the left shows the unadjusted rent per SF paid for each rent comparable. The third column from the left shows the monthly rent indicated for the subject's one bedroom apartments after adjustments were applied to each comparable. The far right column shows the adjusted subject rent per SF, based on a 620 SF one bedroom apartment.

The average rent for all the comparables is $1.84/SF per SF per month. Our concluded market rent of $1,100/mo. is equivalent to $1.77/SF for the subject, which is within the range of the comparable rents and therefore reasonable and appropriate.

Reconciliation of Studio Apartment Rents

| Comp # | Actual Rent/Mo. | Unadjust. Rent/SF | Subject Adj.Rent | Subject Rent/SF |
|---|---|---|---|---|
| Comp 1 | $1,100 | $2.20 | $860 | $2.06 |
| Comp 2 | $875 | $1.80 | $940 | $2.25 |
| Comp 3 | $900 | $1.86 | $965 | $2.31 |
| Comp 7 | $1,045 | $2.15 | $770 | $1.84 |
| Comp 7 | $1,180 | $2.05 | $770 | $1.84 |
| Average | $1,020 | $2.01 | $861 | — |
| Conclusion | | | $950 | $2.27 |

The second column from the left shows the unadjusted rent per SF paid for each studio rent comparable. The third column from the left shows the monthly rent indicated for the subject's studio apartments after adjustments were applied to each comparable. The far right column shows the adjusted subject rent per SF, based on a 418 SF studio apartment.

The average rent for all the studio apartment comparables is $2.01/SF per SF per month. Our concluded market rent of $950/mo. is equivalent to $2.27/SF. The per SF rent is within the market range but still looks relatively high. This is because the subject studio apartments are smaller than all of the comparables. The strong demand in the market for rental apartments tends to set a floor on monthly rents. As long as the subject can generate this monthly "floor" rental, it will naturally show a higher per SF rent because of its size. In our market survey, four of our six studio apartment rents exceeded $1,000/mo. The other two, both in visibly inferior buildings, rented for $875 and $900/mo., respectively. These comparables suggest that the subject studios could easily rent for $950/mo., which makes the per SF rent reasonable and appropriate.

## CERTIFICATION OF THE APPRAISER

**Project:** Lane Hill Apartments **HUD Contract No.:** NY 360003011

By my signature below I certify that, to the best of my knowledge and belief:

The statements contained in this report are true, and that no important facts have been withheld or overlooked; subject to the limiting conditions set forth.

I have no personal interest or bias with respect to the subject property, its owners or managers or principals thereof. I am not an employee of those entities or principals and I have no business or close family interest that might commonly be perceived as creating bias or a conflict of interest.

Neither my employment nor my compensation for making this study and report are in any way contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study. There are no other side agreements or considerations.

My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.

I have personally inspected the interior and exterior of the appraised property and have also made a field inspection of the comparable sales relied upon in making this appraisal.

No one other than the undersigned prepared the analyses, conclusions and opinions concerning the real estate in question.

I am a certified general appraiser, licensed and in good standing with the State of New York, and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.

I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project.

Disclosure of the contents of this report is governed by the By-laws and regulations of The Appraisal Institute. Neither all nor any part of contents of this report (especially any conclusions as to value, or the identity of the appraisers), shall be disseminated to the public through advertising media, public relations media, news media, or any other public means of communication without prior written consent and approval of the authors.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

**Warning; If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.**

5/22/2002
Date

Kenneth L. Golub, MAI

New York State Certified Real Estate General Appraiser No. 46000004299
License expires November 18, 2003.

# Lane Hill

50 St. Andrews Place
Yonkers, N.Y. 10705

## SENIOR CITIZEN HOUSING

LANE HILL. A modern affordable residence in a truly convenient Westchester location. Set in the treelined suburban atmosphere of Westchester is the all new Lane Hill Senior Citizen Apartment residence, developed by DHI Enterprises, Inc., Westchester's leading residential developer.

At Lane Hill the accent is on convenience and safety. Residents are only a short easy walk away from a wide choice of neighborhood stores and from public transportation. For your safety, all apartments are equipped with emergency call alarms, smoke detectors and intercom panels. Hallways are completely sprinklered and equipped with emergency lights in the event of a power failure.

All apartments feature lush wall to wall carpeting and the lobby and hallways are also carpeted throughout. For your leisure hours, there's the Lane Hill Community Room for socializing, games, and community activities and, best yet, the rents at Lane Hill are affordable for people with fixed and limited incomes.

# DHI ENTERPRISES INC. WESTCHESTER'S LEADING RESIDENTIAL DEVELOPER

Lane Hill adds to the long list of successful creations by DHI Enterprises, Inc. Founded in 1963, DHI, located in North Yonkers, has built thousands of homes and apartments in Westchester County. DHI Enterprises is dedicated to the construction of well-designed residences offering each tenant maximum luxury, quality and convenience at reasonable rentals. Some of DHI's many residential developments in the area, in






# LANE HILL FEATURES

- New, modern building
- 14 cubic feet G.E. refrigerators
- Insulated glass, thermal windows
- Wall-to-wall carpeting in all apartments
- Carpeted hallways & lobby
- Fireproof construction
- Sprinkler system in all corridors
- Smoke detectors in all apartments
- Emergency call alarms in all apartments
- Intercoms in all apartments
- Ample parking
- Community room
- Mica kitchen cabinets and counter tops

ition to Lane Hill, include the splanade and Monterrey Condo-uiqium, Longview Cooperative, eredge Apartments, Oak Hill ondominium, Parkledge Apart-ients, River Hill Condominium, er Hill Towers and Walden od Forest Homes. DHI's exten-ve experience, proven track record well-earned reputation in the d assure you that Waterview is acked by the integrity of an idustry leading organization.






ffordable rents
nvenient to shopping
nvenient to transportation
uburban atmosphere with tree-ined streets

Lane Hill

INTERIOR PHOTOGRAPHS - LANE HILL APARTMENTS



The community room, on the third floor of the building.



The laundry room, also on the third floor.

INTERIOR PHOTOGRAPHS - LANE HILL APARTMENTS



A one bedroom apartment, looking back toward the front door from the living room. The door on the right is the bedroom.



The same one bedroom apartment, looking in from the kitchen. The bedroom and bathroom are through the door on the left.

INTERIOR PHOTOGRAPHS - LANE HILL APARTMENTS



A studio (efficiency) apartment. The bed on the right is in a sleeping alcove off the living room.



The same studio apartment, looking in across the living room toward the kitchen and entry door. The sleeping alcove is to the left.

VALENTINE PROPERTIES ASSOCIATES, LIMITED PARTNERSHIP
RENT ROLL-50 ST. ANDREWS PLACE, YONKERS, NEW YORK
MAY 2002

| TENANT NAME | APT | SIZE | CONTRACT RENT | HUD RENT | TENANT RENT | P'KING |
|---|---|---|---|---|---|---|
| JOSE ANDUJAR | 1G | 1 | 1016.00 | 869.00 | 147.00 | |
| JACK SOBEL | 1H | 1-JR | 1016.00 | 808.00 | 208.00 | |
| LYDIA DELGADO | ~~1J~~ | ~~1~~ | 1016.00 | 866.00 | 150.00 | |
| MARAGALI | 1K | 1 | 1016.00 | 849.00 | 167.00 | |
| CLAIRE STEPHENSON | 1L | 1 | 1016.00 | 855.00 | 161.00 | |
| JOHN CATTANO | 1M | 1-HC | 1016.00 | 856.00 | 160.00 | |
| JULIAN CASTRO | 2A | 1 | 1016.00 | 716.00 | 300.00 | |
| BERTHA KALASINSKI | 2G | 1 | 1016.00 | 695.00 | 321.00 | |
| McKINLEY,RACHEL | 2H | 1-JR | 1016.00 | 802.00 | 214.00 | |
| MARY NOVOTNEY | 2J | 1 | 1016.00 | 893.00 | 123.00 | |
| KEYS, MIRIAM | 2K | 1 | 1016.00 | 836.00 | 180.00 | 25.00 |
| ELIZABETH MARCSISON | 2L | 1 | 1016.00 | 758.00 | 258.00 | |
| ROSARIO LEIVA | 2M | 1-HC | 1016.00 | 862.00 | 154.00 | |
| LOUISE TURNER | 3A | 1 | 1016.00 | 850.00 | 166.00 | |
| BRAULIO SOTO | 3B | 1 | 1016.00 | 807.00 | 209.00 | 25.00 |
| NEMECIA BRITO | 3G | 1 | 1016.00 | 860.00 | 156.00 | |
| LINDA RUSSELL | 3H | 1-JR | 1016.00 | 750.00 | 266.00 | 25.00 |
| ROBERTA MURRAY | 3J | 1 | 1016.00 | 873.00 | 143.00 | |
| MIRIAM FIORITO | 3K | 1 | 1016.00 | 856.00 | 160.00 | |
| MANUEL ROMAN | 3L | 1 | 1016.00 | 922.00 | 94.00 | |
| EVA PINTO | 3M | 1 | 1016.00 | 869.00 | 147.00 | |
| CONSTANCE LAPIANA | 4A | 1 | 1016.00 | 843.00 | 173.00 | |
| LUCINDA COOPER | 4B | 1 | 1016.00 | 0.00 | 1016.00 | 25.00 |
| JOHN DePASQUALE | 4C | 0 | 892.00 | 580.00 | 312.00 | |
| SECUNDINO MATA | 4F | 2 | 1162.00 | 932.00 | 230.00 | |
| JOHN ROSATO | 4G | 1 | 1016.00 | 859.00 | 157.00 | |
| GUILIA DINARDO | 4H | 1-JR | 1016.00 | 866.00 | 150.00 | |
| DORIS SISLER | 4J | 1 | 1016.00 | 765.00 | 251.00 | |
| ARACELIS MALDONADO | 4K | 1 | 1016.00 | 856.00 | 160.00 | |
| IRENE CORNELL | 4L | 1 | 1016.00 | 817.00 | 199.00 | 25.00 |
| GLADYS VARGAS | 4M | 1 | 1016.00 | 862.00 | 154.00 | |
| MARY GLEASON | 5A | 1 | 1016.00 | 935.00 | 81.00 | |
| HELEN BONHOMME | 5B | 1 | 1016.00 | 860.00 | 156.00 | |
| JOHN MOLLOY | 5C | 0 | 892.00 | 581.00 | 311.00 | 25.00 |
| SUSANNA KORINIS | 5D | 1 | 1016.00 | 861.00 | 155.00 | |
| ELSA UBIERA | 5E | 1 | 1016.00 | 866.00 | 150.00 | |
| ISABELL MASTRODDI | 5F | 1 | 1016.00 | 835.00 | 181.00 | |
| ANNA DOHAN | 5G | 1 | 1016.00 | 803.00 | 213.00 | |
| WILLIAM DUFFY | 5H | 1-JR | 1016.00 | 572.00 | 444.00 | 25.00 |
| AIMEE JOPPA | 5J | 1 | 1016.00 | 836.00 | 180.00 | |
| CARLOS SANCHEZ | 5K | 1 | 1016.00 | 913.00 | 103.00 | |
| HELEN RENNIE | 5L | 1 | 1016.00 | 795.00 | 221.00 | |
| KA'TTIE COLEMAN | 5M | 1-HC | 1016.00 | 871.00 | 145.00 | |
| FRANCES ALAMEDA | 6A | 1 | 1016.00 | 865.00 | 151.00 | |
| ANGEL ROCHE | 6B | 1 | 1016.00 | 914.00 | 102.00 | |
| MAY CHIN | 6C | 0 | 892.00 | 761.00 | 131.00 | |

VALENTINE PROPERTIES ASSOCIATES, LIMITED PARTNERSHIP
RENT ROLL-50 ST. ANDREWS PLACE, YONKERS, NEW YORK
MAY 2002

| TENANT NAME | APT | SIZE | CONTRACT RENT | HUD RENT | TENANT RENT | P'KING |
|---|---|---|---|---|---|---|
| CARMEN TORRES | 6D | 1 | 1016.00 | 861.00 | 155.00 | |
| FLORENCE FREEDMAN | 6E | 1 | 1016.00 | 678.00 | 338.00 | |
| ROSAMUND PETERS | 6F | 1 | 1016.00 | 866.00 | 150.00 | |
| MARGARET BADDERS | 6G | 1 | 1016.00 | 862.00 | 154.00 | |
| ANA PLATA | 6H | 1-JR | 1016.00 | 860.00 | 156.00 | |
| JANICE DOUHERTY | 6J | 1 | 1016.00 | 892.00 | 124.00 | |
| JAMES ALBERTI | 6K | 1 | 1016.00 | 780.00 | 236.00 | 25.00 |
| LAURA OLIVER | 6L | 1 | 1016.00 | 752.00 | 264.00 | |
| AUGUSTA STAPLETON | 6M | 1 | 1016.00 | 842.00 | 174.00 | |
| ROSE GOLDRICH | 7A | 1 | 1016.00 | 860.00 | 156.00 | |
| CARMEN MORALES | 7B | 1 | 1016.00 | 854.00 | 162.00 | |
| MIGUEL FEBUS | 7C | 0 | 892.00 | 694.00 | 198.00 | 25.00 |
| FRANCES MESSINA | 7D | 1 | 1016.00 | 875.00 | 141.00 | |
| MARIA RIVERA | 7E | 1 | 1016.00 | 866.00 | 150.00 | |
| JULIA TRASK | 7F | 1 | 1016.00 | 846.00 | 170.00 | |
| JACINTO ROMERO | 7G | 1 | 1016.00 | 774.00 | 242.00 | 50.00 |
| ISABEL RODRIGUEZ | 7H | 1-JR | 1016.00 | 860.00 | 156.00 | |
| MARIA THEISS/Manuell) | 7J | 1 | 1016.00 | 860.00 | 156.00 | |
| VACANT | 7K | 1 | 1016.00 | 872.00 | 144.00 | |
| JOHN THOMAS | 7L | 1 | 1016.00 | 860.00 | 156.00 | |
| GIOVANNINA DILELLO | 7M | 1 | 1016.00 | 847.00 | 169.00 | |
| JOAN FITZPATRICK | 8A | 1 | 1016.00 | 805.00 | 211.00 | |
| EULOGIA CATINCHI | 8B | 1 | 1016.00 | 860.00 | 156.00 | |
| ERIC SMITH | 8C | 0 | 892.00 | 637.00 | 255.00 | |
| FRANCES ROMANCHIK | 8D | 1 | 1016.00 | 784.00 | 232.00 | |
| GLADYS ROSARIO | 8E | 1 | 1016.00 | 856.00 | 160.00 | |
| JOSEPHINE IMMER | 8F | 1 | 1016.00 | 758.00 | 258.00 | 25.00 |
| MARY LAWLOR | 8G | 1 | 1016.00 | 827.00 | 189.00 | |
| NORMAN RITCHIE | 8H | 1-JR | 1016.00 | 570.00 | 446.00 | 25.00 |
| MARTHA SUAREZ | 8J | 1 | 1016.00 | 929.00 | 87.00 | |
| HELEN PAGANO | 8K | 1 | 1016.00 | 727.00 | 289.00 | |
| OLGA HILL | 8L | 1 | 1016.00 | 868.00 | 148.00 | |
| ROSA RIVERA | 8M | 1 | 1016.00 | 866.00 | 150.00 | |
| ELIZABETH STOJNY | 9A | 1 | 1016.00 | 751.00 | 265.00 | |
| NANCY LACATENA | 9B | 1 | 1016.00 | 856.00 | 160.00 | |
| HORACE ROBERTS | 9C | 0 | 892.00 | 652.00 | 240.00 | |
| MARIO PAVONE | 9D | 1 | 1016.00 | 674.00 | 342.00 | |
| SHIRLEY EGDAL | 9E | 1 | 1016.00 | 750.00 | 266.00 | 25.00 |
| ELAINE GRANTHAM | 9F | 1 | 1016.00 | 867.00 | 149.00 | |
| SOPHIA DELCASTELLO | 9G | 1 | 1016.00 | 864.00 | 152.00 | |
| ALTAGRACIA RIVERA | 9H | 1-JR | 1016.00 | 856.00 | 160.00 | |
| RICHARD MOLLOY | 9L | 1 | 1016.00 | 891.00 | 125.00 | |
| MARIA COLON | 9M | 1 | 1016.00 | 856.00 | 160.00 | |
| LEONA MCLAUCHLIN | 10A | 1 | 1016.00 | 721.00 | 295.00 | |
| ARNOLD WHITTINGHAM | 10B | 1 | 1016.00 | 469.00 | 547.00 | |
| MILAGROS VELAZQUEZ | 10C | 0 | 892.00 | 658.00 | 234.00 | |

VALENTINE PROPERTIES ASSOCIATES, LIMITED PARTNERSHIP
RENT ROLL-50 ST ANDREWS PLACE, YONKERS, NEW YORK
MAY 2002

| TENANT NAME | APT | SIZE | CONTRACT RENT | HUD RENT | TENANT RENT | P'KING |
|---|---|---|---|---|---|---|
| HARLIE SMITH | 10D | 1 | 1016.00 | 867.00 | 149.00 | 25.00 |
| VERANIA TORRES | 10E | 1 | 1016.00 | 862.00 | 154.00 | |
| HELEN CULLEN | 10F | 1 | 1016.00 | 757.00 | 259.00 | |
| HELEN ONDEK | 10G | 1 | 1016.00 | 856.00 | 160.00 | |
| PETER FORCELLI | 10M | 1 | 1016.00 | 515.00 | 501.00 | |
| EVA VITERETTI | 11A | 1 | 1016.00 | 863.00 | 153.00 | |
| JULIA CASAMAYOR | 11B | 1 | 1016.00 | 740.00 | 276.00 | |
| DONALD LUCAS | 11C | 0 | 892.00 | 747.00 | 145.00 | |
| JOAN BISHOP | 11D | 1 | 1016.00 | 860.00 | 156.00 | |
| JESSE COLSON | 11E | 1 | 1016.00 | 480.00 | 536.00 | |
| FRANCISCO MONCLUS | 11F | 1 | 1016.00 | 889.00 | 127.00 | |
| IRENE SHEPHERD | 12A | 1 | 1016.00 | 903.00 | 113.00 | |
| BEVERLY RYAN | 12B | 1 | 1016.00 | 669.00 | 347.00 | |
| EVA SANTOS | 12C | 0 | 892.00 | 730.00 | 162.00 | |
| SHIRLEY WILMER | 12D | 1 | 1016.00 | 914.00 | 102.00 | |
| SADIE O'LEARY | 12E | 1 | 1016.00 | 807.00 | 209.00 | |
| JOSEPH ROBINSON | 12F | 1 | 1016.00 | 806.00 | 210.00 | |
| | | | 109774.00 | 87178.00 | 22596.00 | 375.00 |


Hudson River
Comp 6
Comp 7
Comp 8
Comp 5
Ridge Hill Rehab Center
9A
100
Yonkers
Comp 1
Comp 4
Comps 2,3
Yonkers Raceway
Hill View Reservoir

ADDENDA

## SCOPE OF WORK

This Rent Comparability Study was completed in accordance with the requirements set forth in HUD's Notice H 00-12.

Kenneth L. Golub, a New York State certified general appraiser employed by American Property Counselors, personally conducted all of the research, data collection and analysis. The following actions were taken to complete this RCS.

In April 2002 Mr. Golub met with Jerome Ginsburg, a partner involved in the ownership and management of the building. Mr. Ginsburg provided an introduction to the property as well as various fact sheets, floor plans and a current rent roll.

Initially, a careful review was made of HUD's Notice H 00-12. Attachments were also reviewed to compose appropriate definitions and certifications for the Rent Comparability Study, and sample RCS formats were reviewed also.

On several dates in April and May 2002 Mr. Golub visited the property, toured the neighborhood and made inspections of the building's exterior and interior. The resident superintendent and security guard were interviewed and the superintendent provided access into various apartments. Several tenants were also interviewed to gain their impressions of the building's quality and the quality of management.

Real estate brokers in Yonkers and nearby towns in southern Westchester were contacted to find recent apartment rentals. This effort was complicated by the prevalence of rent stabilization in Westchester rental buildings. Brokers were asked for information regarding apartment rentals in private homes and condominiums, and non-regulated cooperative apartments.

Field visits were made to all of the locations where apartment rents were found. Attempts were made to verify information about the rentals with landlords and tenants, including the features and amenities of the rented premises, parking arrangements and arrangements to pay for various utilities. Each of the comparables was photographed and a brief inspection was made of the surrounding neighborhood of each comparable.

Mr. Golub organized all of the information regarding the comparables, then composed comparison grids with which to formulate market rent estimates. The information was checked and edited to conform with the suggested formats in the attachments to HUD's Notice H 00-12. The analyses and conclusions were then edited and reviewed for accuracy and reasonableness.

## ASSUMPTIONS AND LIMITING CONDITIONS

This report has been prepared solely for the use of the client identified in the letter of transmittal and for the purpose stated. No other parties may assume rights to use, reproduce or distribute any information in this report without express authorization from American Property Counselors.

This appraisal was prepared under the following assumptions:

1. There are no encumbrances, encroachments or defects of title and the property has a marketable title which would be acceptable to a title insurance company.

2. Ownership and management are in competent, responsible hands.

3. The property identification and legal description furnished to American Property Counselors is correct. Other reasonable information furnished to American Property Counselors by others is assumed to be reliable.

4. The property complies with applicable use, zoning and environmental regulations and building occupancy codes.

5. There are no concealed conditions or defects which would render the property more or less valuable than other similar properties.

This appraisal is subject to the following limiting conditions:

1. This report is presented as an integrated whole. Using parts of this report out of context invalidates the appraisal.

2. The appraisers signing this report are not required to appear or testify in court with reference to this property, unless prior arrangements have been made.

3. Measurements, plot plans, maps and sketches in this report are only for illustration. They are not intended to be authoritative and may not be accurate.

4. This is an analysis of issues relevant to the marketability and value of defined real estate interests. We make no representation of engineering or legal expertise.

5. The existence of potentially hazardous materials such as urea formaldehyde foam, lead-based paint, asbestos or toxic waste has not been considered. The appraisers are not qualified to detect or analyze such substances. An environmental engineer should be retained to clarify any ambiguity about potentially hazardous materials.

6. The existence of underground storage tanks and their contents has not been considered. The appraisers are not qualified to analyze such items. An environmental engineer should be retained to clarify any ambiguity about underground storage tanks.

7. The Americans with Disabilities Act (ADA) became effective on January 26, 1992. The appraiser is not qualified to judge ADA compliance. Any comments in this report about ADA compliance are provided only as descriptive information. A qualified architect should be retained to clarify any ambiguity about ADA compliance.

8. All of the facts, observations and conclusions contained in this report are consistent with information available as of the date of the study. The value of real estate and rents are affected by many related and unrelated conditions, local and national. No liability is assumed for sudden or unforeseen changes in the economy, legislation or governmental regulation which might influence the value of this property.

# PROFESSIONAL QUALIFICATIONS
## KENNETH L. GOLUB

Professional Affiliations
American Society of Real Estate Counselors - CRE Designation
Appraisal Institute - MAI Designation
Westchester County New York Board of Realtors

Services Provided
Investment analysis; valuation for buyers, sellers and lenders; studies for eminent domain takings; appraisals for tax assessment; gift and estate tax appraisals; appraisals for easement acquisitions for sewers and electric power lines, scenic and conservation easements; feasibility studies, market studies; distressed property workout strategies; property investment counseling, leasing arrangements; asset allocation and property exchanges.

I have analyzed properties throughout the United States and prepared intensive studies of the impact of electric power lines, communications towers, highways and conservation easements.

Career Experience
Partner, American Property Counselors since 1987.

President of Golub Appraisal Company, Mount Kisco, New York, specializing in the preparation of real estate appraisals, and counseling relating to real estate matters (1972-1987).

Manager of New York office of C. L. Orbaker and Associates, Inc., a real estate appraisal firm with offices in Connecticut, New Jersey, New York and Pennsylvania (1970-1972).

Staff Appraiser with Thorne Appraisal Service, Inc., Binghamton, New York for two years (1968-1970).

Expert Testimony
I have appeared and been qualified as an expert witness at legal proceedings involving condemnation, tax certiorari and business dissolutions in various jurisdictions in New York, Connecticut, New Jersey and Pennsylvania.

Publications
Articles I have written on valuation related topics have appeared in "The Appraisal Journal," "The Real Estate Appraiser and Analyst," "The Appraisal Review Journal" and "The Journal of Property Tax Management."

Teaching
Faculty Member, American Institute of Real Estate Appraisers. I have written and conducted seminars sponsored by the National Association of Review Appraisers and Mortgage Underwriters, the Northeast Regional Association of Assessing Officers and the New York State Association of Assessing Officers.

## CLIENTS WE HAVE SERVED

Corporations
Agway, Inc.
Akindale Farms, Inc.
American Maize Corp.
Atlantic Mutual Insurance Co.
Bancroft & Martin
Bell Atlantic Mobile Corp.
Boise Cascade
Bowater Corp.
BP Oil Co.
Cellular One
Chase Enterprises
Chrysler Corporation
Cibro Petroleum, Inc.
Citgo
Clough Harbour Associates
Con Edison
Continental Insurance Company
Cumberland Farms
Doctor's Sunnyside Hospital
Ellaneff Manufacturing Corp.
Financial Guaranty Insurance Company
Getty Oil
Hackensack Water Co.
Holliday Fenoglio
I.T.T. Corp.
International Business Machines Corp.
KOSCO
McGraw Hill
Meenan Oil Co.
Mobil Oil Corp.
Modern Maid Corporation
New York State Electric & Gas Corp.
Northville Petroleum, Inc.
Pfizer, Inc.
Presidential Realty Corp.
Prudential Insurance Co. of America
Reynolds Metals Company, Inc.
Shell Oil Corp.
Sprint PCS
Star Enterprise, Inc.
Stony Lodge Hospital, Inc.
Texaco, Inc.
United Parcel Service
Westinghouse Electric Corp.
Wyatt Oil Co.

Financial Institutions
AMRESCO
Bank of Baltimore
Bank of New York
Chase Manhattan/Chemical Bank
Citibank
EQ Services, Inc. (Equitable)
Fleet Bank
General Electric Credit Corp.
Holliday & Fenoglio
J. P. Morgan Interfunding Corp.
Marine Midland Bank
Morgan Guaranty Trust Co.
National Westminster Bank
Norwest
RECOLL Management, Inc.
United Jersey Bank

Trusts
AMB Institutional Investors
Mid-Hudson Medical Group, P.C.
Open Space Institute
Scenic Hudson, Inc.
The Nature Conservancy
The Trust for Public Land
The New School for Social Research

Attorneys and Accountants
Andora, Palmisano & Geany
Bond, Schoeneck & King, LLP
Cadwalader, Wickersham & Taft
Corbally Gartland & Rappleyea
Danziger & Markoff
Fleischman & Mushett
Gellert & Cutler
Hall Dickler Kent Friedman, P.C.
Herzfeld & Rubin
John Rubin, Esq.
John F. Burkhardt, Esq.
Karcher Rainone, P.C.
Kirshon & Shron
Maroney, Ponzini & Spencer
Nixon Hargrave Devans & Doyle
Nolan & Heller
Paul Bergins, Esq.
Plunkett & Jaffe
Podell, Rothman, Schechter & Banfield
Raymond Kuntz, P.C.
Richard Blancato, Esq.
Shanley & Fisher
Sperduto & Spector
Tofl, Saxl & Berenson, P.C.
VanDeWater & VanDeWater
Wilson, Elser, Moskowitz, Edelman & Dicker

# CLIENTS WE HAVE SERVED

Federal Agencies
Federal Deposit Insurance Corporation
Resolution Trust Corporation
U.S. Dept. of Agriculture, Forest Service
U.S. Dept. of the Interior, National Park Service
United States Postal Service

State Agencies
New York State Power Authority
New York State Thruway Authority
NJ Transit
Palisades Interstate Park Commission
Port of Seattle, Washington
Illinois Dept. of Transportation
NYS OMRDD
NYS Dormitory Authority
NYS Office of Mental Health
Connecticut Dept. of Transportation
NYS Office of the Attorney General
NYS Facilities Development Corporation
NYS Dept. of Environmental Conservation
State University of New York
NYS OPRHP
NJ Green Acres Program
NJ Dept. of Transportation
NYS Dept. of Transportation

Local Governments
Arlington (N.Y.) School District
Borough of South Plainfield, N.J.
Broome County, N.Y.
City of Mt. Vernon, N.Y.
City of Portsmouth, N.H.
City of Poughkeepsie, N.Y.
City of White Plains, N.Y.
City of Yonkers, N.Y.
Orange County, N.Y.
Orangetown School District
Pearl River School District
Putnam County, N.Y.
Town of Pelham, N.Y.
Town of Ossining, N.Y.
Town of Mount Pleasant, N.Y.
Town of Eastchester, N.Y.
Town of Orangetown, N.Y.
Town of Stony Point N.Y.
Town of Greenburgh, N.Y.
Town of Pleasant Valley, N.Y.
Town of Newington, N.H.
Town of Lagrange, N.Y.
Town of Fishkill, N.Y.
Town of Poughkeepsie, N.Y.
Town of Ramapo, N.Y
Town of Cortlandt, N.Y.
Township of Edison, N.J.
Village of Pelham Manor, N.Y.
Village of Tuckahoe, N.Y.
Village of Elmsford, N.Y.
Village of Mamaroneck, N.Y.
Village of Dobbs Ferry, N.Y.
Westchester County, N.Y.

NEW YORK QUADEL

August 12, 2002

Jerome Ginsburg
Park Properties Associates, LP
84 Business Park Drive
Suite 103
Armonk, NY 10504

RE: **Additional Information Required**
Annual Adjustment Factor Rent Increase FY 2002

| | |
|---|---|
| La Martine Terrace | Valentine Lane ✓ |
| NY36-0010-003 | NY36-0003-011 |

Dear Mr. Ginsburg:

We have received almost all the supporting documentation requested in the letter NYQ sent you dated May 30, 2002. The first piece of additional information came in on June 6, 2002. On July 2nd we receive the second set, but it was incomplete. The utility bills from ConEdison itself will allow us to see each apartment's utility consumption for the year. Unfortunately, the bills do not state the apartment's bedroom size. Without this information, NYQ cannot calculate the new utility allowance for each bedroom size. I called Steven Bolduc on July 12th asking him to send me a list of each property's bedroom size and apartment number. He told me he would send it to me. As of today, I have not received it.

I am also following up with our previous resolution in May with La Martine's annual adjustment factor rent increase effective 7/12/01. TRACS has been updated to reflect the corrected rents. If you have not already done so, you may now voucher for the corrected rents.

Please do not hesitate to contact me with any concerns or questions. I can be reached at (315) 428-1800 ext. 251.

Sincerely,

Romdoul Kim
Contract Renewal/Rent Specialist
Encl:

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315 428 1800
F 315.428.0088
TTY 877.431.3453

ALL-STATE LEGAL® EXHIBIT 48

ATTN: Romdoul Kim
New York Quadel

Re: La Martine Terrace
Valentine Lane

We faxed on July 12th a summary by apartment line of bedroom count. Either you did not receive it or found it insufficient.

Enclosed are detailed unit information print outs for both buildings.

The apartment numbers are on the individual bills already in your possesion. They can be found the address box on the same line as the street address.

Please call us at 914-273-5800 when you get this so we know it has been delivered.

Thank You

Stephen Bolduc

EXHIBIT
ALL STATE LEGAL
49

UNIT INFORMATION 

Project: VALENTINE LANE Effective: 08/14/02
Contract: NY360003011 Printed: 08/14/02

| Bldg/Unit | Last Name of Head | Subsidy Type/ HAP Contract | # of Bdrm | Cont Rent | Basic Rent | Mkt Rent | Util Allw |
|---|---|---|---|---|---|---|---|
| 06D | TORRES | NY360003011 | 1 | 1016 | | | 26 |
| 06E | FRIEDMAN | NY360003011 | 1 | 1016 | | | 26 |
| 06F | ELIAS | NY360003011 | 1 | 1016 | | | 26 |
| 06G | GADDERS | NY360003011 | 1 | 1016 | | | 26 |
| 06H | FLATA | NY360003011 | 1 | 1016 | | | 26 |
| 06J | DOHERTY | NY360003011 | 1 | 1016 | | | 26 |
| 06K | ALBERTI | NY360003011 | 1 | 1016 | | | 26 |
| 06L | VACANT | NY360003011 | 1 | 1016 | | | 26 |
| 06M | STAPLETON | NY360003011 | 1 | 1016 | | | 26 |
| 07A | GOLDRICH | NY360003011 | 1 | 1016 | | | 26 |
| 07B | MORALLS | NY360003011 | 1 | 1016 | | | 26 |
| 07C | FEBUS | NY360003011 | 0 | 892 | | | 24 |
| 07D | MESSINA | NY360003011 | 1 | 1016 | | | 26 |
| 07E | RIVERA | NY360003011 | 1 | 1016 | | | 26 |
| 07F | TRASK | NY360003011 | 1 | 1016 | | | 26 |
| 07G | ROMERO | NY360003011 | 1 | 1016 | | | 26 |
| 07H | RODRIGUEZ | NY360003011 | 1 | 1016 | | | 26 |
| 07J | THEISS | NY360003011 | 1 | 1016 | | | 26 |
| 07K | ARESON | NY360003011 | 1 | 1016 | | | 26 |
| 07L | THOMAS | NY360003011 | 1 | 1016 | | | 26 |
| 07M | DILELLO | NY360003011 | 1 | 1016 | | | 26 |
| 08A | FITZPATRICK | NY360003011 | 1 | 1016 | | | 26 |
| 08B | CATINCHI | NY360003011 | 1 | 1016 | | | 26 |
| 08C | SMITH | NY360003011 | 0 | 892 | | | 24 |
| 08D | ROMANCHICK | NY360003011 | 1 | 1016 | | | 26 |
| 08E | ROSARIO | NY360003011 | 1 | 1016 | | | 26 |
| 08F | IMMER | NY360003011 | 1 | 1016 | | | 26 |
| 08G | LAWLOR | NY360003011 | 1 | 1016 | | | 26 |
| 08H | RITCHIE | NY360003011 | 1 | 1016 | | | 26 |
| 08J | BAGOT | NY360003011 | 1 | 1016 | | | 26 |
| 08K | PAGANO | NY360003011 | 1 | 1016 | | | 26 |
| 08L | HILL | NY360003011 | 1 | 1016 | | | 26 |
| 08M | RIVERA | NY360003011 | 1 | 1016 | | | 26 |
| 09A | STROJNY | NY360003011 | 1 | 1016 | | | 26 |
| 09B | LACATENA | NY360003011 | 1 | 1016 | | | 26 |
| 09C | GREENE | NY360003011 | 0 | 892 | | | 24 |
| 09D | PAVONE | NY360003011 | 1 | 1016 | | | 26 |
| 09E | EGDAL | NY360003011 | 1 | 1016 | | | 26 |
| 09F | GRANTHAM | NY360003011 | 1 | 1016 | | | 26 |
| 09G | DELCASTELLO | NY360003011 | 1 | 1016 | | | 26 |
| 09H | RIVERA | NY360003011 | 1 | 1016 | | | 26 |
| 09L | MOLLOY | NY360003011 | 1 | 1016 | | | 26 |
| 09M | COLON | NY360003011 | 1 | 1016 | | | 26 |
| 10A | MCLAUGHLIN | NY360003011 | 1 | 1016 | | | 26 |
| 10B | WHITTINGHAM | NY360003011 | 1 | 1016 | | | 26 |
| 10C | VELAZQUEZ | NY360003011 | 0 | 892 | | | 24 |

HUDManager 2000 v1.5.0 * (c) 1997-2002 by RealPage, Inc. * Project Report

UNIT INFORMATION Page 3 of 3

Project: VALENTINE LANE Effective: 09/11/02
Contract: NY36000301 1 Printed: [illegible]

| Bldg/Unit | Last Name of Head | Subsidy Type/ HM Contract | # of Bdrm | Cont Rent | Basic Rent | Mrkt Rent | Util Allw |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 1 | 1016 | | | 26 |
| [illegible] | [illegible] | NY36000301 1 | 1 | 1016 | | | 26 |
| 10F | [illegible] | NY36000301 1 | 1 | 1016 | | | 26 |
| 10G | ONDEK | NY36000301 1 | 1 | 1016 | | | 26 |
| 10H | FORCELLI | NY36000301 1 | 1 | 1016 | | | 26 |
| 11A | VITERETTI | NY36000301 1 | 1 | 1016 | | | 26 |
| 11B | CASAMAYOR | NY36000301 1 | 1 | 1016 | | | 26 |
| 11C | LUCAS | NY36000301 1 | 0 | 892 | | | 24 |
| 11D | BISHOP | NY36000301 1 | 1 | 1016 | | | 26 |
| 11E | COLSON | NY36000301 1 | 1 | 1016 | | | 26 |
| 11F | MONCLUS | NY36000301 1 | 1 | 1016 | | | 26 |
| 12A | SHEPHERD | NY36000301 1 | 1 | 1016 | | | 26 |
| 12B | RYAN | NY36000301 1 | 1 | 1016 | | | 26 |
| 12C | SANTOS | NY36000301 1 | 0 | 892 | | | 24 |
| 12D | WILMER | NY36000301 1 | 1 | 1016 | | | 26 |
| 12E | O'LEARY | NY36000301 1 | 1 | 1016 | | | 26 |
| 12F | ROBINSON | NY36000301 1 | 1 | 1016 | | | 26 |

| | Contract Rent | Basic Rent | Market Rent | Utility Allowance |
|---|---|---|---|---|
| 108 occupied units - Total: | [illegible] | 0 | 0 | 2794 |
| Average: | 1007 | 0 | 0 | 26 |
| All 109 units - Total: | 109774 | 0 | 0 | 2820 |
| Average: | 1007 | 0 | 0 | 26 |

HUDManager 2000 v1.5.0 * (c) 1997-2002 by RealPage, Inc. * Project Report