NEW YORK QUADEL

September 10, 2002

Jerome Ginsburg
Park Properties Associates, LP
84 Business Park Drive
Suite 103
Armonk, NY 10504

RE: Annual Adjustment Factor Rent Increase – with Utility Allowance Increase
Valentine Lane
NY36-0003-011 FHA: non-insured

Dear Mr. Ginsburg:

We have processed an annual adjustment factor rent increase and a utility allowance adjustment for the units covered by the above referenced Section 8 Contract. The approved adjustments are shown below. Your rents have been adjusted by the annual adjustment factor of 1.046. The effective date of the rent increase is 10/14/2002.

| Unit Type | Number of Units | Current Contract Rents | New Contract Rents | Current UA | New UA | New Gross Rents |
|---|---|---|---|---|---|---|
| 0 BR | 9 | $ 892 | $ 928 | $24 | no change | $ 952 |
| 1 BR | 99 | $1,016 | $1,053 | $26 | $33 | $1,086 |
| 2 BR | 1 | $1,162 | $1,204 | $30 | $42 | $1,246 |

Enclosed please find three draft Rent Schedule Forms HUD-92458 reflecting the approved increase. Please execute all three copies of the Rent Schedule and return them to our office within 10 days of receipt. The rents and utility allowances shown above will not take effect until the rent schedules are fully executed by you and New York Quadel. You have 75 days to implement your new utility allowance.

Please do not hesitate to contact me with any concerns or questions. I can be reached at (315) 428-1800 ext. 251.

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

EXHIBIT
50
ALL-STATE LEGAL®

NEW YORK QUADEL

Sincerely,

Romdoul Kim
Contract Renewal/Rent Specialist

Enclosure: Rent Schedule
AAF computation worksheets

cc: HUD NYC

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

# Rent Schedule
# Low Rent Housing

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0012 (exp. 3/31/2000)

RECEIVED
SEP 3 0 2002

See page 3 for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (mm/yyyy) |
|---|---|---|
| Valentine Lane NY36-0003-011 | Non-insured NEW YORK QUAD[illegible] | [illegible]4/2002 |

**Part A – Apartment Rents**

Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date (mm/dd/yyyy) 10 / 14 / 02) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 0 BR | 9 | 928 | 8,352 | 24 | 952 | | |
| 1 BR | 99 | 1,053 | 104,247 | 33 | 1,086 | | |
| 2 BR | 1 | 1,204 | 1,204 | 42 | 1,246 | | |
| 2 BR Super | 1 | 1,204 | 1,204 | 42 | 1,246 | | |
| Total Units | 110 | Monthly Contract Rent Potential (Add Col. 4)* | 115,007 | | | Monthly Market Rent Potential (Add Col. 8)* | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | 1,380,084 | | | Yearly Market Rent Potential (Col. 8 Sum x 12)* | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

**Part B – Items Included in Rent**

Equipment/Furnishings in Unit (Check those included in rent.)

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [ ] Disposal
- [ ] Dishwasher
- [x] Carpet
- [ ] Drapes

Utilities (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item) E=electric; G=gas; F=fuel oil or coal.

- [x] Heating
- [ ] Cooling
- [x] Hot Water
- [x] Cooking
- [x] Lights, etc.

Services/Facilities (check those included in rent)

- [ ] Parking
- [ ] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] Nursing Care
- [ ] Linen/Maid Service

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| Superintendent | 2 BR | 1,204 |
| | | |
| | | |
| | | |
| Total Rent Loss Due to Non-Revenue Units | | $ 1,204 |

**Part E – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F – Maximum Allowable Rent Potential**

Enter Maximum Allowable Monthly Rent Potential from latest Rent Computation Worksheet (to be completed by HUD or lender) $ 113,803

Previous editions are obsolete



form HUD-92458 (3/94) ref Handbook 4350.1

EXHIBIT 53

ALL-STATE LEGAL®



PPAV-QUA-00332

**Part G – Information on Mortgagor Entity**

Name of Entity

Valentine Properties Associates, Limited Partnership

Type of Entity

- [ ] Individual
- [ ] Corporation
- [ ] General Partnership
- [x] Limited Partnership
- [ ] Joint Tenancy/Tenants in Common
- [ ] Trust
- [ ] Other (specify)

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:

- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: ~~(1) all general partners; and (2) limited partners having~~ a 25% ~~or more~~ interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having ~~at~~ least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number |
|---|---|
| Friendly Management, Inc, General Partner | 59-3340360 |
| Jerome Z. Ginsburg, President - General Partner | 104 28 5787 |
| The MG-1996 Irrevocable Trust Limited Partner | 59 7082019 |
| Paul J. Richards, Trustee of Limited Partner | 084 34 1353 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature | Date (mm/dd/yyyy) |
|---|---|---|
| Jerome Z. Ginsburg, Pres. General Partner | [signature] | 09/20/02 |

**Part I – HUD/Lender Approval**

| | | |
|---|---|---|
| Addendum Number | Branch Chief/Lender Official Signature [signature] | 9/30/02 Date (mm/dd/yyyy) |
| HAP Contract Number | | |
| Exhibit Number | Director, Housing Management Division Signature [signature] | 10/2/02 Date (mm/dd/yyyy) |
| Loan Servicer Signature / Date (mm/dd/yyyy) | | |

Previous editions are obsolete



form HUD-92458 (3/94) ref Handbook 4350.1

RECEIVED
OCT 2 ? 2002
NEW YORK

SUITE 103

84 BUSINESS PARK DRIVE, SUITE 103, ARMONK, NEW YORK 10504 (914) 273-5800 TELEFAX (914) 273-6568

October 22, 2002 Via Federal Express

Mr. Ed Przywara
Quadel
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Project Name: Valentine Lane Contract # NY 360003011

RE: Subject Rent Increase for Fiscal Year 2003
2 BR Units below FMR
0 and 1 BR Units over FMR Increase applied for under RCS

Dear Mr. Przywara:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover report.
3. Tenant utility allowance recommendation.
4. Adjustment work sheets
   RCS - 0 BR and 1 BR
   AAF - 2 BR
5. New rent schedule.
6. Cover sheet of Rent Comparability Study, (already on file from earlier this year).
7. Owners Certification of Compliance under Section 4-4 of Notice H00-12 (RCS)
8. Owners Certification of Compliance with Requirement of Notice (AAF).

If there are any other documents necessary to process these increases, please advise me immediately.

Thank you in advance for your courtesy.

Very truly yours,

VALENTINE PROPERTIES ASSOCIATES, LP.

By: [signature], President
Friendly Management, Inc.
General Partner
JZG:lac
Enc.

EXHIBIT
54
ALL-STATE LEGAL®

DEC - 2 2002

RECEIVED
DEC 09 2002
NEW YORK QUADEL

NEW YORK QUADEL

November 26, 2002

Valentine Properties Associates, L.P.
84 Business Park Drive
Armonk, New York 10504

Attn Mr. Jerome Ginsburg:

**Subject: Annual Adjustment Factor Rent Increase without Utility Allowance Increase**

**Property: Valentine Lane**
**Contract #: NY36-0003-011**
**FHA #: Non-insured**

Dear Mr. Ginsburg:

We have processed an annual adjustment factor rent increase for the units covered by the above referenced Section 8 Contract. The approved adjustments are shown below, and your rents have been adjusted by the annual adjustment factor of 1.046. The amended effective date of the rent increase is **01/02/03**.

| Unit Size | # Units | Contract Rent | Utility Allow. | Gross Rent |
|---|---|---|---|---|
| 0BR | 9 | $964 | $24 | $988 |
| 1BR | 99 | $1,092 | $33 | $1,125 |
| 2BR | 1 | $1,204 | $42 | $1,246 |

Enclosed please find three (3) draft Rent Schedule Forms (HUD-92458) reflecting the approved increase. Please execute all three copies and return them tour office within 10 days of receipt. The rents shown above will not take effect until the rent schedules are fully executed by you and New York Quadel.

Should you have any questions, please do not hesitate in contacting me at (315) 428-1800 x 234, or via email at eprzywara@nyquadel.com. Thank you.

Sincerely,

Edward F. Przywara
NYQ Contract Renewal / Rent Specialist

317 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

EXHIBIT
56
ALL-STATE LEGAL®



PPAV-QUA-00401

# Rent Schedule
# Low Rent Housing

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0012 (exp. [illegible])

RECEIVED DEC 09 2002 NEW YORK QUADEL

See page 3 for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (mm/dd/yyyy) |
|---|---|---|
| Valentine Lane NY36-0003-011 | Non-insured | 01/02/2003 |

**Part A – Apartment Rents**

Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date (mm/dd/yyyy) 10 / 14 / 02) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents: Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 0 BR | 9 | 964 | 8,676 | 24 | 988 | | |
| 1 BR | 99 | 1,092 | 108,108 | 33 | 1,125 | | |
| 2 BR | 1 | 1,204 | 1,204 | 42 | 1,246 | | |
| Total Units | 109 | Monthly Contract Rent Potential (Add Col. 4)* | 117,988 | | | Monthly Market Rent Potential (Add Col. 8)* | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | 1,415,856 | | | Yearly Market Rent Potential (Col. 8 Sum x 12)* | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

**Part B – Items Included in Rent**

**Equipment/Furnishings in Unit** (Check those included in rent.)

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [ ] Disposal
- [ ] Dishwasher
- [x] Carpet
- [ ] Drapes

**Utilities** (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item) E=electric; G=gas; F=fuel oil or coal.

- [x] Heating G
- [ ] Cooling
- [x] Hot Water G
- [x] Cooking G
- [x] Lights, etc. E

**Services/Facilities** (check those included in rent)

- [ ] Parking
- [ ] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] Nursing Care
- [ ] Linen/Maid Service

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| Superintendent | 2 BR | 1,204 |
| Total Rent Loss Due to Non-Revenue Units | | $ |

**Part E – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F – Maximum Allowable Rent Potential**

Enter Maximum Allowable Monthly Rent Potential From The Rent Computation Worksheet (to be completed by HUD or lender) $ 117,988

Previous editions are obsolete



form HUD-92458 (3/94)
ref Handbook 4350.1

ALL-STATE LEGAL® EXHIBIT 58

675

PPAV-QUA-00406

**Part G – Information on Mortgagor Entity**

Name of Entity

Vanentine Properties Associates, L.P.

Type of Entity

- [ ] Individual
- [ ] Corporation
- [ ] General Partnership
- [x] Limited Partnership
- [ ] Joint Tenancy/Tenants in Common
- [ ] Trust
- [ ] Other (specify)

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:

- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number |
|---|---|
| Friendly Management, Inc., General Partner | 59-3340360 |
| Jerome Z. Ginsburg, President, General Partner | 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 |
| The MG-1996 Irrevocable Trust, Limited Partner | 59-7082019 |
| Paul J. Richards, Trustee of Limited Partner | 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 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

Name and Title: JEROME Z. GINSBURG PRES of G.P

Authorized Official's Signature: [signature]

Date (mm/dd/yyyy): 12/03/2002

**Part I – HUD/Lender Approval**

Addendum Number

HAP Contract Number

Exhibit Number

Loan Servicer Signature Date (mm/dd/yyyy)

Branch Chief/Lender Official Signature: Barbara Locke

Date (mm/dd/yyyy): 12/9/02

Director, Housing Management Division Signature: [signature]

Date (mm/dd/yyyy): 12/9/2002

Previous editions are obsolete



form HUD-92458 (3/94)
ref Handbook 4350.1

SUITE 108

84 BUSINESS PARK DRIVE ARMONK NEW YORK 10504 TELEPHONE (914) 273-5800 FAX (914) 273-6563

RECEIVED
NOV 12 2003
NEW YORK [illegible]

November 11, 2003
Via Federal Express

Mr. Ed Przywara
ICAP
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Project Name: Valentine Lane - Contract No. NY 360003011

RE: Subject Rent Increase for Fiscal Year 2004
2 BR Units below FMR
0 and 1 BR Units over FMR Increase applied for under RCS

Dear Mr. Przywara:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover report.
3. Tenant utility allowance recommendation.
4. Adjustment work sheets
    RCS - 0 BR and 1 BR
    AAF - 2 BR
5. New rent schedule.
6. Cover sheet of Rent Comparability Study, (already on file from previous year).
7. Owners Certification of compliance under Section 4-4 of Notice H00 - 12 (RCS)
8. Owners Certification of Compliance with Requirement of Notice (AAF)

If there are any other documents necessary to process these increases, please advise me immediately.

Thank you in advance for your courtesy.

Very truly yours,

VALENTINE PROPERTIES ASSOCIATES, LP.

By: ______________________ President
Jerome Z. Ginsburg
Friendly Management, Inc., General Partner

JZG:lac
Enc.

EXHIBIT 59

677

PPAV-QUA-00408

NEW YORK QUADEL

November 19, 2003

Jerome Ginsburg
Park Properties Associates, LP
84 Business Park Drive
Suite 103
Armonk, NY 10504

RE: AAF Rent Adjustment Request
Property: Valentine Lane
Contract# NY36-0003-011

Dear Mr. Ginsburg:

New York Quadel Consulting Corporation received your AAF adjustment request. In order to complete the processing of your request additional information is required. Please submit the following by December 4, 2003:

1. Rent Comprability Study – Although a study was done last year, an updated version must be submitted this year as per page 5 of the attached HUD Notice H 2002-10.

2. Owner Report of Unit Turnover – Again, although one was submitted, we will need a corrected one. Please fill out the attached form for the total move ins from the HAP anniversary date (January 2, 2003) to current date.

Should you have any questions, comments or concerns please contact Lindy Gravina at (315) 428-1800 x 234 or via email at LGravina@NYQuadel.com. Thank you.

Sincerely,

Barbara A. Locke
NY Quadel Regional Operations Director

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

EXHIBIT
ALL-STATE LEGAL®
60

NEW YORK QUADEL

December 8, 2003

Jerome Ginsburg
Park Properties Associates, LP
84 Business Park Drive, Suite 103
Armonk, NY 10504

RE: AAF Rent Increase Request
Property: Valentine Lane
Contract# NY36-0003-011

Dear Mr. Ginsburg:

New York Quadel received and reviewed an AAF rent increase request for the above property. The submission did not contain all of the HUD required items to enable our staff to process the request. Therefore, we are returning the submission.

You may wish to submit a new AAF rent increase request that includes all required items. The additional items required for a complete submission were the following:

1. **A rent comparability study, and**
2. **A report of unit turnover**.

These items were either not included or did not meet HUD requirements. All other items submitted met the requirements and should be sent with the additional items noted above if you resubmit your request.

If you have any further questions, please feel free to contact Lindy Gravina at (315) 428-1800, extension 234, or by e-mail at LGravina@NYQuadel.com. Thank you.

Sincerely,

FILE COPY

Barbara A. Locke
Regional Operations Director

Enclosure

217 MONTGOMERY STREET. SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

ALL-STATE LEGAL® EXHIBIT 61

217 Montgomery Street, Suite 400
Syracuse, NY 13202
(315) 428-1800 Tel
(315) 428-0088 Fax

**New York Quadel**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Stephen Boldwick | **From:** | Lindy Gravina |
| **Fax:** | (914) 273-6563 | **Pages:** | 2 (including cover) |
| **Phone:** | (914) 273-5800 | **Date:** | March 10, 2004 |
| **Re:** | Valentine Lane | **CC:** | |

☐ **Urgent** X **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments:**

Mr. Boldwick:

Per our conversation, attached is the Owner Format for Reporting Unit Turnover form HUD-92273-A. The turnover is a calculation of move-ins for the past 12 months. Since you are submitting more than 60 days before your contract anniversary date, the period of unit turnover must cover the most recent 12 months of data, i.e. if you submit today the period covered is March 10, 2003 to March 9, 2004.

Should you have any further questions, please feel free to contact me at (315) 428-1800 x234 or via e-mail at LGravina@NYQuadel.com.

Thank you,
Lindy Gravina

ALL-STATE LEGAL®
EXHIBIT
62



PPAV-QUA-00501

## Confirmation Report – Memory Send

Time : 03-10-04 15:15
Tel line : 13154280088
Name : NY QUADEL CONSULTING CORP

| | | |
|---|---|---|
| Job number | : | 078 |
| Date | : | 03-10 15:14 |
| To | : | 19142736563 |
| Document pages | : | 02 |
| Start time | : | 03-10 15:14 |
| End time | : | 03-10 15:15 |
| Pages sent | : | 02 |
| Status | : | OK |

Job number : 078 *** SEND SUCCESSFUL ***

217 Montgomery Street, Suite 400
Syracuse, NY 13202
(315) 428-1800 Tel
(315) 428-0088 Fax

**New York Quadel**

# Fax

| | | | |
|---|---|---|---|
| To: | Stephen Boldwick | From: | Lindy Gravina |
| Fax: | (914) 273-6563 | Pages: | 2 (including cover) |
| Phone: | (914) 273-5800 | Date: | March 10, 2004 |
| Re: | Valentine Lane | CC: | |

☐ Urgent X For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• Comments:

Mr. Boldwick:

Per our conversation, attached is the Owner Format for Reporting Unit Turnover form HUD-92273-A. The turnover is a calculation of move-ins for the past 12 months. Since you are submitting more than 60 days before your contract anniversary date, the period of unit turnover must cover the most recent 12 months of data, i.e. if you submit today the period covered is March 10, 2003 to March 9, 2004.

Should you have any further questions, please feel free to contact me at (315) 428-1800 x234 or via e-mail at LGravina@NYQuadel.com.

Thank you,
Lindy Gravina

Confirmation Report – Memory Send

Time : 03-10-04 14:41
Tel line : 13154280088
Name : NY QUADEL CONSULTING CORP

| | | |
|---|---|---|
| Job number | : | 077 |
| Date | : | 03-10 14:31 |
| To | : | 919142736563 |
| Document pages | : | 02 |
| Start time | : | 03-10 14:31 |
| End time | : | 03-10 14:41 |
| Pages sent | : | 00 |
| Status | : | 50 |

Job number : 077 *** SEND FAILED ***

217 Montgomery Street, Suite 400
Syracuse, NY 13202
(315) 428-1800 Tel
(315) 428-0088 Fax

New York Quadel

# Fax

| | | | |
|---|---|---|---|
| To: | Stephen Boldwick | From: | Lindy Gravina |
| Fax: | (914) 273-6563 | Pages: | 2 (including cover) |
| Phone: | (914) 273-6500 | Date: | March 10, 2004 |
| Re: | Valentine Lane | CC: | |

☐ Urgent X For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• Comments:

Mr. Boldwick:

Per our conversation, attached is the Owner Format for Reporting Unit Turnover form HUD-92273-A. The turnover is a calculation of move-ins for the past 12 months. Since you are submitting more than 60 days before your contract anniversary date, the period of unit turnover must cover the most recent 12 months of data, i.e. if you submit today the period covered is March 10, 2003 to March 9, 2004.

Should you have any further questions, please feel free to contact me at (315) 428-1800 x234 or via e-mail at LGravina@NYQuadel.com.

Thank you,
Lindy Gravina



PPAV-QUA-00503

# OWNER FORMAT FOR REPORTING UNIT TURNOVER

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

This form or any other format may be used for reporting the number of units in which turnover occurred **since the last HAP contract anniversary date.** This information need only be submitted for the unit types in which a rent increase is being requested under this Notice.

This information reflects the number of units in which turnover has occurred since ________ (HAP Anniversary Date).
*(mm/dd/yy)*

Unit Type ______ Total Number of Units ______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units ______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units ______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units ______

______ Units have incurred turnover

______ Units did not incur turnover

Unit Type ______ Total Number of Units ______

______ Units have incurred turnover

______ Units did not incur turnover

______________________
Owner/Agent

HUD Field Only Use

SUITE 108

84 BUSINESS PARK DRIVE ARMONK NEW YORK 10504 TELEPHONE (914) 273-5800 FAX (914) 273-6563

March 10, 2004
Via Federal Express

MAR 11 2004

Mr. Ed Przywara
ICAP
217 Montgomery Street, Suite 400
Syracuse, NY 13202

Project Name: Valentine Lane - Contract No. NY 360003011

RE: Subject Rent Increase for Fiscal Year 2004
2 BR Units below FMR
0 and 1 BR Units over FMR Increase applied for under RCS

Dear Mr. Przywara:

Enclosed are the following documents:

1. Current Rent Schedule.
2. Unit turnover report.
3. Tenant utility allowance recommendation.
4. Adjustment work sheets
   RCS - 0 BR and 1 BR
   AAF - 2 BR
5. New rent schedule.
6. Rent Comparability Study - Up-date letter.
7. Owners Certification of compliance under Section 4-4 of Notice H00 - 12 (RCS)
8. Owners Certification of Compliance with Requirement of Notice (AAF)

If there are any other documents necessary to process these increases, please advise me immediately.

Thank you in advance for your courtesy.

Very truly yours,

VALENTINE PROPERTIES ASSOCIATES, LP.

By: _______________, President
Jerome Z. Ginsburg
Friendly Management, Inc., General Partner

JZG:lac
Enc.

EXHIBIT
63



PPAV-QUA-00477

**AMERICAN PROPERTY COUNSELORS**
REAL ESTATE ANALYSIS • MARKET STUDIES • APPRAISALS

Valentine

80 BUSINESS PARK DRIVE
ARMONK, NEW YORK 10504
TELEPHONE (914) 273-4000
FAX (914) 273-4099

March 3, 2004

Jerome Ginsburg
JZG Resources
84 Business Park Drive
Armonk, New York 10504

Re: Lane Hill Apartments, Yonkers, New York

Dear Mr. Ginsburg:

In May 2002 we prepared a Rent Comparability Study for Lane Hill Apartments, situated at 50 St. Andrews Place in the City of Yonkers, Westchester County, New York. The purpose of the study was to estimate market rents for renewal of a Section 8 contract. Market rent is the rent that a knowledgeable tenant would most probably pay for the Section 8 units as of a specified date, if the tenants were not receiving rent subsidies and rents were not restricted by HUD or other government agencies.

Based upon our study, we concluded market rents of **$1,100/month** for a one bedroom apartment and **$950/month** for a studio apartment. These rents applied as of May 20, 2002.

You have now asked us to update our Rent Comparability Study to conditions on and around March 1, 2004. We have done this by reviewing our previous study and contacting some of the same rental apartment complexes we surveyed in our 2002 study. Here is a sample of the current rents we uncovered.

<u>Crestwood Lake Apartments, 90 Beaumont Circle, Yonkers, New York</u>

A representative of the Jonathan Woodner Co., owner-manager of this large 1950's garden apartment complex gave us current rents.

A one bedroom/one bath apartment now rents for $1,120/month
Two bedroom/one bath apartments rent for $1,350 to $1,375/month
Three bedroom/1.5 bath apartments rent for $1,850/month.

The landlord supplies heat, hot water and cooking gas, tenants pay electric.

EXHIBIT
64
ALL-STATE LEGAL®

River Edge Apartments, 35 Maple Avenue, Hastings-on-Hudson, N.Y.

We contacted Mr. Picone, owner and managing agent of this garden apartment complex overlooking the Hudson River. As of February 25, 2004 asking rents range from $1,800 to $2,000/mo. for one bedroom units and $2,000 to $2,300 for two bedrooms. Tenants pay electric. Heat, hot water and cooking gas are included in the rent.

Riverhill Tower, 1105 Warburton Avenue, Yonkers, N.Y.

We spoke with Ellen Kallan at the on-site management office of this 12 story apartment building. She gave us this rent schedule for February 2004:

| | |
|---|---|
| Studio apt., 486 SF model - | $1,050 to $1,135/month |
| Studio apt., 577 SF model - | $1,185 to $1,275/month |
| One bedroom, 700 SF model - | $1,450 to $1,500/month |
| One bedroom, 800 SF model - | $1,550 to $1,600/month |
| One bedroom, 900 SF model - | $1,610 to $1,650/month |
| Two bedroom, 1,040 SF model A (1.5 bathrooms) - | $1,900 to $2,000/month |
| Two bedroom, 1,040 SF model B (two bathrooms) - | $2,300 to $2,450/month |

Tower at Greystone, 1020 Warburton Avenue, Yonkers, N.Y.

We spoke with Mrs. Cooper, a managing agent at the building. This is a 10 story, 67 unit apartment building built in 1989.

Current one bedroom/1.5 bath apartment rents range from $1,725 to $1,825/month. These apartments typically contain 800 SF of space. Rent includes heat, hot water, central air conditioning, cooking gas and parking. Tenants pay for electric.

Based on this updated rent survey, we see fairly modest rent increases over the past year. We attribute this partly to low mortgage interest rates, which have encouraged tenants to buy, and weakened the demand for rentals. Nevertheless, rent levels have increased.

Based upon this updated rent survey, it is our considered opinion that market rent for Lane Hill Apartments is **at least $1,100/month** for a one bedroom apartment and **at least $950/month** for a studio apartment. These rents are applicable under conditions in effect on and around March 1, 2004.

Mr. Jerome Ginsburg
JZG Resources
Lane Hill Apartments, Yonkers, NY
March 3, 2004
Page 3.

MAR 11 2004

This Rent Comparability Study Update was prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP) and the supplemental standards of HUD Notice H 00-12. Market rent has been defined and estimated in accordance with Section 3 of Notice H 00-12. We understand that HUD/the Section 8 Contract Administrator (CA) and the project owner will use our estimate of market rents to determine: 1) the owner's options for renewing the project's Section 8 contracts; 2) the maximum rents allowed under any renewal contract.

We trust you will find this Rent Comparability Study Update to be satisfactory and in good order. Please contact us if we can provide any further clarification or assistance in this matter.

Sincerely yours,
AMERICAN PROPERTY COUNSELORS

By: Kenneth L. Golub, MAI

KLG/ld

Valentine

*Rent Comparability Grid* *One Bedroom* *HUD Contract No. NY 360003011*

| | SUBJECT | COMP #1 | | COMP #1 | | COMP #4 | | COMP #5 | |
|---|---|---|---|---|---|---|---|---|---|
| Project Name | Lane Hill | Scrimshaw House | | Scrimshaw House | | Wincrest | | Crestwood Lake | |
| Street Address | 50 St.Andrews | 23 Water Grant | | 23 Water Grant | | 25 Sunnyside Dr. | | 90 Beaumont | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | | $1,100 | | $1,200 | | $1,000 | | $1,150 |
| Last Lease Date | 5/02 | 2/02 | 0 | 11/01 | 0 | 2/02 | 0 | 5/02 | 0 |
| Restrictions | None | None | 0 | None | 0 | None | 0 | ETPA | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy | 100% | 100% | 0 | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | | $1,100 | | $1,200 | | $1,000 | | $1,150 |
| Rent/SF | --- | | $2.20 | | $1.98 | | $1.43 | | $1.58 |
| | | | | | | | | | |
| Bldg./Stories | E/8 | E/10 | 0 | E/10 | 0 | E/6 | 0 | WU/2 | 0 |
| Yr.Blt./Renov. | 1978 | 1987 | -$10 | 1987 | -$10 | 1961 | +$5 | 1955 | +$10 |
| Cond./Appeal | V.Good | Excel. | -$50 | Excel. | -$50 | Avg. | +$10 | Avg. | +$10 |
| Neighborhood | Good | Good | 0 | Good | 0 | Good | 0 | Good | 0 |
| Mi.to Subj. | --- | 1.0 | | 1.0 | | 0.2 | | 5.0 | |
| # BR | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Unit Size (SF) | 620 | 500 | +$85 | 605 | +$10 | 700 | -$55 | 730 | -$75 |
| Balcony/Patio | No | No | 0 | No | 0 | No | 0 | No | 0 |
| A/C Central/Wall | Units | Central | -$10 | Central | -$10 | Units | 0 | Units | 0 |
| Range/Refrig. | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/Y | -$10 | Y/Y | -$10 | N/N | 0 | N/N | 0 |
| Laundry | 3rd Fl. | Bsm't. | 0 | Bsm't. | 0 | Bsm't. | 0 | Bsm't. | 0 |
| Floor Cover | * Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | +$25 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | |
| Ownership | Rental | Condo | -$50 | Condo | -$50 | Coop | 0 | Rental | 0 |
| Parking | $25/mo. | Incl. | -$25 | Incl. | -$25 | Incl. | -$25 | Incl. | -$25 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | Doorman | -$10 | Doorman | -$10 | No | +$5 | No | +$5 |
| Meeting Rms. | Yes | Yes | 0 | Yes | 0 | No | 0 | No | 0 |
| Pool/Recreation | No | Gym | -$30 | Gym | -$30 | No | 0 | No | 0 |
| Bus.Center | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc.Coordin. | * Yes | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | * Yes | No | +$25 | No | +$25 | No | +$25 | No | +$25 |
| | | | | | | | | | |
| Heat | LL | Tenant | +$25 | Tenant | +$25 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | Tenant | +$15 | LL | 0 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | Tenant | +$15 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust.Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj.B to D | | 2 | 8 | 2 | 8 | 4 | 2 | 5 | 2 |
| Sum Adj.B to D | | +$110 | -$195 | +$35 | -$195 | +$45 | -$80 | +$75 | -$100 |
| Sum Util.Adj. | | | +$55 | | +$55 | | 0 | | 0 |
| | | | | | | | | | |
| Gross Adjust | | | -$30 | | -$105 | | -$35 | | -$25 |
| Adjust.Rent | $1,100 ($1.77/SF) | | $1,070 | | $1,095 | | $965 | | $1,125 |
| Adj./Last Rent | | | 97% | | 91% | | 97% | | 98% |

Kenneth L. Golub (signature)

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

AMERICAN PROPERTY COUNSELORS

Valentin

*Rent Comparability Grid* *One Bedroom* *HUD Contract No. NY 360003011*

| | SUBJECT | COMP #6 | | COMP #7 | | COMP #7 | | COMP #8 | |
|---|---|---|---|---|---|---|---|---|---|
| Project Name | Lane Hill | River Edge Apts. | | Riverhill | | Riverhill | | Greystone | |
| Street Address | 50 St. Andrews | 35 Maple Ave. | | 1105 Warburton | | 1105 Warburton | | 1020 Warburton | |
| City | Yonkers | Hastings | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | | $1,500 | | $1,430 | | $1,525 | | $1,700 |
| Last Lease Date | 5/02 | 5/02 | 0 | 5/02 | 0 | 5/02 | 0 | 5/02 | 0 |
| Restrictions | None | ETPA | 0 | None | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy | [illegible] | [illegible] | [illegible] | 100% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | | $1,500 | | $1,430 | | $1,525 | | $1,700 |
| Rent/SF | --- | | $1.50/SF | | $2.04/SF | | $1.90/SF | | $2.13/SF |
| | | | | | | | | | |
| Bldg./Stories | E/8 | WU/2 | 0 | E/12 | 0 | E/12 | 0 | E/10 | 0 |
| Yr.Blt./Renov. | 1978 | 1960 | +$5 | 1974 | 0 | 1974 | 0 | 1989 | -$10 |
| Cond./Appeal | V.Good | Excel. | -$20 | Excel. | -$50 | Excel. | -$50 | Excel. | -$50 |
| Neighborhood | Good | V.Good | -$50 | Good | -$10 | Good | -$10 | Good | -$10 |
| Mi.to Subj. | --- | 5.5 | | 4.0 | | 4.0 | | 3.8 | |
| # BR | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1.5 | -$50 |
| Unit Size (SF) | 620 | 1,000 | -$265 | 700 | -$55 | 800 | -$125 | 800 | -$125 |
| Balcony/Patio | No | Yes | -$5 | Yes | -$5 | Yes | -$5 | Yes | -$5 |
| A/C Central/Wall | Units | Units | 0 | Units | 0 | Units | 0 | Central | -$10 |
| Range/Refrig. | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/N | -$5 | Y/Y | -$10 | Y/Y | -$10 | Y/Y | -$10 |
| Laundry | 3rd Fl. | Bsm't. | 0 | Staffed | -$10 | Staffed | -$10 | Bsm't. | 0 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | |
| Ownership | Rental | Rental | 0 | Rental | 0 | Rental | 0 | Rental | 0 |
| Parking | $25/mo. | Incl. | -$25 | Garage | -$35 | Garage | -$35 | Garage | -$35 |
| Storage | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Security | Guard | No | +$5 | Concierge | -$50 | Concierge | -$50 | Concierge | -$50 |
| Meeting Rms. | Yes | No | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Pool/Recreation | No | No | 0 | Gym | -$30 | Gym | -$30 | Gym | -$30 |
| Bus.Center | No | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc.Coordin. | Yes | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | Yes | Yes | 0 | No | +$25 | No | +$25 | No | +$25 |
| | | | | | | | | | |
| Heat | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Hot Water | LL | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust.Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj.B to D | | 2 | 6 | 1 | 9 | 1 | 9 | 1 | 11 |
| Sum Adj.B to D | | +$10 | -$370 | +$25 | -$255 | +$25 | -$325 | +$25 | -$385 |
| Sum Util.Adj. | | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | | | |
| Gross Adjust | | | -$360 | | -$230 | | -$300 | | -$360 |
| Adjust.Rent | $1,100 ($1.77/SF) | | $1,140 | | $1,200 | | $1,225 | | $1,340 |
| *Adj./Last Rent* | | | 76% | | 84% | | 80% | | 79% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

AMERICAN PROPERTY COUNSELORS

*Rent Comparability Grid* *Studio Apts.*

*HUD Contract No. NY 360003011*

| | SUBJECT | COMP #1 | | COMP #2 | | COMP #3 | | COMP #7 | | COMP #7 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Name | Lane Hill | Scrimshaw House | | Parkcrest | | Caryl Terrace | | Riverhill | | Riverhill | |
| Street Address | 50 St Andrews | 23 Water Grant | | 66 Caryl | | 100 Caryl | | 1105 Warburton | | 1105 Warburton | |
| City | Yonkers | Yonkers | | Yonkers | | Yonkers | | Yonkers | | Yonkers | |
| $ Last Rent | --- | | $1,100 | | $875 | | $900 | | $1,045 | | $1,180 |
| Last Lease Date | 5/02 | 2/02 | 0 | 2/02 | 0 | 12/01 | 0 | 5/02 | 0 | 5/02 | 0 |
| Restrictions | None | None | 0 | ETPA | 0 | ETPA | 0 | None | 0 | None | 0 |
| Concessions | None | None | 0 | None | 0 | None | 0 | None | 0 | None | 0 |
| Occupancy | 100% | 100% | 0 | 98% | 0 | 98% | 0 | 100% | 0 | 100% | 0 |
| Effective Rent | --- | | $1,100 | | $875 | | $900 | | $1,045 | | $1,180 |
| Rent/SF | --- | | $2.20 | | $1.80 | | $1.86 | | $2.15 | | $2.05 |
| | | | | | | | | | | | |
| Bldg./Stories | F/8 | E/10 | 0 | E/6 | 0 | E/6 | | E/12 | 0 | E/12 | 0 |
| Yr.Blt./Renov. | 1978 | 1987 | -$10 | 1972 | 0 | 1972 | 0 | 1974 | 0 | 1974 | 0 |
| Cond./Appeal | V.Good | Excel. | -$50 | Avg. | +$50 | Avg. | +$50 | Excel. | -$50 | Excel. | -$50 |
| Neighborhood | Good | Good | 0 | Avg. | +$50 | Avg. | +$50 | Good | -$10 | Good | -$10 |
| Mi.to Subj. | --- | 1.0 | | 0.7 | | 0.7 | | 4.0 | | 4.0 | |
| # BR | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| # Baths | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| Size (SF) | 418 | 500 | -$125 | 485 | -$100 | 485 | -$100 | 486 | -$100 | 577 | -$235 |
| Balcony/Patio | No | No | 0 | No | 0 | No | 0 | Yes | -$5 | Yes | -$5 |
| A/C/Central/Wall | Units | Central | -$10 | Units | 0 | Units | 0 | Units | 0 | Units | 0 |
| Range/Refrig. | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| DW/Microwave | No/No | Y/Y | -$10 | N/N | 0 | N/N | 0 | Y/Y | -$10 | Y/Y | -$10 |
| Laundry | 3rd Fl. | Bsm't. | 0 | Bsm't. | 0 | Bsm't. | 0 | Staffed | -$10 | Staffed | -$10 |
| Floor Cover | Carpet | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | 0 | Carpet | 0 |
| Window Cover | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| Cable/Internet | Yes | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 | Yes | 0 |
| | | | | | | | | | | | |
| Ownership | Rental | Condo | -$50 | Rental | 0 | Rental | 0 | Rental | 0 | Rental | 0 |
| Parking | $25/mo. | Incl. | -$25 | $65/mo. | +$35 | $65/mo. | +$35 | Garage | -$35 | Garage | -$35 |
| Storage | Yes | Yes | 0 | Yes | 0 | | | Yes | 0 | Yes | 0 |
| Security | Guard | Doorman | -$10 | No | +$5 | No | +$5 | Concierge | -$50 | Concierge | -$50 |
| Meeting Rms. | Yes | Yes | 0 | No | 0 | No | 0 | Yes | 0 | No | 0 |
| Pool/Recreation | No | Gym | -$30 | No | 0 | No | 0 | Gym | -$30 | Gym | -$30 |
| Bus.Center | No | No | 0 | No | 0 | No | 0 | No | 0 | No | 0 |
| Svc.Coordin. | Yes | No | 0 | No | 0 | No | 0 | No | 0 | No | 0 |
| Non-shelter Svcs. | Yes | No | +$25 | No | +$25 | No | +$25 | No | +$25 | No | +$25 |
| | | | | | | | | | | | |
| Heat | LL | Tenant | +$25 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Cooling | Tenant | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 | Tenant | 0 |
| Cooking | LL | Tenant | +$15 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Hot Water | LL | Tenant | +$15 | LL | 0 | LL | 0 | LL | 0 | LL | 0 |
| Trash | City | City | 0 | City | 0 | City | 0 | City | 0 | City | 0 |
| Adjust.Recap. | | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. | Pos. | Neg. |
| # Adj.B to D | | 1 | 9 | 5 | 1 | 5 | 1 | 1 | 9 | 1 | 9 |
| Sum Adj.B to D | | +$25 | -$320 | +$165 | -$100 | +$165 | -$100 | +$25 | -$300 | +$25 | -$435 |
| Sum Util.Adj. | | | +$55 | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | | | | | |
| Gross Adjust | | | -$240 | | +$65 | | +$65 | | -$275 | | -$410 |
| Adjust.Rent | $950 ($2.27/SF) | | $860 | | $940 | | $965 | | $770 | | $770 |
| *Adj/Last Rent* | | | 78% | | 106% | | 107% | | 74% | | 65% |

Appraiser: Kenneth L. Golub, MAI

This grid was prepared manually. Adjustment explanations are attached.

AMERICAN PROPERTY COUNSELORS

NEW YORK QUADEL

April 2, 2004

Park Properties Associates, LP
84 Business Park Drive
Armonk, NY 10504
Attn: Jerome Ginsburg

RE: **Annual Adjustment Factor Rent Increase – No Utility Allowance Increase**
**Project Name: Valentine Lane**
**Contract #: NY36-0003-011**

Dear Mr. Ginsburg:

We have processed an annual adjustment factor rent increase for the units covered by the above referenced Section 8 Contract and have approved rents shown below. Enclosed please find our calculation worksheets along with copies of the Federal Register and HUD's calculation of unit turnover between March 10, 2003 and March 9, 2004 that were used in calculating the new rents. The total gross rent potential AAF adjustment is approved for **3.28%**. The effective date of the rent increase is **May 10, 2004. Do not process the Gross Rent Change and voucher for the rent increase below until you receive a fully executed rent schedule from NYQ and you speak with your ICAP voucher specialist.**

| Unit Type | Number of Units | Current Contract Rents | New Contract Rents | New Utility Allowance | New Gross Rents |
|---|---|---|---|---|---|
| 0 BR | 9 | $964 | $994 | $24 | $1,018 |
| 1 BR | 99 | $1,092 | $1,128 | $33 | $1,161 |
| 2 BR | 1 | $1,204 | $1,241 | $42 | $1,283 |

At this time there is no change to the utility allowance. Enclosed please find three draft Rent Schedule Forms, HUD-92458 reflecting the approved increase. **Before returning the rent schedules, please be sure the rent schedule is filled in correctly, all board members are listed with their social security numbers and an owner has signed Part H.** Please return all three copies of the Rent Schedule to our office within 10 days of your receipt of this notice. The rents shown above will not take effect until the rent schedules are fully executed by the owner and New York Quadel.

You have the right to appeal this decision. Please submit any appeals in writing within 30 days of your receipt of this letter to the attention of:

Mr. John Staso
Managing Director
New York Quadel Consulting Corporation
217 Montgomery Street, Suite 400
Syracuse, New York 13202.

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

EXHIBIT 65
ALL-STATE LEGAL®

Please do not hesitate to contact Lindy Gravina with any concerns or questions. She may be reached at (315) 428-1800 x 234, or via email at LGravina@NYQuadel.com.

Sincerely,

Barbara A. Locke
Regional Operations Director

cc: ICAP

# Rent Schedule
# Low Rent Housing

U.S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0012
(exp. 1/31/2007)

RECEIVED
APR 0 7 2004
NEW YORK QUADEL

See page 3 for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (mm/yyyy) |
|---|---|---|
| Valentine Lane NY36-0003-011 | Non Insured | 5/10/04 |

**Part A – Apartment Rents**
Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date (mm/dd/yyyy) 10 / 14 / 02) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 0 BR | 9 | $994 | $8,946 | $24 | $1,018 | | |
| 1 BR | 99 | $1,128 | $111,672 | $33 | $1,161 | | |
| 2 BR | 1 | $1,241 | $1,241 | $42 | $1,283 | | |
| Total Units | 109 | Monthly Contract Rent Potential (Add Col. 4)* | $121,859 | | | Monthly Market Rent Potential (Add Col. 8)* | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | $1,462,308 | | | Yearly Market Rent Potential (Col. 8 Sum x 12)* | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

**Part B – Items Included in Rent**

**Equipment/Furnishings in Unit (Check those included in rent.)**

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [ ] Disposal
- [ ] Dishwasher
- [ ] Carpet
- [ ] Drapes
- [x] Kitchen Exhaust

**Utilities** (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item) E=electric; G=gas; F=fuel oil or coal.

- [x] Heating F
- [ ] Cooling
- [x] Hot Water F
- [x] Cooking G
- [ ] Lights, etc. E

**Services/Facilities (check those included in rent)**

- [x] Parking
- [x] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] Nursing Care
- [ ] Linen/Maid Service

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Rent Loss Due to Non-Revenue Units | | $ |

**Part E – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F – Maximum Allowable Rent Potential**

Total Maximum Allowable Monthly Rent Potential From Rent Computation Worksheet (to be completed by HUD or lender) $ 121,859

Previous editions are obsolete



form HUD-92458 (3/94)
ref Handbook 4350.1

EXHIBIT 68
ALL-STATE LEGAL®



PPAV-QUA-00520

RECEIVED
APR 07 2004
NEW YORK QUADEL

**Part G – Information on Mortgagor Entity**

Name of Entity
Valentine Properties Associates, LP

Type of Entity
☐ Individual ☐ General Partnership ☐ Joint Tenancy/Tenants in Common ☐ Other (specify)
☐ Corporation ☒ Limited Partnership ☐ Trust

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:

- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number |
|---|---|
| Friendly Management, Inc. General Partner | 59-334036 |
| Jerome Z. Ginsburg, President, General Partner | 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 |
| The MG-1996 Irrevocable Trust, Limited Partner | 59-7082019 |
| ~~Paul J Richards, Trustee of Limited Partner~~ | ~~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~~ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature | Date (mm/dd/yyyy) |
|---|---|---|
| Jerome Z Ginsburg, Pres, GP | [signature] | 4/5/04 |

**Part I – HUD/Lender Approval**

| | | |
|---|---|---|
| Addendum Number | Branch Chief/Lender Official Signature [signature] | Date (mm/dd/yyyy) 4/14/04 |
| HAP Contract Number | | |
| Exhibit Number | Director, Housing Management Division Signature [signature] | Date (mm/dd/yyyy) 4/14/04 |
| Loan Servicer Signature | Date (mm/dd/yyyy) | |

Public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

This collection of information is authorized under Section 207 of the National Housing Act. The information is necessary for the Department to ensure that project owners are not overcharging their tenants and to ensure that the rent levels approved by the Department are not exceeded. The Department uses this information to enforce rent regulations which otherwise would be difficult because there would be no clear record of the rents and charges that the Department had approved. In addition, the Department needs to periodically collect information regarding project principals, so unauthorized participation by previously excluded or otherwise undesirable owners can be detected. This information is required to obtain benefits. HUD may disclose certain information to Federal, State, and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as required and permitted by law.

**Instructions**

All project owners must submit the form HUD-92458 when requesting an adjustment to project rents. HUD establishes and approves rental charges and utility allowances on the Form. The owner is responsible for notifying tenants of the approved rents.

**General.** For projects with fully-insured or HUD-held mortgages, the owner/agent submits this Form to the HUD Field Office. For projects with coinsured mortgages, the owner/agent submits this Form to the lender.

**Part A.** If the monthly rent potential you are proposing is less than or equal to the Maximum Allowable Monthly Rent Potential approved by HUD/lender on your original Rent Formula or on your most recent Rent Computation Worksheet, complete all of Part A according to the instructions below. If the monthly rent potential you are requesting exceeds the Maximum Allowable Monthly Rent Potential approved by HUD/lender on your original Rent Formula or on your most recent Rent Computation Worksheet, complete only Columns 1 and 2 according to the instructions below. Show your proposed rents and monthly rent potential in the cover letter transmitting your rent increase request.

**Column 1.** Show each type of unit for which rents will vary. Show the number of bedrooms and bathrooms and other features that cause rents to vary (e.g., 2 BDM, 1 B, DA, KETTE, vs 2 BDM, 2B, DR, K). Use the following symbols:

| | | | |
|---|---|---|---|
| BDM | - Bedroom | LR | - Living Room |
| B | - Bath | DR | - Dining Room |
| K | - Kitchen | DA | - Dining Alcove |
| KETTE | - Kitchenette | | |

**Column 2.** Show the number of units for each unit type. Include non-revenue producing units.

**Column 3.** For unsubsidized projects, show the rent you intend to charge for each unit type. For subsidized projects, show the contract rent (as defined in HUD Handbook 4350.3) for each unit type.

**Column 4.** For each line, multiply the contract rent in Column 3 by the number of units in Column 4. Add monthly contract rent potentials for each unit size to compute the total monthly contract rent potential. Multiply the monthly total by 12 to compute the annual contract rent potential.

**Columns 5 and 6.** Complete the Columns only if the project has a subsidy contract with HUD and some utilities are not included in the rent. In Column 5, show the utility allowance for each unit type. Compute the gross rent for each unit type by adding the contract rent in Column 3 and the utility allowance in Column 5. Show this amount in Column 6.

**Columns 7 and 8.** Complete these Columns only if the project is receiving Section 236 Interest Reduction Payments. In Column 7, show the market rent for each unit type. In Column 8, for each line multiply the market rent in Column 7 by the number of units in Column 2. Add the monthly market rent potentials for each unit size to compute the total monthly market rent potential. Multiply the monthly total by 12 to compute the annual market rent potential.

**Parts B, C, D and E.** Complete these Parts according to the instructions on the Rent Schedule.

**Part F.** Do not complete this Part. The HUD Field Office/lender will complete this Part.

**Parts G and H.** Complete these Parts according to the instructions on the Rent Schedule.

**Part I.** Do not complete this Part. The HUD Field Office/lender will complete this part.

NEW YORK QUADEL

April 28, 2004

Park Properties Associates, LP
84 Business Park Drive
Armonk, NY 10504
Attn: Jerome Ginsburg

RE: **Annual Adjustment Factor Rent Increase – No Utility Allowance Increase**
**Project Name: Valentine Lane**
**Contract #: NY36-0003-011**

**CORRECTED 0 BR RENT**

Dear Mr. Ginsburg:

We have reviewed and corrected the annual adjustment factor rent increase for the units covered by the above referenced Section 8 Contract and have approved rents shown below. Enclosed please find our calculation worksheets along with copies of the Federal Register and HUD's calculation of unit turnover between March 10, 2003 and March 9, 2004 that were used in calculating the new rents. The total gross rent potential AAF adjustment is approved for 3.27%. The effective date of the rent increase is May 10, 2004. **Do not process the Gross Rent Change and voucher for the rent increase below until you receive a fully executed rent schedule from NYQ and you speak with your ICAP voucher specialist.**

| Unit Type | Number of Units | Current Contract Rents | New Contract Rents | New Utility Allowance | New Gross Rents |
|---|---|---|---|---|---|
| 0 BR | 9 | $964 | $992 | $24 | $1,016 |
| 1 BR | 99 | $1,092 | $1,128 | $33 | $1,161 |
| 2 BR | 1 | $1,204 | $1,241 | $42 | $1,283 |

At this time there is no change to the utility allowance. Enclosed please find three draft Rent Schedule Forms, HUD-92458 reflecting the approved increase. **Before returning the rent schedules, please be sure the rent schedule is filled in correctly, all board members are listed with their social security numbers and an owner has signed Part H.** Please return all three copies of the Rent Schedule to our office within 10 days of your receipt of this notice. The rents shown above will not take effect until the rent schedules are fully executed by the owner and New York Quadel.

You have the right to appeal this decision. Please submit any appeals in writing within 30 days of your receipt of this letter to the attention of:

Ms. Ruth O'Sullivan
Acting Managing Director
New York Quadel Consulting Corporation
217 Montgomery Street, Suite 400
Syracuse, New York 13202.

217 MONTGOMERY STREET, SUITE 400
SYRACUSE, NEW YORK 13202
P 315.428.1800
F 315.428.0088
TTY 877.681.5453

EXHIBIT 69
ALL-STATE LEGAL®

Please do not hesitate to contact me with any concerns or questions. I may be reached at (315) 428-1800 x 234, or via email at LGravina@NYQuadel.com.

Sincerely,

Lindy J. Gravina
Contract Renewal/Rent Specialist

cc: ICAP

RECEIVED
APR 30 2004
ORK QUADEL

# Rent Schedule Low Rent Housing

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0012 (exp. 1/31/2007)

See page 3 for Instructions, Public Burden Statement and Privacy Act requirements.

| Project Name | FHA Project Number | Date Rents Will Be Effective (mm/yyyy) |
|---|---|---|
| Valentine Lane NY36-0003-011<br>CORRECTED 0BR Rent | Non Insured | 5/10/04 |

**Part A – Apartment Rents**

Show the actual rents you intend to charge, even if the total of these rents is less than the Maximum Allowable Monthly Rent Potential.

| Col. 1 Unit Type (Include Non-revenue Producing Units) | Col. 2 Number of Units | Contract Rents: Col. 3 Rent Per Unit | Contract Rents: Col. 4 Monthly Contract Rent Potential (Col. 2 x Col. 3) | Col. 5 Utility Allowances (Effective Date (mm/dd/yyyy) 10 / 14 / 02) | Col. 6 Gross Rent (Col. 3 + Col. 5) | Market Rents (Sec. 236 Projects Only): Col. 7 Rent Per Unit | Market Rents (Sec. 236 Projects Only): Col. 8 Monthly Market Rent Potential (Col. 2 x Col. 7) |
|---|---|---|---|---|---|---|---|
| 0 BR | 9 | $992 | $8,928 | $24 | $1,016 | | |
| 1 BR | 99 | $1,128 | $111,672 | $33 | $1,161 | | |
| 2 BR | 1 | $1,241 | $1,241 | $42 | $1,283 | | |
| Total Units | 109 | Monthly Contract Rent Potential (Add Col. 4)* | $121,841 | | | Monthly Market Rent Potential (Add Col. 8)* | |
| | | Yearly Contract Rent Potential (Col. 4 Sum x 12)* | $1,462,092 | | | Yearly Market Rent Potential (Col. 8 Sum x 12)* | |

* These amounts may not exceed the Maximum Allowable Monthly Rent Potential approved on the last Rent Computation Worksheet or requested on the Worksheet you are now submitting. Market Rent Potential applies only o Section 236 Projects.

**Part B – Items Included in Rent**

**Equipment/Furnishings in Unit** (Check those included in rent.)

- [x] Range
- [x] Refrigerator
- [ ] Air Conditioner
- [ ] Disposal
- [ ] Dishwasher
- [ ] Carpet
- [ ] Drapes
- [x] Kitchen Exhaust

**Utilities** (Check those included in rent. For each item, (even those not included in rent), enter E, F, or G on line beside that item) E=electric; G=gas; F=fuel oil or coal.

- [x] Heating F
- [ ] Cooling
- [x] Hot Water F
- [x] Cooking G
- [ ] Lights, etc. E

**Services/Facilities** (check those included in rent)

- [x] Parking
- [x] Laundry
- [ ] Swimming Pool
- [ ] Tennis Courts
- [ ] Nursing Care
- [ ] Linen/Maid Service

**Part C – Charges in Addition to Rent (e.g., parking, cable TV, meals)**

| Purpose | Monthly Charge |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**Part D – Non-Revenue Producing Space**

| Col. 1 Use | Col. 2 Unit Type | Col. 3 Contract Rent |
|---|---|---|
| | | |
| Total Rent Loss Due to Non-Revenue Units | | $ |

**Part E – Commercial Space (retail, offices, garages, etc.)**

| Col. 1 Use | Col. 2 Monthly Rent Potential | Col. 3 Square Footage | Col. 4 Rental Rate Per Sq. Ft. (Col. 2 divided by Col. 3) |
|---|---|---|---|
| | | | |
| | $ | Total Commercial Rent Potential | |

**Part F – Maximum Allowable Rent Potential**

Enter Maximum Allowable Monthly Rent Potential from Rent Computation Worksheet (to be completed by HUD or lender) $ 121,841

Previous editions are obsolete



form HUD-92458 (3/94)
ref Handbook 4350.1

EXHIBIT 71
ALL-STATE LEGAL®

698

PPAV-QUA-00650

RECEIVED
APR 30 2004
NEW YORK QUADEL

**Part G – Information on Mortgagor Entity**

Name of Entity
Valentine Properties Associates, LP

Type of Entity
☐ Individual ☐ General Partnership ☐ Joint Tenancy/Tenants in Common ☐ Other (specify)
☐ Corporation ☒ Limited Partnership ☐ Trust

**List all Principals Comprising Mortgagor Entity:** provide name, title and Social Security Number or Employer Identification Number (EIN) of each principal. Use extra sheets, if needed. If mortgagor is a:
- corporation, list: (1) all officers; (2) all directors; and (3) each stockholder having a 10% or more interest.
- partnership, list: (1) all general partners; and (2) limited partners having a 25% or more interest in the partnership.
- trust, list: (1) all managers, directors or trustees and (2) each beneficiary having at least a 10% beneficial interest in the trust.

| Name and Title | Social Security or EIN Number |
|---|---|
| Friendly Management, Inc., General Partner | 59-334036 |
| Jerome Z. Ginsburg, President, General Partner | 104 28 5787 |
| The MG - 1996 Irrevocable Trust, Limited Partner | 59-7082019 |
| Lorraine A. Ciero, Trustee of Limited Partner | 058 30 1381 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Part H – Owner Certification**

To the best of my knowledge, all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.
**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name and Title | Authorized Official's Signature | Date (mm/dd/yyyy) |
|---|---|---|
| Jerome Z. Ginsburg, President G.P. | [signature] | 04/29/04 |

**Part I – HUD/Lender Approval**

| | | |
|---|---|---|
| Addendum Number | Branch Chief/Lender Official Signature [signature] | Date (mm/dd/yyyy) 5/4/04 |
| HAP Contract Number | | |
| Exhibit Number | Director, Housing Management Division Signature [signature] | Date (mm/dd/yyyy) 5/3/04 |
| Loan Servicer Signature | Date (mm/dd/yyyy) | |

Public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

This collection of information is authorized under Section 207 of the National Housing Act. The information is necessary for the Department to ensure that project owners are not overcharging their tenants and to ensure that the rent levels approved by the Department are not exceeded. The Department uses this information to enforce rent regulations which otherwise would be difficult because there would be no clear record of the rents and charges that the Department had approved. In addition, the Department needs to periodically collect information regarding project principals, so unauthorized participation by previously excluded or otherwise undesirable owners can be detected. This information is required to obtain benefits. HUD may disclose certain information to Federal, State, and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as required and permitted by law.

**Instructions**

All project owners must submit the form HUD-92458 when requesting an adjustment to project rents. HUD establishes and approves rental charges and utility allowances on the Form. The owner is responsible for notifying tenants of the approved rents.

**General.** For projects with fully-insured or HUD-held mortgages, the owner/agent submits this Form to the HUD Field Office. For projects with coinsured mortgages, the owner/agent submits this Form to the lender.

**Part A.** If the monthly rent potential you are proposing is less than or equal to the Maximum Allowable Monthly Rent Potential approved by HUD/lender on your original Rent Formula or on your most recent Rent Computation Worksheet, complete all of Part A according to the instructions below. If the monthly rent potential you are requesting exceeds the Maximum Allowable Monthly Rent Potential approved by HUD/lender on your original Rent Formula or on your most recent Rent Computation Worksheet, complete only Columns 1 and 2 according to the instructions below. Show your proposed rents and monthly rent potential in the cover letter transmitting your rent increase request.

**Column 1.** Show each type of unit for which rents will vary. Show the number of bedrooms and bathrooms and other features that cause rents to vary (e.g., 2 BDM, 1 B, DA, KETTE, vs 2 BDM, 2B, DR, K). Use the following symbols:

| | | |
|---|---|---|
| BDM | - Bedroom | LR - Living Room |
| B | - Bath | DR - Dining Room |
| K | - Kitchen | DA - Dining Alcove |
| KETTE | - Kitchenette | |

**Column 2.** Show the number of units for each unit type. Include non-revenue producing units.

**Column 3.** For unsubsidized projects, show the rent you intend to charge for each unit type. For subsidized projects, show the contract rent (as defined in HUD Handbook 4350.3) for each unit type.

**Column 4.** For each line, multiply the contract rent in Column 3 by the number of units in Column 4. Add monthly contract rent potentials for each unit size to compute the total monthly contract rent potential. Multiply the monthly total by 12 to compute the annual contract rent potential.

**Columns 5 and 6.** Complete the Columns only if the project has a subsidy contract with HUD and some utilities are not included in the rent. In Column 5, show the utility allowance for each unit type. Compute the gross rent for each unit type by adding the contract rent in Column 3 and the utility allowance in Column 5. Show this amount in Column 6.

**Columns 7 and 8.** Complete these Columns only if the project is receiving Section 236 Interest Reduction Payments. In Column 7, show the market rent for each unit type. In Column 8, for each line multiply the market rent in Column 7 by the number of units in Column 2. Add the monthly market rent potentials for each unit size to compute the total monthly market rent potential. Multiply the monthly total by 12 to compute the annual market rent potential.

**Parts B, C, D and E.** Complete these Parts according to the instructions on the Rent Schedule.

**Part F.** Do not complete this Part. The HUD Field Office/lender will complete this Part.

**Parts G and H.** Complete these Parts according to the instructions on the Rent Schedule.

**Part I.** Do not complete this Part. The HUD Field Office/lender will complete this part.

# DEPARTMENTS OF VETERANS AFFAIRS AND HOUSING AND URBAN DEVELOPMENT, AND INDEPENDENT AGENCIES APPROPRIATIONS FOR 1995

## HEARINGS

BEFORE A

SUBCOMMITTEE OF THE

COMMITTEE ON APPROPRIATIONS

HOUSE OF REPRESENTATIVES

ONE HUNDRED THIRD CONGRESS

SECOND SESSION

SUBCOMMITTEE ON VA, HUD, AND INDEPENDENT AGENCIES

LOUIS STOKES, Ohio, *Chairman*

ALAN B. MOLLOHAN, West Virginia
JIM CHAPMAN, Texas
MARCY KAPTUR, Ohio
ESTEBAN EDWARD TORRES, California
RAY THORNTON, ARKANSAS

JERRY LEWIS, California
TOM DELAY, Texas
DEAN A. GALLO, New Jersey

PAUL E. THOMSON, MICHELLE M. BURKETT, and ROBYN C. BASON, *Staff Assistants*

## PART 6

## DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Printed for the use of the Committee on Appropriations

701

# Congressional Justifications for 1995 Estimates

March 1994

## Department of Housing and Urban Development

Part 1

Departmental Summary

Housing

Public and Indian Housing

Government National Mortgage Association

Federal National Mortgage Association

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

DEPARTMENTAL SUMMARY
HOUSING
PUBLIC AND INDIAN HOUSING
GOVERNMENT NATIONAL MORTGAGE ASSOCIATION

Table of Contents


| | Section And Page |
|---|---|
| DEPARTMENTAL SUMMARY | |
| INTRODUCTION | A 1 |
| BUDGET SUMMARY TABLES: | |
| BUDGET AUTHORITY | B 1-3 |
| BUDGET OUTLAYS | B 5-6 |
| LONG RANGE PROJECTIONS: | |
| BUDGET AUTHORITY | B 7-9 |
| BUDGET OUTLAYS | B 11-12 |
| CURRENT SERVICES PROJECTIONS: | |
| BUDGET AUTHORITY | B 13-14 |
| BUDGET OUTLAYS | B 15-16 |
| FULL-TIME EQUIVALENT EMPLOYMENT SUMMARY | B 17-18 |
| UNEXPENDED BALANCES | B 19 |
| JOINTLY ADMINISTERED ACCOUNTS | |
| HOMEOWNERSHIP AND OPPORTUNITY FOR PEOPLE EVERYWHERE (HOPE) GRANTS) | C 1-5 |
| ANNUAL CONTRIBUTIONS FOR ASSISTED HOUSING | D 1-23 |
| ASSISTANCE FOR THE RENEWAL OF EXPIRING SECTION 8 SUBSIDY CONTRACTS | E 1-3 |
| HOUSING | |
| FLEXIBLE SUBSIDY FUND | F 1-5 |
| NATIONAL HOMEOWNERSHIP TRUST | G 1-2 |
| FEDERAL HOUSING ADMINISTRATION FUND | H 1-26 |
| SECTION 8 PROPERTY DISPOSITION | I 1-4 |
| HOUSING FOR THE ELDERLY OR HANDICAPPED | J 1-3 |
| CONGREGATE SERVICES | K 1 |
| HOUSING COUNSELING ASSISTANCE | L 1-2 |
| OTHER HOUSING PROGRAMS: | |
| MANUFACTURED HOME INSPECTION AND MONITORING | M 1-3 |
| INTERSTATE LAND SALES | M 5 |
| COMMUNITY DISPOSITION | M 7 |
| RENT SUPPLEMENT | M 9-10 |
| RENTAL HOUSING ASSISTANCE PROGRAM (SECTION 236) | M 11-12 |
| HOMEOWNERSHIP ASSISTANCE (SECTION 235) | M 13-14 |
| RENTAL HOUSING DEVELOPMENT GRANTS (HoDAG) | M 16 |
| NEHEMIAH HOUSING OPPORTUNITY GRANTS | M 17-18 |
| NONPROFIT SPONSOR ASSISTANCE | M 19 |
| HOUSING PAYMENTS | N 1-3 |
| ADMINISTRATIVE EXPENSES | O 1-12 |
| PUBLIC AND INDIAN HOUSING | |
| PUBLIC AND INDIAN HOUSING MODERNIZATION | P 1-8 |
| SEVERELY DISTRESSED PUBLIC HOUSING | Q 1-2 |
| COMMUNITY PARTNERSHIPS AGAINST CRIME (COMPAC) | R 1-7 |
| PAYMENTS FOR OPERATION OF LOW-INCOME HOUSING PROJECTS | S 1-6 |
| INDIAN HOUSING LOAN GUARANTEE FUND | T 1 |
| LOW-RENT PUBLIC ASSISTANCE TO PHAs/IHAs | U 1-2 |
| ADMINISTRATIVE EXPENSES | V 1-7 |
| GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | |
| GUARANTEES OF MORTGAGE BACKED-SECURITIES | W 1-6 |
| MANAGEMENT AND LIQUIDATING FUNCTIONS | X 1 |
| ADMINISTRATIVE EXPENSES | Y 1-4 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | Z 1 |

Annual Contributions for Assisted Housing

3. Implement an IRS Income Match. It is proposed that an income monitoring program be implemented in 1995. Savings will result from the identification of under-reporting of income by tenants. This under-reporting results in the tenant paying a smaller amount for rent, thus increasing HUD's subsidy payments. Savings are not expected to begin until 1996. Savings from 1996 through 1999 are estimated at $1,386 million, $158 million of which will be realized in 1996. In 1995, it is assumed that outlays will increase by $15 million, representing up-front administrative expenses to start the program.

4. No AAF if Section 8 Contract Rent is Above the Local Section 8 existing Fair Market Rent (FMR). This proposal intends to limit Annual Adjustment Factor (AAF) rent increases to those cases where existing rents are less than the local market average rent for non-luxury housing. It is estimated that this measure would affect two-thirds of the 625,000 new construction/substantial rehabilitation (NC/SR) units and 132,000 Moderate Rehabilitation units that are currently under payment. Fiscal year 1995 outlays savings are estimated at $110 million.

5. Refinance High Cost Section 8 Debt on New Construction/Substantial Rehabilitation Projects. This proposal calls for the refinancing of all FHA insured mortgages originated under the NC/SR program that bear interest rates of 10 percent or higher. It is estimated that these mortgages could be refinanced at 8 percent resulting in a savings of $2 million in 1995.

6. Limit Section 8 New Construction/Substantial Rehabilitation Rents to the FMR for Renewals. This measure would limit the rent applied to New Construction and Substantial Rehabilitation contract renewals to the existing local FMR. Subsidies for 20-year new construction contracts cost $200 more per month than a Section 8 Certificate. This proposal would limit renewal of these contracts after 20 years to the cost of a certificate. Fiscal year 1995 savings are expected to be $1 million.

7. Eliminate Subsidy for LMSA Units on their "Turnover." This measure aims to reduce Section 8 subsidies by eliminating the subsidy for Loan Management units when they are vacated. Congress in 1987 began requiring HUD to renew all contracts as project-based assistance regardless of whether the project needs additional assistance to maintain financial stability or is providing housing of such low quality that it should no longer receive assistance. This project-based rental assistance should not automatically and indefinitely be continued. Department research suggests that some projects receiving LMSA could survive without it; some other continue to be physically or financially distressed—and fail to provide decent, safe, and sanitary housing—even after receiving substantial assistance. In such cases, HUD will discontinue additional LMSA assistance when a family moves. Outlay savings are estimated at $33 million for fiscal year 1995.

8. Reduce AAF Rent Increases for "Stayers." Based on the rationale that operating costs are less if tenant turnover is less, this proposal would limit the rent increase for Section 8 housing subject to an AAF to the full inflation adjustment minus one percentage point in those cases where the tenant stays in the same unit for 1 year. This includes Section 202/811 projects. Savings are estimated at $77 million for fiscal year 1995.

9. Reduce the FMR from the 45th to the 40th Percentile of Local Market Rent. This proposal would change, by regulation, calculation of FMR used for the Section 8 program, from the 45th percentile of local rents for standard quality, unsubsidized units occupied by recent movers, to the 40th percentile. On a national average basis, this will reduce FMRs by about 3 percent. FMRs are an upper limit on rents that can be charged in the Section 8 certificate program, and on payment standards that can be approved by PHAs operating the Section 8 voucher program. FMRs are also used as a limit on rents and as a measure of affordability in other programs. This proposed change would affect families joining the certificate and voucher programs, and also families that move from one unit to another. (A related reform (item 4., above) would implement the change for families who remain in the center cities of many metropolitan areas. HUD will carefully monitor and expand as appropriate the use of locality exception FMRs to ensure family access to the entire housing market. The savings from this proposal are expected to be $29 million for fiscal year 1995.