# In The United States Court of Federal Claims

No. 04-1757 C

(Filed: February 2, 2006)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on plaintiff's motion for summary judgment and defendant's motion to dismiss will be held in this case on Thursday, March 16, 2006, at 10:00 a.m. (EST) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge