IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARK PROPERTIES ASSOCIATES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1757C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please note that the telephone number of JOHN E. KOSLOSKE, attorney of record for the United States in the above-captioned action, has changed. Effective immediately, the new telephone number is (202) 307-1438.

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12052
Washington, D.C. 20005
Tele: (202) 307-1438
(fax) (202) 514-8624

OCTOBER 23, 2006