# In The United States Court of Federal Claims

No. 04-1757 C

(Filed: December 19, 2006)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 11, 2006, the parties filed a joint status report requesting the court to order further briefing on issues related to damages. The court has reviewed this report and has determined that such briefing shall proceed, but be limited to the issue whether the overall limitation provision in the HAP contracts affects the amount of damages recoverable for breach of contract in this case. The parties shall not address any other issues at this time. The parties' briefs shall be filed in accordance with the following schedule:

1. On or before February 23, 2007, plaintiff shall file its motion for partial summary judgment on the issue of whether the overall limitation applies.

2. On or before March 26, 2007, defendant shall file its cross-motion for partial summary judgment and response.

3. On or before April 25, 2007, plaintiff shall file its response and reply.

4. On or before May 25, 2007, defendant shall file its reply.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge