**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PARK PROPERTIES ASSOCIATES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1757C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE**

The Plaintiffs, by and through undersigned counsel, respectfully request that the Court enter an order modifying the briefing schedule included in its Order of December 19, 2006 (the "Order"). Specifically, the Plaintiffs request that the deadlines for filing the final two briefs in the current schedule be postponed by one week each. The proposed revised schedule is as follows:

| Event | Current Schedule | Proposed Revised Schedule |
|---|---|---|
| Deadline for Plaintiffs to File Response and Reply Brief | April 25, 2007 | May 2, 2007 |
| Deadline for Defendant to File Reply Brief | May 25, 2007 | June 1, 2007 |

As grounds for this Motion, Plaintiffs state that their counsel face significant conflicts during the week of April 23, 2007 that have arisen since the Order was filed. Specifically, the opening brief in an appeal in the Federal Circuit in an unrelated case is due to be filed on April 27, 2007, two days after its Response and Reply Brief in this case is due. Enlarging the deadline to file the Plaintiffs' Response and Reply Brief in this case by one week, to May 2, 2007, will assure that adequate time is available to complete both briefs in an orderly and effective manner. The enlargement of the deadline to file the Defendant's Reply Brief is intended to provide the

same period of time for the preparation of that brief that was provided in the schedule contained in the original Order.

Plaintiffs' counsel has contacted the Defendant's counsel, who stated that the Defendant does not oppose the modification of the briefing schedule requested herein. No prior request has been made to modify the schedule set in the Order.

Dated: April 2, 2007 Respectfully submitted,

/s/Harry J. Kelly
Harry J. Kelly, ESQ.
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
Tele: (202) 585-8000
Fax: (202) 585-8080

Attorney for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on the 2nd day of April, 2007, a copy of the foregoing Plaintiff's Motion to Modify Case Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of this filing has been transmitted by facsimile to the Government's counsel, John Kosloske, Esq.

/s/ Harry J. Kelly