**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PARK PROPERTIES ASSOCIATES, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 04-1757C

(Judge Allegra)

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE**
**PLAINTIFFS' RESPONSE AND REPLY BRIEF AND RELATED DOCUMENTS**

The Plaintiffs, by and through undersigned counsel, respectfully requests that the Court extend the current deadline to file their Response and Reply Brief (the "Brief") and related documents in connection with the application of the overall limitation provisions of the HAP Contracts in the case, through and including May 3, 2007. The Brief presently is due on May 2, 2007. In support of this Motion, Plaintiffs state that the vehicle driven by their undersigned counsel was struck in an automobile accident today. As a result of transactions arising from the accident, counsel was significantly delayed in arriving at his office. In order to finish the Brief and related materials, including final consultations between the Plaintiffs and counsel concerning those documents, the Plaintiffs request that the deadline to file the Brief and related materials be extended one day, through and including May 3, 2007. Counsel has spoken by telephone with the Government's counsel, who has no objection to this Motion.

Dated: May 2, 2007

Respectfully submitted,

/s/Harry J. Kelly

HARRY J. KELLY, ESQ.
Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
Tele: (202) 585-8000

Attorney for Plaintiffs

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify this 2nd day of May, 2007 that a copy of the foregoing was filed electronically with the Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Harry J. Kelly___________