# In The United States Court of Federal Claims

No. 04-1757 C

(Filed: July 12, 2007)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on plaintiff's motion for partial summary judgment and defendant's cross-motion for partial summary judgment will be held in this case on Monday, July 30, 2007, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge