# In The United States Court of Federal Claims

No. 04-1757 C

(Filed: August 2, 2007)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 30, 2007, oral argument was held in this case on plaintiffs' motion for partial summary judgment and defendant's cross-motion for partial summary judgment. Participating in the argument were Harry J. Kelly, III, for plaintiffs and John Edgar Kosloske, for defendant. Pursuant to discussions held therein, the court requires further briefing by the parties. Accordingly, the court adopts the following schedule:

1. On or before September 7, 2007, the parties shall file simultaneous briefs addressing the issues outlined below. These opening briefs shall be 20 pages or less. Specifically, the parties shall address the following issues in their briefs:

    a. In the context of determining expectation damages, at what point are the parties' expectations assessed? Specifically, should the court assess expectations at the time the contract was entered into or at the time of the breach(es)?

    b. Are the parties' expectations measured solely by the terms of the contract, as reasonably construed? Is performance under similar contracts predating the execution of the contract relevant? Is performance under the contract or other similar contracts prior to the date of a breach relevant?

    c. Do questions involving the application the overall limitation in this case involve causation or mitigation? Which party has the burden of proof in

demonstrating the parties' expectations regarding the use of that clause?

d. Whether, in light of the answers to the questions raised above, the party believes that this case still is amenable to being resolved as a matter of law?

2. On or before September 28, 2007, the parties shall file simultaneous reply briefs which shall be no longer than 10 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge