ATTACHMENT B

NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 900
401 9th Street, N.W.
Washington, D.C. 20004-2128
(202) 585-8000
Fax: (202) 585-8080

Harry J. Kelly
Direct Dial: (202) 585-8712
E-Mail: hkelly@nixonpeabody.com

June 24, 2008

**VIA ELECTRONIC MAIL/U.S. POSTAL SERVICE**

John E. Kosloske, Esq.
U.S. Department of Justice
Civil Division -- Commercial Litigation Br.
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

**Re: Park Properties Associates, L.P., et al. v. United States**
**No. 04-1757C (Fed. Cl.)**

Dear Mr. Kosloske:

Thank you for your letter from June 18, 2008 (the "June 18 Letter"), in which you set forth the Government's position about the remaining factual issues that need to be determined to resolve the damages portions of this case. Your letter indicates that the parties are in significant agreement on the basic factual matters that need to be determined at this point and we want to present to you several proposals that we believe will allow the parties to resolve the remaining matters in this case in an expeditious manner.

First, with respect to the issues you raise about the Plaintiffs' Initial Disclosures and the damages identified in the Plaintiffs' Complaint, you will recall that, as the Initial Disclosures reported, the parties agreed to defer damages matters until after the close of the liability phase. Initial Disclosures at 3. In light of the intervening decisions by the Court and our overall agreement on the factors that are relevant to determining damages indicates, however, it is appropriate to recalculate the Plaintiffs' damage at this point. Indeed, as you point out, an exchange of information and calculations between the parties should allow us to satisfy each other's legitimate information needs while avoiding the delay and expense of unnecessary written discovery and depositions. We agree that it is desirable to do so, and in the balance of this letter, propose means to assure that each side has sufficient information to calculate damages and resolve the other matters that are now pending.

**<u>1. Measuring the Amount of Damages.</u>** As you June 18 letter points out, there are a limited number of data that need to be obtained to calculate the Plaintiffs' damages here. Fortunately, most of these data can be calculated quickly from a limited number of sources, as follows:

a) **Damages interval.** Damages should be calculated on the basis of the Court's rulings on limitations contained in its initial decision in this case. <u>Park Properties Associates L.P. v. United States</u>, 74 Fed. Cl. 264, 270-271 (2006). Damages would be calculated starting with the contract calendar years beginning in 1998 and would continue until the termination of the original contracts for the St. John's I Associates property and to the current date for the Park Properties and Valentine Associates properties. (If necessary, we can discuss amending the Complaint to adjust for the Park Properties and Valentine Associates properties in order to address future damages).

b) **Automatic Annual Adjustment Factors ("AAAFs").** The AAAFs can be derived from the Federal Register. Indeed, I believe the parties collected the pertinent AAAFs in the Statements of Facts that they submitted previously in this case.

c) **Method of Adjustment.** It appears that we are in agreement that rents should be adjusted by applying the appropriate AAAFs to the preceding year's rent to determine the basis of the subsequent year's rent. The specific dollar amount of the increase will be the additional subsidy due for that year after adjustments for vacancies and turnovers. These calculations will have to be performed for each unit type and then added together to determine the total damages interval using the appropriate AAAFs and related annual data. The total of all of the yearly damage calculations for each property will be the sum due.

d) **Vacancies.** Each month, the owners file voucher requests with HUD under penalty of perjury which include deductions due to vacancies.[1] A recent form for the voucher for the Valentine property is attached for your information. HUD reviews the voucher request and objects to any items that it has questions on, and does not pay on any item it has questioned until those items are resolved. When payment is made a voucher reconciliation report is sent monthly with the amount that HUD will wire. Thus, these vouchers have been submitted throughout the length of the HAP Contracts, have been thoroughly reviewed by HUD, and so contain an accurate statement of the vacancies needed to included in damages calculations.

e) **Turnovers.** Turnover is determined by the amount of the vacancies occurring each year and that information can be derived directly from the vouchers.

f) **Timing of Calculations.** We believe both the Plaintiffs and the Government should prepare their own damage calculations, using the damage calculation methods described

[1]Though the HAP contract allowed HUD to pay various amounts to the owner on a vacant unit, HUD has not made such payments and therefore HUD has not paid for vacant units.

above and copies of the vouchers and reconciliations in HUD's possession (we believe that we ought to use documents produced by HUD to assure that they are the actual documents that HUD reviewed and audited and that supplied the basis for past rent adjustments.). We are amenable to a mutually agreeable schedule for producing these documents, but believe it is reasonable for HUD to produce these materials within 45 days of the entry of an appropriate order from the Court (the "Production Date"). Using the same data and damage calculation methodologies, the parties should arrive at the same amount of damages, and should exchange their calculations within 45 days of the Production Date (the "Exchange Date"). We do not believe it should be necessary to retain experts to make these calculations, but if either party does use an expert, the expert's report will be exchanged with the other side on the Exchange Date, and an additional period of 20 days would be allowed to depose the expert.

We believe that there are many advantages to this approach. First, it would focus the parties on the specific data that they agree are relevant to calculate the Plaintiffs' damages here. Second, it would produce a useful product – two parallel damage calculations – rather than a mass of documents and depositions. We suspect that these calculations will be nearly identical, because they will be based on the same data and methodologies; if there are differences, it should be possible to reconcile the differences quickly, and any differences that cannot be reconciled can be addressed in specific motions (since we will be using the same data, there should be no need for trial). Third, this approach will allow the parties to dispense with written discovery and depositions. HUD has made similar rent calculations thousands of times using similar data, so there should be no need for depositions and written discovery, if the parties are using the same data set and damage calculation methodologies. Fourth, it will dramatically accelerate the case schedule: assuming the Court enters an order early in July, the parties should complete their damage calculation before the end of October, 2008.

**2. Park Place/Valentine Properties Correspondence.** As I understand the Government's position, it contends that certain statements in a July 23, 2001 letter to HUD's contractor suggest that the reason that the Park Properties and Valentine Associates plaintiffs did not pursue rent adjustments for 1999 and 2000 had less to do with the 1994 amendments to the Section 8 statute and HUD's implementing regulations, than with the owner's impression about the impact that local rent controls had on the properties' rents. We disagree with that assertion for several reasons. First, we believe the thrust of the letter demonstrates that the owner had not been briefed about the rent adjustment process that HUD adopted after the enactment of the 1994 statute and HUD's implementing regulations; these comments reflect more about HUD's failure to adequately explain its program than about the owner's alleged motivations. More fundamentally, however, that Plaintiff's impressions concerning the impact of local rent control law are irrelevant as a matter of law, especially in light of the Court's repeated explanation that the rent adjustment mechanism in the HAP Contracts were intended to be automatic. *See* Park Properties Associates, L.P. v. United States, No. 04-1757C, 2008 U.S. Claims LEXIS 139 at *20 – 21 and n. 7 (Fed. Cl. May 23, 2008).

To address this matter, the easiest course is for the Plaintiffs to file, within a time frame set by the Court, a motion for a protective order explaining why we believe this information is irrelevant and why discovery on it should not proceed. If the Court agrees with us that this matter is irrelevant to determination of damages, no discovery will be needed; if it determines that it is relevant, or defers a determination on these matters until a later point, discovery can be completed within the timeframe provided for the damages calculations discussed above.

As our recent letters have demonstrated, the parties appear to be in agreement about the kind of information and calculations needed to compute the Plaintiffs' damages here. Indeed, in the Plaintiffs' view, it does not appear that there are any genuine issues of material facts. Under these circumstances, the targeted procedures that the Plaintiffs propose here seem well-suited to obtain expeditiously the final information needed to calculate damages and to determine the relevance of the matters discussed in the July 23, 2001 letter.

I hope the Government will consider moving forward according to the procedures described here by the Plaintiffs because it is in the parties' mutual interest to resolve this matter as quickly as possible. If you agree, I will prepare a draft joint status report, reflecting the proposals outlined about, that we can submit to the Court. If the Government will not join in our proposal, we will prepare a form of the proposal that can be included as an alternative to the language you submitted previously. I look forward to receiving your comments. Please call me if you have any questions.

Very truly yours,

Harry J. Kelly

11051954.1

# Housing Owner's Certification and Application for Housing Assistance Payments

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Comissioner

OMB Approval No. 2502-0182 (04/30/2009)

**Part I - Contract Information**

1. Project Name: Valentine Lane
2. FHA/EH/Non-Insured No.
3. Section 8/PAC/PRAC Contract Number: NY360003011

**HUD/CA Use only**
4. Voucher Number
Date Received:
Date Paid:

4. Type of Subsidy (one only):
x Sec. 8
Rent Supp.
RAP
PAC
PRAC

5a. Management Agents Name: Friendly Management, Inc.
5b. EIN: 593340360

**Part II - Occupancy & Income Eligibility Information**

6. General Occupancy Information (Contract specific):

| | |
|---|---|
| **a. Total Units in contract** | 109 |
| b. Number of Units receiving Subsidy under this contract | 108 |
| c. Number of units abated under this contract | 0 |
| d. Number of units vacant under this contract | 1 |
| e. Number occupied by Market Rate Tenants | 0 |

**Note: 6a must equal 6b + 6c + 6d +6e**

7. Exceptions to Limitations on Admisssion of Low-Income Families (only for Sec. 8 contracts effective on or after 10/01/81):

| | |
|---|---|
| a. Project-Based exception in use | 0 |
| b. Project-based exceptions allocated | 0 |
| c. Tenant-based exceptions in use | 0 |
| **d. Total exceptions** (line b + line c) | 0 |
| e. Date Field Last changed allocations for project-based exceptions (mm/dd/yy) | |

**Part III - Breakdown of Assistance Payment Requested**

| 8. Type of Assistance | 9. Number of Units in Billing | 10. Amount Requested | **HUD/CA Use Only** 11. Amount Approved |
|---|---|---|---|
| a. Regular Tenant Assistance Payments for (mo./yr.): 07/08 | 108 | 110125 | |
| b. Adjustments to Regular Tenant Assistance Payments | 22 | 4628 | |
| c. i. Section 8 Special Claims for Unpaid Rent | 0 | 0 | |
| ii. Section 8 Special Claims for Tenant Damages | 0 | 0 | |
| iii. Section 8 Special Claims for Vacancies | 0 | 0 | |
| iv. Section 8 Special Claims for Debt Service | 0 | 0 | |
| d. Miscellaneous Accounting Requests | [redacted] | 0 | |
| e. Total Subsidy Authorized under instructions in Handbook 4350.3 Rev. 1 | | 114753 | |

**Part V - Owner's Certification** I certify that: (1) Each tenant's eligibility and assistance payment was computed in accordance with HUD's regulations, administrative procedures, and the Contract, and are payable under the Contract; (2) all required inspections have been completed; (3) the units for which assistance is billed are decent, safe, sanitary, and occupied or available for occupancy; (4) no amount included on this bill has been previously billed or paid; (5) all the facts and data on which this request for payment is based are true and correct; and (6) I have not received and will not receive any payments or other consideration from the tenant or any public or private source for the unit beyond that authorized in the assistance contract or the lease, except as permitted by HUD. Upon request by the Department of Housing and Urban Development, its duly authorized representative, or the Comptroller General of the United States, I will make available for audit all books, records and documents related to tenants' eligibility for, and the amount of, assistance payments. Warning: HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

**Part IV - Distribution of Subsidy Earned (HUD/CA Use Only)**

| | Amount Approved |
|---|---|
| 12. Applied to HUD-held mortgage | |
| 13. Applied to debts owed by mortgagor | |
| 14. Paid to Project | |
| 15. $ of the amount in item E, part III was released from the Residual Receipts Account. | [redacted] |

Printed Name, Date, Title & Phone No. (include area code) & Signature:

Name: Stephen Bolduc
Title: Owner/Agent
Date: 06/17/2008
Phone: (914)273-5800

X

Previous editions are obsolete.

Submit an original and two copies

This form is submitted monthly by owners/agents to their Contract Administrator or HUD for each subsidy contract and provides basic information on the project, reports the number of contract units which are occupied by eligible tenants and bills HUD for the housing assistance payments. Section 8 projects also report exceptions to the rule requiring that all units be leased to families with incomes below 50 percent of the area median income.

This form must be completed so HUD/CA can pay owners the difference between the gross rent and the total tenant payment (housing assistance payments) according to regulation. It is also necessary for the forms to be completed so the owner can recoup money lost during vacancy, and money spent to fix damaged units and cover rent when these expenses are unpaid by the vacating tenant.

Regulations require that owners complete this form using statutory formulas for calculating housing assistance payments, unpaid rent and tenant damages and vacancy loss payments.

The statutes requiring the submission are S101, Housing and Urban Development Act of 1965 (12 U.S.C. 1701s), S236(f)(2), National Housing Act (12 U.S.C.17152z-1, S8, United Statues Housing Act (42 U.S.C. 1437f), Section 202 of the Housing Act of 1959 as amended by Section 801 of the National Affordable Housing Act (12 U.S.C. 1701 (g)), and Section 811 of the National Affordable Housing Act (42 U.S.C.8014). The regulations stipulating these rules are: 24 CFR 215, 236, 880, 881, 883, 884, 885, 886, and 891. The administrative requirements for these forms are provided in the HUD Handbook 4350.3 Rev.1, Chapter 9.

HUD does not promise confidentiality but will not disclose data on a specified project or tenant. No questions of a sensitive nature are asked in this form.

The Department of Housing & Urban Development is authorized to collect this information by the U.S. Housing Act of 1936, as amended, and to request the Employer Identification Number (EIN) by the Housing & Community Development Act of 1987, 42 U.S.C. 3543. The owner/agent must provide all this information including the EIN. The information provided will be used by HUD for the following: (1) Review accuracy of funds requested by owner/agent for tenants' housing assistance payments and special claims payments. (2) Review owner/agent computation of tenant assistance payments and tenants' rents using specific forms and formulas. (3) Evaluate the date owner/agent recertifies assisted tenants. (4) Limit the number of section 8 units that may be leased to low income families whose incomes exceed 50% of the area median income. (5) Restrict or prohibit the admission of tenants who are ineligible for assistance. (6) The EIN May be cross-checked against the EIN reported on the Management Entity Profile (form HUD 98323) or the Rent Schedule (form HUD-92458). This cross check will assist in identifying inconsistencies whereby corrective action may be taken. The EIN is used as a unique identifier. HUD may disclose this information to federal, state, and local agencies when relevant to civil, criminal or regulatory investigations and prosecutions. Otherwise, it will not be disclosed or released outside of HUD, except as permitted or required by law. Providing all information is mandatory, and failure to provide information will affect participation in HUD programs.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

# Schedule Of Tenant Assistance Payments Due

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. , Chapter 9.
See the statements on the form HUD-52870 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | Unit 8. Unit Size | Unit 9. Contract Rent | Unit 10. Utility Allowance | Unit 11. Gross Rent | 12. Income Code | Turnover Data 13a Code | Turnover Data 13b Mo/Day | Recertification Data 14a Effective Date | Recertification Data 14b First Reminder Notice Date | Assistance Payment 15. Change Code | Assistance Payment 16a Requested | Assistance Payment 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lovell, Charmaine | 01G | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/10/08 | None | 1077 | |
| TORRES, CARMEN M | 01H | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 12/06/07 | None | 1067 | |
| ADAMS, ANA R | 01J | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 12/28/07 | None | 1077 | |
| MURAGALI, CHANDRASHEKHAR G | 01K | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/16/07 | None | 1092 | |
| STEPHENSON, CLAIRE | 01L | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 1038 | |
| RIVAS, FEDERICO | 01M | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 979 | |
| CASTRO, JULIAN | 02A | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/04/08 | None | 885 | |
| LAYEVSKY, LUCY | 02G | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/30/07 | None | 1077 | |
| MCKINLEY, RACHEL | 02H | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 01/23/08 | None | 1076 | |
| NOVOTNEY, MARY J | 02J | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 1108 | |
| KEYS, MIRIAM | 02K | 1.00 | 1248 | 34 | 1280 | | None | | 03/01/09 | 01/23/08 | None | 1067 | |
| MARCSISON, ELIZABETH | 02L | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 11/26/07 | None | 987 | |
| LEIVA, ROSARIO | 02M | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/05/08 | None | 1067 | |
| TURNER, LOUISE | 03A | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/26/07 | None | 1090 | |
| 670 Fortes, Luz | 03B | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 04/28/08 | None | 1063 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 15750 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete

Submit an original and two copies Page 1 of 10

form HUD-52670-A part1 (02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and folow the instructions in Handbook 4350.3 Rev. 1, Chapter 9.
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | 8. Unit Size | 9. Unit Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | Turnover Data 13a Code | 13b Mo/Day | Recertification Data 14a Effective Date | 14b First Reminder Notice Date | Assistance Payment 15. Change Code | 16a Requested | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRITO, NEMECIA | 03G | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 12/28/07 | None | 1071 | |
| Garcia, Luz M | 03H | 1.00 | 1186 | 34 | 1220 | | None | | 01/01/09 | 12/31/07 | None | 1055 | |
| MURRAY, ROBERTA | 03J | 1.00 | 1246 | 34 | 1280 | | None | | 06/01/09 | 05/01/08 | None | 1073 | |
| FIORITO, MIRIAM | 03K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 1071 | |
| Sanchez, Jorge | 03L | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/28/08 | None | 1048 | |
| PINTO, EVA | 03M | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 11/26/07 | None | 1084 | |
| RODRIGUEZ, GLORIA M | 04A | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 01/23/08 | None | 1073 | |
| Soto Ana G | 04B | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/28/08 | None | 907 | |
| MOREIRA, GUILLERMO | 04C | 0.00 | 1096 | 33 | 1129 | | None | | 03/01/09 | 01/22/08 | None | 873 | |
| MATA, MERCEDES | 04F | 2.00 | 1369 | 46 | 1415 | | None | | 07/01/09 | 06/06/08 | None | 1230 | |
| PEREZ, FRANCISCO A | 04G | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 12/31/07 | None | 1071 | |
| SKERRETT, RAYMOND J | 04H | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/08/08 | None | 816 | |
| SISLER, DORIS E | 04J | 1.00 | 1246 | 34 | 1280 | | None | | 10/01/08 | 09/25/07 | None | 969 | |
| MALDONADO, ARACELIS | 04K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 1047 | |
| CORNELL, IRENE J | 04L | 1.00 | 1246 | 34 | 1280 | | None | | 07/01/09 | 06/05/08 | None | 991 | |

Totals for this page
a. Regular Assistance 15379
b. Adjustments 0
c. Misc. Accounting 0

# Schedule Of Tenant Assistance Payments Due

## U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. 1, Chapter 9.
See the statements on the form HUD-52370 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY3600030'1
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Unit Number | 8. Unit Size | 9. Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | Turnover Data 13a Code | 13b Mo/Day | Recertification Data 14a Effective Date | 14b First Reminder Notice Date | 15. Change Code | Assistance Payment 16a Requested | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VARGAS, GLADYS | 04M | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/05/08 | None | 1073 | |
| BENCIK, KALMAN | 05A | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 02/13/08 | None | 988 | |
| Rivera, Myriam | 05B | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 12/21/07 | None | 1080 | |
| MOLLOY, JOHN | 05C | 0.00 | 1096 | 33 | 1129 | | None | | 08/01/08 | 07/30/07 | None | 824 | |
| MARUVCIC, ANGELINA | 05D | 1.00 | 1246 | 34 | 1280 | | None | | 10/01/08 | 10/11/07 | None | 1074 | |
| UBIERA, ELSA | 05E | 1.00 | 1246 | 34 | 1280 | | None | | 10/01/08 | 09/26/07 | None | 1077 | |
| KARIMIPOUR ABDOLKARIM | 05F | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/27/07 | None | 1080 | |
| Santiago, Norma I | 05G | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/30/07 | None | 1106 | |
| CARABALLO, ELACIO | 05H | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 01/23/08 | None | 1088 | |
| LIZ, HIPOLITO A | 05J | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/05/08 | None | 1081 | |
| SANCHEZ, DELLA | 05K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 02/01/08 | None | 1073 | |
| RENNIE, HELEN | 05L | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/08/08 | None | 1042 | |
| Alvarez, Alberto | 05M | 1.00 | 1246 | 34 | 1280 | | None | | 07/01/08 | 06/25/07 | None | 1072 | |
| VAZQUEZ, NELSON J | 06A | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 11/20/07 | None | 1071 | |
| ESCALANTE, CARMEN M | 06B | 1.00 | 1246 | 34 | 1280 | | None | | 08/01/08 | 07/26/07 | None | 1077 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 15806 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete

Submit an original and two copies Page 3 of 10

form HUD-52670-A part1 (02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. 1, Chapter 9
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | 8. Unit Size | 9. Unit Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | Turnover Data 13a Code | Turnover Data 13b Mo/Day | Recertification Data 14a Effective Date | Recertification Data 14b First Reminder Notice Date | 15. Change Code | Assistance Payment 16a Requested | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fossella, Joseph | 06C | 0.00 | 1096 | 33 | 1129 | | None | | 05/01/09 | 05/01/08 | None | 905 | |
| BRAME, ELIZABETH | 06D | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 11/21/07 | None | 1102 | |
| FREEDMAN, FLORENCE | 06E | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/30/07 | None | 985 | |
| Ramirez, Manuel Acevedo | 06F | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/17/08 | None | 1121 | |
| BADDERS, MARGARET | 06G | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 01/23/08 | None | 1073 | |
| OJEDA, MARIO | 06H | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 11/21/07 | None | 964 | |
| DOHERTY, JANICE | 06J | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/16/07 | None | 1071 | |
| ALBERTI, JAMES | 06K | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 04/18/08 | None | 965 | |
| OLIVER, LAURA | 06L | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/08/08 | None | 1126 | |
| HAZELTON, WAYNE E | 06M | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 575 | |
| CORTES, CARMEN | 07A | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 1067 | |
| PEREZ, VENERANDA | 07B | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 09/26/07 | None | 1071 | |
| FEBUS, MIGUEL | 07C | 0.00 | 1096 | 33 | 1129 | | None | | 08/01/08 | 07/30/07 | None | 923 | |
| NESOR, CAROL | 07D | 1.00 | 1246 | 34 | 1280 | | None | | 07/01/09 | 06/06/08 | None | 1089 | |
| RIVERA, MARIA O | 07E | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 1076 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 15113 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete

Submit an original and two copies Page 4 of 10

form HUD-52670-A pt 1 (02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182
(04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. ', Chapter 9.
See the statements on the form HUD-52570 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Unit Number | 8. Unit Size | 9. Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | 13a Turnover Data Code | 13b Turnover Data Mo/Day | 14a Recertification Data Effective Date | 14b Recertification Data First Reminder Notice Date | 15. Change Code | 16a Assistance Payment Requested | 16b Assistance Payment (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BETANCOURT, MARIA I | 07F | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 1097 | |
| Ramey, Linda F | 07G | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/31/07 | None | 1067 | |
| PEREZ, SALVADOR A | 07H | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 02/21/08 | None | 1073 | |
| MATTHEWS-SANTIFUL, PEARL | 07J | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/09/08 | None | 453 | |
| Rodriguez, Juan O | 07K | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 11/20/07 | None | 1096 | |
| THOMAS, JOHN M | 07L | 1.00 | 1246 | 34 | 1280 | | None | | 08/01/08 | 07/17/07 | None | 1071 | |
| MAPPS, CHRISTINE | 07M | 1.00 | 1246 | 34 | 1280 | | None | | 06/01/09 | 06/03/08 | None | 1063 | |
| PEREZ, ALICE | 08A | 1.00 | 1246 | 34 | 1280 | | None | | 08/01/08 | 12/28/07 | None | 1071 | |
| BORDE, JOAN P | 08B | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/09/08 | None | 1061 | |
| McMillan, Brenda | 08C | 0.00 | 1096 | 33 | 1129 | | None | | 10/01/08 | 09/24/07 | None | 926 | |
| Martinez, Ana | 08D | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/20/07 | None | 792 | |
| ROSARIO, GLADYS | 08E | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/05/08 | None | 1067 | |
| IMMER, JOSEPHINE | 08F | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/31/07 | None | 920 | |
| Rodriguez, Ramonita | 08G | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/31/07 | None | 1075 | |
| SICAR, IGNACIA | 08H | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/28/07 | None | 960 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 14792 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete

Submit an original and two copies Page 5 of 10

form HUD-52670-A part1
(02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. 1, Chapter 9
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY36000301
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | 8. Unit Size | 9. Unit Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | 13a Turnover Data Code | 13b Mo/Day | 14a Recertification Data Effective Date | 14b First Reminder Notice Date | 15. Change Code | 16a Assistance Payment Requested | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RODRIGUEZ, EMILIA | 08J | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/09/08 | None | 1073 | |
| VILLANUEVA, MANUELA A | 08K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/21/08 | None | 1039 | |
| DEVINE, JACQUELINE | 08L | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/21/08 | None | 1025 | |
| RIVERA, ROSA | 08M | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/04/08 | None | 1072 | |
| CASANA, GONZALO S | 09A | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 02/01/08 | None | 671 | |
| LACATENA, NANCY | 09B | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/08/08 | None | 1067 | |
| L Aliberte, Estelle | 09C | 0.00 | 1096 | 33 | 1129 | | None | | 10/01/08 | 09/26/07 | None | 759 | |
| DISLA, INELINA B | 09D | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/05/08 | None | 1073 | |
| EGDAL, SHIRLEY | 09E | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 12/28/07 | None | 1036 | |
| GRANTHAM, ELAINE | 09F | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/27/07 | None | 1077 | |
| RUIZ, MARIA | 09G | 1.00 | 1246 | 34 | 1280 | | None | | 09/01/08 | 08/21/07 | None | 856 | |
| ORENGO, GLADYS | 09H | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/26/07 | None | 1071 | |
| MOLLOY, RICHARD | 09L | 1.00 | 1246 | 34 | 1280 | | None | | 08/01/08 | 07/30/07 | None | 1101 | |
| NELSON, JULES N | 09M | 1.00 | 1246 | 34 | 1280 | | None | | 04/01/09 | 03/08/08 | None | 1096 | |
| MCLAUCHLIN, LEONA | 10A | 1.00 | 1246 | 34 | 1280 | | None | | 11/01/08 | 10/31/07 | None | 1046 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 15062 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete

Submit an original and two copies Page 6 of 10

form HUD-52670-A part1 (02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182
(04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. , Chapter 9.
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | Unit 8. Unit Size | 9. Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | Turnover Data 13a Code | 13b Mo/Day | Recertification Data 14a Effective Date | 14b First Reminder Notice Date | 15. Change Code | Assistance Payment 16a Requested | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RODRIGUEZ, CANDELARIO | 10B | 1.00 | 1246 | 34 | 1280 | | None | | 10/01/08 | 10/16/07 | None | 987 | |
| ALMODOVAL, JOSE | 10C | 0.00 | 1096 | 33 | 1129 | | None | | 12/01/08 | 11/26/07 | None | 881 | |
| SMITH, HARLIE | 10D | 1.00 | 1246 | 34 | 1280 | | None | | 08/01/08 | 07/30/07 | None | 1077 | |
| TORRES, VERANIA | 10E | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 1077 | |
| Rivera, Cristina | 10F | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/29/08 | None | 727 | |
| MARTINEZ, LILIBETH | 10G | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 1067 | |
| MINAYA, BIENVENIDA | 10M | 1.00 | 1246 | 34 | 1230 | | None | | 11/01/08 | 04/15/08 | None | 1213 | |
| DELGADO, SARAH | 11A | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 01/21/08 | None | 1067 | |
| CASAMAYOR, JULIA | 11B | 1.00 | 1246 | 34 | 1280 | | None | | 06/01/09 | 05/02/08 | None | 899 | |
| LUCAS, DONALD A | 11D | 1.00 | 1246 | 34 | 1280 | | None | | 03/01/09 | 01/23/08 | None | 935 | |
| THOMAS, FARRIS | 11E | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 1017 | |
| MONCLUS, FRANCISCO A | 11F | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 04/15/08 | None | 1067 | |
| MURPHY, MARY | 12A | 1.00 | 1246 | 34 | 1280 | | None | | 10/01/08 | 09/25/07 | None | 1089 | |
| SANTANA, VICTOR | 12B | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 1053 | |
| SANTOS, EVA | 12C | 0.00 | 1096 | 33 | 1129 | | None | | 03/01/09 | 01/23/08 | None | 917 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 15073 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete



form HUD-52670-A pa11
(02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2309)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. 1, Chapter 9.
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY3600030`1
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Unit Number | 8. Unit Size | 9. Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | Turnover Data 13a Code | Turnover Data 13b Mo/Day | Recertification Data 14a Effective Date | Recertification Data 14b First Reminder Notice Date | 15. Change Code | Assistance Payment 16a Requested | Assistance Payment 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILMER, SHIRLEY | 12D | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 11/26/07 | None | 1071 | |
| MARQUEZ, ELBA | 12E | 1.00 | 1246 | 34 | 1280 | | None | | 06/01/09 | 05/01/08 | None | 1012 | |
| HAZELTON, DELORES Y | 12F | 1.0C | 1246 | 34 | 1280 | | None | | 04/0`/09 | 03/05/08 | None | 1067 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 3150 |
| b. Adjustments | 0 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete

Submit an original and two copies Page 8 of 10

form HUD-52670-A part1 (02/2005)
ref Handbook 4350.3 Rev 1

# Schedule Of Tenant Assistance Payments Due

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev. 1, Chapter 9
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | 8. Unit Size | 9. Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | 13a Code (Turnover Data) | 13b Mo/Day | 14a Effective Date (Recertification Data) | 14b First Reminder Notice Date | 15. Change Code | 16a Requested (Assistance Payment) | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lovell, Charmaine<br>Adjustments for 06/01/08 | 01G | 1.0C | 1246 | 34 | 1280 | | None | | 01/0'/09 | 0'/10/08 | None | 60 | |
| Garcia, Luz M<br>Adjustments for 06/01/08 | 03H | 1.00 | 1186 | 34 | 1220 | | None | | 01/01/09 | 12/31/07 | None | 60 | |
| Sanchez, Jorge<br>Adjustments for 06/01/08 | 03L | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/28/08 | None | 1048 | |
| Soto, Ana G<br>Adjustments for 06/01/08 | 04B | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/28/08 | None | 907 | |
| Ramirez, Manuel Acevedo<br>Adjustments for 06/01/08 | 06F | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/17/08 | None | 60 | |
| MAFPS, CHRISTINE<br>Adjustments for 06/01/08 | 07M | 1.00 | 1246 | 34 | 1280 | | None | | 06/01/09 | 06/03/08 | None | -30 | |
| Rivera, Cristina<br>Adjustments for 06/01/08 | 10F | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/29/08 | None | 727 | |
| SANTANA, VICTOR<br>Adjustments for 06/01/08 | 12B | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 203 | |
| Sanchez, Jorge<br>Adjustments for 05/01/08 | 03L | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/28/08 | None | 135 | |
| Soto, Ana G<br>Adjustments for 05/01/08 | 04B | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/28/08 | None | 117 | |
| Rivera, Cristina<br>Adjustments for 05/01/08 | 10F | 1.00 | 1246 | 34 | 1280 | | None | | 05/01/09 | 05/29/08 | None | 70 | |
| SANTANA, VICTOR<br>Adjustments for 05/01/08 | 12B | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 203 | |
| SANTANA, VICTOR<br>Adjustments for 04/01/08 | 12B | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 203 | |
| SANTANA, VICTOR<br>Adjustments for 03/01/08 | 12B | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/03/08 | None | 39 | |
| Lovell, Charmaine<br>Adjustments for 01/01/08 | 01G | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/10/08 | None | 54 | |

| Totals for this page | | |
|---|---|---|
| | a. Regular Assistance | 0 |
| | b. Adjustments | 3856 |
| | c. Misc. Accounting | 0 |

# Schedule Of Tenant Assistance Payments Due

**U.S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0182 (04/30/2009)

Before completing this form, read and follow the instructions in Handbook 4350.3 Rev 1, Chapter 9.
See the statements on the form HUD-52670 for information on public burden

1. Asst. Pymts Due for (MM/YYYY): 07/2008
2. Project Name: Valentine Lane
3. FHA/EH/Non-Insured Project Number:
4. Section8/PAC/PRAC Contract Number: NY360003011
5. Type of Subsidy: Sec. 8

| 6. Head of Household Name Last, First, Initial and/or Reason For Adjustment | 7. Number | 8. Unit Size | 9. Unit Contract Rent | 10. Utility Allowance | 11. Gross Rent | 12. Income Code | 13a Turnover Data Code | 13b Mo/Day | 14a Recertification Data Effective Date | 14b First Reminder Notice Date | 15. Change Code | 16a Assistance Payment Requested | 16b (HUD/CA use only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIVAS, FEDERICO<br>Adjustments for 01/01/08 | 01M | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 9 | |
| NOVOTNEY, MARY J<br>Adjustments for 01/01/08 | 02J | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 68 | |
| FIORITO, MIRIAM<br>Adjustments for 01/01/08 | 03K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 6 | |
| MALDONADO, ARACELIS<br>Adjustments for 01/01/08 | 04K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 60 | |
| BENCIK, KALMAN<br>Adjustments for 01/01/08 | 05A | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 02/13/08 | None | 60 | |
| Rivera, Myriam<br>Adjustments for 01/01/08 | 05B | 1.00 | 1246 | 34 | 1280 | | None | | 12/01/08 | 12/21/07 | None | 60 | |
| Ramirez, Manuel Acevedo<br>Adjustments for 01/01/08 | 06F | 1.00 | 1246 | 34 | 1280 | | None | | 01/01/09 | 01/17/08 | None | 29 | |
| RIVERA, MARIA O<br>Adjustments for 01/01/08 | 07E | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 60 | |
| BETANCOURT, MARIA I<br>Adjustments for 01/01/08 | 07F | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 60 | |
| VILLANUEVA, MANUELA A<br>Adjustments for 01/01/08 | 08K | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/21/08 | None | 60 | |
| DEVINE, JACQUELINE<br>Adjustments for 01/01/08 | 08L | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/21/08 | None | 60 | |
| CASANA, GONZALO S<br>Adjustments for 01/01/08 | 09A | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 02/01/08 | None | 60 | |
| TORRES, VERANIA<br>Adjustments for 01/01/08 | 10E | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/17/08 | None | 60 | |
| MARTINEZ, LILIBETH<br>Adjustments for 01/01/08 | 10G | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 60 | |
| THOMAS, FARRIS<br>Adjustments for 01/01/08 | 11E | 1.00 | 1246 | 34 | 1280 | | None | | 02/01/09 | 01/18/08 | None | 60 | |

Totals for this page

| | |
|---|---|
| a. Regular Assistance | 0 |
| b. Adjustments | 772 |
| c. Misc. Accounting | 0 |

Previous editions are obsolete



form HUD-52670-A part1 (02/2005)
ref Handbook 4350.3 Rev 1