ATTACHMENT C

# July-08 DRAFT VOUCHER RECONCILIATION REPORT

PROJECT NAME: Valentine Lane CONTRACT #: NY360003011

TRACS Compliance Percentage: 0.00% YTD Outstanding Discrepancy Amount: $10,928

Resolution Month

| No | TENANT NAME | UNIT # | CA HAP | SITE HAP | VARIANCE | COMMENT |
|---|---|---|---|---|---|---|
| | Total HAP Amount: | | $ 113,085 | $ 114,753 | $ 1,668 | |
| | Total Regular Payment Amount: | | $ 97,064 | $ 110,125 | $ 13,061 | |
| 1 | Please See Past Due Recertification Report | | | | 0 | Past Due - Expired |
| 4 | Garcia, Luz | 3H | 1115 | 1055 | -60 | Please resubmit AR with the correct contract rent marked as correction. |
| 6 | Sanchez, Jorge | 3L | 0 | 1048 | 1048 | Please submit cert for $1048 |
| 7 | Mata, Mercedes | 4F | 1233 | 1230 | -3 | Please submit cert for $1230 |
| 9 | Cornell, Irene | 4L | 1009 | 991 | -18 | Please submit cert for $991 |
| 11 | Nesor, Carol | 7D | 1186 | 1089 | -97 | Please submit cert for $1089 |
| 19 | Lucas, Donald | 11C | 935 | 0 | -935 | Please submit TE or MO for unit 11D, in order for this to work |
| | Lucas, Donald | 11D | 0 | 935 | 935 | Please submit TE or MO for unit 11D, in order for this to work |
| 20 | Bishop, Joan | 11D | 1071 | 0 | -1071 | Please submit TE or MO |
| | Total Regular Payment Discrepancies | | $ 6,549 | $ 19,610 | $ 13,061 | |
| | Total Adjusted Payment Amount: | | $ 16,021 | $ 4,628 | $ (11,393) | |
| 4 | Garcia, Luz | 3H | 2230 | 60 | -2170 | Please resubmit AR with the correct contract rent marked as correction. |
| 8 | Sanchez, Jorge | 3L | 0 | 1183 | 1183 | Please submit cert for $1048 |
| 12 | Lucas, Donald | 11D | 935 | 0 | -935 | Please submit TE or MO for unit 11D, in order for this to work |
| 13 | Bishop, Joan | 11D | 2142 | 0 | -2142 | Please submit TE or MO |
| | Total Adjustment Discrepancies | | $ 13,690 | $ 2,297 | $ (11,393) | |
| | Total Subsidy Discrepancies: | | $ 20,239 | $ 21,907 | $ 1,668 | |

RECONCILIATION SUMMARY: $ - RECONCILIATION COMPLETE

ACCOUNTING ADJUSTMENT SUMMARY: $ - ACCOUNTING ADJUSTMENTS COMPLETE

| No | TENANT NAME | UNIT # | CA HAP | SITE HAP | ACCOUNTING ADJUSTMENT | COMMENT |
|---|---|---|---|---|---|---|
| 1 | | | | | 0 | |
| 2 | | | | | 0 | |
| 3 | | | | | 0 | |
| | | | $ - | $ - | $ - | |

CGI