# In The United States Court of Federal Claims

No. 04-1757C

(Filed: July 8, 2008)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A status conference to discuss a trial schedule in this case will be held on Monday, July 14, 2008, at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge