# In The United States Court of Federal Claims

No. 04-1757C

(Filed: July 14, 2008)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 14, 2008, the court held a status conference in this case. As agreed upon by the parties, on or before August 1, 2008, the parties shall file a joint status report apprising the court of the date by which the parties will complete their initial disclosures regarding the damages calculation.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge