# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PARK PROPERTIES ASSOCIATES, L.P., et al., )
)
Plaintiffs, )
) No. 04-1757C
v. )
) (Judge Allegra)
THE UNITED STATES, )
)
Defendant. )

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 14, 2008, the parties have met to discuss the information needed to calculate the Plaintiffs' damages in this case, and a schedule for exchange of that information, and report as follows:

1) **Information to be exchanged.** The parties have determined that the following documents and electronic information contain information relevant to determining the Plaintiffs' damages and will be produced as indicated:

a) Monthly Rent Vouchers and Rent Reconciliation Reports: The parties will exchange copies of the monthly rent vouchers and monthly rent reconciliation reports in paper form (and to the extent available, in electronic form) for the period of 1998 to the present (or to the end of the contract term, in the case of St. Johns I Associates LP). The parties are determining the availability of these documents. The Plaintiffs anticipate that most of these documents will be available in paper format from their files. HUD representatives have informed Defendant's counsel that HUD does not have paper or electronic copies of these documents. HUD representatives have also informed Defendant's counsel, however, that private firms which, pursuant to subcontracts with a public housing

agency ("PHA"), have performed contract administration services for the HAP contracts at issue in this litigation, among others, from approximately December 2000 to the present may have retained paper and/or electronic copies of these documents. Defendant's counsel has requested production of any such documents and has scheduled a trip in the near future to the offices of the subcontractor presently performing HAP contract administration services to inspect documents to be produced by that firm and to verify the rent subsidy records that have been used and retained by this PHA subcontractor and its predecessor.

b) .Rent Adjustment Documents. Plaintiffs Park Properties Associates LP and Valentine Associates LP will produce documents reflecting HUD's decisions with respect to rent adjustments for the period 2004 to the present, to the extent they have not been produced previously.

c) TRACS System. HUD maintains an electronic database known as the Tenant Rental Assistance Certification System ("TRACS"). Among other things, TRACS contains information derived from monthly rent subsidy vouchers submitted by Section 8 HAP Program participants such as the plaintiffs in this case. Defendant will produce tenant turnover and vacancy data from TRACS for the period 1998 to the present in an electronic format. This information will be contained in reports generated by TRACS to be produced on computer disks in an EXCEL format..

2) **Date of Production and Follow-up Conference.**

a) August 29, 2008: The Parties will exchange the documents identified in Section 1(a) – (c) above. During the subsequent weeks, the parties will review the exchanged documents, identify any missing documents or information, and identify

any additional information that they determine is needed to prepare the Plaintiffs' damages calculation. If any party is unable to locate and produce documents or information listed in Section 1 above, they will submit a statement on this date to the other party, setting forth the good faith efforts they made to locate and produce such documents or information and identifying alternative or additional efforts that will be made to produce such documents or information.

b) September 26, 2008. The parties will confer with respect to any information that is missing or that needs to be supplemented in order for the Plaintiffs to prepare damages calculations. If the parties determine that they have all the information needed to calculate damages, they will prepare a report to the Court setting forth a further timeline for the Plaintiffs to prepare damages calculations and for the Defendant to review that report. If one or more parties believe that additional information is needed, or that necessary information is missing or unavailable (in terms of the time and cost of producing such information), the parties will negotiate in good faith to obtain such information, including setting a timetable for producing that information as quickly as possible.

c) October 3, 2008. The parties will submit a report to the Court containing the information identified in Section 2(b) above.

The parties also agree that, to the extent they become aware during the time periods set forth herein of other information or sources that may contain relevant information that is not listed in Section 1, they will notify the other party of that information and attempt to produce relevant documents or other media within the time periods set forth here or such other time as the

parties may reasonably agree. Nothing herein constitutes a waiver of any party's discovery rights under the Court's rules.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Harry J. Kelly
HARRY J. KELLY, ESQ.
Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
Tele: (202) 585-8000

Attorney for Plaintiffs

/s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax)(202) 514-8624

August 1, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 1st day of August, 2008, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of this filing has been transmitted by facsimile to the Government's counsel, John Kosloske, Esq.

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
Fax: (202) 514-8624

/s/ Harry J. Kelly