# In The United States Court of Federal Claims

No. 04-1757C

(Filed: August 8, 2008)

PARK PROPERTIES ASSOCIATES, L.P., et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 1, 2008, the parties filed a joint status report apprising the court that their initial disclosures regarding the damages calculation will be exchanged on or before August 29, 2008, and that they will confer on September 26, 2008, regarding any supplemental information that must be exchanged to prepare the damages calculation. The court hereby orders that, on or before October 3, 2008, the parties shall file a joint status report apprising the court of the status of the disclosures relating to the damages calculation.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge