# In The United States Court of Federal Claims

No. 04-1757C

(Filed: October 7, 2008)

_____

PARK PROPERTIES ASSOCIATES, L.P., et al,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On October 3, 2008, the parties filed a joint status report with a proposed schedule. Accordingly:

1. On or before October 27, 2008, plaintiffs shall file a calculation of their damages;

2. On or before November 24, 2008, defendant shall file a response to plaintiffs' calculation of their damages; and

3. On or before December 19, 2008, the parties shall file a joint status report concerning the outcome of their discussions regarding damage calculations, identifying those matters on which they agree and those matters, if any, that they are unable to resolve.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge