# In The United States Court of Federal Claims

No. 04-1757C

(Filed: October 24, 2008)

_____

PARK PROPERTIES ASSOCIATES, L.P., et al,

       Plaintiffs,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On October 7, 2008, the court issued an order adopting a schedule the parties suggested in their October 3, 2008, joint status report. With defendant's consent, plaintiffs filed a motion on October 23, 2008, to enlarge each deadline by approximately one week. The motion is hereby **GRANTED**. Accordingly:

1. On or before November 3, 2008, plaintiffs shall file a calculation of their damages;

2. On or before December 1, 2008, defendant shall file a response to plaintiffs' calculation of their damages; and

3. On or before December 29, 2008, the parties shall file a joint status report concerning the outcome of their discussions regarding damage calculations, identifying those matters on which they agree and those matters, if any, that they are unable to resolve.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge