# In The United States Court of Federal Claims

No. 04-1757C

(Filed: February 10, 2009)

_____

PARK PROPERTIES ASSOCIATES, L.P., et al,

       Plaintiffs,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

    This case is hereby referred to Judge Christine O.C. Miller, to conduct ADR in this matter. Judge Miller has expressed her willingness to accept this referral. Accordingly:

1. Proceedings in this case are **STAYED** until further notice.

2. The parties periodically shall file joint status reports regarding the progress of ADR. The first such report shall be filed on April 10, 2009, with subsequent reports filed every 30 days thereafter. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge