# In The United States Court of Federal Claims

No. 04-1757C

(Filed: June 7, 2011)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Thursday, June 16, 2011, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**


                                 s/ Francis M. Allegra
                                 Francis M. Allegra
                                 Judge