# In The United States Court of Federal Claims

No. 04-1757C

(Filed: June 15, 2011)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

The telephonic status conference that was originally scheduled for June 16, 2011, has been rescheduled for Monday, June 20, 2011, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

    s/ Francis M. Allegra
    Francis M. Allegra
    Judge