# In The United States Court of Federal Claims

No. 04-1757C

(Filed: June 22, 2011)
_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

      A telephonic status conference was held in this matter on June 20, 2011.  Participating in the conference were Harry J. Kelly, III for plaintiffs, and Kenneth David Woodrow, for defendant.  In accordance with the discussions held during the conference, the court adopts the following:

    1.    The stay is lifted and this case is restored to the active docket; and

    2.    On or before August 22, 2011, the parties shall file a joint status report indicating whether this matter has settled (or is about to settle); if settlement is not imminent, the parties shall include with their joint status report a proposed schedule for further proceedings regarding the determination of damages in this matter.

**IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra<br>
                                                       Francis M. Allegra<br>
                                                     Judge