# In The United States Court of Federal Claims

No. 04-1757C

(Filed: August 31, 2011)
_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On August 30, 2011, the parties filed a joint status report, proposing a schedule for the resolution of damages in this matter.

Based upon its consideration of the proposal, the court hereby adopts the following schedule:

1. On or before October 14, 2011, the parties shall file with the court a stipulation of facts to be used in filing cross-motions for summary judgment on damages;

2. On or before November 10, 2011, plaintiff shall file its motion for summary judgment;

3. On or before December 9, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion;

4. On or before January 6, 2012, plaintiff shall file its reply to its motion for summary judgment and its response to defendant's cross-motion;

5. On or before January 23, 2012, defendant shall file its reply to its cross-motion.

Should the court, upon reviewing any of these filings, determine that the presence of genuine issues of material fact precludes the entry of summary judgment, it will suspend the briefing of the aforementioned motions and establish a schedule for trial.  The court remains of the view that, based upon the literally dozens of other cases like this that have been settled, there is no good reason why this matter needs to be fully litigated.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge