# In The United States Court of Federal Claims

No. 04-1757C

(Filed: November 1, 2011)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

           Plaintiff,

    v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On October 31, 2011, plaintiff filed an unopposed motion to extend deadlines for summary judgment briefings. The motion is hereby **GRANTED**. Accordingly:

1. On or before November 18, 2011, plaintiff shall file its motion for summary judgment;

2. On or before December 21, 2011, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion;

3. On or before January 20, 2012, plaintiff shall file its reply to its motion for summary judgment and its response to defendant's cross-motion;

4. On or before February 2, 2012, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge