# In The United States Court of Federal Claims

No. 04-1757C

(Filed: January 18, 2012)
_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On January 17, 2012, plaintiff filed an unopposed motion to extend deadlines for summary judgment briefings. The motion is hereby **GRANTED**. Accordingly:

1. On or before January 25, 2012, plaintiff shall file its reply to its motion for summary judgment and its response to defendant's cross-motion; and

2. On or before February 7, 2012, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge