# In The United States Court of Federal Claims

No. 04-1757C

(Filed: July 25, 2012)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 24, 2012, oral argument was held on the parties' cross-motions for summary judgment. The court hereby orders the following:

1. Consideration of the parties' cross-motions for summary judgment is hereby **STAYED** until a decision is rendered in *Haddon v. United States*, No. 2012-5046, 2012-5060 (Fed. Cir.); and

2. Defendant shall file notification of a decision in that case within two weeks of the decision.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge