# In The United States Court of Federal Claims

No. 04-1757C

(Filed: April 3, 2013)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case, on Wednesday, April 10, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**


                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge