# In The United States Court of Federal Claims

No.  04-1757C

(Filed:  April 10, 2013)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

                    Plaintiff,

    v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case.  Participating in the conference were Harry J. Kelly, III, for plaintiffs, and Kenneth D. Woodrow, for defendant.  Based on discussions during the conference, on or before May 24, 2013, the parties shall file supplemental memoranda not to exceed ten (10) pages:

1.    The parties' memoranda shall begin with a brief statement indicating which issues are still present in the case; and

2.    The balance of the parties' memoranda shall discuss the impact of *Haddon Housing Associates, LP v. United States*, Nos. 2012-5046, 2012-5060, 2013 WL 1165273 (Fed. Cir. Mar. 22, 2013) on the issues remaining in this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge