# In The United States Court of Federal Claims

No. 04-1757C

(Filed: May 23, 2013)

_____

PARK PROPERTIES ASSOCIATES,
L.P., et al,

               Plaintiff,

  v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

      Today, defendant filed an unopposed motion to enlarge the court's April 10, 2013, briefing schedule. That motion is hereby **GRANTED**. Accordingly, on or before June 14, 2013, the parties shall file the supplemental memoranda referenced in the court's April 10, 2013 order.

    **IT IS SO ORDERED.**

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge